# EXHIBIT A

US008073681B2

(12) **United States Patent**
Baldwin et al.

(10) **Patent No.:** **US 8,073,681 B2**
(45) **Date of Patent:** **Dec. 6, 2011**

(54) **SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE**

(75) Inventors: **Larry Baldwin**, Maple Valley, WA (US); **Tom Freeman**, Mercer Island, WA (US); **Michael Tjalve**, Bellevue, WA (US); **Blane Ebersold**, Seattle, WA (US); **Chris Weider**, Everett, WA (US)

(73) Assignee: **VoiceBox Technologies, Inc.**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1217 days.

(21) Appl. No.: **11/580,926**

(22) Filed: **Oct. 16, 2006**

(65) **Prior Publication Data**

US 2008/0091406 A1        Apr. 17, 2008

(51) **Int. Cl.**
*G06F 17/27* (2006.01)
*G10L 21/00* (2006.01)
*G10L 11/00* (2006.01)
(52) **U.S. Cl.** ............................. **704/9**; 704/270; 704/275
(58) **Field of Classification Search** .......... 704/270–275, 704/9
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,430,669 | A | 2/1984 | Cheung | 358/122 |
| 5,027,406 | A | 6/1991 | Roberts et al. | 381/43 |
| 5,155,743 | A | 10/1992 | Jacobs | 375/28 |
| 5,274,560 | A | 12/1993 | LaRue | 364/444 |
| 5,377,350 | A | 12/1994 | Skinner | 395/600 |
| 5,386,556 | A | 1/1995 | Hedin et al. | 395/600 |
| 5,424,947 | A | 6/1995 | Nagao et al. | 364/419.08 |
| 5,471,318 | A | 11/1995 | Ahuja et al. | 358/400 |
| 5,475,733 | A | 12/1995 | Eisdorfer et al. | 379/52 |
| 5,488,652 | A * | 1/1996 | Bielby et al. | 379/88.03 |
| 5,499,289 | A | 3/1996 | Bruno et al. | 379/220 |
| 5,500,920 | A | 3/1996 | Kupiec | 395/2.79 |
| 5,517,560 | A | 5/1996 | Greenspan | 379/114 |
| 5,533,108 | A | 7/1996 | Harris et al. | 379/201 |
| 5,537,436 | A | 7/1996 | Bottoms et al. | 375/222 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1 320 043 A2 | 6/2003 | |

(Continued)

OTHER PUBLICATIONS

Chai et al., "Mind: A Semantics-Based Multimodal Interpretation Framework for Conversational System", *Proceedings of the International CLASS Workshop on Natural, Intelligent and Effective Interaction in Multimodal Dialogue Systems*, Jun. 2002, pp. 37-46.

(Continued)

*Primary Examiner* — Eric Yen
(74) *Attorney, Agent, or Firm* — Pillsbury Winthrop Shaw Pittman LLP

(57) **ABSTRACT**

A cooperative conversational voice user interface is provided. The cooperative conversational voice user interface may build upon short-term and long-term shared knowledge to generate one or more explicit and/or implicit hypotheses about an intent of a user utterance. The hypotheses may be ranked based on varying degrees of certainty, and an adaptive response may be generated for the user. Responses may be worded based on the degrees of certainty and to frame an appropriate domain for a subsequent utterance. In one implementation, misrecognitions may be tolerated, and conversational course may be corrected based on subsequent utterances and/or responses.

**42 Claims, 3 Drawing Sheets**



**US 8,073,681 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,539,744 | A | 7/1996 | Chu et al. | 370/60 |
| 5,557,667 | A | 9/1996 | Bruno et al. | 379/201 |
| 5,563,937 | A | 10/1996 | Bruno et al. | 379/201 |
| 5,590,039 | A | 12/1996 | Ikeda et al. | 395/759 |
| 5,617,407 | A | 4/1997 | Bareis | 369/275.3 |
| 5,633,922 | A | 5/1997 | August et al. | 379/220 |
| 5,675,629 | A | 10/1997 | Raffel et al. | 379/58 |
| 5,696,965 | A | 12/1997 | Dedrick | 395/610 |
| 5,708,422 | A | 1/1998 | Blonder et al. | 340/825.34 |
| 5,721,938 | A | 2/1998 | Stuckey | 395/754 |
| 5,722,084 | A | 2/1998 | Chakrin et al. | 455/551 |
| 5,742,763 | A | 4/1998 | Jones | 395/200.3 |
| 5,748,841 | A * | 5/1998 | Morin et al. | 704/257 |
| 5,752,052 | A | 5/1998 | Richardson et al. | 395/759 |
| 5,754,784 | A | 5/1998 | Garland et al. | 395/200.49 |
| 5,761,631 | A | 6/1998 | Nasukawa | 704/9 |
| 5,774,859 | A | 6/1998 | Houser et al. | 704/275 |
| 5,794,050 | A | 8/1998 | Dahlgren et al. | 395/708 |
| 5,794,196 | A | 8/1998 | Yegnanarayanan et al. | 704/255 |
| 5,797,112 | A | 8/1998 | Komatsu et al. | 701/201 |
| 5,799,276 | A | 8/1998 | Komissarchik et al. | 704/251 |
| 5,802,510 | A | 9/1998 | Jones | 707/2 |
| 5,832,221 | A | 11/1998 | Jones | 375/200.36 |
| 5,839,107 | A | 11/1998 | Gupta et al. | 704/270 |
| 5,867,817 | A | 2/1999 | Catallo et al. | 704/255 |
| 5,878,385 | A | 3/1999 | Bralich et al. | 704/9 |
| 5,878,386 | A | 3/1999 | Coughlin | 704/10 |
| 5,892,813 | A | 4/1999 | Morin et al. | 379/88.01 |
| 5,895,464 | A | 4/1999 | Bhandari et al. | 707/3 |
| 5,895,466 | A | 4/1999 | Goldberg et al. | 707/5 |
| 5,897,613 | A | 4/1999 | Chan | 704/210 |
| 5,902,347 | A | 5/1999 | Backman et al. | 701/200 |
| 5,911,120 | A | 6/1999 | Jarett et al. | 455/417 |
| 5,918,222 | A | 6/1999 | Fukui et al. | 707/1 |
| 5,926,784 | A | 7/1999 | Richardson et al. | 704/9 |
| 5,933,822 | A | 8/1999 | Braden-Harder et al. | 707/5 |
| 5,953,393 | A | 9/1999 | Culbreth et al. | 379/88.25 |
| 5,960,399 | A | 9/1999 | Barclay et al. | 704/270 |
| 5,960,447 | A | 9/1999 | Holt et al. | 707/500 |
| 5,963,894 | A | 10/1999 | Richardson et al. | 704/9 |
| 5,963,940 | A | 10/1999 | Liddy et al. | 707/5 |
| 5,987,404 | A | 11/1999 | Della Pietra et al. | 704/9 |
| 5,991,721 | A | 11/1999 | Asano et al. | 704/257 |
| 5,995,119 | A | 11/1999 | Cosatto et al. | 345/473 |
| 5,995,928 | A | 11/1999 | Nguyen et al. | 704/251 |
| 6,009,382 | A | 12/1999 | Martino et al. | 704/1 |
| 6,014,559 | A | 1/2000 | Amin | 455/413 |
| 6,018,708 | A | 1/2000 | Dahan et al. | 704/244 |
| 6,021,384 | A | 2/2000 | Gorin et al. | 704/1 |
| 6,044,347 | A | 3/2000 | Abella et al. | 704/272 |
| 6,049,602 | A | 4/2000 | Foladare et al. | 379/265 |
| 6,049,607 | A | 4/2000 | Marash et al. | 379/410 |
| 6,058,187 | A | 5/2000 | Chen | 380/21 |
| 6,078,886 | A | 6/2000 | Dragosh et al. | 704/270 |
| 6,081,774 | A | 6/2000 | De Hita et al. | 704/9 |
| 6,085,186 | A | 7/2000 | Christianson et al. | 707/3 |
| 6,101,241 | A | 8/2000 | Boyce et al. | 379/88.01 |
| 6,108,631 | A | 8/2000 | Ruhl | 704/270 |
| 6,119,087 | A | 9/2000 | Kuhn et al. | 704/270 |
| 6,134,235 | A | 10/2000 | Goldman et al. | 370/352 |
| 6,144,667 | A | 11/2000 | Doshi et al. | 370/401 |
| 6,144,938 | A | 11/2000 | Surace et al. | 704/257 |
| 6,154,526 | A * | 11/2000 | Dahlke et al. | 379/88.03 |
| 6,160,883 | A | 12/2000 | Jackson et al. | 379/230 |
| 6,167,377 | A | 12/2000 | Gillick et al. | 704/240 |
| 6,173,266 | B1 | 1/2001 | Marx et al. | 704/270 |
| 6,173,279 | B1 | 1/2001 | Levin et al. | 707/5 |
| 6,175,858 | B1 | 1/2001 | Bulfer et al. | 709/206 |
| 6,185,535 | B1 | 2/2001 | Hedin et al. | 704/270 |
| 6,192,110 | B1 | 2/2001 | Abella et al. | 379/88.01 |
| 6,192,338 | B1 | 2/2001 | Haszto et al. | 704/257 |
| 6,195,634 | B1 | 2/2001 | Dudemaine et al. | 704/231 |
| 6,195,651 | B1 | 2/2001 | Handel et al. | 707/2 |
| 6,208,964 | B1 | 3/2001 | Sabourin | 704/244 |
| 6,208,972 | B1 | 3/2001 | Grant et al. | 704/275 |
| 6,219,346 | B1 | 4/2001 | Maxemchuk | 370/338 |
| 6,219,643 | B1 | 4/2001 | Cohen et al. | 704/257 |
| 6,226,612 | B1 | 5/2001 | Srenger et al. | 704/256 |
| 6,233,556 | B1 | 5/2001 | Teunen et al. | 704/250 |
| 6,233,559 | B1 | 5/2001 | Balakrishnan | 704/275 |
| 6,246,981 | B1 | 6/2001 | Papineni et al. | 704/235 |
| 6,269,336 | B1 | 7/2001 | Ladd et al. | 704/270 |
| 6,272,455 | B1 | 8/2001 | Hoshen et al. | 704/1 |
| 6,278,968 | B1 * | 8/2001 | Franz et al. | 704/3 |
| 6,288,319 | B1 | 9/2001 | Catona | 84/609 |
| 6,292,767 | B1 | 9/2001 | Jackson et al. | 704/1 |
| 6,308,151 | B1 | 10/2001 | Smith | 704/235 |
| 6,314,402 | B1 | 11/2001 | Monaco et al. | 704/275 |
| 6,366,882 | B1 | 4/2002 | Bijl et al. | 704/235 |
| 6,366,886 | B1 | 4/2002 | Dragosh et al. | 704/270.1 |
| 6,374,214 | B1 * | 4/2002 | Friedland et al. | 704/235 |
| 6,377,913 | B1 | 4/2002 | Coffman et al. | 704/8 |
| 6,381,535 | B1 | 4/2002 | Durocher et al. | 701/202 |
| 6,385,596 | B1 | 5/2002 | Wiser et al. | 705/51 |
| 6,385,646 | B1 | 5/2002 | Brown et al. | 709/217 |
| 6,393,428 | B1 | 5/2002 | Miller et al. | 707/102 |
| 6,397,181 | B1 | 5/2002 | Li et al. | 704/256 |
| 6,404,878 | B1 | 6/2002 | Jackson et al. | 379/221.01 |
| 6,405,170 | B1 | 6/2002 | Phillips et al. | 704/270 |
| 6,408,272 | B1 | 6/2002 | White et al. | 704/270.1 |
| 6,411,810 | B1 | 6/2002 | Maxemchuk | 455/453 |
| 6,415,257 | B1 | 7/2002 | Junqua et al. | 704/275 |
| 6,418,210 | B1 | 7/2002 | Sayko | 379/142.15 |
| 6,420,975 | B1 | 7/2002 | DeLine et al. | 340/815.4 |
| 6,429,813 | B2 | 8/2002 | Feigen | 342/357.13 |
| 6,430,285 | B1 | 8/2002 | Bauer et al. | 379/265.01 |
| 6,430,531 | B1 | 8/2002 | Polish | 704/257 |
| 6,434,523 | B1 | 8/2002 | Monaco | 704/257 |
| 6,434,524 | B1 | 8/2002 | Weber | 704/257 |
| 6,442,522 | B1 | 8/2002 | Carberry et al. | 704/257 |
| 6,446,114 | B1 | 9/2002 | Bulfer et al. | 709/206 |
| 6,453,153 | B1 | 9/2002 | Bowker et al. | 455/67.4 |
| 6,453,292 | B2 | 9/2002 | Ramaswamy et al. | 704/235 |
| 6,456,711 | B1 | 9/2002 | Cheung et al. | 379/265.09 |
| 6,466,654 | B1 | 10/2002 | Cooper et al. | 379/88.01 |
| 6,466,899 | B1 | 10/2002 | Yano et al. | 704/1 |
| 6,470,315 | B1 | 10/2002 | Netsch et al. | 704/256 |
| 6,498,797 | B1 | 12/2002 | Anerousis et al. | 370/522 |
| 6,499,013 | B1 | 12/2002 | Weber | 704/257 |
| 6,501,833 | B2 | 12/2002 | Phillips et al. | 379/88.07 |
| 6,501,834 | B1 | 12/2002 | Milewski et al. | 379/93.24 |
| 6,513,006 | B2 | 1/2003 | Howard et al. | 704/257 |
| 6,522,746 | B1 | 2/2003 | Marchok et al. | 379/406.03 |
| 6,523,061 | B1 | 2/2003 | Halverson et al. | 709/202 |
| 6,532,444 | B1 | 3/2003 | Weber | 704/257 |
| 6,539,348 | B1 | 3/2003 | Bond et al. | 704/9 |
| 6,549,629 | B2 | 4/2003 | Finn et al. | 381/92 |
| 6,553,372 | B1 | 4/2003 | Brassell et al. | 707/5 |
| 6,556,970 | B1 | 4/2003 | Sasaki et al. | 704/257 |
| 6,556,973 | B1 | 4/2003 | Lewin | 704/277 |
| 6,560,576 | B1 | 5/2003 | Cohen et al. | 704/270 |
| 6,567,778 | B1 | 5/2003 | Chao Chang et al. | 704/257 |
| 6,567,797 | B1 | 5/2003 | Schuetze et al. | 707/2 |
| 6,570,555 | B1 | 5/2003 | Prevost et al. | 345/156 |
| 6,570,964 | B1 | 5/2003 | Murveit et al. | 379/67.1 |
| 6,574,597 | B1 | 6/2003 | Mohri et al. | 704/251 |
| 6,574,624 | B1 | 6/2003 | Johnson et al. | 707/5 |
| 6,581,103 | B1 | 6/2003 | Dengler | 709/231 |
| 6,587,858 | B1 | 7/2003 | Strazza | 707/102 |
| 6,594,257 | B1 | 7/2003 | Doshi et al. | 370/352 |
| 6,598,018 | B1 | 7/2003 | Junqua | 704/251 |
| 6,604,075 | B1 | 8/2003 | Brown et al. | 704/270.1 |
| 6,604,077 | B2 | 8/2003 | Dragosh et al. | 704/270.1 |
| 6,606,598 | B1 | 8/2003 | Holthouse et al. | 704/275 |
| 6,611,692 | B2 | 8/2003 | Raffel et al. | 455/552 |
| 6,614,773 | B1 | 9/2003 | Maxemchuk | 370/337 |
| 6,615,172 | B1 | 9/2003 | Bennett et al. | 704/257 |
| 6,622,119 | B1 | 9/2003 | Ramaswamy et al. | 704/9 |
| 6,629,066 | B1 | 9/2003 | Jackson et al. | 704/9 |
| 6,631,346 | B1 | 10/2003 | Karaorman et al. | 704/9 |
| 6,643,620 | B1 | 11/2003 | Contolini et al. | 704/270 |
| 6,650,747 | B1 | 11/2003 | Bala et al. | 379/265.06 |
| 6,658,388 | B1 | 12/2003 | Kleindienst et al. | 704/275 |
| 6,678,680 | B1 | 1/2004 | Woo | 707/6 |
| 6,681,206 | B1 | 1/2004 | Gorin et al. | 704/243 |
| 6,691,151 | B1 | 2/2004 | Cheyer et al. | 709/202 |
| 6,701,294 | B1 | 3/2004 | Ball et al. | 704/257 |

## US 8,073,681 B2

Page 3

| | | | |
|---|---|---|---|
| 6,704,708 B1 | 3/2004 | Pickering | 704/235 |
| 6,708,150 B1 | 3/2004 | Hirayama et al. | 704/243 |
| 6,721,001 B1 | 4/2004 | Berstis | 348/231.3 |
| 6,721,706 B1 | 4/2004 | Strubbe et al. | 704/275 |
| 6,735,592 B1 | 5/2004 | Neumann et al. | 707/101 |
| 6,741,931 B1 | 5/2004 | Kohut et al. | 701/209 |
| 6,742,021 B1 | 5/2004 | Halverson et al. | 709/218 |
| 6,751,591 B1* | 6/2004 | Gorin et al. | 704/257 |
| 6,751,612 B1 | 6/2004 | Schuetze et al. | 707/4 |
| 6,757,718 B1 | 6/2004 | Halverson et al. | 709/218 |
| 6,795,808 B1 | 9/2004 | Strubbe et al. | 704/275 |
| 6,801,604 B2 | 10/2004 | Maes et al. | 379/88.17 |
| 6,801,893 B1 | 10/2004 | Backfried et al. | 704/257 |
| 6,829,603 B1* | 12/2004 | Wolf et al. | 1/1 |
| 6,832,230 B1 | 12/2004 | Zilliacus et al. | 707/203 |
| 6,833,848 B1 | 12/2004 | Wolff et al. | 345/719 |
| 6,856,990 B2 | 2/2005 | Barile et al. | 707/10 |
| 6,865,481 B2 | 3/2005 | Kawazoe et al. | 701/211 |
| 6,877,134 B1 | 4/2005 | Fuller et al. | 715/500.1 |
| 6,901,366 B1 | 5/2005 | Kuhn et al. | 704/275 |
| 6,912,498 B2 | 6/2005 | Stevens et al. | 704/235 |
| 6,937,977 B2 | 8/2005 | Gerson | 704/201 |
| 6,944,594 B2 | 9/2005 | Busayapongchai et al. | 704/275 |
| 6,950,821 B2 | 9/2005 | Faybishenko et al. | 707/10 |
| 6,954,755 B2 | 10/2005 | Reisman | 707/10 |
| 6,973,387 B2 | 12/2005 | Masclet et al. | 701/211 |
| 6,975,993 B1 | 12/2005 | Keiller | 704/275 |
| 6,980,092 B2 | 12/2005 | Turnbull et al. | 340/425.5 |
| 6,990,513 B2 | 1/2006 | Belfiore et al. | 709/203 |
| 6,996,531 B2 | 2/2006 | Korall et al. | 704/270 |
| 7,003,463 B1 | 2/2006 | Maes et al. | 704/270.1 |
| 7,016,849 B2 | 3/2006 | Arnold et al. | 704/275 |
| 7,020,609 B2 | 3/2006 | Thrift et al. | 704/270.1 |
| 7,024,364 B2 | 4/2006 | Guerra et al. | 704/270 |
| 7,027,975 B1 | 4/2006 | Pazandak et al. | 704/9 |
| 7,058,890 B2 | 6/2006 | George et al. | 715/728 |
| 7,062,488 B1 | 6/2006 | Reisman | 707/8 |
| 7,082,469 B2 | 7/2006 | Gold et al. | 709/231 |
| 7,092,928 B1 | 8/2006 | Elad et al. | 706/60 |
| 7,127,400 B2 | 10/2006 | Koch | 704/270.1 |
| 7,136,875 B2 | 11/2006 | Anderson et al. | 707/104.1 |
| 7,137,126 B1 | 11/2006 | Coffman et al. | 719/328 |
| 7,146,319 B2 | 12/2006 | Hunt | 704/254 |
| 7,197,069 B2 | 3/2007 | Agazzi et al. | 375/233 |
| 7,203,644 B2 | 4/2007 | Anderson et al. | 704/246 |
| 7,228,276 B2 | 6/2007 | Omote et al. | 704/243 |
| 7,231,343 B1 | 6/2007 | Treadgold et al. | 704/9 |
| 7,236,923 B1 | 6/2007 | Gupta | 704/9 |
| 7,277,854 B2 | 10/2007 | Bennett et al. | 704/257 |
| 7,289,606 B2 | 10/2007 | Sibal et al. | 379/52 |
| 7,301,093 B2 | 11/2007 | Sater et al. | 84/615 |
| 7,340,040 B1 | 3/2008 | Saylor et al. | 379/67.1 |
| 7,366,669 B2 | 4/2008 | Nishitani et al. | 704/266 |
| 7,376,645 B2 | 5/2008 | Bernard | 707/3 |
| 7,386,443 B1 | 6/2008 | Parthasarathy et al. | 704/201 |
| 7,398,209 B2 | 7/2008 | Kennewick et al. | 704/255 |
| 7,415,414 B2 | 8/2008 | Azara et al. | 704/270 |
| 7,424,431 B2 | 9/2008 | Greene et al. | 704/270 |
| 7,461,059 B2 | 12/2008 | Richardson et al. | 707/5 |
| 7,472,020 B2 | 12/2008 | Brulle-Drews | 701/211 |
| 7,472,060 B1 | 12/2008 | Gorin et al. | 704/240 |
| 7,487,088 B1* | 2/2009 | Gorin et al. | 704/240 |
| 7,493,259 B2 | 2/2009 | Jones et al. | 704/257 |
| 7,493,559 B1 | 2/2009 | Wolff et al. | 715/727 |
| 7,502,738 B2 | 3/2009 | Kennewick et al. | 704/257 |
| 7,536,297 B2 | 5/2009 | Byrd et al. | 704/10 |
| 7,536,374 B2* | 5/2009 | Au | 706/55 |
| 7,558,730 B2 | 7/2009 | Davis et al. | 704/235 |
| 7,620,549 B2 | 11/2009 | Di Cristo et al. | 704/257 |
| 7,634,409 B2 | 12/2009 | Kennewick et al. | 704/257 |
| 7,640,160 B2 | 12/2009 | Di Cristo et al. | 704/257 |
| 7,676,365 B2 | 3/2010 | Hwang et al. | 704/240 |
| 7,693,720 B2 | 4/2010 | Kennewick et al. | 704/275 |
| 7,788,084 B2* | 8/2010 | Brun et al. | 704/7 |
| 7,809,570 B2 | 10/2010 | Kennewick et al. | 704/257 |
| 7,818,176 B2 | 10/2010 | Freeman et al. | 704/270 |
| 7,831,433 B1 | 11/2010 | Belvin et al. | 704/275 |
| 7,873,523 B2 | 1/2011 | Potter et al. | 704/275 |
| 7,917,367 B2 | 3/2011 | Di Cristo et al. | 704/270.1 |
| 7,949,529 B2 | 5/2011 | Weider et al. | 704/270 |
| 7,983,917 B2 | 7/2011 | Kennewick et al. | 704/257 |
| 8,015,006 B2 | 9/2011 | Kennewick et al. | 704/236 |
| 2001/0041980 A1 | 11/2001 | Howard et al. | 704/270 |
| 2001/0049601 A1* | 12/2001 | Kroeker et al. | 704/254 |
| 2002/0035501 A1 | 3/2002 | Handel et al. | 705/10 |
| 2002/0049805 A1 | 4/2002 | Yamada et al. | 709/202 |
| 2002/0065568 A1 | 5/2002 | Silfvast et al. | 700/94 |
| 2002/0069059 A1 | 6/2002 | Smith | 704/257 |
| 2002/0082911 A1 | 6/2002 | Dunn et al. | 705/14 |
| 2002/0087525 A1 | 7/2002 | Abbott et al. | 707/3 |
| 2002/0120609 A1 | 8/2002 | Lang et al. | 707/1 |
| 2002/0124050 A1 | 9/2002 | Middeljans | 709/203 |
| 2002/0138248 A1 | 9/2002 | Corston-Oliver et al. | 704/1 |
| 2002/0143535 A1 | 10/2002 | Kist et al. | 704/251 |
| 2002/0188602 A1 | 12/2002 | Stubler et al. | 707/3 |
| 2002/0198714 A1 | 12/2002 | Zhou | 704/252 |
| 2003/0014261 A1 | 1/2003 | Kageyama | 704/275 |
| 2003/0046346 A1 | 3/2003 | Mumick et al. | 709/205 |
| 2003/0064709 A1 | 4/2003 | Gailey et al. | 455/412 |
| 2003/0088421 A1 | 5/2003 | Maes et al. | 704/270.1 |
| 2003/0097249 A1* | 5/2003 | Walker et al. | 704/1 |
| 2003/0112267 A1 | 6/2003 | Belrose | 345/728 |
| 2003/0120493 A1 | 6/2003 | Gupta | 704/270.1 |
| 2003/0135488 A1 | 7/2003 | Amir et al. | 707/3 |
| 2003/0144846 A1 | 7/2003 | Denenberg et al. | 704/277 |
| 2003/0182132 A1 | 9/2003 | Niemoeller | 704/275 |
| 2003/0212550 A1 | 11/2003 | Ubale | 704/215 |
| 2003/0236664 A1 | 12/2003 | Sharma | 704/251 |
| 2004/0006475 A1 | 1/2004 | Ehlen et al. | 704/270.1 |
| 2004/0025115 A1 | 2/2004 | Sienel et al. | 715/513 |
| 2004/0044516 A1 | 3/2004 | Kennewick et al. | 704/5 |
| 2004/0166832 A1 | 8/2004 | Portman et al. | 455/412.1 |
| 2004/0167771 A1* | 8/2004 | Duan et al. | 704/10 |
| 2004/0193408 A1 | 9/2004 | Hunt | 704/209 |
| 2004/0193420 A1 | 9/2004 | Kennewick et al. | 704/257 |
| 2004/0199375 A1 | 10/2004 | Ehsani et al. | 704/4 |
| 2004/0243417 A9 | 12/2004 | Pitts, III et al. | 704/276 |
| 2005/0015256 A1* | 1/2005 | Kargman | 704/272 |
| 2005/0021334 A1 | 1/2005 | Iwahashi | 704/240 |
| 2005/0021826 A1 | 1/2005 | Kumar | 709/232 |
| 2005/0033574 A1 | 2/2005 | Kim et al. | 704/251 |
| 2005/0043940 A1 | 2/2005 | Elder | 704/9 |
| 2005/0114116 A1 | 5/2005 | Fiedler | 704/201 |
| 2005/0137850 A1 | 6/2005 | Odell | 704/4 |
| 2005/0246174 A1 | 11/2005 | DeGolia | 704/270 |
| 2006/0206310 A1 | 9/2006 | Ravikumar et al. | 704/9 |
| 2007/0033005 A1 | 2/2007 | Cristo et al. | 704/9 |
| 2007/0033020 A1 | 2/2007 | (Kelleher) Francois et al. | 704/226 |
| 2007/0038436 A1 | 2/2007 | Cristo et al. | 704/9 |
| 2007/0043574 A1 | 2/2007 | Coffman et al. | 704/275 |
| 2007/0050191 A1 | 3/2007 | Weider et al. | 704/275 |
| 2007/0055525 A1 | 3/2007 | Kennewick et al. | 704/257 |
| 2007/0118357 A1* | 5/2007 | Kasravi et al. | 704/10 |
| 2007/0179778 A1 | 8/2007 | Gong et al. | 704/9 |
| 2007/0186165 A1 | 8/2007 | Maislos et al. | 715/728 |
| 2007/0214182 A1 | 9/2007 | Rosenberg | 707/104.1 |
| 2007/0250901 A1 | 10/2007 | McIntire et al. | 725/146 |
| 2007/0265850 A1 | 11/2007 | Kennewick et al. | 704/257 |
| 2007/0299824 A1 | 12/2007 | Pan et al. | 707/3 |
| 2008/0091406 A1 | 4/2008 | Baldwin et al. | 704/4 |
| 2008/0103761 A1 | 5/2008 | Printz et al. | 704/9 |
| 2008/0115163 A1 | 5/2008 | Gilboa et al. | 725/34 |
| 2008/0133215 A1 | 6/2008 | Sarukkai | 704/2 |
| 2008/0140385 A1 | 6/2008 | Mahajan et al. | 704/9 |
| 2008/0177530 A1 | 7/2008 | Cross et al. | 704/4 |
| 2008/0189110 A1 | 8/2008 | Freeman et al. | 704/251 |
| 2008/0235023 A1 | 9/2008 | Kennewick et al. | 704/257 |
| 2008/0235027 A1 | 9/2008 | Cross | 704/270.1 |
| 2008/0319751 A1 | 12/2008 | Kennewick et al. | 704/257 |
| 2009/0117885 A1 | 5/2009 | Roth | 455/414.3 |
| 2009/0144271 A1 | 6/2009 | Richardson et al. | 707/5 |
| 2009/0150156 A1 | 6/2009 | Kennewick et al. | 704/257 |
| 2009/0171664 A1 | 7/2009 | Kennewick et al. | 704/257 |
| 2009/0216540 A1 | 8/2009 | Tessel et al. | 704/275 |
| 2009/0271194 A1 | 10/2009 | Davis et al. | 704/235 |
| 2009/0299745 A1 | 12/2009 | Kennewick et al. | 704/257 |
| 2010/0023320 A1 | 1/2010 | Di Cristo et al. | 704/9 |

**US 8,073,681 B2**

Page 4

| 2010/0049501 | A1 | 2/2010 | Kennewick et al. ............... 704/9 |
| 2010/0049514 | A1 | 2/2010 | Kennewick et al. .......... 704/233 |
| 2010/0057443 | A1 | 3/2010 | Di Cristo et al. .................. 704/9 |
| 2010/0063880 | A1 | 3/2010 | Atsmon et al. ............. 705/14.53 |
| 2010/0145700 | A1 | 6/2010 | Kennewick et al. ......... 704/ 257 |
| 2010/0204986 | A1 | 8/2010 | Kennewick et al. .......... 704/226 |
| 2010/0204994 | A1 | 8/2010 | Kennewick et al. .......... 704/257 |
| 2010/0217604 | A1 | 8/2010 | Baldwin et al. ............... 704/275 |
| 2010/0286985 | A1 | 11/2010 | Kennewick et al. .......... 704/257 |
| 2010/0299142 | A1 | 11/2010 | Freeman et al. .................. 704/9 |
| 2011/0112827 | A1 | 5/2011 | Kennewick et al. ............... 704/9 |
| 2011/0112921 | A1 | 5/2011 | Kennewick et al. ......... 705/26.1 |
| 2011/0131036 | A1 | 6/2011 | Di Cristo et al. ................. 704/9 |
| 2011/0131045 | A1 | 6/2011 | Cristo et al. .................. 704/249 |

FOREIGN PATENT DOCUMENTS

| EP | 1 646 037 | 4/2006 |
| WO | WO 99/46763 | 9/1999 |
| WO | WO 00/21232 | 4/2000 |
| WO | WO 00/46792 | 8/2000 |
| WO | WO 2004/072954 | 8/2001 |
| WO | WO 01/78065 | 10/2001 |
| WO | WO 2007/019318 | 2/2007 |
| WO | WO 2007/021587 | 2/2007 |
| WO | WO 2007/027546 | 3/2007 |
| WO | WO 2007/027989 | 3/2007 |
| WO | WO 2008/098039 | 8/2008 |
| WO | WO 2008/118195 | 10/2008 |
| WO | WO 2009/075912 | 6/2009 |
| WO | WO 2009/145796 | 12/2009 |
| WO | WO 2010/096752 | 8/2010 |

OTHER PUBLICATIONS

Cheyer et al., "Multimodal Maps: An Agent-Based Approach", *International Conference on Cooperative Multimodal Communication* (CMC/95), May 24-26, 1995, pp. 111-121.

Elio et al., "On Abstract Task Models and Conversation Policies" in Workshop on Specifying and Implementing Conversation Policies, *Autonomous Agents '99*, Seattle, 1999, 10 pages.

Turunen, "Adaptive Interaction Methods in Speech User Interfaces", Conference on Human Factors in Computing Systems, Seattle, Washington, 2001, pp. 91-92.

Mao, Mark Z., "Automatic Training Set Segmentation for Multi-Pass Speech Recognition", Department of Electrical Engineering, Stanford University, CA, copyright 2005, IEEE, pp. I-685 to I-688.

Vanhoucke, Vincent, "Confidence Scoring and Rejection Using Multi-Pass Speech Recognition", Nuance Communications, Menlo Park, CA, [no date], 4 pages.

Weng, Fuliang, et al., "Efficient Lattice Representation and Generation", Speech Technology and Research Laboratory, SRI International, Menlo Park, CA, [no date], 4 pages.

El Meliani et al., "A Syllabic-Filler-Based Continuous Speech Recognizer for Unlimited Vocabulary", Canadian Conference on Electrical and Computer Engineering, vol. 2, Sep. 5-8, 1995, pp. 1007-1010.

Arrington, Michael, "Google Redefines GPS Navigation Landscape: Google Maps Navigation for Android 2.0", TechCrunch, printed from the Internet <http://www.techcrunch.com/2009/10/28/google-redefines-car-gps-navigation-google-maps-navigation-android/>, Oct. 28, 2009, 4 pages.

Reuters, "IBM to Enable Honda Drivers to Talk to Cars", Charles Schwab & Co., Inc., Jul. 28, 2002, 1 page.

Lin, Bor-shen, et al., "A Distributed Architecture for Cooperative Spoken Dialogue Agents with Coherent Dialogue State and History", ASRU'99, 1999, 4 pages.

Kuhn, Thomas, et al., "Hybrid In-Car Speech Recognition for Mobile Multimedia Applications", Vehicular Technology Conference, IEEE, Jul. 1999, pp. 2009-2013.

Belvin, Robert, et al., "Development of the HRL Route Navigation Dialogue System", Proceedings of the First International Conference on Human Language Technology Research, San Diego, 2001, pp. 1-5.

Lind, R., et al., "The Network Vehicle—A Glimpse into the Future of Mobile Multi-Media", *IEEE Aerosp. Electron. Systems Magazine*, vol. 14, No. 9, Sep. 1999, pp. 27-32.

Zhao, Yilin, "Telematics: Safe and Fun Driving", *IEEE Intelligent Systems*, vol. 17, Issue 1, 2002, pp. 10-14.

Bazzi, Issam et al., "Heterogeneous Lexical Units for Automatic Speech Recognition: Preliminary Investigations", *Processing of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, vol. 3, Jun. 5-9, 2000, XP010507574, pp. 1257-1260.

O'Shaughnessy, Douglas, "Interacting with Computers by Voice: Automatic Speech Recognition and Synthesis", *Proceedings of the IEEE*, vol. 91, No. 9, Sep. 1. 2003. XP011100665, pp. 1272-1305.

Statement in Accordance with the Notice from the European Patent Office dated Oct. 1, 2007 Concerning Business Methods (OJ EPO Nov. 2007, 592-593), XP002456252.

* cited by examiner

U.S. Patent          Dec. 6, 2011          Sheet 1 of 3          US 8,073,681 B2

FIG. 1



FIG. 2



FIG. 3

US 8,073,681 B2

**1**

### SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE

### FIELD OF THE INVENTION

The invention relates to a cooperative conversational model for a human to machine voice user interface.

### BACKGROUND OF THE INVENTION

Advances in technology, particularly within the convergence space, have resulted in an increase in demand for voice recognition software that can exploit technology in ways that are intuitive to humans. While communication between human beings is most often "cooperative," in that information and/or context is shared to advance mutual conversational goals, existing Human-to-Machine interfaces fail to provide the same level of intuitive interaction. For example, each human participant in a conversation can contribute to an exchange for the benefit of the exchange. This is done through shared assumptions and expectations regarding various aspects of the conversation, such as the topic, participant knowledge about the topic, expectations of the other participant's knowledge about the topic, appropriate word usage for the topic and/or participants, conversational development based on previous utterances, the participants' tone or inflection, the quality and quantity of contribution expected from each participant, and many other factors. Participating in conversations that continually build and draw upon shared information is a natural and intuitive way for humans to converse.

In contrast, complex Human-to-Machine interfaces do not allow users to exploit technology in an intuitive way, which inhibits mass-market adoption for various technologies. Incorporating a speech interface helps to alleviate this burden by making interaction easier and faster, but existing speech interfaces (when they actually work) still require significant learning on the part of the user. That is, existing speech interfaces are unable to bridge the gap between archaic Human-to-Machine interfaces and conversational speech that would make interaction with systems feel normal. Users should be able to directly request what they want from a system in a normal, conversational fashion, without having to memorize exact words or phrases. Alternatively, when users are uncertain of particular needs, they should be able to engage the system in a productive, cooperative dialogue to resolve their requests. Instead, existing speech interfaces force users to dumb down their requests to match simple sets of instructions in simple languages in order to communicate requests in ways that systems can understand. Using existing speech interfaces, there is virtually no option for dialogue between the user and the system to satisfy mutual goals.

Therefore, existing systems lack a conversational speech model that can provide users with the ability to interact with systems in ways that are inherently intuitive to human beings. Existing systems suffer from these and other problems.

### SUMMARY OF THE INVENTION

According to various embodiments and aspects of the invention, a cooperative conversational voice user interface may understand free form human utterances, freeing users from being restricted to a fixed set of commands and/or requests. Rather, users can engage in cooperative conversations with a machine to complete a request or series of requests using a natural, intuitive, free form manner of expression.

According to an aspect of the invention, an exemplary system architecture for implementing a cooperative conversational voice user interface is provided. The system may receive an input, which may include a human utterance received by an input device, where the utterance may include one or more requests. As used herein, an "utterance" may be words, syllables, phonemes, or any other audible sound made by a human being. As used herein, a "request" may be a command, directive, or other instruction for a device, computer, or other machine to retrieve information, perform a task, or take some other action. In one implementation, the input may be a multi-modal input, where at least part of the multi-modal input is an utterance. The utterance component of the input may be processed by a speech recognition engine (which may alternatively be referred to as an Automatic Speech Recognizer or ASR) to generate one or more preliminary interpretations of the utterance. The one or more preliminary interpretations may then be provided to a conversational speech engine for further processing, where the conversational speech engine may communicate with one or more databases to generate an adaptive conversational response, which may be returned to the user as an output. In one implementation, the output may be a multi-modal output. For example, the utterance may include a request to perform an action, and the output may include a conversational response reporting success or failure, as well as an execution of the action.

According to another aspect of the invention, an exemplary conversational speech engine may generate an adaptive conversational response to a request or series of requests. The conversational speech engine may include a free form voice search module that may understand an utterance made using typical, day-to-day language (i.e., in free form), and may account for variations in how humans normally speak, the vocabulary they use, and the conditions in which they speak. To account for intangible variables of human speech, the free form search module may include models of casual human speech. For example, in one implementation, the free form search module may understand specialized jargon and/or slang, tolerate variations in word order, and tolerate verbalized pauses or stuttered speech. For example, formalized English requests, where a verb precedes a noun, may be treated in an equivalent manner to requests where the noun precedes the verb. In another implementation, compound requests and/or compound tasks with multiple variables may be identified in a single utterance. By identifying all relevant information for completing one or more tasks from a single utterance, advantages may be provided over existing voice user interfaces, such as Command and Control systems that use verbal menus to restrict information that a person can provide at a given point. In another implementation, inferring intended requests from incomplete or ambiguous requests may provide a conversational feel. By modeling what contextual signifiers, qualifiers, or other information may be required to perform a task in an identified context, an adaptive response may be generated, such as prompting a user for missing contextual signifiers, qualifiers, or other information. In one implementation, the response may ask for missing information in a way that most restricts possible interpretations, and the response may be framed to establish a domain for a subsequent user utterance. In another implementation, common alternatives for nouns and verbs may be recognized to reflect variations in usage patterns according to various criteria. Thus, variations in expression may be supported

US 8,073,681 B2

3

because word order is unimportant or unanticipated, and nouns and/or verbs may be represented in different ways to give simplistic, yet representative, examples. In another implementation, requests may be inferred from contradictory or otherwise inaccurate information, such as when an utterance includes starts and stops, restarts, stutters, run-on sentences, or other imperfect speech. For example, a user may sometimes change their mind, and thus alter the request in mid-utterance, and the imperfect speech feature may nonetheless be able to infer a request based on models of human speech. For example, various models may indicate that a last criterion is most likely to be correct, or intonation, emphasis, stress, use of the word "not," or other models may indicate which criterion is most likely to be correct.

According to another aspect of the invention, the conversational speech engine may include a noise tolerance module that may discard words or noise which has no meaning in a given context to reduce a likelihood of confusion. Moreover, the noise tolerance module may filter out environmental and non-human noise to further reduce a likelihood of confusion. In one implementation, the noise tolerance module may cooperate with other modules and features to filter out words that do not fit into an identified context. For example, the noise tolerance module may filter other human conversations and/or utterances within a range of one or more microphones. For example, a single device may include multiple microphones, or multiple devices may each include one or more microphones, and the noise tolerance module may collate inputs and cooperatively filter out sound by comparing a speech signal from the various microphones. The noise tolerance module may also filter out non-human environmental noise within range of the microphones, out-of-vocabulary words caused by speaker ambiguity or malapropisms, or other noise that may be unrelated to a target request. Performance benchmarks for the noise tolerance module may be defined by noise models based on human criteria. For example, if a driver of a car is 92% likely to be understood by a passenger when traveling at 65 miles-per-hour with windows cracked, then performance benchmarks for the noise tolerance module may have a similar performance under such conditions.

According to another aspect of the invention, the conversational speech engine may include a context determination process that determines one or more contexts for a request to establish meaning within a conversation. The one or more contexts may be determined by having one or more context domain agents compete to determine a most appropriate domain for a given utterance. Once a given domain "wins" the competition, the winning domain may be responsible for establishing or inferring further contexts and updating short-term and long-term shared knowledge. If there is a deadlock between context domain agents, an adaptive conversational response may prompt the user to assist in disambiguating between the deadlocked agents. Moreover, the context determination process may infer intended operations and/or context based on previous utterances and/or requests, whereas existing systems consider each utterance independently, potentially making the same errors over and over again. For example, if a given interpretation turns out to be incorrect, the incorrect interpretation may be removed as a potential interpretation from one or more grammars associated with the speech recognition engine and/or from possible interpretations determined by the conversational speech engine, thereby assuring that a mistake will not be repeated for an identical utterance.

The context determination process may provide advantages over existing voice user interfaces by continually updating one or more models of an existing context and establish-

4

ing context as a by-product of a conversation, which cannot be established a priori. Rather, the context determination process may track conversation topics and attempt to fit a current utterance into recent contexts, including switching between contexts as tasks are completed, partially completed, requested, etc. The context determination process may identify one or more context domains for an utterance by defining a collection of related functions that may be useful for users in various context domains. Moreover, each context domain may have relevant vocabularies and thought collections to model word groupings, which when evaluated together, may disambiguate one context domain from another. Thus, eliminating out-of-context words and noise words when searching for relevant combinations may enhance accuracy of inferences. This provides advantages over existing systems that attempt to assign meaning to every component of an utterance (i.e., including out-of-context words and noise words), which results in nearly infinite possible combinations and greater likelihood of confusion. The context determination process may also be self-aware, assigning degrees of certainty to one or more generated hypotheses, where a hypothesis may be developed to account for variations in environmental conditions, speaker ambiguity, accents, or other factors. By identifying a context, capabilities within the context, vocabularies within the context, what tasks are done most often historically in the context, what task was just completed, etc., the context determination process may establish intent from rather meager phonetic clues. Moreover, just as in human-to-human conversation, users may switch contexts at any time without confusion, enabling various context domains to be rapidly selected, without menu-driven dead ends, when an utterance is unambiguous.

According to another aspect of the invention, an exemplary cooperative conversational model may build upon free form voice search, noise tolerance, and context determination to implement a conversational Human-to-Machine interface that reflects human interaction and normal conversational behavior. That is, the cooperative conversational model enables humans and machines to participant in a conversation with an accepted purpose or direction, with each participant contributing to the conversation for the benefit of the conversation. By taking advantage of human presumptions about utterances that humans rely upon, both as speakers and listeners, a Human-to-Machine interface may be analogous to everyday human-to-human conversation. In one implementation, the exemplary cooperative conversation model may take incoming data (shared knowledge) to inform a decision (intelligent hypothesis building), and then may refine the decision and generate a response (adaptive response building).

According to another aspect of the invention, shared knowledge may include both short-term and long-term knowledge. Short-term knowledge may accumulate during a single conversation, where input received during a single conversation may be retained. The shared knowledge may include cross-modality awareness, where in addition to accumulating input relating to user utterances, requests, locations, etc., the shared knowledge may accumulate a current user interface state relating to other modal inputs to further build shared knowledge models. The shared knowledge may be used to build one or more intelligent hypotheses using current and relevant information, build long-term shared knowledge by identifying information with long-term significance, and generate adaptive responses with relevant state and word usage information. Moreover, because cooperative conversations model human conversations, short-term session data may be expired after a psychologically appropriate amount of

US 8,073,681 B2

time, thereby humanizing system behavior, reducing a likelihood of contextual confusion based on stale data, while also adding relevant information from an expired session context to long-term knowledge models. Long-term shared knowledge may generally be user-centric, rather than session-based, where inputs may be accumulated over time to build user, environmental, cognitive, historical, or other long-term knowledge models. Long-term and short-term shared knowledge may be used simultaneously anytime a user engages in a cooperative conversation. Long-term shared knowledge may include explicit and/or implicit user preferences, a history of recent contexts, requests, tasks, etc., user-specific jargon related to vocabularies and/or capabilities of a context, most often used word choices, or other information. The long-term shared knowledge may be used to build one or more intelligent hypotheses using current and relevant information, generate adaptive responses with appropriate word choices when unavailable via short-term shared knowledge, refine long-term shared knowledge models, identify a frequency of specific tasks, identify tasks a user frequently has difficulty with, or provide other information and/or analysis to generate more accurate conversational responses. Shared knowledge may also be used to adapt a level of unprompted support (e.g., for novices versus experienced users, users who are frequently misrecognized, etc.) Thus, shared knowledge may enable a user and a voice user interface to share assumptions and expectations such as topic knowledge, conversation history, word usage, jargon, tone, or other assumptions and/or expectations that facilitate a cooperative conversation between human users and a system.

According to another aspect of the inventions a conversation type may be identified for any given utterance. Categorizing and developing conceptual models for various types of exchanges may consistently align user expectations and domain capabilities. One or more intelligent hypotheses may be generated as to a conversation type by considering conversational goals, participant roles, and/or an allocation of information among the participants. Based on the conversational goals, participant roles, and allocation of information, the intelligent hypotheses may consider various factors to classify a conversation (or utterance) into general types of conversations that can interact with one another to form many more variations and permutations of conversation types (e.g., a conversation type may change dynamically as information is reallocated from one participant to another, or as conversational goals change based on the reallocation of information).

According to another aspect of the invention, the intelligent hypotheses may include one or more hypotheses of a user's intent in an utterance. In addition, the intelligent hypotheses may use short-term and/or long-term shared knowledge to proactively build and evaluate interaction with a user as a conversation progresses or over time. The hypotheses may model human-to-human interaction to include a varying degree of certainty for each hypothesis. That is, just as humans rely on knowledge shared by participants to examine how much and what kind of information was available, the intelligent hypotheses may leverage the identified conversation type and shared knowledge to generate a degree of certainty for each hypothesis.

According to another aspect of the invention, syntactically, grammatically, and contextually sensitive "intelligent responses" may be generated from the intelligent hypotheses that can be used to generate a conversational experience for a user, while also guiding the user to reply in a manner favorable for recognition. The intelligent responses may create a conversational feel by adapting to a user's manner of speaking, framing responses appropriately, and having natural variation and/or personality (e.g., by varying tone, pace, timing, inflection, word use, jargon, and other variables in a verbal or audible response).

According to another aspect of the invention, the intelligent responses may adapt to a user's manner of speaking by using contextual signifiers and grammatical rules to generate one or more sentences that may cooperate with the user. By taking advantage of shared knowledge about how a user utters a request, the responses may be modeled using similar techniques used to recognize requests. The intelligent responses may rate possible responses statistically and/or randomize responses, which creates an opportunity to build an exchange with natural variation and conversational feel. This provides advantages over existing voice user interfaces where input and output is incongruous, as the input is "conversational" and the output is "computerese."

According to another aspect of the invention, the intelligent responses may frame responses to influence a user reply utterance for easy recognition. For example, the responses may be modeled to illicit utterances from the user that may be more likely to result in a completed request. Thus, the responses may conform to a cooperative nature of human dialog and a natural human tendency to "parrot" what was just heard as part of a next utterance. Moreover, knowledge of current context may enhance responses to generate more meaningful conversational responses. Framing the responses may also deal with misrecognitions according to human models. For example, humans frequently remember a number of recent utterances, especially when one or more previous utterances were misrecognized or unrecognized. Another participant in the conversation may limit correction to a part of the utterance that was misrecognized or unrecognized, or over subsequent utterances and/or other interactions, clues may be provided to indicate the initial interpretation was incorrect. Thus, by storing and analyzing multiple utterances, utterances from earlier in a conversation may be corrected as the conversation progresses.

According to another aspect of the invention, the intelligent responses may include multi-modal, or cross-modal, responses to a user. In one implementation, responses may be aware of and control one or more devices and/or interfaces, and users may respond by using whichever input method, or combination of input methods, is most convenient.

According to another aspect of the invention, the intelligent responses may correct a course of a conversation without interrupting conversational flow. That is, even though the intelligent responses may be reasonably "sure," the intelligent responses may nonetheless sometimes be incorrect. While existing voice user interfaces tend to fail on average conversational missteps, normal human interactions may expect missteps and deal with them appropriately. Thus, responses after misrecognitions may be modeled after clarifications, rather than errors, and words may chosen in subsequent responses to move conversation forward and establish an appropriate domain to be explored with the user.

Other objects and advantages of the invention will be apparent to those skilled in the art based on the following drawings and detailed description.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exemplary block diagram of a system architecture according to one aspect of the invention.

FIG. **2** is an exemplary block diagram of a conversational speech engine according to one aspect of the invention.

US 8,073,681 B2

7

FIG. **3** is an exemplary block diagram of a cooperative conversational model according to one aspect of the invention.

DETAILED DESCRIPTION

Referring to FIG. **1**, an exemplary system architecture for implementing a cooperative conversational voice user interface is illustrated according to one aspect of the invention. The system may receive an input **105** from a user, where in one implementation, input **105** may be an utterance received by an input device (e.g., a microphone), where the utterance may include one or more requests. Input **105** may also be a multi-modal input, where at least part of the multi-modal input is an utterance. For example, the input device may include a combination of a microphone and a touch-screen device, and input **105** may include an utterance that includes a request relating to a portion of a display on the touch-screen device that the user is touching. For instance, the touch-screen device may be a navigation device, and input **105** may include an utterance of "Give me directions to here," where the user may be requesting directions to a desired destination on the display of the navigation device.

The utterance component of input **105** may be processed by a speech recognition engine **110** (which may alternatively be referred to herein as Automatic Speech Recognizer **110**, or as shown in FIG. **1**, ASR **110**) to generate one or more preliminary interpretations of the utterance. The speech recognition engine **110** may process the utterance using any suitable technique known in the art. For example, in one implementation, the speech recognition engine **110** may interpret the utterance using techniques of phonetic dictation to recognize a phoneme stream, as described in U.S. patent application Ser. No. 11/513,269, entitled "Dynamic Speech Sharpening," filed Aug. 31, 2006, which issued as U.S. Pat. No. 7,634,409 on Dec. 15, 2009, and which is hereby incorporated by reference in its entirety. The one or more preliminary interpretations generated by the speech recognition engine **110** may then be provided to a conversational speech engine **115** for further processing. Conversational speech engine **115** may include a conversational language processor **120** and/or a voice search engine **125**, described in greater detail in FIG. **2** below. Conversational speech engine **115** may communicate with one or more databases **130** to generate an adaptive conversational response, which may be returned to the user as an output **140**. In one implementation, output **140** may be a multi-modal output and/or an interaction with one or more applications **145** to complete the request. For example, output **140** may include a combination of an audible response and a display of a route on a navigation device. For example, the utterance may include a request to perform an action, and output **140** may include a conversational response reporting success or failure, as well as an execution of the action. In addition, in various implementations, the speech recognition engine **110**, conversational speech engine **115**, and/or databases **130** may reside locally (e.g., on a user device), remotely (e.g., on a server), or a hybrid model of local and remote processing may be used (e.g., lightweight applications may be processed locally while computationally intensive applications may be processed remotely).

Referring to FIG. **2**, an exemplary block diagram is provided illustrating a conversational speech engine **215** according to one aspect of the invention. Conversational speech engine **215** may include a conversational language processor **220** that generates an adaptive conversational response to a request or series of requests using a free form voice search module **245**, a noise tolerance module **250**, and/or a context

8

determination process **255**. According to one aspect of the invention, modules **245-255** may communicate with a voice search engine **225** that includes one or more context domain agents **230** and/or one or more vocabularies **235** to aid in interpreting utterances and generating responses, as described in "Enhancing the VUE™ (Voce-User-Experience) Through Conversational Speech," by Tom Freeman and Larry Baldwin, which is herein incorporated by reference in its entirety. Conversational speech engine **215** may generate an adaptive conversational response to one or more requests, where the requests may depend on unspoken assumptions, incomplete information, context established by previous utterances, user profiles, historical profiles, environmental profiles, or other information. Moreover, conversational speech engine **215** may track which requests have been completed, which requests are being processed, and/or which requests cannot be processed due to incomplete or inaccurate information, and the response may be generated accordingly.

According to one aspect of the invention, free form voice search module **245** may understand an utterance made using typical, day-to-day language (i.e., in free form), and may account for variations in how humans normally speak, the vocabulary they use, and the conditions in which they speak. Because variables such as stress, distraction, and serendipity are always different and infinitely varied, free form search module **245** may be designed with a goal of understanding that no human will come to the same Human-to-Machine interface situation in the same way twice. Thus, free form search module **245** may implement one or more features that model casual human speech. In various implementations, free form search module **245** may include, among other things, a free form utterance feature, a one-step access feature, an inferencing intended operations feature, an alternative expression feature, and/or an imperfect speech feature.

The free form utterance feature may understand specialized jargon and/or slang, tolerate variations in word order (e.g., whether a subject of a request comes before or after a verb may be irrelevant), and tolerate verbalized pauses (e.g., "um," "ah," "eh," and other utterances without meaning). For example, the free form utterance feature may treat formalized English verb-before-noun requests in an equivalent manner to free form requests where a noun may precede a verb. For example, user utterances of "Change it to the Squizz" and "You know, um, that Squizz channel, ah, switch it there" may be treated equivalently (where Squizz is a channel on XM Satellite Radio). In either case, the free form utterance feature is able to identify "Squizz" as a subject of the utterance and "Change it" or "switch it" as a verb or request for the utterance (e.g., by cooperating with context determination process **255**, or other features, and identifying a relevant context domain agent **230** and/or vocabulary **235** to interpret the utterance).

The one-step access feature may understand utterances that include compound requests with multiple variables. For example, a user utterance may be "What is the forecast for Boston this weekend?" The one-step access feature may identify "weather" as a context (e.g., by cooperating with context determination process **255**, or other features, and identifying "forecast" as a synonym of "weather"), and search for a city equal to "Boston" and a time equal to "weekend." By identifying all relevant information for completing a task from a single utterance, the one-step access feature may overcome drawbacks of existing voice user interfaces, such as Command and Control systems that use verbal menus to restrict information that a person can provide at a given point (e.g., a Command and Control system for a phone directory service may say: "State please," . . . "City please," . . . "What listing," etc.). Moreover, some utterances may include compound

US 8,073,681 B2

9

requests, and the one-step access feature may decompose the compound requests into sub-tasks. For example, a user utterance of "I need to be at a meeting tomorrow in San Francisco at 8:00 am" may be decomposed into a set of sub-tasks such as (1) checking availability and reserving a flight on an evening before the meeting, (2) checking availability and reserving a hotel, (3) checking availability and reserving a car, etc., where users may further designate preferences for various tasks (e.g., first check availability on an airline for which the user is a frequent flyer). Depending on a level of shared knowledge about a user's preferences and/or historical patterns, the one-step access feature may infer additional tasks from a request. For example, in the above example, the one-step access feature may also check a weather forecast, and if the weather is "nice" (as defined by the user preferences and/or as inferred from historical patterns), the one-step access feature may schedule a tee-time at a preferred golf course in San Francisco.

The inferencing intended operations feature may identify an intended request from incomplete or ambiguous requests. For example, when a user utters "Route <indecipherable> Chicago <indecipherable> here," where the user intended to say "Route calculation to Chicago from here," the inferencing intended operations feature may model what is required to calculate a route (an origination point and a destination point). Because the utterance includes the origination point and the destination point, a request to calculate a route from the user's present location to Chicago may be inferred. Similarly, when the inferencing intended operations feature does not have sufficient information to infer a complete request, an adaptive conversational response may be generated to prompt the user for missing information. For example, when an utterance includes a request for a stock quote but not a company name (e.g., "Get me the stock price for <indecipherable>"), the response may be "What company's stock quote do you want?" The user may then provide an utterance including the company name, and the request may be completed. In one implementation, the response may ask for missing information in a way that most restricts possible interpretations (e.g., in a request for a task that requires both a city and a state, the state may be asked for first because there are fewer states than cities). Moreover, the inferencing intended operations feature may model compound tasks and/or requests by maintaining context and identifying relevant and/or missing information at both a composite and sub-task level.

The alternative expression feature may recognize common alternatives for nouns and verbs to reflect variations in usage patterns according to various criteria. For example, users may vary expression based on age, socio-economics, ethnicity, user whims, or other factors. Thus, the alternative expression feature may support variations in expression where word order is unimportant or unanticipated. Alternatives in expression based on various criteria or demographics may be loaded into context domain agents 230 and/or vocabularies 235, and the alternative expression feature may update context domain agents 230 and/or vocabularies 235 based on inferred or newly discovered variations. In one implementation, conversational speech engine 215 may include a subscription interface to update changes to context domain agents 230 and/or vocabularies 235 (e.g., a repository may aggregate various user utterances and deploy updates system wide). In operation, the alternative expression feature may allow nouns and/or verbs to be represented in different ways to give simplistic, yet representative, examples. For example, a user interested in a weather forecast for Washington, D.C. may provide any of the following utterances, each of which are interpreted equivalently: "What's the weather like in DC," "Is it raining

10

inside the Beltway," Gimme the forecast for the capital," etc. Similarly, utterances of "Go to my home," "Go home," "Show route to home," and "I would like to know my way home" may all be interpreted equivalently, where a user profile may include the user's home address and a navigation route to the home address may be calculated.

The imperfect speech feature may be able to infer requests from contradictory or otherwise inaccurate information, such as when an utterance includes starts and stops, restarts, stutters, run-on sentences, or other imperfect speech. For example, a user may sometimes change their mind, and thus alter the request in mid-utterance, and the imperfect speech feature may nonetheless be able to infer a request based on models of human speech. For example, for an utterance of "Well, I wanna . . . . Mexi . . . no, steak restaurant please, I'm hungry," existing voice user interfaces make no assumptions regarding models of human speech and would be unable to infer whether the user wanted a Mexican or steak restaurant. The imperfect speech feature overcomes these drawbacks by using various models of human understanding that may indicate that a last criterion is most likely to be correct, or intonation, emphasis, stress, use of the word "not," or other models may indicate which criterion is most likely to be correct. Thus, in the above example, the imperfect speech feature may infer that the user wants a steak restaurant.

According to one aspect of the invention, noise tolerance module 250 may be closely related to the imperfect speech feature, and may operate to discard words or noise that has no meaning in a given context so as not to create confusion. Moreover, noise tolerance module 250 may filter out environmental and non-human noise to further reduce a likelihood of confusion. In one implementation, noise tolerance module 250 may cooperate with other modules and features to filter out words that do not fit into a context. For example, one or more contexts may be identified, and words that have no meaning with respect to system capabilities, random human utterances without meaning and other noise may be filtered out. Thus, noise tolerance module 250 may model real-world conditions to identify meaningful requests. For example, noise tolerance module 250 may filter other human conversations and/or utterances within a range of one or more microphones, For example a single device may include multiple microphones, or multiple devices may each include one or more microphones, and the noise tolerance module may collate inputs and cooperatively filter out sound by comparing a speech signal from the various microphones. Noise tolerance module 250 may also filter out non-human environmental noise within the range of the microphones, out-of-vocabulary words, which could be a result of speaker ambiguity or malapropisms, or other noise that may be unrelated to a target request. Noise models in noise tolerance module 250 may define performance benchmarks based on human criteria. For example, if a driver of a car, traveling at 65 miles-per-hour, with windows cracked is 92% likely to be understood by a passenger, then noise tolerance module 250 may have a similar performance under those conditions.

According to one aspect of the invention, conversational speech engine 215 may include a context determination process 255 that determines one or more contexts for a request to establish meaning within a conversation. The one or more contexts may be determined by having one or more context domain agents compete to determine a most appropriate domain for a given utterance, as described in U.S. patent application Ser. No. 11/197,504, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Aug. 5, 2005, which issued as U.S. Pat. No. 7,640,160 on Dec. 29, 2009 and U.S. patent application Ser. No. 11/212,

US 8,073,681 B2

11

693, entitled "Mobile Systems and Methods of Supporting Natural Language Human-Machine Interactions," filed Aug. 29, 2005, both of which are hereby incorporated by reference in their entirety. Once a given context domain agent "wins" the competition, the winning agent may be responsible for establishing or inferring further contexts and updating short-term and long-term shared knowledge. If there is a deadlock between context domain agents, an adaptive conversational response may prompt the user to assist in disambiguating between the deadlocked agents. For example, a user utterance of "What about traffic?" may have a distinct meaning in various contexts. That is, "traffic" may have a first meaning when the user is querying a system's media player (i.e., "traffic" would be a Rock and Roll band led by singer/song-writer Steve Winwood), a second meaning when the user is querying a search interface regarding Michael Douglas films (i.e., "traffic" would be a film directed by Steven Soderbergh), a third meaning when the user is querying a navigation device for directions to an airport (i.e., "traffic" would be related to conditions on roads along a route to the airport).

Moreover, context determination process 255 may infer intended operations and/or context based on previous utterances and/or requests, whereas existing systems consider each utterance independently, potentially making the same errors over and over again. For example, if a given interpretation turns out to be incorrect, the incorrect interpretation may be removed as a potential interpretation from one or more grammars associated with the speech recognition engine and/or from possible subsequent interpretations determined by context determination process 255, thereby assuring that a mistake will not be repeated for an identical utterance.

Context determination process 255 may overcome drawbacks of existing systems by continually updating one or more models of an existing context, where establishing context may be a by-product of a conversation, which cannot be established a priori. Context determination process 255 may establish a first context domain, change to a second context domain, change back to the first context domain, and so on, as tasks are completed, partially completed, requested, etc, and a context stack may track conversation topics and attempt to fit a current utterance into a most-recent context, next-most-recent topic, etc., traversing the context stack until a most likely intent can be established. For example, a user may utter "What's the traffic report," and context determination process 255 may establish Traffic as a context, and return an output including a traffic report, which does not happen to mention traffic on Interstate-5. The user may then utter "What about I-5?" and context determination process 255 may know that the current context is Traffic, a traffic report including information about Interstate-5 may be searched for, and the traffic report indicating that Interstate-5 is crowded may be returned as an output. The user may then utter "Is there a faster way?" and context determination module 255 may know that the current context is still Traffic, and may search for routes to a specified destination with light traffic and avoiding Interstate-5. Moreover, context determination process 255 may build context based on user profiles, environmental profiles, historical profiles, or other information to further refine the context. For example, the profiles may indicate that Interstate-5 is a typical route taken Monday through Friday.

The profiles may be particularly meaningful when attempting to disambiguate between contexts where a word has different meanings in different contexts. For example, a user may utter "What's the weather in Seattle?" and context determination process 255 may establish Weather as a context, as well as establishing Seattle as an environmental context. The

12

user may then utter "and Portland?" and context determination process 255 may return a weather report for Portland, Oreg. based on the Weather and an environmental proximity between Portland, Oreg. and Seattle, Wash. The user may then ask "What time does the game start?" " and a search for sports events with teams from Seattle and/or Portland may occur, with results presented conversationally according to methods described in greater detail below in FIG. 3. Correlatively, had user originally uttered "What's the weather in Portsmouth, N.H.," in the second utterance, context determination process 255 may instead retrieve a weather report for Portland, Me. based on an environmental proximity to New Hampshire. Moreover, when environmental profiles, contextual shared knowledge, and/or other short-term and/or long-term shared knowledge does not provide enough information to disambiguate between possibilities, responses may prompt the user with a request for further information (e.g., "Did you mean Portland, Me., or Portland, Oreg.?").

Context determination process 255 may cooperate with context domain agents 230, where each context domain agent 230 may define a collection of related functions that may be useful for users. Moreover, each context domain agent 230 may include a relevant vocabulary 235 and thought collections that model word groupings, which when evaluated together, may disambiguate one context domain from another (e.g., a Music context domain agent 230 may include a vocabulary 235 for songs, artists, albums, etc., whereas a Stock context domain agent 230 may include a vocabulary 235 for company names, ticker symbols, financial metrics, etc.). Thus, accuracy in identifying meaning may be enhanced by eliminating out-of-context words and noise words when searching for relevant combinations. In contrast, existing systems attempt to assign meaning to every component of an utterance (e.g., including out-of-context words and noise words), which results in nearly infinite possible combinations and greater likelihood of confusion. Moreover, context domain agents 230 may include metadata for each criteria to further assist in interpreting utterances, inferring intent, completing incomplete requests, etc. (e.g., a Space Needle vocabulary word may include metadata for Seattle, landmark, tourism, Sky City restaurant, etc.). Given a disambiguated criterion, context determination process 255 may thus be able to automatically determine other information needed to complete a request, discard importance of word order, and perform other enhancements for conversational speech.

Context domain agents 230 may also be self-aware, assigning degrees of certainty to one or more generated hypotheses, where a hypothesis may be developed to account for variations in environmental conditions, speaker ambiguity, accents, or other factors. Conceptually, context domain agents 230 may be designed to model utterances as a hard-of-hearing person would at a noisy party. By identifying a context, capabilities within the context, vocabularies within the context, what tasks are done most often historically in the context, what task was just completed, etc., a context domain agent 230 may establish intent from rather meager phonetic clues. Moreover, the context stack may be one of a plurality of components for establishing context, and thus not a constraint upon the user. All context domains may be accessible, allowing the user to switch contexts at any time without confusion. Thus, just as in human-to-human conversation, context domains may be rapidly selected, without menu-driven dead ends, when an utterance is unambiguous. For example, a user may utter, "Please call Rich Kennewick on his cell phone," and a system response of "Do you wish me to call Rich Kennewick on his cell?" may be generated. The user may decide at that point to call Rich Kennewick later, and instead,

US 8,073,681 B2

13

listen to some music. Thus, the user may then utter, "No, play the Louis Armstrong version of Body and Soul from my iPod," and a system response of "Playing Body and Soul by Louis Armstrong" may be generated as Body and Soul is played through a media player. In this example, the later utterance has no contextual connection to the first utterance, yet because request criteria in the utterances are unambiguous, contexts can be switched easily without relying on the context stack.

Referring to FIG. 3, an exemplary cooperative conversational model 300 is illustrated according to an aspect of the invention. Cooperative conversational model 300 may build upon free form voice search 245, noise tolerance 250, and context determination 255 to implement a conversational Human-to-Machine interface that reflects how humans interact with each other and their normal behavior in conversation. Simply put, cooperative conversational model 300 enables humans and machines to participate in a conversation with an accepted purpose or direction, with each participant contributing to the conversation for the benefit of the conversation. That is, cooperative conversational model 300 incorporates technology and process-flow that takes advantage of human presumptions about utterances that humans rely upon, both as speakers and listeners, thereby creating a Human-to-Machine interface that is analogous to everyday human-to-human conversation. In one implementation, a cooperative conversation may take incoming data (shared knowledge) 305 to inform a decision (intelligent hypothesis building) 310, and then may refine the decision and generate a response (adaptive response building) 315.

According to one aspect of the invention, shared knowledge 305 includes both short-term and long-term knowledge about incoming data. Short-term knowledge may accumulate during a single conversation, while long-term knowledge may accumulate over time to build user profiles, environmental profiles, historical profiles, cognitive profiles, etc.

Input received during a single conversation may be retained in a Session Input Accumulator. The Session Input Accumulator may include cross-modality awareness, where in addition to accumulating input relating to user utterances, requests, locations, etc., the Session Input Accumulator may accumulate a current user interface state relating to other modal inputs to further build shared knowledge models and more accurate adaptive responses (e.g., when a user utters a request relating to a portion of a touch-screen device, as described above). For example, the Session Input Accumulator may accumulate inputs including recognition text for each utterance, a recorded speech file for each utterance, a list-item selection history, a graphical user interface manipulation history, or other input data. Thus, the Session Input Accumulator may populate Intelligent Hypothesis Builder 310 with current and relevant information, build long-term shared knowledge by identifying information with long-term significance, provide Adaptive Response Builder 315 with relevant state and word usage information, retain recent contexts for use with Intelligent Hypothesis Builder 310, and/or retain utterances for reprocessing during multi-pass evaluations. Moreover, because cooperative conversations 300 model human conversations, short-term session data may be expired after a psychologically appropriate amount of time, thereby humanizing system behavior. For example, a human is unlikely to recall a context of a conversation from two years ago, but because the context would be identifiable by a machine, session context is expired after a predetermined amount of time to reduce a likelihood of contextual confusion based on stale data. However, relevant information from an expired session context

14

may nonetheless be added to user, historical, environmental, cognitive, or other long-term knowledge models.

Long-term shared knowledge may generally be user-centric, rather than session-based. That is, inputs may be accumulated over time to build user, environmental, cognitive, historical, or other long-term knowledge models. Long-term and short-term shared knowledge (collectively, shared knowledge 305) may be used simultaneously anytime a user engages in a cooperative conversation 300. Long-term shared knowledge may include explicit and/or implicit user preferences, a history of most recently used agents, contexts, requests, tasks, etc., user-specific jargon related to vocabularies and/or capabilities of an agent and/or context, most often used word choices, or other information. The long-term shared knowledge may be used to populate Intelligent Hypothesis Builder 310 with current and relevant information, provide Adaptive Response Builder 315 with appropriate word choices when the appropriate word choices are unavailable via the Session Input Accumulator, refine long-term shared knowledge models, identify a frequency of specific tasks, identify tasks a user frequently has difficulty with, or provide other information and/or analysis to generate more accurate conversational responses.

As described above, shared knowledge 305 may be used to populate Intelligent Hypothesis Builder 310, such that a user and a voice user interface may share assumptions and expectations such as topic knowledge, conversation history, word usage, jargon, tone (e.g., formal, humorous, terse, etc.), or other assumptions and/or expectations that facilitate interaction at a Human-to-Machine interface.

According to an aspect of the invention, one component of a successful cooperative conversation may be identifying a type of conversation from an utterance. By categorizing and developing conceptual models for various types of exchanges, user expectations and domain capabilities may be consistently aligned. Intelligent Hypothesis Builder 310 may generate a hypothesis as to a conversation type by considering conversational goals, participant roles, and/or an allocation of information among the participants. Conversational goals may broadly include: (1) getting a discrete piece of information or performing a discrete task, (2) gathering related pieces of information to make a decision, and/or (3) disseminating or gathering large amounts of information to build expertise. Participant roles may broadly include: (1) a leader that controls a conversation, (2) a supporter that follows the leader and provides input as requested, and/or (3) a consumer that uses information. Information may be held by one or more of the participants at the outset of a conversation, where a participant may hold most (or all) of the information, little (or none) of the information, or the information may be allocated roughly equally amongst the participants. Based on the conversational goals, participant roles, and allocation of information, Intelligent Hypothesis Builder 310 may consider various factors to classify a conversation (or utterance) into general types of conversations that can interact with one another to form many more variations and permutations of conversation types (e.g., a conversation type may change dynamically as information is reallocated from one participant to another, or as conversational goals change based on the reallocation of information).

For example, in one implementation, a query conversation may include a conversational goal of getting a discrete piece of information or performing a particular task, where a leader of the query conversation may have a specific goal in mind and may lead the conversation toward achieving the goal. The other participant may hold the information and may support the leader by providing the information. In a didactic conver-

US 8,073,681 B2

15 16

sation, a leader of the conversation may control information desired by a supporter of the conversation. The supporter's role may be limited to regulating an overall progression of the conversation and interjecting queries for clarification. In an exploratory conversation, both participants share leader and supporter roles, and the conversation may have no specific goal, or the goal may be improvised as the conversation progresses. Based on this model, Intelligent Hypothesis Builder **310** may broadly categorize a conversation (or utterance) according to the following diagram:

|  | Participant A<br>User | Participant B<br>Voice User Interface |
|---|---|---|
| QUERY | | |
| GOAL | Get information/action | Provide information/action |
| ROLE | Leader/Consumer | Supporter/Dispenser |
| INFORMATION<br>ALLOCATION | Less | More |
| DIDACTIC | | |
| GOAL | Get information | Provide information |
| ROLE | Follower/Consumer | Leader/Dispenser |
| INFORMATION<br>ALLOCATION | Less | More |
| EXPLORATORY | | |
| GOAL | Gather/share in-<br>formation | Gather/share information |
| ROLE | Follower/Consumer<br>and Leader/Dispenser | Follower/Consumer and<br>Leader/Dispenser |
| INFORMATION<br>ALLOCATION | Equal or alternating | Equal or alternating |

Intelligent Hypothesis Builder **310** may use an identified conversation type to assist in generating a set of hypotheses as to a user's intent in an utterance. In addition, Intelligent Hypothesis Builder **310** may use short-term shared knowledge from the Session Input Accumulator to proactively build and evaluate interaction with a user as a conversation progresses, as well as long-term shared knowledge to proactively build and evaluate interaction with the user over time. Intelligent Hypothesis Builder **310** may thus adaptively arrive at a set of n-best hypotheses about user intent, and the n-best hypotheses may be provided to an Adaptive Response Builder **315**. In addition, Intelligent Hypothesis Builder **310** may model human-to-human interaction by calculating a degree of certainty for each of the hypotheses. That is, just as humans rely on knowledge shared by participants to examine how much and what kind of information was available, Intelligent Hypothesis Builder **310** may leverage the identified conversation type and short-term and long-term shared knowledge to generate a degree of certainty for each hypothesis.

According to another aspect of the invention, Intelligent Hypothesis Builder **310** may generate one or more explicit hypotheses of a user's intent when an utterance contains all information (including qualifiers) needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty, which may be used to determine a level of unprompted support to provide in a response. For example, a response may include a confirmation to ensure the utterance was not misunderstood or the response may adaptively prompt a user to provide missing information.

According to another aspect of the invention, Intelligent Hypothesis Builder **310** may use short-term knowledge to generate one or more implicit hypotheses of a user's intent

when an utterance may be missing required qualifiers or other information needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty. For instance, when a conversation begins, short-term knowledge stored in the Session Input Accumulator may be empty, and as the conversation progresses, the Session Input Accumulator may build a history of the conversation. Intelligent Hypothesis Builder **310** may use data in the Session Input Accumulator to supplement or infer additional information about a current utterance. For example, Intelligent Hypothesis Builder **310** may evaluate a degree of certainty based on a number of previous requests relevant to the current utterance. In another example, when the current utterance contains insufficient information to complete a request or task, data in the Session Input Accumulator may be used to infer missing information so that a hypothesis can be generated. In still another example, Intelligent Hypothesis Builder **310** may identify syntax and/or grammar to be used by Adaptive Response Builder **315** to formulate personalized and conversational response. In yet another example, when the current utterance contains a threshold amount of information needed to complete a request or task, data in the Session Input Accumulator may be relied upon to tune a degree of certainty.

According to another aspect of the invention, Intelligent Hypothesis Builder **310** may use long-term shared knowledge to generate one or more implicit hypotheses of a user's intent when an utterance is missing qualifiers or other information needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty. Using long-term knowledge may be substantially similar to using short-term shared knowledge, except that information may be unconstrained by a current session, and an input mechanism may include information from additional sources other than conversational sessions. For example, Intelligent Hypothesis Builder **310** may use information from long-term shared knowledge at any time, even when a new conversation is initiated, whereas short-term shared knowledge may be limited to an existing conversation (where no short-term shared knowledge would be available when a new conversation is initiated). Long-term shared knowledge may come from several sources, including user preferences or a plug-in data source (e.g., a subscription interface to a remote database), expertise of a user (e.g., based on a frequency of errors, types of tasks requested, etc., the user may be identified as a novice, intermediate, experienced, or other type of user), agent-specific information and/or language that may also apply to other agents (e.g., by decoupling information from an agent to incorporate the information into other agents), frequently used topics passed in from the Session Input Accumulator, frequently used verbs, nouns, or other parts of speech, and/or other syntax information passed in from the Session Input Accumulator, or other sources of long-term shared knowledge may be used.

According to another aspect of the invention, knowledge-enabled utterances, as generated by Intelligent Hypothesis Builder **310**, may include one or more explicit (supplied by a user), and one or more implicit (supplied by Intelligent Hypothesis Builder **310**) contextual signifiers, qualifiers, criteria, and other information that can be used to identify and evaluate relevant tasks. At that point, Intelligent Hypothesis Builder **310** may provide an input to Adaptive Response Builder **315**. The input received by Adaptive Response Builder **315** may include at least a ranked list of hypotheses, including explicit and/or implicit hypotheses, each of which may have a corresponding degree of certainty. A hypothesis may be assigned one of four degrees of certainty: (1) "sure," where contextual signifiers and qualifiers relate to one task,

US 8,073,681 B2

context and qualifiers relate to one task, and a confidence level associated with a preliminary interpretation generated at the speech recognition engine exceeds a predetermined threshold; (2) "pretty sure," where contextual signifiers and qualifiers relate to more than one task (select top-ranked task) and criteria relates to one request, and/or the confidence level associated with the preliminary interpretation generated at the speech recognition engine is below the predetermined threshold; (3) "not sure," where additional contextual signifiers or qualifiers are needed to indicate or rank a task; and (4) "no hypothesis," where little or no information can be deciphered. Each degree of certainty may further be classified as explicit or implicit, which may be used to adjust a response. The input received by Adaptive Response Builder 310 may also include a context, user syntax and/or grammar, context domain agent specific information and/or preferences (e.g., a travel context domain agent may know a user frequently requests information about France, which may be shared with a movie context domain agent so that responses may occasionally include French movies).

According to another aspect of the invention, Adaptive Response Builder 315 may build syntactically, grammatically, and contextually sensitive "intelligent responses" that can be used with one or more agents to generate a conversational experience for a user, while also guiding the user to reply in a manner favorable for recognition. In one implementation, the intelligent responses may include a verbal or audible reply played through an output device (e.g., a speaker), and/or an action performed by a device, computer, or machine (e.g., downloading a web page, showing a list executing an application, etc.). In one implementation, an appropriate response may not require conversational adaptation, and default replies and/or randomly selected response sets for a given task may be used.

According to another aspect of the invention, Adaptive Response Builder 310 may draw on information maintained by Intelligence Hypothesis Builder 310 to generate responses that may be sensitive to context, task recognition of a current utterance, what a user already knows about a topic, what an application already knows about the topic, shared knowledge regarding user preferences and/or related topics, appropriate contextual word usage (e.g., jargon), words uttered by the user in recent utterances, conversational development and/or course correction, conversational tone, type of conversation, natural variation in wording of responses, or other information. As a result, Adaptive Response Builder 315 may generate intelligent responses that create conversational feel, adapt to information that accumulates over a duration of a conversation, maintain cross-modal awareness, and keep the conversation on course.

According to another aspect of the invention, Adaptive Response Builder 315 may create a conversational feel by adapting to a user's manner of speaking, framing responses appropriately, and having natural variation and/or personality (e.g., by varying tone, pace, timing, inflection, word use, jargon, and other variables in a verbal or audible response). Adapting to a user's manner of speaking may include using contextual signifiers and grammatical rules to generate one or more sentences for use as response sets that may cooperate with the user. By taking advantage of short-term (from the Session Input Accumulator) and long-term (from one or more profiles) shared knowledge about how a user utters a request, the responses may be modeled using techniques used to recognize requests. Adaptive Response Builder 315 may rate possible responses statistically and/or randomize responses, which creates an opportunity to build an exchange with natural variation and conversational feel. This may be a significant

advantage over existing voice user interfaces with incongruous input and output, where the input is "conversational" and the output is "computerese." The following examples may demonstrate how a response may adapt to a user's input word choices and manner of speaking:

| User | Do you know (mumbled words) Seattle (more mumbled words)? |
| Voice User Interface | Did you want Seattle sports scores, weather, traffic, or news? |
| User | Find me (mumbled words) Seattle (more mumbled words)? |
| Voice User Interface | I found Seattle, did you want sports scores, weather, traffic, or news? |
| User | Get me (mumbled words) Seattle (more mumbled words)? |
| Voice User Interface | I've got Seattle, did you want me to get sports scores, weather, traffic, or news? |

According to another aspect of the invention, Adaptive Response Builder 315 may frame responses to influence a user to reply with an utterance that may be easily recognized. For example, a user may utter, "Get me the news" and a voice user interface response may be "Which of these categories? Top news stories, international news, political news, or sports news?" The response may be likely to illicit utterances from the user, such as "Top news stories" or "International news," which are more likely to result in a completed request. Thus, the responses may conform to d cooperative nature of human dialog, and a natural human tendency to "parrot" what was just heard as part of a next utterance. Moreover, knowledge of current context may enhance responses to generate more meaningful conversational responses, such as in the following exchange:

| User | What's the weather like in Dallas? |
| Voice User Interface | In Dallas, it's sunny and 90 degrees. |
| User | What theaters are showing the movie "The Fantastic Four" there? |
| Voice User Interface | 10 theaters in Dallas are showing "The Fantastic Four." Do you want show times for a particular theater? |

Framing the responses may also deal with misrecognitions according to human models. For example, humans frequently remember a number of recent utterances, especially when one or more previous utterances were misrecognized or unrecognized. Another participant in the conversation may limit correction to a part of the utterance that was misrecognized or unrecognized, or over subsequent utterances and/or other interactions, clues may be provided to indicate the initial interpretation was incorrect. Thus, by storing and analyzing multiple utterances, utterances from earlier in a conversation may be corrected as the conversation progresses.

According to another aspect of the invention, Adaptive Response Builder 315 may generate multi-modal, or crossmodal, responses to a user. In one implementation, responses may be aware of and control one or more devices and/or interfaces, and users may respond by using whichever input method, or combination of input methods, is most convenient. For example, a response asking the user to direct an utterance with a "Yes" or "No" in a multi-modal environment may also display alternatives visually.

According to another aspect of the invention, Adaptive Response Builder 315 may correct a course of a conversation without interrupting conversational flow. Adaptive Response Builder 315 may generate intelligent responses based on the ranked list of hypotheses and corresponding degrees of cer-

US 8,073,681 B2

19

tainty, which may be used to correct a course of a conversation without interrupting conversational flow. That is, even though the intelligent responses may be reasonably "sure," the intelligent responses may nonetheless sometimes be incorrect. While existing voice user interfaces tend to fail on average conversational missteps, normal human interactions may expect missteps and deal with them appropriately. Thus, responses after a misrecognition may be modeled after clarifications, rather than errors, and words may chosen in subsequent responses that move conversation forward and establish an appropriate domain to be explored with the user. For example, course correction may result in the following exchange:

| User | Can you get (mumbled words here) Mariners (more mumbled words)? |
| Voice User Interface | I've got the score for the Mariners game? 4-2 Mariners. |
| User | No, the start time for tomorrow's game. |
| Voice User Interface | Oh, 7:05. |

The above disclosure has been described in terms of specific exemplary aspects, implementations, and embodiments of the invention. However, those skilled in the art will recognize various changes and modifications that may be made without departing from the scope and spirit of the invention. Therefore, the specification and drawings are to be regarded as exemplary only, and the scope of the invention is to be determined solely by the appended claims.

What is claimed is:

1. A method for providing a cooperative conversational voice user interface, comprising:

receiving an utterance at a voice input device during a current conversation with a user, wherein the utterance includes one or more words that have different meanings in different contexts;

accumulating short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received during the current conversation;

accumulating long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user;

determining an intended meaning for the utterance, wherein determining the intended meaning for the utterance includes:

identifying, at a conversational speech engine, a context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge; and

establishing the intended meaning within the identified context, wherein the conversational speech engine establishes the intended meaning within the identified context to disambiguate an intent that the user had in speaking the one or more words that have the different meanings in the different contexts; and

generating a response to the utterance, wherein the conversational speech engine grammatically or syntactically adapts the response based on the intended meaning established within the identified context.

2. The method of claim 1, wherein accumulating the short-term shared knowledge about the current conversation

20

includes populating a short-term context stack with information about the utterance received during the current conversation.

3. The method of claim 2, wherein accumulating the short-term shared knowledge about the current conversation further includes expiring the information about the utterance from the short-term context stack after a psychologically appropriate amount of time.

4. The method of claim 3 wherein accumulating the long-term shared knowledge about the user includes updating one or more long-term profiles associated with the user to include information about the utterance received during the current conversation and relevant data associated with the information expired from the short, term context stack.

5. The method of claim 1, wherein determining the intended meaning for the utterance further includes:

identifying a conversational goal associated with the utterance, roles associated with the user and one or more other participants in the current conversation, and an information allocation among the user and the one or more other participants in the current conversation; and

classifying one or more of the utterance or the current conversation into a conversation type based on one or more of the identified conversational goal, the identified roles, or the identified information allocation, wherein the conversational speech engine further establishes the intended meaning based on the conversation type.

6. The method of claim 5 wherein the established intended meaning comprises a hypothesis having a degree of certainty about the intent that the user had in speaking the one or more words in the utterance.

7. The method of claim 6, further comprising generating a preliminary interpretation of the utterance at a speech recognition engine coupled to the voice input device and the conversational speech engine, wherein the conversational speech engine assigns the degree of certainty to the hypothesis based on one or more of the conversation type, information associated with the identified context, or a confidence level associated with the preliminary interpretation generated at the speech recognition engine.

8. The method of claim 5, wherein the conversational speech engine further grammatically or syntactically adapts the response based on the conversation type.

9. The method of claim 1, wherein the conversational speech engine grammatically or syntactically adapts the response to influence a subsequent reply utterance that the conversational speech engine expects from the user during the current conversation.

10. The method of claim 1, further comprising:

generating multiple preliminary interpretations of the utterance at a speech recognition engine coupled to the voice input device and the conversational speech engine, wherein an initial interpretation of the utterance comprises one of the multiple preliminary interpretations having a highest confidence level; and

updating the short-term shared knowledge about the current conversation to remove the initial interpretation from the multiple preliminary interpretations in response to determining that the initial interpretation was incorrect, wherein the conversational speech engine determines the intended meaning based on one of the multiple preliminary interpretations having a next highest confidence level.

11. The method of claim 1, wherein the user speaks the utterance in a multi-modal input that further includes one or more non-voice inputs relating to the utterance.

US 8,073,681 B2

21

12. The method of claim 1, wherein the conversational speech engine generates the response in a multi-modal output that includes one or more non-voice outputs that relate to the utterance or one or more tasks executed to process a request identified from the intended meaning.

13. A non-transitory computer readable medium containing computer-executable instructions for providing a cooperative conversational voice user interface, the computer-executable instructions operable when executed to:

receive an utterance at a voice input device, during a current conversation with a user, wherein the utterance includes one or more words that have different meanings in different contexts;

accumulate short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received at the voice during the current conversation;

accumulate long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user;

identify a context associated with the utterance, wherein a conversational speech engine identifies the context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge;

establish an intended meaning for the utterance within the identified context, wherein the conversational speech engine establishes the intended meaning within the identified context to disambiguate an intent that the user had in speaking the one or more words that have the different meanings in the different contexts; and

generate a response to the utterance, wherein the conversational speech engine grammatically or syntactically adapts the response based on the intended meaning established within the identified context.

14. The non-transitory computer readable medium of claim 13, wherein to accumulate the short-term shared knowledge about the current conversation, the computer-executable instructions are further operable when executed to populate a short-term context stack with information about the utterance received during the current conversation.

15. The non-transitory computer readable medium of claim 14, wherein to accumulate the short-term shared knowledge about the current conversation, the computer-executable instructions are further operable when executed to expire the information about the utterance from the short-term context stack after a psychologically appropriate amount of time.

16. The non-transitory computer readable medium of claim 15, wherein to accumulate the long-term shared knowledge about the user, the computer-executable instructions are further operable when executed to update one or more long-term profiles associated with the user to include information about the utterance received during the current conversation and relevant data associated with the information expired from the short term context stack.

17. The non-transitory computer readable medium of claim 13, wherein the computer-executable instructions are further operable when executed to:

identify a conversational goal associated with the utterance, roles associated with the user and one or more other participants in the current conversation, and an information allocation among the user and the one or more other participants in the current conversation; and

classify one or more of the utterance or the current conversation into a conversation type based on one or more of the identified conversational goal, the identified roles, or the identified information allocation, wherein the con-

22

versational speech engine further establishes the intended meaning based on the conversation type.

18. The non-transitory computer readable medium of claim 17, wherein the established intended meaning comprises a hypothesis having a degree of certainty about the intent that the user had in speaking the one or more words in the utterance.

19. The computer-readable medium of claim 18, wherein the computer-executable instructions are further operable when executed to generate a preliminary interpretation of the utterance at a speech recognition engine, wherein the conversational speech engine assigns the degree of certainty to the hypothesis based on one or more of the conversation type, information associated with the identified context, or a confidence level associated with the preliminary interpretation generated at the speech recognition engine.

20. The non-transitory computer readable medium of claim 17, wherein the conversational speech engine further grammatically or syntactically adapts the response based on conversation type.

21. The non-transitory computer readable medium of claim 13, wherein the conversational speech engine grammatically or syntactically adapts more the response to influence a subsequent reply utterance that the conversational speech engine expects from the user during the current conversation.

22. The non-transitory computer readable medium of claim 13, wherein the computer-executable instructions are further operable when executed to:

generate multiple preliminary interpretations of the utterance at a speech recognition engine, wherein an initial interpretation of the utterance comprises one of the multiple preliminary interpretations having a highest confidence level; and

update the short-term shared knowledge about the current conversation to remove the initial interpretation from the multiple preliminary interpretations in response to determining that the initial interpretation was incorrect, wherein the conversational speech engine identifies the context associated with the utterance and establishes the intended meaning for the utterance based on one of the multiple preliminary interpretations having a next highest confidence level.

23. The non-transitory computer readable medium of claim 13, wherein the user speaks the utterance in a multi-modal input that further includes one or more non-voice inputs relating to the utterance.

24. The non-transitory computer readable medium of claim 13, wherein the conversational speech engine generates the response in a multi-modal output that includes one or more non-voice outputs that relate to the utterance or one or more tasks executed to process a request identified from the intended meaning.

25. A system for providing a cooperative conversational voice user interface, comprising:

a voice input device configured to receive an utterance during a current conversation with a user, wherein the utterance includes one or more words that have different meanings in different contexts; and

a conversational speech engine, wherein the conversational speech engine includes one or more processors configured to:

accumulate short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received during the current conversation;

US 8,073,681 B2

23

accumulate long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user;

identify a context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge;

establish an intended meaning for the utterance within the identified context to disambiguate an intent that the user had in speaking the one or more words that have the different meanings in the different contexts; and

generate a grammatically or syntactically adapted response to the utterance based on the intended meaning established within the identified context.

26. The system of claim 25, wherein to accumulate the short-term shared knowledge about the current conversation, the one or more processors are further configured to populate a short-term context stack with information about the utterance received during the current conversation.

27. The system of claim 26, wherein to accumulate the short-term shared knowledge about the current conversation, the one or more processors are further configured to expire the information about the utterance from the short-term context stack after a psychologically appropriate amount of time.

28. The system of claim 27, wherein to accumulate the long-term shared knowledge about the user, the one or more processors are further configured to update one or more long-term profiles associated with the user to include information about the utterance received during the current conversation and relevant data associated with the information expired from the short term context stack.

29. The system of claim 25, wherein the one or more processors are further configured to:

identify a conversational goal associated with the utterance, roles associated with the user and one or more other participants in the current conversation, and an information allocation among the user and the one or more other participants in the current conversation; and

classify one or more of the utterance or the current conversation into a conversation type based on one or more of the identified conversational goal, the identified roles, or the identified information allocation, wherein the one or more processors are further configured to establish the intended meaning based on the conversation type.

30. The system of claim 29 wherein the established intended meaning comprises a hypothesis having a degree of certainty about the intent that the user had in speaking the one or more words in the utterance.

31. The system of claim 30, further comprising a speech recognition engine configured to generate a preliminary interpretation of the utterance, wherein the one or more processors are further configured to assign the degree of certainty to the hypothesis based on one or more of the conversation type, information associated with the identified context, a confidence level associated with the preliminary interpretation generated at the speech recognition engine.

32. The system of claim 29 wherein the one or more processors are further configured to generate the grammatically syntactically adapted response based on the conversation type.

33. The system of claim 25, wherein the one or more processors are further configured to generate the grammatically or syntactically adapted response to influence a subsequent reply utterance expected from the user during the current conversation.

24

34. The system of claim 25, further comprising a speech recognition engine configured to:

generate multiple preliminary interpretations of the utterance, wherein an initial interpretation of the utterance comprises one of the multiple preliminary interpretations having a highest confidence level; and

update the short-term shared knowledge about the current conversation to remove the initial interpretation from the multiple preliminary interpretations in response to determining that the initial interpretation was incorrect, wherein the one or more processors are configured to identify the context associated with the utterance and establish the intended meaning for the utterance based on one of the multiple preliminary interpretations having a next highest confidence level.

35. The system of claim 25, wherein the user speaks the utterance in a multi-modal input that further includes one or more non-voice inputs relating to the utterance.

36. The system of claim 25, wherein the grammatically or syntactically adapted response comprises a multi-modal output that includes one or more non-voice outputs that relate to the utterance or one or more tasks executed to process a request identified from the intended meaning.

37. A method for providing a cooperative conversational voice user interface, comprising:

receiving an utterance at a voice input device during a current conversation with a user;

accumulating short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received during the current conversation;

accumulating long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user;

determining an intended meaning for the utterance, wherein determining the intended meaning for the utterance includes:

identifying, at a conversational speech engine, a context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge;

inferring additional information about the utterance from the short-term shared knowledge and the long-term shared knowledge in response to determining that the utterance contains insufficient information to complete a request in the identified context; and

establishing the intended meaning within the identified context based on the additional information inferred about the utterance; and

generating a response to the utterance based on the intended meaning established within the identified context.

38. The method of claim 37, wherein the established intended meaning comprises an implicit hypothesis having a corresponding degree of certainty about an intent that the user had in speaking the utterance.

39. A non-transitory computer readable medium containing computer-executable instructions for providing a cooperative conversational voice user interface, the computer-executable instructions operable when executed to:

receive an utterance at a voice input device during a current conversation with a user;

accumulate short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received during the current conversation;

US 8,073,681 B2

25

accumulate long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user;

identify a context associated with the utterance, wherein a conversational speech engine identifies the context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge;

infer additional information about the utterance from the short-term shared knowledge and the long-term shared knowledge in response to determining that the utterance contains insufficient information to complete a request in the identified context;

establish an intended meaning for the utterance within the identified context based on the additional information inferred about the utterance; and

generate a response to the utterance based on the intended meaning established within the identified context.

**40**. The non-transitory computer readable medium of claim **39**, wherein the established intended meaning comprises an implicit hypothesis having a corresponding degree of certainty about an intent that the user had in speaking the utterance.

**41**. A system for providing a cooperative conversational voice user interface, comprising:

a voice input device configured to receive an utterance during a current conversation with a user; and

a conversational speech engine, wherein the conversational speech engine includes one or more processors configured to:

26

accumulate short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received during the current conversation;

accumulate long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user;

identify a context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge;

infer additional information about the utterance from the short-term shared knowledge and the long-term shared knowledge in response to determining that the utterance contains insufficient information to complete a request in the identified context;

establish an intended meaning for the utterance within the identified identify a context based on the additional information inferred about the utterance; and

generate a response to the utterance based on the intended meaning established within the identified context.

**42**. The system of claim **41**, wherein the established intended meaning comprises an implicit hypothesis having a corresponding degree of certainty about an intent that the user had in speaking the utterance.

\*    \*    \*    \*    \*

**Disclaimer**

**8,073,681 B2 -** Larry Baldwin, Maple Valley, WA (US); Tom Freeman, Mercer Island, WA (US); Michael Tjalve, Bellevue, WA (US); Blanc Ebersold, Seattle, WA (US); Chris Weider, Everett, WA (US). SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE. Patent dated December 6, 2011. Disclaimer filed May 17, 2021, by the assignee, VB Assets, LLC.

I hereby disclaim the following complete claims 37-42 of said patent.

*(Official Gazette, November 22, 2022)*

(12) **INTER PARTES REVIEW CERTIFICATE** (2941st)

# United States Patent
Baldwin et al.

(10) **Number:**      US 8,073,681 K1

(45) **Certificate Issued:**    Dec. 21, 2022

---

(54) **SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE**

(75) Inventors: **Larry Baldwin; Michael Tjalve; Blane Ebersold; Tom Freeman; Chris Weider**

(73) Assignee: **NUANCE COMMUNICATIONS, INC.**

**Trial Number:**

IPR2020-01367 filed Jul. 28, 2020

**Inter Partes Review Certificate for:**

Patent No.:    **8,073,681**
Issued:       **Dec. 6, 2011**
Appl. No.:    **11/580,926**
Filed:        **Oct. 16, 2006**

The results of IPR2020-01367 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

**INTER PARTES REVIEW CERTIFICATE**
**U.S. Patent 8,073,681 K1**
**Trial No. IPR2020-01367**
**Certificate Issued Dec. 21, 2022**

### 1

AS A RESULT OF THE INTER PARTES REVIEW PROCEEDING, IT HAS BEEN DETERMINED THAT:

Claims **1-36** are found patentable.

Claims **37-42** are disclaimed.

\* \* \* \* \*

### 2

# **EXHIBIT B**

US008515765B2

(12) **United States Patent**
Baldwin et al.

(10) **Patent No.:** **US 8,515,765 B2**
(45) **Date of Patent:** **Aug. 20, 2013**

(54) **SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE**

(75) Inventors: **Larry Baldwin**, Maple Valley, WA (US); **Tom Freeman**, Mercer Island, WA (US); **Michael Tjalve**, Bellevue, WA (US); **Blane Ebersold**, Seattle, WA (US); **Chris Weider**, Everett, WA (US)

(73) Assignee: **VoiceBox Technologies, Inc.**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/251,712**

(22) Filed: **Oct. 3, 2011**

(65) **Prior Publication Data**

US 2012/0022857 A1      Jan. 26, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 11/580,926, filed on Oct. 16, 2006, now Pat. No. 8,073,681.

(51) **Int. Cl.**
*G06F 17/27* (2006.01)
*G10L 11/00* (2006.01)
*G10L 21/00* (2013.01)

(52) **U.S. Cl.**
USPC ............. **704/275**; 704/9; 704/270; 704/270.1

(58) **Field of Classification Search**
USPC .............................................. 704/270–275, 9
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,430,669 | A | 2/1984 | Cheung | 358/122 |
| 5,027,406 | A | 6/1991 | Roberts et al. | 381/43 |
| 5,155,743 | A | 10/1992 | Jacobs | 375/28 |
| 5,208,748 | A * | 5/1993 | Flores et al. | 704/1 |
| 5,274,560 | A | 12/1993 | LaRue | 364/444 |
| 5,357,596 | A | 10/1994 | Takebayashi et al. | 395/2.84 |
| 5,377,350 | A | 12/1994 | Skinner | 395/600 |
| 5,386,556 | A | 1/1995 | Hedin et al. | 395/600 |
| 5,424,947 | A | 6/1995 | Nagao et al. | 364/419.08 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 320 043 A2 | 6/2003 |
| EP | 1 646 037 | 4/2006 |

(Continued)

OTHER PUBLICATIONS

Reuters, "IBM to Enable Honda Drivers to Talk to Cars", Charles Schwab & Co., Inc., Jul. 28, 2002, 1 page.

(Continued)

*Primary Examiner* — Eric Yen

(74) *Attorney, Agent, or Firm* — Pillsbury Winthrop Shaw Pittman LLP

(57) **ABSTRACT**

A cooperative conversational voice user interface is provided. The cooperative conversational voice user interface may build upon short-term and long-term shared knowledge to generate one or more explicit and/or implicit hypotheses about an intent of a user utterance. The hypotheses may be ranked based on varying degrees of certainty, and an adaptive response may be generated for the user. Responses may be worded based on the degrees of certainty and to frame an appropriate domain for a subsequent utterance. In one implementation, misrecognitions may be tolerated, and conversational course may be corrected based on subsequent utterances and/or responses.

**14 Claims, 3 Drawing Sheets**



## US 8,515,765 B2

Page 2

(56)           **References Cited**

### U.S. PATENT DOCUMENTS

| Patent No. | Type | Date | Name | Class |
|---|---|---|---|---|
| 5,471,318 | A | 11/1995 | Ahuja et al. | 358/400 |
| 5,475,733 | A | 12/1995 | Eisdorfer et al. | 379/52 |
| 5,488,652 | A | 1/1996 | Bielby et al. | 379/88 |
| 5,499,289 | A | 3/1996 | Bruno et al. | 379/220 |
| 5,500,920 | A | 3/1996 | Kupiec | 395/2.79 |
| 5,517,560 | A | 5/1996 | Greenspan | 379/114 |
| 5,533,108 | A | 7/1996 | Harris et al. | 379/201 |
| 5,537,436 | A | 7/1996 | Bottoms et al. | 375/222 |
| 5,539,744 | A | 7/1996 | Chu et al. | 370/60 |
| 5,557,667 | A | 9/1996 | Bruno et al. | 379/201 |
| 5,563,937 | A | 10/1996 | Bruno et al. | 379/201 |
| 5,577,165 | A | 11/1996 | Takebayashi et al. | 395/2.84 |
| 5,590,039 | A | 12/1996 | Ikeda et al. | 395/759 |
| 5,608,635 | A | 3/1997 | Tamai | 364/449.3 |
| 5,617,407 | A | 4/1997 | Bareis | 369/275.3 |
| 5,633,922 | A | 5/1997 | August et al. | 379/220 |
| 5,675,629 | A | 10/1997 | Raffel et al. | 379/58 |
| 5,696,965 | A | 12/1997 | Dedrick | 395/610 |
| 5,708,422 | A | 1/1998 | Blonder et al. | 340/825.34 |
| 5,721,938 | A | 2/1998 | Stuckey | 395/754 |
| 5,722,084 | A | 2/1998 | Chakrin et al. | 455/551 |
| 5,740,256 | A | 4/1998 | Castello Da Costa et al. | 361/94.7 |
| 5,742,763 | A | 4/1998 | Jones | 395/200.3 |
| 5,748,841 | A | 5/1998 | Morin et al. | 395/2.66 |
| 5,748,974 | A | 5/1998 | Johnson | 395/759 |
| 5,752,052 | A | 5/1998 | Richardson et al. | 395/759 |
| 5,754,784 | A | 5/1998 | Garland et al. | 395/200.49 |
| 5,761,631 | A | 6/1998 | Nasukawa | 704/9 |
| 5,774,859 | A | 6/1998 | Houser et al. | 704/275 |
| 5,794,050 | A | 8/1998 | Dahlgren et al. | 395/708 |
| 5,794,196 | A | 8/1998 | Yegnanarayanan et al. | 704/255 |
| 5,797,112 | A | 8/1998 | Komatsu et al. | 701/201 |
| 5,799,276 | A | 8/1998 | Komissarchik et al. | 704/251 |
| 5,802,510 | A | 9/1998 | Jones | 707/2 |
| 5,832,221 | A | 11/1998 | Jones | 375/200.36 |
| 5,839,107 | A | 11/1998 | Gupta et al. | 704/270 |
| 5,848,396 | A | 12/1998 | Gerace | 705/10 |
| 5,855,000 | A | 12/1998 | Waibel et al. | 704/235 |
| 5,867,817 | A | 2/1999 | Catallo et al. | 704/255 |
| 5,878,385 | A | 3/1999 | Bralich et al. | 704/9 |
| 5,878,386 | A | 3/1999 | Coughlin | 704/10 |
| 5,892,813 | A | 4/1999 | Morin et al. | 379/88.01 |
| 5,892,900 | A | 4/1999 | Ginter et al. | 395/186 |
| 5,895,464 | A | 4/1999 | Bhandari et al. | 707/3 |
| 5,895,466 | A | 4/1999 | Goldberg et al. | 707/5 |
| 5,897,613 | A | 4/1999 | Chan | 704/210 |
| 5,902,347 | A | 5/1999 | Backman et al. | 701/200 |
| 5,911,120 | A | 6/1999 | Jarett et al. | 455/417 |
| 5,918,222 | A | 6/1999 | Fukui et al. | 707/1 |
| 5,926,784 | A | 7/1999 | Richardson et al. | 704/9 |
| 5,933,822 | A | 8/1999 | Braden-Harder et al. | 707/5 |
| 5,953,393 | A | 9/1999 | Culbreth et al. | 379/88.25 |
| 5,960,397 | A | 9/1999 | Rahim | 704/244 |
| 5,960,399 | A | 9/1999 | Barclay et al. | 704/270 |
| 5,960,447 | A | 9/1999 | Holt et al. | 707/500 |
| 5,963,894 | A | 10/1999 | Richardson et al. | 704/9 |
| 5,963,940 | A | 10/1999 | Liddy et al. | 707/5 |
| 5,987,404 | A | 11/1999 | Della Pietra et al. | 704/9 |
| 5,991,721 | A | 11/1999 | Asano et al. | 704/257 |
| 5,995,119 | A | 11/1999 | Cosatto et al. | 345/473 |
| 5,995,928 | A | 11/1999 | Nguyen et al. | 704/251 |
| 6,009,382 | A | 12/1999 | Martino et al. | 704/1 |
| 6,014,559 | A | 1/2000 | Amin | 455/413 |
| 6,018,708 | A | 1/2000 | Dahan et al. | 704/244 |
| 6,021,384 | A | 2/2000 | Gorin et al. | 704/1 |
| 6,035,267 | A | 3/2000 | Watanabe et al. | 704/1 |
| 6,044,347 | A | 3/2000 | Abella et al. | 704/272 |
| 6,049,602 | A | 4/2000 | Foladare et al. | 379/265 |
| 6,049,607 | A | 4/2000 | Marash et al. | 379/410 |
| 6,058,187 | A | 5/2000 | Chen | 380/21 |
| 6,067,513 | A | 5/2000 | Ishimitsu | 704/233 |
| 6,076,059 | A | 6/2000 | Glickman et al. | 704/260 |
| 6,078,886 | A | 6/2000 | Dragosh et al. | 704/270 |
| 6,081,774 | A | 6/2000 | De Hita et al. | 704/9 |
| 6,085,186 | A | 7/2000 | Christianson et al. | 707/3 |
| 6,101,241 | A | 8/2000 | Boyce et al. | 379/88.01 |
| 6,108,631 | A | 8/2000 | Ruhl | 704/270 |
| 6,119,087 | A | 9/2000 | Kuhn et al. | 704/270 |
| 6,122,613 | A | 9/2000 | Baker | 704/235 |
| 6,134,235 | A | 10/2000 | Goldman et al. | 370/352 |
| 6,144,667 | A | 11/2000 | Doshi et al. | 370/401 |
| 6,144,938 | A | 11/2000 | Surace et al. | 704/257 |
| 6,154,526 | A | 11/2000 | Dahlke et al. | 379/88.03 |
| 6,160,883 | A | 12/2000 | Jackson et al. | 379/230 |
| 6,167,377 | A | 12/2000 | Gillick et al. | 704/240 |
| 6,173,266 | B1 | 1/2001 | Marx et al. | 704/270 |
| 6,173,279 | B1 | 1/2001 | Levin et al. | 707/5 |
| 6,175,858 | B1 | 1/2001 | Bulfer et al. | 709/206 |
| 6,185,535 | B1 | 2/2001 | Hedin et al. | 704/270 |
| 6,188,982 | B1 | 2/2001 | Chiang | 704/256 |
| 6,192,110 | B1 | 2/2001 | Abella et al. | 379/88.01 |
| 6,192,338 | B1 | 2/2001 | Haszto et al. | 704/257 |
| 6,195,634 | B1 | 2/2001 | Dudemaine et al. | 704/231 |
| 6,195,651 | B1 | 2/2001 | Handel et al. | 707/2 |
| 6,199,043 | B1 * | 3/2001 | Happ | 704/272 |
| 6,208,964 | B1 | 3/2001 | Sabourin | 704/244 |
| 6,208,972 | B1 | 3/2001 | Grant et al. | 704/275 |
| 6,219,346 | B1 | 4/2001 | Maxemchuk | 370/338 |
| 6,219,643 | B1 | 4/2001 | Cohen et al. | 704/257 |
| 6,226,612 | B1 | 5/2001 | Srenger et al. | 704/256 |
| 6,233,556 | B1 | 5/2001 | Teunen et al. | 704/250 |
| 6,233,559 | B1 | 5/2001 | Balakrishnan | 704/275 |
| 6,233,561 | B1 * | 5/2001 | Junqua et al. | 704/277 |
| 6,236,968 | B1 | 5/2001 | Kanevsky et al. | 704/275 |
| 6,246,981 | B1 | 6/2001 | Papineni et al. | 704/235 |
| 6,246,990 | B1 * | 6/2001 | Happ | 704/275 |
| 6,266,636 | B1 | 7/2001 | Kosaka et al. | 704/244 |
| 6,269,336 | B1 | 7/2001 | Ladd et al. | 704/270 |
| 6,272,455 | B1 | 8/2001 | Hoshen et al. | 704/1 |
| 6,275,231 | B1 | 8/2001 | Obradovich | 345/349 |
| 6,278,968 | B1 | 8/2001 | Franz et al. | 704/3 |
| 6,288,319 | B1 | 9/2001 | Catona | 84/609 |
| 6,292,767 | B1 | 9/2001 | Jackson et al. | 704/1 |
| 6,301,560 | B1 | 10/2001 | Masters | 704/251 |
| 6,308,151 | B1 | 10/2001 | Smith | 704/235 |
| 6,314,402 | B1 | 11/2001 | Monaco et al. | 704/275 |
| 6,356,869 | B1 | 3/2002 | Chapados et al. | 704/275 |
| 6,362,748 | B1 | 3/2002 | Huang | 340/901 |
| 6,366,882 | B1 | 4/2002 | Bijl et al. | 704/235 |
| 6,366,886 | B1 | 4/2002 | Dragosh et al. | 704/270.1 |
| 6,374,214 | B1 | 4/2002 | Friedland et al. | 704/235 |
| 6,377,913 | B1 | 4/2002 | Coffman et al. | 704/8 |
| 6,381,535 | B1 | 4/2002 | Durocher et al. | 701/202 |
| 6,385,596 | B1 | 5/2002 | Wiser et al. | 705/51 |
| 6,385,646 | B1 | 5/2002 | Brown et al. | 709/217 |
| 6,393,403 | B1 | 5/2002 | Majaniemi | 704/275 |
| 6,393,428 | B1 | 5/2002 | Miller et al. | 707/102 |
| 6,397,181 | B1 | 5/2002 | Li et al. | 704/256 |
| 6,404,878 | B1 | 6/2002 | Jackson et al. | 379/221.01 |
| 6,405,170 | B1 | 6/2002 | Phillips et al. | 704/270 |
| 6,408,272 | B1 | 6/2002 | White et al. | 704/270.1 |
| 6,411,810 | B1 | 6/2002 | Maxemchuk | 455/453 |
| 6,415,257 | B1 | 7/2002 | Junqua et al. | 704/275 |
| 6,418,210 | B1 | 7/2002 | Sayko | 379/142.15 |
| 6,420,975 | B1 | 7/2002 | DeLine et al. | 340/815.4 |
| 6,429,813 | B2 | 8/2002 | Feigen | 342/357.13 |
| 6,430,285 | B1 | 8/2002 | Bauer et al. | 379/265.01 |
| 6,430,531 | B1 | 8/2002 | Polish | 704/257 |
| 6,434,523 | B1 | 8/2002 | Monaco | 704/257 |
| 6,434,524 | B1 | 8/2002 | Weber | 704/257 |
| 6,434,529 | B1 | 8/2002 | Walker et al. | 704/275 |
| 6,442,522 | B1 | 8/2002 | Carberry et al. | 704/257 |
| 6,446,114 | B1 | 9/2002 | Bulfer et al. | 709/206 |
| 6,453,153 | B1 | 9/2002 | Bowker et al. | 455/67.4 |
| 6,453,292 | B2 | 9/2002 | Ramaswamy et al. | 704/235 |
| 6,456,711 | B1 | 9/2002 | Cheung et al. | 379/265.09 |
| 6,456,974 | B1 | 9/2002 | Baker et al. | 704/270.1 |
| 6,466,654 | B1 | 10/2002 | Cooper et al. | 379/88.01 |
| 6,466,899 | B1 | 10/2002 | Yano et al. | 704/1 |
| 6,470,315 | B1 | 10/2002 | Netsch et al. | 704/256 |
| 6,498,797 | B1 | 12/2002 | Anerousis et al. | 370/522 |
| 6,499,013 | B1 | 12/2002 | Weber | 704/257 |
| 6,501,833 | B2 | 12/2002 | Phillips et al. | 379/88.07 |

US 8,515,765 B2

Page 3

| | | | |
|---|---|---|---|
| 6,501,834 B1 | 12/2002 | Milewski et al. | 379/93.24 |
| 6,505,155 B1 | 1/2003 | Vanbuskirk et al. | 704/246 |
| 6,510,417 B1 | 1/2003 | Woods et al. | 704/275 |
| 6,513,006 B2 | 1/2003 | Howard et al. | 704/257 |
| 6,522,746 B1 | 2/2003 | Marchok et al. | 379/406.03 |
| 6,523,061 B1 | 2/2003 | Halverson et al. | 709/202 |
| 6,532,444 B1 | 3/2003 | Weber | 704/257 |
| 6,539,348 B1 | 3/2003 | Bond et al. | 704/9 |
| 6,549,629 B2 | 4/2003 | Finn et al. | 381/92 |
| 6,553,372 B1 | 4/2003 | Brassell et al. | 707/5 |
| 6,556,970 B1 | 4/2003 | Sasaki et al. | 704/257 |
| 6,556,973 B1 | 4/2003 | Lewin | 704/277 |
| 6,560,576 B1 | 5/2003 | Cohen et al. | 704/270 |
| 6,560,590 B1 | 5/2003 | Shwe et al. | 706/55 |
| 6,567,778 B1 | 5/2003 | Chao Chang et al. | 704/257 |
| 6,567,797 B1 | 5/2003 | Schuetze et al. | 707/2 |
| 6,570,555 B1 | 5/2003 | Prevost et al. | 345/156 |
| 6,570,964 B1 | 5/2003 | Murveit et al. | 379/67.1 |
| 6,571,279 B1 | 5/2003 | Herz et al. | 709/217 |
| 6,574,597 B1 | 6/2003 | Mohri et al. | 704/251 |
| 6,574,624 B1 | 6/2003 | Johnson et al. | 707/5 |
| 6,578,022 B1 | 6/2003 | Foulger et al. | 706/45 |
| 6,581,103 B1 | 6/2003 | Dengler | 709/231 |
| 6,584,439 B1 | 6/2003 | Geilhufe et al. | 704/270 |
| 6,587,858 B1 | 7/2003 | Strazza | 707/102 |
| 6,591,239 B1 | 7/2003 | McCall et al. | 704/275 |
| 6,594,257 B1 | 7/2003 | Doshi et al. | 370/352 |
| 6,594,367 B1 | 7/2003 | Marash et al. | 381/92 |
| 6,598,018 B1 | 7/2003 | Junqua | 704/251 |
| 6,601,026 B2 | 7/2003 | Appelt et al. | 704/9 |
| 6,604,075 B1 | 8/2003 | Brown et al. | 704/270.1 |
| 6,604,077 B2 | 8/2003 | Dragosh et al. | 704/270.1 |
| 6,606,598 B1 | 8/2003 | Holthouse et al. | 704/275 |
| 6,611,692 B2 | 8/2003 | Raffel et al. | 455/552 |
| 6,614,773 B1 | 9/2003 | Maxemchuk | 370/337 |
| 6,615,172 B1 | 9/2003 | Bennett et al. | 704/257 |
| 6,622,119 B1 | 9/2003 | Ramaswamy et al. | 704/9 |
| 6,629,066 B1 | 9/2003 | Jackson et al. | 704/9 |
| 6,631,346 B1 | 10/2003 | Karaorman et al. | 704/9 |
| 6,631,351 B1 * | 10/2003 | Ramachandran et al. | 704/270 |
| 6,633,846 B1 | 10/2003 | Bennett et al. | 704/257 |
| 6,643,620 B1 | 11/2003 | Contolini et al. | 704/270 |
| 6,650,747 B1 | 11/2003 | Bala et al. | 379/265.06 |
| 6,658,388 B1 | 12/2003 | Kleindienst et al. | 704/275 |
| 6,678,680 B1 | 1/2004 | Woo | 707/6 |
| 6,681,206 B1 | 1/2004 | Gorin et al. | 704/243 |
| 6,691,151 B1 | 2/2004 | Cheyer et al. | 709/202 |
| 6,701,294 B1 | 3/2004 | Ball et al. | 704/257 |
| 6,704,396 B2 | 3/2004 | Parolkar et al. | 379/88.17 |
| 6,704,576 B1 | 3/2004 | Brachman et al. | 455/503 |
| 6,704,708 B1 | 3/2004 | Pickering | 704/235 |
| 6,708,150 B1 | 3/2004 | Hirayama et al. | 704/243 |
| 6,721,001 B1 | 4/2004 | Berstis | 348/231.3 |
| 6,721,706 B1 | 4/2004 | Strubbe et al. | 704/275 |
| 6,735,592 B1 | 5/2004 | Neumann et al. | 707/101 |
| 6,741,931 B1 | 5/2004 | Kohut et al. | 701/209 |
| 6,742,021 B1 | 5/2004 | Halverson et al. | 709/218 |
| 6,745,161 B1 | 6/2004 | Arnold et al. | 704/7 |
| 6,751,591 B1 | 6/2004 | Gorin et al. | 704/257 |
| 6,751,612 B1 | 6/2004 | Schuetze et al. | 707/4 |
| 6,754,485 B1 | 6/2004 | Obradovich et al. | 455/414.1 |
| 6,754,627 B2 | 6/2004 | Woodward | 704/270 |
| 6,757,544 B2 | 6/2004 | Rangarajan et al. | 455/456.1 |
| 6,757,718 B1 | 6/2004 | Halverson et al. | 709/218 |
| 6,795,808 B1 | 9/2004 | Strubbe et al. | 704/275 |
| 6,801,604 B2 | 10/2004 | Maes et al. | 379/88.17 |
| 6,801,893 B1 | 10/2004 | Backfried et al. | 704/257 |
| 6,829,603 B1 | 12/2004 | Chai et al. | 707/5 |
| 6,832,230 B1 | 12/2004 | Zilliacus et al. | 707/203 |
| 6,833,848 B1 | 12/2004 | Wolff et al. | 345/719 |
| 6,850,603 B1 | 2/2005 | Eberle et al. | 379/88.16 |
| 6,856,990 B2 | 2/2005 | Barile et al. | 707/10 |
| 6,865,481 B2 | 3/2005 | Kawazoe et al. | 701/211 |
| 6,868,380 B2 | 3/2005 | Kroeker | 704/240 |
| 6,877,001 B2 | 4/2005 | Wolf et al. | 707/3 |
| 6,877,134 B1 | 4/2005 | Fuller et al. | 715/500.1 |
| 6,901,366 B1 | 5/2005 | Kuhn et al. | 704/275 |
| 6,910,003 B1 | 6/2005 | Arnold et al. | 704/4 |
| 6,912,498 B2 | 6/2005 | Stevens et al. | 704/235 |
| 6,934,756 B2 | 8/2005 | Maes | 709/227 |
| 6,937,977 B2 | 8/2005 | Gerson | 704/201 |
| 6,944,594 B2 | 9/2005 | Busayapongchai et al. | 704/275 |
| 6,950,821 B2 | 9/2005 | Faybishenko et al. | 707/10 |
| 6,954,755 B2 | 10/2005 | Reisman | 707/10 |
| 6,959,276 B2 | 10/2005 | Droppo et al. | 704/226 |
| 6,968,311 B2 | 11/2005 | Knockeart et al. | 704/270 |
| 6,973,387 B2 | 12/2005 | Masclet et al. | 701/211 |
| 6,975,993 B1 | 12/2005 | Keiller | 704/275 |
| 6,980,092 B2 | 12/2005 | Turnbull et al. | 340/425.5 |
| 6,983,055 B2 | 1/2006 | Luo | 381/313 |
| 6,990,513 B2 | 1/2006 | Belfiore et al. | 709/203 |
| 6,996,531 B2 | 2/2006 | Korall et al. | 704/270 |
| 7,003,463 B1 | 2/2006 | Maes et al. | 704/270.1 |
| 7,016,849 B2 | 3/2006 | Arnold et al. | 704/275 |
| 7,020,609 B2 | 3/2006 | Thrift et al. | 704/270.1 |
| 7,024,364 B2 | 4/2006 | Guerra et al. | 704/270 |
| 7,027,586 B2 | 4/2006 | Bushey et al. | 379/265.09 |
| 7,027,975 B1 | 4/2006 | Pazandak et al. | 704/9 |
| 7,035,415 B2 | 4/2006 | Belt et al. | 381/92 |
| 7,036,128 B1 | 4/2006 | Julia et al. | 719/317 |
| 7,043,425 B2 | 5/2006 | Pao | 704/211 |
| 7,054,817 B2 | 5/2006 | Shao | 704/270 |
| 7,058,890 B2 | 6/2006 | George et al. | 715/728 |
| 7,062,488 B1 | 6/2006 | Reisman | 707/8 |
| 7,069,220 B2 | 6/2006 | Coffman et al. | 704/275 |
| 7,072,834 B2 | 7/2006 | Zhou | 704/244 |
| 7,082,469 B2 | 7/2006 | Gold et al. | 709/231 |
| 7,092,928 B1 | 8/2006 | Elad et al. | 706/60 |
| 7,107,210 B2 | 9/2006 | Deng et al. | 704/226 |
| 7,107,218 B1 | 9/2006 | Preston | 704/270 |
| 7,110,951 B1 | 9/2006 | Lemelson et al. | 704/270 |
| 7,127,400 B2 | 10/2006 | Koch | 704/270.1 |
| 7,130,390 B2 | 10/2006 | Abburi | 379/88.17 |
| 7,136,875 B2 | 11/2006 | Anderson et al. | 707/104.1 |
| 7,137,126 B1 | 11/2006 | Coffman et al. | 719/328 |
| 7,143,037 B1 | 11/2006 | Chestnut | 704/251 |
| 7,143,039 B1 * | 11/2006 | Stifelman et al. | 704/270 |
| 7,146,319 B2 | 12/2006 | Hunt | 704/254 |
| 7,165,028 B2 | 1/2007 | Gong | 704/233 |
| 7,184,957 B2 | 2/2007 | Brookes et al. | 704/246 |
| 7,190,770 B2 | 3/2007 | Ando et al. | 379/88.01 |
| 7,197,069 B2 | 3/2007 | Agazzi et al. | 375/233 |
| 7,197,460 B1 | 3/2007 | Gupta et al. | 704/270.1 |
| 7,203,644 B2 | 4/2007 | Anderson et al. | 704/246 |
| 7,206,418 B2 | 4/2007 | Yang et al. | 381/92 |
| 7,207,011 B2 | 4/2007 | Mulvey et al. | 715/812 |
| 7,228,276 B2 | 6/2007 | Omote et al. | 704/243 |
| 7,231,343 B1 | 6/2007 | Treadgold et al. | 704/9 |
| 7,236,923 B1 | 6/2007 | Gupta | 704/9 |
| 7,272,212 B2 | 9/2007 | Eberle et al. | 379/88.17 |
| 7,277,854 B2 | 10/2007 | Bennett et al. | 704/257 |
| 7,283,829 B2 | 10/2007 | Christenson et al. | 455/461 |
| 7,283,951 B2 | 10/2007 | Marchisio et al. | 704/9 |
| 7,289,606 B2 | 10/2007 | Sibal et al. | 379/52 |
| 7,299,186 B2 | 11/2007 | Kuzunuki et al. | 704/270.1 |
| 7,301,093 B2 | 11/2007 | Sater et al. | 84/615 |
| 7,305,381 B1 | 12/2007 | Poppink et al. | 1/1 |
| 7,321,850 B2 | 1/2008 | Wakita | 704/10 |
| 7,328,155 B2 | 2/2008 | Endo et al. | 704/251 |
| 7,337,116 B2 | 2/2008 | Charlesworth et al. | 704/254 |
| 7,340,040 B1 | 3/2008 | Saylor et al. | 379/67.1 |
| 7,366,285 B2 | 4/2008 | Parolkar et al. | 379/88.17 |
| 7,366,669 B2 | 4/2008 | Nishitani et al. | 704/256 |
| 7,376,645 B2 | 5/2008 | Bernard | 707/3 |
| 7,386,443 B1 | 6/2008 | Parthasarathy et al. | 704/201 |
| 7,398,209 B2 | 7/2008 | Kennewick et al. | 704/255 |
| 7,406,421 B2 | 7/2008 | Odinak et al. | 704/275 |
| 7,415,414 B2 | 8/2008 | Azara et al. | 704/270 |
| 7,421,393 B1 | 9/2008 | Di Fabbrizio et al. | 704/275 |
| 7,424,431 B2 | 9/2008 | Greene et al. | 704/270 |
| 7,447,635 B1 | 11/2008 | Konopka et al. | 704/275 |
| 7,454,608 B2 | 11/2008 | Gopalakrishnan et al. | 713/100 |
| 7,461,059 B2 | 12/2008 | Richardson et al. | 707/5 |
| 7,472,020 B2 | 12/2008 | Brulle-Drews | 701/211 |
| 7,472,060 B1 | 12/2008 | Gorin et al. | 704/240 |
| 7,478,036 B2 | 1/2009 | Shen et al. | 704/9 |
| 7,487,088 B1 | 2/2009 | Gorin et al. | 704/240 |
| 7,493,259 B2 | 2/2009 | Jones et al. | 704/257 |

US 8,515,765 B2

Page 4

| | | | | |
|---|---|---|---|---|
| 7,493,559 | B1 | 2/2009 | Wolff et al. | 715/727 |
| 7,502,738 | B2 | 3/2009 | Kennewick et al. | 704/257 |
| 7,516,076 | B2 | 4/2009 | Walker et al. | 704/275 |
| 7,529,675 | B2 | 5/2009 | Maes | 704/270.1 |
| 7,536,297 | B2 | 5/2009 | Byrd et al. | 704/10 |
| 7,536,374 | B2 | 5/2009 | Au | 706/55 |
| 7,542,894 | B2 | 6/2009 | Murata | 704/9 |
| 7,546,382 | B2 | 6/2009 | Healey et al. | 709/246 |
| 7,558,730 | B2 | 7/2009 | Davis et al. | 704/235 |
| 7,574,362 | B2 | 8/2009 | Walker et al. | 704/275 |
| 7,577,244 | B2 | 8/2009 | Taschereau | 379/218.01 |
| 7,606,708 | B2 | 10/2009 | Hwang | 704/257 |
| 7,620,549 | B2 | 11/2009 | Di Cristo et al. | 704/257 |
| 7,634,409 | B2 | 12/2009 | Kennewick et al. | 704/257 |
| 7,640,006 | B2 | 12/2009 | Portman et al. | 455/412.1 |
| 7,640,160 | B2 | 12/2009 | Di Cristo et al. | 704/257 |
| 7,640,272 | B2 | 12/2009 | Mahajan et al. | 707/104.1 |
| 7,676,365 | B2 | 3/2010 | Hwang et al. | 704/240 |
| 7,676,369 | B2 * | 3/2010 | Fujimoto et al. | 704/270 |
| 7,684,977 | B2 * | 3/2010 | Morikawa | 704/211 |
| 7,693,720 | B2 | 4/2010 | Kennewick et al. | 704/257 |
| 7,729,916 | B2 | 6/2010 | Coffman et al. | 704/270 |
| 7,729,918 | B2 | 6/2010 | Walker et al. | 704/275 |
| 7,729,920 | B2 | 6/2010 | Chaar et al. | 704/275 |
| 7,748,021 | B2 | 6/2010 | Obradovich | 725/105 |
| 7,788,084 | B2 | 8/2010 | Brun et al. | 704/7 |
| 7,801,731 | B2 | 9/2010 | Odinak et al. | 704/275 |
| 7,809,570 | B2 | 10/2010 | Kennewick et al. | 704/257 |
| 7,818,176 | B2 | 10/2010 | Freeman et al. | 704/270 |
| 7,831,426 | B2 | 11/2010 | Bennett | 704/252 |
| 7,831,433 | B1 | 11/2010 | Belvin et al. | 704/275 |
| 7,873,519 | B2 | 1/2011 | Bennett | 704/257 |
| 7,873,523 | B2 | 1/2011 | Potter et al. | 704/275 |
| 7,881,936 | B2 | 2/2011 | Longe et al. | 704/257 |
| 7,890,324 | B2 | 2/2011 | Bangalore et al. | 704/231 |
| 7,894,849 | B2 * | 2/2011 | Kass et al. | 455/550.1 |
| 7,902,969 | B2 | 3/2011 | Obradovich | 340/439 |
| 7,917,367 | B2 | 3/2011 | Di Cristo et al. | 704/270.1 |
| 7,920,682 | B2 | 4/2011 | Byrne et al. | 379/88.18 |
| 7,949,529 | B2 | 5/2011 | Weider et al. | 704/270 |
| 7,949,537 | B2 | 5/2011 | Walker et al. | 704/275 |
| 7,953,732 | B2 | 5/2011 | Frank et al. | 707/724 |
| 7,974,875 | B1 | 7/2011 | Quilici et al. | 705/14.4 |
| 7,983,917 | B2 | 7/2011 | Kennewick et al. | 704/257 |
| 7,984,287 | B2 | 7/2011 | Gopalakrishnan et al. | 713/100 |
| 8,005,683 | B2 | 8/2011 | Tessel et al. | 704/275 |
| 8,015,006 | B2 | 9/2011 | Kennewick et al. | 704/236 |
| 8,060,367 | B2 | 11/2011 | Keaveney | 704/247 |
| 8,069,046 | B2 | 11/2011 | Kennewick et al. | 704/257 |
| 8,073,681 | B2 | 12/2011 | Baldwin et al. | 704/9 |
| 8,077,975 | B2 | 12/2011 | Ma et al. | 382/187 |
| 8,082,153 | B2 | 12/2011 | Coffman et al. | 704/270 |
| 8,086,463 | B2 | 12/2011 | Ativanichayaphong et al. | 704/275 |
| 8,112,275 | B2 | 2/2012 | Kennewick et al. | 704/240 |
| 8,140,327 | B2 | 3/2012 | Kennewick et al. | 704/226 |
| 8,140,335 | B2 | 3/2012 | Kennewick et al. | 704/257 |
| 8,145,489 | B2 | 3/2012 | Freeman et al. | 704/257 |
| 8,150,694 | B2 | 4/2012 | Kennewick et al. | 704/257 |
| 8,155,962 | B2 | 4/2012 | Kennewick et al. | 704/257 |
| 8,170,867 | B2 | 5/2012 | Germain | 704/9 |
| 8,195,468 | B2 | 6/2012 | Weider et al. | 704/275 |
| 8,219,399 | B2 | 7/2012 | Lutz et al. | 704/270 |
| 8,219,599 | B2 | 7/2012 | Tunstall-Pedoe | 707/955 |
| 8,224,652 | B2 | 7/2012 | Wang et al. | 704/275 |
| 8,255,224 | B2 | 8/2012 | Singleton et al. | 704/275 |
| 8,326,627 | B2 | 12/2012 | Kennewick et al. | 704/257 |
| 8,326,634 | B2 | 12/2012 | Di Cristo et al. | 704/270.1 |
| 8,326,637 | B2 | 12/2012 | Baldwin et al. | 704/275 |
| 8,332,224 | B2 | 12/2012 | Di Cristo et al. | 704/257 |
| 8,370,147 | B2 | 2/2013 | Kennewick et al. | 704/257 |
| 2001/0041980 | A1 | 11/2001 | Howard et al. | 704/270 |
| 2001/0049601 | A1 | 12/2001 | Kroeker et al. | 704/254 |
| 2001/0054087 | A1 | 12/2001 | Flom et al. | 709/218 |
| 2002/0015500 | A1 | 2/2002 | Belt et al. | 381/66 |
| 2002/0022927 | A1 | 2/2002 | Lemelson et al. | 701/301 |
| 2002/0029261 | A1 | 3/2002 | Shibata | 709/219 |
| 2002/0032752 | A1 | 3/2002 | Gold et al. | 709/218 |
| 2002/0035501 | A1 | 3/2002 | Handel et al. | 705/10 |
| 2002/0049805 | A1 | 4/2002 | Yamada et al. | 709/202 |
| 2002/0065568 | A1 | 5/2002 | Silfvast et al. | 700/94 |
| 2002/0069059 | A1 | 6/2002 | Smith | 704/257 |
| 2002/0069071 | A1 | 6/2002 | Knockeart et al. | 704/275 |
| 2002/0082911 | A1 | 6/2002 | Dunn et al. | 705/14 |
| 2002/0087326 | A1 | 7/2002 | Lee et al. | 704/270.1 |
| 2002/0087525 | A1 | 7/2002 | Abbott et al. | 707/3 |
| 2002/0120609 | A1 | 8/2002 | Lang et al. | 707/1 |
| 2002/0124050 | A1 | 9/2002 | Middeljans | 709/203 |
| 2002/0133402 | A1 | 9/2002 | Faber et al. | 705/14 |
| 2002/0138248 | A1 | 9/2002 | Corston-Oliver et al. | 704/1 |
| 2002/0143532 | A1 | 10/2002 | McLean et al. | 704/235 |
| 2002/0143535 | A1 | 10/2002 | Kist et al. | 704/251 |
| 2002/0161646 | A1 | 10/2002 | Gailey et al. | 705/14 |
| 2002/0173961 | A1 | 11/2002 | Guerra | 704/258 |
| 2002/0184373 | A1 | 12/2002 | Maes | 709/228 |
| 2002/0188602 | A1 | 12/2002 | Stubler et al. | 707/3 |
| 2002/0198714 | A1 | 12/2002 | Zhou | 704/252 |
| 2003/0014261 | A1 | 1/2003 | Kageyama | 704/275 |
| 2003/0016835 | A1 | 1/2003 | Elko et al. | 381/92 |
| 2003/0046346 | A1 | 3/2003 | Mumick et al. | 709/205 |
| 2003/0064709 | A1 | 4/2003 | Gailey et al. | 455/412 |
| 2003/0065427 | A1 | 4/2003 | Funk et al. | 701/1 |
| 2003/0088421 | A1 | 5/2003 | Maes et al. | 704/270.1 |
| 2003/0097249 | A1 | 5/2003 | Walker et al. | 704/1 |
| 2003/0110037 | A1 | 6/2003 | Walker et al. | 704/257 |
| 2003/0112267 | A1 | 6/2003 | Belrose | 345/728 |
| 2003/0115062 | A1 | 6/2003 | Walker et al. | 704/258 |
| 2003/0120493 | A1 | 6/2003 | Gupta | 704/270.1 |
| 2003/0135488 | A1 | 7/2003 | Amir et al. | 707/3 |
| 2003/0144846 | A1 | 7/2003 | Denenberg et al. | 704/277 |
| 2003/0158731 | A1 | 8/2003 | Falcon et al. | 704/231 |
| 2003/0161448 | A1 | 8/2003 | Parolkar et al. | 379/88.17 |
| 2003/0182132 | A1 | 9/2003 | Niemoeller | 704/275 |
| 2003/0204492 | A1 | 10/2003 | Wolf et al. | 707/3 |
| 2003/0206640 | A1 | 11/2003 | Malvar et al. | 381/93 |
| 2003/0212550 | A1 | 11/2003 | Ubale | 704/215 |
| 2003/0212558 | A1 | 11/2003 | Matula | 704/260 |
| 2003/0212562 | A1 | 11/2003 | Patel et al. | 704/275 |
| 2003/0225825 | A1 | 12/2003 | Healey et al. | 709/203 |
| 2003/0236664 | A1 | 12/2003 | Sharma | 704/251 |
| 2004/0006475 | A1 | 1/2004 | Ehlen et al. | 704/270.1 |
| 2004/0025115 | A1 | 2/2004 | Sienel et al. | 715/513 |
| 2004/0044516 | A1 | 3/2004 | Kennewick et al. | 704/5 |
| 2004/0098245 | A1 | 5/2004 | Walker et al. | 704/1 |
| 2004/0117804 | A1 | 6/2004 | Scahill et al. | 719/320 |
| 2004/0140989 | A1 | 7/2004 | Papageorge | 345/700 |
| 2004/0158555 | A1 | 8/2004 | Seedman et al. | 707/3 |
| 2004/0166832 | A1 | 8/2004 | Portman et al. | 455/412.1 |
| 2004/0167771 | A1 | 8/2004 | Duan et al. | 704/10 |
| 2004/0193408 | A1 | 9/2004 | Hunt | 704/209 |
| 2004/0193420 | A1 | 9/2004 | Kennewick et al. | 704/257 |
| 2004/0199375 | A1 | 10/2004 | Ehsani et al. | 704/4 |
| 2004/0205671 | A1 | 10/2004 | Sukehiro et al. | 715/532 |
| 2004/0243417 | A9 | 12/2004 | Pitts, III et al. | 704/276 |
| 2005/0015256 | A1 * | 1/2005 | Kargman | 704/272 |
| 2005/0021334 | A1 | 1/2005 | Iwahashi | 704/240 |
| 2005/0021470 | A1 | 1/2005 | Martin et al. | 705/51 |
| 2005/0021826 | A1 | 1/2005 | Kumar | 709/232 |
| 2005/0033574 | A1 | 2/2005 | Kim et al. | 704/251 |
| 2005/0043940 | A1 | 2/2005 | Elder | 704/9 |
| 2005/0114116 | A1 | 5/2005 | Fiedler | 704/201 |
| 2005/0125232 | A1 | 6/2005 | Gadd | 704/270.1 |
| 2005/0137850 | A1 | 6/2005 | Odell | 704/4 |
| 2005/0137877 | A1 | 6/2005 | Oesterling et al. | 704/275 |
| 2005/0143994 | A1 * | 6/2005 | Mori et al. | 704/235 |
| 2005/0216254 | A1 | 9/2005 | Gupta et al. | 704/9 |
| 2005/0234727 | A1 | 10/2005 | Chiu | 704/270.1 |
| 2005/0246174 | A1 | 11/2005 | DeGolia | 704/270 |
| 2005/0283752 | A1 | 12/2005 | Fruchter et al. | 717/100 |
| 2006/0041431 | A1 | 2/2006 | Maes | 704/270.1 |
| 2006/0047509 | A1 | 3/2006 | Ding et al. | 704/231 |
| 2006/0206310 | A1 | 9/2006 | Ravikumar et al. | 704/9 |
| 2006/0217133 | A1 | 9/2006 | Christenson et al. | 455/461 |
| 2006/0285662 | A1 | 12/2006 | Yin et al. | 379/88.16 |
| 2007/0033005 | A1 | 2/2007 | Cristo et al. | 704/9 |
| 2007/0033020 | A1 | 2/2007 | (Kelleher) Francois et al. | 704/226 |
| 2007/0038436 | A1 | 2/2007 | Cristo et al. | 704/9 |

US 8,515,765 B2

Page 5

| 2007/0043574 A1 | 2/2007 | Coffman et al. | 704/275 |
| 2007/0043868 A1 | 2/2007 | Kumar et al. | 709/226 |
| 2007/0050191 A1 | 3/2007 | Weider et al. | 704/275 |
| 2007/0055525 A1 | 3/2007 | Kennewick et al. | 704/257 |
| 2007/0073544 A1* | 3/2007 | Millett et al. | 704/277 |
| 2007/0078708 A1 | 4/2007 | Yu et al. | 705/14 |
| 2007/0078709 A1 | 4/2007 | Rajaram | 705/14 |
| 2007/0118357 A1 | 5/2007 | Kasravi et al. | 704/10 |
| 2007/0135101 A1 | 6/2007 | Ramati et al. | 455/414.1 |
| 2007/0146833 A1 | 6/2007 | Satomi et al. | 358/537 |
| 2007/0162296 A1 | 7/2007 | Altberg et al. | 705/1 |
| 2007/0179778 A1 | 8/2007 | Gong et al. | 704/9 |
| 2007/0186165 A1 | 8/2007 | Maislos et al. | 715/728 |
| 2007/0198267 A1 | 8/2007 | Jones et al. | 704/257 |
| 2007/0214182 A1 | 9/2007 | Rosenberg | 707/104.1 |
| 2007/0250901 A1 | 10/2007 | McIntire et al. | 725/146 |
| 2007/0265850 A1 | 11/2007 | Kennewick et al. | 704/257 |
| 2007/0299824 A1 | 12/2007 | Pan et al. | 707/3 |
| 2008/0034032 A1 | 2/2008 | Healey et al. | 709/203 |
| 2008/0065386 A1 | 3/2008 | Cross et al. | 704/270 |
| 2008/0091406 A1 | 4/2008 | Baldwin et al. | 704/4 |
| 2008/0103761 A1 | 5/2008 | Printz et al. | 704/9 |
| 2008/0109285 A1 | 5/2008 | Reuther et al. | 705/7 |
| 2008/0115163 A1 | 5/2008 | Gilboa et al. | 725/34 |
| 2008/0133215 A1 | 6/2008 | Sarukkai | 704/2 |
| 2008/0140385 A1 | 6/2008 | Mahajan et al. | 704/9 |
| 2008/0147410 A1 | 6/2008 | Odinak | 704/270.1 |
| 2008/0177530 A1 | 7/2008 | Cross et al. | 704/4 |
| 2008/0189110 A1 | 8/2008 | Freeman et al. | 704/251 |
| 2008/0235023 A1 | 9/2008 | Kennewick et al. | 704/257 |
| 2008/0235027 A1 | 9/2008 | Cross | 704/270.1 |
| 2008/0319751 A1 | 12/2008 | Kennewick et al. | 704/257 |
| 2009/0052635 A1 | 2/2009 | Jones et al. | 379/88.02 |
| 2009/0067599 A1 | 3/2009 | Agarwal et al. | 379/114.21 |
| 2009/0076827 A1 | 3/2009 | Bulitta et al. | 704/275 |
| 2009/0106029 A1 | 4/2009 | DeLine et al. | 704/275 |
| 2009/0117885 A1 | 5/2009 | Roth | 455/414.3 |
| 2009/0144271 A1 | 6/2009 | Richardson et al. | 707/5 |
| 2009/0150156 A1 | 6/2009 | Kennewick et al. | 704/257 |
| 2009/0171664 A1 | 7/2009 | Kennewick et al. | 704/257 |
| 2009/0216540 A1 | 8/2009 | Tessel et al. | 704/275 |
| 2009/0271194 A1 | 10/2009 | Davis et al. | 704/235 |
| 2009/0273563 A1 | 11/2009 | Pryor | 345/157 |
| 2009/0276700 A1 | 11/2009 | Anderson et al. | 715/700 |
| 2009/0299745 A1 | 12/2009 | Kennewick et al. | 704/257 |
| 2009/0313026 A1 | 12/2009 | Coffman et al. | 704/275 |
| 2010/0023320 A1 | 1/2010 | Di Cristo et al. | 704/9 |
| 2010/0029261 A1 | 2/2010 | Mikkelsen et al. | 455/419 |
| 2010/0036967 A1 | 2/2010 | Caine et al. | 709/236 |
| 2010/0049501 A1 | 2/2010 | Kennewick et al. | 704/9 |
| 2010/0049514 A1 | 2/2010 | Kennewick et al. | 704/233 |
| 2010/0057443 A1 | 3/2010 | Di Cristo et al. | 704/9 |
| 2010/0063880 A1 | 3/2010 | Atsmon et al. | 705/14.53 |
| 2010/0145700 A1 | 6/2010 | Kennewick et al. | 704/257 |
| 2010/0185512 A1 | 7/2010 | Borger et al. | 705/14.49 |
| 2010/0204986 A1 | 8/2010 | Kennewick et al. | 704/226 |
| 2010/0204994 A1 | 8/2010 | Kennewick et al. | 704/257 |
| 2010/0217604 A1 | 8/2010 | Baldwin et al. | 704/275 |
| 2010/0286985 A1 | 11/2010 | Kennewick et al. | 704/257 |
| 2010/0299142 A1 | 11/2010 | Freeman et al. | 704/9 |
| 2010/0312566 A1 | 12/2010 | Odinak et al. | 704/275 |
| 2011/0112827 A1 | 5/2011 | Kennewick et al. | 704/9 |
| 2011/0112921 A1 | 5/2011 | Kennewick et al. | 705/26.1 |
| 2011/0131036 A1 | 6/2011 | Di Cristo et al. | 704/9 |
| 2011/0131045 A1 | 6/2011 | Cristo et al. | 704/249 |
| 2011/0231182 A1 | 9/2011 | Weider et al. | 704/9 |
| 2011/0231188 A1 | 9/2011 | Kennewick et al. | 704/236 |
| 2012/0101809 A1 | 4/2012 | Kennewick et al. | 704/9 |
| 2012/0101810 A1 | 4/2012 | Kennewick et al. | 704/9 |
| 2012/0109753 A1 | 5/2012 | Kennewick et al. | 705/14.58 |
| 2012/0150636 A1 | 6/2012 | Freeman et al. | 705/14.49 |
| 2012/0278073 A1 | 11/2012 | Weider et al. | 704/235 |
| 2013/0054228 A1 | 2/2013 | Baldwin et al. | 704/9 |

FOREIGN PATENT DOCUMENTS

| WO | WO 99/46763 | 9/1999 |
| WO | WO 00/21232 | 4/2000 |
| WO | WO 00/46792 | 8/2000 |
| WO | WO 01/78065 | 10/2001 |
| WO | WO 2004/072954 | 8/2004 |
| WO | WO 2007/019318 | 2/2007 |
| WO | WO 2007/021587 | 2/2007 |
| WO | WO 2007/027546 | 3/2007 |
| WO | WO 2007/027989 | 3/2007 |
| WO | WO 2008/098039 | 8/2008 |
| WO | WO 2008/118195 | 10/2008 |
| WO | WO 2009/075912 | 6/2009 |
| WO | WO 2009/145796 | 12/2009 |
| WO | WO 2010/096752 | 8/2010 |

OTHER PUBLICATIONS

Lin, Bor-shen, et al., "A Distributed Architecture for Cooperative Spoken Dialogue Agents with Coherent Dialogue State and History", ASRU'99, 1999, 4 pages.

Kuhn, Thomas, et al., "Hybrid In-Car Speech Recognition for Mobile Multimedia Applications", Vehicular Technology Conference, IEEE, Jul. 1999, pp. 2009-2013.

Belvin, Robert, et al,, "Development of the HRL Route Navigation Dialogue System", Proceedings of the First International Conference on Human Language Technology Research, San Diego, 2001, pp. 1-5.

Lind, R., et al., "The Network Vehicle—A Glimpse into the Future of Mobile Multi-Media", IEEE Aerosp. Electron. Systems Magazine, vol. 14, No. 9, Sep. 1999, pp. 27-32.

Zhao, Yilin, "Telematics: Safe and Fun Driving", IEEE Intelligent Systems, vol. 17, Issue 1, 2002, pp. 10-14.

Chai et al., "Mind: A Semantics-Based Multimodal Interpretation Framework for Conversational System", Proceedings of the International Class Workshop on Natural, Intelligent and Effective Interaction in Multimodal Dialogue Systems, Jun. 2002, pp. 37-46.

Cheyer et al., "Multimodal Maps: An Agent-Based Approach", International Conference on Cooperative Multimodal Communication (CMC/95), May 24-26, 1995, pp. 111-121.

Elio et al., "On Abstract Task Models and Conversation Policies" in Workshop on Specifying and Implementing Conversation Policies, Autonomous Agents '99, Seattle, 1999, 10 pages.

Turunen, "Adaptive Interaction Methods in Speech User Interfaces", Conference on Human Factors in Computing Systems, Seattle, Washington, 2001, pp. 91-92.

Mao, Mark Z., "Automatic Training Set Segmentation for Multi-Pass Speech Recognition", Department of Electrical Engineering, Stanford University, CA, copyright 2005, IEEE, pp. I-685 to I-688.

Vanhoucke, Vincent, "Confidence Scoring and Rejection Using Multi-Pass Speech Recognition", Nuance Communications, Menlo Park, CA, 2005, 4 pages.

Weng, Fuliang, et al., "Efficient Lattice Representation and Generation", Speech Technology and Research Laboratory, SRI International, Menlo Park, CA, 1998, 4 pages.

El Meliani et al., "A Syllabic-Filler-Based Continuous Speech Recognizer for Unlimited Vocabulary", Canadian Conference on Electrical and Computer Engineering, vol. 2, Sep. 5-8, 1995, pp. 1007-1010.

Arrington, Michael, "Google Redefines GPS Navigation Landscape: Google Maps Navigation for Android 2.0", TechCrunch, printed from the Internet <http://www.techcrunch.com/2009/10/28/google-redefines-car-gps-navigation-google-maps-navigation-android/>, Oct. 28, 2009, 4 pages.

Bazzi, Issam et al., "Heterogeneous Lexical Units for Automatic Speech Recognition: Preliminary Investigations" Processing of the IEEE International Conference on Acoustics, Speech, and Signal Processing, vol. 3, Jun. 5-9, 2000, XP010507574, pp. 1257-1260.

O'Shaughnessy, Douglas, "Interacting with Computers by Voice: Automatic Speech Recognition and Synthesis", Proceedings of the IEEE, vol. 91, No. 9, Sep. 1, 2003, XP011100665, pp. 1272-1305.

Statement in Accordance with the Notice from the European Patent Office dated Oct. 1, 2007 Concerning Business Methods (OJ EPO Nov. 2007, 592-593), XP002456252.

* cited by examiner



Figure 1



**Figure 2**

U.S. Patent      Aug. 20, 2013      Sheet 3 of 3      US 8,515,765 B2



Figure 3

US 8,515,765 B2

**1**

## SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/580,926, entitled "System and Method for a Cooperative Conversational Voice User Interface," filed Oct. 16, 2006, the contents of which are hereby incorporated by reference in their entirety.

### FIELD OF THE INVENTION

The invention relates to a cooperative conversational model for a human to machine voice user interface.

### BACKGROUND OF THE INVENTION

Advances in technology, particularly within the convergence space, have resulted in an increase in demand for voice recognition software that can exploit technology in ways that are intuitive to humans. While communication between human beings is most often "cooperative," in that information and/or context is shared to advance mutual conversational goals, existing Human-to-Machine interfaces fail to provide the same level of intuitive interaction. For example, each human participant in a conversation can contribute to an exchange for the benefit of the exchange. This is done through shared assumptions and expectations regarding various aspects of the conversation, such as the topic, participant knowledge about the topic, expectations of the other participant's knowledge about the topic, appropriate word usage for the topic and/or participants, conversational development based on previous utterances, the participants' tone or inflection, the quality and quantity of contribution expected from each participant, and many other factors. Participating in conversations that continually build and draw upon shared information is a natural and intuitive way for humans to converse.

In contrast, complex Human-to-Machine interfaces do not allow users to exploit technology in an intuitive way, which inhibits mass-market adoption for various technologies. Incorporating a speech interface helps to alleviate this burden by making interaction easier and faster, but existing speech interfaces (when they actually work) still require significant learning on the part of the user. That is, existing speech interfaces are unable to bridge the gap between archaic Human-to-Machine interfaces and conversational speech that would make interaction with systems feel normal. Users should be able to directly request what they want from a system in a normal, conversational fashion, without having to memorize exact words or phrases. Alternatively, when users are uncertain of particular needs, they should be able to engage the system in a productive, cooperative dialogue to resolve their requests. Instead, existing speech interfaces force users to dumb down their requests to match simple sets of instructions in simple languages in order to communicate requests in ways that systems can understand. Using existing speech interfaces, there is virtually no option for dialogue between the user and the system to satisfy mutual goals.

Therefore, existing systems lack a conversational speech model that can provide users with the ability to interact with systems in ways that are inherently intuitive to human beings. Existing systems suffer from these and other problems.

**2**

### SUMMARY OF THE INVENTION

According to various embodiments and aspects of the invention, a cooperative conversational voice user interface may understand free form human utterances, freeing users from being restricted to a fixed set of commands and/or requests. Rather, users can engage in cooperative conversations with a machine to complete a request or series of requests using a natural, intuitive, free form manner of expression.

According to an aspect of the invention, an exemplary system architecture for implementing a cooperative conversational voice user interface is provided. The system may receive an input, which may include a human utterance received by an input device, where the utterance may include one or more requests. As used herein, an "utterance" may be words, syllables, phonemes, or any other audible sound made by a human being. As used herein, a "request" may be a command, directive, or other instruction for a device, computer, or other machine to retrieve information, perform a task, or take some other action. In one implementation, the input may be a multi-modal input, where at least part of the multi-modal input is an utterance. The utterance component of the input may be processed by a speech recognition engine (which may alternatively be referred to as an Automatic Speech Recognizer or ASR) to generate one or more preliminary interpretations of the utterance. The one or more preliminary interpretations may then be provided to a conversational speech engine for further processing, where the conversational speech engine may communicate with one or more databases to generate an adaptive conversational response, which may be returned to the user as an output. In one implementation, the output may be a multi-modal output. For example, the utterance may include a request to perform an action, and the output may include a conversational response reporting success or failure, as well as an execution of the action.

According to another aspect of the invention, an exemplary conversational speech engine may generate an adaptive conversational response to a request or series of requests. The conversational speech engine may include a free form voice search module that may understand an utterance made using typical, day-to-day language (i.e., in free form), and may account for variations in how humans normally speak, the vocabulary they use, and the conditions in which they speak. To account for intangible variables of human speech, the free form search module may include models of casual human speech. For example, in one implementation, the free form search module may understand specialized jargon and/or slang, tolerate variations in word order, and tolerate verbalized pauses or stuttered speech. For example, formalized English requests, where a verb precedes a noun, may be treated in an equivalent manner to requests where the noun precedes the verb. In another implementation, compound requests and/or compound tasks with multiple variables may be identified in a single utterance. By identifying all relevant information for completing one or more tasks from a single utterance, advantages may be provided over existing voice user interfaces, such as Command and Control systems that use verbal menus to restrict information that a person can provide at a given point. In another implementation, inferring intended requests from incomplete or ambiguous requests may provide a conversational feel. By modeling what contextual signifiers, qualifiers, or other information may be required to perform a task in an identified context, an adaptive response may be generated, such as prompting a user for missing contextual signifiers, qualifiers, or other information.

US 8,515,765 B2

3

In one implementation, the response may ask for missing information in a way that most restricts possible interpretations, and the response may be framed to establish a domain for a subsequent user utterance. In another implementation, common alternatives for nouns and verbs may be recognized to reflect variations in usage patterns according to various criteria. Thus, variations in expression may be supported because word order is unimportant or unanticipated, and nouns and/or verbs may be represented in different ways to give simplistic, yet representative, examples. In another implementation, requests may be inferred from contradictory or otherwise inaccurate information, such as when an utterance includes starts and stops, restarts, stutters, run-on sentences, or other imperfect speech. For example, a user may sometimes change their mind, and thus alter the request in mid-utterance, and the imperfect speech feature may nonetheless be able to infer a request based on models of human speech. For example, various models may indicate that a last criterion is most likely to be correct, or intonation, emphasis, stress, use of the word "not," or other models may indicate which criterion is most likely to be correct.

According to another aspect of the invention, the conversational speech engine may include a noise tolerance module that may discard words or noise which has no meaning in a given context to reduce a likelihood of confusion. Moreover, the noise tolerance module may filter out environmental and non-human noise to further reduce a likelihood of confusion. In one implementation, the noise tolerance module may cooperate with other modules and features to filter out words that do not fit into an identified context. For example, the noise tolerance module may filter other human conversations and/or utterances within a range of one or more microphones. For example, a single device may include multiple microphones, or multiple devices may each include one or more microphones, and the noise tolerance module may collate inputs and cooperatively filter out sound by comparing a speech signal from the various microphones. The noise tolerance module may also filter out non-human environmental noise within range of the microphones, out-of-vocabulary words caused by speaker ambiguity or malapropisms, or other noise that may be unrelated to a target request. Performance benchmarks for the noise tolerance module may be defined by noise models based on human criteria. For example, if a driver of a car is 92% likely to be understood by a passenger when traveling at 65 miles-per-hour with windows cracked, then performance benchmarks for the noise tolerance module may have a similar performance under such conditions.

According to another aspect of the invention, the conversational speech engine may include a context determination process that determines one or more contexts for a request to establish meaning within a conversation. The one or more contexts may be determined by having one or more context domain agents compete to determine a most appropriate domain for a given utterance. Once a given domain agent "wins" the competition, the winning domain agent may be responsible for establishing or inferring further contexts and updating short-term and long-term shared knowledge. If there is a deadlock between context domain agents, an adaptive conversational response may prompt the user to assist in disambiguating between the deadlocked agents. Moreover, the context determination process may infer intended operations and/or context based on previous utterances and/or requests, whereas existing systems consider each utterance independently, potentially making the same errors over and over again. For example, if a given interpretation turns out to be incorrect, the incorrect interpretation may be removed as a potential interpretation from one or more grammars associ-

4

ated with the speech recognition engine and/or from possible interpretations determined by the conversational speech engine, thereby assuring that a mistake will not be repeated for an identical utterance.

The context determination process may provide advantages over existing voice user interfaces by continually updating one or more models of an existing context and establishing context as a by-product of a conversation, which cannot be established a priori. Rather, the context determination process may track conversation topics and attempt to fit a current utterance into recent contexts, including switching between contexts as tasks are completed, partially completed, requested, etc. The context determination process may identify one or more context domains for an utterance by defining a collection of related functions that may be useful for users in various context domains. Moreover, each context domain may have relevant vocabularies and thought collections to model word groupings, which when evaluated together, may disambiguate one context domain from another. Thus, eliminating out-of-context words and noise words when searching for relevant combinations may enhance accuracy of inferences. This provides advantages over existing systems that attempt to assign meaning to every component of an utterance (i.e., including out-of-context words and noise words), which results in nearly infinite possible combinations and greater likelihood of confusion. The context determination process may also be self-aware, assigning degrees of certainty to one or more generated hypotheses, where a hypothesis may be developed to account for variations in environmental conditions, speaker ambiguity, accents, or other factors. By identifying a context, capabilities within the context, vocabularies within the context, what tasks are done most often historically in the context, what task was just completed, etc., the context determination process may establish intent from rather meager phonetic clues. Moreover, just as in human-to-human conversation, users may switch contexts at any time without confusion, enabling various context domains to be rapidly selected, without menu-driven dead ends, when an utterance is unambiguous.

According to another aspect of the invention, an exemplary cooperative conversational model may build upon free form voice search, noise tolerance, and context determination to implement a conversational Human-to-Machine interface that reflects human interaction and normal conversational behavior. That is, the cooperative conversational model enables humans and machines to participant in a conversation with an accepted purpose or direction, with each participant contributing to the conversation for the benefit of the conversation. By taking advantage of human presumptions about utterances that humans rely upon, both as speakers and listeners, a Human-to-Machine interface may be analogous to everyday human-to-human conversation. In one implementation, the exemplary cooperative conversation model may take incoming data (shared knowledge) to inform a decision (intelligent hypothesis building), and then may refine the decision and generate a response (adaptive response building).

According to another aspect of the invention, shared knowledge may include both short-term and long-term knowledge. Short-term knowledge may accumulate during a single conversation, where input received during a single conversation may be retained. The shared knowledge may include cross-modality awareness, where in addition to accumulating input relating to user utterances, requests, locations, etc., the shared knowledge may accumulate a current user interface state relating to other modal inputs to further build shared knowledge models. The shared knowledge may be

US 8,515,765 B2

used to build one or more intelligent hypotheses using current and relevant information, build long-term shared knowledge by identifying information with long-term significance, and generate adaptive responses with relevant state and word usage information. Moreover, because cooperative conversations model human conversations, short-term session data may be expired after a psychologically appropriate amount of time, thereby humanizing system behavior, reducing a likelihood of contextual confusion based on stale data, while also adding relevant information from an expired session context to long-term knowledge models. Long-term shared knowledge may generally be user-centric, rather than session-based, where inputs may be accumulated over time to build user, environmental, cognitive, historical, or other long-term knowledge models. Long-term and short-term shared knowledge may be used simultaneously anytime a user engages in a cooperative conversation. Long-term shared knowledge may include explicit and/or implicit user preferences, a history of recent contexts, requests, tasks, etc., user-specific jargon related to vocabularies and/or capabilities of a context, most often used word choices, or other information. The long-term shared knowledge may be used to build one or more intelligent hypotheses using current and relevant information, generate adaptive responses with appropriate word choices when unavailable via short-term shared knowledge, refine long-term shared knowledge models, identify a frequency of specific tasks, identify tasks a user frequently has difficulty with, or provide other information and/or analysis to generate more accurate conversational responses. Shared knowledge may also be used to adapt a level of unprompted support (e.g., for novices versus experienced users, users who are frequently misrecognized, etc.) Thus, shared knowledge may enable a user and a voice user interface to share assumptions and expectations such as topic knowledge, conversation history, word usage, jargon, tone, or other assumptions and/or expectations that facilitate a cooperative conversation between human users and a system.

According to another aspect of the invention, a conversation type may be identified for any given utterance. Categorizing and developing conceptual models for various types of exchanges may consistently align user expectations and domain capabilities. One or more intelligent hypotheses may be generated as to a conversation type by considering conversational goals, participant roles, and/or an allocation of information among the participants. Based on the conversational goals, participant roles, and allocation of information, the intelligent hypotheses may consider various factors to classify a conversation (or utterance) into general types of conversations that can interact with one another to form many more variations and permutations of conversation types (e.g., a conversation type may change dynamically as information is reallocated from one participant to another, or as conversational goals change based on the reallocation of information).

According to another aspect of the invention, the intelligent hypotheses may include one or more hypotheses of a user's intent in an utterance. In addition, the intelligent hypotheses may use short-term and/or long-term shared knowledge to proactively build and evaluate interaction with a user as a conversation progresses or over time. The hypotheses may model human-to-human interaction to include a varying degree of certainty for each hypothesis. That is, just as humans rely on knowledge shared by participants to examine how much and what kind of information was available, the intelligent hypotheses may leverage the identified conversation type and shared knowledge to generate a degree of certainty for each hypothesis.

According to another aspect of the invention, syntactically, grammatically, and contextually sensitive "intelligent responses" may be generated from the intelligent hypotheses that can be used to generate a conversational experience for a user, while also guiding the user to reply in a manner favorable for recognition. The intelligent responses may create a conversational feel by adapting to a user's manner of speaking, framing responses appropriately, and having natural variation and/or personality (e.g., by varying tone, pace, timing, inflection, word use, jargon, and other variables in a verbal or audible response).

According to another aspect of the invention, the intelligent responses may adapt to a user's manner of speaking by using contextual signifiers and grammatical rules to generate one or more sentences that may cooperate with the user. By taking advantage of shared knowledge about how a user utters a request, the responses may be modeled using similar techniques used to recognize requests. The intelligent responses may rate possible responses statistically and/or randomize responses, which creates an opportunity to build an exchange with natural variation and conversational feel. This provides advantages over existing voice user interfaces where input and output is incongruous, as the input is "conversational" and the output is "computerese."

According to another aspect of the invention, the intelligent responses may frame responses to influence a user reply utterance for easy recognition. For example, the responses may be modeled to illicit utterances from the user that may be more likely to result in a completed request. Thus, the responses may conform to a cooperative nature of human dialog and a natural human tendency to "parrot" what was just heard as part of a next utterance. Moreover, knowledge of current context may enhance responses to generate more meaningful conversational responses. Framing the responses may also deal with misrecognitions according to human models. For example, humans frequently remember a number of recent utterances, especially when one or more previous utterances were misrecognized or unrecognized. Another participant in the conversation may limit correction to a part of the utterance that was misrecognized or unrecognized, or over subsequent utterances and/or other interactions, clues may be provided to indicate the initial interpretation was incorrect. Thus, by storing and analyzing multiple utterances, utterances from earlier in a conversation may be corrected as the conversation progresses.

According to another aspect of the invention, the intelligent responses may include multi-modal, or cross-modal, responses to a user. In one implementation, responses may be aware of and control one or more devices and/or interfaces, and users may respond by using whichever input method, or combination of input methods, is most convenient.

According to another aspect of the invention, the intelligent responses may correct a course of a conversation without interrupting conversational flow. That is, even though the intelligent responses may be reasonably "sure," the intelligent responses may nonetheless sometimes be incorrect. While existing voice user interfaces tend to fail on average conversational missteps, normal human interactions may expect missteps and deal with them appropriately. Thus, responses after misrecognitions may be modeled after clarifications, rather than errors, and words may chosen in subsequent responses to move conversation forward and establish an appropriate domain to be explored with the user.

Other objects and advantages of the invention will be apparent to those skilled in the art based on the following drawings and detailed description.

US 8,515,765 B2

7

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exemplary block diagram of a system architecture according to one aspect of the invention.

FIG. **2** is an exemplary block diagram of a conversational speech engine according to one aspect of the invention.

FIG. **3** is an exemplary block diagram of a cooperative conversational model according to one aspect of the invention.

DETAILED DESCRIPTION

Referring to FIG. **1**, an exemplary system architecture for implementing a cooperative conversational voice user interface is illustrated according to one aspect of the invention. The system may receive an input **105** from a user, where in one implementation, input **105** may be an utterance received by an input device (e.g., a microphone), where the utterance may include one or more requests. Input **105** may also be a multi-modal input, where at least part of the multi-modal input is an utterance. For example, the input device may include a combination of a microphone and a touch-screen device, and input **105** may include an utterance that includes a request relating to a portion of a display on the touch-screen device that the user is touching. For instance, the touch-screen device may be a navigation device, and input **105** may include an utterance of "Give me directions to here," where the user may be requesting directions to a desired destination on the display of the navigation device.

The utterance component of input **105** may be processed by a speech recognition engine **110** (which may alternatively be referred to herein as Automatic Speech Recognizer **110**, or as shown in FIG. **1**, ASR **110**) to generate one or more preliminary interpretations of the utterance. The speech recognition engine **110** may process the utterance using any suitable technique known in the art. For example, in one implementation, the speech recognition engine **110** may interpret the utterance using techniques of phonetic dictation to recognize a phoneme stream, as described in U.S. patent application Ser. No. 11/513,269, entitled "Dynamic Speech Sharpening," filed Aug. 31, 2006, which issued as U.S. Pat. No. 7,634,409 on Dec. 15, 2009, and which is hereby incorporated by reference in its entirety. The one or more preliminary interpretations generated by the speech recognition engine **110** may then be provided to a conversational speech engine **115** for further processing. Conversational speech engine **115** may include a conversational language processor **120** and/or a voice search engine **125**, described in greater detail in FIG. **2** below. Conversational speech engine **115** may communicate with one or more databases **130** to generate an adaptive conversational response, which may be returned to the user as an output **140**. In one implementation, output **140** may be a multi-modal output and/or an interaction with one or more applications **145** to complete the request. For example, output **140** may include a combination of an audible response and a display of a route on a navigation device. For example, the utterance may include a request to perform an action, and output **140** may include a conversational response reporting success or failure, as well as an execution of the action. In addition, in various implementations, the speech recognition engine **110**, conversational speech engine **115**, and/or databases **130** may reside locally (e.g., on a user device), remotely (e.g., on a server), or a hybrid model of local and remote processing may be used (e.g., lightweight applications may be processed locally while computationally intensive applications may be processed remotely).

8

Referring to FIG. **2**, an exemplary block diagram is provided illustrating a conversational speech engine **215** according to one aspect of the invention. Conversational speech engine **215** may include a conversational language processor **220** that generates an adaptive conversational response to a request or series of requests using a free form voice search module **245**, a noise tolerance module **250**, and/or a context determination process **255**. According to one aspect of the invention, modules **245-255** may communicate with a voice search engine **225** that includes one or more context domain agents **230** and/or one or more vocabularies **235** to aid in interpreting utterances and generating responses, as described in "Enhancing the VUE™ (Voce-User-Experience) Through Conversational Speech," by Tom Freeman and Larry Baldwin, which is herein incorporated by reference in its entirety. Conversational speech engine **215** may generate an adaptive conversational response to one or more requests, where the requests may depend on unspoken assumptions, incomplete information, context established by previous utterances, user profiles, historical profiles, environmental profiles, or other information. Moreover, conversational speech engine **215** may track which requests have been completed, which requests are being processed, and/or which requests cannot be processed due to incomplete or inaccurate information, and the response may be generated accordingly.

According to one aspect of the invention, free form voice search module **245** may understand an utterance made using typical, day-to-day language (i.e., in free form), and may account for variations in how humans normally speak, the vocabulary they use, and the conditions in which they speak. Because variables such as stress, distraction, and serendipity are always different and infinitely varied, free form search module **245** may be designed with a goal of understanding that no human will come to the same Human-to-Machine interface situation in the same way twice. Thus, free form search module **245** may implement one or more features that model casual human speech. In various implementations, free form search module **245** may include, among other things, a free form utterance feature, a one-step access feature, an inferencing intended operations feature, an alternative expression feature, and/or an imperfect speech feature.

The free form utterance feature may understand specialized jargon and/or slang, tolerate variations in word order (e.g., whether a subject of a request comes before or after a verb may be irrelevant), and tolerate verbalized pauses (e.g., "urn," "ah," "eh," and other utterances without meaning). For example, the free form utterance feature may treat formalized English verb-before-noun requests in an equivalent manner to free form requests where a noun may precede a verb. For example, user utterances of "Change it to the Squizz" and "You know, urn, that Squizz channel, ah, switch it there" may be treated equivalently (where Squizz is a channel on XM Satellite Radio). In either case, the free form utterance feature is able to identify "Squizz" as a subject of the utterance and "Change it" or "switch it" as a verb or request for the utterance (e.g., by cooperating with context determination process **255**, or other features, and identifying a relevant context domain agent **230** and/or vocabulary **235** to interpret the utterance).

The one-step access feature may understand utterances that include compound requests with multiple variables. For example, a user utterance may be "What is the forecast for Boston this weekend?" The one-step access feature may identify "weather" as a context (e.g., by cooperating with context determination process **255**, or other features, and identifying "forecast" as, a synonym of "weather"), and search for a city equal to "Boston" and a time equal to "weekend." By identifying all relevant information for completing a task from a

US 8,515,765 B2

9

single utterance, the one-step access feature may overcome drawbacks of existing voice user interfaces, such as Command and Control systems that use verbal menus to restrict information that a person can provide at a given point (e.g., a Command and Control system for a phone directory service may say: "State please," . . . "City please," . . . "What listing," etc.). Moreover, some utterances may include compound requests, and the one-step access feature may decompose the compound requests into sub-tasks. For example, a user utterance of "I need to be at a meeting tomorrow in San Francisco at 8:00 am" may be decomposed into a set of sub-tasks such as (1) checking availability and reserving a flight on an evening before the meeting, (2) checking availability and reserving a hotel, (3) checking availability and reserving a car, etc., where users may further designate preferences for various tasks (e.g., first check availability on an airline for which the user is a frequent flyer). Depending on a level of shared knowledge about a user's preferences and/or historical patterns, the one-step access feature may infer additional tasks from a request. For example, in the above example, the one-step access feature may also check a weather forecast, and if the weather is "nice" (as defined by the user preferences and/or as inferred from historical patterns), the one-step access feature may schedule a tee-time at a preferred golf course in San Francisco.

The inferencing intended operations feature may identify an intended request from incomplete or ambiguous requests. For example, when a user utters "Route <indecipherable> Chicago <indecipherable> here," where the user intended to say "Route calculation to Chicago from here," the inferencing intended operations feature may model what is required to calculate a route (an origination point and a destination point). Because the utterance includes the origination point and the destination point, a request to calculate a route from the user's present location to Chicago may be inferred. Similarly, when the inferencing intended operations feature does not have sufficient information to infer a complete request, an adaptive conversational response may be generated to prompt the user for missing information. For example, when an utterance includes a request for a stock quote but not a company name (e.g., "Get me the stock price for <indecipherable>"), the response may be "What company's stock quote do you want?" The user may then provide an utterance including the company name, and the request may be completed. In one implementation, the response may ask for missing information in a way that most restricts possible interpretations (e.g., in a request for a task that requires both a city and a state, the state may be asked for first because there are fewer states than cities). Moreover, the inferencing intended operations feature may model compound tasks and/or requests by maintaining context and identifying relevant and/or missing information at both a composite and sub-task level.

The alternative expression feature may recognize common alternatives for nouns and verbs to reflect variations in usage patterns according to various criteria. For example, users may vary expression based on age, socio-economics, ethnicity, user whims, or other factors. Thus, the alternative expression feature may support variations in expression where word order is unimportant or unanticipated. Alternatives in expression based on various criteria or demographics may be loaded into context domain agents **230** and/or vocabularies **235**, and the alternative expression feature may update context domain agents **230** and/or vocabularies **235** based on inferred or newly discovered variations. In one implementation, conversational speech engine **215** may include a subscription interface to update changes to context domain agents **230** and/or vocabularies **235** (e.g., a repository may aggregate various

10

user utterances and deploy updates system wide). In operation, the alternative expression feature may allow nouns and/or verbs to be represented in different ways to give simplistic, yet representative, examples. For example, a user interested in a weather forecast for Washington, D.C. may provide any of the following utterances, each of which are interpreted equivalently: "What's the weather like in DC," "Is it raining inside the Beltway," Gimme the forecast for the capital," etc. Similarly, utterances of "Go to my home," "Go home," "Show route to home," and "I would like to know my way home" may all be interpreted equivalently, where a user profile may include the user's home address and a navigation route to the home address may be calculated.

The imperfect speech feature may be able to infer requests from contradictory or otherwise inaccurate information, such as when an utterance includes starts and stops, restarts, stutters, run-on sentences, or other imperfect speech. For example, a user may sometimes change their mind, and thus alter the request in mid-utterance, and the imperfect speech feature may nonetheless be able to infer a request based on models of human speech. For example, for an utterance of "Well, I wanna . . . Mexi . . . no, steak restaurant please, I'm hungry," existing voice user interfaces make no assumptions regarding models of human speech and would be unable to infer whether the user wanted a Mexican or steak restaurant. The imperfect speech feature overcomes these drawbacks by using various models of human understanding that may indicate that a last criterion is most likely to be correct, or intonation, emphasis, stress, use of the word "not," or other models may indicate which criterion is most likely to be correct. Thus, in the above example, the imperfect speech feature may infer that the user wants a steak restaurant.

According to one aspect of the invention, noise tolerance module **250** may be closely related to the imperfect speech feature, and may operate to discard words or noise that has no meaning in a given context so as not to create confusion. Moreover, noise tolerance module **250** may filter out environmental and non-human noise to further reduce a likelihood of confusion. In one implementation, noise tolerance module **250** may cooperate with other modules and features to filter out words that do not fit into a context. For example, one or more contexts may be identified, and words that have no meaning with respect to system capabilities, random human utterances without meaning and other noise may be filtered out. Thus, noise tolerance module **250** may model real-world conditions to identify meaningful requests. For example, noise tolerance module **250** may filter other human conversations and/or utterances within a range of one or more microphones, For example, a single device may include multiple microphones, or multiple devices may each include one or more microphones, and the noise tolerance module may collate inputs and cooperatively filter out sound by comparing a speech signal from the various microphones. Noise tolerance module **250** may also filter out non-human environmental noise within the range of the microphones, out-of-vocabulary words, which could be a result of speaker ambiguity or malapropisms, or other noise that may be unrelated to a target request. Noise models in noise tolerance module **250** may define performance benchmarks based on human criteria. For example, if a driver of a car, traveling at 65 miles-per-hour, with windows cracked is 92% likely to be understood by a passenger, then noise tolerance module **250** may have a similar performance under those conditions.

According to one aspect of the invention, conversational speech engine **215** may include a context determination process **255** that determines one or more contexts for a request to establish meaning within a conversation. The one or more

US 8,515,765 B2

11

contexts may be determined by having one or more context domain agents compete to determine a most appropriate domain for a given utterance, as described in U.S. patent application Ser. No. 11/197,504, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Aug. 5, 2005, which issued as U.S. Pat. No. 7,640,160 on Dec. 29, 2009 and U.S. patent application Ser. No. 11/212, 693, entitled "Mobile Systems and Methods of Supporting Natural Language Human-Machine Interactions," filed Aug. 29, 2005, which issued as U.S. Pat. No. 7,949,529 on May 24, 2011, both of which are hereby incorporated by reference in their entirety. Once a given context domain agent "wins" the competition, the winning agent may be responsible for establishing or inferring further contexts and updating short-term and long-term shared knowledge. If there is a deadlock between context domain agents, an adaptive conversational response may prompt the user to assist in disambiguating between the deadlocked agents. For example, a user utterance of "What about traffic?" may have a distinct meaning in various contexts. That is, "traffic" may have a first meaning when the user is querying a system's media player (i.e., "traffic" would be a Rock and Roll band led by singer/songwriter Steve Winwood), a second meaning when the user is querying a search interface regarding Michael Douglas films (i.e., "traffic" would be a film directed by Steven Soderbergh), a third meaning when the user is querying a navigation device for directions to an airport (i.e., "traffic" would be related to conditions on roads along a route to the airport).

Moreover, context determination process 255 may infer intended operations and/or context based on previous utterances and/or requests, whereas existing systems consider each utterance independently, potentially making the same errors over and over again. For example, if a given interpretation turns out to be incorrect, the incorrect interpretation may be removed as a potential interpretation from one or more grammars associated with the speech recognition engine and/or from possible subsequent interpretations determined by context determination process 255, thereby assuring that a mistake will not be repeated for an identical utterance.

Context determination process 255 may overcome drawbacks of existing systems by continually updating one or more models of an existing context, where establishing context may be a by-product of a conversation, which cannot be established a priori. Context determination process 255 may establish a first context domain, change to a second context domain, change back to the first context domain, and so on, as tasks are completed, partially completed, requested, etc, and a context stack may track conversation topics and attempt to fit a current utterance into a most-recent context, next-most-recent topic, etc., traversing the context stack until a most likely intent can be established. For example, a user may utter "What's the traffic report," and context determination process 255 may establish Traffic as a context, and return an output including a traffic report, which does not happen to mention traffic on Interstate-5. The user may then utter "What about I-5?" and context determination process 255 may know that the current context is Traffic, a traffic report including information about Interstate-5 may be searched for, and the traffic report indicating that Interstate-5 is crowded may be returned as an output. The user may then utter "Is there a faster way?" and context determination module 255 may know that the current context is still Traffic, and may search for routes to a specified destination with light traffic and avoiding Interstate-5. Moreover, context determination process 255 may build context based on user profiles, environmental profiles, historical profiles, or other information to further refine the

12

context. For example, the profiles may indicate that Interstate-5 is a typical route taken Monday through Friday.

The profiles may be particularly meaningful when attempting to disambiguate between contexts where a word has different meanings in different contexts. For example, a user may utter "What's the weather in Seattle?" and context determination process 255 may establish Weather as a context, as well as establishing Seattle as an environmental context. The user may then utter "and Portland?" and context determination process 255 may return a weather report for Portland, Oreg. based on the Weather and an environmental proximity between Portland, Oreg. and Seattle, Wash. The user may then ask "What time does the game start?" and a search for sports events with teams from Seattle and/or Portland may occur, with results presented conversationally according to methods described in greater detail below in FIG. 3. Correlatively, had user originally uttered "What's the weather in Portsmouth, N.H.," in the second utterance, context determination process 255 may instead retrieve a weather report for Portland, Me. based on an environmental proximity to New Hampshire. Moreover, when environmental profiles, contextual shared knowledge, and/or other short-term and/or long-term shared knowledge does not provide enough information to disambiguate between possibilities, responses may prompt the user with a request for further information (e.g., "Did you mean Portland, Me., or Portland, Oreg.?").

Context determination process 255 may cooperate with context domain agents 230, where each context domain agent 230 may define a collection of related functions that may be useful for users. Moreover, each context domain agent 230 may include a relevant vocabulary 235 and thought collections that model word groupings, which when evaluated together, may disambiguate one context domain from another (e.g., a Music context domain agent 230 may include a vocabulary 235 for songs, artists, albums, etc., whereas a Stock context domain agent 230 may include a vocabulary 235 for company names, ticker symbols, financial metrics, etc.). Thus, accuracy in identifying meaning may be enhanced by eliminating out-of-context words and noise words when searching for relevant combinations. In contrast, existing systems attempt to assign meaning to every component of an utterance (e.g., including out-of-context words and noise words), which results in nearly infinite possible combinations and greater likelihood of confusion. Moreover, context domain agents 230 may include metadata for each criteria to further assist in interpreting utterances, inferring intent, completing incomplete requests, etc. (e.g., a Space Needle vocabulary word may include metadata for Seattle, landmark, tourism, Sky City restaurant, etc.). Given a disambiguated criterion, context determination process 255 may thus be able to automatically determine other information needed to complete a request, discard importance of word order, and perform other enhancements for conversational speech.

Context domain agents 230 may also be self-aware, assigning degrees of certainty to one or more generated hypotheses, where a hypothesis may be developed to account for variations in environmental conditions, speaker ambiguity, accents, or other factors. Conceptually, context domain agents 230 may be designed to model utterances as a hard-of-hearing person would at a noisy party. By identifying a context, capabilities within the context, vocabularies within the context, what tasks are done most often historically in the context, what task was just completed, etc., a context domain agent 230 may establish intent from rather meager phonetic clues. Moreover, the context stack may be one of a plurality of components for establishing context, and thus not a constraint upon the user. All context domains may be accessible, allow-

US 8,515,765 B2

13

ing the user to switch contexts at any time without confusion. Thus, just as in human-to-human conversation, context domains may be rapidly selected, without menu-driven dead ends, when an utterance is unambiguous. For example, a user may utter, "Please call Rich Kennewick on his cell phone," and a system response of "Do you wish me to call Rich Kennewick on his cell?" may be generated. The user may decide at that point to call Rich Kennewick later, and instead, listen to some music. Thus, the user may then utter, "No, play the Louis Armstrong version of Body and Soul from my iPod," and a system response of "Playing Body and Soul by Louis Armstrong" may be generated as Body and Soul is played through a media player. In this example, the later utterance has no contextual connection to the first utterance, yet because request criteria in the utterances are unambiguous, contexts can be switched easily without relying on the context stack.

Referring to FIG. 3, an exemplary cooperative conversational model 300 is illustrated according to an aspect of the invention. Cooperative conversational model 300 may build upon free form voice search 245, noise tolerance 250, and context determination 255 to implement a conversational Human-to-Machine interface that reflects how humans interact with each other and their normal behavior in conversation. Simply put, cooperative conversational model 300 enables humans and machines to participate in a conversation with an accepted purpose or direction, with each participant contributing to the conversation for the benefit of the conversation. That is, cooperative conversational model 300 incorporates technology and process-flow that takes advantage of human presumptions about utterances that humans rely upon, both as speakers and listeners, thereby creating a Human-to-Machine interface that is analogous to everyday human-to-human conversation. In one implementation, a cooperative conversation may take incoming data (shared knowledge) 305 to inform a decision (intelligent hypothesis building) 310, and then may refine the decision and generate a response (adaptive response building) 315.

According to one aspect of the invention, shared knowledge 305 includes both short-term and long-term knowledge about incoming data. Short-term knowledge may accumulate during a single conversation, while long-term knowledge may accumulate over time to build user profiles, environmental profiles, historical profiles, cognitive profiles, etc.

Input received during a single conversation may be retained in a Session Input Accumulator. The Session Input Accumulator may include cross-modality awareness, where in addition to accumulating input relating to user utterances, requests, locations, etc., the Session Input Accumulator may accumulate a current user interface state relating to other modal inputs to further build shared knowledge models and more accurate adaptive responses (e.g., when a user utters a request relating to a portion of a touch-screen device, as described above). For example, the Session Input Accumulator may accumulate inputs including recognition text for each utterance, a recorded speech file for each utterance, a list-item selection history, a graphical user interface manipulation history, or other input data. Thus, the Session Input Accumulator may populate Intelligent Hypothesis Builder 310 with current and relevant information, build long-term shared knowledge by identifying information with long-term significance, provide Adaptive Response, Builder 315 with relevant state and word usage information, retain recent contexts for use with Intelligent Hypothesis Builder 310, and/or retain utterances for reprocessing during multi-pass evaluations. Moreover, because cooperative conversations 300 model human conversations, short-term session data may be expired after a psy-

14

chologically appropriate amount of time, thereby humanizing system behavior. For example, a human is unlikely to recall a context of a conversation from two years ago, but because the context would be identifiable by a machine, session context is expired after a predetermined amount of time to reduce a likelihood of contextual confusion based on stale data. However, relevant information from an expired session context may nonetheless be added to user, historical, environmental, cognitive, or other long-term knowledge models.

Long-term shared knowledge may generally be user-centric, rather than session-based. That is, inputs may be accumulated over time to build user, environmental, cognitive, historical, or other long-term knowledge models. Long-term and short-term shared knowledge (collectively, shared knowledge 305) may be used simultaneously anytime a user engages in a cooperative conversation 300. Long-term shared knowledge may include explicit and/or implicit user preferences, a history of most recently used agents, contexts, requests, tasks, etc., user-specific jargon related to vocabularies and/or capabilities of an agent and/or context, most often used word choices, or other information. The long-term shared knowledge may be used to populate Intelligent Hypothesis Builder 310 with current and relevant information, provide Adaptive Response Builder 315 with appropriate word choices when the appropriate word choices are unavailable via the Session Input Accumulator, refine long-term shared knowledge models, identify a frequency of specific tasks, identify tasks a user frequently has difficulty with, or provide other information and/or analysis to generate more accurate conversational responses.

As described above, shared knowledge 305 may be used to populate Intelligent Hypothesis Builder 310, such that a user and a voice user interface may share assumptions and expectations such as topic knowledge, conversation history, word usage, jargon, tone (e.g., formal, humorous, terse, etc.), or other assumptions and/or expectations that facilitate interaction at a Human-to-Machine interface.

According to an aspect of the invention, one component of a successful cooperative conversation may be identifying a type of conversation from an utterance. By categorizing and developing conceptual models for various types of exchanges, user expectations and domain capabilities may be consistently aligned. Intelligent Hypothesis Builder 310 may generate a hypothesis as to a conversation type by considering conversational goals, participant roles, and/or an allocation of information among the participants. Conversational goals may broadly include: (1) getting a discrete piece of information or performing a discrete task, (2) gathering related pieces of information to make a decision, and/or (3) disseminating or gathering large amounts of information to build expertise. Participant roles may broadly include: (1) a leader that controls a conversation, (2) a supporter that follows the leader and provides input as requested, and/or (3) a consumer that uses information. Information may be held by one or more of the participants at the outset of a conversation, where a participant may hold most (or all) of the information, little (or none) of the information, or the information may be allocated roughly equally amongst the participants. Based on the conversational goals, participant roles, and allocation of information, Intelligent Hypothesis Builder 310 may consider various factors to classify a conversation (or utterance) into general types of conversations that can interact with one another to form many more variations and permutations of conversation types (e.g., a conversation type may change dynamically as information is reallocated from one participant to another, or as conversational goals change based on the reallocation of information).

US 8,515,765 B2

15

For example, in one implementation, a query conversation may include a conversational goal of getting a discrete piece of information or performing a particular task, where a leader of the query conversation may have a specific goal in mind and may lead the conversation toward achieving the goal. The other participant may hold the information and may support the leader by providing the information. In a didactic conversation, a leader of the conversation may control information desired by a supporter of the conversation. The supporter's role may be limited to regulating an overall progression of the conversation and interjecting queries for clarification. In an exploratory conversation, both participants share leader and supporter roles, and the conversation may have no specific goal, or the goal may be improvised as the conversation progresses. Based on this model, Intelligent Hypothesis Builder 310 may broadly categorize a conversation (or utterance) according to the following diagram:

| | Participant A<br>User | Participant B<br>Voice User Interface |
|---|---|---|
| QUERY | | |
| GOAL | | |
| ROLE | Get information/action<br>Leader/Consumer | Provide information/action<br>Supporter/Dispenser |
| INFORMATION<br>ALLOCATION | Less | More |
| DIDACTIC | | |
| GOAL | | |
| ROLE | Get information<br>Follower/Consumer | Provide information<br>Leader/Dispenser |
| INFORMATION<br>ALLOCATION | Less | More |
| EXPLORATORY | | |
| GOAL | | |
| ROLE | Gather/share information<br>Follower/Consumer and<br>Leader/Dispenser | Gather/share information<br>Follower/Consumer and<br>Leader/Dispenser |
| INFORMATION<br>ALLOCATION | Equal or alternating | Equal or alternating |

Intelligent Hypothesis Builder 310 may use an identified conversation type to assist in generating a set of hypotheses as to a user's intent in an utterance. In addition, Intelligent Hypothesis Builder 310 may use short-term shared knowledge from the Session Input Accumulator to proactively build and evaluate interaction with a user as a conversation progresses, as well as long-term shared knowledge to proactively build and evaluate interaction with the user over time. Intelligent Hypothesis Builder 310 may thus adaptively arrive at a set of N-best hypotheses about user intent, and the N-best hypotheses may be provided to an Adaptive Response Builder 315. In addition, Intelligent Hypothesis Builder 310 may model human-to-human interaction by calculating a degree of certainty for each of the hypotheses. That is, just as humans rely on knowledge shared by participants to examine how much and what kind of information was available, Intelligent Hypothesis Builder 310 may leverage the identified conversation type and short-term and long-term shared knowledge to generate a degree of certainty for each hypothesis.

According to another aspect of the invention, Intelligent Hypothesis Builder 310 may generate one or more explicit hypotheses of a user's intent when an utterance contains all information (including qualifiers) needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty, which may be used to determine a level of unprompted support to provide in a response. For example, a response may include a confirmation to ensure the utterance

16

was not misunderstood or the response may adaptively prompt a user to provide missing information.

According to another aspect of the invention, Intelligent Hypothesis Builder 310 may use short-term knowledge to generate one or more implicit hypotheses of a user's intent when an utterance may be missing required qualifiers or other information needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty. For instance, when a conversation begins, short-term knowledge stored in the Session Input Accumulator may be empty, and as the conversation progresses, the Session Input Accumulator may build a history of the conversation. Intelligent Hypothesis Builder 310 may use data in the Session Input Accumulator to supplement or infer additional information about a current utterance. For example, Intelligent Hypothesis Builder 310 may evaluate a degree of certainty based on a number of previous requests relevant to the current utterance. In another example, when the current utterance contains insufficient information to complete a request or task, data in the Session Input Accumulator may be used to infer missing information so that a hypothesis can be generated. In still another example, Intelligent Hypothesis Builder 310 may identify syntax and/or grammar to be used by Adaptive Response Builder 315 to formulate personalized and conversational response. In yet another example, when the current utterance contains a threshold amount of information needed to complete a request or task, data in the Session Input Accumulator may be relied upon to tune a degree of certainty.

According to another aspect of the invention, Intelligent Hypothesis Builder 310 may use long-term shared knowledge to generate one or more implicit hypotheses of a user's intent when an utterance is missing qualifiers or other information needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty. Using long-term knowledge may be substantially similar to using short-term shared knowledge, except that information may be unconstrained by a current session, and an input mechanism may include information from additional sources other than conversational sessions. For example, Intelligent Hypothesis Builder 310 may use information from long-term shared knowledge at any time, even when a new conversation is initiated, whereas short-term shared knowledge may be limited to an existing conversation (where no short-term shared knowledge would be available when a new conversation is initiated). Long-term shared knowledge may come from several sources, including user preferences or a plug-in data source (e.g., a subscription interface to a remote database), expertise of a user (e.g., based on a frequency of errors, types of tasks requested, etc., the user may be identified as a novice, intermediate, experienced, or other type of user), agent-specific information and/or language that may also apply to other agents (e.g., by decoupling information from an agent to incorporate the information into other agents), frequently used topics passed in from the Session Input Accumulator, frequently used verbs, nouns, or other parts of speech, and/or other syntax information passed in from the Session Input Accumulator, or other sources of long-term shared knowledge may be used.

According to another aspect of the invention, knowledge-enabled utterances, as generated by Intelligent Hypothesis Builder 310, may include one or more explicit (supplied by a user), and one or more implicit (supplied by Intelligent Hypothesis Builder 310) contextual signifiers, qualifiers, criteria, and other information that can be used to identify and evaluate relevant tasks. At that point, Intelligent Hypothesis Builder 310 may provide an input to Adaptive Response Builder 315. The input received by Adaptive Response

US 8,515,765 B2

17

Builder **315** may include at least a ranked list of hypotheses, including explicit and/or implicit hypotheses, each of which may have a corresponding degree of certainty. A hypothesis may be assigned one of four degrees of certainty: (1) "sure," where contextual signifiers and qualifiers relate to one task, context and qualifiers relate to one task, and a confidence level associated with a preliminary interpretation generated at the speech recognition engine exceeds a predetermined threshold; (2) "pretty sure," where contextual signifiers and qualifiers relate to more than one task (select top-ranked task) and criteria relates to one request, and/or the confidence level associated with the preliminary interpretation generated at the speech recognition engine is below the predetermined threshold; (3) "not sure," where additional contextual signifiers or qualifiers are needed to indicate or rank a task; and (4) "no hypothesis," where little or no information can be deciphered. Each degree of certainty may further be classified as explicit or implicit, which may be used to adjust a response. The input received by Adaptive Response Builder **310** may also include a context, user syntax and/or grammar, context domain agent specific information and/or preferences (e.g., a travel context domain agent may know a user frequently requests information about France, which may be shared with a movie context domain agent so that responses may occasionally include French movies).

According to another aspect of the invention, Adaptive Response Builder **315** may build syntactically, grammatically, and contextually sensitive "intelligent responses" that can be used with one or more agents to generate a conversational experience for a user, while also guiding the user to reply in a manner favorable for recognition. In one implementation, the intelligent responses may include a verbal or audible reply played through an output device (e.g., a speaker), and/or an action performed by a device, computer, or machine (e.g., downloading a web page, showing a list, executing an application, etc.). In one implementation, an appropriate response may not require conversational adaptation, and default replies and/or randomly selected response sets for a given task may be used.

According to another aspect of the invention, Adaptive Response Builder **310** may draw on information maintained by Intelligence Hypothesis Builder **310** to generate responses that may be sensitive to context, task recognition of a current utterance, what a user already knows about a topic, what an application already knows about the topic, shared knowledge regarding user preferences and/or related topics, appropriate contextual word usage (e.g., jargon), words uttered by the user in recent utterances, conversational development and/or course correction, conversational tone, type of conversation, natural variation in wording of responses, or other information. As a result, Adaptive Response Builder **315** may generate intelligent responses that create conversational feel, adapt to information that accumulates over a duration of a conversation, maintain cross-modal awareness, and keep the conversation on course.

According to another aspect of the invention, Adaptive Response Builder **315** may create a conversational feel by adapting to a user's manner of speaking, framing responses appropriately, and having natural variation and/or personality (e.g., by varying tone, pace, timing, inflection, word use, jargon, and other variables in a verbal or audible response). Adapting to a user's manner of speaking may include using contextual signifiers and grammatical rules to generate one or more sentences for use as response sets that may cooperate with the user. By taking advantage of short-term (from the Session Input Accumulator) and long-term (from one or more profiles) shared knowledge about how a user utters a request,

18

the responses may be modeled using techniques used to recognize requests. Adaptive Response Builder **315** may rate possible responses statistically and/or randomize responses, which creates an opportunity to build an exchange with natural variation and conversational feel. This may be a significant advantage over existing voice user interfaces with incongruous input and output, where the input is "conversational" and the output is "computerese." The following examples may demonstrate how a response may adapt to a user's input word choices and manner of speaking:

| | |
|---|---|
| User | Do you know [mumbled words] Seattle [more mumbled words}? |
| Voice User Interface | Did you want Seattle sports scores, weather, traffic, or news? |
| User | Find me [mumbled words] Seattle [more mumbled words]? |
| Voice User Interface | I found Seattle, did you want sports scores, weather, traffic, or news? |
| User | Get me [mumbled words] Seattle [more mumbled words]? |
| Voice User Interface | I've got Seattle, did you want me to get sports scores, weather, traffic, or news? |

According to another aspect of the invention, Adaptive Response Builder **315** may frame responses to influence a user to reply with an utterance that may be easily recognized. For example, a user may utter, "Get me the news" and a voice user interface response may be "Which of these categories? Top news stories, international news, political news, or sports news?" The response may be likely to illicit utterances from the user, such as "Top news stories" or "International news," which are more likely to result in a completed request. Thus, the responses may conform to a cooperative nature of human dialog, and a natural human tendency to "parrot" what was just heard as part of a next utterance. Moreover, knowledge of current context may enhance responses to generate more meaningful conversational responses, such as in the following exchange:

| | |
|---|---|
| User | What's the weather like in Dallas? |
| Voice User Interface | In Dallas, it's sunny and 90 degrees. |
| User | What theaters are showing the movie "The Fantastic Four" there? |
| Voice User Interface | 10 theaters in Dallas are showing "The Fantastic Four." Do you want show times for a particular theater? |

Framing the responses may also deal with misrecognitions according to human models. For example, humans frequently remember a number of recent utterances, especially when one or more previous utterances were misrecognized or unrecognized. Another participant in the conversation may limit correction to apart of the utterance that was misrecognized or unrecognized, or over subsequent utterances and/or other interactions, clues may be provided to indicate the initial interpretation was incorrect. Thus, by storing and analyzing multiple utterances, utterances from earlier in a conversation may be corrected as the conversation progresses.

According to another aspect of the invention, Adaptive Response Builder **315** may generate multi-modal, or cross-modal, responses to a user. In one implementation, responses may be aware of and control one or more devices and/or interfaces, and users may respond by using whichever input method, or combination of input methods, is most convenient. For example, a response asking the user to direct an

US 8,515,765 B2

19

utterance with a "Yes" or "No" in a multi-modal environment may also display alternatives visually.

According to another aspect of the invention, Adaptive Response Builder 315 may correct a course of a conversation without interrupting conversational flow. Adaptive Response Builder 315 may generate intelligent responses based on the ranked list of hypotheses and corresponding degrees of certainty, which may be used to correct a course of a conversation without interrupting conversational flow. That is, even though the intelligent responses may be reasonably "sure," the intelligent responses may nonetheless sometimes be incorrect. While existing voice user interfaces tend to fail on average conversational missteps, normal human interactions may expect missteps and deal with them appropriately. Thus, responses after a misrecognition may be modeled after clarifications, rather than errors, and words may chosen in subsequent responses that move conversation forward and establish an appropriate domain to be explored with the user. For example, course correction may result in the following exchange:

| User | Can you get [mumbled words here] Mariners [more mumbled words]? |
| Voice User Interface | I've got the score for the Mariners game? 4-2 Mariners. |
| User | No, the start time for tomorrow's game. |
| Voice User Interface | Oh, 7:05. |

The above disclosure has been described in terms of specific exemplary aspects, implementations, and embodiments of the invention. However, those skilled in the art will recognize various changes and modifications that may be made without departing from the scope and spirit of the invention. Therefore, the specification and drawings are to be regarded as exemplary only, and the scope of the invention is to be determined solely by the appended claims.

What is claimed is:

1. A method of providing a voice interface, comprising:
receiving, at a speech engine, a natural language utterance from a voice-enabled device, the natural language utterance corresponding to a conversation type;
determining the conversation type corresponding to the natural language utterance based on whether a user that spoke the natural language utterance has a leader role in an interaction with the voice-enabled device or has a supporter role in the interaction with the voice-enabled device; and
generating a response to the natural language utterance with a format based on the conversation type, wherein the format is adapted to limit the user's future input to interjecting queries or requests for clarification if the user has the supporter role.

2. The method recited in claim 1, wherein determining the conversation type comprises determining a conversational goal corresponding to the natural language utterance, wherein the format of the response is adapted to provide a discrete piece of information to the user, to provide a plurality of pieces of related information to the user, or to obtain one or more pieces of information from the user.

3. The method recited in claim 2, wherein the response generated in the format that is adapted to provide the discrete piece of information is shorter than the response generated in the format that is adapted to provide the plurality of pieces of related information.

4. The method recited in claim 1, wherein determining the conversation type includes determining a conversational goal

20

corresponding to the natural language utterance, wherein the conversation type is determined as a query conversation if the conversational goal is to gather discrete information or perform a discrete task, is determined as a didactic conversation if the conversational goal is to gather related information, or is determined as an exploratory conversation if the natural language utterance has no specific goal.

5. The method recited in claim 1, wherein the conversation type is determined as a query conversation if the user that spoke the natural language utterance has the leader role, is determined as a didactic conversation if the user that spoke the natural language utterance has the supporter role, or is determined as an exploratory conversation if the user that spoke the natural language utterance has both the leader role and the supporter role.

6. The method recited in claim 1, wherein determining the conversation type is based on an allocation of information between the user and the speech engine, wherein the conversation type is determined to be a query conversation or a didactic conversation if the user that spoke the natural language utterance has a lower allocation of information related to the natural language utterance than the speech engine, or is determined as a didactic conversation if the user and the speech engine have an equal or alternating allocation of information related to the natural language utterance.

7. The method recited in claim 1, wherein determining the conversation type further comprises determining an allocation of information between the user and the speech engine.

8. The method recited in claim 1, wherein generating the response comprises generating, if the conversation type is a query conversation, a response that only provides information requested by the natural language utterance, and generating, if the conversation type is a didactic conversation, a response that controls the conversation and limits the user's future input to a request or query for clarification.

9. The method recited in claim 1, wherein the natural language utterance is part of a conversation that comprises related natural language utterances from the user, wherein determining whether the user has the leader role or the supporter role comprises determining whether the user controls the conversation or whether the user provides information to the speech engine during the conversation.

10. A system for providing a voice interface, comprising:
a speech engine configured to receive a natural language utterance from a voice-enabled device, the natural language utterance corresponding to a conversation type, wherein the speech engine includes a processor configured to:
determine the conversation type corresponding to the natural language utterance based on whether a user that spoke the natural language utterance has a leader role in an interaction with the voice-enabled device or has a supporter role in the interaction with the voice-enabled device;
a response builder configured to generate a response to the natural language utterance with a format based on the conversation type, wherein the format is adapted to limit the user's future input to interjecting queries or requests for clarification if the user has the supporter role.

11. The system recited in claim 10, wherein the speech engine is configured to determine the conversation type further based on a conversational goal corresponding to the natural language utterance, and wherein the format of the response is adapted to provide a discrete piece of information to the user, to provide a plurality of pieces of related information to the user, or to obtain one or more pieces of information from the user.

US 8,515,765 B2

21

22

12. The system recited in claim 10, wherein the speech engine is configured to determine the conversation type further based on a conversational goal corresponding to the natural language utterance, and wherein the conversation type is determined to be a query conversation if the conversational goal is to gather discrete information or perform a discrete task, is determined to be a didactic conversation if the conversational goal is to gather related information, or is determined to be an exploratory conversation if the natural language utterance has no specific goal.

13. The system recited in claim 10, wherein the speech engine is configured to determine the conversation type based on the role of the user, wherein the conversation type is determined to be a query conversation if the user that spoke the natural language utterance has the leader role, is determined to be a didactic conversation if the user that spoke the natural language utterance has the supporter role, or is determined to be an exploratory conversation if the user that spoke the natural language utterance has both the leader role and the supporter role.

14. The system recited in claim 10, wherein the speech engine is configured to determine the conversation type based on an allocation of information between the user and the speech engine, wherein the conversation type is determined to be a query conversation or a didactic conversation if the user that spoke the natural language utterance has a lower allocation of information related to the natural language utterance than the speech engine or is determined to be a didactic conversation if the user and the speech engine have an equal or alternating allocation of information.

* * * * *

# EXHIBIT C

US010297249B2

(12) **United States Patent**

Baldwin et al.

(10) **Patent No.:** **US 10,297,249 B2**

(45) **Date of Patent:** **May 21, 2019**

(54) **SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE**

(71) Applicant: **VB Assets, LLC**, Bellevue, WA (US)

(72) Inventors: **Larry Baldwin**, Maple Valley, WA (US); **Tom Freeman**, Mercer Island, WA (US); **Michael Tjalve**, Bellevue, WA (US); **Blane Ebersold**, Seattle, WA (US); **Chris Weider**, Everett, WA (US)

(73) Assignee: **VB Assets, LLC**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 289 days.

(21) Appl. No.: **14/691,445**

(22) Filed: **Apr. 20, 2015**

(65) **Prior Publication Data**

US 2015/0228276 A1 Aug. 13, 2015

**Related U.S. Application Data**

(60) Continuation of application No. 13/987,645, filed on Aug. 19, 2013, now Pat. No. 9,015,049, which is a

(Continued)

(51) **Int. Cl.**
*G06F 3/16* (2006.01)
*G06F 17/27* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. *G10L 15/18* (2013.01); *G06F 3/167* (2013.01); *G06F 17/2785* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC . G10L 15/22; G10L 15/1815; G10L 15/1822; G10L 15/183; G10L 2015/225;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,430,669 A 2/1984 Cheung ......................... 358/122
4,821,027 A 4/1989 Mallory et al. ............... 340/521
(Continued)

FOREIGN PATENT DOCUMENTS

CN 1433554 A 7/2003
CN 1860496 A 11/2006
(Continued)

OTHER PUBLICATIONS

Kirchhoff, Katrin, "Syllable-Level Desynchronisation of Phonetic Features for Speech Recognition", Proceedings of the Fourth International Conference on Spoken Language, 1996, ICSLP 96, vol. 4, IEEE, 1996, 3 pages.

(Continued)

*Primary Examiner* — Eric Yen
(74) *Attorney, Agent, or Firm* — Sheppard Mullin Richter & Hampton LLP

(57) **ABSTRACT**

A cooperative conversational voice user interface is provided. The cooperative conversational voice user interface may build upon short-term and long-term shared knowledge to generate one or more explicit and/or implicit hypotheses about an intent of a user utterance. The hypotheses may be ranked based on varying degrees of certainty, and an adaptive response may be generated for the user. Responses may be worded based on the degrees of certainty and to frame an appropriate domain for a subsequent utterance. In one implementation, misrecognitions may be tolerated, and conversational course may be corrected based on subsequent utterances and/or responses.

**28 Claims, 3 Drawing Sheets**



## US 10,297,249 B2

Page 2

### Related U.S. Application Data

division of application No. 13/251,712, filed on Oct. 3, 2011, now Pat. No. 8,515,765, which is a continuation of application No. 11/580,926, filed on Oct. 16, 2006, now Pat. No. 8,073,681.

(51) **Int. Cl.**

| | |
|---|---|
| *G10L 15/06* | (2013.01) |
| *G10L 15/18* | (2013.01) |
| *G10L 15/22* | (2006.01) |
| *G10L 17/22* | (2013.01) |
| *G10L 25/51* | (2013.01) |
| *G10L 15/183* | (2013.01) |
| *G10L 21/0216* | (2013.01) |

(52) **U.S. Cl.**

CPC ...... *G10L 15/1815* (2013.01); *G10L 15/1822* (2013.01); *G10L 15/22* (2013.01); *G10L 17/22* (2013.01); *G10L 25/51* (2013.01); *G10L 15/183* (2013.01); *G10L 2015/0631* (2013.01); *G10L 2015/225* (2013.01); *G10L 2015/228* (2013.01); *G10L 2021/02166* (2013.01)

(58) **Field of Classification Search**

CPC ..... G10L 2015/228; G10L 2021/02166; G10L 25/51; G06F 17/27; G06F 17/2785

See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,829,423 A | | 5/1989 | Tennant et al. | 364/200 |
| 4,887,212 A | | 12/1989 | Zamora | |
| 4,910,784 A | | 3/1990 | Doddington et al. | 381/43 |
| 5,027,406 A | | 6/1991 | Roberts et al. | 381/43 |
| 5,155,743 A | | 10/1992 | Jacobs | 375/28 |
| 5,164,904 A | | 11/1992 | Sumner | 364/436 |
| 5,208,748 A | | 5/1993 | Flores et al. | 364/419 |
| 5,265,065 A | | 11/1993 | Turtle | |
| 5,274,560 A | | 12/1993 | LaRue | 364/444 |
| 5,331,554 A | | 7/1994 | Graham | |
| 5,357,596 A | | 10/1994 | Takebayashi et al. | 395/2.84 |
| 5,369,575 A | | 11/1994 | Lamberti | |
| 5,377,350 A | | 12/1994 | Skinner | 395/600 |
| 5,386,556 A | | 1/1995 | Hedin et al. | 395/600 |
| 5,424,947 A | | 6/1995 | Nagao et al. | 364/419.08 |
| 5,471,318 A | | 11/1995 | Ahuja et al. | 358/400 |
| 5,475,733 A | | 12/1995 | Eisdorfer et al. | 379/52 |
| 5,479,563 A | | 12/1995 | Yamaguchi | |
| 5,488,652 A | | 1/1996 | Bielby et al. | 379/88 |
| 5,499,289 A | | 3/1996 | Bruno et al. | 379/220 |
| 5,500,920 A | | 3/1996 | Kupiec | 395/2.79 |
| 5,517,560 A | | 5/1996 | Greenspan | 379/114 |
| 5,533,108 A | | 7/1996 | Harris et al. | 379/201 |
| 5,537,436 A | | 7/1996 | Bottoms et al. | 375/222 |
| 5,539,744 A | | 7/1996 | Chu et al. | 370/60 |
| 5,557,667 A | | 9/1996 | Bruno et al. | 379/201 |
| 5,559,864 A | | 9/1996 | Kennedy, Jr. | 379/59 |
| 5,563,937 A | | 10/1996 | Bruno et al. | 379/201 |
| 5,577,165 A | | 11/1996 | Takebayashi et al. | 395/2.84 |
| 5,590,039 A | | 12/1996 | Ikeda et al. | 395/759 |
| 5,608,635 A | | 3/1997 | Tamai | 364/449.3 |
| 5,615,296 A | * | 3/1997 | Stanford | G10L 15/22 704/222 |
| 5,617,407 A | | 4/1997 | Bareis | 369/275.3 |
| 5,633,922 A | | 5/1997 | August et al. | 379/220 |
| 5,634,086 A | | 5/1997 | Rtischev et al. | 395/2.79 |
| 5,652,570 A | | 7/1997 | Lepkofker | 340/573 |
| 5,675,629 A | | 10/1997 | Raffel et al. | 379/58 |
| 5,696,965 A | | 12/1997 | Dedrick | 395/610 |
| 5,708,422 A | | 1/1998 | Blonder et al. | 340/825.34 |
| 5,721,938 A | | 2/1998 | Stuckey | 395/754 |
| 5,722,084 A | | 2/1998 | Chakrin et al. | 455/551 |
| 5,740,256 A | | 4/1998 | Castello Da Costa et al. | 361/94.7 |
| 5,742,763 A | | 4/1998 | Jones | 395/200.3 |
| 5,748,841 A | * | 5/1998 | Morin | G06F 3/16 704/257 |
| 5,748,974 A | | 5/1998 | Johnson | 395/759 |
| 5,752,052 A | | 5/1998 | Richardson et al. | 395/759 |
| 5,754,784 A | | 5/1998 | Garland et al. | 395/200.49 |
| 5,761,631 A | | 6/1998 | Nasukawa | 704/9 |
| 5,774,841 A | | 6/1998 | Salazar et al. | 704/225 |
| 5,774,859 A | | 6/1998 | Houser et al. | 704/275 |
| 5,794,050 A | | 8/1998 | Dahlgren et al. | 395/708 |
| 5,794,196 A | | 8/1998 | Yegnanarayanan et al. | 704/255 |
| 5,797,112 A | | 8/1998 | Komatsu et al. | 701/201 |
| 5,799,276 A | | 8/1998 | Komissarchik et al. | 704/251 |
| 5,802,510 A | | 9/1998 | Jones | 707/2 |
| 5,829,000 A | | 10/1998 | Huang | |
| 5,832,221 A | | 11/1998 | Jones | 375/200.36 |
| 5,839,107 A | | 11/1998 | Gupta et al. | 704/270 |
| 5,848,396 A | | 12/1998 | Gerace | 705/10 |
| 5,855,000 A | | 12/1998 | Waibel et al. | 704/235 |
| 5,860,059 A | * | 1/1999 | Aust | G06F 3/16 704/231 |
| 5,867,817 A | | 2/1999 | Catallo et al. | 704/255 |
| 5,878,385 A | | 3/1999 | Bralich et al. | 704/9 |
| 5,878,386 A | | 3/1999 | Coughlin | 704/10 |
| 5,892,813 A | | 4/1999 | Morin et al. | 379/88.01 |
| 5,892,900 A | | 4/1999 | Ginter et al. | 395/186 |
| 5,895,464 A | | 4/1999 | Bhandari et al. | 707/3 |
| 5,895,466 A | | 4/1999 | Goldberg et al. | 707/5 |
| 5,897,613 A | | 4/1999 | Chan | 704/210 |
| 5,899,991 A | * | 5/1999 | Karch | G06F 21/55 707/694 |
| 5,902,347 A | | 5/1999 | Backman et al. | 701/200 |
| 5,911,120 A | | 6/1999 | Jarett et al. | 455/417 |
| 5,918,222 A | * | 6/1999 | Fukui | G06Q 10/10 705/... |
| 5,926,784 A | | 7/1999 | Richardson et al. | 704/9 |
| 5,933,822 A | | 8/1999 | Braden-Harder et al. | 707/5 |
| 5,950,167 A | | 9/1999 | Yaker | 704/275 |
| 5,953,393 A | | 9/1999 | Culbreth et al. | 379/88.25 |
| 5,960,384 A | | 9/1999 | Brash | |
| 5,960,397 A | | 9/1999 | Rahim | 704/244 |
| 5,960,399 A | | 9/1999 | Barclay et al. | 704/270 |
| 5,960,447 A | | 9/1999 | Holt et al. | 707/500 |
| 5,963,894 A | | 10/1999 | Richardson et al. | 704/9 |
| 5,963,940 A | | 10/1999 | Liddy et al. | 707/5 |
| 5,982,906 A | * | 11/1999 | Ono | G10L 21/0208 381/94.1 |
| 5,983,190 A | | 11/1999 | Trower, II | |
| 5,987,404 A | | 11/1999 | Della Pietra et al. | 704/9 |
| 5,991,721 A | | 11/1999 | Asano et al. | 704/257 |
| 5,995,119 A | | 11/1999 | Cosatto et al. | 345/473 |
| 5,995,928 A | | 11/1999 | Nguyen et al. | 704/251 |
| 5,995,943 A | | 11/1999 | Bull | |
| 6,009,382 A | | 12/1999 | Martino et al. | 704/1 |
| 6,014,559 A | | 1/2000 | Amin | 455/413 |
| 6,018,708 A | | 1/2000 | Dahan et al. | 704/244 |
| 6,021,384 A | | 2/2000 | Gorin et al. | 704/1 |
| 6,028,514 A | | 2/2000 | Lemelson et al. | 340/539 |
| 6,035,267 A | | 3/2000 | Watanabe et al. | 704/1 |
| 6,044,347 A | | 3/2000 | Abella et al. | 704/272 |
| 6,049,602 A | | 4/2000 | Foladare et al. | 379/265 |
| 6,049,607 A | | 4/2000 | Marash et al. | 379/410 |
| 6,058,187 A | | 5/2000 | Chen | 380/21 |
| 6,067,513 A | | 5/2000 | Ishimitsu | 704/233 |
| 6,073,098 A | | 6/2000 | Buchsbaum | |
| 6,076,059 A | | 6/2000 | Glickman et al. | 704/260 |
| 6,078,886 A | * | 6/2000 | Dragosh | G10L 15/30 704/243 |
| 6,081,774 A | | 6/2000 | De Hita et al. | 704/9 |
| 6,085,186 A | | 7/2000 | Christianson et al. | 707/3 |
| 6,101,241 A | | 8/2000 | Boyce et al. | 379/88.01 |
| 6,108,631 A | | 8/2000 | Ruhl | 704/270 |
| 6,119,087 A | | 9/2000 | Kuhn et al. | 704/270 |
| 6,119,101 A | | 9/2000 | Peckover | |
| 6,122,613 A | | 9/2000 | Baker | 704/235 |
| 6,134,235 A | | 10/2000 | Goldman et al. | 370/352 |
| 6,144,667 A | | 11/2000 | Doshi et al. | 370/401 |

## US 10,297,249 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,144,938 A | 11/2000 | Surace et al. | 704/257 |
| 6,154,526 A | 11/2000 | Dahlke et al. | 379/88.03 |
| 6,160,883 A | 12/2000 | Jackson et al. | 379/240 |
| 6,167,377 A | 12/2000 | Gillick et al. | 704/240 |
| 6,173,266 B1 | 1/2001 | Marx et al. | 704/270 |
| 6,173,279 B1 | 1/2001 | Levin et al. | 707/5 |
| 6,175,858 B1 | 1/2001 | Bulfer et al. | 709/206 |
| 6,185,535 B1 | 2/2001 | Hedin et al. | 704/270 |
| 6,188,982 B1 | 2/2001 | Chiang | 704/256 |
| 6,192,110 B1 | 2/2001 | Abella et al. | 379/88.01 |
| 6,192,338 B1 | 2/2001 | Haszto et al. | 704/257 |
| 6,195,634 B1 | 2/2001 | Dudemaine et al. | 704/231 |
| 6,195,651 B1 | 2/2001 | Handel et al. | 707/2 |
| 6,199,043 B1 | 3/2001 | Happ | 704/272 |
| 6,208,964 B1 | 3/2001 | Sabourin | 704/244 |
| 6,208,972 B1 | 3/2001 | Grant et al. | 704/275 |
| 6,219,346 B1 | 4/2001 | Maxemchuk | 370/338 |
| 6,219,643 B1 | 4/2001 | Cohen et al. | 704/257 |
| 6,219,645 B1 * | 4/2001 | Byers | G10L 15/02 |
| | | | 381/91 |
| 6,226,612 B1 | 5/2001 | Srenger et al. | 704/256 |
| 6,233,556 B1 | 5/2001 | Teunen et al. | 704/250 |
| 6,233,559 B1 | 5/2001 | Balakrishnan | 704/275 |
| 6,233,561 B1 | 5/2001 | Junqua et al. | 704/277 |
| 6,236,968 B1 | 5/2001 | Kanevsky et al. | 704/275 |
| 6,243,679 B1 | 6/2001 | Mohri | |
| 6,246,981 B1 * | 6/2001 | Papineni | G10L 15/22 |
| | | | 704/235 |
| 6,246,990 B1 | 6/2001 | Happ | 704/275 |
| 6,266,636 B1 | 7/2001 | Kosaka et al. | 704/244 |
| 6,269,336 B1 | 7/2001 | Ladd et al. | 704/270 |
| 6,272,455 B1 | 8/2001 | Hoshen et al. | 704/1 |
| 6,272,461 B1 * | 8/2001 | Meredith | G10L 15/26 |
| | | | 704/235 |
| 6,275,231 B1 | 8/2001 | Obradovich | 345/349 |
| 6,278,377 B1 | 8/2001 | DeLine et al. | 340/815.4 |
| 6,278,968 B1 | 8/2001 | Franz et al. | 704/3 |
| 6,286,002 B1 | 9/2001 | Axaopoulos | |
| 6,288,319 B1 | 9/2001 | Catona | 84/609 |
| 6,292,767 B1 | 9/2001 | Jackson et al. | 704/1 |
| 6,301,560 B1 | 10/2001 | Masters | 704/251 |
| 6,308,151 B1 | 10/2001 | Smith | 704/235 |
| 6,311,159 B1 | 10/2001 | Van Tichelen et al. | 704/275 |
| 6,314,402 B1 | 11/2001 | Monaco et al. | 704/275 |
| 6,321,196 B1 | 11/2001 | Franceschi | 704/243 |
| 6,356,869 B1 | 3/2002 | Chapados et al. | 704/275 |
| 6,362,748 B1 | 3/2002 | Huang | 340/901 |
| 6,366,882 B1 | 4/2002 | Bijl et al. | 704/235 |
| 6,366,886 B1 | 4/2002 | Dragosh et al. | 704/270.1 |
| 6,374,214 B1 | 4/2002 | Friedland et al. | 704/235 |
| 6,374,226 B1 * | 4/2002 | Hunt | G10L 15/26 |
| | | | 704/255 |
| 6,377,913 B1 | 4/2002 | Coffman et al. | 704/8 |
| 6,377,919 B1 * | 4/2002 | Burnett | A61B 5/0507 |
| | | | 704/231 |
| 6,381,535 B1 | 4/2002 | Durocher et al. | 701/202 |
| 6,385,596 B1 | 5/2002 | Wiser et al. | 705/51 |
| 6,385,646 B1 | 5/2002 | Brown et al. | 709/217 |
| 6,389,398 B1 * | 5/2002 | Lustgarten | G10L 15/22 |
| | | | 379/88.01 |
| 6,393,403 B1 | 5/2002 | Majaniemi | 704/275 |
| 6,393,428 B1 | 5/2002 | Miller et al. | 707/102 |
| 6,397,181 B1 | 5/2002 | Li et al. | 704/256 |
| 6,404,878 B1 | 6/2002 | Jackson et al. | 379/221.01 |
| 6,405,170 B1 | 6/2002 | Phillips et al. | 704/270 |
| 6,408,272 B1 | 6/2002 | White et al. | 704/270.1 |
| 6,411,810 B1 | 6/2002 | Maxemchuk | 455/453 |
| 6,411,893 B2 | 6/2002 | Ruhl | 701/207 |
| 6,415,257 B1 | 7/2002 | Junqua et al. | 704/275 |
| 6,418,210 B1 | 7/2002 | Sayko | 379/142.15 |
| 6,420,975 B1 | 7/2002 | DeLine et al. | 340/815.4 |
| 6,429,813 B2 | 8/2002 | Feigen | 342/357.13 |
| 6,430,285 B1 | 8/2002 | Bauer et al. | 379/265.01 |
| 6,430,531 B1 | 8/2002 | Polish | 704/257 |
| 6,434,523 B1 | 8/2002 | Monaco | 704/257 |
| 6,434,524 B1 | 8/2002 | Weber | 704/257 |
| 6,434,529 B1 | 8/2002 | Walker et al. | 704/275 |
| 6,442,522 B1 | 8/2002 | Carberry et al. | 704/257 |
| 6,446,114 B1 | 9/2002 | Bulfer et al. | 709/206 |
| 6,453,153 B1 | 9/2002 | Bowker et al. | 455/67.4 |
| 6,453,292 B2 | 9/2002 | Ramaswamy et al. | 704/235 |
| 6,456,711 B1 | 9/2002 | Cheung et al. | 379/265.09 |
| 6,456,974 B1 | 9/2002 | Baker et al. | 704/270.1 |
| 6,466,654 B1 | 10/2002 | Cooper et al. | 379/88.01 |
| 6,466,899 B1 | 10/2002 | Yano et al. | 704/1 |
| 6,470,315 B1 | 10/2002 | Netsch et al. | 704/256 |
| 6,487,494 B2 | 11/2002 | Odinak et al. | 701/202 |
| 6,487,495 B1 | 11/2002 | Gale et al. | 701/209 |
| 6,498,797 B1 | 12/2002 | Anerousis et al. | 370/522 |
| 6,499,013 B1 | 12/2002 | Weber | 704/257 |
| 6,501,833 B2 | 12/2002 | Phillips et al. | 379/88.07 |
| 6,501,834 B1 | 12/2002 | Milewski et al. | 379/93.24 |
| 6,505,155 B1 | 1/2003 | Vanbuskirk et al. | 704/246 |
| 6,510,417 B1 | 1/2003 | Woods et al. | 704/275 |
| 6,513,006 B2 | 1/2003 | Howard et al. | 704/257 |
| 6,522,746 B1 | 2/2003 | Marchok et al. | 379/406.03 |
| 6,523,061 B1 | 2/2003 | Halverson et al. | 709/202 |
| 6,532,444 B1 | 3/2003 | Weber | 704/257 |
| 6,539,348 B1 | 3/2003 | Bond et al. | 704/9 |
| 6,549,629 B2 | 4/2003 | Finn et al. | 381/92 |
| 6,553,372 B1 | 4/2003 | Brassell et al. | 707/5 |
| 6,556,970 B1 * | 4/2003 | Sasaki | G01C 21/3608 |
| | | | 382/100 |
| 6,556,973 B1 | 4/2003 | Lewin | 704/277 |
| 6,560,576 B1 | 5/2003 | Cohen et al. | 704/270 |
| 6,560,590 B1 | 5/2003 | Shwe et al. | 706/55 |
| 6,567,778 B1 | 5/2003 | Chao Chang et al. | 704/257 |
| 6,567,797 B1 | 5/2003 | Schuetze et al. | 707/2 |
| 6,567,805 B1 | 5/2003 | Johnson | |
| 6,570,555 B1 | 5/2003 | Prevost et al. | 345/156 |
| 6,570,964 B1 | 5/2003 | Murveit et al. | 379/67.1 |
| 6,571,279 B1 | 5/2003 | Herz et al. | 709/217 |
| 6,574,597 B1 | 6/2003 | Mohri et al. | 704/251 |
| 6,574,624 B1 | 6/2003 | Johnson et al. | 707/5 |
| 6,578,022 B1 | 6/2003 | Foulger et al. | 706/45 |
| 6,581,103 B1 | 6/2003 | Dengler | 709/231 |
| 6,584,439 B1 | 6/2003 | Geilhufe et al. | 704/270 |
| 6,587,858 B1 | 7/2003 | Strazza | 707/102 |
| 6,591,185 B1 | 7/2003 | Polidi | |
| 6,591,239 B1 | 7/2003 | McCall et al. | 704/275 |
| 6,594,257 B1 | 7/2003 | Doshi et al. | 370/352 |
| 6,594,367 B1 | 7/2003 | Marash et al. | 381/92 |
| 6,598,018 B1 | 7/2003 | Junqua | 704/251 |
| 6,601,026 B2 | 7/2003 | Appelt et al. | 704/9 |
| 6,601,029 B1 * | 7/2003 | Pickering | G10L 15/22 |
| | | | 704/257 |
| 6,604,075 B1 | 8/2003 | Brown et al. | 704/270.1 |
| 6,604,077 B2 | 8/2003 | Dragosh et al. | 704/270.1 |
| 6,606,598 B1 | 8/2003 | Holthouse et al. | 704/275 |
| 6,611,692 B2 | 8/2003 | Raffel et al. | 455/552 |
| 6,614,773 B1 | 9/2003 | Maxemchuk | 370/337 |
| 6,615,172 B1 | 9/2003 | Bennett et al. | 704/257 |
| 6,622,119 B1 | 9/2003 | Ramaswamy et al. | 704/9 |
| 6,629,066 B1 | 9/2003 | Jackson et al. | 704/9 |
| 6,631,346 B1 | 10/2003 | Karaorman et al. | 704/9 |
| 6,631,351 B1 | 10/2003 | Ramachandran et al. | 704/270 |
| 6,633,846 B1 | 10/2003 | Bennett et al. | 704/257 |
| 6,636,790 B1 | 10/2003 | Lightner et al. | 701/33 |
| 6,643,620 B1 | 11/2003 | Contolini et al. | 704/270 |
| 6,647,363 B2 | 11/2003 | Claassen | 704/1 |
| 6,650,747 B1 | 11/2003 | Bala et al. | 379/265.06 |
| 6,658,388 B1 * | 12/2003 | Kleindienst | G10L 13/00 |
| | | | 704/270 |
| 6,678,680 B1 | 1/2004 | Woo | 707/6 |
| 6,681,206 B1 | 1/2004 | Gorin et al. | 704/243 |
| 6,691,151 B1 | 2/2004 | Cheyer et al. | 709/202 |
| 6,701,294 B1 | 3/2004 | Ball et al. | 704/257 |
| 6,704,396 B2 | 3/2004 | Parolkar et al. | 379/88.17 |
| 6,704,576 B1 | 3/2004 | Brachman et al. | 455/503 |
| 6,704,708 B1 | 3/2004 | Pickering | 704/235 |
| 6,707,421 B1 | 3/2004 | Drury et al. | 342/357.1 |
| 6,708,150 B1 | 3/2004 | Hirayama et al. | 704/243 |
| 6,721,001 B1 | 4/2004 | Berstis | 348/231.3 |

US 10,297,249 B2

Page 4

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,721,633 | B2 | 4/2004 | Funk et al. | 701/1 |
| 6,721,706 | B1 * | 4/2004 | Strubbe | G10L 15/18 |
| | | | | 704/257 |
| 6,726,636 | B2 | 4/2004 | Der Ghazarian et al. | 600/532 |
| 6,732,088 | B1 * | 5/2004 | Glance | G06F 17/30864 |
| 6,735,592 | B1 | 5/2004 | Neumann et al. | 707/101 |
| 6,739,556 | B1 | 5/2004 | Langston | 244/189 |
| 6,741,931 | B1 | 5/2004 | Kohut et al. | 701/209 |
| 6,742,021 | B1 | 5/2004 | Halverson et al. | 709/218 |
| 6,745,161 | B1 | 6/2004 | Arnold et al. | 704/7 |
| 6,751,591 | B1 * | 6/2004 | Gorin | G10L 15/22 |
| | | | | 379/88.01 |
| 6,751,612 | B1 | 6/2004 | Schuetze et al. | 707/4 |
| 6,754,485 | B1 | 6/2004 | Obradovich et al. | 455/414.1 |
| 6,754,627 | B2 | 6/2004 | Woodward | 704/235 |
| 6,754,647 | B1 * | 6/2004 | Tackett | G06F 17/279 |
| | | | | 700/246 |
| 6,757,544 | B2 | 6/2004 | Rangarajan et al. | 455/456.1 |
| 6,757,718 | B1 | 6/2004 | Halverson et al. | 709/219 |
| 6,785,651 | B1 * | 8/2004 | Wang | G06F 9/4446 |
| | | | | 379/88.01 |
| 6,795,808 | B1 | 9/2004 | Strubbe et al. | 704/275 |
| 6,801,604 | B2 | 10/2004 | Maes et al. | 379/88.17 |
| 6,801,893 | B1 | 10/2004 | Backfried et al. | 704/257 |
| 6,804,330 | B1 * | 10/2004 | Jones | H04M 3/4938 |
| | | | | 379/88.01 |
| 6,810,375 | B1 | 10/2004 | Ejerhed | |
| 6,813,341 | B1 | 11/2004 | Mahoney | 379/88.01 |
| 6,816,830 | B1 | 11/2004 | Kempe | |
| 6,823,308 | B2 * | 11/2004 | Keiller | G10L 15/32 |
| | | | | 704/236 |
| 6,829,603 | B1 | 12/2004 | Chai et al. | 707/5 |
| 6,832,230 | B1 | 12/2004 | Zilliacus et al. | 707/203 |
| 6,833,848 | B1 | 12/2004 | Wolff et al. | 345/719 |
| 6,850,603 | B1 | 2/2005 | Eberle et al. | 379/88.16 |
| 6,856,990 | B2 | 2/2005 | Barile et al. | 707/10 |
| 6,865,481 | B2 | 3/2005 | Kawazoe et al. | 701/211 |
| 6,868,380 | B2 | 3/2005 | Kroeker | 704/240 |
| 6,868,385 | B1 | 3/2005 | Gerson | 704/275 |
| 6,871,179 | B1 | 3/2005 | Kist | |
| 6,873,837 | B1 | 3/2005 | Yoshioka et al. | 455/321 |
| 6,877,001 | B2 | 4/2005 | Wolf et al. | 707/3 |
| 6,877,134 | B1 | 4/2005 | Fuller et al. | 715/500.1 |
| 6,882,970 | B1 * | 4/2005 | Garner | G06F 17/30746 |
| | | | | 704/236 |
| 6,901,366 | B1 | 5/2005 | Kuhn et al. | 704/275 |
| 6,910,003 | B1 | 6/2005 | Arnold et al. | 704/4 |
| 6,912,498 | B2 | 6/2005 | Stevens et al. | 704/235 |
| 6,915,126 | B2 | 7/2005 | Mazzara, Jr. | 455/411 |
| 6,928,614 | B1 | 8/2005 | Everhart | 715/728 |
| 6,934,756 | B2 | 8/2005 | Maes | 709/227 |
| 6,937,977 | B2 | 8/2005 | Gerson | 704/201 |
| 6,937,982 | B2 | 8/2005 | Kitaoka et al. | 704/252 |
| 6,941,266 | B1 | 9/2005 | Gorin et al. | 704/257 |
| 6,944,594 | B2 | 9/2005 | Busayapongchai et al. | |
| | | | | 704/275 |
| 6,950,821 | B2 | 9/2005 | Faybishenko et al. | 707/10 |
| 6,954,755 | B2 | 10/2005 | Reisman | 707/10 |
| 6,959,276 | B2 | 10/2005 | Droppo et al. | 704/226 |
| 6,961,700 | B2 | 11/2005 | Mitchell et al. | 704/235 |
| 6,963,759 | B1 | 11/2005 | Gerson | 455/563 |
| 6,964,023 | B2 | 11/2005 | Maes et al. | 715/811 |
| 6,968,311 | B2 | 11/2005 | Knockeart et al. | 704/270 |
| 6,973,387 | B2 | 12/2005 | Masclet et al. | 701/211 |
| 6,975,983 | B1 * | 12/2005 | Fortescue | G06F 3/038 |
| | | | | 704/257 |
| 6,975,993 | B1 | 12/2005 | Keiller | 704/275 |
| 6,980,092 | B2 | 12/2005 | Turnbull et al. | 340/425.5 |
| 6,983,055 | B2 | 1/2006 | Luo | 381/313 |
| 6,990,513 | B2 | 1/2006 | Belfiore et al. | 709/203 |
| 6,996,531 | B2 | 2/2006 | Korall et al. | 704/270 |
| 7,003,463 | B1 | 2/2006 | Maes et al. | 704/270.1 |
| 7,016,849 | B2 | 3/2006 | Arnold et al. | 704/275 |
| 7,020,609 | B2 | 3/2006 | Thrift et al. | 704/270.1 |
| 7,024,364 | B2 | 4/2006 | Guerra et al. | 704/270 |
| 7,027,586 | B2 | 4/2006 | Bushey et al. | 379/265.09 |
| 7,027,974 | B1 | 4/2006 | Busch | |
| 7,027,975 | B1 | 4/2006 | Pazandak et al. | 704/9 |
| 7,031,908 | B1 | 4/2006 | Huang | |
| 7,035,415 | B2 | 4/2006 | Belt et al. | 381/92 |
| 7,036,128 | B1 | 4/2006 | Julia et al. | 719/317 |
| 7,043,425 | B2 | 5/2006 | Pao | 704/211 |
| 7,054,817 | B2 | 5/2006 | Shao | 704/270 |
| 7,058,890 | B2 | 6/2006 | George et al. | 715/728 |
| 7,062,488 | B1 | 6/2006 | Reisman | 707/8 |
| 7,069,220 | B2 | 6/2006 | Coffman et al. | 704/275 |
| 7,072,834 | B2 | 7/2006 | Zhou | 704/244 |
| 7,072,888 | B1 * | 7/2006 | Perkins | G06F 17/30867 |
| | | | | 707/733 |
| 7,076,362 | B2 | 7/2006 | Ohtsuji et al. | 701/211 |
| 7,082,469 | B2 | 7/2006 | Gold et al. | 709/231 |
| 7,085,708 | B2 | 8/2006 | Manson | 704/9 |
| 7,092,928 | B1 | 8/2006 | Elad et al. | 706/60 |
| 7,107,210 | B2 | 9/2006 | Deng et al. | 704/226 |
| 7,107,218 | B1 | 9/2006 | Preston | 704/270 |
| 7,110,951 | B1 | 9/2006 | Lemelson et al. | 704/270 |
| 7,127,395 | B1 | 10/2006 | Gorin et al. | 704/257 |
| 7,127,400 | B2 | 10/2006 | Koch | 704/270.1 |
| 7,130,390 | B2 | 10/2006 | Abburi | 379/88.17 |
| 7,136,875 | B2 | 11/2006 | Anderson et al. | 707/104.1 |
| 7,137,126 | B1 * | 11/2006 | Coffman | G06F 17/30899 |
| | | | | 704/200 |
| 7,143,037 | B1 | 11/2006 | Chestnut | 704/251 |
| 7,143,039 | B1 | 11/2006 | Stifelman et al. | 704/270 |
| 7,146,315 | B2 * | 12/2006 | Balan | G10L 25/78 |
| | | | | 704/233 |
| 7,146,319 | B2 | 12/2006 | Hunt | 704/254 |
| 7,149,696 | B2 | 12/2006 | Shimizu et al. | 705/1 |
| 7,165,028 | B2 | 1/2007 | Gong | 704/233 |
| 7,170,993 | B2 | 1/2007 | Anderson et al. | 379/265.09 |
| 7,171,291 | B2 | 1/2007 | Obradovich | 701/29 |
| 7,174,300 | B2 | 2/2007 | Bush | 704/275 |
| 7,177,798 | B2 | 2/2007 | Hsu et al. | 704/9 |
| 7,184,957 | B2 | 2/2007 | Brookes et al. | 704/246 |
| 7,190,770 | B2 | 3/2007 | Ando et al. | 379/88.01 |
| 7,197,069 | B2 | 3/2007 | Agazzi et al. | 375/233 |
| 7,197,460 | B1 | 3/2007 | Gupta et al. | 704/270.1 |
| 7,203,644 | B2 | 4/2007 | Anderson et al. | 704/246 |
| 7,206,418 | B2 | 4/2007 | Yang et al. | 381/92 |
| 7,207,011 | B2 | 4/2007 | Mulvey et al. | 715/812 |
| 7,215,941 | B2 | 5/2007 | Beckmann et al. | 455/404.1 |
| 7,228,276 | B2 | 6/2007 | Omote et al. | 704/243 |
| 7,231,343 | B1 | 6/2007 | Treadgold et al. | 704/9 |
| 7,236,923 | B1 | 6/2007 | Gupta | 704/9 |
| 7,254,482 | B2 | 8/2007 | Kawasaki et al. | 701/211 |
| 7,272,212 | B2 | 9/2007 | Eberle et al. | 379/88.17 |
| 7,277,854 | B2 | 10/2007 | Bennett et al. | 704/257 |
| 7,283,829 | B2 | 10/2007 | Christenson et al. | 455/461 |
| 7,283,951 | B2 | 10/2007 | Marchisio et al. | 704/9 |
| 7,289,606 | B2 | 10/2007 | Sibal et al. | 379/52 |
| 7,299,186 | B2 | 11/2007 | Kuzunuki et al. | 704/270.1 |
| 7,301,093 | B2 | 11/2007 | Sater et al. | 84/615 |
| 7,305,381 | B1 | 12/2007 | Poppink et al. | |
| 7,321,850 | B2 | 1/2008 | Wakita | 704/10 |
| 7,328,155 | B2 | 2/2008 | Endo et al. | 704/251 |
| 7,337,116 | B2 | 2/2008 | Charlesworth et al. | 704/254 |
| 7,340,040 | B1 | 3/2008 | Saylor et al. | 379/67.1 |
| 7,366,285 | B2 | 4/2008 | Parolkar et al. | 379/88.17 |
| 7,366,669 | B2 | 4/2008 | Nishitani et al. | 704/256 |
| 7,376,645 | B2 | 5/2008 | Bernard | 707/3 |
| 7,380,250 | B2 | 5/2008 | Schechter | |
| 7,386,443 | B1 | 6/2008 | Parthasarathy et al. | 704/201 |
| 7,398,209 | B2 | 7/2008 | Kennewick et al. | 704/255 |
| 7,406,421 | B2 | 7/2008 | Odinak et al. | 704/275 |
| 7,415,100 | B2 | 8/2008 | Cooper | |
| 7,415,414 | B2 | 8/2008 | Azara et al. | 704/270 |
| 7,421,393 | B1 | 9/2008 | Di Fabbrizio et al. | 704/275 |
| 7,424,431 | B2 | 9/2008 | Greene et al. | 704/270 |
| 7,447,635 | B1 | 11/2008 | Konopka et al. | 704/275 |
| 7,451,088 | B1 | 11/2008 | Ehlen et al. | 704/270.1 |
| 7,454,368 | B2 | 11/2008 | Stillman | |
| 7,454,608 | B2 | 11/2008 | Gopalakrishnan et al. | 713/100 |
| 7,461,059 | B2 | 12/2008 | Richardson et al. | 707/5 |

## US 10,297,249 B2

Page 5

**(56)**     **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,472,020 | B2 | 12/2008 | Brulle-Drews | 701/211 |
| 7,472,060 | B1 | 12/2008 | Gorin et al. | 704/240 |
| 7,472,075 | B2 | 12/2008 | Odinak et al. | 705/26 |
| 7,477,909 | B2 | 1/2009 | Roth | 455/466 |
| 7,478,036 | B2 | 1/2009 | Shen et al. | 704/9 |
| 7,487,088 | B1 | 2/2009 | Gorin et al. | 704/240 |
| 7,487,110 | B2 | 2/2009 | Bennett et al. | 705/26 |
| 7,493,259 | B2 | 2/2009 | Jones et al. | 704/257 |
| 7,493,559 | B1 | 2/2009 | Wolff et al. | 715/727 |
| 7,502,672 | B1 | 3/2009 | Kolls | 701/29 |
| 7,502,730 | B2 | 3/2009 | Wang | |
| 7,502,738 | B2 | 3/2009 | Kennewick et al. | 704/257 |
| 7,512,906 | B1 | 3/2009 | Baier | |
| 7,516,076 | B2 | 4/2009 | Walker et al. | 704/275 |
| 7,529,675 | B2 | 5/2009 | Maes | 704/270.1 |
| 7,536,297 | B2 | 5/2009 | Byrd et al. | 704/10 |
| 7,536,374 | B2 | 5/2009 | Au | 706/55 |
| 7,542,894 | B2 | 6/2009 | Murata | 704/9 |
| 7,546,382 | B2 | 6/2009 | Healey et al. | 709/246 |
| 7,548,491 | B2 | 6/2009 | Macfarlane | 367/198 |
| 7,552,054 | B1 | 6/2009 | Stifelman et al. | 704/270 |
| 7,558,730 | B2 | 7/2009 | Davis et al. | 704/235 |
| 7,574,362 | B2 | 8/2009 | Walker et al. | 704/275 |
| 7,577,244 | B2 | 8/2009 | Taschereau | 379/218.01 |
| 7,606,708 | B2 | 10/2009 | Hwang | 704/257 |
| 7,606,712 | B1 * | 10/2009 | Smith | G06F 3/167 |
| | | | | 704/270.1 |
| 7,620,549 | B2 | 11/2009 | Di Cristo et al. | 704/257 |
| 7,634,409 | B2 | 12/2009 | Kennewick et al. | 704/257 |
| 7,640,006 | B2 | 12/2009 | Portman et al. | 455/412.1 |
| 7,640,160 | B2 | 12/2009 | Di Cristo et al. | 704/257 |
| 7,640,272 | B2 | 12/2009 | Mahajan et al. | 707/104.1 |
| 7,672,931 | B2 | 3/2010 | Hurst-Hiller | |
| 7,676,365 | B2 | 3/2010 | Hwang et al. | 704/240 |
| 7,676,369 | B2 | 3/2010 | Fujimoto et al. | 704/270 |
| 7,684,977 | B2 | 3/2010 | Morikawa | 704/211 |
| 7,693,720 | B2 | 4/2010 | Kennewick et al. | 704/275 |
| 7,697,673 | B2 | 4/2010 | Chiu | |
| 7,706,616 | B2 | 4/2010 | Kristensson | |
| 7,729,913 | B1 * | 6/2010 | Lee | G06F 17/30654 |
| | | | | 704/251 |
| 7,729,916 | B2 | 6/2010 | Coffman et al. | 704/270 |
| 7,729,918 | B2 | 6/2010 | Walker et al. | 704/275 |
| 7,729,920 | B2 | 6/2010 | Cheer et al. | 704/275 |
| 7,734,287 | B2 | 6/2010 | Ying | 455/423 |
| 7,748,021 | B2 | 6/2010 | Obradovich | 725/105 |
| 7,788,084 | B2 | 8/2010 | Brun et al. | 704/7 |
| 7,792,257 | B1 | 9/2010 | Vanier | |
| 7,801,731 | B2 | 9/2010 | Odinak et al. | 704/275 |
| 7,809,570 | B2 | 10/2010 | Kennewick et al. | 704/257 |
| 7,818,176 | B2 | 10/2010 | Freeman et al. | 704/270 |
| 7,831,426 | B2 | 11/2010 | Bennett | 704/252 |
| 7,831,433 | B1 | 11/2010 | Belvin et al. | 704/275 |
| 7,856,358 | B2 | 12/2010 | Ho | 704/270 |
| 7,873,519 | B2 | 1/2011 | Bennett | 704/257 |
| 7,873,523 | B2 | 1/2011 | Potter et al. | 704/275 |
| 7,873,654 | B2 | 1/2011 | Bernard | 707/769 |
| 7,881,936 | B2 | 2/2011 | Longe et al. | 704/257 |
| 7,890,324 | B2 | 2/2011 | Bangalore et al. | 704/231 |
| 7,894,849 | B2 | 2/2011 | Kass et al. | 455/550.1 |
| 7,902,969 | B2 | 3/2011 | Obradovich | 340/439 |
| 7,917,367 | B2 | 3/2011 | Di Cristo et al. | 704/270.1 |
| 7,920,682 | B2 | 4/2011 | Byrne et al. | 379/88.18 |
| 7,949,529 | B2 | 5/2011 | Weider et al. | 704/270 |
| 7,949,537 | B2 | 5/2011 | Walker et al. | 704/275 |
| 7,953,732 | B2 | 5/2011 | Frank et al. | 707/724 |
| 7,974,875 | B1 | 7/2011 | Quilici et al. | 705/14.4 |
| 7,983,917 | B2 | 7/2011 | Kennewick et al. | 704/257 |
| 7,984,287 | B2 | 7/2011 | Gopalakrishnan et al. | 713/100 |
| 8,005,683 | B2 | 8/2011 | Tessel et al. | 704/275 |
| 8,015,006 | B2 | 9/2011 | Kennewick et al. | 704/236 |
| 8,024,186 | B1 | 9/2011 | De Bonet | |
| 8,027,965 | B2 | 9/2011 | Takehara | |
| 8,032,383 | B1 | 10/2011 | Bhardwaj | |
| 8,060,367 | B2 | 11/2011 | Keaveney | 704/247 |
| 8,069,046 | B2 | 11/2011 | Kennewick et al. | 704/257 |
| 8,073,681 | B2 | 12/2011 | Baldwin et al. | 704/9 |
| 8,077,975 | B2 | 12/2011 | Ma et al. | 382/187 |
| 8,082,153 | B2 | 12/2011 | Coffman et al. | 704/270 |
| 8,086,463 | B2 | 12/2011 | Ativanichayaphong et al. | |
| | | | | 704/275 |
| 8,103,510 | B2 | 1/2012 | Sato | |
| 8,112,275 | B2 | 2/2012 | Kennewick et al. | 704/240 |
| 8,140,327 | B2 | 3/2012 | Kennewick et al. | 704/226 |
| 8,140,335 | B2 | 3/2012 | Kennewick et al. | 704/257 |
| 8,145,489 | B2 | 3/2012 | Freeman et al. | 704/257 |
| 8,150,694 | B2 | 4/2012 | Kennewick et al. | 704/257 |
| 8,155,962 | B2 | 4/2012 | Kennewick et al. | 704/257 |
| 8,170,867 | B2 | 5/2012 | Germain | 704/9 |
| 8,180,037 | B1 | 5/2012 | Delker | |
| 8,195,468 | B2 | 6/2012 | Weider et al. | 704/275 |
| 8,200,485 | B1 | 6/2012 | Lee et al. | 704/231 |
| 8,204,751 | B1 * | 6/2012 | Di Fabbrizio | G06F 17/271 |
| | | | | 704/256 |
| 8,219,399 | B2 | 7/2012 | Lutz et al. | 704/270 |
| 8,219,599 | B2 | 7/2012 | Tunstall-Pedoe | 707/955 |
| 8,224,652 | B2 | 7/2012 | Wang et al. | 704/275 |
| 8,255,224 | B2 | 8/2012 | Singleton et al. | 704/275 |
| 8,326,599 | B2 | 12/2012 | Tomeh | |
| 8,326,627 | B2 | 12/2012 | Kennewick et al. | 704/257 |
| 8,326,634 | B2 | 12/2012 | Di Cristo et al. | 704/270.1 |
| 8,326,637 | B2 | 12/2012 | Baldwin et al. | 704/257 |
| 8,332,224 | B2 | 12/2012 | Di Cristo et al. | 704/257 |
| 8,340,975 | B1 | 12/2012 | Rosenberger | |
| 8,346,563 | B1 | 1/2013 | Hjelm | |
| 8,370,147 | B2 | 2/2013 | Kennewick et al. | 704/257 |
| 8,447,607 | B2 | 5/2013 | Weider et al. | 704/250 |
| 8,447,651 | B1 | 5/2013 | Scholl | |
| 8,452,598 | B2 | 5/2013 | Kennewick et al. | 704/257 |
| 8,503,995 | B2 | 8/2013 | Ramer | |
| 8,509,403 | B2 | 8/2013 | Chiu et al. | 379/114.13 |
| 8,515,765 | B2 | 8/2013 | Baldwin et al. | 704/275 |
| 8,527,274 | B2 | 9/2013 | Freeman et al. | 704/257 |
| 8,577,671 | B1 | 11/2013 | Barve | |
| 8,589,161 | B2 | 11/2013 | Kennewick et al. | 704/252 |
| 8,612,205 | B2 | 12/2013 | Hanneman | |
| 8,612,206 | B2 | 12/2013 | Chalabi | |
| 8,620,659 | B2 | 12/2013 | Di Cristo et al. | 704/257 |
| 8,719,005 | B1 | 5/2014 | Lee | |
| 8,719,009 | B2 | 5/2014 | Baldwin et al. | 704/9 |
| 8,719,026 | B2 | 5/2014 | Kennewick et al. | 704/257 |
| 8,731,929 | B2 | 5/2014 | Kennewick et al. | 704/257 |
| 8,738,380 | B2 | 5/2014 | Baldwin et al. | 704/257 |
| 8,849,652 | B2 | 9/2014 | Weider et al. | 704/9 |
| 8,849,670 | B2 | 9/2014 | Di Cristo et al. | 704/270.1 |
| 8,849,696 | B2 | 9/2014 | Pansari | |
| 8,849,791 | B1 | 9/2014 | Hertschuh | |
| 8,886,536 | B2 | 11/2014 | Freeman et al. | 704/257 |
| 8,972,243 | B1 | 3/2015 | Strom | |
| 8,983,839 | B2 | 3/2015 | Kennewick et al. | 704/254 |
| 9,009,046 | B1 | 4/2015 | Stewart | |
| 9,015,049 | B2 | 4/2015 | Baldwin | |
| 9,037,455 | B1 | 5/2015 | Faaborg | |
| 9,070,366 | B1 | 6/2015 | Mathias | |
| 9,070,367 | B1 * | 6/2015 | Hoffmeister | G10L 15/187 |
| 9,105,266 | B2 | 8/2015 | Baldwin | |
| 9,171,541 | B2 | 10/2015 | Kennewick | |
| 9,269,097 | B2 | 2/2016 | Freeman | |
| 9,305,548 | B2 | 4/2016 | Kennewick | |
| 9,308,445 | B1 | 4/2016 | Merzenich | |
| 9,318,108 | B2 | 4/2016 | Gruber | |
| 9,406,078 | B2 | 8/2016 | Freeman | |
| 9,443,514 | B1 * | 9/2016 | Taubman | G10L 15/22 |
| 9,502,025 | B2 | 11/2016 | Kennewick | |
| 2001/0021905 | A1 * | 9/2001 | Burnett | A61B 5/0507 |
| | | | | 704/233 |
| 2001/0039492 | A1 | 11/2001 | Nemoto | 704/231 |
| 2001/0041980 | A1 | 11/2001 | Howard et al. | 704/270 |
| 2001/0047261 | A1 * | 11/2001 | Kassan | G10L 15/30 |
| | | | | 704/270 |
| 2001/0049601 | A1 | 12/2001 | Kroeker et al. | 704/254 |
| 2001/0054087 | A1 | 12/2001 | Flom et al. | 709/218 |
| 2002/0002548 | A1 * | 1/2002 | Roundtree | G06F 17/30014 |

## US 10,297,249 B2

Page 6

**(56)** **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0007267 A1* | 1/2002 | Batchilo | G06F 17/30663 704/9 |
| 2002/0010584 A1 | 1/2002 | Schultz | |
| 2002/0015500 A1 | 2/2002 | Belt et al. | 381/66 |
| 2002/0022927 A1 | 2/2002 | Lemelson et al. | 701/301 |
| 2002/0022956 A1 | 2/2002 | Ukrainczyk | |
| 2002/0029186 A1 | 3/2002 | Roth | |
| 2002/0029261 A1 | 3/2002 | Shibata | 709/219 |
| 2002/0032752 A1 | 3/2002 | Gold et al. | 709/218 |
| 2002/0035501 A1 | 3/2002 | Handel et al. | 705/10 |
| 2002/0040297 A1 | 4/2002 | Tsiao et al. | 704/257 |
| 2002/0049535 A1 | 4/2002 | Rigo et al. | 701/211 |
| 2002/0049805 A1 | 4/2002 | Yamada et al. | 709/202 |
| 2002/0059068 A1 | 5/2002 | Rose et al. | 704/246 |
| 2002/0065568 A1 | 5/2002 | Silfvast et al. | 700/94 |
| 2002/0067839 A1 | 6/2002 | Heinrich | 381/110 |
| 2002/0069059 A1 | 6/2002 | Smith | 704/257 |
| 2002/0069071 A1 | 6/2002 | Knockeart et al. | 704/275 |
| 2002/0073176 A1 | 6/2002 | Ikeda | |
| 2002/0082911 A1 | 6/2002 | Dunn et al. | 705/14 |
| 2002/0087312 A1* | 7/2002 | Lee | G06Q 30/06 704/251 |
| 2002/0087326 A1 | 7/2002 | Lee et al. | 704/270.1 |
| 2002/0087525 A1 | 7/2002 | Abbott et al. | 707/3 |
| 2002/0107694 A1 | 8/2002 | Lerg | 704/273 |
| 2002/0120609 A1 | 8/2002 | Lang et al. | 707/1 |
| 2002/0124050 A1 | 9/2002 | Middeljans | 709/203 |
| 2002/0133347 A1* | 9/2002 | Schoneburg | G06F 17/27 704/257 |
| 2002/0133354 A1* | 9/2002 | Ross | G10L 15/30 704/275 |
| 2002/0133402 A1 | 9/2002 | Faber et al. | 705/14 |
| 2002/0135618 A1* | 9/2002 | Maes | G06F 3/0481 715/767 |
| 2002/0138248 A1 | 9/2002 | Corston-Oliver et al. | 704/1 |
| 2002/0143532 A1 | 10/2002 | McLean et al. | 704/235 |
| 2002/0143535 A1 | 10/2002 | Kist et al. | 704/251 |
| 2002/0152260 A1 | 10/2002 | Chen | |
| 2002/0161646 A1 | 10/2002 | Gailey et al. | 705/14 |
| 2002/0161647 A1 | 10/2002 | Gailey | |
| 2002/0169597 A1* | 11/2002 | Fain | G10L 15/22 704/9 |
| 2002/0173333 A1 | 11/2002 | Buchholz et al. | 455/527 |
| 2002/0173961 A1 | 11/2002 | Guerra | 704/258 |
| 2002/0178003 A1* | 11/2002 | Gehrke | G10L 15/30 704/246 |
| 2002/0184373 A1 | 12/2002 | Maes | 709/228 |
| 2002/0188455 A1* | 12/2002 | Shioda | G10L 17/26 704/275 |
| 2002/0188602 A1 | 12/2002 | Stubler et al. | 707/3 |
| 2002/0198714 A1 | 12/2002 | Zhou | 704/252 |
| 2003/0005033 A1* | 1/2003 | Mohan | G06F 17/30899 709/202 |
| 2003/0014261 A1 | 1/2003 | Kageyama | 704/275 |
| 2003/0016835 A1 | 1/2003 | Elko et al. | 381/92 |
| 2003/0036903 A1* | 2/2003 | Konopka | G10L 15/065 704/249 |
| 2003/0046071 A1* | 3/2003 | Wyman | G10L 15/22 704/235 |
| 2003/0046281 A1* | 3/2003 | Son | G06F 17/30876 |
| 2003/0046346 A1 | 3/2003 | Mumick et al. | 709/205 |
| 2003/0064709 A1 | 4/2003 | Gailey et al. | 455/412 |
| 2003/0065427 A1 | 4/2003 | Funk et al. | 701/1 |
| 2003/0069734 A1 | 4/2003 | Everhart | 704/275 |
| 2003/0069880 A1 | 4/2003 | Harrison | |
| 2003/0088421 A1 | 5/2003 | Maes et al. | 704/270.1 |
| 2003/0093419 A1* | 5/2003 | Bangalore | G01C 21/3664 |
| 2003/0097249 A1 | 5/2003 | Walker et al. | 704/1 |
| 2003/0110037 A1 | 6/2003 | Walker et al. | 704/257 |
| 2003/0112267 A1 | 6/2003 | Belrose | 345/728 |
| 2003/0115062 A1 | 6/2003 | Walker et al. | 704/258 |
| 2003/0120493 A1 | 6/2003 | Gupta | 704/270.1 |
| 2003/0135488 A1 | 7/2003 | Amir et al. | 707/3 |
| 2003/0144846 A1 | 7/2003 | Denenberg et al. | 704/277 |
| 2003/0158731 A1 | 8/2003 | Falcon et al. | 704/231 |
| 2003/0161448 A1 | 8/2003 | Parolkar et al. | 379/88.17 |
| 2003/0167167 A1* | 9/2003 | Gong | G10L 15/22 704/250 |
| 2003/0174155 A1 | 9/2003 | Weng | |
| 2003/0182132 A1 | 9/2003 | Niemoeller | 704/275 |
| 2003/0187643 A1 | 10/2003 | VanThong | |
| 2003/0204492 A1 | 10/2003 | Wolf et al. | 707/3 |
| 2003/0206640 A1 | 11/2003 | Malvar et al. | 381/93 |
| 2003/0212550 A1 | 11/2003 | Ubale | 704/215 |
| 2003/0212558 A1 | 11/2003 | Matula | 704/260 |
| 2003/0212562 A1 | 11/2003 | Patel et al. | 704/275 |
| 2003/0225825 A1 | 12/2003 | Healey et al. | 709/203 |
| 2003/0233230 A1* | 12/2003 | Ammicht | G10L 15/183 704/235 |
| 2003/0236664 A1 | 12/2003 | Sharma | 704/251 |
| 2004/0006475 A1* | 1/2004 | Ehlen | G10L 15/22 704/270.1 |
| 2004/0010358 A1 | 1/2004 | Oesterling et al. | 701/49 |
| 2004/0025115 A1 | 2/2004 | Sienel et al. | 715/513 |
| 2004/0030741 A1 | 2/2004 | Wolton | |
| 2004/0036601 A1 | 2/2004 | Obradovich | |
| 2004/0044516 A1* | 3/2004 | Kennewick | G10L 15/22 704/5 |
| 2004/0093567 A1 | 5/2004 | Schabes | |
| 2004/0098245 A1 | 5/2004 | Walker et al. | 704/1 |
| 2004/0102977 A1 | 5/2004 | Metzler | |
| 2004/0117179 A1 | 6/2004 | Balasuriya | 704/231 |
| 2004/0117804 A1 | 6/2004 | Scahill et al. | 719/320 |
| 2004/0122673 A1* | 6/2004 | Park | G10L 15/24 704/270 |
| 2004/0122674 A1 | 6/2004 | Bangalore et al. | 704/276 |
| 2004/0133793 A1 | 7/2004 | Ginter | |
| 2004/0140989 A1 | 7/2004 | Papageorge | 345/700 |
| 2004/0143440 A1 | 7/2004 | Prasad | |
| 2004/0148154 A1 | 7/2004 | Acero | |
| 2004/0148170 A1 | 7/2004 | Acero | |
| 2004/0158555 A1 | 8/2004 | Seedman et al. | 707/3 |
| 2004/0166832 A1 | 8/2004 | Portman et al. | 455/412.1 |
| 2004/0167771 A1 | 8/2004 | Duan et al. | 704/10 |
| 2004/0172247 A1 | 9/2004 | Yoon | |
| 2004/0172258 A1 | 9/2004 | Dominach et al. | 704/277 |
| 2004/0189697 A1 | 9/2004 | Fukuoka | |
| 2004/0193408 A1 | 9/2004 | Hunt | 704/209 |
| 2004/0193420 A1* | 9/2004 | Kennewick | G06F 17/30654 704/257 |
| 2004/0199375 A1 | 10/2004 | Ehsani et al. | 704/4 |
| 2004/0199389 A1* | 10/2004 | Geiger | G10L 15/16 704/254 |
| 2004/0201607 A1* | 10/2004 | Mulvey | G06F 3/0237 715/708 |
| 2004/0204939 A1* | 10/2004 | Liu | G10L 15/28 704/239 |
| 2004/0205671 A1 | 10/2004 | Sukehiro et al. | 715/532 |
| 2004/0220800 A1* | 11/2004 | Kong | G10L 21/0208 704/205 |
| 2004/0243393 A1* | 12/2004 | Wang | G10L 15/22 704/9 |
| 2004/0243417 A9 | 12/2004 | Pitts, III et al. | 704/276 |
| 2004/0247092 A1 | 12/2004 | Timmins | |
| 2004/0249636 A1* | 12/2004 | Applebaum | G10L 15/1822 704/231 |
| 2005/0015256 A1 | 1/2005 | Kargman | 704/272 |
| 2005/0021331 A1 | 1/2005 | Huang et al. | 704/231 |
| 2005/0021334 A1 | 1/2005 | Iwahashi | 704/240 |
| 2005/0021470 A1 | 1/2005 | Martin et al. | 705/51 |
| 2005/0021826 A1 | 1/2005 | Kumar | 709/232 |
| 2005/0033574 A1 | 2/2005 | Kim et al. | 704/251 |
| 2005/0033582 A1 | 2/2005 | Gadd et al. | 704/277 |
| 2005/0043940 A1 | 2/2005 | Elder | 704/9 |
| 2005/0060142 A1* | 3/2005 | Visser | G10L 21/0208 704/201 |
| 2005/0080632 A1 | 4/2005 | Endo et al. | 704/277 |
| 2005/0102282 A1* | 5/2005 | Linden | G06F 17/3053 |
| 2005/0114116 A1 | 5/2005 | Fiedler | 704/201 |
| 2005/0125232 A1 | 6/2005 | Gadd | 704/270.1 |
| 2005/0131673 A1 | 6/2005 | Koizumi et al. | 704/2 |
| 2005/0137850 A1 | 6/2005 | Odell | 704/4 |

## US 10,297,249 B2

Page 7

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2005/0137877 A1 | 6/2005 | Oesterling et al. ........... 704/275 |
| 2005/0143994 A1 | 6/2005 | Mori et al. .................... 704/235 |
| 2005/0144013 A1* | 6/2005 | Fujimoto ............... G10L 15/22 |
| | | 704/277 |
| 2005/0144187 A1 | 6/2005 | Che |
| 2005/0149319 A1 | 7/2005 | Honda |
| 2005/0169441 A1* | 8/2005 | Yacoub ............... H04M 3/4936 |
| | | 379/88.16 |
| 2005/0216254 A1 | 9/2005 | Gupta et al. ...................... 704/9 |
| 2005/0222763 A1 | 10/2005 | Uyeki |
| 2005/0234637 A1 | 10/2005 | Obradovich |
| 2005/0234727 A1 | 10/2005 | Chiu .......................... 704/270.1 |
| 2005/0246174 A1 | 11/2005 | DeGolia ...................... 704/270 |
| 2005/0283364 A1* | 12/2005 | Longe ............... G06K 9/00422 |
| | | 704/257 |
| 2005/0283532 A1* | 12/2005 | Kim .................... H04L 12/2803 |
| | | 709/225 |
| 2005/0283752 A1 | 12/2005 | Fruchter et al. .............. 717/100 |
| 2006/0041431 A1 | 2/2006 | Maes .......................... 704/270.1 |
| 2006/0046740 A1 | 3/2006 | Johnson |
| 2006/0047509 A1 | 3/2006 | Ding et al. .................... 704/231 |
| 2006/0072738 A1 | 4/2006 | Louis et al. ............. 379/265.02 |
| 2006/0074670 A1* | 4/2006 | Weng ...................... G10L 15/22 |
| | | 704/257 |
| 2006/0074671 A1* | 4/2006 | Farmaner ............. G10L 15/193 |
| | | 704/257 |
| 2006/0080098 A1* | 4/2006 | Campbell ............ G10L 13/027 |
| | | 704/243 |
| 2006/0100851 A1 | 5/2006 | Schonebeck |
| 2006/0106769 A1* | 5/2006 | Gibbs .................... G06F 17/276 |
| 2006/0129409 A1* | 6/2006 | Mizutani ............... G06F 17/289 |
| | | 704/275 |
| 2006/0130002 A1 | 6/2006 | Hirayama |
| 2006/0182085 A1 | 8/2006 | Sweeney |
| 2006/0206310 A1 | 9/2006 | Ravikumar et al. .............. 704/9 |
| 2006/0217133 A1 | 9/2006 | Christenson et al. ........ 455/461 |
| 2006/0236343 A1* | 10/2006 | Chang ............... H04N 5/44543 |
| | | 725/61 |
| 2006/0242017 A1 | 10/2006 | Libes |
| 2006/0253247 A1 | 11/2006 | de Silva |
| 2006/0253281 A1 | 11/2006 | Letzt |
| 2006/0285662 A1 | 12/2006 | Yin et al. .................... 379/88.16 |
| 2007/0011159 A1* | 1/2007 | Hillis ................ G06F 17/30353 |
| 2007/0033005 A1 | 2/2007 | Cristo et al. ........................ 704/9 |
| 2007/0033020 A1 | 2/2007 | (Kelleher) Francois et al. ........... |
| | | 704/226 |
| 2007/0033526 A1 | 2/2007 | Thompson |
| 2007/0038436 A1 | 2/2007 | Cristo et al. ...................... 704/9 |
| 2007/0038445 A1 | 2/2007 | Helbing et al. ............. 704/235 |
| 2007/0043569 A1 | 2/2007 | Potter, III et al. ........... 704/270 |
| 2007/0043574 A1 | 2/2007 | Coffman et al. .............. 704/275 |
| 2007/0043868 A1 | 2/2007 | Kumar et al. ................ 709/226 |
| 2007/0050191 A1 | 3/2007 | Weider et al. ................ 704/275 |
| 2007/0050279 A1 | 3/2007 | Huang |
| 2007/0055525 A1 | 3/2007 | Kennewick et al. ......... 704/257 |
| 2007/0060114 A1 | 3/2007 | Ramer |
| 2007/0061067 A1 | 3/2007 | Zeinstra et al. .............. 701/200 |
| 2007/0061735 A1 | 3/2007 | Hoffberg et al. ............. 715/744 |
| 2007/0067310 A1 | 3/2007 | Gupta |
| 2007/0073544 A1 | 3/2007 | Millett et al. ................ 704/277 |
| 2007/0078708 A1 | 4/2007 | Yu et al. .......................... 705/14 |
| 2007/0078709 A1 | 4/2007 | Rajaram ........................... 705/14 |
| 2007/0078814 A1 | 4/2007 | Flowers |
| 2007/0094003 A1 | 4/2007 | Huang et al. ...................... 704/3 |
| 2007/0100797 A1* | 5/2007 | Thun ................. G06F 17/30994 |
| 2007/0106499 A1 | 5/2007 | Dahlgren |
| 2007/0112555 A1 | 5/2007 | Lavi |
| 2007/0112630 A1 | 5/2007 | Lau |
| 2007/0118357 A1 | 5/2007 | Kasravi et al. ................ 704/10 |
| 2007/0124057 A1 | 5/2007 | Prieto |
| 2007/0135101 A1 | 6/2007 | Ramati et al. ............. 455/414.1 |
| 2007/0146833 A1 | 6/2007 | Satomi et al. ................ 358/537 |
| 2007/0162296 A1 | 7/2007 | Altberg et al. ................... 705/1 |
| 2007/0174258 A1 | 7/2007 | Jones |

| | | |
|---|---|---|
| 2007/0179778 A1 | 8/2007 | Gong et al. ........................ 704/9 |
| 2007/0185859 A1 | 8/2007 | Flowers |
| 2007/0186165 A1 | 8/2007 | Maislos et al. ............... 715/728 |
| 2007/0192309 A1 | 8/2007 | Fischer |
| 2007/0198267 A1 | 8/2007 | Jones et al. ................... 704/257 |
| 2007/0203699 A1 | 8/2007 | Nagashima |
| 2007/0203736 A1 | 8/2007 | Ashton ............................ 705/1 |
| 2007/0208732 A1 | 9/2007 | Flowers |
| 2007/0214182 A1 | 9/2007 | Rosenberg ................ 707/104.1 |
| 2007/0250901 A1 | 10/2007 | McIntire et al. .............. 725/146 |
| 2007/0265850 A1 | 11/2007 | Kennewick et al. ......... 704/257 |
| 2007/0266257 A1 | 11/2007 | Camaisa |
| 2007/0276651 A1 | 11/2007 | Bliss |
| 2007/0294615 A1* | 12/2007 | Sathe ............... G06F 17/30702 |
| | | 707/803 |
| 2007/0299824 A1 | 12/2007 | Pan et al. ......................... 707/3 |
| 2008/0014908 A1 | 1/2008 | Vasant |
| 2008/0034032 A1 | 2/2008 | Healey et al. ............... 709/203 |
| 2008/0046311 A1 | 2/2008 | Shahine |
| 2008/0059188 A1 | 3/2008 | Konopka |
| 2008/0065386 A1 | 3/2008 | Cross et al. .................. 704/270 |
| 2008/0065389 A1 | 3/2008 | Cross |
| 2008/0065390 A1* | 3/2008 | Ativanichayaphong ..................... |
| | | G06F 9/4446 |
| | | 704/270 |
| 2008/0086455 A1 | 4/2008 | Meisels |
| 2008/0091406 A1 | 4/2008 | Baldwin et al. .................. 704/4 |
| 2008/0103761 A1 | 5/2008 | Printz et al. ...................... 704/9 |
| 2008/0103781 A1 | 5/2008 | Wasson |
| 2008/0104071 A1 | 5/2008 | Pragada |
| 2008/0109285 A1 | 5/2008 | Reuther et al. .................. 705/7 |
| 2008/0115163 A1 | 5/2008 | Gilboa et al. .................. 725/34 |
| 2008/0126091 A1 | 5/2008 | Clark |
| 2008/0126284 A1 | 5/2008 | Forbes |
| 2008/0133215 A1 | 6/2008 | Sarukkai ........................... 704/2 |
| 2008/0140385 A1 | 6/2008 | Mahajan et al. .................. 704/9 |
| 2008/0147396 A1 | 6/2008 | Wang ............................ 704/246 |
| 2008/0147410 A1 | 6/2008 | Odinak ...................... 704/270.1 |
| 2008/0147637 A1 | 6/2008 | Li |
| 2008/0154604 A1 | 6/2008 | Sathish et al. ................ 704/257 |
| 2008/0162471 A1 | 7/2008 | Bernard ............................ 707/5 |
| 2008/0177530 A1 | 7/2008 | Cross et al. ...................... 704/4 |
| 2008/0184164 A1* | 7/2008 | Di Fabbrizio .......... G06F 3/167 |
| | | 715/809 |
| 2008/0189110 A1 | 8/2008 | Freeman et al. .............. 704/251 |
| 2008/0189187 A1 | 8/2008 | Hao |
| 2008/0228496 A1 | 9/2008 | Yu |
| 2008/0235023 A1 | 9/2008 | Kennewick et al. ......... 704/257 |
| 2008/0235027 A1 | 9/2008 | Cross ......................... 704/270.1 |
| 2008/0269958 A1 | 10/2008 | Filev |
| 2008/0270135 A1 | 10/2008 | Goel |
| 2008/0270224 A1 | 10/2008 | Portman |
| 2008/0294437 A1 | 11/2008 | Nakano |
| 2008/0294994 A1 | 11/2008 | Kruger |
| 2008/0306743 A1* | 12/2008 | Di Fabbrizio .......... G10L 15/22 |
| | | 704/275 |
| 2008/0319751 A1 | 12/2008 | Kennewick et al. ......... 704/257 |
| 2009/0006077 A1 | 1/2009 | Keaveney |
| 2009/0006194 A1 | 1/2009 | Prashantidharan |
| 2009/0018829 A1* | 1/2009 | Kuperstein ............. G10L 15/26 |
| | | 704/235 |
| 2009/0024476 A1 | 1/2009 | Baar |
| 2009/0030686 A1 | 1/2009 | Weng |
| 2009/0052635 A1 | 2/2009 | Jones et al. ................ 379/88.02 |
| 2009/0055176 A1 | 2/2009 | Hu |
| 2009/0067599 A1 | 3/2009 | Agarwal et al. ......... 379/114.21 |
| 2009/0076827 A1 | 3/2009 | Bulitta et al. ................ 704/275 |
| 2009/0106029 A1 | 4/2009 | DeLine et al. ................ 704/275 |
| 2009/0117885 A1 | 5/2009 | Roth .......................... 455/414.3 |
| 2009/0144131 A1 | 6/2009 | Chiu |
| 2009/0144271 A1 | 6/2009 | Richardson et al. ............. 707/5 |
| 2009/0150156 A1 | 6/2009 | Kennewick et al. ......... 704/257 |
| 2009/0157382 A1 | 6/2009 | Bar |
| 2009/0164216 A1 | 6/2009 | Chengalvarayan |
| 2009/0171664 A1 | 7/2009 | Kennewick et al. ......... 704/257 |
| 2009/0171912 A1 | 7/2009 | Nash |
| 2009/0197582 A1 | 8/2009 | Lewis |
| 2009/0216540 A1 | 8/2009 | Tessel et al. ................. 704/275 |
| 2009/0248565 A1 | 10/2009 | Chuang |

US 10,297,249 B2

Page 8

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| 2009/0248605 | A1 | 10/2009 | Mitchell | |
| 2009/0259561 | A1 | 10/2009 | Boys | |
| 2009/0259646 | A1 | 10/2009 | Fujita et al. | 707/5 |
| 2009/0265163 | A1 | 10/2009 | Li | |
| 2009/0271194 | A1 | 10/2009 | Davis et al. | 704/235 |
| 2009/0273563 | A1 | 11/2009 | Pryor | 345/157 |
| 2009/0276700 | A1 | 11/2009 | Anderson et al. | 715/700 |
| 2009/0287680 | A1 | 11/2009 | Paek | |
| 2009/0299745 | A1 | 12/2009 | Kennewick et al. | 704/257 |
| 2009/0299857 | A1 | 12/2009 | Brubaker | |
| 2009/0304161 | A1 | 12/2009 | Pettyjohn | |
| 2009/0307031 | A1 | 12/2009 | Winkler et al. | 705/7 |
| 2009/0313026 | A1 | 12/2009 | Coffman et al. | 704/275 |
| 2009/0319517 | A1 | 12/2009 | Guha | |
| 2010/0023320 | A1 | 1/2010 | Di Cristo et al. | 704/9 |
| 2010/0023331 | A1 | 1/2010 | Duta | |
| 2010/0029261 | A1 | 2/2010 | Mikkelsen et al. | 455/419 |
| 2010/0036967 | A1 | 2/2010 | Caine et al. | 709/236 |
| 2010/0049501 | A1 | 2/2010 | Kennewick et al. | 704/9 |
| 2010/0049514 | A1 | 2/2010 | Kennewick et al. | 704/233 |
| 2010/0057443 | A1 | 3/2010 | Di Cristo et al. | 704/9 |
| 2010/0063880 | A1 | 3/2010 | Atsmon et al. | 705/14.53 |
| 2010/0064025 | A1 | 3/2010 | Nelimarkka | |
| 2010/0094707 | A1 | 4/2010 | Freer | 705/14.54 |
| 2010/0138300 | A1 | 6/2010 | Wallis | |
| 2010/0145700 | A1 | 6/2010 | Kennewick et al. | 704/257 |
| 2010/0185512 | A1 | 7/2010 | Borger et al. | 705/14.49 |
| 2010/0191856 | A1 | 7/2010 | Gupta | |
| 2010/0204986 | A1 | 8/2010 | Kennewick et al. | 704/226 |
| 2010/0204994 | A1 | 8/2010 | Kennewick et al. | 704/257 |
| 2010/0217604 | A1 | 8/2010 | Baldwin et al. | 704/275 |
| 2010/0268536 | A1 | 10/2010 | Suendermann | |
| 2010/0286985 | A1 | 11/2010 | Kennewick et al. | 704/257 |
| 2010/0299142 | A1 | 11/2010 | Freeman et al. | 704/9 |
| 2010/0312547 | A1 | 12/2010 | Van Os | |
| 2010/0312566 | A1 | 12/2010 | Odinak et al. | 704/275 |
| 2010/0318357 | A1 | 12/2010 | Istvan | |
| 2010/0331064 | A1 | 12/2010 | Michelstein | |
| 2011/0022393 | A1 | 1/2011 | Waller et al. | 704/270 |
| 2011/0106527 | A1 | 5/2011 | Chiu | |
| 2011/0112827 | A1 | 5/2011 | Kennewick et al. | 704/9 |
| 2011/0112921 | A1 | 5/2011 | Kennewick et al. | 705/26.1 |
| 2011/0119049 | A1 | 5/2011 | Ylonen | |
| 2011/0131036 | A1 | 6/2011 | Di Cristo et al. | 704/9 |
| 2011/0131045 | A1 | 6/2011 | Cristo et al. | 704/249 |
| 2011/0231182 | A1 | 9/2011 | Weider et al. | 704/9 |
| 2011/0231188 | A1 | 9/2011 | Kennewick et al. | 704/236 |
| 2011/0238409 | A1* | 9/2011 | Larcheveque | G06F 17/2785 |
| | | | | 704/9 |
| 2011/0307167 | A1 | 12/2011 | Taschereau | |
| 2012/0022857 | A1 | 1/2012 | Baldwin et al. | 704/9 |
| 2012/0041753 | A1 | 2/2012 | Dymetman | |
| 2012/0046935 | A1 | 2/2012 | Nagao | |
| 2012/0101809 | A1 | 4/2012 | Kennewick et al. | 704/9 |
| 2012/0101810 | A1 | 4/2012 | Kennewick et al. | 704/9 |
| 2012/0109753 | A1 | 5/2012 | Kennewick et al. | 705/14.58 |
| 2012/0150620 | A1 | 6/2012 | Mandyam | |
| 2012/0150636 | A1 | 6/2012 | Freeman et al. | 705/14.49 |
| 2012/0239498 | A1 | 9/2012 | Ramer | |
| 2012/0240060 | A1 | 9/2012 | Pennington | |
| 2012/0265528 | A1 | 10/2012 | Gruber | |
| 2012/0278073 | A1 | 11/2012 | Weider et al. | 704/235 |
| 2013/0006734 | A1 | 1/2013 | Ocko | |
| 2013/0054228 | A1 | 2/2013 | Baldwin et al. | 704/9 |
| 2013/0060625 | A1 | 3/2013 | Davis | |
| 2013/0080177 | A1 | 3/2013 | Chen | 704/275 |
| 2013/0211710 | A1 | 8/2013 | Kennewick et al. | 701/419 |
| 2013/0253929 | A1 | 9/2013 | Weider et al. | 704/235 |
| 2013/0254314 | A1 | 9/2013 | Chow | |
| 2013/0297293 | A1 | 11/2013 | Di Cristo et al. | 704/9 |
| 2013/0304473 | A1 | 11/2013 | Baldwin et al. | 704/257 |
| 2013/0311324 | A1 | 11/2013 | Stoll | |
| 2013/0332454 | A1 | 12/2013 | Stuhec | |
| 2013/0339022 | A1 | 12/2013 | Baldwin et al. | 704/257 |
| 2014/0006951 | A1 | 1/2014 | Hunter | |
| 2014/0012577 | A1 | 1/2014 | Freeman et al. | 704/249 |
| 2014/0025371 | A1 | 1/2014 | Min | |
| 2014/0108013 | A1 | 4/2014 | Di Cristo et al. | 704/254 |
| 2014/0136187 | A1 | 5/2014 | Wolverton | |
| 2014/0156278 | A1 | 6/2014 | Kennewick et al. | 704/254 |
| 2014/0195238 | A1 | 7/2014 | Terao | |
| 2014/0236575 | A1 | 8/2014 | Tur | |
| 2014/0249821 | A1 | 9/2014 | Kennewick et al. | 704/257 |
| 2014/0249822 | A1 | 9/2014 | Baldwin et al. | 704/257 |
| 2014/0278413 | A1 | 9/2014 | Pitschel | |
| 2014/0278416 | A1 | 9/2014 | Schuster | |
| 2014/0288934 | A1 | 9/2014 | Kennewick et al. | 704/254 |
| 2014/0330552 | A1 | 11/2014 | Bangalore | |
| 2014/0337007 | A1 | 11/2014 | Waibel | |
| 2014/0365222 | A1 | 12/2014 | Weider et al. | 704/257 |
| 2015/0019211 | A1 | 1/2015 | Simard | |
| 2015/0019217 | A1 | 1/2015 | Di Cristo et al. | 704/235 |
| 2015/0019227 | A1 | 1/2015 | Anandarajah | |
| 2015/0066479 | A1 | 3/2015 | Pasupalak | |
| 2015/0066627 | A1 | 3/2015 | Freeman et al. | 705/14.41 |
| 2015/0073910 | A1 | 3/2015 | Kennewick et al. | 705/14.58 |
| 2015/0095159 | A1 | 4/2015 | Kennewick et al. | 705/14.58 |
| 2015/0142447 | A1 | 5/2015 | Kennewick | |
| 2015/0170641 | A1 | 6/2015 | Kennewick | |
| 2015/0193379 | A1 | 7/2015 | Mehta | |
| 2015/0199339 | A1 | 7/2015 | Mirkin | |
| 2015/0293917 | A1 | 10/2015 | Bufe | |
| 2015/0348544 | A1 | 12/2015 | Baldwin | |
| 2015/0348551 | A1 | 12/2015 | Gruber | |
| 2015/0364133 | A1 | 12/2015 | Freeman | |
| 2016/0049152 | A1 | 2/2016 | Kennewick | |
| 2016/0078482 | A1 | 3/2016 | Kennewick | |
| 2016/0078491 | A1 | 3/2016 | Kennewick | |
| 2016/0078504 | A1 | 3/2016 | Kennewick | |
| 2016/0078773 | A1 | 3/2016 | Carter | |
| 2016/0110347 | A1 | 4/2016 | Kennewick | |
| 2016/0148610 | A1 | 5/2016 | Kennewick | |
| 2016/0148612 | A1 | 5/2016 | Guo | |
| 2016/0188292 | A1 | 6/2016 | Carter | |
| 2016/0188573 | A1 | 6/2016 | Tang | |
| 2016/0217785 | A1 | 7/2016 | Kennewick | |
| 2016/0335676 | A1 | 11/2016 | Freeman | |

FOREIGN PATENT DOCUMENTS

| EP | 1 320 043 | A2 | 6/2003 |
| EP | 1 646 037 | | 4/2006 |
| JP | H08263258 | | 10/1996 |
| JP | H11249773 | | 9/1999 |
| JP | 2001071289 | | 3/2001 |
| JP | 2006-146881 | | 6/2006 |
| JP | 2008-027454 | | 2/2008 |
| JP | 2008058465 | | 3/2008 |
| JP | 2008-139928 | | 6/2008 |
| JP | 2011504304 | | 2/2011 |
| JP | 2012518847 | | 8/2012 |
| WO | WO 99/46763 | | 9/1999 |
| WO | WO 00/21232 | | 4/2000 |
| WO | WO 00/46792 | | 8/2000 |
| WO | 0129742 | | 4/2001 |
| WO | 0171609 | A2 | 9/2001 |
| WO | WO 01/78065 | | 10/2001 |
| WO | WO 2004/072954 | | 8/2004 |
| WO | 2005010702 | A2 | 2/2005 |
| WO | WO 2007/019318 | | 2/2007 |
| WO | WO 2007/021587 | | 2/2007 |
| WO | WO 2007/027546 | | 3/2007 |
| WO | WO 2007/027989 | | 3/2007 |
| WO | WO 2008/098039 | | 8/2008 |
| WO | WO 2008/118195 | | 10/2008 |
| WO | WO 2009/075912 | | 6/2009 |
| WO | 2009111721 | | 9/2009 |
| WO | WO 2009/145796 | | 12/2009 |
| WO | WO 2010/096752 | | 8/2010 |
| WO | 2016044290 | | 3/2016 |
| WO | 2016044316 | | 3/2016 |
| WO | 2016044319 | | 3/2016 |

**US 10,297,249 B2**

Page 9

(56)        **References Cited**

FOREIGN PATENT DOCUMENTS

| WO | 2016044321 | 3/2016 |
| WO | 2016061309 | 4/2016 |

OTHER PUBLICATIONS

Wu, Su-Lin, et al., "Incorporating Information from Syllable-Length Time Scales into Automatic Speech Recognition", Proceedings of the 1998 IEEE International Conference on Acoustics, Speech and Signal Processing, 1998, vol. 2, IEEE, 1998, 4 pages.

Wu, Su-Lin, et al., "Integrating Syllable Boundary Information into Speech Recognition", IEEE International Conference on Acoustics, Speech, and Signal Processing, ICASSP-97, 1997, vol. 2, IEEE, 1997, 4 pages.

Reuters, "IBM to Enable Honda Drivers to Talk to Cars", Charles Schwab & Co., Inc., Jul. 28, 2002, 1 page.

Lin, Bor-shen, et al., "A Distributed Architecture for Cooperative Spoken Dialogue Agents with Coherent Dialogue State and History", ASRU'99, 1999, 4 pages.

Kuhn, Thomas, et al., "Hybrid In-Car Speech Recognition for Mobile Multimedia Applications", Vehicular Technology Conference, IEEE, Jul. 1999, pp. 2009-2013.

Belvin, Robert, et al., "Development of the HRL Route Navigation Dialogue System", Proceedings of the First International Conference on Human Language Technology Research, San Diego, 2001, pp. 1-5.

Lind, R., et al., "The Network Vehicle—A Glimpse into the Future of Mobile Multi-Media" *IEEE Aerosp. Electron. Systems Magazine*, vol. 14, No. 9, Sep. 1999, pp. 27-32.

Zhao, Yilin, "Telematics: Safe and Fun Driving", *IEEE Intelligent Systems*, vol. 17, Issue 1, 2002, pp. 10-14.

Chai et al., "MIND: A Semantics-Based Multimodal Interpretation Framework for Conversational System", *Proceedings of the International CLASS Workshop on Natural, Intelligent and Effective Interaction in Multimodal Dialogue Systems*, Jun. 2002, pp. 37-46.

Cheyer et al., "Multimodal Maps: An Agent-Based Approach", *International Conference on Cooperative Multimodal Communication* (CMC/95), May 24-26, 1995, pp. 111-121.

Elio et al., "On Abstract Task Models and Conversation Policies" in Workshop on Specifying and Implementing Conversation Policies, *Autonomous Agents '99*, Seattle, 1999, 10 pages.

Turunen, "Adaptive Interaction Methods in Speech User Interfaces", Conference on Human Factors in Computing Systems, Seattle, Washington, 2001, pp. 91-92.

Mao, Mark Z., "Automatic Training Set Segmentation for Multi-Pass Speech Recognition", Department of Electrical Engineering, Stanford University, CA, copyright 2005, IEEE, pp. I-685 to I-688.

Vanhoucke, Vincent, "Confidence Scoring and Rejection Using Multi-Pass Speech Recognition", Nuance Communications, Menlo Park, CA, 2005, 4 pages.

Weng, Fuliang, et al., "Efficient Lattice Representation and Generation", Speech Technology and Research Laboratory, SRI International, Menlo Park, CA, 1998, 4 pages.

El Meliani et al., "A Syllabic-Filler-Based Continuous Speech Recognizer for Unlimited Vocabulary", Canadian Conference on Electrical and Computer Engineering, vol. 2, Sep. 5-8, 1995, pp. 1007-1010.

Arrington, Michael, "Google Redefines GPS Navigation Landscape: Google Maps Navigation for Android 2.0", TechCrunch, printed from the Internet <http://www.techcrunch.com/2009/10/28/google-redefines-car-gps-navigation-google-maps-navigation-android/>, Oct. 28, 2009, 4 pages.

Bazzi, Issam et al., "Heterogeneous Lexical Units for Automatic Speech Recognition: Preliminary Investigations", *Processing of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, vol. 3, Jun. 5-9, 2000, XP010507574, pp. 1257-1260.

O'Shaughnessy, Douglas, "Interacting with Computers by Voice: Automatic Speech Recognition and Synthesis", *Proceedings of the IEEE*, vol. 91, No. 9, Sep. 1, 2003, XP011100665, pp. 1272-1305.

Statement in Accordance with the Notice from the European Patent Office dated Oct. 1, 2007 Concerning Business Methods (OJ EPO Nov. 2007, 592-593), XP002456252.

Davis, Z., et al., A Personal Handheld Multi-Modal Shopping Assistant, IEEE, 2006, 9 pages.

\* cited by examiner

**U.S. Patent**   May 21, 2019   Sheet 1 of 3   US 10,297,249 B2



**Figure 1**



**Figure 2**

U.S. Patent     May 21, 2019     Sheet 3 of 3     US 10,297,249 B2



Figure 3

US 10,297,249 B2

**1**

# SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/987,645, entitled "System and Method for a Cooperative Conversational Voice User Interface," filed Aug. 19, 2013, which is a divisional of U.S. patent application Ser. No. 13/251,712, entitled "System and Method for a Cooperative Conversational Voice User Interface," filed Oct. 3, 2011 (which issued as U.S. Pat. No. 8,515,765 on Aug. 20, 2013), which is a continuation of U.S. patent application Ser. No. 11/580,926, entitled "System and Method for a Cooperative Conversational Voice User Interface," filed Oct. 16, 2006 (which issued as U.S. Pat. No. 8,073,681 on Dec. 6, 2011), each of which are hereby incorporated by reference in its entirety.

## FIELD OF THE INVENTION

The invention relates to a cooperative conversational model for a human to machine voice user interface.

## BACKGROUND OF THE INVENTION

Advances in technology, particularly within the convergence space, have resulted in an increase in demand for voice recognition software that can exploit technology in ways that are intuitive to humans. While communication between human beings is most often "cooperative," in that information and/or context is shared to advance mutual conversational goals, existing Human-to-Machine interfaces fail to provide the same level of intuitive interaction. For example, each human participant in a conversation can contribute to an exchange for the benefit of the exchange. This is done through shared assumptions and expectations regarding various aspects of the conversation, such as the topic, participant knowledge about the topic, expectations of the other participant's knowledge about the topic, appropriate word usage for the topic and/or participants, conversational development based on previous utterances, the participants' tone or inflection, the quality and quantity of contribution expected from each participant, and many other factors. Participating in conversations that continually build and draw upon shared information is a natural and intuitive way for humans to converse.

In contrast, complex Human-to-Machine interfaces do not allow users to exploit technology in an intuitive way, which inhibits mass-market adoption for various technologies. Incorporating a speech interface helps to alleviate this burden by making interaction easier and faster, but existing speech interfaces (when they actually work) still require significant learning on the part of the user. That is, existing speech interfaces are unable to bridge the gap between archaic Human-to-Machine interfaces and conversational speech that would make interaction with systems feel normal. Users should be able to directly request what they want from a system in a normal, conversational fashion, without having to memorize exact words or phrases. Alternatively, when users are uncertain of particular needs, they should be able to engage the system in a productive, cooperative dialogue to resolve their requests. Instead, existing speech interfaces force users to dumb down their requests to match simple sets of instructions in simple languages in order to

**2**

communicate requests in ways that systems can understand. Using existing speech interfaces, there is virtually no option for dialogue between the user and the system to satisfy mutual goals.

Therefore, existing systems lack a conversational speech model that can provide users with the ability to interact with systems in ways that are inherently intuitive to human beings. Existing systems suffer from these and other problems.

## SUMMARY OF THE INVENTION

According to various embodiments and aspects of the invention, a cooperative conversational voice user interface may understand free form human utterances, freeing users from being restricted to a fixed set of commands and/or requests. Rather, users can engage in cooperative conversations with a machine to complete a request or series of requests using a natural, intuitive, free form manner of expression.

According to an aspect of the invention, an exemplary system architecture for implementing a cooperative conversational voice user interface is provided. The system may receive an input, which may include a human utterance received by an input device, where the utterance may include one or more requests. As used herein, an "utterance" may be words, syllables, phonemes, or any other audible sound made by a human being. As used herein, a "request" may be a command, directive, or other instruction for a device, computer, or other machine to retrieve information, perform a task, or take some other action. In one implementation, the input may be a multi-modal input, where at least part of the multi-modal input is an utterance. The utterance component of the input may be processed by a speech recognition engine (which may alternatively be referred to as an Automatic Speech Recognizer or ASR) to generate one or more preliminary interpretations of the utterance. The one or more preliminary interpretations may then be provided to a conversational speech engine for further processing, where the conversational speech engine may communicate with one or more databases to generate an adaptive conversational response, which may be returned to the user as an output. In one implementation, the output may be a multi-modal output. For example, the utterance may include a request to perform an action, and the output may include a conversational response reporting success or failure, as well as an execution of the action.

According to another aspect of the invention, an exemplary conversational speech engine may generate an adaptive conversational response to a request or series of requests. The conversational speech engine may include a free form voice search module that may understand an utterance made using typical, day-to-day language (i.e., in free form), and may account for variations in how humans normally speak, the vocabulary they use, and the conditions in which they speak. To account for intangible variables of human speech, the free form search module may include models of casual human speech. For example, in one implementation, the free form search module may understand specialized jargon and/or slang, tolerate variations in word order, and tolerate verbalized pauses or stuttered speech. For example, formalized English requests, where a verb precedes a noun, may be treated in an equivalent manner to requests where the noun precedes the verb. In another implementation, compound requests and/or compound tasks with multiple variables may be identified in a single utterance. By identifying all relevant information for completing

US 10,297,249 B2

3

one or more tasks from a single utterance, advantages may be provided over existing voice user interfaces, such as Command and Control systems that use verbal menus to restrict information that a person can provide at a given point. In another implementation, inferring intended requests from incomplete or ambiguous requests may provide a conversational feel. By modeling what contextual signifiers, qualifiers, or other information may be required to perform a task in an identified context, an adaptive response may be generated, such as prompting a user for missing contextual signifiers, qualifiers, or other information. In one implementation, the response may ask for missing information in a way that most restricts possible interpretations, and the response may be framed to establish a domain for a subsequent user utterance. In another implementation, common alternatives for nouns and verbs may be recognized to reflect variations in usage patterns according to various criteria. Thus, variations in expression may be supported because word order is unimportant or unanticipated, and nouns and/or verbs may be represented in different ways to give simplistic, yet representative, examples. In another implementation, requests may be inferred from contradictory or otherwise inaccurate information, such as when an utterance includes starts and stops, restarts, stutters, run-on sentences, or other imperfect speech. For example, a user may sometimes change their mind, and thus alter the request in mid-utterance, and the imperfect speech feature may nonetheless be able to infer a request based on models of human speech. For example, various models may indicate that a last criterion is most likely to be correct, or intonation, emphasis, stress, use of the word "not," or other models may indicate which criterion is most likely to be correct.

According to another aspect of the invention, the conversational speech engine may include a noise tolerance module that may discard words or noise which has no meaning in a given context to reduce a likelihood of confusion. Moreover, the noise tolerance module may filter out environmental and non-human noise to further reduce a likelihood of confusion. In one implementation, the noise tolerance module may cooperate with other modules and features to filter out words that do not fit into an identified context. For example, the noise tolerance module may filter other human conversations and/or utterances within a range of one or more microphones. For example, a single device may include multiple microphones, or multiple devices may each include one or more microphones, and the noise tolerance module may collate inputs and cooperatively filter out sound by comparing a speech signal from the various microphones. The noise tolerance module may also filter out non-human environmental noise within range of the microphones, out-of-vocabulary words caused by speaker ambiguity or malapropisms, or other noise that may be unrelated to a target request. Performance benchmarks for the noise tolerance module may be defined by noise models based on human criteria. For example, if a driver of a car is 92% likely to be understood by a passenger when traveling at 65 miles-per-hour with windows cracked, then performance benchmarks for the noise tolerance module may have a similar performance under such conditions.

According to another aspect of the invention, the conversational speech engine may include a context determination process that determines one or more contexts for a request to establish meaning within a conversation. The one or more contexts may be determined by having one or more context domain agents compete to determine a most appropriate domain for a given utterance. Once a given domain agent "wins" the competition, the winning domain agent may be

4

responsible for establishing or inferring further contexts and updating short-term and long-term shared knowledge. If there is a deadlock between context domain agents, an adaptive conversational response may prompt the user to assist in disambiguating between the deadlocked agents. Moreover, the context determination process may infer intended operations and/or context based on previous utterances and/or requests, whereas existing systems consider each utterance independently, potentially making the same errors over and over again. For example, if a given interpretation turns out to be incorrect, the incorrect interpretation may be removed as a potential interpretation from one or more grammars associated with the speech recognition engine and/or from possible interpretations determined by the conversational speech engine, thereby assuring that a mistake will not be repeated for an identical utterance.

The context determination process may provide advantages over existing voice user interfaces by continually updating one or more models of an existing context and establishing context as a by-product of a conversation, which cannot be established a priori. Rather, the context determination process may track conversation topics and attempt to fit a current utterance into recent contexts, including switching between contexts as tasks are completed, partially completed, requested, etc. The context determination process may identify one or more context domains for an utterance by defining a collection of related functions that may be useful for users in various context domains. Moreover, each context domain may have relevant vocabularies and thought collections to model word groupings, which when evaluated together, may disambiguate one context domain from another. Thus, eliminating out-of-context words and noise words when searching for relevant combinations may enhance accuracy of inferences. This provides advantages over existing systems that attempt to assign meaning to every component of an utterance (i.e., including out-of-context words and noise words), which results in nearly infinite possible combinations and greater likelihood of confusion. The context determination process may also be self-aware, assigning degrees of certainty to one or more generated hypotheses, where a hypothesis may be developed to account for variations in environmental conditions, speaker ambiguity, accents, or other factors. By identifying a context, capabilities within the context, vocabularies within the context, what tasks are done most often historically in the context, what task was just completed, etc., the context determination process may establish intent from rather meager phonetic clues. Moreover, just as in human-to-human conversation, users may switch contexts at any time without confusion, enabling various context domains to be rapidly selected, without menu-driven dead ends, when an utterance is unambiguous.

According to another aspect of the invention, an exemplary cooperative conversational model may build upon free form voice search, noise tolerance, and context determination to implement a conversational Human-to-Machine interface that reflects human interaction and normal conversational behavior. That is, the cooperative conversational model enables humans and machines to participant in a conversation with an accepted purpose or direction, with each participant contributing to the conversation for the benefit of the conversation. By taking advantage of human presumptions about utterances that humans rely upon, both as speakers and listeners, a Human-to-Machine interface may be analogous to everyday human-to-human conversation. In one implementation, the exemplary cooperative conversation model may take incoming data (shared knowl-

US 10,297,249 B2

edge) to inform a decision (intelligent hypothesis building), and then may refine the decision and generate a response (adaptive response building).

According to another aspect of the invention, shared knowledge may include both short-term and long-term knowledge. Short-term knowledge may accumulate during a single conversation, where input received during a single conversation may be retained. The shared knowledge may include cross-modality awareness, where in addition to accumulating input relating to user utterances, requests, locations, etc., the shared knowledge may accumulate a current user interface state relating to other modal inputs to further build shared knowledge models. The shared knowledge may be used to build one or more intelligent hypotheses using current and relevant information, build long-term shared knowledge by identifying information with long-term significance, and generate adaptive responses with relevant state and word usage information. Moreover, because cooperative conversations model human conversations, short-term session data may be expired after a psychologically appropriate amount of time, thereby humanizing system behavior, reducing a likelihood of contextual confusion based on stale data, while also adding relevant information from an expired session context to long-term knowledge models. Long-term shared knowledge may generally be user-centric, rather than session-based, where inputs may be accumulated over time to build user, environmental, cognitive, historical, or other long-term knowledge models. Long-term and short-term shared knowledge may be used simultaneously anytime a user engages in a cooperative conversation. Long-term shared knowledge may include explicit and/or implicit user preferences, a history of recent contexts, requests, tasks, etc., user-specific jargon related to vocabularies and/or capabilities of a context, most often used word choices, or other information. The long-term shared knowledge may be used to build one or more intelligent hypotheses using current and relevant information, generate adaptive responses with appropriate word choices when unavailable via short-term shared knowledge, refine long-term shared knowledge models, identify a frequency of specific tasks, identify tasks a user frequently has difficulty with, or provide other information and/or analysis to generate more accurate conversational responses. Shared knowledge may also be used to adapt a level of unprompted support (e.g., for novices versus experienced users, users who are frequently misrecognized, etc.) Thus, shared knowledge may enable a user and a voice user interface to share assumptions and expectations such as topic knowledge, conversation history, word usage, jargon, tone, or other assumptions and/or expectations that facilitate a cooperative conversation between human users and a system.

According to another aspect of the invention, a conversation type may be identified for any given utterance. Categorizing and developing conceptual models for various types of exchanges may consistently align user expectations and domain capabilities. One or more intelligent hypotheses may be generated as to a conversation type by considering conversational goals, participant roles, and/or an allocation of information among the participants. Based on the conversational goals, participant roles, and allocation of information, the intelligent hypotheses may consider various factors to classify a conversation (or utterance) into general types of conversations that can interact with one another to form many more variations and permutations of conversation types (e.g., a conversation type may change dynami-

cally as information is reallocated from one participant to another, or as conversational goals change based on the reallocation of information).

According to another aspect of the invention, the intelligent hypotheses may include one or more hypotheses of a user's intent in an utterance. In addition, the intelligent hypotheses may use short-term and/or long-term shared knowledge to proactively build and evaluate interaction with a user as a conversation progresses or over time. The hypotheses may model human-to-human interaction to include a varying degree of certainty for each hypothesis. That is, just as humans rely on knowledge shared by participants to examine how much and what kind of information was available, the intelligent hypotheses may leverage the identified conversation type and shared knowledge to generate a degree of certainty for each hypothesis.

According to another aspect of the invention, syntactically, grammatically, and contextually sensitive "intelligent responses" may be generated from the intelligent hypotheses that can be used to generate a conversational experience for a user, while also guiding the user to reply in a manner favorable for recognition. The intelligent responses may create a conversational feel by adapting to a user's manner of speaking, framing responses appropriately, and having natural variation and/or personality (e.g., by varying tone, pace, timing, inflection, word use, jargon, and other variables in a verbal or audible response).

According to another aspect of the invention, the intelligent responses may adapt to a user's manner of speaking by using contextual signifiers and grammatical rules to generate one or more sentences that may cooperate with the user. By taking advantage of shared knowledge about how a user utters a request, the responses may be modeled using similar techniques used to recognize requests. The intelligent responses may rate possible responses statistically and/or randomize responses, which creates an opportunity to build an exchange with natural variation and conversational feel. This provides advantages over existing voice user interfaces where input and output is incongruous, as the input is "conversational" and the output is "computerese."

According to another aspect of the invention, the intelligent responses may frame responses to influence a user reply utterance for easy recognition. For example, the responses may be modeled to illicit utterances from the user that may be more likely to result in a completed request. Thus, the responses may conform to a cooperative nature of human dialog and a natural human tendency to "parrot" what was just heard as part of a next utterance. Moreover, knowledge of current context may enhance responses to generate more meaningful conversational responses. Framing the responses may also deal with misrecognitions according to human models. For example, humans frequently remember a number of recent utterances, especially when one or more previous utterances were misrecognized or unrecognized. Another participant in the conversation may limit correction to a part of the utterance that was misrecognized or unrecognized, or over subsequent utterances and/or other interactions, clues may be provided to indicate the initial interpretation was incorrect. Thus, by storing and analyzing multiple utterances, utterances from earlier in a conversation may be corrected as the conversation progresses.

According to another aspect of the invention, the intelligent responses may include multi-modal, or cross-modal, responses to a user. In one implementation, responses may be aware of and control one or more devices and/or inter-

US 10,297,249 B2

7

faces, and users may respond by using whichever input method, or combination of input methods, is most convenient.

According to another aspect of the invention, the intelligent responses may correct a course of a conversation without interrupting conversational flow. That is, even though the intelligent responses may be reasonably "sure," the intelligent responses may nonetheless sometimes be incorrect. While existing voice user interfaces tend to fail on average conversational missteps, normal human interactions may expect missteps and deal with them appropriately. Thus, responses after misrecognitions may be modeled after clarifications, rather than errors, and words may chosen in subsequent responses to move conversation forward and establish an appropriate domain to be explored with the user.

Other objects and advantages of the invention will be apparent to those skilled in the art based on the following drawings and detailed description.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exemplary block diagram of a system architecture according to one aspect of the invention.

FIG. **2** is an exemplary block diagram of a conversational speech engine according to one aspect of the invention.

FIG. **3** is an exemplary block diagram of a cooperative conversational model according to one aspect of the invention.

### DETAILED DESCRIPTION

Referring to FIG. **1**, an exemplary system architecture for implementing a cooperative conversational voice user interface is illustrated according to one aspect of the invention. The system may receive an input **105** from a user, where in one implementation, input **105** may be an utterance received by an input device (e.g., a microphone), where the utterance may include one or more requests. Input **105** may also be a multi-modal input, where at least part of the multi-modal input is an utterance. For example, the input device may include a combination of a microphone and a touch-screen device, and input **105** may include an utterance that includes a request relating to a portion of a display on the touch-screen device that the user is touching. For instance, the touch-screen device may be a navigation device, and input **105** may include an utterance of "Give me directions to here," where the user may be requesting directions to a desired destination on the display of the navigation device.

The utterance component of input **105** may be processed by a speech recognition engine **110** (which may alternatively be referred to herein as Automatic Speech Recognizer **110**, or as shown in FIG. **1**, ASR **110**) to generate one or more preliminary interpretations of the utterance. The speech recognition engine **110** may process the utterance using any suitable technique known in the art. For example, in one implementation, the speech recognition engine **110** may interpret the utterance using techniques of phonetic dictation to recognize a phoneme stream, as described in U.S. patent application Ser. No. 11/513,269, entitled "Dynamic Speech Sharpening," filed Aug. 31, 2006, which issued as U.S. Pat. No. 7,634,409 on Dec. 15, 2009, and which is hereby incorporated by reference in its entirety. The one or more preliminary interpretations generated by the speech recognition engine **110** may then be provided to a conversational speech engine **115** for further processing. Conversational speech engine **115** may include a conversational language processor **120** and/or a voice search engine **125**, described in

8

greater detail in FIG. **2** below. Conversational speech engine **115** may communicate with one or more databases **130** to generate an adaptive conversational response, which may be returned to the user as an output **140**. In one implementation, output **140** may be a multi-modal output and/or an interaction with one or more applications **145** to complete the request. For example, output **140** may include a combination of an audible response and a display of a route on a navigation device. For example, the utterance may include a request to perform an action, and output **140** may include a conversational response reporting success or failure, as well as an execution of the action. In addition, in various implementations, the speech recognition engine **110**, conversational speech engine **115**, and/or databases **130** may reside locally (e.g., on a user device), remotely (e.g., on a server), or a hybrid model of local and remote processing may be used (e.g., lightweight applications may be processed locally while computationally intensive applications may be processed remotely).

Referring to FIG. **2**, an exemplary block diagram is provided illustrating a conversational speech engine **215** according to one aspect of the invention. Conversational speech engine **215** may include a conversational language processor **220** that generates an adaptive conversational response to a request or series of requests using a free form voice search module **245**, a noise tolerance module **250**, and/or a context determination process **255**. According to one aspect of the invention, modules **245-255** may communicate with a voice search engine **225** that includes one or more context domain agents **230** and/or one or more vocabularies **235** to aid in interpreting utterances and generating responses, as described in "Enhancing the VUE™ (Voice-User-Experience) Through Conversational Speech," by Tom Freeman and Larry Baldwin, which is herein incorporated by reference in its entirety. Conversational speech engine **215** may generate an adaptive conversational response to one or more requests, where the requests may depend on unspoken assumptions, incomplete information, context established by previous utterances, user profiles, historical profiles, environmental profiles, or other information. Moreover, conversational speech engine **215** may track which requests have been completed, which requests are being processed, and/or which requests cannot be processed due to incomplete or inaccurate information, and the response may be generated accordingly.

According to one aspect of the invention, free form voice search module **245** may understand an utterance made using typical, day-to-day language (i.e., in free form), and may account for variations in how humans normally speak, the vocabulary they use, and the conditions in which they speak. Because variables such as stress, distraction, and serendipity are always different and infinitely varied, free form search module **245** may be designed with a goal of understanding that no human will come to the same Human-to-Machine interface situation in the same way twice. Thus, free form search module **245** may implement one or more features that model casual human speech. In various implementations, free form search module **245** may include, among other things, a free form utterance feature, a one-step access feature, an inferencing intended operations feature, an alternative expression feature, and/or an imperfect speech feature.

The free form utterance feature may understand specialized jargon and/or slang, tolerate variations in word order (e.g., whether a subject of a request comes before or after a verb may be irrelevant), and tolerate verbalized pauses (e.g., "um," "ah," "eh," and other utterances without meaning).

US 10,297,249 B2

For example, the free form utterance feature may treat formalized English verb-before-noun requests in an equivalent manner to free form requests where a noun may precede a verb. For example, user utterances of "Change it to the Squizz" and "You know, um, that Squizz channel, ah, switch it there" may be treated equivalently (where Squizz is a channel on XM Satellite Radio). In either case, the free form utterance feature is able to identify "Squizz" as a subject of the utterance and "Change it" or "switch it" as a verb or request for the utterance (e.g., by cooperating with context determination process **255**, or other features, and identifying a relevant context domain agent **230** and/or vocabulary **235** to interpret the utterance).

The one-step access feature may understand utterances that include compound requests with multiple variables. For example, a user utterance may be "What is the forecast for Boston this weekend?" The one-step access feature may identify "weather" as a context (e.g., by cooperating with context determination process **255**, or other features, and identifying "forecast" as a synonym of "weather"), and search for a city equal to "Boston" and a time equal to "weekend." By identifying all relevant information for completing a task from a single utterance, the one-step access feature may overcome drawbacks of existing voice user interfaces, such as Command and Control systems that use verbal menus to restrict information that a person can provide at a given point (e.g., a Command and Control system for a phone directory service may say: "State please," . . . "City please," . . . "What listing," etc.). Moreover, some utterances may include compound requests, and the one-step access feature may decompose the compound requests into sub-tasks. For example, a user utterance of "I need to be at a meeting tomorrow in San Francisco at 8:00 am" may be decomposed into a set of sub-tasks such as (1) checking availability and reserving a flight on an evening before the meeting, (2) checking availability and reserving a hotel, (3) checking availability and reserving a car, etc., where users may further designate preferences for various tasks (e.g., first check availability on an airline for which the user is a frequent flyer). Depending on a level of shared knowledge about a user's preferences and/or historical patterns, the one-step access feature may infer additional tasks from a request. For example, in the above example, the one-step access feature may also check a weather forecast, and if the weather is "nice" (as defined by the user preferences and/or as inferred from historical patterns), the one-step access feature may schedule a tee-time at a preferred golf course in San Francisco.

The inferencing intended operations feature may identify an intended request from incomplete or ambiguous requests. For example, when a user utters "Route <indecipherable> Chicago <indecipherable> here," where the user intended to say "Route calculation to Chicago from here," the inferencing intended operations feature may model what is required to calculate a route (an origination point and a destination point). Because the utterance includes the origination point and the destination point, a request to calculate a route from the user's present location to Chicago may be inferred. Similarly, when the inferencing intended operations feature does not have sufficient information to infer a complete request, an adaptive conversational response may be generated to prompt the user for missing information. For example, when an utterance includes a request for a stock quote but not a company name (e.g., "Get me the stock price for <indecipherable>"), the response may be "What company's stock quote do you want?" The user may then provide an utterance including the company name, and the

request may be completed. In one implementation, the response may ask for missing information in a way that most restricts possible interpretations (e.g., in a request for a task that requires both a city and a state, the state may be asked for first because there are fewer states than cities). Moreover, the inferencing intended operations feature may model compound tasks and/or requests by maintaining context and identifying relevant and/or missing information at both a composite and sub-task level.

The alternative expression feature may recognize common alternatives for nouns and verbs to reflect variations in usage patterns according to various criteria. For example, users may vary expression based on age, socio-economics, ethnicity, user whims, or other factors. Thus, the alternative expression feature may support variations in expression where word order is unimportant or unanticipated. Alternatives in expression based on various criteria or demographics may be loaded into context domain agents **230** and/or vocabularies **235**, and the alternative expression feature may update context domain agents **230** and/or vocabularies **235** based on inferred or newly discovered variations. In one implementation, conversational speech engine **215** may include a subscription interface to update changes to context domain agents **230** and/or vocabularies **235** (e.g., a repository may aggregate various user utterances and deploy updates system wide). In operation, the alternative expression feature may allow nouns and/or verbs to be represented in different ways to give simplistic, yet representative, examples. For example, a user interested in a weather forecast for Washington, D.C. may provide any of the following utterances, each of which are interpreted equivalently: "What's the weather like in DC," "Is it raining inside the Beltway," Gimme the forecast for the capital," etc. Similarly, utterances of "Go to my home," "Go home," "Show route to home," and "I would like to know my way home" may all be interpreted equivalently, where a user profile may include the user's home address and a navigation route to the home address may be calculated.

The imperfect speech feature may be able to infer requests from contradictory or otherwise inaccurate information, such as when an utterance includes starts and stops, restarts, stutters, run-on sentences, or other imperfect speech. For example, a user may sometimes change their mind, and thus alter the request in mid-utterance, and the imperfect speech feature may nonetheless be able to infer a request based on models of human speech. For example, for an utterance of "Well, I wanna . . . Mexi . . . no, steak restaurant please, I'm hungry," existing voice user interfaces make no assumptions regarding models of human speech and would be unable to infer whether the user wanted a Mexican or steak restaurant. The imperfect speech feature overcomes these drawbacks by using various models of human understanding that may indicate that a last criterion is most likely to be correct, or intonation, emphasis, stress, use of the word "not," or other models may indicate which criterion is most likely to be correct. Thus, in the above example, the imperfect speech feature may infer that the user wants a steak restaurant.

According to one aspect of the invention, noise tolerance module **250** may be closely related to the imperfect speech feature, and may operate to discard words or noise that has no meaning in a given context so as not to create confusion. Moreover, noise tolerance module **250** may filter out environmental and non-human noise to further reduce a likelihood of confusion. In one implementation, noise tolerance module **250** may cooperate with other modules and features to filter out words that do not fit into a context. For example, one or more contexts may be identified, and words that have

US 10,297,249 B2

11 12

no meaning with respect to system capabilities, random human utterances without meaning and other noise may be filtered out. Thus, noise tolerance module **250** may model real-world conditions to identify meaningful requests. For example, noise tolerance module **250** may filter other human conversations and/or utterances within a range of one or more microphones, For example, a single device may include multiple microphones, or multiple devices may each include one or more microphones, and the noise tolerance module may collate inputs and cooperatively filter out sound by comparing a speech signal from the various microphones. Noise tolerance module **250** may also filter out non-human environmental noise within the range of the microphones, out-of-vocabulary words, which could be a result of speaker ambiguity or malapropisms, or other noise that may be unrelated to a target request. Noise models in noise tolerance module **250** may define performance benchmarks based on human criteria. For example, if a driver of a car, traveling at 65 miles-per-hour, with windows cracked is 92% likely to be understood by a passenger, then noise tolerance module **250** may have a similar performance under those conditions.

According to one aspect of the invention, conversational speech engine **215** may include a context determination process **255** that determines one or more contexts for a request to establish meaning within a conversation. The one or more contexts may be determined by having one or more context domain agents compete to determine a most appropriate domain for a given utterance, as described in U.S. patent application Ser. No. 11/197,504, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Aug. 5, 2005, which issued as U.S. Pat. No. 7,640,160 on Dec. 29, 2009 and U.S. patent application Ser. No. 11/212,693, entitled "Mobile Systems and Methods of Supporting Natural Language Human-Machine Interactions," filed Aug. 29, 2005, which issued as U.S. Pat. No. 7,949,529 on May 24, 2011, both of which are hereby incorporated by reference in their entirety. Once a given context domain agent "wins" the competition, the winning agent may be responsible for establishing or inferring further contexts and updating short-term and long-term shared knowledge. If there is a deadlock between context domain agents, an adaptive conversational response may prompt the user to assist in disambiguating between the deadlocked agents. For example, a user utterance of "What about traffic?" may have a distinct meaning in various contexts. That is, "traffic" may have a first meaning when the user is querying a system's media player (i.e., "traffic" would be a Rock and Roll band led by singer/songwriter Steve Winwood), a second meaning when the user is querying a search interface regarding Michael Douglas films (i.e., "traffic" would be a film directed by Steven Soderbergh), a third meaning when the user is querying a navigation device for directions to an airport (i.e., "traffic" would be related to conditions on roads along a route to the airport).

Moreover, context determination process **255** may infer intended operations and/or context based on previous utterances and/or requests, whereas existing systems consider each utterance independently, potentially making the same errors over and over again. For example, if a given interpretation turns out to be incorrect, the incorrect interpretation may be removed as a potential interpretation from one or more grammars associated with the speech recognition engine and/or from possible subsequent interpretations determined by context determination process **255**, thereby assuring that a mistake will not be repeated for an identical utterance.

Context determination process **255** may overcome drawbacks of existing systems by continually updating one or more models of an existing context, where establishing context may be a by-product of a conversation, which cannot be established a priori. Context determination process **255** may establish a first context domain, change to a second context domain, change back to the first context domain, and so on, as tasks are completed, partially completed, requested, etc, and a context stack may track conversation topics and attempt to fit a current utterance into a most-recent context, next-most-recent topic, etc., traversing the context stack until a most likely intent can be established. For example, a user may utter "What's the traffic report," and context determination process **255** may establish Traffic as a context, and return an output including a traffic report, which does not happen to mention traffic on Interstate-5. The user may then utter "What about I-5?" and context determination process **255** may know that the current context is Traffic, a traffic report including information about Interstate-5 may be searched for, and the traffic report indicating that Interstate-5 is crowded may be returned as an output. The user may then utter "Is there a faster way?" and context determination module **255** may know that the current context is still Traffic, and may search for routes to a specified destination with light traffic and avoiding Interstate-5. Moreover, context determination process **255** may build context based on user profiles, environmental profiles, historical profiles, or other information to further refine the context. For example, the profiles may indicate that Interstate-5 is a typical route taken Monday through Friday.

The profiles may be particularly meaningful when attempting to disambiguate between contexts where a word has different meanings in different contexts. For example, a user may utter "What's the weather in Seattle?" and context determination process **255** may establish Weather as a context, as well as establishing Seattle as an environmental context. The user may then utter "and Portland?" and context determination process **255** may return a weather report for Portland, Oreg. based on the Weather and an environmental proximity between Portland, Oreg. and Seattle, Wash. The user may then ask "What time does the game start?" and a search for sports events with teams from Seattle and/or Portland may occur, with results presented conversationally according to methods described in greater detail below in FIG. **3**. Correlatively, had user originally uttered "What's the weather in Portsmouth, N.H.," in the second utterance, context determination process **255** may instead retrieve a weather report for Portland, Me. based on an environmental proximity to New Hampshire. Moreover, when environmental profiles, contextual shared knowledge, and/or other short-term and/or long-term shared knowledge does not provide enough information to disambiguate between possibilities, responses may prompt the user with a request for further information (e.g., "Did you mean Portland, Me., or Portland, Oreg.?").

Context determination process **255** may cooperate with context domain agents **230**, where each context domain agent **230** may define a collection of related functions that may be useful for users. Moreover, each context domain agent **230** may include a relevant vocabulary **235** and thought collections that model word groupings, which when evaluated together, may disambiguate one context domain from another (e.g., a Music context domain agent **230** may include a vocabulary **235** for songs, artists, albums, etc., whereas a Stock context domain agent **230** may include a vocabulary **235** for company names, ticker symbols, financial metrics, etc.). Thus, accuracy in identifying meaning

US 10,297,249 B2

13

may be enhanced by eliminating out-of-context words and noise words when searching for relevant combinations. In contrast, existing systems attempt to assign meaning to every component of an utterance (e.g., including out-of-context words and noise words), which results in nearly infinite possible combinations and greater likelihood of confusion. Moreover, context domain agents **230** may include metadata for each criteria to further assist in interpreting utterances, inferring intent, completing incomplete requests, etc. (e.g., a Space Needle vocabulary word may include metadata for Seattle, landmark, tourism, Sky City restaurant, etc.). Given a disambiguated criterion, context determination process **255** may thus be able to automatically determine other information needed to complete a request, discard importance of word order, and perform other enhancements for conversational speech.

Context domain agents **230** may also be self-aware, assigning degrees of certainty to one or more generated hypotheses, where a hypothesis may be developed to account for variations in environmental conditions, speaker ambiguity, accents, or other factors. Conceptually, context domain agents **230** may be designed to model utterances as a hard-of-hearing person would at a noisy party. By identifying a context, capabilities within the context, vocabularies within the context, what tasks are done most often historically in the context, what task was just completed, etc., a context domain agent **230** may establish intent from rather meager phonetic clues. Moreover, the context stack may be one of a plurality of components for establishing context, and thus not a constraint upon the user. All context domains may be accessible, allowing the user to switch contexts at any time without confusion. Thus, just as in human-to-human conversation, context domains may be rapidly selected, without menu-driven dead ends, when an utterance is unambiguous. For example, a user may utter, "Please call Rich Kennewick on his cell phone," and a system response of "Do you wish me to call Rich Kennewick on his cell?" may be generated. The user may decide at that point to call Rich Kennewick later, and instead, listen to some music. Thus, the user may then utter, "No, play the Louis Armstrong version of Body and Soul from my iPod," and a system response of "Playing Body and Soul by Louis Armstrong" may be generated as Body and Soul is played through a media player. In this example, the later utterance has no contextual connection to the first utterance, yet because request criteria in the utterances are unambiguous, contexts can be switched easily without relying on the context stack.

Referring to FIG. **3**, an exemplary cooperative conversational model **300** is illustrated according to an aspect of the invention. Cooperative conversational model **300** may build upon free form voice search **245**, noise tolerance **250**, and context determination **255** to implement a conversational Human-to-Machine interface that reflects how humans interact with each other and their normal behavior in conversation. Simply put, cooperative conversational model **300** enables humans and machines to participate in a conversation with an accepted purpose or direction, with each participant contributing to the conversation for the benefit of the conversation. That is, cooperative conversational model **300** incorporates technology and process-flow that takes advantage of human presumptions about utterances that humans rely upon, both as speakers and listeners, thereby creating a Human-to-Machine interface that is analogous to everyday human-to-human conversation. In one implementation, a cooperative conversation may take incoming data (shared knowledge) **305** to inform a decision (intelligent hypothesis

14

building) **310**, and then may refine the decision and generate a response (adaptive response building) **315**.

According to one aspect of the invention, shared knowledge **305** includes both short-term and long-term knowledge about incoming data. Short-term knowledge may accumulate during a single conversation, while long-term knowledge may accumulate over time to build user profiles, environmental profiles, historical profiles, cognitive profiles, etc.

Input received during a single conversation may be retained in a Session Input Accumulator. The Session Input Accumulator may include cross-modality awareness, where in addition to accumulating input relating to user utterances, requests, locations, etc., the Session Input Accumulator may accumulate a current user interface state relating to other modal inputs to further build shared knowledge models and more accurate adaptive responses (e.g., when a user utters a request relating to a portion of a touch-screen device, as described above). For example, the Session Input Accumulator may accumulate inputs including recognition text for each utterance, a recorded speech file for each utterance, a list-item selection history, a graphical user interface manipulation history, or other input data. Thus, the Session Input Accumulator may populate Intelligent Hypothesis Builder **310** with current and relevant information, build long-term shared knowledge by identifying information with long-term significance, provide Adaptive Response Builder **315** with relevant state and word usage information, retain recent contexts for use with Intelligent Hypothesis Builder **310**, and/or retain utterances for reprocessing during multi-pass evaluations. Moreover, because cooperative conversations **300** model human conversations, short-term session data may be expired after a psychologically appropriate amount of time, thereby humanizing system behavior. For example, a human is unlikely to recall a context of a conversation from two years ago, but because the context would be identifiable by a machine, session context is expired after a predetermined amount of time to reduce a likelihood of contextual confusion based on stale data. However, relevant information from an expired session context may nonetheless be added to user, historical, environmental, cognitive, or other long-term knowledge models.

Long-term shared knowledge may generally be usercentric, rather than session-based. That is, inputs may be accumulated over time to build user, environmental, cognitive, historical, or other long-term knowledge models. Longterm and short-term shared knowledge (collectively, shared knowledge **305**) may be used simultaneously anytime a user engages in a cooperative conversation **300**. Long-term shared knowledge may include explicit and/or implicit user preferences, a history of most recently used agents, contexts, requests, tasks, etc., user-specific jargon related to vocabularies and/or capabilities of an agent and/or context, most often used word choices, or other information. The longterm shared knowledge may be used to populate Intelligent Hypothesis Builder **310** with current and relevant information, provide Adaptive Response Builder **315** with appropriate word choices when the appropriate word choices are unavailable via the Session Input Accumulator, refine longterm shared knowledge models, identify a frequency of specific tasks, identify tasks a user frequently has difficulty with, or provide other information and/or analysis to generate more accurate conversational responses.

As described above, shared knowledge **305** may be used to populate Intelligent Hypothesis Builder **310**, such that a user and a voice user interface may share assumptions and expectations such as topic knowledge, conversation history,

US 10,297,249 B2

15

word usage, jargon, tone (e.g., formal, humorous, terse, etc.), or other assumptions and/or expectations that facilitate interaction at a Human-to-Machine interface.

According to an aspect of the invention, one component of a successful cooperative conversation may be identifying a type of conversation from an utterance. By categorizing and developing conceptual models for various types of exchanges, user expectations and domain capabilities may be consistently aligned. Intelligent Hypothesis Builder 310 may generate a hypothesis as to a conversation type by considering conversational goals, participant roles, and/or an allocation of information among the participants. Conversational goals may broadly include: (1) getting a discrete piece of information or performing a discrete task, (2) gathering related pieces of information to make a decision, and/or (3) disseminating or gathering large amounts of information to build expertise. Participant roles may broadly include: (1) a leader that controls a conversation, (2) a supporter that follows the leader and provides input as requested, and/or (3) a consumer that uses information. Information may be held by one or more of the participants at the outset of a conversation, where a participant may hold most (or all) of the information, little (or none) of the information, or the information may be allocated roughly equally amongst the participants. Based on the conversational goals, participant roles, and allocation of information, Intelligent Hypothesis Builder 310 may consider various factors to classify a conversation (or utterance) into general types of conversations that can interact with one another to form many more variations and permutations of conversation types (e.g., a conversation type may change dynamically as information is reallocated from one participant to another, or as conversational goals change based on the reallocation of information).

For example, in one implementation, a query conversation may include a conversational goal of getting a discrete piece of information or performing a particular task, where a leader of the query conversation may have a specific goal in mind and may lead the conversation toward achieving the goal. The other participant may hold the information and may support the leader by providing the information. In a didactic conversation, a leader of the conversation may control information desired by a supporter of the conversation. The supporter's role may be limited to regulating an overall progression of the conversation and interjecting queries for clarification. In an exploratory conversation, both participants share leader and supporter roles, and the conversation may have no specific goal, or the goal may be improvised as the conversation progresses. Based on this model, Intelligent Hypothesis Builder 310 may broadly categorize a conversation (or utterance) according to the following diagram:

| | Participant A<br>User | Participant B<br>Voice User Interface |
|---|---|---|
| QUERY | | |
| GOAL | Get information/action | Provide information/action |
| ROLE | Leader/Consumer | Supporter/Dispenser |
| INFORMATION ALLOCATION | Less | More |
| DIDACTIC | | |
| GOAL | Get information | Provide information |
| ROLE | Follower/Consumer | Leader/Dispenser |
| INFORMATION ALLOCATION | Less | More |

16

-continued

| | Participant A<br>User | Participant B<br>Voice User Interface |
|---|---|---|
| EXPLORATORY | | |
| GOAL | Gather/share information | Gather/share information |
| ROLE | Follower/Consumer and Leader/Dispenser | Follower/Consumer and Leader/Dispenser |
| INFORMATION ALLOCATION | Equal or alternating | Equal or alternating |

Intelligent Hypothesis Builder 310 may use an identified conversation type to assist in generating a set of hypotheses as to a user's intent in an utterance. In addition, Intelligent Hypothesis Builder 310 may use short-term shared knowledge from the Session Input Accumulator to proactively build and evaluate interaction with a user as a conversation progresses, as well as long-term shared knowledge to proactively build and evaluate interaction with the user over time. Intelligent Hypothesis Builder 310 may thus adaptively arrive at a set of N-best hypotheses about user intent, and the N-best hypotheses may be provided to an Adaptive Response Builder 315. In addition, Intelligent Hypothesis Builder 310 may model human-to-human interaction by calculating a degree of certainty for each of the hypotheses. That is, just as humans rely on knowledge shared by participants to examine how much and what kind of information was available, Intelligent Hypothesis Builder 310 may leverage the identified conversation type and short-term and long-term shared knowledge to generate a degree of certainty for each hypothesis.

According to another aspect of the invention, Intelligent Hypothesis Builder 310 may generate one or more explicit hypotheses of a user's intent when an utterance contains all information (including qualifiers) needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty, which may be used to determine a level of unprompted support to provide in a response. For example, a response may include a confirmation to ensure the utterance was not misunderstood or the response may adaptively prompt a user to provide missing information.

According to another aspect of the invention, Intelligent Hypothesis Builder 310 may use short-term knowledge to generate one or more implicit hypotheses of a user's intent when an utterance may be missing required qualifiers or other information needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty. For instance, when a conversation begins, short-term knowledge stored in the Session Input Accumulator may be empty, and as the conversation progresses, the Session Input Accumulator may build a history of the conversation. Intelligent Hypothesis Builder 310 may use data in the Session Input Accumulator to supplement or infer additional information about a current utterance. For example, Intelligent Hypothesis Builder 310 may evaluate a degree of certainty based on a number of previous requests relevant to the current utterance. In another example, when the current utterance contains insufficient information to complete a request or task, data in the Session Input Accumulator may be used to infer missing information so that a hypothesis can be generated. In still another example, Intelligent Hypothesis Builder 310 may identify syntax and/or grammar to be used by Adaptive Response Builder 315 to formulate personalized and conversational response. In yet another example, when the current utterance contains a threshold amount of information

US 10,297,249 B2

17

needed to complete a request or task, data in the Session Input Accumulator may be relied upon to tune a degree of certainty.

According to another aspect of the invention, Intelligent Hypothesis Builder **310** may use long-term shared knowledge to generate one or more implicit hypotheses of a user's intent when an utterance is missing qualifiers or other information needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty. Using long-term knowledge may be substantially similar to using short-term shared knowledge, except that information may be unconstrained by a current session, and an input mechanism may include information from additional sources other than conversational sessions. For example, Intelligent Hypothesis Builder **310** may use information from long-term shared knowledge at any time, even when a new conversation is initiated, whereas short-term shared knowledge may be limited to an existing conversation (where no short-term shared knowledge would be available when a new conversation is initiated). Long-term shared knowledge may come from several sources, including user preferences or a plug-in data source (e.g., a subscription interface to a remote database), expertise of a user (e.g., based on a frequency of errors, types of tasks requested, etc., the user may be identified as a novice, intermediate, experienced, or other type of user), agent-specific information and/or language that may also apply to other agents (e.g., by decoupling information from an agent to incorporate the information into other agents), frequently used topics passed in from the Session Input Accumulator, frequently used verbs, nouns, or other parts of speech, and/or other syntax information passed in from the Session Input Accumulator, or other sources of long-term shared knowledge may be used.

According to another aspect of the invention, knowledge-enabled utterances, as generated by Intelligent Hypothesis Builder **310**, may include one or more explicit (supplied by a user), and one or more implicit (supplied by Intelligent Hypothesis Builder **310**) contextual signifiers, qualifiers, criteria, and other information that can be used to identify and evaluate relevant tasks. At that point, Intelligent Hypothesis Builder **310** may provide an input to Adaptive Response Builder **315**. The input received by Adaptive Response Builder **315** may include at least a ranked list of hypotheses, including explicit and/or implicit hypotheses, each of which may have a corresponding degree of certainty. A hypothesis may be assigned one of four degrees of certainty: (1) "sure," where contextual signifiers and qualifiers relate to one task, context and qualifiers relate to one task, and a confidence level associated with a preliminary interpretation generated at the speech recognition engine exceeds a predetermined threshold; (2) "pretty sure," where contextual signifiers and qualifiers relate to more than one task (select top-ranked task) and criteria relates to one request, and/or the confidence level associated with the preliminary interpretation generated at the speech recognition engine is below the predetermined threshold; (3) "not sure," where additional contextual signifiers or qualifiers are needed to indicate or rank a task; and (4) "no hypothesis," where little or no information can be deciphered. Each degree of certainty may further be classified as explicit or implicit, which may be used to adjust a response. The input received by Adaptive Response Builder **310** may also include a context, user syntax and/or grammar, context domain agent specific information and/or preferences (e.g., a travel context domain agent may know a user frequently requests information about France, which may be shared

18

with a movie context domain agent so that responses may occasionally include French movies).

According to another aspect of the invention, Adaptive Response Builder **315** may build syntactically, grammatically, and contextually sensitive "intelligent responses" that can be used with one or more agents to generate a conversational experience for a user, while also guiding the user to reply in a manner favorable for recognition. In one implementation, the intelligent responses may include a verbal or audible reply played through an output device (e.g., a speaker), and/or an action performed by a device, computer, or machine (e.g., downloading a web page, showing a list, executing an application, etc.). In one implementation, an appropriate response may not require conversational adaptation, and default replies and/or randomly selected response sets for a given task may be used.

According to another aspect of the invention, Adaptive Response Builder **310** may draw on information maintained by Intelligence Hypothesis Builder **310** to generate responses that may be sensitive to context, task recognition of a current utterance, what a user already knows about a topic, what an application already knows about the topic, shared knowledge regarding user preferences and/or related topics, appropriate contextual word usage (e.g., jargon), words uttered by the user in recent utterances, conversational development and/or course correction, conversational tone, type of conversation, natural variation in wording of responses, or other information. As a result, Adaptive Response Builder **315** may generate intelligent responses that create conversational feel, adapt to information that accumulates over a duration of a conversation, maintain cross-modal awareness, and keep the conversation on course.

According to another aspect of the invention, Adaptive Response Builder **315** may create a conversational feel by adapting to a user's manner of speaking, framing responses appropriately, and having natural variation and/or personality (e.g., by varying tone, pace, timing, inflection, word use, jargon, and other variables in a verbal or audible response). Adapting to a user's manner of speaking may include using contextual signifiers and grammatical rules to generate one or more sentences for use as response sets that may cooperate with the user. By taking advantage of short-term (from the Session Input Accumulator) and long-term (from one or more profiles) shared knowledge about how a user utters a request, the responses may be modeled using techniques used to recognize requests. Adaptive Response Builder **315** may rate possible responses statistically and/or randomize responses, which creates an opportunity to build an exchange with natural variation and conversational feel. This may be a significant advantage over existing voice user interfaces with incongruous input and output, where the input is "conversational" and the output is "computerese." The following examples may demonstrate how a response may adapt to a user's input word choices and manner of speaking:

| User | Do you know [mumbled words] Seattle [more mumbled words]? |
|---|---|
| Voice User Interface | Did you want Seattle sports scores, weather, traffic, or news? |
| User | Find me [mumbled words] Seatle [more mumbled words]? |
| Voice User Interface | I found Seattle, did you want sports scores, weather, traffic, or news? |

US 10,297,249 B2

19

-continued

| User | Get me [mumbled words] Seattle [more mumbled words]? |
| Voice | I've got Seattle, did you want me to get sports scores, |
| User | weather, traffic, or news? |
| Interface | |

According to another aspect of the invention, Adaptive Response Builder **315** may frame responses to influence a user to reply with an utterance that may be easily recognized. For example, a user may utter, "Get me the news" and a voice user interface response may be "Which of these categories? Top news stories, international news, political news, or sports news?" The response may be likely to illicit utterances from the user, such as "Top news stories" or "International news," which are more likely to result in a completed request. Thus, the responses may conform to a cooperative nature of human dialog, and a natural human tendency to "parrot" what was just heard as part of a next utterance. Moreover, knowledge of current context may enhance responses to generate more meaningful conversational responses, such as in the following exchange:

| User | What's the weather like in Dallas? |
| Voice | In Dallas, it's sunny and 90 degrees. |
| User | |
| Interface | |
| User | What theaters are showing the movie "The Fantastic Four" there? |
| Voice | 10 theaters in Dallas are showing "The Fantastic Four." Do |
| User | you want show times for a particular theater? |
| Interface | |

Framing the responses may also deal with misrecognitions according to human models. For example, humans frequently remember a number of recent utterances, especially when one or more previous utterances were misrecognized or unrecognized. Another participant in the conversation may limit correction to a part of the utterance that was misrecognized or unrecognized, or over subsequent utterances and/or other interactions, clues may be provided to indicate the initial interpretation was incorrect. Thus, by storing and analyzing multiple utterances, utterances from earlier in a conversation may be corrected as the conversation progresses.

According to another aspect of the invention, Adaptive Response Builder **315** may generate multi-modal, or cross-modal, responses to a user. In one implementation, responses may be aware of and control one or more devices and/or interfaces, and users may respond by using whichever input method, or combination of input methods, is most convenient. For example, a response asking the user to direct an utterance with a "Yes" or "No" in a multi-modal environment may also display alternatives visually.

According to another aspect of the invention, Adaptive Response Builder **315** may correct a course of a conversation without interrupting conversational flow. Adaptive Response Builder **315** may generate intelligent responses based on the ranked list of hypotheses and corresponding degrees of certainty, which may be used to correct a course of a conversation without interrupting conversational flow. That is, even though the intelligent responses may be reasonably "sure," the intelligent responses may nonetheless sometimes be incorrect. While existing voice user interfaces tend to fail on average conversational missteps, normal human interactions may expect missteps and deal with them appropriately. Thus, responses after a misrecognition may be

20

modeled after clarifications, rather than errors, and words may chosen in subsequent responses that move conversation forward and establish an appropriate domain to be explored with the user. For example, course correction may result in the following exchange:

| User | Can you get [mumbled words here] Mariners [more mumbled words]? |
| Voice | I've got the score for the Mariners game? 4-2 Mariners. |
| User | |
| Interface | |
| User | No, the start time for tomorrow's game. |
| Voice | Oh, 7:05. |
| User | |
| Interface | |

The above disclosure has been described in terms of specific exemplary aspects, implementations, and embodiments of the invention. However, those skilled in the art will recognize various changes and modifications that may be made without departing from the scope and spirit of the invention. Therefore, the specification and drawings are to be regarded as exemplary only, and the scope of the invention is to be determined solely by the appended claims.

What is claimed is:

1. A computer-implemented method of facilitating natural language system responses using short-term knowledge generated based on one or more prior multi-modal device interactions, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:

receiving, by the computer system during a first conversation, a first voice input via a first input device, the first voice input comprising a first natural language utterance;

receiving, by the computer system, a second voice input comprising the first natural language utterance via a second input device;

comparing, by the computer system, the first voice input with the second voice input;

filtering, by the computer system, sound from the first voice input and the second voice input based on the comparison;

obtaining, by the computer system during the first conversation, a user interface state related to one or more non-voice inputs associated with the first voice input, the one or more non-voice inputs comprising at least a first non-voice input;

generating, by the computer system, the short-term knowledge based on at least the first voice input and the first non-voice input;

determining, by the computer system, based on the short-term knowledge, a first context for the first natural language utterance;

determining, by the computer system, based on the first context, an interpretation of the first natural language utterance; and

generating, by the computer system, based on the interpretation of the first natural language utterance, a first response to the first natural language utterance.

2. The method of claim **1**, the method further comprising:

receiving, at the computer system, a second natural language utterance via the first input device;

US 10,297,249 B2

21

determining, by the computer system, based on the short-term knowledge, whether the second natural language utterance corresponds to the first context;

determining, by the computer system, responsive to the second natural language utterance not corresponding to the first context, a second context for the second natural language utterance based on the short-term knowledge;

determining, by the computer system, based on the second context, an interpretation of the second natural language utterance; and

generating, by the computer system, based on the interpretation of the second natural language utterance, a response to the second natural language utterance.

3. The method of claim 1, the method further comprising:

tracking, by the computer system, contexts identified for multiple consecutive natural language user utterances to generate a context stack, the context stack including the contexts identified for the multiple consecutive natural language user utterances;

receiving, at the computer system, a second natural language utterance via the first input device; and

determining, by the computer system, based on the short-term knowledge, whether the second natural language utterance corresponds to one or more individual ones of the contexts included in the context stack.

4. The method of claim 3, wherein determining whether the second natural language utterance corresponds to one or more individual ones of the contexts included in the context stack includes:

determining whether the second natural language utterance corresponds to a most recent context included in the context stack; and

responsive to the second natural language utterance not corresponding to the most recent context, determining whether the second natural language utterance corresponds to a second most recent context included in the context stack.

5. The method of claim 3, further comprising:

determining, by the computer system, responsive to the second natural language utterance not corresponding to one or more individual ones of the contexts included in the context stack, a second context for the second natural language utterance based on the short-term knowledge; and

determining, by the computer system, based on the second context, an interpretation of the second natural language utterance.

6. The method of claim 1, wherein determining the interpretation of the first natural language utterance comprises determining, based on the first context, an interpretation of one or more recognized words of the first natural language utterance.

7. The method of claim 1, the method further comprising:

expiring, by the computer system, one or more items of short-term knowledge that are based on one or more natural language utterances received during conversations occurring prior to the first conversation.

8. The method of claim 7, further comprising:

accumulating, by the computer system, long-term knowledge based on the one or more items of short-term knowledge that are expired.

9. The method of claim 1, the method further comprising:

accumulating, by the computer system, long-term knowledge, wherein the long-term knowledge is accumulated based on one or more natural language utterances received during conversations occurring prior to the

22

first conversation, wherein the first context is determined based on the short-term knowledge and the long-term knowledge.

10. The method of claim 1, further comprising:

determining, by the computer system, based on the short-term knowledge, a manner in which the first natural language utterance is spoken, wherein the first response is generated based on the determined manner and the interpretation of the first natural language utterance.

11. The method of claim 10, wherein the manner in which the first natural language utterance is spoken includes at least one of a tone, a pace, an inflection, or a timing.

12. The method of claim 1, wherein the second input device is included with the first input device in a single device.

13. The method of claim 1, wherein generating the first response comprises generating, by the computer system, a non-voice response in a graphical user interface and/or a voice response via a speaker.

14. The method of claim 1, wherein the first natural language utterance relates to a request and the first response is intended to be responsive to the request, the method further comprising:

receiving, by the computer system, a second natural language utterance in response to the first response, wherein the second natural language utterance comprises a clarification related to the interpretation of the first natural language utterance; and

responsive to receipt of the second natural language utterance, generating, by the computer system, a response to the second natural language utterance based on the interpretation of the first natural language utterance and the clarification related to the interpretation of the first natural language utterance.

15. The method of claim 1, wherein the first non-voice input is received via a non-voice input device comprising a touch screen device, the method further comprising:

receiving, by the computer system, information indicating a location on the touch screen device that received the first non-voice input.

16. A system for facilitating natural language system responses via short-term knowledge generated based on one or more prior multi-modal device interactions, the system comprising:

one or more physical processors programmed with one or more computer program instructions which, when executed, cause the one or more physical processors to:

receive, during a first conversation, a first voice input via a first input device, the first voice input comprising a first natural language utterance;

receive a second voice input comprising the first natural language utterance via a second input device;

compare the first voice input with the second voice input;

filter sound from the first voice input and the second voice input based on the comparison;

obtain, during the first conversation, a user interface state related to one or more non-voice inputs associated with the first voice input, the one or more non-voice inputs comprising at least a first non-voice input;

generate the short-term knowledge based on at least the first voice input and the first non-voice input;

determine, based on the short-term knowledge, a first context for the first natural language utterance;

determine, based on the first context, an interpretation of the first natural language utterance; and generate,

US 10,297,249 B2

**23**

based on the interpretation of the first natural language utterance, a first response to the first natural language utterance.

17. The system of claim **16**, wherein the one or more physical processors are further caused to:

receive a second natural language utterance via the first input device;

determine, based on the short-term knowledge, whether the second natural language utterance corresponds to the first context;

determine, responsive to the second natural language utterance not corresponding to the first context, a second context for the second natural language utterance based on the short-term knowledge;

determine, based on the second context, an interpretation of the second natural language utterance; and

generate, based on the interpretation of the second natural language utterance, a response to the second natural language utterance.

18. The system of claim **16**, wherein the one or more physical processors are further caused to:

track contexts identified for multiple consecutive natural language user utterances to generate a context stack, the context stack including the contexts identified for the multiple consecutive natural language user utterances;

receive a second natural language utterance via the first input device; and

determine, based on the short-term knowledge, whether the second natural language utterance corresponds to one or more individual ones of the contexts included in the context stack.

19. The system of claim **18**, wherein determining whether the second natural language utterance corresponds to one or more individual ones of the contexts included in the context stack includes:

determining whether the second natural language utterance corresponds to a most recent context included in the context stack; and

responsive to the second natural language utterance not corresponding to the most recent context, determining whether the second natural language utterance corresponds to a second most recent context included in the context stack.

20. The system of claim **18**, wherein the one or more physical processors are caused to:

determine, responsive to the second natural language utterance not corresponding to one or more individual ones of the contexts included in the context stack, a second context for the second natural language utterance based on the short-term knowledge; and

determine, based on the second context, an interpretation of the second natural language utterance.

21. The system of claim **16**, wherein determining the interpretation of the first natural language utterance com-

**24**

prises determining, based on the first context, an interpretation of one or more recognized words of the first natural language utterance.

22. The system of claim **16**, wherein the one or more physical processors are caused to:

expire one or more items of accumulated short-term knowledge that are based on one or more natural language utterances received during conversations occurring prior to the first conversation; and

accumulate long-term knowledge based on the one or more items of accumulated short-term knowledge that are expired, wherein the first context is determined based on short-term knowledge and the long-term knowledge.

23. The system of claim **16**, wherein the one or more physical processors are caused to:

determine, based on the short-term knowledge, a manner in which the first natural language utterance is spoken, wherein the first response is generated based on the determined manner and the interpretation of the first natural language utterance.

24. The system of claim **23**, wherein the manner in which the first natural language utterance is spoken includes at least one of a tone, a pace, an inflection, or a timing.

25. The system of claim **16**, wherein the second input device is included with the first input device in a single device.

26. The system of claim **16**, wherein to generate the first response, the one or more physical processors are caused to:

generate a non-voice response in a graphical user interface and/or a voice response via a speaker.

27. The system of claim **16**, wherein the first natural language utterance relates to a request and the first response is intended to be responsive to the request, wherein the one or more physical processors are further caused to:

receive a second natural language utterance in response to the first response, wherein the second natural language utterance comprises a clarification related to the interpretation of the first natural language utterance; and

responsive to receipt of the second natural language utterance, generate a response to the second natural language utterance based on the interpretation of the first natural language utterance and the clarification related to the interpretation of the first natural language utterance.

28. The system of claim **16**, wherein the first non-voice input is received via a non-voice input device comprising a touch screen device, and wherein the one or more physical processors are further caused to:

receive information indicating a location on the touch screen device that received the first non-voice input.

\*    \*    \*    \*    \*

# EXHIBIT D

US010510341B1

(12) **United States Patent**
Baldwin et al.

(10) **Patent No.:** **US 10,510,341 B1**
(45) **Date of Patent:** ***Dec. 17, 2019**

(54) **SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE**

(71) Applicant: **VB Assets, LLC**, Bellevue, WA (US)

(72) Inventors: **Larry Baldwin**, Maple Valley, WA (US); **Tom Freeman**, Mercer Island, WA (US); **Michael Tjalve**, Bellevue, WA (US); **Blane Ebersold**, Seattle, WA (US); **Chris Weider**, Seattle, WA (US)

(73) Assignee: **VB Assets, LLC**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/555,125**

(22) Filed: **Aug. 29, 2019**

**Related U.S. Application Data**

(60) Continuation of application No. 16/417,173, filed on May 20, 2019, which is a division of application No.
(Continued)

(51) **Int. Cl.**
*G10L 15/18* (2013.01)
*G10L 15/22* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. *G10L 15/18* (2013.01); *G06F 3/167* (2013.01); *G06F 17/2785* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ... G10L 15/063; G10L 15/28; G10L 15/1815; G10L 15/1822; G10L 15/183; G10L 15/22; G10L 2015/225; G10L 2015/228
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,430,669 A    2/1984   Cheung
4,821,027 A    4/1989   Mallory
(Continued)

FOREIGN PATENT DOCUMENTS

CN    1433554 A    7/2003
CN    1860496 A    11/2006
(Continued)

OTHER PUBLICATIONS

"Statement in Accordance with the Notice from the European Patent Office" dated Oct. 1, 2007 Concerning Business Methods (OJ EPO Nov. 2007, 592-593), XP002456252.
(Continued)

*Primary Examiner* — Eric Yen
(74) *Attorney, Agent, or Firm* — Sheppard Mullin Richter & Hampton LLP

(57) **ABSTRACT**

A cooperative conversational voice user interface is provided. The cooperative conversational voice user interface may build upon short-term and long-term shared knowledge to generate one or more explicit and/or implicit hypotheses about an intent of a user utterance. The hypotheses may be ranked based on varying degrees of certainty, and an adaptive response may be generated for the user. Responses may be worded based on the degrees of certainty and to frame an appropriate domain for a subsequent utterance. In one implementation, misrecognitions may be tolerated, and conversational course may be corrected based on subsequent utterances and/or responses.

**18 Claims, 3 Drawing Sheets**



## US 10,510,341 B1

Page 2

### Related U.S. Application Data

14/691,445, filed on Apr. 20, 2015, now Pat. No. 10,297,249, which is a continuation of application No. 13/987,645, filed on Aug. 19, 2013, now Pat. No. 9,015,049, which is a division of application No. 13/251,712, filed on Oct. 3, 2011, now Pat. No. 8,515,765, which is a continuation of application No. 11/580,926, filed on Oct. 16, 2006, now Pat. No. 8,073,681.

(51) **Int. Cl.**

| | |
|---|---|
| *G10L 25/51* | (2013.01) |
| *G06F 17/27* | (2006.01) |
| *G10L 17/22* | (2013.01) |
| *G06F 3/16* | (2006.01) |
| *G10L 15/06* | (2013.01) |
| *G10L 21/0216* | (2013.01) |
| *G10L 15/183* | (2013.01) |

(52) **U.S. Cl.**

CPC ...... *G10L 15/1815* (2013.01); *G10L 15/1822* (2013.01); *G10L 15/22* (2013.01); *G10L 17/22* (2013.01); *G10L 25/51* (2013.01); *G10L 15/183* (2013.01); *G10L 2015/0631* (2013.01); *G10L 2015/225* (2013.01); *G10L 2015/228* (2013.01); *G10L 2021/02166* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,829,423 A | 5/1989 | Tennant | |
| 4,887,212 A | 12/1989 | Zamora | |
| 4,910,784 A | 3/1990 | Doddington | |
| 5,027,406 A | 6/1991 | Roberts | |
| 5,155,743 A | 10/1992 | Jacobs | |
| 5,164,904 A | 11/1992 | Sumner | |
| 5,208,748 A | 5/1993 | Flores | |
| 5,265,065 A | 11/1993 | Turtle | |
| 5,274,560 A | 12/1993 | LaRue | |
| 5,331,554 A | 7/1994 | Graham | |
| 5,357,596 A | 10/1994 | Takebayashi | |
| 5,369,575 A | 11/1994 | Lamberti | |
| 5,377,350 A | 12/1994 | Skinner | |
| 5,386,556 A | 1/1995 | Hedin | |
| 5,424,947 A | 6/1995 | Nagao | |
| 5,471,318 A | 11/1995 | Ahuja | |
| 5,475,733 A | 12/1995 | Eisdorfer | |
| 5,479,563 A | 12/1995 | Yamaguchi | |
| 5,488,652 A | 1/1996 | Bielby | |
| 5,499,289 A | 3/1996 | Bruno | |
| 5,500,920 A | 3/1996 | Kupiec | |
| 5,517,560 A | 5/1996 | Greenspan | |
| 5,533,108 A | 7/1996 | Harris | |
| 5,537,436 A | 7/1996 | Bottoms | |
| 5,539,744 A | 7/1996 | Chu | |
| 5,557,667 A | 9/1996 | Bruno | |
| 5,559,864 A | 9/1996 | Kennedy, Jr. | |
| 5,563,937 A | 10/1996 | Bruno | |
| 5,577,165 A | 11/1996 | Takebayashi | |
| 5,590,039 A | 12/1996 | Ikeda | |
| 5,608,635 A | 3/1997 | Tamai | |
| 5,615,296 A | 3/1997 | Stanford | |
| 5,617,407 A | 4/1997 | Bareis | |
| 5,633,922 A | 5/1997 | August | |
| 5,634,086 A | 5/1997 | Rtischev | |
| 5,652,570 A | 7/1997 | Lepkofker | |
| 5,675,629 A | 10/1997 | Raffel | |
| 5,696,965 A | 12/1997 | Dedrick | |
| 5,708,422 A | 1/1998 | Blonder | |
| 5,721,938 A | 2/1998 | Stuckey | |
| 5,722,084 A | 2/1998 | Chakrin | |
| 5,740,256 A | 4/1998 | CastelloDaCosta | |
| 5,742,763 A | 4/1998 | Jones | |

| | | | |
|---|---|---|---|
| 5,748,841 A | * | 5/1998 | Morin ...................... G06F 3/16 |
| | | | 704/257 |
| 5,748,974 A | | 5/1998 | Johnson |
| 5,752,052 A | | 5/1998 | Richardson |
| 5,754,784 A | | 5/1998 | Garland |
| 5,761,631 A | | 6/1998 | Nasukawa |
| 5,774,841 A | | 6/1998 | Salazar |
| 5,774,859 A | | 6/1998 | Houser |
| 5,794,050 A | | 8/1998 | Dahlgren |
| 5,794,196 A | | 8/1998 | Yegnanarayanan |
| 5,797,112 A | | 8/1998 | Komatsu |
| 5,799,276 A | | 8/1998 | Komissarchik |
| 5,802,510 A | | 9/1998 | Jones |
| 5,829,000 A | | 10/1998 | Huang |
| 5,832,221 A | | 11/1998 | Jones |
| 5,839,107 A | | 11/1998 | Gupta |
| 5,848,396 A | | 12/1998 | Gerace |
| 5,855,000 A | | 12/1998 | Waibel |
| 5,860,059 A | | 1/1999 | Aust |
| 5,867,817 A | | 2/1999 | Catallo |
| 5,878,385 A | | 3/1999 | Bralich |
| 5,878,386 A | | 3/1999 | Coughlin |
| 5,892,813 A | | 4/1999 | Morin |
| 5,892,900 A | | 4/1999 | Ginter |
| 5,895,464 A | | 4/1999 | Bhandari |
| 5,895,466 A | | 4/1999 | Goldberg |
| 5,897,613 A | | 4/1999 | Chan |
| 5,898,760 A | * | 4/1999 | Smets ............. H04M 1/274583 |
| | | | 379/88.21 |
| 5,899,991 A | | 5/1999 | Karch |
| 5,902,347 A | | 5/1999 | Backman |
| 5,911,120 A | | 6/1999 | Jarett |
| 5,918,222 A | | 6/1999 | Fukui |
| 5,926,784 A | | 7/1999 | Richardson |
| 5,933,822 A | | 8/1999 | Braden-Harder |
| 5,950,167 A | | 9/1999 | Yaker |
| 5,953,393 A | | 9/1999 | Culbreth |
| 5,960,384 A | | 9/1999 | Brash |
| 5,960,397 A | | 9/1999 | Rahim |
| 5,960,399 A | | 9/1999 | Barclay |
| 5,960,447 A | | 9/1999 | Holt |
| 5,963,894 A | | 10/1999 | Richardson |
| 5,963,940 A | | 10/1999 | Liddy |
| 5,982,906 A | | 11/1999 | Ono |
| 5,983,190 A | | 11/1999 | Trower, II |
| 5,987,404 A | | 11/1999 | DellaPietra |
| 5,991,721 A | | 11/1999 | Asano |
| 5,995,119 A | | 11/1999 | Cosatto |
| 5,995,928 A | | 11/1999 | Nguyen |
| 5,995,943 A | | 11/1999 | Bull |
| 6,009,382 A | | 12/1999 | Martino |
| 6,014,559 A | | 1/2000 | Amin |
| 6,018,708 A | | 1/2000 | Dahan |
| 6,021,384 A | | 2/2000 | Gorin |
| 6,028,514 A | | 2/2000 | Lemelson |
| 6,035,267 A | | 3/2000 | Watanabe |
| 6,044,347 A | | 3/2000 | Abella |
| 6,049,602 A | | 4/2000 | Foladare |
| 6,049,607 A | | 4/2000 | Marash |
| 6,058,187 A | | 5/2000 | Chen |
| 6,067,513 A | | 5/2000 | Ishimitsu |
| 6,073,098 A | | 6/2000 | Buchsbaum |
| 6,076,057 A | * | 6/2000 | Narayanan ............ G10L 15/065 |
| | | | 704/233 |
| 6,076,059 A | | 6/2000 | Glickman |
| 6,078,886 A | | 6/2000 | Dragosh |
| 6,081,774 A | | 6/2000 | deHita |
| 6,085,186 A | | 7/2000 | Christianson |
| 6,101,241 A | | 8/2000 | Boyce |
| 6,108,631 A | | 8/2000 | Ruhl |
| 6,119,087 A | | 9/2000 | Kuhn |
| 6,119,101 A | | 9/2000 | Peckover |
| 6,122,613 A | | 9/2000 | Baker |
| 6,134,235 A | | 10/2000 | Goldman |
| 6,144,667 A | | 11/2000 | Doshi |
| 6,144,938 A | | 11/2000 | Surace |
| 6,154,526 A | | 11/2000 | Dahlke |
| 6,160,883 A | | 12/2000 | Jackson |
| 6,167,377 A | | 12/2000 | Gillick |

**US 10,510,341 B1**

Page 3

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,173,266 B1 | 1/2001 | Marx |
| 6,173,279 B1 | 1/2001 | Levin |
| 6,175,858 B1 | 1/2001 | Bulfer |
| 6,185,535 B1 | 2/2001 | Hedin |
| 6,188,982 B1 | 2/2001 | Chiang |
| 6,192,110 B1 | 2/2001 | Abella |
| 6,192,338 B1 | 2/2001 | Haszto |
| 6,195,634 B1 | 2/2001 | Dudemaine |
| 6,195,651 B1 | 2/2001 | Handel |
| 6,199,043 B1 | 3/2001 | Happ |
| 6,208,964 B1 | 3/2001 | Sabourin |
| 6,208,972 B1 | 3/2001 | Grant |
| 6,219,346 B1 | 4/2001 | Maxemchuk |
| 6,219,643 B1 | 4/2001 | Cohen |
| 6,219,645 B1 | 4/2001 | Byers |
| 6,226,612 B1 | 5/2001 | Srenger |
| 6,233,556 B1 | 5/2001 | Teunen |
| 6,233,559 B1 | 5/2001 | Balakrishnan |
| 6,233,561 B1 | 5/2001 | Junqua |
| 6,236,968 B1 | 5/2001 | Kanevsky |
| 6,243,679 B1 | 6/2001 | Mohri |
| 6,246,981 B1 | 6/2001 | Papineni |
| 6,246,990 B1 | 6/2001 | Happ |
| 6,266,636 B1 | 7/2001 | Kosaka |
| 6,269,336 B1 | 7/2001 | Ladd |
| 6,272,455 B1 | 8/2001 | Hoshen |
| 6,272,461 B1 | 8/2001 | Meredith |
| 6,275,231 B1 | 8/2001 | Obradovich |
| 6,278,377 B1 | 8/2001 | DeLine |
| 6,278,968 B1 | 8/2001 | Franz |
| 6,286,002 B1 | 9/2001 | Axaopoulos |
| 6,288,319 B1 | 9/2001 | Catona |
| 6,292,767 B1 | 9/2001 | Jackson |
| 6,301,560 B1 | 10/2001 | Masters |
| 6,308,151 B1 | 10/2001 | Smith |
| 6,311,159 B1 | 10/2001 | VanTichelen |
| 6,314,402 B1 | 11/2001 | Monaco |
| 6,321,196 B1 | 11/2001 | Franceschi |
| 6,356,869 B1 | 3/2002 | Chapados |
| 6,362,748 B1 | 3/2002 | Huang |
| 6,366,882 B1 | 4/2002 | Bijl |
| 6,366,886 B1 | 4/2002 | Dragosh |
| 6,374,214 B1 | 4/2002 | Friedland |
| 6,374,226 B1 | 4/2002 | Hunt |
| 6,377,913 B1 | 4/2002 | Coffman |
| 6,377,919 B1 | 4/2002 | Burnett |
| 6,381,535 B1 | 4/2002 | Durocher |
| 6,385,596 B1 | 5/2002 | Wiser |
| 6,385,646 B1 | 5/2002 | Brown |
| 6,389,398 B1 | 5/2002 | Lustgarten |
| 6,393,403 B1 | 5/2002 | Majaniemi |
| 6,393,428 B1 | 5/2002 | Miller |
| 6,397,181 B1 | 5/2002 | Li |
| 6,404,878 B1 | 6/2002 | Jackson |
| 6,405,170 B1 | 6/2002 | Phillips |
| 6,408,272 B1 | 6/2002 | White |
| 6,411,810 B1 | 6/2002 | Maxemchuk |
| 6,411,893 B2 | 6/2002 | Ruhl |
| 6,415,257 B1 | 7/2002 | Junqua |
| 6,418,210 B1 | 7/2002 | Sayko |
| 6,420,975 B1 | 7/2002 | DeLine |
| 6,429,813 B2 | 8/2002 | Feigen |
| 6,430,285 B1 | 8/2002 | Bauer |
| 6,430,531 B1 | 8/2002 | Polish |
| 6,434,523 B1 | 8/2002 | Monaco |
| 6,434,524 B1 | 8/2002 | Weber |
| 6,434,529 B1 | 8/2002 | Walker |
| 6,442,522 B1 | 8/2002 | Carberry |
| 6,446,114 B1 | 9/2002 | Bulfer |
| 6,453,153 B1 | 9/2002 | Bowker |
| 6,453,292 B2 | 9/2002 | Ramaswamy |
| 6,456,711 B1 | 9/2002 | Cheung |
| 6,456,974 B1 | 9/2002 | Baker |
| 6,466,654 B1 | 10/2002 | Cooper |
| 6,466,899 B1 | 10/2002 | Yano |
| 6,470,315 B1 | 10/2002 | Netsch |
| 6,487,494 B2 | 11/2002 | Odinak |
| 6,487,495 B1 | 11/2002 | Gale |
| 6,498,797 B1 | 12/2002 | Anerousis |
| 6,499,013 B1 | 12/2002 | Weber |
| 6,501,833 B2 | 12/2002 | Phillips |
| 6,501,834 B1 | 12/2002 | Milewski |
| 6,505,155 B1 | 1/2003 | Vanbuskirk |
| 6,510,417 B1 | 1/2003 | Woods |
| 6,513,006 B2 | 1/2003 | Howard |
| 6,522,746 B1 | 2/2003 | Marchok |
| 6,523,061 B1 | 2/2003 | Halverson |
| 6,532,444 B1 | 3/2003 | Weber |
| 6,539,348 B1 | 3/2003 | Bond |
| 6,549,629 B2 | 4/2003 | Finn |
| 6,553,372 B1 | 4/2003 | Brassell |
| 6,556,970 B1 | 4/2003 | Sasaki |
| 6,556,973 B1 | 4/2003 | Lewin |
| 6,560,576 B1 | 5/2003 | Cohen |
| 6,560,590 B1 | 5/2003 | Shwe |
| 6,567,778 B1 | 5/2003 | ChaoChang |
| 6,567,797 B1 | 5/2003 | Schuetze |
| 6,567,805 B1 | 5/2003 | Johnson |
| 6,570,555 B1 | 5/2003 | Prevost |
| 6,570,964 B1 | 5/2003 | Murveit |
| 6,571,279 B1 | 5/2003 | Herz |
| 6,574,597 B1 | 6/2003 | Mohri |
| 6,574,624 B1 | 6/2003 | Johnson |
| 6,578,022 B1 | 6/2003 | Foulger |
| 6,581,103 B1 | 6/2003 | Dengler |
| 6,584,439 B1 | 6/2003 | Geilhufe |
| 6,587,858 B1 | 7/2003 | Strazza |
| 6,591,185 B1 | 7/2003 | Polidi |
| 6,591,239 B1 | 7/2003 | McCall |
| 6,594,257 B1 | 7/2003 | Doshi |
| 6,594,367 B1 | 7/2003 | Marash |
| 6,598,018 B1 | 7/2003 | Junqua |
| 6,601,026 B2 | 7/2003 | Appelt |
| 6,601,029 B1 | 7/2003 | Pickering |
| 6,604,075 B1 | 8/2003 | Brown |
| 6,604,077 B2 | 8/2003 | Dragosh |
| 6,606,598 B1 | 8/2003 | Holthouse |
| 6,611,692 B2 | 8/2003 | Raffel |
| 6,614,773 B1 | 9/2003 | Maxemchuk |
| 6,615,172 B1 | 9/2003 | Bennett |
| 6,622,119 B1 | 9/2003 | Ramaswamy |
| 6,629,066 B1 | 9/2003 | Jackson |
| 6,631,346 B1 | 10/2003 | Karaorman |
| 6,631,351 B1 | 10/2003 | Ramachandran |
| 6,633,846 B1 | 10/2003 | Bennett |
| 6,636,790 B1 | 10/2003 | Lightner |
| 6,643,620 B1 | 11/2003 | Contolini |
| 6,647,363 B2 | 11/2003 | Claassen |
| 6,650,747 B1 | 11/2003 | Bala |
| 6,658,388 B1 | 12/2003 | Kleindienst |
| 6,678,680 B1 | 1/2004 | Woo |
| 6,681,206 B1 | 1/2004 | Gorin |
| 6,691,151 B1 | 2/2004 | Cheyer |
| 6,701,294 B1 | 3/2004 | Ball |
| 6,704,396 B2 | 3/2004 | Parolkar |
| 6,704,576 B1 | 3/2004 | Brachman |
| 6,704,708 B1 | 3/2004 | Pickering |
| 6,707,421 B1 | 3/2004 | Drury |
| 6,708,150 B1 | 3/2004 | Hirayarna |
| 6,721,001 B1 | 4/2004 | Berstis |
| 6,721,633 B2 | 4/2004 | Funk |
| 6,721,706 B1 | 4/2004 | Strubbe |
| 6,726,636 B2 | 4/2004 | DerGhazarian |
| 6,732,088 B1 | 5/2004 | Glance |
| 6,735,592 B1 | 5/2004 | Neumann |
| 6,739,556 B1 | 5/2004 | Langston |
| 6,741,931 B1 | 5/2004 | Kohut |
| 6,742,021 B1 | 5/2004 | Halverson |
| 6,745,161 B1 | 6/2004 | Arnold |
| 6,751,591 B1 | 6/2004 | Gorin |
| 6,751,612 B1 | 6/2004 | Schuetze |
| 6,754,485 B1 | 6/2004 | Obradovich |
| 6,754,627 B2 | 6/2004 | Woodward |
| 6,754,647 B1 | 6/2004 | Tackett |

## US 10,510,341 B1

Page 4

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,757,544 | B2 | 6/2004 | Rangarajan |
| 6,757,718 | B1 | 6/2004 | Halverson |
| 6,785,651 | B1 | 8/2004 | Wang |
| 6,795,808 | B1 | 9/2004 | Strubbe |
| 6,801,604 | B2 | 10/2004 | Maes |
| 6,801,893 | B1 | 10/2004 | Backfried |
| 6,804,330 | B1 | 10/2004 | Jones |
| 6,810,375 | B1 | 10/2004 | Ejerhed |
| 6,813,341 | B1 | 11/2004 | Mahoney |
| 6,816,830 | B1 | 11/2004 | Kempe |
| 6,823,308 | B2 | 11/2004 | Keiller |
| 6,829,603 | B1 | 12/2004 | Chai |
| 6,832,230 | B1 | 12/2004 | Zilliacus |
| 6,833,848 | B1 | 12/2004 | Wolff |
| 6,850,603 | B1 | 2/2005 | Eberle |
| 6,856,990 | B2 | 2/2005 | Barile |
| 6,865,481 | B2 | 3/2005 | Kawazoe |
| 6,868,380 | B2 | 3/2005 | Kroeker |
| 6,868,385 | B1 | 3/2005 | Gerson |
| 6,871,179 | B1 | 3/2005 | Kist |
| 6,873,837 | B1 | 3/2005 | Yoshioka |
| 6,877,001 | B2 | 4/2005 | Wolf |
| 6,877,134 | B1 | 4/2005 | Fuller |
| 6,882,970 | B1 | 4/2005 | Garner |
| 6,901,366 | B1 | 5/2005 | Kuhn |
| 6,910,003 | B1 | 6/2005 | Arnold |
| 6,912,498 | B2 | 6/2005 | Stevens |
| 6,915,126 | B2 | 7/2005 | Mazzara, Jr. |
| 6,928,614 | B1 | 8/2005 | Everhart |
| 6,934,756 | B2 | 8/2005 | Maes |
| 6,937,977 | B2 | 8/2005 | Gerson |
| 6,937,982 | B2 | 8/2005 | Kitaoka |
| 6,941,266 | B1 | 9/2005 | Gorin |
| 6,944,594 | B2 | 9/2005 | Busayapongchai |
| 6,950,821 | B2 | 9/2005 | Faybishenko |
| 6,954,755 | B2 | 10/2005 | Reisman |
| 6,959,276 | B2 | 10/2005 | Droppo |
| 6,961,700 | B2 | 11/2005 | Mitchell |
| 6,963,759 | B1 | 11/2005 | Gerson |
| 6,964,023 | B2 | 11/2005 | Maes |
| 6,968,311 | B2 | 11/2005 | Knockeart |
| 6,973,387 | B2 | 12/2005 | Masclet |
| 6,975,983 | B1 | 12/2005 | Fortescue |
| 6,975,993 | B1 | 12/2005 | Keiller |
| 6,980,092 | B2 | 12/2005 | Turnbull |
| 6,983,055 | B2 | 1/2006 | Luo |
| 6,990,513 | B2 | 1/2006 | Belfiore |
| 6,996,531 | B2 | 2/2006 | Korall |
| 7,003,463 | B1 | 2/2006 | Maes |
| 7,016,849 | B2 | 3/2006 | Arnold |
| 7,020,609 | B2 | 3/2006 | Thrift |
| 7,024,364 | B2 | 4/2006 | Guerra |
| 7,027,586 | B2 | 4/2006 | Bushey |
| 7,027,974 | B1 | 4/2006 | Busch |
| 7,027,975 | B1 | 4/2006 | Pazandak |
| 7,031,908 | B1 | 4/2006 | Huang |
| 7,035,415 | B2 | 4/2006 | Belt |
| 7,036,128 | B1 | 4/2006 | Julia |
| 7,043,425 | B2 | 5/2006 | Pao |
| 7,054,817 | B2 | 5/2006 | Shao |
| 7,058,890 | B2 | 6/2006 | George |
| 7,062,488 | B1 | 6/2006 | Reisman |
| 7,069,220 | B2 | 6/2006 | Coffman |
| 7,072,834 | B2 | 7/2006 | Zhou |
| 7,072,888 | B1 * | 7/2006 | Perkins ............... G06F 16/9535 |
| | | | 707/733 |
| 7,076,362 | B2 | 7/2006 | Ohtsuji |
| 7,082,469 | B2 | 7/2006 | Gold |
| 7,085,708 | B2 | 8/2006 | Manson |
| 7,092,928 | B1 | 8/2006 | Elad |
| 7,107,210 | B2 | 9/2006 | Deng |
| 7,107,218 | B1 | 9/2006 | Preston |
| 7,110,951 | B1 | 9/2006 | Lemelson |
| 7,127,395 | B1 | 10/2006 | Gorin |
| 7,127,400 | B2 | 10/2006 | Koch |
| 7,130,390 | B2 | 10/2006 | Abburi |
| 7,136,875 | B2 | 11/2006 | Anderson |
| 7,137,126 | B1 | 11/2006 | Coffman |
| 7,143,037 | B1 | 11/2006 | Chestnut |
| 7,143,039 | B1 | 11/2006 | Stifelman |
| 7,146,315 | B2 | 12/2006 | Balan |
| 7,146,319 | B2 | 12/2006 | Hunt |
| 7,149,696 | B2 | 12/2006 | Shimizu |
| 7,165,028 | B2 | 1/2007 | Gong |
| 7,170,993 | B2 | 1/2007 | Anderson |
| 7,171,291 | B2 | 1/2007 | Obradovich |
| 7,174,300 | B2 | 2/2007 | Bush |
| 7,177,798 | B2 | 2/2007 | Hsu |
| 7,184,957 | B2 | 2/2007 | Brookes |
| 7,190,770 | B2 | 3/2007 | Ando |
| 7,197,069 | B2 | 3/2007 | Agazzi |
| 7,197,460 | B1 | 3/2007 | Gupta |
| 7,203,644 | B2 | 4/2007 | Anderson |
| 7,206,418 | B2 | 4/2007 | Yang |
| 7,207,011 | B2 | 4/2007 | Mulvey |
| 7,215,941 | B2 | 5/2007 | Beckmann |
| 7,228,276 | B2 | 6/2007 | Omote |
| 7,231,343 | B1 | 6/2007 | Treadgold |
| 7,236,923 | B1 | 6/2007 | Gupta |
| 7,254,482 | B2 | 8/2007 | Kawasaki |
| 7,272,212 | B2 | 9/2007 | Eberle |
| 7,277,854 | B2 | 10/2007 | Bennett |
| 7,283,829 | B2 | 10/2007 | Christenson |
| 7,283,951 | B2 | 10/2007 | Marchisio |
| 7,289,606 | B2 | 10/2007 | Sibal |
| 7,299,186 | B2 | 11/2007 | Kuzunuki |
| 7,301,093 | B2 | 11/2007 | Sater |
| 7,305,381 | B1 | 12/2007 | Poppink |
| 7,321,850 | B2 | 1/2008 | Wakita |
| 7,328,155 | B2 | 2/2008 | Endo |
| 7,337,116 | B2 | 2/2008 | Charlesworth |
| 7,340,040 | B1 | 3/2008 | Saylor |
| 7,366,285 | B2 | 4/2008 | Parolkar |
| 7,366,669 | B2 | 4/2008 | Nishitani |
| 7,376,645 | B2 | 5/2008 | Bernard |
| 7,380,250 | B2 | 5/2008 | Schechter |
| 7,386,443 | B1 | 6/2008 | Parthasarathy |
| 7,398,209 | B2 | 7/2008 | Kennewick |
| 7,406,421 | B2 | 7/2008 | Odinak |
| 7,415,100 | B2 | 8/2008 | Cooper |
| 7,415,414 | B2 | 8/2008 | Azara |
| 7,421,393 | B1 | 9/2008 | DiFabbrizio |
| 7,424,431 | B2 | 9/2008 | Greene |
| 7,447,635 | B1 | 11/2008 | Konopka |
| 7,451,088 | B1 | 11/2008 | Ehlen |
| 7,454,368 | B2 | 11/2008 | Stillman |
| 7,454,608 | B2 | 11/2008 | Gopalakrishnan |
| 7,461,059 | B2 | 12/2008 | Richardson |
| 7,472,020 | B2 | 12/2008 | Brulle-Drews |
| 7,472,060 | B1 | 12/2008 | Gorin |
| 7,472,075 | B2 | 12/2008 | Odinak |
| 7,477,909 | B2 | 1/2009 | Roth |
| 7,478,036 | B2 | 1/2009 | Shen |
| 7,487,088 | B1 | 2/2009 | Gorin |
| 7,487,110 | B2 | 2/2009 | Bennett |
| 7,493,259 | B2 | 2/2009 | Jones |
| 7,493,559 | B1 | 2/2009 | Wolff |
| 7,502,672 | B1 | 3/2009 | Kolls |
| 7,502,730 | B2 | 3/2009 | Wang |
| 7,502,738 | B2 | 3/2009 | Kennewick |
| 7,512,906 | B1 | 3/2009 | Baier |
| 7,516,076 | B2 | 4/2009 | Walker |
| 7,529,675 | B2 | 5/2009 | Maes |
| 7,536,297 | B2 | 5/2009 | Byrd |
| 7,536,374 | B2 | 5/2009 | Au |
| 7,542,894 | B2 | 6/2009 | Murata |
| 7,546,382 | B2 | 6/2009 | Healey |
| 7,548,491 | B2 | 6/2009 | Macfarlane |
| 7,552,054 | B1 | 6/2009 | Stifelman |
| 7,558,730 | B2 | 7/2009 | Davis |
| 7,574,362 | B2 | 8/2009 | Walker |
| 7,577,244 | B2 | 8/2009 | Taschereau |
| 7,606,708 | B2 | 10/2009 | Hwang |
| 7,606,712 | B1 | 10/2009 | Smith |

## US 10,510,341 B1

Page 5

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,620,549 | B2 | 11/2009 | DiCristo |
| 7,634,409 | B2 | 12/2009 | Kennewick |
| 7,640,006 | B2 | 12/2009 | Portman |
| 7,640,160 | B2 | 12/2009 | DiCristo |
| 7,640,272 | B2 | 12/2009 | Mahajan |
| 7,672,931 | B2 | 3/2010 | Hurst-Hiller |
| 7,676,365 | B2 | 3/2010 | Hwang |
| 7,676,369 | B2 | 3/2010 | Fujimoto |
| 7,684,977 | B2 | 3/2010 | Morikawa |
| 7,693,720 | B2 | 4/2010 | Kennewick |
| 7,697,673 | B2 | 4/2010 | Chiu |
| 7,706,616 | B2 | 4/2010 | Kristensson |
| 7,729,913 | B1 | 6/2010 | Lee |
| 7,729,916 | B2 | 6/2010 | Coffman |
| 7,729,918 | B2 | 6/2010 | Walker |
| 7,729,920 | B2 | 6/2010 | Chaar |
| 7,734,287 | B2 | 6/2010 | Ying |
| 7,748,021 | B2 | 6/2010 | Obradovich |
| 7,788,084 | B2 | 8/2010 | Brun |
| 7,792,257 | B1 | 9/2010 | Vanier |
| 7,801,731 | B2 | 9/2010 | Odinak |
| 7,809,570 | B2 | 10/2010 | Kennewick |
| 7,818,176 | B2 | 10/2010 | Freeman |
| 7,831,426 | B2 | 11/2010 | Bennett |
| 7,831,433 | B1 | 11/2010 | Belvin |
| 7,856,358 | B2 | 12/2010 | Ho |
| 7,873,519 | B2 | 1/2011 | Bennett |
| 7,873,523 | B2 | 1/2011 | Potter |
| 7,873,654 | B2 | 1/2011 | Bernard |
| 7,881,936 | B2 | 2/2011 | Longe |
| 7,890,324 | B2 | 2/2011 | Bangalore |
| 7,894,849 | B2 | 2/2011 | Kass |
| 7,902,969 | B2 | 3/2011 | Obradovich |
| 7,917,367 | B2 | 3/2011 | DiCristo |
| 7,920,682 | B2 | 4/2011 | Byrne |
| 7,949,529 | B2 | 5/2011 | Weider |
| 7,949,537 | B2 | 5/2011 | Walker |
| 7,953,732 | B2 | 5/2011 | Frank |
| 7,974,875 | B1 | 7/2011 | Quilici |
| 7,983,917 | B2 | 7/2011 | Kennewick |
| 7,984,287 | B2 | 7/2011 | Gopalakrishnan |
| 8,005,683 | B2 | 8/2011 | Tessel |
| 8,015,006 | B2 | 9/2011 | Kennewick |
| 8,024,186 | B1 | 9/2011 | De Bonet |
| 8,027,965 | B2 | 9/2011 | Takehara |
| 8,032,383 | B1 | 10/2011 | Bhardwaj |
| 8,060,367 | B2 | 11/2011 | Keaveney |
| 8,069,046 | B2 | 11/2011 | Kennewick |
| 8,073,681 | B2 | 12/2011 | Baldwin |
| 8,077,975 | B2 | 12/2011 | Ma |
| 8,082,153 | B2 | 12/2011 | Coffman |
| 8,086,463 | B2 | 12/2011 | Ativanichayaphong |
| 8,103,510 | B2 | 1/2012 | Sato |
| 8,112,275 | B2 | 2/2012 | Kennewick |
| 8,140,327 | B2 | 3/2012 | Kennewick |
| 8,140,335 | B2 | 3/2012 | Kennewick |
| 8,145,489 | B2 | 3/2012 | Freeman |
| 8,150,694 | B2 | 4/2012 | Kennewick |
| 8,155,962 | B2 | 4/2012 | Kennewick |
| 8,170,867 | B2 | 5/2012 | Germain |
| 8,180,037 | B1 | 5/2012 | Delker |
| 8,190,436 | B2 | 5/2012 | Bangalore |
| 8,195,468 | B2 | 6/2012 | Weider |
| 8,200,485 | B1 | 6/2012 | Lee |
| 8,204,751 | B1 | 6/2012 | Di Fabbrizio |
| 8,219,399 | B2 | 7/2012 | Lutz |
| 8,219,599 | B2 | 7/2012 | Tunstall-Pedoe |
| 8,224,652 | B2 | 7/2012 | Wang |
| 8,255,224 | B2 | 8/2012 | Singleton |
| 8,326,599 | B2 | 12/2012 | Tomeh |
| 8,326,627 | B2 | 12/2012 | Kennewick |
| 8,326,634 | B2 | 12/2012 | DiCristo |
| 8,326,637 | B2 | 12/2012 | Baldwin |
| 8,332,224 | B2 | 12/2012 | DiCristo |
| 8,340,975 | B1 | 12/2012 | Rosenberger |
| 8,346,563 | B1 | 1/2013 | Hjelm |
| 8,370,147 | B2 | 2/2013 | Kennewick |
| 8,447,607 | B2 | 5/2013 | Weider |
| 8,447,651 | B1 | 5/2013 | Scholl |
| 8,452,598 | B2 | 5/2013 | Kennewick |
| 8,503,995 | B2 | 8/2013 | Ramer |
| 8,509,403 | B2 | 8/2013 | Chiu |
| 8,515,765 | B2 | 8/2013 | Baldwin |
| 8,527,274 | B2 | 9/2013 | Freeman |
| 8,577,671 | B1 | 11/2013 | Barve |
| 8,589,161 | B2 | 11/2013 | Kennewick |
| 8,612,205 | B2 | 12/2013 | Hanneman |
| 8,612,206 | B2 | 12/2013 | Chalabi |
| 8,620,659 | B2 | 12/2013 | DiCristo |
| 8,719,005 | B1 | 5/2014 | Lee |
| 8,719,009 | B2 | 5/2014 | Baldwin |
| 8,719,026 | B2 | 5/2014 | Kennewick |
| 8,731,929 | B2 | 5/2014 | Kennewick |
| 8,738,380 | B2 | 5/2014 | Baldwin |
| 8,849,652 | B2 | 9/2014 | Weider |
| 8,849,670 | B2 | 9/2014 | DiCristo |
| 8,849,696 | B2 | 9/2014 | Pansari |
| 8,849,791 | B1 | 9/2014 | Hertschuh |
| 8,886,536 | B2 | 11/2014 | Freeman |
| 8,972,243 | B1 | 3/2015 | Strom |
| 8,972,354 | B1* | 3/2015 | Telang ................... G06Q 10/10 707/653 |
| 8,983,839 | B2 | 3/2015 | Kennewick |
| 9,009,046 | B1 | 4/2015 | Stewart |
| 9,015,049 | B2 | 4/2015 | Baldwin |
| 9,037,455 | B1 | 5/2015 | Faaborg |
| 9,070,366 | B1 | 6/2015 | Mathias |
| 9,070,367 | B1 | 6/2015 | Hoffmeister |
| 9,105,266 | B2 | 8/2015 | Baldwin |
| 9,171,541 | B2 | 10/2015 | Kennewick |
| 9,269,097 | B2 | 2/2016 | Freeman |
| 9,305,548 | B2 | 4/2016 | Kennewick |
| 9,308,445 | B1 | 4/2016 | Merzenich |
| 9,318,108 | B2 | 4/2016 | Gruber |
| 9,406,078 | B2 | 8/2016 | Freeman |
| 9,443,514 | B1 | 9/2016 | Taubman |
| 9,502,025 | B2 | 11/2016 | Kennewick |
| 9,711,143 | B2 | 7/2017 | Kennewick |
| 10,089,984 | B2 | 10/2018 | Kennewick |
| 2001/0011336 | A1* | 8/2001 | Sitka ..................... G06F 19/321 711/161 |
| 2001/0021905 | A1 | 9/2001 | Burnett |
| 2001/0039492 | A1 | 11/2001 | Nemoto |
| 2001/0041980 | A1 | 11/2001 | Howard |
| 2001/0047261 | A1 | 11/2001 | Kassan |
| 2001/0049601 | A1 | 12/2001 | Kroeker |
| 2001/0054087 | A1 | 12/2001 | Flom |
| 2002/0002548 | A1 | 1/2002 | Roundtree |
| 2002/0007267 | A1 | 1/2002 | Batchilo |
| 2002/0010584 | A1 | 1/2002 | Schultz |
| 2002/0015500 | A1 | 2/2002 | Belt |
| 2002/0022927 | A1 | 2/2002 | Lemelson |
| 2002/0022956 | A1 | 2/2002 | Ukrainczyk |
| 2002/0029186 | A1 | 3/2002 | Roth |
| 2002/0029261 | A1 | 3/2002 | Shibata |
| 2002/0032752 | A1 | 3/2002 | Gold |
| 2002/0035501 | A1 | 3/2002 | Handel |
| 2002/0040297 | A1 | 4/2002 | Tsiao |
| 2002/0049535 | A1 | 4/2002 | Rigo |
| 2002/0049805 | A1 | 4/2002 | Yamada |
| 2002/0059068 | A1 | 5/2002 | Rose |
| 2002/0065568 | A1 | 5/2002 | Silfvast |
| 2002/0067839 | A1 | 6/2002 | Heinrich |
| 2002/0069059 | A1 | 6/2002 | Smith |
| 2002/0069071 | A1 | 6/2002 | Knockeart |
| 2002/0073176 | A1 | 6/2002 | Ikeda |
| 2002/0082911 | A1 | 6/2002 | Dunn |
| 2002/0087312 | A1 | 7/2002 | Lee |
| 2002/0087326 | A1 | 7/2002 | Lee |
| 2002/0087525 | A1 | 7/2002 | Abbott |
| 2002/0107694 | A1 | 8/2002 | Lerg |
| 2002/0120609 | A1 | 8/2002 | Lang |
| 2002/0124050 | A1 | 9/2002 | Middeljans |
| 2002/0133347 | A1 | 9/2002 | Schoneburg |

## US 10,510,341 B1

Page 6

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2002/0133354 A1 | 9/2002 | Ross |
| 2002/0133402 A1 | 9/2002 | Faber |
| 2002/0135618 A1 | 9/2002 | Maes |
| 2002/0138248 A1 | 9/2002 | Corston-Oliver |
| 2002/0143532 A1 | 10/2002 | McLean |
| 2002/0143535 A1 | 10/2002 | Kist |
| 2002/0152260 A1 | 10/2002 | Chen |
| 2002/0161646 A1 | 10/2002 | Gailey |
| 2002/0161647 A1 | 10/2002 | Gailey |
| 2002/0169597 A1 | 11/2002 | Fain |
| 2002/0173333 A1 | 11/2002 | Buchholz |
| 2002/0173961 A1 | 11/2002 | Guerra |
| 2002/0178003 A1 | 11/2002 | Gehrke |
| 2002/0184373 A1 | 12/2002 | Maes |
| 2002/0188455 A1 | 12/2002 | Shioda |
| 2002/0188602 A1 | 12/2002 | Stubler |
| 2002/0198714 A1 | 12/2002 | Zhou |
| 2003/0005033 A1 | 1/2003 | Mohan |
| 2003/0014261 A1 | 1/2003 | Kageyama |
| 2003/0016835 A1 | 1/2003 | Elko |
| 2003/0036903 A1 | 2/2003 | Konopka |
| 2003/0046071 A1 | 3/2003 | Wyman |
| 2003/0046281 A1 | 3/2003 | Son |
| 2003/0046346 A1 | 3/2003 | Mumick |
| 2003/0064709 A1 | 4/2003 | Gailey |
| 2003/0065427 A1 | 4/2003 | Funk |
| 2003/0069734 A1 | 4/2003 | Everhart |
| 2003/0069880 A1 | 4/2003 | Harrison |
| 2003/0088421 A1 | 5/2003 | Maes |
| 2003/0093419 A1 | 5/2003 | Bangalore |
| 2003/0097249 A1 | 5/2003 | Walker |
| 2003/0110037 A1 | 6/2003 | Walker |
| 2003/0112267 A1 | 6/2003 | Belrose |
| 2003/0115062 A1 | 6/2003 | Walker |
| 2003/0120493 A1 | 6/2003 | Gupta |
| 2003/0135488 A1 | 7/2003 | Amir |
| 2003/0144846 A1 | 7/2003 | Denenberg |
| 2003/0158731 A1 | 8/2003 | Falcon |
| 2003/0161448 A1 | 8/2003 | Parolkar |
| 2003/0167167 A1 | 9/2003 | Gong |
| 2003/0174155 A1 | 9/2003 | Weng |
| 2003/0182132 A1 | 9/2003 | Niemoeller |
| 2003/0187643 A1 | 10/2003 | VanThong |
| 2003/0204492 A1 | 10/2003 | Wolf |
| 2003/0206640 A1 | 11/2003 | Malvar |
| 2003/0212550 A1 | 11/2003 | Ubale |
| 2003/0212558 A1 | 11/2003 | Matula |
| 2003/0212562 A1 | 11/2003 | Patel |
| 2003/0225825 A1 | 12/2003 | Healey |
| 2003/0233230 A1 | 12/2003 | Ammicht |
| 2003/0236664 A1 | 12/2003 | Sharma |
| 2004/0006475 A1 | 1/2004 | Ehlen |
| 2004/0010358 A1 | 1/2004 | Oesterling |
| 2004/0025115 A1 | 2/2004 | Sienel |
| 2004/0030741 A1 | 2/2004 | Wolton |
| 2004/0036601 A1 | 2/2004 | Obradovich |
| 2004/0044516 A1* | 3/2004 | Kennewick ............. G10L 15/22 704/5 |
| 2004/0093567 A1 | 5/2004 | Schabes |
| 2004/0098245 A1 | 5/2004 | Walker |
| 2004/0102977 A1 | 5/2004 | Metzler |
| 2004/0117179 A1 | 6/2004 | Balasuriya |
| 2004/0117804 A1 | 6/2004 | Scahill |
| 2004/0122673 A1 | 6/2004 | Park |
| 2004/0122674 A1 | 6/2004 | Bangalore |
| 2004/0133793 A1 | 7/2004 | Ginter |
| 2004/0140989 A1 | 7/2004 | Papageorge |
| 2004/0143440 A1 | 7/2004 | Prasad |
| 2004/0148154 A1 | 7/2004 | Acero |
| 2004/0148170 A1 | 7/2004 | Acero |
| 2004/0158555 A1 | 8/2004 | Seedman |
| 2004/0166832 A1 | 8/2004 | Portman |
| 2004/0167771 A1 | 8/2004 | Duan |
| 2004/0172247 A1 | 9/2004 | Yoon |
| 2004/0172258 A1 | 9/2004 | Dominach |
| 2004/0189697 A1 | 9/2004 | Fukuoka |
| 2004/0193408 A1 | 9/2004 | Hunt |
| 2004/0193420 A1 | 9/2004 | Kennewick |
| 2004/0199375 A1 | 10/2004 | Ehsani |
| 2004/0199389 A1 | 10/2004 | Geiger |
| 2004/0201607 A1 | 10/2004 | Mulvey |
| 2004/0204939 A1 | 10/2004 | Liu |
| 2004/0205671 A1 | 10/2004 | Sukehiro |
| 2004/0220800 A1 | 11/2004 | Kong |
| 2004/0243393 A1 | 12/2004 | Wang |
| 2004/0243417 A9 | 12/2004 | Pitts |
| 2004/0247092 A1 | 12/2004 | Timmins |
| 2004/0249636 A1 | 12/2004 | Applebaum |
| 2005/0015256 A1* | 1/2005 | Kargman ............... G06Q 30/06 704/272 |
| 2005/0021331 A1 | 1/2005 | Huang |
| 2005/0021334 A1 | 1/2005 | Iwahashi |
| 2005/0021470 A1 | 1/2005 | Martin |
| 2005/0021826 A1 | 1/2005 | Kumar |
| 2005/0033574 A1 | 2/2005 | Kim |
| 2005/0033582 A1 | 2/2005 | Gadd |
| 2005/0043940 A1 | 2/2005 | Elder |
| 2005/0060142 A1 | 3/2005 | Visser |
| 2005/0080632 A1 | 4/2005 | Endo |
| 2005/0080821 A1* | 4/2005 | Breil ...................... G06Q 40/02 |
| 2005/0102282 A1 | 5/2005 | Linden |
| 2005/0114116 A1 | 5/2005 | Fiedler |
| 2005/0125232 A1 | 6/2005 | Gadd |
| 2005/0131673 A1 | 6/2005 | Koizumi |
| 2005/0137850 A1 | 6/2005 | Odell |
| 2005/0137877 A1 | 6/2005 | Oesterling |
| 2005/0138168 A1* | 6/2005 | Hoffman ............. G06F 11/3409 709/224 |
| 2005/0143994 A1 | 6/2005 | Mori |
| 2005/0144013 A1 | 6/2005 | Fujimoto |
| 2005/0144187 A1 | 6/2005 | Che |
| 2005/0149319 A1 | 7/2005 | Honda |
| 2005/0169441 A1 | 8/2005 | Yacoub |
| 2005/0216254 A1 | 9/2005 | Gupta |
| 2005/0222763 A1 | 10/2005 | Uyeki |
| 2005/0234637 A1 | 10/2005 | Obradovich |
| 2005/0234727 A1 | 10/2005 | Chiu |
| 2005/0246174 A1 | 11/2005 | DeGolia |
| 2005/0283364 A1 | 12/2005 | Longe |
| 2005/0283532 A1 | 12/2005 | Kim |
| 2005/0283752 A1 | 12/2005 | Fruchter |
| 2006/0041431 A1 | 2/2006 | Maes |
| 2006/0046740 A1 | 3/2006 | Johnson |
| 2006/0047509 A1 | 3/2006 | Ding |
| 2006/0072738 A1 | 4/2006 | Louis |
| 2006/0074670 A1 | 4/2006 | Weng |
| 2006/0074671 A1 | 4/2006 | Farmaner |
| 2006/0080098 A1 | 4/2006 | Campbell |
| 2006/0100851 A1 | 5/2006 | Schonebeck |
| 2006/0106769 A1 | 5/2006 | Gibbs |
| 2006/0129409 A1 | 6/2006 | Mizutani |
| 2006/0130002 A1 | 6/2006 | Hirayama |
| 2006/0149633 A1 | 7/2006 | Voisin |
| 2006/0182085 A1 | 8/2006 | Sweeney |
| 2006/0206310 A1 | 9/2006 | Ravikumar |
| 2006/0217133 A1 | 9/2006 | Christenson |
| 2006/0236343 A1 | 10/2006 | Chang |
| 2006/0242017 A1 | 10/2006 | Libes |
| 2006/0253247 A1 | 11/2006 | de Silva |
| 2006/0253281 A1 | 11/2006 | Letzt |
| 2006/0285662 A1 | 12/2006 | Yin |
| 2007/0011159 A1 | 1/2007 | Hillis |
| 2007/0033005 A1 | 2/2007 | Cristo |
| 2007/0033020 A1 | 2/2007 | Francois |
| 2007/0033526 A1 | 2/2007 | Thompson |
| 2007/0038436 A1 | 2/2007 | Cristo |
| 2007/0038445 A1 | 2/2007 | Helbing |
| 2007/0043569 A1 | 2/2007 | Potter |
| 2007/0043574 A1 | 2/2007 | Coffman |
| 2007/0043868 A1 | 2/2007 | Kumar |
| 2007/0050191 A1 | 3/2007 | Weider |
| 2007/0050279 A1 | 3/2007 | Huang |
| 2007/0055525 A1 | 3/2007 | Kennewick |
| 2007/0060114 A1 | 3/2007 | Ramer |

**US 10,510,341 B1**

Page 7

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2007/0061067 A1 | 3/2007 | Zeinstra |
| 2007/0061735 A1 | 3/2007 | Hoffberg |
| 2007/0067310 A1 | 3/2007 | Gupta |
| 2007/0073544 A1 | 3/2007 | Millett |
| 2007/0078708 A1 | 4/2007 | Yu |
| 2007/0078709 A1 | 4/2007 | Rajaram |
| 2007/0078814 A1 | 4/2007 | Flowers |
| 2007/0094003 A1 | 4/2007 | Huang |
| 2007/0100797 A1 | 5/2007 | Thun |
| 2007/0106499 A1 | 5/2007 | Dahlgren |
| 2007/0112555 A1 | 5/2007 | Lavi |
| 2007/0112630 A1 | 5/2007 | Lau |
| 2007/0118357 A1 | 5/2007 | Kasravi |
| 2007/0124057 A1 | 5/2007 | Prieto |
| 2007/0135101 A1 | 6/2007 | Ramati |
| 2007/0146833 A1 | 6/2007 | Satomi |
| 2007/0162296 A1 | 7/2007 | Altberg |
| 2007/0174258 A1 | 7/2007 | Jones |
| 2007/0179778 A1 | 8/2007 | Gong |
| 2007/0185859 A1 | 8/2007 | Flowers |
| 2007/0186165 A1 | 8/2007 | Maislos |
| 2007/0192309 A1 | 8/2007 | Fischer |
| 2007/0198267 A1 | 8/2007 | Jones |
| 2007/0203699 A1 | 8/2007 | Nagashima |
| 2007/0203736 A1 | 8/2007 | Ashton |
| 2007/0208732 A1 | 9/2007 | Flowers |
| 2007/0214182 A1 | 9/2007 | Rosenberg |
| 2007/0250901 A1 | 10/2007 | McIntire |
| 2007/0265850 A1 | 11/2007 | Kennewick |
| 2007/0266257 A1 | 11/2007 | Camaisa |
| 2007/0276651 A1 | 11/2007 | Bliss |
| 2007/0294615 A1 | 12/2007 | Sathe |
| 2007/0299824 A1 | 12/2007 | Pan |
| 2008/0014908 A1 | 1/2008 | Vasant |
| 2008/0034032 A1 | 2/2008 | Healey |
| 2008/0046311 A1 | 2/2008 | Shahine |
| 2008/0059188 A1 | 3/2008 | Konopka |
| 2008/0065386 A1 | 3/2008 | Cross |
| 2008/0065389 A1 | 3/2008 | Cross |
| 2008/0065390 A1 | 3/2008 | Ativanichayaphong |
| 2008/0086455 A1 | 4/2008 | Meisels |
| 2008/0091406 A1 | 4/2008 | Baldwin |
| 2008/0103761 A1 | 5/2008 | Printz |
| 2008/0103781 A1 | 5/2008 | Wasson |
| 2008/0104071 A1 | 5/2008 | Pragada |
| 2008/0109285 A1 | 5/2008 | Reuther |
| 2008/0115163 A1 | 5/2008 | Gilboa |
| 2008/0126091 A1 | 5/2008 | Clark |
| 2008/0126284 A1 | 5/2008 | Forbes |
| 2008/0133215 A1 | 6/2008 | Sarukkai |
| 2008/0140385 A1 | 6/2008 | Mahajan |
| 2008/0147396 A1 | 6/2008 | Wang |
| 2008/0147410 A1 | 6/2008 | Odinak |
| 2008/0147637 A1 | 6/2008 | Li |
| 2008/0154604 A1 | 6/2008 | Sathish |
| 2008/0162471 A1 | 7/2008 | Bernard |
| 2008/0177530 A1 | 7/2008 | Cross |
| 2008/0184164 A1 | 7/2008 | Di Fabbrizio |
| 2008/0189110 A1 | 8/2008 | Freeman |
| 2008/0189187 A1 | 8/2008 | Hao |
| 2008/0228496 A1 | 9/2008 | Yu |
| 2008/0235023 A1 | 9/2008 | Kennewick |
| 2008/0235027 A1 | 9/2008 | Cross |
| 2008/0269958 A1 | 10/2008 | Filev |
| 2008/0270135 A1 | 10/2008 | Goel |
| 2008/0270224 A1 | 10/2008 | Portman |
| 2008/0294437 A1 | 11/2008 | Nakano |
| 2008/0294994 A1 | 11/2008 | Kruger |
| 2008/0306743 A1 | 12/2008 | Di Fabbrizio |
| 2008/0319751 A1 | 12/2008 | Kennewick |
| 2009/0006077 A1 | 1/2009 | Keaveney |
| 2009/0006194 A1 | 1/2009 | Sridharan |
| 2009/0018829 A1 | 1/2009 | Kuperstein |
| 2009/0024476 A1 | 1/2009 | Baar |
| 2009/0030686 A1 | 1/2009 | Weng |
| 2009/0052635 A1 | 2/2009 | Jones |
| 2009/0055176 A1 | 2/2009 | Hu |
| 2009/0067599 A1 | 3/2009 | Agarwal |
| 2009/0076827 A1 | 3/2009 | Bulitta |
| 2009/0106029 A1 | 4/2009 | DeLine |
| 2009/0117885 A1 | 5/2009 | Roth |
| 2009/0144131 A1 | 6/2009 | Chiu |
| 2009/0144271 A1 | 6/2009 | Richardson |
| 2009/0150156 A1 | 6/2009 | Kennewick |
| 2009/0157382 A1 | 6/2009 | Bar |
| 2009/0164216 A1 | 6/2009 | Chengalvarayan |
| 2009/0171664 A1 | 7/2009 | Kennewick |
| 2009/0171912 A1 | 7/2009 | Nash |
| 2009/0197582 A1 | 8/2009 | Lewis |
| 2009/0216540 A1 | 8/2009 | Tessel |
| 2009/0248565 A1 | 10/2009 | Chuang |
| 2009/0248605 A1 | 10/2009 | Mitchell |
| 2009/0259561 A1 | 10/2009 | Boys |
| 2009/0259646 A1 | 10/2009 | Fujita |
| 2009/0265163 A1 | 10/2009 | Li |
| 2009/0271194 A1 | 10/2009 | Davis |
| 2009/0273563 A1 | 11/2009 | Pryor |
| 2009/0276700 A1 | 11/2009 | Anderson |
| 2009/0287680 A1 | 11/2009 | Paek |
| 2009/0299745 A1 | 12/2009 | Kennewick |
| 2009/0299857 A1 | 12/2009 | Brubaker |
| 2009/0304161 A1 | 12/2009 | Pettyjohn |
| 2009/0307031 A1 | 12/2009 | Winkler |
| 2009/0313026 A1 | 12/2009 | Coffman |
| 2009/0319517 A1 | 12/2009 | Guha |
| 2010/0023320 A1 | 1/2010 | Cristo |
| 2010/0023331 A1 | 1/2010 | Duta |
| 2010/0029261 A1 | 2/2010 | Mikkelsen |
| 2010/0036967 A1 | 2/2010 | Caine |
| 2010/0049501 A1 | 2/2010 | Kennewick |
| 2010/0049514 A1 | 2/2010 | Kennewick |
| 2010/0057443 A1 | 3/2010 | Cristo |
| 2010/0063880 A1 | 3/2010 | Atsmon |
| 2010/0064025 A1 | 3/2010 | Nelimarkka |
| 2010/0094707 A1 | 4/2010 | Freer |
| 2010/0138300 A1 | 6/2010 | Wallis |
| 2010/0145700 A1 | 6/2010 | Kennewick |
| 2010/0185512 A1 | 7/2010 | Borger |
| 2010/0191856 A1 | 7/2010 | Gupta |
| 2010/0204986 A1 | 8/2010 | Kennewick |
| 2010/0204994 A1 | 8/2010 | Kennewick |
| 2010/0217604 A1 | 8/2010 | Baldwin |
| 2010/0268536 A1 | 10/2010 | Suendermann |
| 2010/0286985 A1 | 11/2010 | Kennewick |
| 2010/0299142 A1 | 11/2010 | Freeman |
| 2010/0312547 A1 | 12/2010 | Van Os |
| 2010/0312566 A1 | 12/2010 | Odinak |
| 2010/0318357 A1 | 12/2010 | Istvan |
| 2010/0331064 A1 | 12/2010 | Michelstein |
| 2011/0022393 A1 | 1/2011 | Waller |
| 2011/0106527 A1 | 5/2011 | Chiu |
| 2011/0112827 A1 | 5/2011 | Kennewick |
| 2011/0112921 A1 | 5/2011 | Kennewick |
| 2011/0119049 A1 | 5/2011 | Ylonen |
| 2011/0131036 A1 | 6/2011 | DiCristo |
| 2011/0131045 A1 | 6/2011 | Cristo |
| 2011/0231182 A1 | 9/2011 | Weider |
| 2011/0231188 A1 | 9/2011 | Kennewick |
| 2011/0238409 A1 | 9/2011 | Larcheveque |
| 2011/0307167 A1 | 12/2011 | Taschereau |
| 2012/0022857 A1 | 1/2012 | Baldwin |
| 2012/0041753 A1 | 2/2012 | Dymetman |
| 2012/0046935 A1 | 2/2012 | Nagao |
| 2012/0101809 A1 | 4/2012 | Kennewick |
| 2012/0101810 A1 | 4/2012 | Kennewick |
| 2012/0109753 A1 | 5/2012 | Kennewick |
| 2012/0150620 A1 | 6/2012 | Mandyam |
| 2012/0150636 A1 | 6/2012 | Freeman |
| 2012/0239498 A1 | 9/2012 | Ramer |
| 2012/0240060 A1 | 9/2012 | Pennington |
| 2012/0265528 A1 | 10/2012 | Gruber |
| 2012/0278073 A1 | 11/2012 | Weider |
| 2013/0006734 A1 | 1/2013 | Ocko |
| 2013/0054228 A1 | 2/2013 | Baldwin |

## US 10,510,341 B1

Page 8

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0060625 A1 | 3/2013 | Davis |
| 2013/0080177 A1 | 3/2013 | Chen |
| 2013/0211710 A1 | 8/2013 | Kennewick |
| 2013/0253929 A1 | 9/2013 | Weider |
| 2013/0254314 A1 | 9/2013 | Chow |
| 2013/0297293 A1 | 11/2013 | Cristo |
| 2013/0304473 A1 | 11/2013 | Baldwin |
| 2013/0311324 A1 | 11/2013 | Stoll |
| 2013/0332454 A1 | 12/2013 | Stuhec |
| 2013/0339022 A1 | 12/2013 | Baldwin |
| 2014/0006951 A1 | 1/2014 | Hunter |
| 2014/0012577 A1 | 1/2014 | Freeman |
| 2014/0025371 A1 | 1/2014 | Min |
| 2014/0108013 A1 | 4/2014 | Cristo |
| 2014/0136187 A1 | 5/2014 | Wolverton |
| 2014/0156278 A1 | 6/2014 | Kennewick |
| 2014/0195238 A1 | 7/2014 | Terao |
| 2014/0236575 A1 | 8/2014 | Tur |
| 2014/0249821 A1 | 9/2014 | Kennewick |
| 2014/0249822 A1 | 9/2014 | Baldwin |
| 2014/0278413 A1 | 9/2014 | Pitschel |
| 2014/0278416 A1 | 9/2014 | Schuster |
| 2014/0288934 A1 | 9/2014 | Kennewick |
| 2014/0330552 A1 | 11/2014 | Bangalore |
| 2014/0337007 A1 | 11/2014 | Waibel |
| 2014/0365222 A1 | 12/2014 | Weider |
| 2015/0019211 A1 | 1/2015 | Simard |
| 2015/0019217 A1 | 1/2015 | Cristo |
| 2015/0019227 A1 | 1/2015 | Anandarajah |
| 2015/0066479 A1 | 3/2015 | Pasupalak |
| 2015/0066627 A1 | 3/2015 | Freeman |
| 2015/0073910 A1 | 3/2015 | Kennewick |
| 2015/0095159 A1 | 4/2015 | Kennewick |
| 2015/0142447 A1 | 5/2015 | Kennewick |
| 2015/0170641 A1 | 6/2015 | Kennewick |
| 2015/0193379 A1 | 7/2015 | Mehta |
| 2015/0199339 A1 | 7/2015 | Mirkin |
| 2015/0228276 A1 | 8/2015 | Baldwin |
| 2015/0293917 A1 | 10/2015 | Bufe |
| 2015/0348544 A1 | 12/2015 | Baldwin |
| 2015/0348551 A1 | 12/2015 | Gruber |
| 2015/0364133 A1 | 12/2015 | Freeman |
| 2016/0049152 A1 | 2/2016 | Kennewick |
| 2016/0078482 A1 | 3/2016 | Kennewick |
| 2016/0078491 A1 | 3/2016 | Kennewick |
| 2016/0078504 A1 | 3/2016 | Kennewick |
| 2016/0078773 A1 | 3/2016 | Carter |
| 2016/0110347 A1 | 4/2016 | Kennewick |
| 2016/0148610 A1 | 5/2016 | Kennewick |
| 2016/0148612 A1 | 5/2016 | Guo |
| 2016/0188292 A1 | 6/2016 | Carter |
| 2016/0188573 A1 | 6/2016 | Tang |
| 2016/0217785 A1 | 7/2016 | Kennewick |
| 2016/0335676 A1 | 11/2016 | Freeman |
| 2017/0004588 A1 | 1/2017 | Isaacson |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101236635 A | 8/2008 |
| EP | 1320043 A2 | 6/2003 |
| EP | 1646037 | 4/2006 |
| JP | H08263258 | 10/1996 |
| JP | H11249773 | 9/1999 |
| JP | 2001071289 | 3/2001 |
| JP | 2006146881 | 6/2006 |
| JP | 2008027454 | 2/2008 |
| JP | 2008058465 | 3/2008 |
| JP | 2008139928 | 6/2008 |
| JP | 2011504304 | 2/2011 |
| JP | 2012518847 | 8/2012 |
| WO | 9946763 | 9/1999 |
| WO | 0021232 | 4/2000 |
| WO | 0046792 | 8/2000 |
| WO | 0129742 | 4/2001 |
| WO | 0171609 A2 | 9/2001 |
| WO | 0178065 | 10/2001 |
| WO | 2004072954 | 8/2004 |
| WO | 2005010702 A2 | 2/2005 |
| WO | 2007019318 | 1/2007 |
| WO | 2007021587 | 1/2007 |
| WO | 2007027546 | 1/2007 |
| WO | 2007027989 | 1/2007 |
| WO | 2008098039 | 1/2008 |
| WO | 2008118195 | 1/2008 |
| WO | 2009075912 | 1/2009 |
| WO | 2009145796 | 1/2009 |
| WO | 2009111721 | 9/2009 |
| WO | 2010096752 | 1/2010 |
| WO | 2016044290 | 3/2016 |
| WO | 2016044316 | 3/2016 |
| WO | 2016044319 | 3/2016 |
| WO | 2016044321 | 3/2016 |
| WO | 2016061309 | 4/2016 |

OTHER PUBLICATIONS

Arrington, Michael, "Google Redefines GPS Navigation Landscape: Google Maps Navigation for Android 2.0", TechCrunch, printed from the Internet <http://www.techcrunch.com/2009/10/28/google-redetines-car-gps-navigation-google-maps-navigation-android/>, Oct. 28, 2009, 4 pages.

Bazzi, Issam et al., "Heterogeneous Lexical Units for Automatic Speech Recognition: Preliminary Investigations", Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing, vol. 3, Jun. 5-9, 2000, XP010507574, pp. 1257-1260.

Belvin, Robert, et al., "Development of the HRL Route Navigation Dialogue System", Proceedings of the First International Conference on Human Language Technology Research, San Diego, 2001, pp. 1-5.

Chai et al., "MIND: A Semantics-Based Multimodal Interpretation Framework for Conversational Systems", Proceedings of the International Class Workshop on Natural, Intelligent and Effective Interaction in Multimodal Dialogue Systems, Jun. 2002, pp. 37-46.

Cheyer et al., "Multimodal Maps: An Agent-Based Approach", International Conference on Cooperative Multimodal Communication (CMC/95), May 24-26, 1995, pp. 111-121.

Davis, Z., et al., A Personal Handheld Multi-Modal Shopping Assistant, IEEE, 2006, 9 pages.

El Meliani et al., "A Syllabic-Filler-Based Continuous Speech Recognizer for Unlimited Vocabulary", Canadian Conference on Electrical and Computer Engineering, vol. 2, Sep. 5-8, 1995, pp. 1007-1010.

Elio et al., "On Abstract Task Models and Conversation Policies" in Workshop on Specifying and Implementing Conversation Policies, Autonomous Agents '99, Seattle, 1999, 10 pages.

Kirchhoff, Katrin, "Syllable-Level Desynchronisation of Phonetic Features for Speech Recognition", Proceedings of the Fourth International Conference on Spoken Language, 1996, ICSLP 96, vol. 4, IEEE, 1996, 3 pages.

Kuhn, Thomas, et al., "Hybrid In-Car Speech Recognition for Mobile Multimedia Applications", Vehicular Technology Conference, IEEE, Jul. 1999, pp. 2009-2013.

Lin, Bor-shen, et al., "A Distributed Architecture for Cooperative Spoken Dialogue Agents with Coherent Dialogue State and History", ASRU'99, 1999, 4 pages.

Lind, R., et al., The Network Vehicle—A Glimpse into the Future of Mobile Multi-Media, IEEE Aerosp. Electron. Systems Magazine, vol. 14, No. 9, Sep. 1999, pp. 27-32.

Mao, Mark Z., "Automatic Training Set Segmentation for Multi-Pass Speech Recognition", Department of Electrical Engineering, Stanford University, CA, copyright 2005, IEEE, pp. I-685 to I-688.

O'Shaughnessy, Douglas, "Interacting with Computers by Voice: Automatic Speech Recognition and Synthesis", Proceedings of the IEEE, vol. 91, No. 9, Sep. 1, 2003, XP011100665. pp. 1272-1305.

Reuters, "IBM to Enable Honda Drivers to Talk to Cars", Charles Schwab & Co., Inc., Jul. 28, 2002, 1 page.

**US 10,510,341 B1**

Page 9

(56)                      **References Cited**

OTHER PUBLICATIONS

Turunen, "Adaptive Interaction Methods in Speech User Interfaces", Conference on Human Factors in Computing Systems, Seattle, Washington, 2001, pp. 91-92.

Vanhoucke, Vincent, "Confidence Scoring and Rejection Using Multi-Pass Speech Recognition", Nuance Communications, Menlo Park, CA, 2005, 4 pages.

Weng, Fuliang, et al., "Efficient Lattice Representation and Generation", Speech Technology and Research Laboratory, SRI International, Menlo Park, CA, 1998, 4 pages.

Wu, Su-Lin, et al., "Incorporating Information from Syllable-Length Time Scales into Automatic Speech Recognition", Proceedings of the 1998 IEEE International Conference on Acoustics, Speech and Signal Processing, 1998, vol. 2, IEEE, 1998, 4 pages.

Wu, Su-Lin, et al., "Integrating Syllable Boundary Information into Speech Recognition", IEEE International Conference on Acoustics, Speech, and Signal Processing, ICASSP-97, 1997, vol. 2, IEEE, 1997, 4 pages.

Zhao, Yilin, "Telematics: Safe and Fun Driving", IEEE Intelligent Systems, vol. 17, Issue 1, 2002, pp. 10-14.

* cited by examiner

**U.S. Patent**   Dec. 17, 2019   Sheet 1 of 3   US 10,510,341 B1



Figure 1

**U.S. Patent**    Dec. 17, 2019    **Sheet 2 of 3**    **US 10,510,341 B1**



215

Conversational Language Processor 220

Free Form Voice Search 245

Noise Tolerance 250

Context Determination 255

Voice Search Engine 225

Agents 230

Vocabulary 235

**Figure 2**

**U.S. Patent**    Dec. 17, 2019    Sheet 3 of 3    US 10,510,341 B1



Figure 3

US 10,510,341 B1

**1**

## SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 16/417,173, entitled "SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE", filed May 20, 2019, which is a divisional of U.S. patent application Ser. No. 14/691,445, entitled "SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE," filed Apr. 20, 2015 (which issued as U.S. Pat. No. 10,297,249 on May 21, 2019), which is a continuation of U.S. patent application Ser. No. 13/987,645, entitled "SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE," filed Aug. 19, 2013 (which issued as U.S. Pat. No. 9,015,049 on Apr. 21, 2015), which is a divisional of U.S. patent application Ser. No. 13/251,712, entitled "SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE," filed Oct. 3, 2011 (which issued as U.S. Pat. No. 8,515,765 on Aug. 20, 2013), which is a continuation of U.S. patent application Ser. No. 11/580,926, entitled "SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE," filed Oct. 16, 2006 (which issued as U.S. Pat. No. 8,073,681 on Dec. 6, 2011), each of which are hereby incorporated by reference in its entirety.

### FIELD OF THE INVENTION

The invention relates to a cooperative conversational model for a human to machine voice user interface.

### BACKGROUND OF THE INVENTION

Advances in technology, particularly within the convergence space, have resulted in an increase in demand for voice recognition software that can exploit technology in ways that are intuitive to humans. While communication between human beings is most often "cooperative," in that information and/or context is shared to advance mutual conversational goals, existing Human-to-Machine interfaces fail to provide the same level of intuitive interaction. For example, each human participant in a conversation can contribute to an exchange for the benefit of the exchange. This is done through shared assumptions and expectations regarding various aspects of the conversation, such as the topic, participant knowledge about the topic, expectations of the other participant's knowledge about the topic, appropriate word usage for the topic and/or participants, conversational development based on previous utterances, the participants' tone or inflection, the quality and quantity of contribution expected from each participant, and many other factors. Participating in conversations that continually build and draw upon shared information is a natural and intuitive way for humans to converse.

In contrast, complex Human-to-Machine interfaces do not allow users to exploit technology in an intuitive way, which inhibits mass-market adoption for various technologies. Incorporating a speech interface helps to alleviate this burden by making interaction easier and faster, but existing speech interfaces (when they actually work) still require significant learning on the part of the user. That is, existing

**2**

speech interfaces are unable to bridge the gap between archaic Human-to-Machine interfaces and conversational speech that would make interaction with systems feel normal. Users should be able to directly request what they want from a system in a normal, conversational fashion, without having to memorize exact words or phrases. Alternatively, when users are uncertain of particular needs, they should be able to engage the system in a productive, cooperative dialogue to resolve their requests. Instead, existing speech interfaces force users to dumb down their requests to match simple sets of instructions in simple languages in order to communicate requests in ways that systems can understand. Using existing speech interfaces, there is virtually no option for dialogue between the user and the system to satisfy mutual goals.

Therefore, existing systems lack a conversational speech model that can provide users with the ability to interact with systems in ways that are inherently intuitive to human beings. Existing systems suffer from these and other problems.

### SUMMARY OF THE INVENTION

According to various embodiments and aspects of the invention, a cooperative conversational voice user interface may understand free form human utterances, freeing users from being restricted to a fixed set of commands and/or requests. Rather, users can engage in cooperative conversations with a machine to complete a request or series of requests using a natural, intuitive, free form manner of expression.

According to an aspect of the invention, an exemplary system architecture for implementing a cooperative conversational voice user interface is provided. The system may receive an input, which may include a human utterance received by an input device, where the utterance may include one or more requests. As used herein, an "utterance" may be words, syllables, phonemes, or any other audible sound made by a human being. As used herein, a "request" may be a command, directive, or other instruction for a device, computer, or other machine to retrieve information, perform a task, or take some other action. In one implementation, the input may be a multi-modal input, where at least part of the multi-modal input is an utterance. The utterance component of the input may be processed by a speech recognition engine (which may alternatively be referred to as an Automatic Speech Recognizer or ASR) to generate one or more preliminary interpretations of the utterance. The one or more preliminary interpretations may then be provided to a conversational speech engine for further processing, where the conversational speech engine may communicate with one or more databases to generate an adaptive conversational response, which may be returned to the user as an output. In one implementation, the output may be a multi-modal output. For example, the utterance may include a request to perform an action, and the output may include a conversational response reporting success or failure, as well as an execution of the action.

According to another aspect of the invention, an exemplary conversational speech engine may generate an adaptive conversational response to a request or series of requests. The conversational speech engine may include a free form voice search module that may understand an utterance made using typical, day-to-day language (i.e., in free form), and may account for variations in how humans normally speak, the vocabulary they use, and the conditions in which they speak. To account for intangible variables of

US 10,510,341 B1

3

human speech, the free form search module may include models of casual human speech. For example, in one implementation, the free form search module may understand specialized jargon and/or slang, tolerate variations in word order, and tolerate verbalized pauses or stuttered speech. For example, formalized English requests, where a verb precedes a noun, may be treated in an equivalent manner to requests where the noun precedes the verb. In another implementation, compound requests and/or compound tasks with multiple variables may be identified in a single utterance. By identifying all relevant information for completing one or more tasks from a single utterance, advantages may be provided over existing voice user interfaces, such as Command and Control systems that use verbal menus to restrict information that a person can provide at a given point. In another implementation, inferring intended requests from incomplete or ambiguous requests may provide a conversational feel. By modeling what contextual signifiers, qualifiers, or other information may be required to perform a task in an identified context, an adaptive response may be generated, such as prompting a user for missing contextual signifiers, qualifiers, or other information. In one implementation, the response may ask for missing information in a way that most restricts possible interpretations, and the response may be framed to establish a domain for a subsequent user utterance. In another implementation, common alternatives for nouns and verbs may be recognized to reflect variations in usage patterns according to various criteria. Thus, variations in expression may be supported because word order is unimportant or unanticipated, and nouns and/or verbs may be represented in different ways to give simplistic, yet representative, examples. In another implementation, requests may be inferred from contradictory or otherwise inaccurate information, such as when an utterance includes starts and stops, restarts, stutters, run-on sentences, or other imperfect speech. For example, a user may sometimes change their mind, and thus alter the request in mid-utterance, and the imperfect speech feature may nonetheless be able to infer a request based on models of human speech. For example, various models may indicate that a last criterion is most likely to be correct, or intonation, emphasis, stress, use of the word "not," or other models may indicate which criterion is most likely to be correct.

According to another aspect of the invention, the conversational speech engine may include a noise tolerance module that may discard words or noise which has no meaning in a given context to reduce a likelihood of confusion. Moreover, the noise tolerance module may filter out environmental and non-human noise to further reduce a likelihood of confusion. In one implementation, the noise tolerance module may cooperate with other modules and features to filter out words that do not fit into an identified context. For example, the noise tolerance module may filter other human conversations and/or utterances within a range of one or more microphones. For example, a single device may include multiple microphones, or multiple devices may each include one or more microphones, and the noise tolerance module may collate inputs and cooperatively filter out sound by comparing a speech signal from the various microphones. The noise tolerance module may also filter out non-human environmental noise within range of the microphones, out-of-vocabulary words caused by speaker ambiguity or malapropisms, or other noise that may be unrelated to a target request. Performance benchmarks for the noise tolerance module may be defined by noise models based on human criteria. For example, if a driver of a car is 92% likely to be understood by a passenger when traveling at 65 miles-per-

4

hour with windows cracked, then performance benchmarks for the noise tolerance module may have a similar performance under such conditions.

According to another aspect of the invention, the conversational speech engine may include a context determination process that determines one or more contexts for a request to establish meaning within a conversation. The one or more contexts may be determined by having one or more context domain agents compete to determine a most appropriate domain for a given utterance. Once a given domain agent "wins" the competition, the winning domain agent may be responsible for establishing or inferring further contexts and updating short-term and long-term shared knowledge. If there is a deadlock between context domain agents, an adaptive conversational response may prompt the user to assist in disambiguating between the deadlocked agents. Moreover, the context determination process may infer intended operations and/or context based on previous utterances and/or requests, whereas existing systems consider each utterance independently, potentially making the same errors over and over again. For example, if a given interpretation turns out to be incorrect, the incorrect interpretation may be removed as a potential interpretation from one or more grammars associated with the speech recognition engine and/or from possible interpretations determined by the conversational speech engine, thereby assuring that a mistake will not be repeated for an identical utterance.

The context determination process may provide advantages over existing voice user interfaces by continually updating one or more models of an existing context and establishing context as a by-product of a conversation, which cannot be established a priori. Rather, the context determination process may track conversation topics and attempt to fit a current utterance into recent contexts, including switching between contexts as tasks are completed, partially completed, requested, etc. The context determination process may identify one or more context domains for an utterance by defining a collection of related functions that may be useful for users in various context domains. Moreover, each context domain may have relevant vocabularies and thought collections to model word groupings, which when evaluated together, may disambiguate one context domain from another. Thus, eliminating out-of-context words and noise words when searching for relevant combinations may enhance accuracy of inferences. This provides advantages over existing systems that attempt to assign meaning to every component of an utterance (i.e., including out-of-context words and noise words), which results in nearly infinite possible combinations and greater likelihood of confusion. The context determination process may also be self-aware, assigning degrees of certainty to one or more generated hypotheses, where a hypothesis may be developed to account for variations in environmental conditions, speaker ambiguity, accents, or other factors. By identifying a context, capabilities within the context, vocabularies within the context, what tasks are done most often historically in the context, what task was just completed, etc., the context determination process may establish intent from rather meager phonetic clues. Moreover, just as in human-to-human conversation, users may switch contexts at any time without confusion, enabling various context domains to be rapidly selected, without menu-driven dead ends, when an utterance is unambiguous.

According to another aspect of the invention, an exemplary cooperative conversational model may build upon free form voice search, noise tolerance, and context determination to implement a conversational Human-to-Machine

US 10,510,341 B1

5

interface that reflects human interaction and normal conversational behavior. That is, the cooperative conversational model enables humans and machines to participant in a conversation with an accepted purpose or direction, with each participant contributing to the conversation for the benefit of the conversation. By taking advantage of human presumptions about utterances that humans rely upon, both as speakers and listeners, a Human-to-Machine interface may be analogous to everyday human-to-human conversation. In one implementation, the exemplary cooperative conversation model may take incoming data (shared knowledge) to inform a decision (intelligent hypothesis building), and then may refine the decision and generate a response (adaptive response building).

According to another aspect of the invention, shared knowledge may include both short-term and long-term knowledge. Short-term knowledge may accumulate during a single conversation, where input received during a single conversation may be retained. The shared knowledge may include cross-modality awareness, where in addition to accumulating input relating to user utterances, requests, locations, etc., the shared knowledge may accumulate a current user interface state relating to other modal inputs to further build shared knowledge models. The shared knowledge may be used to build one or more intelligent hypotheses using current and relevant information, build long-term shared knowledge by identifying information with long-term significance, and generate adaptive responses with relevant state and word usage information. Moreover, because cooperative conversations model human conversations, short-term session data may be expired after a psychologically appropriate amount of time, thereby humanizing system behavior, reducing a likelihood of contextual confusion based on stale data, while also adding relevant information from an expired session context to long-term knowledge models. Long-term shared knowledge may generally be user-centric, rather than session-based, where inputs may be accumulated over time to build user, environmental, cognitive, historical, or other long-term knowledge models. Long-term and short-term shared knowledge may be used simultaneously anytime a user engages in a cooperative conversation. Long-term shared knowledge may include explicit and/or implicit user preferences, a history of recent contexts, requests, tasks, etc., user-specific jargon related to vocabularies and/or capabilities of a context, most often used word choices, or other information. The long-term shared knowledge may be used to build one or more intelligent hypotheses using current and relevant information, generate adaptive responses with appropriate word choices when unavailable via short-term shared knowledge, refine long-term shared knowledge models, identify a frequency of specific tasks, identify tasks a user frequently has difficulty with, or provide other information and/or analysis to generate more accurate conversational responses. Shared knowledge may also be used to adapt a level of unprompted support (e.g., for novices versus experienced users, users who are frequently misrecognized, etc.) Thus, shared knowledge may enable a user and a voice user interface to share assumptions and expectations such as topic knowledge, conversation history, word usage, jargon, tone, or other assumptions and/or expectations that facilitate a cooperative conversation between human users and a system.

According to another aspect of the invention, a conversation type may be identified for any given utterance. Categorizing and developing conceptual models for various types of exchanges may consistently align user expectations

6

and domain capabilities. One or more intelligent hypotheses may be generated as to a conversation type by considering conversational goals, participant roles, and/or an allocation of information among the participants. Based on the conversational goals, participant roles, and allocation of information, the intelligent hypotheses may consider various factors to classify a conversation (or utterance) into general types of conversations that can interact with one another to form many more variations and permutations of conversation types (e.g., a conversation type may change dynamically as information is reallocated from one participant to another, or as conversational goals change based on the reallocation of information).

According to another aspect of the invention, the intelligent hypotheses may include one or more hypotheses of a user's intent in an utterance. In addition, the intelligent hypotheses may use short-term and/or long-term shared knowledge to proactively build and evaluate interaction with a user as a conversation progresses or over time. The hypotheses may model human-to-human interaction to include a varying degree of certainty for each hypothesis. That is, just as humans rely on knowledge shared by participants to examine how much and what kind of information was available, the intelligent hypotheses may leverage the identified conversation type and shared knowledge to generate a degree of certainty for each hypothesis.

According to another aspect of the invention, syntactically, grammatically, and contextually sensitive "intelligent responses" may be generated from the intelligent hypotheses that can be used to generate a conversational experience for a user, while also guiding the user to reply in a manner favorable for recognition. The intelligent responses may create a conversational feel by adapting to a user's manner of speaking, framing responses appropriately, and having natural variation and/or personality (e.g., by varying tone, pace, timing, inflection, word use, jargon, and other variables in a verbal or audible response).

According to another aspect of the invention, the intelligent responses may adapt to a user's manner of speaking by using contextual signifiers and grammatical rules to generate one or more sentences that may cooperate with the user. By taking advantage of shared knowledge about how a user utters a request, the responses may be modeled using similar techniques used to recognize requests. The intelligent responses may rate possible responses statistically and/or randomize responses, which creates an opportunity to build an exchange with natural variation and conversational feel. This provides advantages over existing voice user interfaces where input and output is incongruous, as the input is "conversational" and the output is "computerese."

According to another aspect of the invention, the intelligent responses may frame responses to influence a user reply utterance for easy recognition. For example, the responses may be modeled to illicit utterances from the user that may be more likely to result in a completed request. Thus, the responses may conform to a cooperative nature of human dialog and a natural human tendency to "parrot" what was just heard as part of a next utterance. Moreover, knowledge of current context may enhance responses to generate more meaningful conversational responses. Framing the responses may also deal with misrecognitions according to human models. For example, humans frequently remember a number of recent utterances, especially when one or more previous utterances were misrecognized or unrecognized. Another participant in the conversation may limit correction to a part of the utterance that was misrecognized or unrecognized, or over subsequent utterances and/or other inter-

US 10,510,341 B1

**7**

actions, clues may be provided to indicate the initial interpretation was incorrect. Thus, by storing and analyzing multiple utterances, utterances from earlier in a conversation may be corrected as the conversation progresses.

According to another aspect of the invention, the intelligent responses may include multi-modal, or cross-modal, responses to a user. In one implementation, responses may be aware of and control one or more devices and/or interfaces, and users may respond by using whichever input method, or combination of input methods, is most convenient.

According to another aspect of the invention, the intelligent responses may correct a course of a conversation without interrupting conversational flow. That is, even though the intelligent responses may be reasonably "sure," the intelligent responses may nonetheless sometimes be incorrect. While existing voice user interfaces tend to fail on average conversational missteps, normal human interactions may expect missteps and deal with them appropriately. Thus, responses after misrecognitions may be modeled after clarifications, rather than errors, and words may be chosen in subsequent responses to move conversation forward and establish an appropriate domain to be explored with the user.

Other objects and advantages of the invention will be apparent to those skilled in the art based on the following drawings and detailed description.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exemplary block diagram of a system architecture according to one aspect of the invention.

FIG. **2** is an exemplary block diagram of a conversational speech engine according to one aspect of the invention.

FIG. **3** is an exemplary block diagram of a cooperative conversational model according to one aspect of the invention.

## DETAILED DESCRIPTION

Referring to FIG. **1**, an exemplary system architecture for implementing a cooperative conversational voice user interface is illustrated according to one aspect of the invention. The system may receive an input **105** from a user, where in one implementation, input **105** may be an utterance received by an input device (e.g., a microphone), where the utterance may include one or more requests. Input **105** may also be a multi-modal input, where at least part of the multi-modal input is an utterance. For example, the input device may include a combination of a microphone and a touch-screen device, and input **105** may include an utterance that includes a request relating to a portion of a display on the touch-screen device that the user is touching. For instance, the touch-screen device may be a navigation device, and input **105** may include an utterance of "Give me directions to here," where the user may be requesting directions to a desired destination on the display of the navigation device.

The utterance component of input **105** may be processed by a speech recognition engine **110** (which may alternatively be referred to herein as Automatic Speech Recognizer **110**, or as shown in FIG. **1**, ASR **110**) to generate one or more preliminary interpretations of the utterance. The speech recognition engine **110** may process the utterance using any suitable technique known in the art. For example, in one implementation, the speech recognition engine **110** may interpret the utterance using techniques of phonetic dictation to recognize a phoneme stream, as described in U.S. patent application Ser. No. 11/513,269, entitled "Dynamic Speech

**8**

Sharpening," filed Aug. 31, 2006, which issued as U.S. Pat. No. 7,634,409 on Dec. 15, 2009, and which is hereby incorporated by reference in its entirety. The one or more preliminary interpretations generated by the speech recognition engine **110** may then be provided to a conversational speech engine **115** for further processing. Conversational speech engine **115** may include a conversational language processor **120** and/or a voice search engine **125**, described in greater detail in FIG. **2** below. Conversational speech engine **115** may communicate with one or more databases **130** to generate an adaptive conversational response, which may be returned to the user as an output **140**. In one implementation, output **140** may be a multi-modal output and/or an interaction with one or more applications **145** to complete the request. For example, output **140** may include a combination of an audible response and a display of a route on a navigation device. For example, the utterance may include a request to perform an action, and output **140** may include a conversational response reporting success or failure, as well as an execution of the action. In addition, in various implementations, the speech recognition engine **110**, conversational speech engine **115**, and/or databases **130** may reside locally (e.g., on a user device), remotely (e.g., on a server), or a hybrid model of local and remote processing may be used (e.g., lightweight applications may be processed locally while computationally intensive applications may be processed remotely).

Referring to FIG. **2**, an exemplary block diagram is provided illustrating a conversational speech engine **215** according to one aspect of the invention. Conversational speech engine **215** may include a conversational language processor **220** that generates an adaptive conversational response to a request or series of requests using a free form voice search module **245**, a noise tolerance module **250**, and/or a context determination process **255**. According to one aspect of the invention, modules **245-255** may communicate with a voice search engine **225** that includes one or more context domain agents **230** and/or one or more vocabularies **235** to aid in interpreting utterances and generating responses, as described in "Enhancing the VUE™ (Voce-User-Experience) Through Conversational Speech," by Tom Freeman and Larry Baldwin, which is herein incorporated by reference in its entirety. Conversational speech engine **215** may generate an adaptive conversational response to one or more requests, where the requests may depend on unspoken assumptions, incomplete information, context established by previous utterances, user profiles, historical profiles, environmental profiles, or other information. Moreover, conversational speech engine **215** may track which requests have been completed, which requests are being processed, and/or which requests cannot be processed due to incomplete or inaccurate information, and the response may be generated accordingly.

According to one aspect of the invention, free form voice search module **245** may understand an utterance made using typical, day-to-day language (i.e., in free form), and may account for variations in how humans normally speak, the vocabulary they use, and the conditions in which they speak. Because variables such as stress, distraction, and serendipity are always different and infinitely varied, free form search module **245** may be designed with a goal of understanding that no human will come to the same Human-to-Machine interface situation in the same way twice. Thus, free form search module **245** may implement one or more features that model casual human speech. In various implementations, free form search module **245** may include, among other things, a free form utterance feature, a one-step access

US 10,510,341 B1

9

feature, an inferencing intended operations feature, an alternative expression feature, and/or an imperfect speech feature.

The free form utterance feature may understand specialized jargon and/or slang, tolerate variations in word order (e.g., whether a subject of a request comes before or after a verb may be irrelevant), and tolerate verbalized pauses (e.g., "um," "ah," "eh," and other utterances without meaning). For example, the free form utterance feature may treat formalized English verb-before-noun requests in an equivalent manner to free form requests where a noun may precede a verb. For example, user utterances of "Change it to the Squizz" and "You know, um, that Squizz channel, ah, switch it there" may be treated equivalently (where Squizz is a channel on XM Satellite Radio). In either case, the free form utterance feature is able to identify "Squizz" as a subject of the utterance and "Change it" or "switch it" as a verb or request for the utterance (e.g., by cooperating with context determination process 255, or other features, and identifying a relevant context domain agent 230 and/or vocabulary 235 to interpret the utterance).

The one-step access feature may understand utterances that include compound requests with multiple variables. For example, a user utterance may be "What is the forecast for Boston this weekend?" The one-step access feature may identify "weather" as a context (e.g., by cooperating with context determination process 255, or other features, and identifying "forecast" as a synonym of "weather"), and search for a city equal to "Boston" and a time equal to "weekend." By identifying all relevant information for completing a task from a single utterance, the one-step access feature may overcome drawbacks of existing voice user interfaces, such as Command and Control systems that use verbal menus to restrict information that a person can provide at a given point (e.g., a Command and Control system for a phone directory service may say: "State please," . . . "City please," . . . "What listing," etc.). Moreover, some utterances may include compound requests, and the one-step access feature may decompose the compound requests into sub-tasks. For example, a user utterance of "I need to be at a meeting tomorrow in San Francisco at 8:00 am" may be decomposed into a set of sub-tasks such as (1) checking availability and reserving a flight on an evening before the meeting, (2) checking availability and reserving a hotel, (3) checking availability and reserving a car, etc., where users may further designate preferences for various tasks (e.g., first check availability on an airline for which the user is a frequent flyer). Depending on a level of shared knowledge about a user's preferences and/or historical patterns, the one-step access feature may infer additional tasks from a request. For example, in the above example, the one-step access feature may also check a weather forecast, and if the weather is "nice" (as defined by the user preferences and/or as inferred from historical patterns), the one-step access feature may schedule a tee-time at a preferred golf course in San Francisco.

The inferencing intended operations feature may identify an intended request from incomplete or ambiguous requests. For example, when a user utters "Route <indecipherable> Chicago <indecipherable> here," where the user intended to say "Route calculation to Chicago from here," the inferencing intended operations feature may model what is required to calculate a route (an origination point and a destination point). Because the utterance includes the origination point and the destination point, a request to calculate a route from the user's present location to Chicago may be inferred. Similarly, when the inferencing intended operations feature

10

does not have sufficient information to infer a complete request, an adaptive conversational response may be generated to prompt the user for missing information. For example, when an utterance includes a request for a stock quote but not a company name (e.g., "Get me the stock price for <indecipherable>"), the response may be "What company's stock quote do you want?" The user may then provide an utterance including the company name, and the request may be completed. In one implementation, the response may ask for missing information in a way that most restricts possible interpretations (e.g., in a request for a task that requires both a city and a state, the state may be asked for first because there are fewer states than cities). Moreover, the inferencing intended operations feature may model compound tasks and/or requests by maintaining context and identifying relevant and/or missing information at both a composite and sub-task level.

The alternative expression feature may recognize common alternatives for nouns and verbs to reflect variations in usage patterns according to various criteria. For example, users may vary expression based on age, socio-economics, ethnicity, user whims, or other factors. Thus, the alternative expression feature may support variations in expression where word order is unimportant or unanticipated. Alternatives in expression based on various criteria or demographics may be loaded into context domain agents 230 and/or vocabularies 235, and the alternative expression feature may update context domain agents 230 and/or vocabularies 235 based on inferred or newly discovered variations. In one implementation, conversational speech engine 215 may include a subscription interface to update changes to context domain agents 230 and/or vocabularies 235 (e.g., a repository may aggregate various user utterances and deploy updates system wide). In operation, the alternative expression feature may allow nouns and/or verbs to be represented in different ways to give simplistic, yet representative, examples. For example, a user interested in a weather forecast for Washington, D.C. may provide any of the following utterances, each of which are interpreted equivalently: "What's the weather like in DC," "Is it raining inside the Beltway," Gimme the forecast for the capital," etc. Similarly, utterances of "Go to my home," "Go home," "Show route to home," and "I would like to know my way home" may all be interpreted equivalently, where a user profile may include the user's home address and a navigation route to the home address may be calculated.

The imperfect speech feature may be able to infer requests from contradictory or otherwise inaccurate information, such as when an utterance includes starts and stops, restarts, stutters, run-on sentences, or other imperfect speech. For example, a user may sometimes change their mind, and thus alter the request in mid-utterance, and the imperfect speech feature may nonetheless be able to infer a request based on models of human speech. For example, for an utterance of "Well, I wanna . . . Mexi . . . no, steak restaurant please, I'm hungry," existing voice user interfaces make no assumptions regarding models of human speech and would be unable to infer whether the user wanted a Mexican or steak restaurant. The imperfect speech feature overcomes these drawbacks by using various models of human understanding that may indicate that a last criterion is most likely to be correct, or intonation, emphasis, stress, use of the word "not," or other models may indicate which criterion is most likely to be correct. Thus, in the above example, the imperfect speech feature may infer that the user wants a steak restaurant.

According to one aspect of the invention, noise tolerance module 250 may be closely related to the imperfect speech

US 10,510,341 B1

**11**

feature, and may operate to discard words or noise that has no meaning in a given context so as not to create confusion. Moreover, noise tolerance module **250** may filter out environmental and non-human noise to further reduce a likelihood of confusion. In one implementation, noise tolerance module **250** may cooperate with other modules and features to filter out words that do not fit into a context. For example, one or more contexts may be identified, and words that have no meaning with respect to system capabilities, random human utterances without meaning and other noise may be filtered out. Thus, noise tolerance module **250** may model real-world conditions to identify meaningful requests. For example, noise tolerance module **250** may filter other human conversations and/or utterances within a range of one or more microphones, For example, a single device may include multiple microphones, or multiple devices may each include one or more microphones, and the noise tolerance module may collate inputs and cooperatively filter out sound by comparing a speech signal from the various microphones. Noise tolerance module **250** may also filter out non-human environmental noise within the range of the microphones, out-of-vocabulary words, which could be a result of speaker ambiguity or malapropisms, or other noise that may be unrelated to a target request. Noise models in noise tolerance module **250** may define performance benchmarks based on human criteria. For example, if a driver of a car, traveling at 65 miles-per-hour, with windows cracked is 92% likely to be understood by a passenger, then noise tolerance module **250** may have a similar performance under those conditions.

According to one aspect of the invention, conversational speech engine **215** may include a context determination process **255** that determines one or more contexts for a request to establish meaning within a conversation. The one or more contexts may be determined by having one or more context domain agents compete to determine a most appropriate domain for a given utterance, as described in U.S. patent application Ser. No. 11/197,504, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Aug. 5, 2005, which issued as U.S. Pat. No. 7,640,160 on Dec. 29, 2009 and U.S. patent application Ser. No. 11/212,693, entitled "Mobile Systems and Methods of Supporting Natural Language Human-Machine Interactions," filed Aug. 29, 2005, which issued as U.S. Pat. No. 7,949,529 on May 24, 2011, both of which are hereby incorporated by reference in their entirety. Once a given context domain agent "wins" the competition, the winning agent may be responsible for establishing or inferring further contexts and updating short-term and long-term shared knowledge. If there is a deadlock between context domain agents, an adaptive conversational response may prompt the user to assist in disambiguating between the deadlocked agents. For example, a user utterance of "What about traffic?" may have a distinct meaning in various contexts. That is, "traffic" may have a first meaning when the user is querying a system's media player (i.e., "traffic" would be a Rock and Roll band led by singer/songwriter Steve Winwood), a second meaning when the user is querying a search interface regarding Michael Douglas films (i.e., "traffic" would be a film directed by Steven Soderbergh), a third meaning when the user is querying a navigation device for directions to an airport (i.e., "traffic" would be related to conditions on roads along a route to the airport).

Moreover, context determination process **255** may infer intended operations and/or context based on previous utterances and/or requests, whereas existing systems consider each utterance independently, potentially making the same errors over and over again. For example, if a given inter-

**12**

pretation turns out to be incorrect, the incorrect interpretation may be removed as a potential interpretation from one or more grammars associated with the speech recognition engine and/or from possible subsequent interpretations determined by context determination process **255**, thereby assuring that a mistake will not be repeated for an identical utterance.

Context determination process **255** may overcome drawbacks of existing systems by continually updating one or more models of an existing context, where establishing context may be a by-product of a conversation, which cannot be established a priori. Context determination process **255** may establish a first context domain, change to a second context domain, change back to the first context domain, and so on, as tasks are completed, partially completed, requested, etc., and a context stack may track conversation topics and attempt to fit a current utterance into a most-recent context, next-most-recent topic, etc., traversing the context stack until a most likely intent can be established. For example, a user may utter "What's the traffic report," and context determination process **255** may establish Traffic as a context, and return an output including a traffic report, which does not happen to mention traffic on Interstate-5. The user may then utter "What about I-5?" and context determination process **255** may know that the current context is Traffic, a traffic report including information about Interstate-5 may be searched for, and the traffic report indicating that Interstate-5 is crowded may be returned as an output. The user may then utter "Is there a faster way?" and context determination module **255** may know that the current context is still Traffic, and may search for routes to a specified destination with light traffic and avoiding Interstate-5. Moreover, context determination process **255** may build context based on user profiles, environmental profiles, historical profiles, or other information to further refine the context. For example, the profiles may indicate that Interstate-5 is a typical route taken Monday through Friday.

The profiles may be particularly meaningful when attempting to disambiguate between contexts where a word has different meanings in different contexts. For example, a user may utter "What's the weather in Seattle?" and context determination process **255** may establish Weather as a context, as well as establishing Seattle as an environmental context. The user may then utter "and Portland?" and context determination process **255** may return a weather report for Portland, Oreg. based on the Weather and an environmental proximity between Portland, Oreg. and Seattle, Wash. The user may then ask "What time does the game start?" and a search for sports events with teams from Seattle and/or Portland may occur, with results presented conversationally according to methods described in greater detail below in FIG. **3**. Correlatively, had user originally uttered "What's the weather in Portsmouth, N.H.," in the second utterance, context determination process **255** may instead retrieve a weather report for Portland, Me. based on an environmental proximity to New Hampshire. Moreover, when environmental profiles, contextual shared knowledge, and/or other short-term and long-term shared knowledge does not provide enough information to disambiguate between possibilities, responses may prompt the user with a request for further information (e.g., "Did you mean Portland, Me., or Portland, Oreg.?").

Context determination process **255** may cooperate with context domain agents **230**, where each context domain agent **230** may define a collection of related functions that may be useful for users. Moreover, each context domain agent **230** may include a relevant vocabulary **235** and

US 10,510,341 B1

**13**

thought collections that model word groupings, which when evaluated together, may disambiguate one context domain from another (e.g., a Music context domain agent **230** may include a vocabulary **235** for songs, artists, albums, etc., whereas a Stock context domain agent **230** may include a vocabulary **235** for company names, ticker symbols, financial metrics, etc.). Thus, accuracy in identifying meaning may be enhanced by eliminating out-of-context words and noise words when searching for relevant combinations. In contrast, existing systems attempt to assign meaning to every component of an utterance (e.g., including out-of-context words and noise words), which results in nearly infinite possible combinations and greater likelihood of confusion. Moreover, context domain agents **230** may include metadata for each criteria to further assist in interpreting utterances, inferring intent, completing incomplete requests, etc. (e.g., a Space Needle vocabulary word may include metadata for Seattle, landmark, tourism, Sky City restaurant, etc.). Given a disambiguated criterion, context determination process **255** may thus be able to automatically determine other information needed to complete a request, discard importance of word order, and perform other enhancements for conversational speech.

Context domain agents **230** may also be self-aware, assigning degrees of certainty to one or more generated hypotheses, where a hypothesis may be developed to account for variations in environmental conditions, speaker ambiguity, accents, or other factors. Conceptually, context domain agents **230** may be designed to model utterances as a hard-of-hearing person would at a noisy party. By identifying a context, capabilities within the context, vocabularies within the context, what tasks are done most often historically in the context, what task was just completed, etc., a context domain agent **230** may establish intent from rather meager phonetic clues. Moreover, the context stack may be one of a plurality of components for establishing context, and thus not a constraint upon the user. All context domains may be accessible, allowing the user to switch contexts at any time without confusion. Thus, just as in human-to-human conversation, context domains may be rapidly selected, without menu-driven dead ends, when an utterance is unambiguous. For example, a user may utter, "Please call Rich Kennewick on his cell phone," and a system response of "Do you wish me to call Rich Kennewick on his cell?" may be generated. The user may decide at that point to call Rich Kennewick later, and instead, listen to some music. Thus, the user may then utter, "No, play the Louis Armstrong version of Body and Soul from my iPod," and a system response of "Playing Body and Soul by Louis Armstrong" may be generated as Body and Soul is played through a media player. In this example, the later utterance has no contextual connection to the first utterance, yet because request criteria in the utterances are unambiguous, contexts can be switched easily without relying on the context stack.

Referring to FIG. **3**, an exemplary cooperative conversational model **300** is illustrated according to an aspect of the invention. Cooperative conversational model **300** may build upon free form voice search **245**, noise tolerance **250**, and context determination **255** to implement a conversational Human-to-Machine interface that reflects how humans interact with each other and their normal behavior in conversation. Simply put, cooperative conversational model **300** enables humans and machines to participate in a conversation with an accepted purpose or direction, with each participant contributing to the conversation for the benefit of the conversation. That is, cooperative conversational model **300** incorporates technology and process-flow that takes advantage of human presumptions about utterances that humans

**14**

rely upon, both as speakers and listeners, thereby creating a Human-to-Machine interface that is analogous to everyday human-to-human conversation. In one implementation, a cooperative conversation may take incoming data (shared knowledge) **305** to inform a decision (intelligent hypothesis building) **310**, and then may refine the decision and generate a response (adaptive response building) **315**.

According to one aspect of the invention, shared knowledge **305** includes both short-term and long-term knowledge about incoming data. Short-term knowledge may accumulate during a single conversation, while long-term knowledge may accumulate over time to build user profiles, environmental profiles, historical profiles, cognitive profiles, etc.

Input received during a single conversation may be retained in a Session Input Accumulator. The Session Input Accumulator may include cross-modality awareness, where in addition to accumulating input relating to user utterances, requests, locations, etc., the Session Input Accumulator may accumulate a current user interface state relating to other modal inputs to further build shared knowledge models and more accurate adaptive responses (e.g., when a user utters a request relating to a portion of a touch-screen device, as described above). For example, the Session Input Accumulator may accumulate inputs including recognition text for each utterance, a recorded speech file for each utterance, a list-item selection history, a graphical user interface manipulation history, or other input data. Thus, the Session Input Accumulator may populate Intelligent Hypothesis Builder **310** with current and relevant information, build long-term shared knowledge by identifying information with long-term significance, provide Adaptive Response Builder **315** with relevant state and word usage information, retain recent contexts for use with Intelligent Hypothesis Builder **310**, and/or retain utterances for reprocessing during multi-pass evaluations. Moreover, because cooperative conversations **300** model human conversations, short-term session data may be expired after a psychologically appropriate amount of time, thereby humanizing system behavior. For example, a human is unlikely to recall a context of a conversation from two years ago, but because the context would be identifiable by a machine, session context is expired after a predetermined amount of time to reduce a likelihood of contextual confusion based on stale data. However, relevant information from an expired session context may nonetheless be added to user, historical, environmental, cognitive, or other long-term knowledge models.

Long-term shared knowledge may generally be user-centric, rather than session-based. That is, inputs may be accumulated over time to build user, environmental, cognitive, historical, or other long-term knowledge models. Long-term and short-term shared knowledge (collectively, shared knowledge **305**) may be used simultaneously anytime a user engages in a cooperative conversation **300**. Long-term shared knowledge may include explicit and/or implicit user preferences, a history of most recently used agents, contexts, requests, tasks, etc., user-specific jargon related to vocabularies and/or capabilities of an agent and/or context, most often used word choices, or other information. The long-term shared knowledge may be used to populate Intelligent Hypothesis Builder **310** with current and relevant information, provide Adaptive Response Builder **315** with appropriate word choices when the appropriate word choices are unavailable via the Session Input Accumulator, refine long-term shared knowledge models, identify a frequency of specific tasks, identify tasks a user frequently has difficulty with, or provide other information and/or analysis to generate more accurate conversational responses.

As described above, shared knowledge **305** may be used to populate Intelligent Hypothesis Builder **310**, such that a

US 10,510,341 B1

15

user and a voice user interface may share assumptions and expectations such as topic knowledge, conversation history, word usage, jargon, tone (e.g., formal, humorous, terse, etc.), or other assumptions and/or expectations that facilitate interaction at a Human-to-Machine interface.

According to an aspect of the invention, one component of a successful cooperative conversation may be identifying a type of conversation from an utterance. By categorizing and developing conceptual models for various types of exchanges, user expectations and domain capabilities may be consistently aligned. Intelligent Hypothesis Builder **310** may generate a hypothesis as to a conversation type by considering conversational goals, participant roles, and/or an allocation of information among the participants. Conversational goals may broadly include: (1) getting a discrete piece of information or performing a discrete task, (2) gathering related pieces of information to make a decision, and/or (3) disseminating or gathering large amounts of information to build expertise. Participant roles may broadly include: (1) a leader that controls a conversation, (2) a supporter that follows the leader and provides input as requested, and/or (3) a consumer that uses information. Information may be held by one or more of the participants at the outset of a conversation, where a participant may hold most (or all) of the information, little (or none) of the information, or the information may be allocated roughly equally amongst the participants. Based on the conversational goals, participant roles, and allocation of information, Intelligent Hypothesis Builder **310** may consider various factors to classify a conversation (or utterance) into general types of conversations that can interact with one another to form many more variations and permutations of conversation types (e.g., a conversation type may change dynamically as information is reallocated from one participant to another, or as conversational goals change based on the reallocation of information).

For example, in one implementation, a query conversation may include a conversational goal of getting a discrete piece of information or performing a particular task, where a leader of the query conversation may have a specific goal in mind and may lead the conversation toward achieving the goal. The other participant may hold the information and may support the leader by providing the information. In a didactic conversation, a leader of the conversation may control information desired by a supporter of the conversation. The supporter's role may be limited to regulating an overall progression of the conversation and interjecting queries for clarification. In an exploratory conversation, both participants share leader and supporter roles, and the conversation may have no specific goal, or the goal may be improvised as the conversation progresses. Based on this model, Intelligent Hypothesis Builder **310** may broadly categorize a conversation (or utterance) according to the following diagram:

| QUERY | | |
|---|---|---|
| | Participant A User | Participant B Voice User Interface |
| GOAL | Get information/action | Provide information/action |
| ROLE | Leader/Consumer | Supporter/Dispenser |
| INFORMATION ALLOCATION | Less | More |

16

| DIDACTIC | | |
|---|---|---|
| | Participant A User | Participant B Voice User Interface |
| GOAL | Get information | Provide information |
| ROLE | Follower/Consumer | Leader/Dispenser |
| INFORMATION ALLOCATION | Less | More |

| EXPLORATORY | | |
|---|---|---|
| | Participant A User | Participant B Voice User Interface |
| GOAL | Gather/share information | Gather/share information |
| ROLE | Follower/Consumer and Leader/Dispenser | Follower/Consumer and Leader/Dispenser |
| INFORMATION ALLOCATION | Equal or alternating | Equal or alternating |

Intelligent Hypothesis Builder **310** may use an identified conversation type to assist in generating a set of hypotheses as to a user's intent in an utterance. In addition, Intelligent Hypothesis Builder **310** may use short-term shared knowledge from the Session Input Accumulator to proactively build and evaluate interaction with a user as a conversation progresses, as well as long-term shared knowledge to proactively build and evaluate interaction with the user over time. Intelligent Hypothesis Builder **310** may thus adaptively arrive at a set of N-best hypotheses about user intent, and the N-best hypotheses may be provided to an Adaptive Response Builder **315**. In addition, Intelligent Hypothesis Builder **310** may model human-to-human interaction by calculating a degree of certainty for each of the hypotheses. That is, just as humans rely on knowledge shared by participants to examine how much and what kind of information was available, Intelligent Hypothesis Builder **310** may leverage the identified conversation type and short-term and long-term shared knowledge to generate a degree of certainty for each hypothesis.

According to another aspect of the invention, Intelligent Hypothesis Builder **310** may generate one or more explicit hypotheses of a user's intent when an utterance contains all information (including qualifiers) needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty, which may be used to determine a level of unprompted support to provide in a response. For example, a response may include a confirmation to ensure the utterance was not misunderstood or the response may adaptively prompt a user to provide missing information.

According to another aspect of the invention, Intelligent Hypothesis Builder **310** may use short-term knowledge to generate one or more implicit hypotheses of a user's intent when an utterance may be missing required qualifiers or other information needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty. For instance, when a conversation begins, short-term knowledge stored in the Session Input Accumulator may be empty, and as the conversation progresses, the Session Input Accumulator may build a history of the conversation. Intelligent Hypothesis Builder **310** may use data in the Session Input Accumulator to supplement or infer additional information about a current utterance. For example, Intelligent Hypothesis Builder **310** may evaluate a degree of certainty based on a number of previous requests relevant to the current utter-

US 10,510,341 B1

17

ance. In another example, when the current utterance contains insufficient information to complete a request or task, data in the Session Input Accumulator may be used to infer missing information so that a hypothesis can be generated. In still another example, Intelligent Hypothesis Builder 310 may identify syntax and/or grammar to be used by Adaptive Response Builder 315 to formulate personalized and conversational response. In yet another example, when the current utterance contains a threshold amount of information needed to complete a request or task, data in the Session Input Accumulator may be relied upon to tune a degree of certainty.

According to another aspect of the invention, Intelligent Hypothesis Builder 310 may use long-term shared knowledge to generate one or more implicit hypotheses of a user's intent when an utterance is missing qualifiers or other information needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty. Using long-term knowledge may be substantially similar to using short-term shared knowledge, except that information may be unconstrained by a current session, and an input mechanism may include information from additional sources other than conversational sessions. For example, Intelligent Hypothesis Builder 310 may use information from long-term shared knowledge at any time, even when a new conversation is initiated, whereas short-term shared knowledge may be limited to an existing conversation (where no short-term shared knowledge would be available when a new conversation is initiated). Long-term shared knowledge may come from several sources, including user preferences or a plug-in data source (e.g., a subscription interface to a remote database), expertise of a user (e.g., based on a frequency of errors, types of tasks requested, etc., the user may be identified as a novice, intermediate, experienced, or other type of user), agent-specific information and/or language that may also apply to other agents (e.g., by decoupling information from an agent to incorporate the information into other agents), frequently used topics passed in from the Session Input Accumulator, frequently used verbs, nouns, or other parts of speech, and/or other syntax information passed in from the Session Input Accumulator, or other sources of long-term shared knowledge may be used.

According to another aspect of the invention, knowledge-enabled utterances, as generated by Intelligent Hypothesis Builder 310, may include one or more explicit (supplied by a user), and one or more implicit (supplied by Intelligent Hypothesis Builder 310) contextual signifiers, qualifiers, criteria, and other information that can be used to identify and evaluate relevant tasks. At that point, Intelligent Hypothesis Builder 310 may provide an input to Adaptive Response Builder 315. The input received by Adaptive Response Builder 315 may include at least a ranked list of hypotheses, including explicit and/or implicit hypotheses, each of which may have a corresponding degree of certainty. A hypothesis may be assigned one of four degrees of certainty: (1) "sure," where contextual signifiers and qualifiers relate to one task, context and qualifiers relate to one task, and a confidence level associated with a preliminary interpretation generated at the speech recognition engine exceeds a predetermined threshold; (2) "pretty sure," where contextual signifiers and qualifiers relate to more than one task (select top-ranked task) and criteria relates to one request, and/or the confidence level associated with the preliminary interpretation generated at the speech recognition engine is below the predetermined threshold; (3) "not sure," where additional contextual signifiers or qualifiers are

18

needed to indicate or rank a task; and (4) "no hypothesis," where little or no information can be deciphered. Each degree of certainty may further be classified as explicit or implicit, which may be used to adjust a response. The input received by Adaptive Response Builder 310 may also include a context, user syntax and/or grammar, context domain agent specific information and/or preferences (e.g., a travel context domain agent may know a user frequently requests information about France, which may be shared with a movie context domain agent so that responses may occasionally include French movies).

According to another aspect of the invention, Adaptive Response Builder 315 may build syntactically, grammatically, and contextually sensitive "intelligent responses" that can be used with one or more agents to generate a conversational experience for a user, while also guiding the user to reply in a manner favorable for recognition. In one implementation, the intelligent responses may include a verbal or audible reply played through an output device (e.g., a speaker), and/or an action performed by a device, computer, or machine (e.g., downloading a web page, showing a list, executing an application, etc.). In one implementation, an appropriate response may not require conversational adaptation, and default replies and/or randomly selected response sets for a given task may be used.

According to another aspect of the invention, Adaptive Response Builder 310 may draw on information maintained by Intelligence Hypothesis Builder 310 to generate responses that may be sensitive to context, task recognition of a current utterance, what a user already knows about a topic, what an application already knows about the topic, shared knowledge regarding user preferences and/or related topics, appropriate contextual word usage (e.g., jargon), words uttered by the user in recent utterances, conversational development and/or course correction, conversational tone, type of conversation, natural variation in wording of responses, or other information. As a result, Adaptive Response Builder 315 may generate intelligent responses that create conversational feel, adapt to information that accumulates over a duration of a conversation, maintain cross-modal awareness, and keep the conversation on course.

According to another aspect of the invention, Adaptive Response Builder 315 may create a conversational feel by adapting to a user's manner of speaking, framing responses appropriately, and having natural variation and/or personality (e.g., by varying tone, pace, timing, inflection, word use, jargon, and other variables in a verbal or audible response). Adapting to a user's manner of speaking may include using contextual signifiers and grammatical rules to generate one or more sentences for use as response sets that may cooperate with the user. By taking advantage of short-term (from the Session Input Accumulator) and long-term (from one or more profiles) shared knowledge about how a user utters a request, the responses may be modeled using techniques used to recognize requests. Adaptive Response Builder 315 may rate possible responses statistically and/or randomize responses, which creates an opportunity to build an exchange with natural variation and conversational feel. This may be a significant advantage over existing voice user interfaces with incongruous input and output, where the input is "conversational" and the output is "computerese." The following examples may demonstrate how a response may adapt to a user's input word choices and manner of speaking:

US 10,510,341 B1

19

| User | Do you know [mumbled words] Seattle [more mumbled words]? |
| Voice User Interface | Did you want Seattle sports scores, weather, traffic, or news? |

| User | Find me [mumbled words] Seattle [more mumbled words]? |
| Voice User Interface | I found Seattle, did you want sports scores, weather, traffic, or news? |

| User | Get me [mumbled words] Seattle [more mumbled words]? |
| Voice User Interface | I've got Seattle, did you want me to get sports scores, weather, traffic, or news? |

According to another aspect of the invention, Adaptive Response Builder **315** may frame responses to influence a user to reply with an utterance that may be easily recognized. For example, a user may utter, "Get me the news" and a voice user interface response may be "Which of these categories? Top news stories, international news, political news, or sports news?" The response may be likely to illicit utterances from the user, such as "Top news stories" or "International news," which are more likely to result in a completed request. Thus, the responses may conform to a cooperative nature of human dialog, and a natural human tendency to "parrot" what was just heard as part of a next utterance. Moreover, knowledge of current context may enhance responses to generate more meaningful conversational responses, such as in the following exchange:

| User | What's the weather like in Dallas? |
| Voice User Interface | In Dallas, it's sunny and 90 degrees. |
| User | What theaters are showing the movie "The Fantastic Four" there? |
| Voice User Interface | 10 theaters in Dallas are showing "The Fantastic Four." Do you want show times for a particular theater? |

Framing the responses may also deal with misrecognitions according to human models. For example, humans frequently remember a number of recent utterances, especially when one or more previous utterances were misrecognized or unrecognized. Another participant in the conversation may limit correction to a part of the utterance that was misrecognized or unrecognized, or over subsequent utterances and/or other interactions, clues may be provided to indicate the initial interpretation was incorrect. Thus, by storing and analyzing multiple utterances, utterances from earlier in a conversation may be corrected as the conversation progresses.

According to another aspect of the invention, Adaptive Response Builder **315** may generate multi-modal, or cross-modal, responses to a user. In one implementation, responses may be aware of and control one or more devices and/or interfaces, and users may respond by using whichever input method, or combination of input methods, is most convenient. For example, a response asking the user to direct an utterance with a "Yes" or "No" in a multi-modal environment may also display alternatives visually.

20

According to another aspect of the invention, Adaptive Response Builder **315** may correct a course of a conversation without interrupting conversational flow. Adaptive Response Builder **315** may generate intelligent responses based on the ranked list of hypotheses and corresponding degrees of certainty, which may be used to correct a course of a conversation without interrupting conversational flow. That is, even though the intelligent responses may be reasonably "sure," the intelligent responses may nonetheless sometimes be incorrect. While existing voice user interfaces tend to fail on average conversational missteps, normal human interactions may expect missteps and deal with them appropriately. Thus, responses after a misrecognition may be modeled after clarifications, rather than errors, and words may be chosen in subsequent responses that move conversation forward and establish an appropriate domain to be explored with the user. For example, course correction may result in the following exchange:

| User | Can you get [mumbled words here] Mariners [more mumbled words]? |
| Voice User Interface | I've got the score for the Mariners game? 4-2 Mariners. |
| User | No, the start time for tomorrow's game. |
| Voice User Interface | Oh, 7:05. |

The above disclosure has been described in terms of specific exemplary aspects, implementations, and embodiments of the invention. However, those skilled in the art will recognize various changes and modifications that may be made without departing from the scope and spirit of the invention. Therefore, the specification and drawings are to be regarded as exemplary only, and the scope of the invention is to be determined solely by the appended claims.

What is claimed is:

1. A computer-implemented method of facilitating natural language system responses utilizing accumulated short-term and long-term knowledge, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:

accumulating, by the computer system, short-term knowledge based on one or more natural language utterances received during a predetermined time period;

expiring, by the computer system, one or more items of short-term knowledge that are based on one or more natural language utterances received prior to the predetermined time period;

accumulating, by the computer system, long-term knowledge based on one or more natural language utterances received prior to the predetermined time period, wherein the long-term knowledge includes at least one of the one or more expired items of short-term knowledge;

receiving, at the computer system, a first natural language utterance via an input device;

determining, by the computer system, based on the short-term knowledge and the long-term knowledge, a first context for the first natural language utterance;

determining, by the computer system, based on the first context, an interpretation of the first natural language utterance; and

generating, by the computer system, a first response to the first natural language utterance based on the interpretation.

US 10,510,341 B1

21

2. The method of claim **1**, wherein the one or more natural language utterances received during the predetermined time period are related to a single conversation between a user and the computer system.

3. The method of claim **1**, wherein the long-term knowledge comprises one or more of user preferences, an indication of utilized domain agents, contexts of prior natural language utterances, requests of prior natural language utterances, and tasks performed in response to prior natural language utterances.

4. The method of claim **1**, the method further comprising:

receiving, by the computer system, a second natural language utterance in response to the first response;

identifying, by the computer system, one or more user preferences based on the second natural language utterance; and

updating, by the computer system, the long-term knowledge based on the identified user preferences.

5. The method of claim **1**, wherein the long-term knowledge is associated with a first user, the method further comprising:

generating, by the computer system, a profile associated with the first user based on the long-term knowledge, wherein the first context for the first natural language utterance is further determined based on the profile associated with the first user.

6. The method of claim **1**, the method further comprising:

generating, by the computer system, one or more of a user profile, an environmental profile, a historical profile, and/or a cognitive profile based on the long-term knowledge, wherein subsequent natural language utterances are processed based at least on the one or more of the user profile, the environmental profile, the historical profile, and the cognitive profile.

7. The method of claim **1**, the method further comprising:

receiving, by the computer system, information from a remote data source, wherein the long-term knowledge is based further on the information obtained from the remote data source.

8. The method of claim **1**, wherein determining the interpretation of the first natural language utterance comprises:

determining, by the computer system, an interpretation of one or more recognized words of the first natural language utterance based on the first context.

9. The method of claim **1**, the method further comprising:

causing, by the computer system, the response to the first natural language utterance to be provided to a user.

10. A system for facilitating natural language system responses utilizing accumulated short-term and long-term knowledge, the system comprising:

one or more physical processors programmed with one or more computer program instructions which, when executed, configure the one or more physical processors to:

accumulate short-term knowledge based on one or more natural language utterances received during a predetermined time period;

expire one or more items of short-term knowledge that are based on one or more natural language utterances received prior to the predetermined time period;

accumulate long-term knowledge based on one or more natural language utterances received prior to the predetermined time period, wherein the long-term

22

knowledge includes at least one of the one or more expired items of short-term knowledge;

receive a first natural language utterance via an input device;

determine a first context for the first natural language utterance based on the short-term knowledge and the long-term knowledge;

determine an interpretation of the first natural language utterance based on the first context; and

generate a first response to the first natural language utterance based on the interpretation.

11. The system of claim **10**, wherein the one or more natural language utterances received during the predetermined time period are related to a single conversation between a user and the computer system.

12. The system of claim **10**, wherein the long-term knowledge comprises one or more of user preferences, an indication of utilized domain agents, contexts of prior natural language utterances, requests of prior natural language utterances, and tasks performed in response to prior natural language utterances.

13. The system of claim **10**, wherein the one or more physical processors are further configured to:

receive a second natural language utterance in response to the first response;

identify one or more user preferences based on the second natural language utterance; and

update the long-term knowledge based on the identified user preferences.

14. The system of claim **10**, wherein the long-term knowledge is associated with a first user, and wherein the one or more physical processors are further configured to:

generate a profile associated with the first user based on the long-term knowledge, wherein the first context for the first natural language utterance is further determined based on the profile associated with the first user.

15. The system of claim **10**, wherein the one or more physical processors are further configured to:

generate one or more of a user profile, an environmental profile, a historical profile, and/or a cognitive profile based on the long-term knowledge, wherein subsequent natural language utterances are processed based at least on the one or more of the user profile, the environmental profile, the historical profile, and the cognitive profile.

16. The system of claim **10**, wherein the one or more physical processors are further configured to:

receive information from a remote data source, wherein the long-term knowledge is based further on the information obtained from the remote data source.

17. The system of claim **10**, wherein to determine the interpretation of the first natural language utterance, the one or more physical processors are configured to:

determine an interpretation of one or more recognized words of the first natural language utterance based on the first context.

18. The system of claim **10**, wherein the one or more physical processors are further configured to:

cause the response to the first natural language utterance to be provided to a user.

* * * * *

# EXHIBIT E

US010755699B2

(12) **United States Patent**
Baldwin et al.

(10) **Patent No.:** US 10,755,699 B2
(45) **Date of Patent:** Aug. 25, 2020

(54) **SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE**

(71) Applicant: **VB Assets, LLC**, Bellevue, WA (US)

(72) Inventors: **Larry Baldwin**, Maple Valley, WA (US); **Tom Freeman**, Mercer Island, WA (US); **Michael Tjalve**, Bellevue, WA (US); **Blane Ebersold**, Seattle, WA (US); **Chris Weider**, Seattle, WA (US)

(73) Assignee: **VB Assets, LLC**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/417,178**

(22) Filed: **May 20, 2019**

(65) **Prior Publication Data**

US 2019/0272823 A1 Sep. 5, 2019

**Related U.S. Application Data**

(60) Division of application No. 14/691,445, filed on Apr. 20, 2015, now Pat. No. 10,297,249, which is a
(Continued)

(51) **Int. Cl.**
*G10L 15/18* (2013.01)
*G10L 25/51* (2013.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. *G10L 15/18* (2013.01); *G06F 3/167* (2013.01); *G06F 40/30* (2020.01);
(Continued)

(58) **Field of Classification Search**
CPC ............. G10L 15/1815; G10L 15/1822; G10L 15/183; G10L 15/22; G10L 2015/225;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,430,669 A | 2/1984 | Cheung | |
| 4,821,027 A | 4/1989 | Mallory | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 1433554 A | 7/2003 | |
| CN | 1860496 A | 11/2006 | |

(Continued)

OTHER PUBLICATIONS

"Statement in Accordance with the Notice from the European Patent Office" dated Oct. 1, 2007 Concerning Business Methods (OJ EPO Nov. 2007, 592-593), XP002456252.

(Continued)

*Primary Examiner* — Eric Yen

(74) *Attorney, Agent, or Firm* — Sheppard Mullin Richter & Hampton LLP

(57) **ABSTRACT**

A cooperative conversational voice user interface is provided. The cooperative conversational voice user interface may build upon short-term and long-term shared knowledge to generate one or more explicit and/or implicit hypotheses about an intent of a user utterance. The hypotheses may be ranked based on varying degrees of certainty, and an adaptive response may be generated for the user. Responses may be worded based on the degrees of certainty and to frame an appropriate domain for a subsequent utterance. In one implementation, misrecognitions may be tolerated, and conversational course may be corrected based on subsequent utterances and/or responses.

**22 Claims, 3 Drawing Sheets**



## US 10,755,699 B2

Page 2

### Related U.S. Application Data

continuation of application No. 13/987,645, filed on Aug. 19, 2013, now Pat. No. 9,015,049, which is a division of application No. 13/251,712, filed on Oct. 3, 2011, now Pat. No. 8,515,765, which is a continuation of application No. 11/580,926, filed on Oct. 16, 2006, now Pat. No. 8,073,681.

(51) **Int. Cl.**

| | |
|---|---|
| *G10L 15/22* | (2006.01) |
| *G06F 40/30* | (2020.01) |
| *G10L 25/63* | (2013.01) |
| *G06F 3/16* | (2006.01) |
| *G10L 17/22* | (2013.01) |
| *G10L 21/0216* | (2013.01) |
| *G10L 15/183* | (2013.01) |
| *G10L 15/06* | (2013.01) |

(52) **U.S. Cl.**

CPC ...... *G10L 15/1815* (2013.01); *G10L 15/1822* (2013.01); *G10L 15/22* (2013.01); *G10L 17/22* (2013.01); *G10L 25/51* (2013.01); *G10L 25/63* (2013.01); *G10L 15/183* (2013.01); *G10L 2015/0631* (2013.01); *G10L 2015/225* (2013.01); *G10L 2015/228* (2013.01); *G10L 2021/02166* (2013.01)

(58) **Field of Classification Search**

CPC ..... G10L 2015/228; G10L 2021/02166; G10L 25/51

See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,829,423 | A | 5/1989 | Tennant |
| 4,887,212 | A | 12/1989 | Zamora |
| 4,910,784 | A | 3/1990 | Doddington |
| 5,027,406 | A | 6/1991 | Roberts |
| 5,155,743 | A | 10/1992 | Jacobs |
| 5,164,904 | A | 11/1992 | Sumner |
| 5,208,748 | A | 5/1993 | Flores |
| 5,265,065 | A | 11/1993 | Turtle |
| 5,274,560 | A | 12/1993 | LaRue |
| 5,331,554 | A | 7/1994 | Graham |
| 5,357,596 | A | 10/1994 | Takebayashi |
| 5,369,575 | A | 11/1994 | Lamberti |
| 5,377,350 | A | 12/1994 | Skinner |
| 5,386,556 | A | 1/1995 | Hedin |
| 5,424,947 | A | 6/1995 | Nagao |
| 5,471,318 | A | 11/1995 | Ahuja |
| 5,475,733 | A | 12/1995 | Eisdorfer |
| 5,479,563 | A | 12/1995 | Yamaguchi |
| 5,488,652 | A | 1/1996 | Bielby |
| 5,499,289 | A | 3/1996 | Bruno |
| 5,500,920 | A | 3/1996 | Kupiec |
| 5,517,560 | A | 5/1996 | Greenspan |
| 5,533,108 | A | 7/1996 | Harris |
| 5,537,436 | A | 7/1996 | Bottoms |
| 5,539,744 | A | 7/1996 | Chu |
| 5,557,667 | A | 9/1996 | Bruno |
| 5,559,864 | A | 9/1996 | Kennedy, Jr. |
| 5,563,937 | A | 10/1996 | Bruno |
| 5,577,165 | A | 11/1996 | Takebayashi |
| 5,590,039 | A | 12/1996 | Ikeda |
| 5,608,635 | A | 3/1997 | Tamai |
| 5,615,296 | A | 3/1997 | Stanford |
| 5,617,407 | A | 4/1997 | Bareis |
| 5,633,922 | A | 5/1997 | August |
| 5,634,086 | A | 5/1997 | Rtischev |
| 5,652,570 | A | 7/1997 | Lepkofker |
| 5,675,629 | A | 10/1997 | Raffel |
| 5,696,965 | A | 12/1997 | Dedrick |

| | | | | | |
|---|---|---|---|---|---|
| 5,708,422 | A | | 1/1998 | Blonder | |
| 5,721,938 | A | | 2/1998 | Stuckey | |
| 5,722,084 | A | | 2/1998 | Chakrin | |
| 5,740,256 | A | | 4/1998 | CastelloDaCosta | |
| 5,742,763 | A | | 4/1998 | Jones | |
| 5,748,841 | A | * | 5/1998 | Morin | G06F 3/16 704/257 |
| 5,748,974 | A | | 5/1998 | Johnson | |
| 5,752,052 | A | | 5/1998 | Richardson | |
| 5,754,784 | A | | 5/1998 | Garland | |
| 5,761,631 | A | | 6/1998 | Nasukawa | |
| 5,774,841 | A | | 6/1998 | Salazar | |
| 5,774,859 | A | | 6/1998 | Houser | |
| 5,794,050 | A | | 8/1998 | Dahlgren | |
| 5,794,196 | A | | 8/1998 | Yegnanarayanan | |
| 5,797,112 | A | | 8/1998 | Komatsu | |
| 5,799,276 | A | | 8/1998 | Komissarchik | |
| 5,802,510 | A | | 9/1998 | Jones | |
| 5,829,000 | A | | 10/1998 | Huang | |
| 5,832,221 | A | | 11/1998 | Jones | |
| 5,839,107 | A | | 11/1998 | Gupta | |
| 5,848,396 | A | | 12/1998 | Gerace | |
| 5,855,000 | A | | 12/1998 | Waibel | |
| 5,860,059 | A | | 1/1999 | Aust | |
| 5,867,817 | A | | 2/1999 | Catallo | |
| 5,878,385 | A | | 3/1999 | Bralich | |
| 5,878,386 | A | | 3/1999 | Coughlin | |
| 5,892,813 | A | | 4/1999 | Morin | |
| 5,892,900 | A | | 4/1999 | Ginter | |
| 5,895,464 | A | | 4/1999 | Bhandari | |
| 5,895,466 | A | | 4/1999 | Goldberg | |
| 5,897,613 | A | | 4/1999 | Chan | |
| 5,898,760 | A | | 4/1999 | Smets | |
| 5,899,991 | A | | 5/1999 | Karch | |
| 5,902,347 | A | | 5/1999 | Backman | |
| 5,911,120 | A | | 6/1999 | Jarett | |
| 5,918,222 | A | | 6/1999 | Fukui | |
| 5,926,784 | A | | 7/1999 | Richardson | |
| 5,933,822 | A | | 8/1999 | Braden-Harder | |
| 5,950,167 | A | | 9/1999 | Yaker | |
| 5,953,393 | A | | 9/1999 | Culbreth | |
| 5,960,384 | A | | 9/1999 | Brash | |
| 5,960,397 | A | | 9/1999 | Rahim | |
| 5,960,399 | A | | 9/1999 | Barclay | |
| 5,960,447 | A | | 9/1999 | Holt | |
| 5,963,894 | A | | 10/1999 | Richardson | |
| 5,963,940 | A | | 10/1999 | Liddy | |
| 5,982,906 | A | | 11/1999 | Ono | |
| 5,983,190 | A | | 11/1999 | Trower | |
| 5,987,404 | A | | 11/1999 | DellaPietra | |
| 5,991,721 | A | | 11/1999 | Asano | |
| 5,995,119 | A | | 11/1999 | Cosatto | |
| 5,995,928 | A | | 11/1999 | Nguyen | |
| 5,995,943 | A | | 11/1999 | Bull | |
| 6,009,382 | A | | 12/1999 | Martino | |
| 6,014,559 | A | | 1/2000 | Amin | |
| 6,018,708 | A | | 1/2000 | Dahan | |
| 6,021,384 | A | | 2/2000 | Gorin | |
| 6,028,514 | A | | 2/2000 | Lemelson | |
| 6,035,267 | A | | 3/2000 | Watanabe | |
| 6,044,347 | A | | 3/2000 | Abella | |
| 6,049,602 | A | | 4/2000 | Foladare | |
| 6,049,607 | A | | 4/2000 | Marash | |
| 6,058,187 | A | | 5/2000 | Chen | |
| 6,067,513 | A | | 5/2000 | Ishimitsu | |
| 6,073,098 | A | | 6/2000 | Buchsbaum | |
| 6,076,057 | A | | 6/2000 | Narayanan | |
| 6,076,059 | A | | 6/2000 | Glickman | |
| 6,078,886 | A | | 6/2000 | Dragosh | |
| 6,081,774 | A | | 6/2000 | deHita | |
| 6,081,779 | A | * | 6/2000 | Besling | G10L 15/065 704/240 |
| 6,085,186 | A | | 7/2000 | Christianson | |
| 6,101,241 | A | | 8/2000 | Boyce | |
| 6,108,631 | A | | 8/2000 | Ruhl | |
| 6,119,087 | A | | 9/2000 | Kuhn | |
| 6,119,101 | A | | 9/2000 | Peckover | |
| 6,122,613 | A | | 9/2000 | Baker | |
| 6,134,235 | A | | 10/2000 | Goldman | |

**US 10,755,699 B2**

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,144,667 | A | 11/2000 | Doshi |
| 6,144,938 | A | 11/2000 | Surace |
| 6,154,526 | A | 11/2000 | Dahlke |
| 6,160,883 | A | 12/2000 | Jackson |
| 6,167,377 | A | 12/2000 | Gillick |
| 6,173,266 | B1 | 1/2001 | Marx |
| 6,173,279 | B1 | 1/2001 | Levin |
| 6,175,858 | B1 | 1/2001 | Bulfer |
| 6,185,535 | B1 | 2/2001 | Hedin |
| 6,188,982 | B1 | 2/2001 | Chiang |
| 6,192,110 | B1 | 2/2001 | Abella |
| 6,192,338 | B1 | 2/2001 | Haszto |
| 6,195,634 | B1 | 2/2001 | Dudemaine |
| 6,195,651 | B1 | 2/2001 | Handel |
| 6,199,043 | B1 | 3/2001 | Happ |
| 6,208,964 | B1 | 3/2001 | Sabourin |
| 6,208,972 | B1 | 3/2001 | Grant |
| 6,219,346 | B1 | 4/2001 | Maxemchuk |
| 6,219,643 | B1 | 4/2001 | Cohen |
| 6,219,645 | B1 | 4/2001 | Byers |
| 6,226,612 | B1 | 5/2001 | Srenger |
| 6,233,556 | B1 | 5/2001 | Teunen |
| 6,233,559 | B1 | 5/2001 | Balakrishnan |
| 6,233,561 | B1 | 5/2001 | Junqua |
| 6,236,968 | B1 | 5/2001 | Kanevsky |
| 6,243,679 | B1 | 6/2001 | Mohri |
| 6,246,981 | B1 | 6/2001 | Papineni |
| 6,246,990 | B1 | 6/2001 | Happ |
| 6,266,636 | B1 | 7/2001 | Kosaka |
| 6,269,336 | B1 | 7/2001 | Ladd |
| 6,272,455 | B1 | 8/2001 | Hoshen |
| 6,272,461 | B1 | 8/2001 | Meredith |
| 6,275,231 | B1 | 8/2001 | Obradovich |
| 6,278,377 | B1 | 8/2001 | DeLine |
| 6,278,968 | B1 | 8/2001 | Franz |
| 6,286,002 | B1 | 9/2001 | Axaopoulos |
| 6,288,319 | B1 | 9/2001 | Catona |
| 6,292,767 | B1 | 9/2001 | Jackson |
| 6,301,560 | B1 | 10/2001 | Masters |
| 6,308,151 | B1 | 10/2001 | Smith |
| 6,311,159 | B1 | 10/2001 | VanTichelen |
| 6,314,402 | B1 | 11/2001 | Monaco |
| 6,321,196 | B1 | 11/2001 | Franceschi |
| 6,356,869 | B1 | 3/2002 | Chapados |
| 6,362,748 | B1 | 3/2002 | Huang |
| 6,366,882 | B1 | 4/2002 | Bijl |
| 6,366,886 | B1 | 4/2002 | Dragosh |
| 6,374,214 | B1 | 4/2002 | Friedland |
| 6,374,226 | B1 | 4/2002 | Hunt |
| 6,377,913 | B1 | 4/2002 | Coffman |
| 6,377,919 | B1 | 4/2002 | Burnett |
| 6,381,535 | B1 | 4/2002 | Durocher |
| 6,385,596 | B1 | 5/2002 | Wiser |
| 6,385,646 | B1 | 5/2002 | Brown |
| 6,389,398 | B1 | 5/2002 | Lustgarten |
| 6,393,403 | B1 | 5/2002 | Majaniemi |
| 6,393,428 | B1 | 5/2002 | Miller |
| 6,397,181 | B1 | 5/2002 | Li |
| 6,404,878 | B1 | 6/2002 | Jackson |
| 6,405,170 | B1 | 6/2002 | Phillips |
| 6,408,272 | B1 | 6/2002 | White |
| 6,411,810 | B1 | 6/2002 | Maxemchuk |
| 6,411,893 | B2 | 6/2002 | Ruhl |
| 6,415,257 | B1 | 7/2002 | Junqua |
| 6,418,210 | B1 | 7/2002 | Sayko |
| 6,420,975 | B1 | 7/2002 | DeLine |
| 6,429,813 | B2 | 8/2002 | Feigen |
| 6,430,285 | B1 | 8/2002 | Bauer |
| 6,430,531 | B1 | 8/2002 | Polish |
| 6,434,523 | B1 | 8/2002 | Monaco |
| 6,434,524 | B1 | 8/2002 | Weber |
| 6,434,529 | B1 | 8/2002 | Walker |
| 6,442,522 | B1 | 8/2002 | Carberry |
| 6,446,114 | B1 | 9/2002 | Bulfer |
| 6,453,153 | B1 | 9/2002 | Bowker |
| 6,453,292 | B2 | 9/2002 | Ramaswamy |
| 6,456,711 | B1 | 9/2002 | Cheung |
| 6,456,974 | B1 | 9/2002 | Baker |
| 6,466,654 | B1 | 10/2002 | Cooper |
| 6,466,899 | B1 | 10/2002 | Yano |
| 6,470,315 | B1 | 10/2002 | Netsch |
| 6,487,494 | B2 | 11/2002 | Odinak |
| 6,487,495 | B1 | 11/2002 | Gale |
| 6,498,797 | B1 | 12/2002 | Anerousis |
| 6,499,013 | B1 | 12/2002 | Weber |
| 6,501,833 | B2 | 12/2002 | Phillips |
| 6,501,834 | B1 | 12/2002 | Milewski |
| 6,505,155 | B1 | 1/2003 | Vanbuskirk |
| 6,510,417 | B1 | 1/2003 | Woods |
| 6,513,006 | B2 | 1/2003 | Howard |
| 6,522,746 | B1 | 2/2003 | Marchok |
| 6,523,061 | B1 | 2/2003 | Halverson |
| 6,532,444 | B1 | 3/2003 | Weber |
| 6,539,348 | B1 | 3/2003 | Bond |
| 6,549,629 | B2 | 4/2003 | Finn |
| 6,553,372 | B1 | 4/2003 | Brassell |
| 6,556,970 | B1 | 4/2003 | Sasaki |
| 6,556,973 | B1 | 4/2003 | Lewin |
| 6,560,576 | B1 | 5/2003 | Cohen |
| 6,560,590 | B1 | 5/2003 | Shwe |
| 6,567,778 | B1 | 5/2003 | ChaoChang |
| 6,567,797 | B1 | 5/2003 | Schuetze |
| 6,567,805 | B1 | 5/2003 | Johnson |
| 6,570,555 | B1 | 5/2003 | Prevost |
| 6,570,964 | B1 | 5/2003 | Murveit |
| 6,571,279 | B1 | 5/2003 | Herz |
| 6,574,597 | B1 | 6/2003 | Mohri |
| 6,574,624 | B1 | 6/2003 | Johnson |
| 6,578,022 | B1 | 6/2003 | Foulger |
| 6,581,103 | B1 | 6/2003 | Dengler |
| 6,584,439 | B1 | 6/2003 | Geilhufe |
| 6,587,858 | B1 | 7/2003 | Strazza |
| 6,591,185 | B1 | 7/2003 | Polidi |
| 6,591,239 | B1 | 7/2003 | McCall |
| 6,594,257 | B1 | 7/2003 | Doshi |
| 6,594,367 | B1 | 7/2003 | Marash |
| 6,598,018 | B1 | 7/2003 | Junqua |
| 6,601,026 | B2 | 7/2003 | Appelt |
| 6,601,029 | B1 | 7/2003 | Pickering |
| 6,604,075 | B1 | 8/2003 | Brown |
| 6,604,077 | B2 | 8/2003 | Dragosh |
| 6,606,598 | B1 | 8/2003 | Holthouse |
| 6,611,692 | B2 | 8/2003 | Raffel |
| 6,614,773 | B1 | 9/2003 | Maxemchuk |
| 6,615,172 | B1 | 9/2003 | Bennett |
| 6,622,119 | B1 | 9/2003 | Ramaswamy |
| 6,629,066 | B1 | 9/2003 | Jackson |
| 6,631,346 | B1 | 10/2003 | Karaorman |
| 6,631,351 | B1 | 10/2003 | Ramachandran |
| 6,633,846 | B1 | 10/2003 | Bennett |
| 6,636,790 | B1 | 10/2003 | Lightner |
| 6,643,620 | B1 | 11/2003 | Contolini |
| 6,647,363 | B2 | 11/2003 | Claassen |
| 6,650,747 | B1 | 11/2003 | Bala |
| 6,658,388 | B1 * | 12/2003 | Kleindienst ............. G10L 15/22 704/270 |
| 6,678,680 | B1 | 1/2004 | Woo |
| 6,681,206 | B1 | 1/2004 | Gorin |
| 6,691,151 | B1 | 2/2004 | Cheyer |
| 6,701,294 | B1 | 3/2004 | Ball |
| 6,704,396 | B2 | 3/2004 | Parolkar |
| 6,704,576 | B1 | 3/2004 | Brachman |
| 6,704,708 | B1 | 3/2004 | Pickering |
| 6,707,421 | B1 | 3/2004 | Drury |
| 6,708,150 | B1 | 3/2004 | Hirayama |
| 6,721,001 | B1 | 4/2004 | Berstis |
| 6,721,633 | B1 | 4/2004 | Funk |
| 6,721,706 | B1 | 4/2004 | Strubbe |
| 6,726,636 | B2 | 4/2004 | DerGhazarian |
| 6,732,088 | B1 | 5/2004 | Glance |
| 6,735,592 | B1 | 5/2004 | Neumann |
| 6,739,556 | B1 | 5/2004 | Langston |
| 6,741,931 | B1 | 5/2004 | Kohut |
| 6,742,021 | B1 | 5/2004 | Halverson |

## US 10,755,699 B2

Page 4

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,745,161 | B1 | 6/2004 | Arnold |
| 6,751,591 | B1 | 6/2004 | Gorin |
| 6,751,612 | B1 | 6/2004 | Schuetze |
| 6,754,485 | B1 | 6/2004 | Obradovich |
| 6,754,627 | B2 | 6/2004 | Woodward |
| 6,754,647 | B1 | 6/2004 | Tackett |
| 6,757,544 | B2 | 6/2004 | Rangarajan |
| 6,757,718 | B1 | 6/2004 | Halverson |
| 6,785,651 | B1 | 8/2004 | Wang |
| 6,795,808 | B1 | 9/2004 | Strubbe |
| 6,801,604 | B2 | 10/2004 | Maes |
| 6,801,893 | B1 | 10/2004 | Backfried |
| 6,804,330 | B1 | 10/2004 | Jones |
| 6,810,375 | B1 | 10/2004 | Ejerhed |
| 6,813,341 | B1 | 11/2004 | Mahoney |
| 6,816,830 | B1 | 11/2004 | Kempe |
| 6,823,308 | B2 | 11/2004 | Keiller |
| 6,829,603 | B1 | 12/2004 | Chai |
| 6,832,230 | B1 | 12/2004 | Zilliacus |
| 6,833,848 | B1 | 12/2004 | Wolff |
| 6,850,603 | B1 | 2/2005 | Eberle |
| 6,856,990 | B2 | 2/2005 | Barile |
| 6,865,481 | B2 | 3/2005 | Kawazoe |
| 6,868,380 | B2 | 3/2005 | Kroeker |
| 6,868,385 | B1 | 3/2005 | Gerson |
| 6,871,179 | B1 | 3/2005 | Kist |
| 6,873,837 | B1 | 3/2005 | Yoshioka |
| 6,877,001 | B2 | 4/2005 | Wolf |
| 6,877,134 | B1 | 4/2005 | Fuller |
| 6,882,970 | B1 | 4/2005 | Garner |
| 6,901,366 | B1 | 5/2005 | Kuhn |
| 6,910,003 | B1 | 6/2005 | Arnold |
| 6,912,498 | B2 | 6/2005 | Stevens |
| 6,915,126 | B2 | 7/2005 | Mazzara, Jr. |
| 6,928,614 | B1 | 8/2005 | Everhart |
| 6,934,756 | B2 | 8/2005 | Maes |
| 6,937,977 | B2 | 8/2005 | Gerson |
| 6,937,982 | B2 | 8/2005 | Kitaoka |
| 6,941,266 | B1 | 9/2005 | Gorin |
| 6,944,594 | B2 | 9/2005 | Busayapongchai |
| 6,950,821 | B2 | 9/2005 | Faybishenko |
| 6,954,755 | B2 | 10/2005 | Reisman |
| 6,959,276 | B2 | 10/2005 | Droppo |
| 6,961,700 | B2 | 11/2005 | Mitchell |
| 6,963,759 | B1 | 11/2005 | Gerson |
| 6,964,023 | B2 | 11/2005 | Maes |
| 6,968,311 | B2 | 11/2005 | Knockeart |
| 6,973,387 | B2 | 12/2005 | Masclet |
| 6,975,983 | B1 | 12/2005 | Fortescue |
| 6,975,993 | B1 | 12/2005 | Keiller |
| 6,980,092 | B2 | 12/2005 | Turnbull |
| 6,983,055 | B2 | 1/2006 | Luo |
| 6,990,513 | B2 | 1/2006 | Belfiore |
| 6,996,531 | B2 | 2/2006 | Korall |
| 7,003,463 | B1 | 2/2006 | Maes |
| 7,016,849 | B2 | 3/2006 | Arnold |
| 7,020,609 | B2 | 3/2006 | Thrift |
| 7,024,364 | B2 | 4/2006 | Guerra |
| 7,027,586 | B2 | 4/2006 | Bushey |
| 7,027,974 | B1 | 4/2006 | Busch |
| 7,027,975 | B1 | 4/2006 | Pazandak |
| 7,031,908 | B1 | 4/2006 | Huang |
| 7,035,415 | B2 | 4/2006 | Belt |
| 7,036,128 | B1 | 4/2006 | Julia |
| 7,043,425 | B2 | 5/2006 | Pao |
| 7,054,817 | B2 | 5/2006 | Shao |
| 7,058,890 | B2 | 6/2006 | George |
| 7,062,488 | B1 | 6/2006 | Reisman |
| 7,069,220 | B2 | 6/2006 | Coffman |
| 7,072,834 | B2 | 7/2006 | Zhou |
| 7,072,888 | B1 * | 7/2006 | Perkins ............... G06F 16/9535 |
| | | | 707/733 |
| 7,076,362 | B2 | 7/2006 | Ohtsuji |
| 7,082,469 | B2 | 7/2006 | Gold |
| 7,085,708 | B2 | 8/2006 | Manson |
| 7,092,928 | B1 | 8/2006 | Elad |
| 7,107,210 | B2 | 9/2006 | Deng |
| 7,107,218 | B1 | 9/2006 | Preston |
| 7,110,951 | B1 | 9/2006 | Lemelson |
| 7,127,395 | B1 | 10/2006 | Gorin |
| 7,127,400 | B2 | 10/2006 | Koch |
| 7,130,390 | B2 | 10/2006 | Abburi |
| 7,136,875 | B2 | 11/2006 | Anderson |
| 7,137,126 | B1 | 11/2006 | Coffman |
| 7,143,037 | B1 | 11/2006 | Chestnut |
| 7,143,039 | B1 | 11/2006 | Stifelman |
| 7,146,315 | B2 | 12/2006 | Balan |
| 7,146,319 | B2 | 12/2006 | Hunt |
| 7,149,696 | B2 | 12/2006 | Shimizu |
| 7,165,028 | B2 | 1/2007 | Gong |
| 7,170,993 | B2 | 1/2007 | Anderson |
| 7,171,291 | B2 | 1/2007 | Obradovich |
| 7,174,300 | B2 | 2/2007 | Bush |
| 7,177,798 | B2 | 2/2007 | Hsu |
| 7,184,957 | B2 | 2/2007 | Brookes |
| 7,190,770 | B2 | 3/2007 | Ando |
| 7,197,069 | B2 | 3/2007 | Agazzi |
| 7,197,460 | B1 | 3/2007 | Gupta |
| 7,203,644 | B2 | 4/2007 | Anderson |
| 7,206,418 | B2 | 4/2007 | Yang |
| 7,207,011 | B2 | 4/2007 | Mulvey |
| 7,215,941 | B2 | 5/2007 | Beckmann |
| 7,228,276 | B2 | 6/2007 | Omote |
| 7,231,343 | B1 | 6/2007 | Treadgold |
| 7,236,923 | B1 | 6/2007 | Gupta |
| 7,254,482 | B2 | 8/2007 | Kawasaki |
| 7,272,212 | B2 | 9/2007 | Eberle |
| 7,277,854 | B2 | 10/2007 | Bennett |
| 7,283,829 | B2 | 10/2007 | Christenson |
| 7,283,951 | B2 | 10/2007 | Marchisio |
| 7,289,606 | B2 | 10/2007 | Sibal |
| 7,299,186 | B2 | 11/2007 | Kuzunuki |
| 7,301,093 | B2 | 11/2007 | Sater |
| 7,305,381 | B1 | 12/2007 | Poppink |
| 7,321,850 | B2 | 1/2008 | Wakita |
| 7,328,155 | B2 | 2/2008 | Endo |
| 7,337,116 | B2 | 2/2008 | Charlesworth |
| 7,340,040 | B1 | 3/2008 | Saylor |
| 7,366,285 | B2 | 4/2008 | Parolkar |
| 7,366,669 | B2 | 4/2008 | Nishitani |
| 7,376,645 | B2 | 5/2008 | Bernard |
| 7,380,250 | B2 | 5/2008 | Schechter |
| 7,386,443 | B1 | 6/2008 | Parthasarathy |
| 7,398,209 | B2 | 7/2008 | Kennewick |
| 7,406,421 | B2 | 7/2008 | Odinak |
| 7,415,100 | B2 | 8/2008 | Cooper |
| 7,415,414 | B2 | 8/2008 | Azara |
| 7,421,393 | B1 | 9/2008 | DiFabbrizio |
| 7,424,431 | B2 | 9/2008 | Greene |
| 7,447,635 | B1 | 11/2008 | Konopka |
| 7,451,088 | B1 | 11/2008 | Ehlen |
| 7,454,368 | B2 | 11/2008 | Stillman |
| 7,454,608 | B2 | 11/2008 | Gopalakrishnan |
| 7,461,059 | B2 | 12/2008 | Richardson |
| 7,472,020 | B2 | 12/2008 | Brulle-Drews |
| 7,472,060 | B1 | 12/2008 | Gorin |
| 7,472,075 | B2 | 12/2008 | Odinak |
| 7,477,909 | B2 | 1/2009 | Roth |
| 7,478,036 | B2 | 1/2009 | Shen |
| 7,487,088 | B1 | 2/2009 | Gorin |
| 7,487,110 | B2 | 2/2009 | Bennett |
| 7,493,259 | B2 | 2/2009 | Jones |
| 7,493,559 | B1 | 2/2009 | Wolff |
| 7,502,672 | B1 | 3/2009 | Kolls |
| 7,502,730 | B2 | 3/2009 | Wang |
| 7,502,738 | B2 | 3/2009 | Kennewick |
| 7,512,906 | B1 | 3/2009 | Baier |
| 7,516,076 | B2 | 4/2009 | Walker |
| 7,529,675 | B2 | 5/2009 | Maes |
| 7,536,297 | B2 | 5/2009 | Byrd |
| 7,536,374 | B2 | 5/2009 | Au |
| 7,542,894 | B2 | 6/2009 | Murata |
| 7,546,382 | B2 | 6/2009 | Healey |
| 7,548,491 | B2 | 6/2009 | Macfarlane |

US 10,755,699 B2

Page 5

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,552,054 | B1 | 6/2009 | Stifelman |
| 7,558,730 | B2 | 7/2009 | Davis |
| 7,574,362 | B2 | 8/2009 | Walker |
| 7,577,244 | B2 | 8/2009 | Taschereau |
| 7,606,708 | B2 | 10/2009 | Hwang |
| 7,606,712 | B1 | 10/2009 | Smith |
| 7,620,549 | B2 | 11/2009 | DiCristo |
| 7,634,409 | B2 | 12/2009 | Kennewick |
| 7,640,006 | B2 | 12/2009 | Portman |
| 7,640,160 | B2 | 12/2009 | DiCristo |
| 7,640,272 | B2 | 12/2009 | Mahajan |
| 7,672,931 | B2 | 3/2010 | Hurst-Hiller |
| 7,676,365 | B2 | 3/2010 | Hwang |
| 7,676,369 | B2 | 3/2010 | Fujimoto |
| 7,684,977 | B2 | 3/2010 | Morikawa |
| 7,693,720 | B2 | 4/2010 | Kennewick |
| 7,697,673 | B2 | 4/2010 | Chiu |
| 7,706,616 | B2 | 4/2010 | Kristensson |
| 7,729,913 | B1 | 6/2010 | Lee |
| 7,729,916 | B2 | 6/2010 | Coffman |
| 7,729,918 | B2 | 6/2010 | Walker |
| 7,729,920 | B2 | 6/2010 | Chaar |
| 7,734,287 | B2 | 6/2010 | Ying |
| 7,748,021 | B2 | 6/2010 | Obradovich |
| 7,788,084 | B2 | 8/2010 | Brun |
| 7,792,257 | B1 | 9/2010 | Vanier |
| 7,801,731 | B2 | 9/2010 | Odinak |
| 7,809,570 | B2 | 10/2010 | Kennewick |
| 7,818,176 | B2 | 10/2010 | Freeman |
| 7,831,426 | B2 | 11/2010 | Bennett |
| 7,831,433 | B1 | 11/2010 | Belvin |
| 7,856,358 | B2 | 12/2010 | Ho |
| 7,873,519 | B2 | 1/2011 | Bennett |
| 7,873,523 | B2 | 1/2011 | Potter |
| 7,873,654 | B2 | 1/2011 | Bernard |
| 7,881,936 | B2 | 2/2011 | Longe |
| 7,890,324 | B2 | 2/2011 | Bangalore |
| 7,894,849 | B2 | 2/2011 | Kass |
| 7,902,969 | B2 | 3/2011 | Obradovich |
| 7,917,367 | B2 | 3/2011 | DiCristo |
| 7,920,682 | B2 | 4/2011 | Byrne |
| 7,949,529 | B2 | 5/2011 | Weider |
| 7,949,537 | B2 | 5/2011 | Walker |
| 7,953,732 | B2 | 5/2011 | Frank |
| 7,974,875 | B1 | 7/2011 | Quilici |
| 7,983,917 | B2 | 7/2011 | Kennewick |
| 7,984,287 | B2 | 7/2011 | Gopalakrishnan |
| 8,005,683 | B2 | 8/2011 | Tessel |
| 8,015,006 | B2 | 9/2011 | Kennewick |
| 8,024,186 | B1 | 9/2011 | De Bonet |
| 8,027,965 | B2 | 9/2011 | Takehara |
| 8,032,383 | B1 | 10/2011 | Bhardwaj |
| 8,060,367 | B2 | 11/2011 | Keaveney |
| 8,069,046 | B2 | 11/2011 | Kennewick |
| 8,073,681 | B2 | 12/2011 | Baldwin |
| 8,077,975 | B2 | 12/2011 | Ma |
| 8,082,153 | B2 | 12/2011 | Coffman |
| 8,086,463 | B2 | 12/2011 | Ativanichayaphong |
| 8,103,510 | B2 | 1/2012 | Sato |
| 8,112,275 | B2 | 2/2012 | Kennewick |
| 8,140,327 | B2 | 3/2012 | Kennewick |
| 8,140,335 | B2 | 3/2012 | Kennewick |
| 8,145,489 | B2 | 3/2012 | Freeman |
| 8,150,694 | B2 | 4/2012 | Kennewick |
| 8,155,962 | B2 | 4/2012 | Kennewick |
| 8,170,867 | B2 | 5/2012 | Germain |
| 8,180,037 | B1 | 5/2012 | Delker |
| 8,190,436 | B2 | 5/2012 | Bangalore |
| 8,195,468 | B2 | 6/2012 | Weider |
| 8,200,485 | B1 | 6/2012 | Lee |
| 8,204,751 | B1 | 6/2012 | Di Fabbrizio |
| 8,219,399 | B2 | 7/2012 | Lutz |
| 8,219,599 | B2 | 7/2012 | Tunstall-Pedoe |
| 8,224,652 | B2 | 7/2012 | Wang |
| 8,255,224 | B2 | 8/2012 | Singleton |

| | | | | |
|---|---|---|---|---|
| 8,326,599 | B2 | 12/2012 | Tomeh | |
| 8,326,627 | B2 | 12/2012 | Kennewick | |
| 8,326,634 | B2 | 12/2012 | DiCristo | |
| 8,326,637 | B2 | 12/2012 | Baldwin | |
| 8,332,224 | B2 | 12/2012 | DiCristo | |
| 8,340,975 | B1 | 12/2012 | Rosenberger | |
| 8,346,563 | B1 | 1/2013 | Hjelm | |
| 8,370,147 | B2 | 2/2013 | Kennewick | |
| 8,447,607 | B2 | 5/2013 | Weider | |
| 8,447,651 | B1 | 5/2013 | Scholl | |
| 8,452,598 | B2 | 5/2013 | Kennewick | |
| 8,503,995 | B2 | 8/2013 | Ramer | |
| 8,509,403 | B2 | 8/2013 | Chiu | |
| 8,515,765 | B2 | 8/2013 | Baldwin | |
| 8,527,274 | B2 | 9/2013 | Freeman | |
| 8,577,671 | B1 | 11/2013 | Barve | |
| 8,589,161 | B2 | 11/2013 | Kennewick | |
| 8,612,205 | B2 | 12/2013 | Hanneman | |
| 8,612,206 | B2 | 12/2013 | Chalabi | |
| 8,620,659 | B2 | 12/2013 | DiCristo | |
| 8,719,005 | B1 | 5/2014 | Lee | |
| 8,719,009 | B2 | 5/2014 | Baldwin | |
| 8,719,026 | B2 | 5/2014 | Kennewick | |
| 8,731,929 | B2 | 5/2014 | Kennewick | |
| 8,738,380 | B2 | 5/2014 | Baldwin | |
| 8,849,652 | B2 | 9/2014 | Weider | |
| 8,849,670 | B2 | 9/2014 | DiCristo | |
| 8,849,696 | B2 | 9/2014 | Pansari | |
| 8,849,791 | B1 | 9/2014 | Hertschuh | |
| 8,886,536 | B2 | 11/2014 | Freeman | |
| 8,972,243 | B1 | 3/2015 | Strom | |
| 8,972,354 | B1 | 3/2015 | Telang | |
| 8,983,839 | B2 | 3/2015 | Kennewick | |
| 9,009,046 | B1 | 4/2015 | Stewart | |
| 9,015,049 | B2 | 4/2015 | Baldwin | |
| 9,037,455 | B1 | 5/2015 | Faaborg | |
| 9,070,366 | B1 | 6/2015 | Mathias | |
| 9,070,367 | B1 | 6/2015 | Hoffmeister | |
| 9,105,266 | B2 | 8/2015 | Baldwin | |
| 9,171,541 | B2 | 10/2015 | Kennewick | |
| 9,269,097 | B2 | 2/2016 | Freeman | |
| 9,305,548 | B2 | 4/2016 | Kennewick | |
| 9,308,445 | B1 | 4/2016 | Merzenich | |
| 9,318,108 | B2 | 4/2016 | Gruber | |
| 9,406,078 | B2 | 8/2016 | Freeman | |
| 9,443,514 | B1 | 9/2016 | Taubman | |
| 9,502,025 | B2 | 11/2016 | Kennewick | |
| 9,711,143 | B2 | 7/2017 | Kennewick | |
| 10,089,984 | B2 | 10/2018 | Kennewick | |
| 2001/0011336 | A1* | 8/2001 | Sitka | H04N 1/2179 |
| | | | | 711/161 |
| 2001/0014857 | A1* | 8/2001 | Wang | G10L 25/78 |
| | | | | 704/231 |
| 2001/0021905 | A1 | 9/2001 | Burnett | |
| 2001/0039492 | A1 | 11/2001 | Nemoto | |
| 2001/0041980 | A1 | 11/2001 | Howard | |
| 2001/0047261 | A1 | 11/2001 | Kassan | |
| 2001/0049601 | A1 | 12/2001 | Kroeker | |
| 2001/0054087 | A1 | 12/2001 | Flom | |
| 2002/0002548 | A1 | 1/2002 | Roundtree | |
| 2002/0007267 | A1 | 1/2002 | Batchilo | |
| 2002/0010584 | A1 | 1/2002 | Schultz | |
| 2002/0015500 | A1 | 2/2002 | Belt | |
| 2002/0022927 | A1 | 2/2002 | Lemelson | |
| 2002/0022956 | A1 | 2/2002 | Ukrainczyk | |
| 2002/0029186 | A1 | 3/2002 | Roth | |
| 2002/0029261 | A1 | 3/2002 | Shibata | |
| 2002/0032752 | A1 | 3/2002 | Gold | |
| 2002/0035501 | A1 | 3/2002 | Handel | |
| 2002/0040297 | A1 | 4/2002 | Tsiao | |
| 2002/0049535 | A1 | 4/2002 | Rigo | |
| 2002/0049805 | A1 | 4/2002 | Yamada | |
| 2002/0059068 | A1 | 5/2002 | Rose | |
| 2002/0065568 | A1 | 5/2002 | Silfvast | |
| 2002/0067839 | A1 | 6/2002 | Heinrich | |
| 2002/0069059 | A1 | 6/2002 | Smith | |
| 2002/0069071 | A1 | 6/2002 | Knockeart | |
| 2002/0073176 | A1 | 6/2002 | Ikeda | |
| 2002/0082911 | A1 | 6/2002 | Dunn | |

## US 10,755,699 B2

Page 6

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0087312 A1 | 7/2002 | Lee | |
| 2002/0087326 A1 | 7/2002 | Lee | |
| 2002/0087525 A1 | 7/2002 | Abbott | |
| 2002/0107694 A1 | 8/2002 | Lerg | |
| 2002/0120609 A1 | 8/2002 | Lang | |
| 2002/0124050 A1 | 9/2002 | Middeljans | |
| 2002/0133347 A1 | 9/2002 | Schoneburg | |
| 2002/0133354 A1 | 9/2002 | Ross | |
| 2002/0133402 A1 | 9/2002 | Faber | |
| 2002/0135618 A1 | 9/2002 | Maes | |
| 2002/0138248 A1 | 9/2002 | Corston-Oliver | |
| 2002/0143532 A1 | 10/2002 | McLean | |
| 2002/0143535 A1 | 10/2002 | Kist | |
| 2002/0152260 A1 | 10/2002 | Chen | |
| 2002/0161646 A1 | 10/2002 | Gailey | |
| 2002/0161647 A1 | 10/2002 | Gailey | |
| 2002/0169597 A1 | 11/2002 | Fain | |
| 2002/0173333 A1 | 11/2002 | Buchholz | |
| 2002/0173961 A1 | 11/2002 | Guerra | |
| 2002/0178003 A1 | 11/2002 | Gehrke | |
| 2002/0184373 A1 | 12/2002 | Maes | |
| 2002/0188455 A1 | 12/2002 | Shioda | |
| 2002/0188602 A1 | 12/2002 | Stubler | |
| 2002/0198714 A1 | 12/2002 | Zhou | |
| 2003/0005033 A1 | 1/2003 | Mohan | |
| 2003/0014261 A1 | 1/2003 | Kageyama | |
| 2003/0016835 A1 | 1/2003 | Elko | |
| 2003/0036903 A1 | 2/2003 | Konopka | |
| 2003/0046071 A1 | 3/2003 | Wyman | |
| 2003/0046281 A1 | 3/2003 | Son | |
| 2003/0046346 A1 | 3/2003 | Mumick | |
| 2003/0064709 A1 | 4/2003 | Gailey | |
| 2003/0065427 A1 | 4/2003 | Funk | |
| 2003/0069734 A1 | 4/2003 | Everhart | |
| 2003/0069880 A1 | 4/2003 | Harrison | |
| 2003/0088421 A1 | 5/2003 | Maes | |
| 2003/0093419 A1 | 5/2003 | Bangalore | |
| 2003/0097249 A1 | 5/2003 | Walker | |
| 2003/0110037 A1 | 6/2003 | Walker | |
| 2003/0112267 A1 | 6/2003 | Belrose | |
| 2003/0115062 A1 | 6/2003 | Walker | |
| 2003/0120493 A1 | 6/2003 | Gupta | |
| 2003/0135488 A1 | 7/2003 | Amir | |
| 2003/0144846 A1 | 7/2003 | Denenberg | |
| 2003/0154082 A1* | 8/2003 | Toguri | G10L 17/00 704/268 |
| 2003/0158731 A1 | 8/2003 | Falcon | |
| 2003/0161448 A1 | 8/2003 | Parolkar | |
| 2003/0167167 A1* | 9/2003 | Gong | G10L 15/22 704/250 |
| 2003/0174155 A1 | 9/2003 | Weng | |
| 2003/0182132 A1 | 9/2003 | Niemoeller | |
| 2003/0187643 A1 | 10/2003 | VanThong | |
| 2003/0204492 A1 | 10/2003 | Wolf | |
| 2003/0206640 A1 | 11/2003 | Malvar | |
| 2003/0212550 A1 | 11/2003 | Ubale | |
| 2003/0212558 A1 | 11/2003 | Matula | |
| 2003/0212562 A1 | 11/2003 | Patel | |
| 2003/0225825 A1 | 12/2003 | Healey | |
| 2003/0233230 A1 | 12/2003 | Ammicht | |
| 2003/0236664 A1 | 12/2003 | Sharma | |
| 2004/0006475 A1 | 1/2004 | Ehlen | |
| 2004/0010358 A1 | 1/2004 | Oesterling | |
| 2004/0025115 A1 | 2/2004 | Sienel | |
| 2004/0030741 A1 | 2/2004 | Wotton | |
| 2004/0036601 A1 | 2/2004 | Obradovich | |
| 2004/0044516 A1* | 3/2004 | Kennewick | G10L 15/22 704/5 |
| 2004/0093567 A1 | 5/2004 | Schabes | |
| 2004/0098245 A1 | 5/2004 | Walker | |
| 2004/0102977 A1 | 5/2004 | Metzler | |
| 2004/0117179 A1 | 6/2004 | Balasuriya | |
| 2004/0117804 A1 | 6/2004 | Scahill | |
| 2004/0122673 A1 | 6/2004 | Park | |
| 2004/0122674 A1 | 6/2004 | Bangalore | |
| 2004/0128514 A1* | 7/2004 | Rhoads | B42D 25/29 713/176 |
| 2004/0133793 A1 | 7/2004 | Ginter | |
| 2004/0140989 A1 | 7/2004 | Papageorge | |
| 2004/0143440 A1 | 7/2004 | Prasad | |
| 2004/0148154 A1 | 7/2004 | Acero | |
| 2004/0148170 A1 | 7/2004 | Acero | |
| 2004/0158555 A1 | 8/2004 | Seedman | |
| 2004/0166832 A1 | 8/2004 | Portman | |
| 2004/0167771 A1 | 8/2004 | Duan | |
| 2004/0172247 A1 | 9/2004 | Yoon | |
| 2004/0172258 A1 | 9/2004 | Dominach | |
| 2004/0189697 A1 | 9/2004 | Fukuoka | |
| 2004/0193408 A1 | 9/2004 | Hunt | |
| 2004/0193420 A1 | 9/2004 | Kennewick | |
| 2004/0199375 A1 | 10/2004 | Ehsani | |
| 2004/0199387 A1 | 10/2004 | Wang | |
| 2004/0199389 A1 | 10/2004 | Geiger | |
| 2004/0201607 A1 | 10/2004 | Mulvey | |
| 2004/0204939 A1 | 10/2004 | Liu | |
| 2004/0205671 A1 | 10/2004 | Sukehiro | |
| 2004/0220800 A1 | 11/2004 | Kong | |
| 2004/0243393 A1 | 12/2004 | Wang | |
| 2004/0243417 A9 | 12/2004 | Pitts | |
| 2004/0247092 A1 | 12/2004 | Timmins | |
| 2004/0249636 A1 | 12/2004 | Applebaum | |
| 2005/0015256 A1* | 1/2005 | Kargman | G06Q 30/06 704/272 |
| 2005/0021331 A1 | 1/2005 | Huang | |
| 2005/0021334 A1 | 1/2005 | Iwahashi | |
| 2005/0021470 A1 | 1/2005 | Martin | |
| 2005/0021826 A1 | 1/2005 | Kumar | |
| 2005/0033574 A1 | 2/2005 | Kim | |
| 2005/0033582 A1 | 2/2005 | Gadd | |
| 2005/0043940 A1 | 2/2005 | Elder | |
| 2005/0043956 A1* | 2/2005 | Aoyama | G10L 15/22 704/276 |
| 2005/0060142 A1 | 3/2005 | Visser | |
| 2005/0080632 A1 | 4/2005 | Endo | |
| 2005/0080821 A1* | 4/2005 | Breil | G06Q 40/02 |
| 2005/0102282 A1 | 5/2005 | Linden | |
| 2005/0114116 A1 | 5/2005 | Fiedler | |
| 2005/0125232 A1 | 6/2005 | Gadd | |
| 2005/0131673 A1 | 6/2005 | Koizumi | |
| 2005/0137850 A1 | 6/2005 | Odell | |
| 2005/0137877 A1 | 6/2005 | Oesterling | |
| 2005/0138168 A1 | 6/2005 | Hoffman | |
| 2005/0143994 A1 | 6/2005 | Mori | |
| 2005/0144013 A1 | 6/2005 | Fujimoto | |
| 2005/0144187 A1 | 6/2005 | Che | |
| 2005/0149319 A1 | 7/2005 | Honda | |
| 2005/0169441 A1* | 8/2005 | Yacoub | H04M 3/4936 379/88.16 |
| 2005/0216254 A1 | 9/2005 | Gupta | |
| 2005/0222763 A1 | 10/2005 | Uyeki | |
| 2005/0234637 A1 | 10/2005 | Obradovich | |
| 2005/0234727 A1 | 10/2005 | Chiu | |
| 2005/0240412 A1* | 10/2005 | Fujita | G10L 15/16 704/270 |
| 2005/0246174 A1 | 11/2005 | DeGolia | |
| 2005/0283364 A1 | 12/2005 | Longe | |
| 2005/0283532 A1 | 12/2005 | Kim | |
| 2005/0283752 A1 | 12/2005 | Fruchter | |
| 2006/0041431 A1 | 2/2006 | Maes | |
| 2006/0046740 A1 | 3/2006 | Johnson | |
| 2006/0047509 A1 | 3/2006 | Ding | |
| 2006/0072738 A1 | 4/2006 | Louis | |
| 2006/0074670 A1 | 4/2006 | Weng | |
| 2006/0074671 A1 | 4/2006 | Farmaner | |
| 2006/0080098 A1 | 4/2006 | Campbell | |
| 2006/0100851 A1 | 5/2006 | Schonebeck | |
| 2006/0106769 A1 | 5/2006 | Gibbs | |
| 2006/0129409 A1 | 6/2006 | Mizutani | |
| 2006/0130002 A1 | 6/2006 | Hirayama | |
| 2006/0149633 A1 | 7/2006 | Voisin | |
| 2006/0182085 A1 | 8/2006 | Sweeney | |
| 2006/0206310 A1 | 9/2006 | Ravikumar | |
| 2006/0217133 A1 | 9/2006 | Christenson | |
| 2006/0236343 A1 | 10/2006 | Chang | |

## US 10,755,699 B2

Page 7

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2006/0242017 A1 | 10/2006 | Libes | |
| 2006/0247919 A1* | 11/2006 | Specht | H04K 3/825 |
| | | | 704/201 |
| 2006/0253247 A1 | 11/2006 | de Silva | |
| 2006/0253281 A1 | 11/2006 | Letzt | |
| 2006/0285662 A1 | 12/2006 | Yin | |
| 2007/0011159 A1 | 1/2007 | Hillis | |
| 2007/0033005 A1 | 2/2007 | Di Cristo | |
| 2007/0033020 A1 | 2/2007 | Francois | |
| 2007/0033526 A1 | 2/2007 | Thompson | |
| 2007/0038436 A1 | 2/2007 | Cristo | |
| 2007/0038445 A1 | 2/2007 | Helbing | |
| 2007/0043569 A1 | 2/2007 | Potter | |
| 2007/0043574 A1 | 2/2007 | Coffman | |
| 2007/0043868 A1 | 2/2007 | Kumar | |
| 2007/0050191 A1 | 3/2007 | Weider | |
| 2007/0050279 A1 | 3/2007 | Huang | |
| 2007/0055525 A1 | 3/2007 | Kennewick | |
| 2007/0060114 A1 | 3/2007 | Ramer | |
| 2007/0061067 A1 | 3/2007 | Zeinstra | |
| 2007/0061735 A1 | 3/2007 | Hoffberg | |
| 2007/0067310 A1 | 3/2007 | Gupta | |
| 2007/0073544 A1 | 3/2007 | Millett | |
| 2007/0078708 A1 | 4/2007 | Yu | |
| 2007/0078709 A1 | 4/2007 | Rajaram | |
| 2007/0078814 A1 | 4/2007 | Flowers | |
| 2007/0094003 A1 | 4/2007 | Huang | |
| 2007/0100797 A1 | 5/2007 | Thun | |
| 2007/0106499 A1 | 5/2007 | Dahlgren | |
| 2007/0112555 A1 | 5/2007 | Lavi | |
| 2007/0112630 A1 | 5/2007 | Lau | |
| 2007/0118357 A1 | 5/2007 | Kasravi | |
| 2007/0124057 A1 | 5/2007 | Prieto | |
| 2007/0135101 A1 | 6/2007 | Ramati | |
| 2007/0146833 A1 | 6/2007 | Satomi | |
| 2007/0162296 A1 | 7/2007 | Altberg | |
| 2007/0174258 A1 | 7/2007 | Jones | |
| 2007/0179778 A1 | 8/2007 | Gong | |
| 2007/0185859 A1 | 8/2007 | Flowers | |
| 2007/0186165 A1 | 8/2007 | Maislos | |
| 2007/0192309 A1 | 8/2007 | Fischer | |
| 2007/0198267 A1 | 8/2007 | Jones | |
| 2007/0203699 A1 | 8/2007 | Nagashima | |
| 2007/0203736 A1 | 8/2007 | Ashton | |
| 2007/0208732 A1 | 9/2007 | Flowers | |
| 2007/0214182 A1 | 9/2007 | Rosenberg | |
| 2007/0250901 A1 | 10/2007 | McIntire | |
| 2007/0265850 A1 | 11/2007 | Kennewick | |
| 2007/0266257 A1 | 11/2007 | Camaisa | |
| 2007/0276651 A1 | 11/2007 | Bliss | |
| 2007/0294615 A1 | 12/2007 | Sathe | |
| 2007/0299824 A1 | 12/2007 | Pan | |
| 2008/0010135 A1 | 1/2008 | Schrock | |
| 2008/0014908 A1 | 1/2008 | Vasant | |
| 2008/0034032 A1 | 2/2008 | Healey | |
| 2008/0046311 A1 | 2/2008 | Shahine | |
| 2008/0059188 A1 | 3/2008 | Konopka | |
| 2008/0065386 A1 | 3/2008 | Cross | |
| 2008/0065389 A1 | 3/2008 | Cross | |
| 2008/0065390 A1 | 3/2008 | Ativanichayaphong | |
| 2008/0086455 A1 | 4/2008 | Meisels | |
| 2008/0091406 A1 | 4/2008 | Baldwin | |
| 2008/0103761 A1 | 5/2008 | Printz | |
| 2008/0103781 A1 | 5/2008 | Wasson | |
| 2008/0104071 A1 | 5/2008 | Pragada | |
| 2008/0109285 A1 | 5/2008 | Reuther | |
| 2008/0115163 A1 | 5/2008 | Gilboa | |
| 2008/0126091 A1 | 5/2008 | Clark | |
| 2008/0126284 A1 | 5/2008 | Forbes | |
| 2008/0133215 A1 | 6/2008 | Sarukkai | |
| 2008/0140385 A1 | 6/2008 | Mahajan | |
| 2008/0147396 A1 | 6/2008 | Wang | |
| 2008/0147410 A1 | 6/2008 | Odinak | |
| 2008/0147637 A1 | 6/2008 | Li | |
| 2008/0154604 A1 | 6/2008 | Sathish | |
| 2008/0162471 A1 | 7/2008 | Bernard | |
| 2008/0177530 A1 | 7/2008 | Cross | |
| 2008/0184164 A1 | 7/2008 | Di Fabbrizio | |
| 2008/0189110 A1 | 8/2008 | Freeman | |
| 2008/0189187 A1 | 8/2008 | Hao | |
| 2008/0228496 A1 | 9/2008 | Yu | |
| 2008/0235023 A1 | 9/2008 | Kennewick | |
| 2008/0235027 A1 | 9/2008 | Cross | |
| 2008/0269958 A1 | 10/2008 | Filev | |
| 2008/0270135 A1 | 10/2008 | Goel | |
| 2008/0270224 A1 | 10/2008 | Portman | |
| 2008/0294437 A1 | 11/2008 | Nakano | |
| 2008/0294994 A1 | 11/2008 | Kruger | |
| 2008/0306743 A1 | 12/2008 | Di Fabbrizio | |
| 2008/0319751 A1 | 12/2008 | Kennewick | |
| 2009/0006077 A1 | 1/2009 | Keaveney | |
| 2009/0006194 A1 | 1/2009 | Sridharan | |
| 2009/0018829 A1 | 1/2009 | Kuperstein | |
| 2009/0024476 A1 | 1/2009 | Baar | |
| 2009/0030686 A1 | 1/2009 | Weng | |
| 2009/0052635 A1 | 2/2009 | Jones | |
| 2009/0055176 A1 | 2/2009 | Hu | |
| 2009/0067599 A1 | 3/2009 | Agarwal | |
| 2009/0076827 A1 | 3/2009 | Bulitta | |
| 2009/0106029 A1 | 4/2009 | DeLine | |
| 2009/0117885 A1 | 5/2009 | Roth | |
| 2009/0144131 A1 | 6/2009 | Chiu | |
| 2009/0144271 A1 | 6/2009 | Richardson | |
| 2009/0150156 A1 | 6/2009 | Kennewick | |
| 2009/0157382 A1 | 6/2009 | Bar | |
| 2009/0164216 A1 | 6/2009 | Chengalvarayan | |
| 2009/0171664 A1 | 7/2009 | Kennewick | |
| 2009/0171912 A1 | 7/2009 | Nash | |
| 2009/0197582 A1 | 8/2009 | Lewis | |
| 2009/0216540 A1 | 8/2009 | Tessel | |
| 2009/0248565 A1 | 10/2009 | Chuang | |
| 2009/0248605 A1 | 10/2009 | Mitchell | |
| 2009/0259561 A1 | 10/2009 | Boys | |
| 2009/0259646 A1 | 10/2009 | Fujita | |
| 2009/0265163 A1 | 10/2009 | Li | |
| 2009/0271194 A1 | 10/2009 | Davis | |
| 2009/0273563 A1 | 11/2009 | Pryor | |
| 2009/0276700 A1 | 11/2009 | Anderson | |
| 2009/0287680 A1 | 11/2009 | Paek | |
| 2009/0299745 A1 | 12/2009 | Kennewick | |
| 2009/0299857 A1 | 12/2009 | Brubaker | |
| 2009/0304161 A1 | 12/2009 | Pettyjohn | |
| 2009/0307031 A1 | 12/2009 | Winkler | |
| 2009/0313026 A1 | 12/2009 | Coffman | |
| 2009/0319517 A1 | 12/2009 | Guha | |
| 2010/0023320 A1 | 1/2010 | Cristo | |
| 2010/0023331 A1 | 1/2010 | Duta | |
| 2010/0029261 A1 | 2/2010 | Mikkelsen | |
| 2010/0036967 A1 | 2/2010 | Caine | |
| 2010/0049501 A1 | 2/2010 | Kennewick | |
| 2010/0049514 A1 | 2/2010 | Kennewick | |
| 2010/0057443 A1 | 3/2010 | Cristo | |
| 2010/0063880 A1 | 3/2010 | Atsmon | |
| 2010/0064025 A1 | 3/2010 | Nelimarkka | |
| 2010/0076778 A1 | 3/2010 | Kondrk | |
| 2010/0094707 A1 | 4/2010 | Freer | |
| 2010/0138300 A1 | 6/2010 | Wallis | |
| 2010/0145700 A1 | 6/2010 | Kennewick | |
| 2010/0185512 A1 | 7/2010 | Borger | |
| 2010/0191856 A1 | 7/2010 | Gupta | |
| 2010/0204986 A1 | 8/2010 | Kennewick | |
| 2010/0204994 A1 | 8/2010 | Kennewick | |
| 2010/0217604 A1 | 8/2010 | Baldwin | |
| 2010/0268536 A1 | 10/2010 | Suendermann | |
| 2010/0286985 A1 | 11/2010 | Kennewick | |
| 2010/0299142 A1 | 11/2010 | Freeman | |
| 2010/0312547 A1 | 12/2010 | Van Os | |
| 2010/0312566 A1 | 12/2010 | Odinak | |
| 2010/0318357 A1 | 12/2010 | Istvan | |
| 2010/0331064 A1 | 12/2010 | Michelstein | |
| 2011/0022393 A1 | 1/2011 | Waller | |
| 2011/0106527 A1 | 5/2011 | Chiu | |
| 2011/0112827 A1 | 5/2011 | Kennewick | |
| 2011/0112921 A1 | 5/2011 | Kennewick | |

**US 10,755,699 B2**

Page 8

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2011/0119049 A1 | 5/2011 | Ylonen |
| 2011/0131036 A1 | 6/2011 | DiCristo |
| 2011/0131045 A1 | 6/2011 | Cristo |
| 2011/0231182 A1 | 9/2011 | Weider |
| 2011/0231188 A1 | 9/2011 | Kennewick |
| 2011/0238409 A1 | 9/2011 | Larcheveque |
| 2011/0307167 A1 | 12/2011 | Taschereau |
| 2012/0022857 A1 | 1/2012 | Baldwin |
| 2012/0041753 A1 | 2/2012 | Dymetman |
| 2012/0046935 A1 | 2/2012 | Nagao |
| 2012/0101809 A1 | 4/2012 | Kennewick |
| 2012/0101810 A1 | 4/2012 | Kennewick |
| 2012/0109753 A1 | 5/2012 | Kennewick |
| 2012/0150620 A1 | 6/2012 | Mandyam |
| 2012/0150636 A1 | 6/2012 | Freeman |
| 2012/0239498 A1 | 9/2012 | Ramer |
| 2012/0240060 A1 | 9/2012 | Pennington |
| 2012/0265528 A1 | 10/2012 | Gruber |
| 2012/0278073 A1 | 11/2012 | Weider |
| 2013/0006734 A1 | 1/2013 | Ocko |
| 2013/0054228 A1 | 2/2013 | Baldwin |
| 2013/0060625 A1 | 3/2013 | Davis |
| 2013/0080177 A1 | 3/2013 | Chen |
| 2013/0211710 A1 | 8/2013 | Kennewick |
| 2013/0253929 A1 | 9/2013 | Weider |
| 2013/0254314 A1 | 9/2013 | Chow |
| 2013/0297293 A1 | 11/2013 | Cristo |
| 2013/0304473 A1 | 11/2013 | Baldwin |
| 2013/0311324 A1 | 11/2013 | Stoll |
| 2013/0332454 A1 | 12/2013 | Stuhec |
| 2013/0339022 A1 | 12/2013 | Baldwin |
| 2014/0006951 A1 | 1/2014 | Hunter |
| 2014/0012577 A1 | 1/2014 | Freeman |
| 2014/0025371 A1 | 1/2014 | Min |
| 2014/0108013 A1 | 4/2014 | Cristo |
| 2014/0136187 A1 | 5/2014 | Wolverton |
| 2014/0156278 A1 | 6/2014 | Kennewick |
| 2014/0195238 A1 | 7/2014 | Terao |
| 2014/0236575 A1 | 8/2014 | Tur |
| 2014/0249821 A1 | 9/2014 | Kennewick |
| 2014/0249822 A1 | 9/2014 | Baldwin |
| 2014/0278413 A1 | 9/2014 | Pitschel |
| 2014/0278416 A1 | 9/2014 | Schuster |
| 2014/0288934 A1 | 9/2014 | Kennewick |
| 2014/0330552 A1 | 11/2014 | Bangalore |
| 2014/0337007 A1 | 11/2014 | Waibel |
| 2014/0365222 A1 | 12/2014 | Weider |
| 2015/0019211 A1 | 1/2015 | Simard |
| 2015/0019217 A1 | 1/2015 | Cristo |
| 2015/0019227 A1 | 1/2015 | Anandarajah |
| 2015/0066479 A1 | 3/2015 | Pasupalak |
| 2015/0066627 A1 | 3/2015 | Freeman |
| 2015/0073910 A1 | 3/2015 | Kennewick |
| 2015/0095159 A1 | 4/2015 | Kennewick |
| 2015/0142447 A1 | 5/2015 | Kennewick |
| 2015/0170641 A1 | 6/2015 | Kennewick |
| 2015/0193379 A1 | 7/2015 | Mehta |
| 2015/0199339 A1 | 7/2015 | Mirkin |
| 2015/0228276 A1 | 8/2015 | Baldwin |
| 2015/0293917 A1 | 10/2015 | Bufe |
| 2015/0348544 A1 | 12/2015 | Baldwin |
| 2015/0348551 A1 | 12/2015 | Gruber |
| 2015/0364133 A1 | 12/2015 | Freeman |
| 2016/0049152 A1 | 2/2016 | Kennewick |
| 2016/0078482 A1 | 3/2016 | Kennewick |
| 2016/0078491 A1 | 3/2016 | Kennewick |
| 2016/0078504 A1 | 3/2016 | Kennewick |
| 2016/0078773 A1 | 3/2016 | Carter |
| 2016/0110347 A1 | 4/2016 | Kennewick |
| 2016/0148610 A1 | 5/2016 | Kennewick |
| 2016/0148612 A1 | 5/2016 | Guo |
| 2016/0188292 A1 | 6/2016 | Carter |
| 2016/0188573 A1 | 6/2016 | Tang |

| | | |
|---|---|---|
| 2016/0217785 A1 | 7/2016 | Kennewick |
| 2016/0335676 A1 | 11/2016 | Freeman |
| 2017/0004588 A1 | 1/2017 | Isaacson |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101236635 A | | 8/2008 |
| CN | 103229206 A | | 7/2013 |
| EP | 1320043 A2 | | 6/2003 |
| EP | 1646037 | | 4/2006 |
| FR | 2867583 | | 9/2005 |
| JP | H08263258 | | 10/1996 |
| JP | H11249773 | | 9/1999 |
| JP | 2001071289 | | 3/2001 |
| JP | 2006146881 | | 6/2006 |
| JP | 2008027454 | | 2/2008 |
| JP | 2008058465 | | 3/2008 |
| JP | 2008139928 | | 6/2008 |
| JP | 2011504304 | | 2/2011 |
| JP | 2012518847 | | 8/2012 |
| WO | 9946763 | | 9/1999 |
| WO | 0021232 | | 4/2000 |
| WO | 0046792 | | 8/2000 |
| WO | 0129742 | | 4/2001 |
| WO | 0129742 A2 | | 4/2001 |
| WO | 0171609 A2 | | 9/2001 |
| WO | 0178065 | | 10/2001 |
| WO | 2004072954 | | 8/2004 |
| WO | 2005010702 A2 | | 2/2005 |
| WO | 2007019318 | | 1/2007 |
| WO | 2007021587 | | 1/2007 |
| WO | 2007027546 | | 1/2007 |
| WO | 2007027989 | | 1/2007 |
| WO | 2008098039 | | 1/2008 |
| WO | 2008118195 | | 1/2008 |
| WO | 2009075912 | | 1/2009 |
| WO | 2009145796 | | 1/2009 |
| WO | 2009111721 | | 9/2009 |
| WO | 2010096752 | | 1/2010 |
| WO | 2016044290 | | 3/2016 |
| WO | 2016044316 | | 3/2016 |
| WO | 2016044319 | | 3/2016 |
| WO | 2016044321 | | 3/2016 |
| WO | 2016061309 | | 4/2016 |

OTHER PUBLICATIONS

Arrington, Michael, "Google Redefines GPS Navigation Landscape: Google Maps Navigation for Android 2.0", TechCrunch, printed from the Internet <http://www.techcrunch.com/2009/10/28/google-redetines-car-gps-navigation-google-maps-navigation-android/>, Oct. 28, 2009, 4 pages.

Bazzi, Issam et al., "Heterogeneous Lexical Units for Automatic Speech Recognition: Preliminary Investigations", Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing, vol. 3, Jun. 5-9, 2000, XP010507574, pp. 1257-1260.

Belvin, Robert, et al., "Development of the HRL Route Navigation Dialogue System", Proceedings of the First International Conference on Human Language Technology Research, San Diego, 2001, pp. 1-5.

Chai et al., "MIND: A Semantics-Based Multimodal Interpretation Framework for Conversational Systems", Proceedings of the International Class Workshop on Natural, Intelligent and Effective Interaction in Multimodal Dialogue Systems, Jun. 2002, pp. 37-46.

Cheyer et al., "Multimodal Maps: An Agent-Based Approach", International Conference on Cooperative Multimodal Communication (CMC/95), May 24-26, 1995, pp. 111-121.

Davis, Z., et al., A Personal Handheld Multi-Modal Shopping Assistant, IEEE, 2006, 9 pages.

El Meliani et al., "A Syllabic-Filler-Based Continuous Speech Recognizer for Unlimited Vocabulary", Canadian Conference on Electrical and Computer Engineering, vol. 2, Sep. 5-8, 1995, pp. 1007-1010.

Elio et al., "On Abstract Task Models and Conversation Policies" in Workshop on Specifying and Implementing Conversation Policies, Autonomous Agents '99, Seattle, 1999, 10 pages.

**US 10,755,699 B2**

Page 9

(56)        **References Cited**

OTHER PUBLICATIONS

Kirchhoff, Katrin, "Syllable-Level Desynchronisation of Phonetic Features for Speech Recognition", Proceedings of the Fourth International Conference on Spoken Language, 1996, ICSLP 96, vol. 4, IEEE, 1996, 3 pages.

Kuhn, Thomas, et al., "Hybrid In-Car Speech Recognition for Mobile Multimedia Applications", Vehicular Technology Conference, IEEE, Jul. 1999, pp. 2009-2013.

Lin, Bor-shen, et al., "A Distributed Architecture for Cooperative Spoken Dialogue Agents with Coherent Dialogue State and History", ASRU'99, 1999, 4 pages.

Lind, R., et al., "The Network Vehicle—A Glimpse into the Future of Mobile Multi-Media", IEEE Aerosp. Electron. Systems Magazine, vol. 14, No. 9, Sep. 1999, pp. 27-32.

Mao, Mark Z., "Automatic Training Set Segmentation for Multi-Pass Speech Recognition", Department of Electrical Engineering, Stanford University, CA, copyright 2005, IEEE, pp. 1-685 to 1-688.

O'Shaughnessy, Douglas, "Interacting with Computers by Voice: Automatic Speech Recognition and Synthesis", Proceedings of the IEEE, vol. 91, No. 9, Sep. 1, 2003, XP011100665. pp. 1272-1305.

Reuters, "IBM to Enable Honda Drivers to Talk to Cars", Charles Schwab & Co., Inc., Jul. 28, 2002, 1 page.

Turunen, "Adaptive Interaction Methods in Speech User Interfaces", Conference on Human Factors in Computing Systems, Seattle, Washington, 2001, pp. 91-92.

Vanhoucke, Vincent, "Confidence Scoring and Rejection Using Multi-Pass Speech Recognition", Nuance Communications, Menlo Park, CA, 2005, 4 pages.

Weng, Fuliang, et al., "Efficient Lattice Representation and Generation", Speech Technology and Research Laboratory, SRI International, Menlo Park, CA, 1998, 4 pages.

Wu, Su-Lin, et al., "Incorporating Information from Syllable-Length Time Scales into Automatic Speech Recognition", Proceedings of the 1998 IEEE International Conference on Acoustics, Speech and Signal Processing, 1998, vol. 2 IEEE, 1998, 4 pages.

Wu, Su-Lin, et al., "Integrating Syllable Boundary Information into Speech Recognition", IEEE International Conference on Acoustics, Speech, and Signal Processing, ICASSP-97, 1997, vol. 2, IEEE, 1997, 4 pages.

Zhao, Yilin, "Telematics: Safe and Fun Driving", IEEE Intelligent Systems, vol. 17, Issue 1, 2002, pp. 10-14.

Office Action issued in Chinese Patent Application No. 201580060519.1 dated Mar. 13, 2020, with its English translation, 40 pages.

* cited by examiner



Figure 1

U.S. Patent                Aug. 25, 2020        Sheet 2 of 3                US 10,755,699 B2



Figure 2



Figure 3

US 10,755,699 B2

**1**

# SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. patent application Ser. No. 14/691,445, entitled "SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE," filed Apr. 20, 2015, which is a continuation of U.S. patent application Ser. No. 13/987,645, entitled "SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE," filed Aug. 19, 2013 (which issued as U.S. Pat. No. 9,015,049 on Apr. 21, 2015), which is a divisional of U.S. patent application Ser. No. 13/251,712, entitled "SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE," filed Oct. 3, 2011 (which issued as U.S. Pat. No. 8,515,765 on Aug. 20, 2013), which is a continuation of U.S. patent application Ser. No. 11/580,926, entitled "SYSTEM AND METHOD FOR A COOPERATIVE CONVERSATIONAL VOICE USER INTERFACE," filed Oct. 16, 2006 (which issued as U.S. Pat. No. 8,073,681 on Dec. 6, 2011), each of which are hereby incorporated by reference in its entirety.

## FIELD OF THE INVENTION

The invention relates to a cooperative conversational model for a human to machine voice user interface.

## BACKGROUND OF THE INVENTION

Advances in technology, particularly within the convergence space, have resulted in an increase in demand for voice recognition software that can exploit technology in ways that are intuitive to humans. While communication between human beings is most often "cooperative," in that information and/or context is shared to advance mutual conversational goals, existing Human-to-Machine interfaces fail to provide the same level of intuitive interaction. For example, each human participant in a conversation can contribute to an exchange for the benefit of the exchange. This is done through shared assumptions and expectations regarding various aspects of the conversation, such as the topic, participant knowledge about the topic, expectations of the other participant's knowledge about the topic, appropriate word usage for the topic and/or participants, conversational development based on previous utterances, the participants' tone or inflection, the quality and quantity of contribution expected from each participant, and many other factors. Participating in conversations that continually build and draw upon shared information is a natural and intuitive way for humans to converse.

In contrast, complex Human-to-Machine interfaces do not allow users to exploit technology in an intuitive way, which inhibits mass-market adoption for various technologies. Incorporating a speech interface helps to alleviate this burden by making interaction easier and faster, but existing speech interfaces (when they actually work) still require significant learning on the part of the user. That is, existing speech interfaces are unable to bridge the gap between archaic Human-to-Machine interfaces and conversational speech that would make interaction with systems feel normal. Users should be able to directly request what they want from a system in a normal, conversational fashion, without having to memorize exact words or phrases. Alternatively, when users are uncertain of particular needs, they should be

**2**

able to engage the system in a productive, cooperative dialogue to resolve their requests. Instead, existing speech interfaces force users to dumb down their requests to match simple sets of instructions in simple languages in order to communicate requests in ways that systems can understand. Using existing speech interfaces, there is virtually no option for dialogue between the user and the system to satisfy mutual goals.

Therefore, existing systems lack a conversational speech model that can provide users with the ability to interact with systems in ways that are inherently intuitive to human beings. Existing systems suffer from these and other problems.

## SUMMARY OF THE INVENTION

According to various embodiments and aspects of the invention, a cooperative conversational voice user interface may understand free form human utterances, freeing users from being restricted to a fixed set of commands and/or requests. Rather, users can engage in cooperative conversations with a machine to complete a request or series of requests using a natural, intuitive, free form manner of expression.

According to an aspect of the invention, an exemplary system architecture for implementing a cooperative conversational voice user interface is provided. The system may receive an input, which may include a human utterance received by an input device, where the utterance may include one or more requests. As used herein, an "utterance" may be words, syllables, phonemes, or any other audible sound made by a human being. As used herein, a "request" may be a command, directive, or other instruction for a device, computer, or other machine to retrieve information, perform a task, or take some other action. In one implementation, the input may be a multi-modal input, where at least part of the multi-modal input is an utterance. The utterance component of the input may be processed by a speech recognition engine (which may alternatively be referred to as an Automatic Speech Recognizer or ASR) to generate one or more preliminary interpretations of the utterance. The one or more preliminary interpretations may then be provided to a conversational speech engine for further processing, where the conversational speech engine may communicate with one or more databases to generate an adaptive conversational response, which may be returned to the user as an output. In one implementation, the output may be a multi-modal output. For example, the utterance may include a request to perform an action, and the output may include a conversational response reporting success or failure, as well as an execution of the action.

According to another aspect of the invention, an exemplary conversational speech engine may generate an adaptive conversational response to a request or series of requests. The conversational speech engine may include a free form voice search module that may understand an utterance made using typical, day-to-day language (i.e., in free form), and may account for variations in how humans normally speak, the vocabulary they use, and the conditions in which they speak. To account for intangible variables of human speech, the free form search module may include models of casual human speech. For example, in one implementation, the free form search module may understand specialized jargon and/or slang, tolerate variations in word order, and tolerate verbalized pauses or stuttered speech. For example, formalized English requests, where a verb precedes a noun, may be treated in an equivalent manner to

US 10,755,699 B2

3

requests where the noun precedes the verb. In another implementation, compound requests and/or compound tasks with multiple variables may be identified in a single utterance. By identifying all relevant information for completing one or more tasks from a single utterance, advantages may be provided over existing voice user interfaces, such as Command and Control systems that use verbal menus to restrict information that a person can provide at a given point. In another implementation, inferring intended requests from incomplete or ambiguous requests may provide a conversational feel. By modeling what contextual signifiers, qualifiers, or other information may be required to perform a task in an identified context, an adaptive response may be generated, such as prompting a user for missing contextual signifiers, qualifiers, or other information. In one implementation, the response may ask for missing information in a way that most restricts possible interpretations, and the response may be framed to establish a domain for a subsequent user utterance. In another implementation, common alternatives for nouns and verbs may be recognized to reflect variations in usage patterns according to various criteria. Thus, variations in expression may be supported because word order is unimportant or unanticipated, and nouns and/or verbs may be represented in different ways to give simplistic, yet representative, examples. In another implementation, requests may be inferred from contradictory or otherwise inaccurate information, such as when an utterance includes starts and stops, restarts, stutters, run-on sentences, or other imperfect speech. For example, a user may sometimes change their mind, and thus alter the request in mid-utterance, and the imperfect speech feature may nonetheless be able to infer a request based on models of human speech. For example, various models may indicate that a last criterion is most likely to be correct, or intonation, emphasis, stress, use of the word "not," or other models may indicate which criterion is most likely to be correct.

According to another aspect of the invention, the conversational speech engine may include a noise tolerance module that may discard words or noise which has no meaning in a given context to reduce a likelihood of confusion. Moreover, the noise tolerance module may filter out environmental and non-human noise to further reduce a likelihood of confusion. In one implementation, the noise tolerance module may cooperate with other modules and features to filter out words that do not fit into an identified context. For example, the noise tolerance module may filter other human conversations and/or utterances within a range of one or more microphones. For example, a single device may include multiple microphones, or multiple devices may each include one or more microphones, and the noise tolerance module may collate inputs and cooperatively filter out sound by comparing a speech signal from the various microphones. The noise tolerance module may also filter out non-human environmental noise within range of the microphones, out-of-vocabulary words caused by speaker ambiguity or malapropisms, or other noise that may be unrelated to a target request. Performance benchmarks for the noise tolerance module may be defined by noise models based on human criteria. For example, if a driver of a car is 92% likely to be understood by a passenger when traveling at 65 miles-per-hour with windows cracked, then performance benchmarks for the noise tolerance module may have a similar performance under such conditions.

According to another aspect of the invention, the conversational speech engine may include a context determination process that determines one or more contexts for a request to establish meaning within a conversation. The one or more

4

contexts may be determined by having one or more context domain agents compete to determine a most appropriate domain for a given utterance. Once a given domain agent "wins" the competition, the winning domain agent may be responsible for establishing or inferring further contexts and updating short-term and long-term shared knowledge. If there is a deadlock between context domain agents, an adaptive conversational response may prompt the user to assist in disambiguating between the deadlocked agents. Moreover, the context determination process may infer intended operations and/or context based on previous utterances and/or requests, whereas existing systems consider each utterance independently, potentially making the same errors over and over again. For example, if a given interpretation turns out to be incorrect, the incorrect interpretation may be removed as a potential interpretation from one or more grammars associated with the speech recognition engine and/or from possible interpretations determined by the conversational speech engine, thereby assuring that a mistake will not be repeated for an identical utterance.

The context determination process may provide advantages over existing voice user interfaces by continually updating one or more models of an existing context and establishing context as a by-product of a conversation, which cannot be established a priori. Rather, the context determination process may track conversation topics and attempt to fit a current utterance into recent contexts, including switching between contexts as tasks are completed, partially completed, requested, etc. The context determination process may identify one or more context domains for an utterance by defining a collection of related functions that may be useful for users in various context domains. Moreover, each context domain may have relevant vocabularies and thought collections to model word groupings, which when evaluated together, may disambiguate one context domain from another. Thus, eliminating out-of-context words and noise words when searching for relevant combinations may enhance accuracy of inferences. This provides advantages over existing systems that attempt to assign meaning to every component of an utterance (i.e., including out-of-context words and noise words), which results in nearly infinite possible combinations and greater likelihood of confusion. The context determination process may also be self-aware, assigning degrees of certainty to one or more generated hypotheses, where a hypothesis may be developed to account for variations in environmental conditions, speaker ambiguity, accents, or other factors. By identifying a context, capabilities within the context, vocabularies within the context, what tasks are done most often historically in the context, what task was just completed, etc., the context determination process may establish intent from rather meager phonetic clues. Moreover, just as in human-to-human conversation, users may switch contexts at any time without confusion, enabling various context domains to be rapidly selected, without menu-driven dead ends, when an utterance is unambiguous.

According to another aspect of the invention, an exemplary cooperative conversational model may build upon free form voice search, noise tolerance, and context determination to implement a conversational Human-to-Machine interface that reflects human interaction and normal conversational behavior. That is, the cooperative conversational model enables humans and machines to participant in a conversation with an accepted purpose or direction, with each participant contributing to the conversation for the benefit of the conversation. By taking advantage of human presumptions about utterances that humans rely upon, both

US 10,755,699 B2

5

as speakers and listeners, a Human-to-Machine interface may be analogous to everyday human-to-human conversation. In one implementation, the exemplary cooperative conversation model may take incoming data (shared knowledge) to inform a decision (intelligent hypothesis building), and then may refine the decision and generate a response (adaptive response building).

According to another aspect of the invention, shared knowledge may include both short-term and long-term knowledge. Short-term knowledge may accumulate during a single conversation, where input received during a single conversation may be retained. The shared knowledge may include cross-modality awareness, where in addition to accumulating input relating to user utterances, requests, locations, etc., the shared knowledge may accumulate a current user interface state relating to other modal inputs to further build shared knowledge models. The shared knowledge may be used to build one or more intelligent hypotheses using current and relevant information, build long-term shared knowledge by identifying information with long-term significance, and generate adaptive responses with relevant state and word usage information. Moreover, because cooperative conversations model human conversations, short-term session data may be expired after a psychologically appropriate amount of time, thereby humanizing system behavior, reducing a likelihood of contextual confusion based on stale data, while also adding relevant information from an expired session context to long-term knowledge models. Long-term shared knowledge may generally be user-centric, rather than session-based, where inputs may be accumulated over time to build user, environmental, cognitive, historical, or other long-term knowledge models. Long-term and short-term shared knowledge may be used simultaneously anytime a user engages in a cooperative conversation. Long-term shared knowledge may include explicit and/or implicit user preferences, a history of recent contexts, requests, tasks, etc., user-specific jargon related to vocabularies and/or capabilities of a context, most often used word choices, or other information. The long-term shared knowledge may be used to build one or more intelligent hypotheses using current and relevant information, generate adaptive responses with appropriate word choices when unavailable via short-term shared knowledge, refine long-term shared knowledge models, identify a frequency of specific tasks, identify tasks a user frequently has difficulty with, or provide other information and/or analysis to generate more accurate conversational responses. Shared knowledge may also be used to adapt a level of unprompted support (e.g., for novices versus experienced users, users who are frequently misrecognized, etc.) Thus, shared knowledge may enable a user and a voice user interface to share assumptions and expectations such as topic knowledge, conversation history, word usage, jargon, tone, or other assumptions and/or expectations that facilitate a cooperative conversation between human users and a system.

According to another aspect of the invention, a conversation type may be identified for any given utterance. Categorizing and developing conceptual models for various types of exchanges may consistently align user expectations and domain capabilities. One or more intelligent hypotheses may be generated as to a conversation type by considering conversational goals, participant roles, and/or an allocation of information among the participants. Based on the conversational goals, participant roles, and allocation of information, the intelligent hypotheses may consider various factors to classify a conversation (or utterance) into general

6

types of conversations that can interact with one another to form many more variations and permutations of conversation types (e.g., a conversation type may change dynamically as information is reallocated from one participant to another, or as conversational goals change based on the reallocation of information).

According to another aspect of the invention, the intelligent hypotheses may include one or more hypotheses of a user's intent in an utterance. In addition, the intelligent hypotheses may use short-term and/or long-term shared knowledge to proactively build and evaluate interaction with a user as a conversation progresses or over time. The hypotheses may model human-to-human interaction to include a varying degree of certainty for each hypothesis. That is, just as humans rely on knowledge shared by participants to examine how much and what kind of information was available, the intelligent hypotheses may leverage the identified conversation type and shared knowledge to generate a degree of certainty for each hypothesis.

According to another aspect of the invention, syntactically, grammatically, and contextually sensitive "intelligent responses" may be generated from the intelligent hypotheses that can be used to generate a conversational experience for a user, while also guiding the user to reply in a manner favorable for recognition. The intelligent responses may create a conversational feel by adapting to a user's manner of speaking, framing responses appropriately, and having natural variation and/or personality (e.g., by varying tone, pace, timing, inflection, word use, jargon, and other variables in a verbal or audible response).

According to another aspect of the invention, the intelligent responses may adapt to a user's manner of speaking by using contextual signifiers and grammatical rules to generate one or more sentences that may cooperate with the user. By taking advantage of shared knowledge about how a user utters a request, the responses may be modeled using similar techniques used to recognize requests. The intelligent responses may rate possible responses statistically and/or randomize responses, which creates an opportunity to build an exchange with natural variation and conversational feel. This provides advantages over existing voice user interfaces where input and output is incongruous, as the input is "conversational" and the output is "computerese."

According to another aspect of the invention, the intelligent responses may frame responses to influence a user reply utterance for easy recognition. For example, the responses may be modeled to illicit utterances from the user that may be more likely to result in a completed request. Thus, the responses may conform to a cooperative nature of human dialog and a natural human tendency to "parrot" what was just heard as part of a next utterance. Moreover, knowledge of current context may enhance responses to generate more meaningful conversational responses. Framing the responses may also deal with misrecognitions according to human models. For example, humans frequently remember a number of recent utterances, especially when one or more previous utterances were misrecognized or unrecognized. Another participant in the conversation may limit correction to a part of the utterance that was misrecognized or unrecognized, or over subsequent utterances and/or other interactions, clues may be provided to indicate the initial interpretation was incorrect. Thus, by storing and analyzing multiple utterances, utterances from earlier in a conversation may be corrected as the conversation progresses.

According to another aspect of the invention, the intelligent responses may include multi-modal, or cross-modal, responses to a user. In one implementation, responses may

US 10,755,699 B2

7

be aware of and control one or more devices and/or interfaces, and users may respond by using whichever input method, or combination of input methods, is most convenient.

According to another aspect of the invention, the intelligent responses may correct a course of a conversation without interrupting conversational flow. That is, even though the intelligent responses may be reasonably "sure," the intelligent responses may nonetheless sometimes be incorrect. While existing voice user interfaces tend to fail on average conversational missteps, normal human interactions may expect missteps and deal with them appropriately. Thus, responses after misrecognitions may be modeled after clarifications, rather than errors, and words may be chosen in subsequent responses to move conversation forward and establish an appropriate domain to be explored with the user.

Other objects and advantages of the invention will be apparent to those skilled in the art based on the following drawings and detailed description.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an exemplary block diagram of a system architecture according to one aspect of the invention.

FIG. 2 is an exemplary block diagram of a conversational speech engine according to one aspect of the invention.

FIG. 3 is an exemplary block diagram of a cooperative conversational model according to one aspect of the invention.

DETAILED DESCRIPTION

Referring to FIG. 1, an exemplary system architecture for implementing a cooperative conversational voice user interface is illustrated according to one aspect of the invention. The system may receive an input 105 from a user, where in one implementation, input 105 may be an utterance received by an input device (e.g., a microphone), where the utterance may include one or more requests. Input 105 may also be a multi-modal input, where at least part of the multi-modal input is an utterance. For example, the input device may include a combination of a microphone and a touch-screen device, and input 105 may include an utterance that includes a request relating to a portion of a display on the touch-screen device that the user is touching. For instance, the touch-screen device may be a navigation device, and input 105 may include an utterance of "Give me directions to here," where the user may be requesting directions to a desired destination on the display of the navigation device.

The utterance component of input 105 may be processed by a speech recognition engine 110 (which may alternatively be referred to herein as Automatic Speech Recognizer 110, or as shown in FIG. 1, ASR 110) to generate one or more preliminary interpretations of the utterance. The speech recognition engine 110 may process the utterance using any suitable technique known in the art. For example, in one implementation, the speech recognition engine 110 may interpret the utterance using techniques of phonetic dictation to recognize a phoneme stream, as described in U.S. patent application Ser. No. 11/513,269, entitled "Dynamic Speech Sharpening," filed Aug. 31, 2006, which issued as U.S. Pat. No. 7,634,409 on Dec. 15, 2009, and which is hereby incorporated by reference in its entirety. The one or more preliminary interpretations generated by the speech recognition engine 110 may then be provided to a conversational speech engine 115 for further processing. Conversational speech engine 115 may include a conversational language

8

processor 120 and/or a voice search engine 125, described in greater detail in FIG. 2 below. Conversational speech engine 115 may communicate with one or more databases 130 to generate an adaptive conversational response, which may be returned to the user as an output 140. In one implementation, output 140 may be a multi-modal output and/or an interaction with one or more applications 145 to complete the request. For example, output 140 may include a combination of an audible response and a display of a route on a navigation device. For example, the utterance may include a request to perform an action, and output 140 may include a conversational response reporting success or failure, as well as an execution of the action. In addition, in various implementations, the speech recognition engine 110, conversational speech engine 115, and/or databases 130 may reside locally (e.g., on a user device), remotely (e.g., on a server), or a hybrid model of local and remote processing may be used (e.g., lightweight applications may be processed locally while computationally intensive applications may be processed remotely).

Referring to FIG. 2, an exemplary block diagram is provided illustrating a conversational speech engine 215 according to one aspect of the invention. Conversational speech engine 215 may include a conversational language processor 220 that generates an adaptive conversational response to a request or series of requests using a free form voice search module 245, a noise tolerance module 250, and/or a context determination process 255. According to one aspect of the invention, modules 245-255 may communicate with a voice search engine 225 that includes one or more context domain agents 230 and/or one or more vocabularies 235 to aid in interpreting utterances and generating responses, as described in "Enhancing the VUE™ (Voce-User-Experience) Through Conversational Speech," by Tom Freeman and Larry Baldwin, which is herein incorporated by reference in its entirety. Conversational speech engine 215 may generate an adaptive conversational response to one or more requests, where the requests may depend on unspoken assumptions, incomplete information, context established by previous utterances, user profiles, historical profiles, environmental profiles, or other information. Moreover, conversational speech engine 215 may track which requests have been completed, which requests are being processed, and/or which requests cannot be processed due to incomplete or inaccurate information, and the response may be generated accordingly.

According to one aspect of the invention, free form voice search module 245 may understand an utterance made using typical, day-to-day language (i.e., in free form), and may account for variations in how humans normally speak, the vocabulary they use, and the conditions in which they speak. Because variables such as stress, distraction, and serendipity are always different and infinitely varied, free form search module 245 may be designed with a goal of understanding that no human will come to the same Human-to-Machine interface situation in the same way twice. Thus, free form search module 245 may implement one or more features that model casual human speech. In various implementations, free form search module 245 may include, among other things, a free form utterance feature, a one-step access feature, an inferencing intended operations feature, an alternative expression feature, and/or an imperfect speech feature.

The free form utterance feature may understand specialized jargon and/or slang, tolerate variations in word order (e.g., whether a subject of a request comes before or after a verb may be irrelevant), and tolerate verbalized pauses (e.g.,

US 10,755,699 B2

9 10

"um," "ah," "eh," and other utterances without meaning). For example, the free form utterance feature may treat formalized English verb-before-noun requests in an equivalent manner to free form requests where a noun may precede a verb. For example, user utterances of "Change it to the Squizz" and "You know, um, that Squizz channel, ah, switch it there" may be treated equivalently (where Squizz is a channel on XM Satellite Radio). In either case, the free form utterance feature is able to identify "Squizz" as a subject of the utterance and "Change it" or "switch it" as a verb or request for the utterance (e.g., by cooperating with context determination process 255, or other features, and identifying a relevant context domain agent 230 and/or vocabulary 235 to interpret the utterance).

The one-step access feature may understand utterances that include compound requests with multiple variables. For example, a user utterance may be "What is the forecast for Boston this weekend?" The one-step access feature may identify "weather" as a context (e.g., by cooperating with context determination process 255, or other features, and identifying "forecast" as a synonym of "weather"), and search for a city equal to "Boston" and a time equal to "weekend." By identifying all relevant information for completing a task from a single utterance, the one-step access feature may overcome drawbacks of existing voice user interfaces, such as Command and Control systems that use verbal menus to restrict information that a person can provide at a given point (e.g., a Command and Control system for a phone directory service may say: "State please," . . . "City please," . . . "What listing," etc.). Moreover, some utterances may include compound requests, and the one-step access feature may decompose the compound requests into sub-tasks. For example, a user utterance of "I need to be at a meeting tomorrow in San Francisco at 8:00 am" may be decomposed into a set of sub-tasks such as (1) checking availability and reserving a flight on an evening before the meeting, (2) checking availability and reserving a hotel, (3) checking availability and reserving a car, etc., where users may further designate preferences for various tasks (e.g., first check availability on an airline for which the user is a frequent flyer). Depending on a level of shared knowledge about a user's preferences and/or historical patterns, the one-step access feature may infer additional tasks from a request. For example, in the above example, the one-step access feature may also check a weather forecast, and if the weather is "nice" (as defined by the user preferences and/or as inferred from historical patterns), the one-step access feature may schedule a tee-time at a preferred golf course in San Francisco.

The inferencing intended operations feature may identify an intended request from incomplete or ambiguous requests. For example, when a user utters "Route <indecipherable> Chicago <indecipherable> here," where the user intended to say "Route calculation to Chicago from here," the inferencing intended operations feature may model what is required to calculate a route (an origination point and a destination point). Because the utterance includes the origination point and the destination point, a request to calculate a route from the user's present location to Chicago may be inferred. Similarly, when the inferencing intended operations feature does not have sufficient information to infer a complete request, an adaptive conversational response may be generated to prompt the user for missing information. For example, when an utterance includes a request for a stock quote but not a company name (e.g., "Get me the stock price for <indecipherable>"), the response may be "What company's stock quote do you want?" The user may then provide an utterance including the company name, and the request may be completed. In one implementation, the response may ask for missing information in a way that most restricts possible interpretations (e.g., in a request for a task that requires both a city and a state, the state may be asked for first because there are fewer states than cities). Moreover, the inferencing intended operations feature may model compound tasks and/or requests by maintaining context and identifying relevant and/or missing information at both a composite and sub-task level.

The alternative expression feature may recognize common alternatives for nouns and verbs to reflect variations in usage patterns according to various criteria. For example, users may vary expression based on age, socio-economics, ethnicity, user whims, or other factors. Thus, the alternative expression feature may support variations in expression where word order is unimportant or unanticipated. Alternatives in expression based on various criteria or demographics may be loaded into context domain agents 230 and/or vocabularies 235, and the alternative expression feature may update context domain agents 230 and/or vocabularies 235 based on inferred or newly discovered variations. In one implementation, conversational speech engine 215 may include a subscription interface to update changes to context domain agents 230 and/or vocabularies 235 (e.g., a repository may aggregate various user utterances and deploy updates system wide). In operation, the alternative expression feature may allow nouns and/or verbs to be represented in different ways to give simplistic, yet representative, examples. For example, a user interested in a weather forecast for Washington, D.C. may provide any of the following utterances, each of which are interpreted equivalently: "What's the weather like in DC," "Is it raining inside the Beltway," Gimme the forecast for the capital," etc. Similarly, utterances of "Go to my home," "Go home," "Show route to home," and "I would like to know my way home" may all be interpreted equivalently, where a user profile may include the user's home address and a navigation route to the home address may be calculated.

The imperfect speech feature may be able to infer requests from contradictory or otherwise inaccurate information, such as when an utterance includes starts and stops, restarts, stutters, run-on sentences, or other imperfect speech. For example, a user may sometimes change their mind, and thus alter the request in mid-utterance, and the imperfect speech feature may nonetheless be able to infer a request based on models of human speech. For example, for an utterance of "Well, I wanna . . . Mexi . . . no, steak restaurant please, I'm hungry," existing voice user interfaces make no assumptions regarding models of human speech and would be unable to infer whether the user wanted a Mexican or steak restaurant. The imperfect speech feature overcomes these drawbacks by using various models of human understanding that may indicate that a last criterion is most likely to be correct, or intonation, emphasis, stress, use of the word "not," or other models may indicate which criterion is most likely to be correct. Thus, in the above example, the imperfect speech feature may infer that the user wants a steak restaurant.

According to one aspect of the invention, noise tolerance module 250 may be closely related to the imperfect speech feature, and may operate to discard words or noise that has no meaning in a given context so as not to create confusion. Moreover, noise tolerance module 250 may filter out environmental and non-human noise to further reduce a likelihood of confusion. In one implementation, noise tolerance module 250 may cooperate with other modules and features to filter out words that do not fit into a context. For example,

US 10,755,699 B2

11

one or more contexts may be identified, and words that have no meaning with respect to system capabilities, random human utterances without meaning and other noise may be filtered out. Thus, noise tolerance module **250** may model real-world conditions to identify meaningful requests. For example, noise tolerance module **250** may filter other human conversations and/or utterances within a range of one or more microphones, For example, a single device may include multiple microphones, or multiple devices may each include one or more microphones, and the noise tolerance module may collate inputs and cooperatively filter out sound by comparing a speech signal from the various microphones. Noise tolerance module **250** may also filter out non-human environmental noise within the range of the microphones, out-of-vocabulary words, which could be a result of speaker ambiguity or malapropisms, or other noise that may be unrelated to a target request. Noise models in noise tolerance module **250** may define performance benchmarks based on human criteria. For example, if a driver of a car, traveling at 65 miles-per-hour, with windows cracked is 92% likely to be understood by a passenger, then noise tolerance module **250** may have a similar performance under those conditions.

According to one aspect of the invention, conversational speech engine **215** may include a context determination process **255** that determines one or more contexts for a request to establish meaning within a conversation. The one or more contexts may be determined by having one or more context domain agents compete to determine a most appropriate domain for a given utterance, as described in U.S. patent application Ser. No. 11/197,504, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Aug. 5, 2005, which issued as U.S. Pat. No. 7,640,160 on Dec. 29, 2009 and U.S. patent application Ser. No. 11/212,693, entitled "Mobile Systems and Methods of Supporting Natural Language Human-Machine Interactions," filed Aug. 29, 2005, which issued as U.S. Pat. No. 7,949,529 on May 24, 2011, both of which are hereby incorporated by reference in their entirety. Once a given context domain agent "wins" the competition, the winning agent may be responsible for establishing or inferring further contexts and updating short-term and long-term shared knowledge. If there is a deadlock between context domain agents, an adaptive conversational response may prompt the user to assist in disambiguating between the deadlocked agents. For example, a user utterance of "What about traffic?" may have a distinct meaning in various contexts. That is, "traffic" may have a first meaning when the user is querying a system's media player (i.e., "traffic" would be a Rock and Roll band led by singer/songwriter Steve Winwood), a second meaning when the user is querying a search interface regarding Michael Douglas films (i.e., "traffic" would be a film directed by Steven Soderbergh), a third meaning when the user is querying a navigation device for directions to an airport (i.e., "traffic" would be related to conditions on roads along a route to the airport).

Moreover, context determination process **255** may infer intended operations and/or context based on previous utterances and/or requests, whereas existing systems consider each utterance independently, potentially making the same errors over and over again. For example, if a given interpretation turns out to be incorrect, the incorrect interpretation may be removed as a potential interpretation from one or more grammars associated with the speech recognition engine and/or from possible subsequent interpretations determined by context determination process **255**, thereby assuring that a mistake will not be repeated for an identical utterance.

12

Context determination process **255** may overcome drawbacks of existing systems by continually updating one or more models of an existing context, where establishing context may be a by-product of a conversation, which cannot be established a priori. Context determination process **255** may establish a first context domain, change to a second context domain, change back to the first context domain, and so on, as tasks are completed, partially completed, requested, etc., and a context stack may track conversation topics and attempt to fit a current utterance into a most-recent context, next-most-recent topic, etc., traversing the context stack until a most likely intent can be established. For example, a user may utter "What's the traffic report," and context determination process **255** may establish Traffic as a context, and return an output including a traffic report, which does not happen to mention traffic on Interstate-5. The user may then utter "What about I-5?" and context determination process **255** may know that the current context is Traffic, a traffic report including information about Interstate-5 may be searched for, and the traffic report indicating that Interstate-5 is crowded may be returned as an output. The user may then utter "Is there a faster way?" and context determination module **255** may know that the current context is still Traffic, and may search for routes to a specified destination with light traffic and avoiding Interstate-5. Moreover, context determination process **255** may build context based on user profiles, environmental profiles, historical profiles, or other information to further refine the context. For example, the profiles may indicate that Interstate-5 is a typical route taken Monday through Friday.

The profiles may be particularly meaningful when attempting to disambiguate between contexts where a word has different meanings in different contexts. For example, a user may utter "What's the weather in Seattle?" and context determination process **255** may establish Weather as a context, as well as establishing Seattle as an environmental context. The user may then utter "and Portland?" and context determination process **255** may return a weather report for Portland, Oreg. based on the Weather and an environmental proximity between Portland, Oreg. and Seattle, Wash. The user may then ask "What time does the game start?" and a search for sports events with teams from Seattle and/or Portland may occur, with results presented conversationally according to methods described in greater detail below in FIG. **3**. Correlatively, had user originally uttered "What's the weather in Portsmouth, N.H.," in the second utterance, context determination process **255** may instead retrieve a weather report for Portland, Me. based on an environmental proximity to New Hampshire. Moreover, when environmental profiles, contextual shared knowledge, and/or other short-term and/or long-term shared knowledge does not provide enough information to disambiguate between possibilities, responses may prompt the user with a request for further information (e.g., "Did you mean Portland, Me., or Portland, Oreg.?").

Context determination process **255** may cooperate with context domain agents **230**, where each context domain agent **230** may define a collection of related functions that may be useful for users. Moreover, each context domain agent **230** may include a relevant vocabulary **235** and thought collections that model word groupings, which when evaluated together, may disambiguate one context domain from another (e.g., a Music context domain agent **230** may include a vocabulary **235** for songs, artists, albums, etc., whereas a Stock context domain agent **230** may include a vocabulary **235** for company names, ticker symbols, financial metrics, etc.). Thus, accuracy in identifying meaning

US 10,755,699 B2

13

may be enhanced by eliminating out-of-context words and noise words when searching for relevant combinations. In contrast, existing systems attempt to assign meaning to every component of an utterance (e.g., including out-of-context words and noise words), which results in nearly infinite possible combinations and greater likelihood of confusion. Moreover, context domain agents **230** may include metadata for each criteria to further assist in interpreting utterances, inferring intent, completing incomplete requests, etc. (e.g., a Space Needle vocabulary word may include metadata for Seattle, landmark, tourism, Sky City restaurant, etc.). Given a disambiguated criterion, context determination process **255** may thus be able to automatically determine other information needed to complete a request, discard importance of word order, and perform other enhancements for conversational speech.

Context domain agents **230** may also be self-aware, assigning degrees of certainty to one or more generated hypotheses, where a hypothesis may be developed to account for variations in environmental conditions, speaker ambiguity, accents, or other factors. Conceptually, context domain agents **230** may be designed to model utterances as a hard-of-hearing person would at a noisy party. By identifying a context, capabilities within the context, vocabularies within the context, what tasks are done most often historically in the context, what task was just completed, etc., a context domain agent **230** may establish intent from rather meager phonetic clues. Moreover, the context stack may be one of a plurality of components for establishing context, and thus not a constraint upon the user. All context domains may be accessible, allowing the user to switch contexts at any time without confusion. Thus, just as in human-to-human conversation, context domains may be rapidly selected, without menu-driven dead ends, when an utterance is unambiguous. For example, a user may utter, "Please call Rich Kennewick on his cell phone," and a system response of "Do you wish me to call Rich Kennewick on his cell?" may be generated. The user may decide at that point to call Rich Kennewick later, and instead, listen to some music. Thus, the user may then utter, "No, play the Louis Armstrong version of Body and Soul from my iPod," and a system response of "Playing Body and Soul by Louis Armstrong" may be generated as Body and Soul is played through a media player. In this example, the later utterance has no contextual connection to the first utterance, yet because request criteria in the utterances are unambiguous, contexts can be switched easily without relying on the context stack.

Referring to FIG. **3**, an exemplary cooperative conversational model **300** is illustrated according to an aspect of the invention. Cooperative conversational model **300** may build upon free form voice search **245**, noise tolerance **250**, and context determination **255** to implement a conversational Human-to-Machine interface that reflects how humans interact with each other and their normal behavior in conversation. Simply put, cooperative conversational model **300** enables humans and machines to participate in a conversation with an accepted purpose or direction, with each participant contributing to the conversation for the benefit of the conversation. That is, cooperative conversational model **300** incorporates technology and process-flow that takes advantage of human presumptions about utterances that humans rely upon, both as speakers and listeners, thereby creating a Human-to-Machine interface that is analogous to everyday human-to-human conversation. In one implementation, a cooperative conversation may take incoming data (shared knowledge) **305** to inform a decision (intelligent hypothesis

14

building) **310**, and then may refine the decision and generate a response (adaptive response building) **315**.

According to one aspect of the invention, shared knowledge **305** includes both short-term and long-term knowledge about incoming data. Short-term knowledge may accumulate during a single conversation, while long-term knowledge may accumulate over time to build user profiles, environmental profiles, historical profiles, cognitive profiles, etc.

Input received during a single conversation may be retained in a Session Input Accumulator. The Session Input Accumulator may include cross-modality awareness, where in addition to accumulating input relating to user utterances, requests, locations, etc., the Session Input Accumulator may accumulate a current user interface state relating to other modal inputs to further build shared knowledge models and more accurate adaptive responses (e.g., when a user utters a request relating to a portion of a touch-screen device, as described above). For example, the Session Input Accumulator may accumulate inputs including recognition text for each utterance, a recorded speech file for each utterance, a list-item selection history, a graphical user interface manipulation history, or other input data. Thus, the Session Input Accumulator may populate Intelligent Hypothesis Builder **310** with current and relevant information, build long-term shared knowledge by identifying information with long-term significance, provide Adaptive Response Builder **315** with relevant state and word usage information, retain recent contexts for use with Intelligent Hypothesis Builder **310**, and/or retain utterances for reprocessing during multi-pass evaluations. Moreover, because cooperative conversations **300** model human conversations, short-term session data may be expired after a psychologically appropriate amount of time, thereby humanizing system behavior. For example, a human is unlikely to recall a context of a conversation from two years ago, but because the context would be identifiable by a machine, session context is expired after a predetermined amount of time to reduce a likelihood of contextual confusion based on stale data. However, relevant information from an expired session context may nonetheless be added to user, historical, environmental, cognitive, or other long-term knowledge models.

Long-term shared knowledge may generally be user-centric, rather than session-based. That is, inputs may be accumulated over time to build user, environmental, cognitive, historical, or other long-term knowledge models. Long-term and short-term shared knowledge (collectively, shared knowledge **305**) may be used simultaneously anytime a user engages in a cooperative conversation **300**. Long-term shared knowledge may include explicit and/or implicit user preferences, a history of most recently used agents, contexts, requests, tasks, etc., user-specific jargon related to vocabularies and/or capabilities of an agent and/or context, most often used word choices, or other information. The long-term shared knowledge may be used to populate Intelligent Hypothesis Builder **310** with current and relevant information, provide Adaptive Response Builder **315** with appropriate word choices when the appropriate word choices are unavailable via the Session Input Accumulator, refine long-term shared knowledge models, identify a frequency of specific tasks, identify tasks a user frequently has difficulty with, or provide other information and/or analysis to generate more accurate conversational responses.

As described above, shared knowledge **305** may be used to populate Intelligent Hypothesis Builder **310**, such that a user and a voice user interface may share assumptions and expectations such as topic knowledge, conversation history,

US 10,755,699 B2

word usage, jargon, tone (e.g., formal, humorous, terse, etc.), or other assumptions and/or expectations that facilitate interaction at a Human-to-Machine interface.

According to an aspect of the invention, one component of a successful cooperative conversation may be identifying a type of conversation from an utterance. By categorizing and developing conceptual models for various types of exchanges, user expectations and domain capabilities may be consistently aligned. Intelligent Hypothesis Builder **310** may generate a hypothesis as to a conversation type by considering conversational goals, participant roles, and/or an allocation of information among the participants. Conversational goals may broadly include: (1) getting a discrete piece of information or performing a discrete task, (2) gathering related pieces of information to make a decision, and/or (3) disseminating or gathering large amounts of information to build expertise. Participant roles may broadly include: (1) a leader that controls a conversation, (2) a supporter that follows the leader and provides input as requested, and/or (3) a consumer that uses information. Information may be held by one or more of the participants at the outset of a conversation, where a participant may hold most (or all) of the information, little (or none) of the information, or the information may be allocated roughly equally amongst the participants. Based on the conversational goals, participant roles, and allocation of information, Intelligent Hypothesis Builder **310** may consider various factors to classify a conversation (or utterance) into general types of conversations that can interact with one another to form many more variations and permutations of conversation types (e.g., a conversation type may change dynamically as information is reallocated from one participant to another, or as conversational goals change based on the reallocation of information).

For example, in one implementation, a query conversation may include a conversational goal of getting a discrete piece of information or performing a particular task, where a leader of the query conversation may have a specific goal in mind and may lead the conversation toward achieving the goal. The other participant may hold the information and may support the leader by providing the information. In a didactic conversation, a leader of the conversation may control information desired by a supporter of the conversation. The supporter's role may be limited to regulating an overall progression of the conversation and interjecting queries for clarification. In an exploratory conversation, both participants share leader and supporter roles, and the conversation may have no specific goal, or the goal may be improvised as the conversation progresses. Based on this model, Intelligent Hypothesis Builder **310** may broadly categorize a conversation (or utterance) according to the following diagram:

| QUERY | | |
| --- | --- | --- |
| | Participant A<br>User | Participant B<br>Voice User Interface |
| GOAL | Get information/action | Provide information/action |
| ROLE | Leader/Consumer | Supporter/Dispenser |
| INFORMATION<br>ALLOCATION | Less | More |

| DIDACTIC | | |
| --- | --- | --- |
| | Participant A<br>User | Participant B<br>Voice User Interface |
| GOAL | Get information | Provide information |
| ROLE | Follower/Consumer | Leader/Dispenser |
| INFORMATION<br>ALLOCATION | Less | More |

| EXPLORATORY | | |
| --- | --- | --- |
| | Participant A<br>User | Participant B<br>Voice User Interface |
| GOAL | Gather/share information | Gather/share information |
| ROLE | Follower/Consumer and<br>Leader/Dispenser | Follower/Consumer and<br>Leader/Dispenser |
| INFORMATION<br>ALLOCATION | Equal or alternating | Equal or alternating |

Intelligent Hypothesis Builder **310** may use an identified conversation type to assist in generating a set of hypotheses as to a user's intent in an utterance. In addition, Intelligent Hypothesis Builder **310** may use short-term shared knowledge from the Session Input Accumulator to proactively build and evaluate interaction with a user as a conversation progresses, as well as long-term shared knowledge to proactively build and evaluate interaction with the user over time. Intelligent Hypothesis Builder **310** may thus adaptively arrive at a set of N-best hypotheses about user intent, and the N-best hypotheses may be provided to an Adaptive Response Builder **315**. In addition, Intelligent Hypothesis Builder **310** may model human-to-human interaction by calculating a degree of certainty for each of the hypotheses. That is, just as humans rely on knowledge shared by participants to examine how much and what kind of information was available, Intelligent Hypothesis Builder **310** may leverage the identified conversation type and short-term and long-term shared knowledge to generate a degree of certainty for each hypothesis.

According to another aspect of the invention, Intelligent Hypothesis Builder **310** may generate one or more explicit hypotheses of a user's intent when an utterance contains all information (including qualifiers) needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty, which may be used to determine a level of unprompted support to provide in a response. For example, a response may include a confirmation to ensure the utterance was not misunderstood or the response may adaptively prompt a user to provide missing information.

According to another aspect of the invention, Intelligent Hypothesis Builder **310** may use short-term knowledge to generate one or more implicit hypotheses of a user's intent when an utterance may be missing required qualifiers or other information needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty. For instance, when a conversation begins, short-term knowledge stored in the Session Input Accumulator may be empty, and as the conversation progresses, the Session Input Accumulator may build a history of the conversation. Intelligent Hypothesis Builder **310** may use data in the Session Input Accumulator to supplement or infer additional information about a current utterance. For example, Intelligent Hypothesis Builder **310** may evaluate a degree of certainty based on a number of previous requests relevant to the current utter-

US 10,755,699 B2

17

ance. In another example, when the current utterance contains insufficient information to complete a request or task, data in the Session Input Accumulator may be used to infer missing information so that a hypothesis can be generated. In still another example, Intelligent Hypothesis Builder **310** may identify syntax and/or grammar to be used by Adaptive Response Builder **315** to formulate personalized and conversational response. In yet another example, when the current utterance contains a threshold amount of information needed to complete a request or task, data in the Session Input Accumulator may be relied upon to tune a degree of certainty.

According to another aspect of the invention, Intelligent Hypothesis Builder **310** may use long-term shared knowledge to generate one or more implicit hypotheses of a user's intent when an utterance is missing qualifiers or other information needed to complete a request or task. Each hypothesis may have a corresponding degree of certainty. Using long-term knowledge may be substantially similar to using short-term shared knowledge, except that information may be unconstrained by a current session, and an input mechanism may include information from additional sources other than conversational sessions. For example, Intelligent Hypothesis Builder **310** may use information from long-term shared knowledge at any time, even when a new conversation is initiated, whereas short-term shared knowledge may be limited to an existing conversation (where no short-term shared knowledge would be available when a new conversation is initiated). Long-term shared knowledge may come from several sources, including user preferences or a plug-in data source (e.g., a subscription interface to a remote database), expertise of a user (e.g., based on a frequency of errors, types of tasks requested, etc., the user may be identified as a novice, intermediate, experienced, or other type of user), agent-specific information and/or language that may also apply to other agents (e.g., by decoupling information from an agent to incorporate the information into other agents), frequently used topics passed in from the Session Input Accumulator, frequently used verbs, nouns, or other parts of speech, and/or other syntax information passed in from the Session Input Accumulator, or other sources of long-term shared knowledge may be used.

According to another aspect of the invention, knowledge-enabled utterances, as generated by Intelligent Hypothesis Builder **310**, may include one or more explicit (supplied by a user), and one or more implicit (supplied by Intelligent Hypothesis Builder **310**) contextual signifiers, qualifiers, criteria, and other information that can be used to identify and evaluate relevant tasks. At that point, Intelligent Hypothesis Builder **310** may provide an input to Adaptive Response Builder **315**. The input received by Adaptive Response Builder **315** may include at least a ranked list of hypotheses, including explicit and/or implicit hypotheses, each of which may have a corresponding degree of certainty. A hypothesis may be assigned one of four degrees of certainty: (1) "sure," where contextual signifiers and qualifiers relate to one task, context and qualifiers relate to one task, and a confidence level associated with a preliminary interpretation generated at the speech recognition engine exceeds a predetermined threshold; (2) "pretty sure," where contextual signifiers and qualifiers relate to more than one task (select top-ranked task) and criteria relates to one request, and/or the confidence level associated with the preliminary interpretation generated at the speech recognition engine is below the predetermined threshold; (3) "not sure," where additional contextual signifiers or qualifiers are

18

needed to indicate or rank a task; and (4) "no hypothesis," where little or no information can be deciphered. Each degree of certainty may further be classified as explicit or implicit, which may be used to adjust a response. The input received by Adaptive Response Builder **310** may also include a context, user syntax and/or grammar, context domain agent specific information and/or preferences (e.g., a travel context domain agent may know a user frequently requests information about France, which may be shared with a movie context domain agent so that responses may occasionally include French movies).

According to another aspect of the invention, Adaptive Response Builder **315** may build syntactically, grammatically, and contextually sensitive "intelligent responses" that can be used with one or more agents to generate a conversational experience for a user, while also guiding the user to reply in a manner favorable for recognition. In one implementation, the intelligent responses may include a verbal or audible reply played through an output device (e.g., a speaker), and/or an action performed by a device, computer, or machine (e.g., downloading a web page, showing a list, executing an application, etc.). In one implementation, an appropriate response may not require conversational adaptation, and default replies and/or randomly selected response sets for a given task may be used.

According to another aspect of the invention, Adaptive Response Builder **310** may draw on information maintained by Intelligence Hypothesis Builder **310** to generate responses that may be sensitive to context, task recognition of a current utterance, what a user already knows about a topic, what an application already knows about the topic, shared knowledge regarding user preferences and/or related topics, appropriate contextual word usage (e.g., jargon), words uttered by the user in recent utterances, conversational development and/or course correction, conversational tone, type of conversation, natural variation in wording of responses, or other information. As a result, Adaptive Response Builder **315** may generate intelligent responses that create conversational feel, adapt to information that accumulates over a duration of a conversation, maintain cross-modal awareness, and keep the conversation on course.

According to another aspect of the invention, Adaptive Response Builder **315** may create a conversational feel by adapting to a user's manner of speaking, framing responses appropriately, and having natural variation and/or personality (e.g., by varying tone, pace, timing, inflection, word use, jargon, and other variables in a verbal or audible response). Adapting to a user's manner of speaking may include using contextual signifiers and grammatical rules to generate one or more sentences for use as response sets that may cooperate with the user. By taking advantage of short-term (from the Session Input Accumulator) and long-term (from one or more profiles) shared knowledge about how a user utters a request, the responses may be modeled using techniques used to recognize requests. Adaptive Response Builder **315** may rate possible responses statistically and/or randomize responses, which creates an opportunity to build an exchange with natural variation and conversational feel. This may be a significant advantage over existing voice user interfaces with incongruous input and output, where the input is "conversational" and the output is "computerese." The following examples may demonstrate how a response may adapt to a user's input word choices and manner of speaking:

US 10,755,699 B2

19

| User | Do you know [mumbled words] Seattle [more mumbled words]? |
|---|---|
| Voice User Interface | Did you want Seattle sports scores, weather, traffic, or news? |

| User | Find me [mumbled words] Seattle [more mumbled words]? |
|---|---|
| Voice User Interface | I found Seattle, did you want sports scores, weather, traffic, or news? |

| User | Get me [mumbled words] Seattle [more mumbled words]? |
|---|---|
| Voice User Interface | I've got Seattle, did you want me to get sports scores, weather, traffic, or news? |

According to another aspect of the invention, Adaptive Response Builder 315 may frame responses to influence a user to reply with an utterance that may be easily recognized. For example, a user may utter, "Get me the news" and a voice user interface response may be "Which of these categories? Top news stories, international news, political news, or sports news?" The response may be likely to illicit utterances from the user, such as "Top news stories" or "International news," which are more likely to result in a completed request. Thus, the responses may conform to a cooperative nature of human dialog, and a natural human tendency to "parrot" what was just heard as part of a next utterance. Moreover, knowledge of current context may enhance responses to generate more meaningful conversational responses, such as in the following exchange:

| User | What's the weather like in Dallas? |
|---|---|
| Voice User Interface | In Dallas, it's sunny and 90 degrees. |
| User | What theaters are showing the movie "The Fantastic Four" there? |
| Voice User Interface | 10 theaters in Dallas are showing "The Fantastic Four." Do you want show times for a particular theater? |

Framing the responses may also deal with misrecognitions according to human models. For example, humans frequently remember a number of recent utterances, especially when one or more previous utterances were misrecognized or unrecognized. Another participant in the conversation may limit correction to a part of the utterance that was misrecognized or unrecognized, or over subsequent utterances and/or other interactions, clues may be provided to indicate the initial interpretation was incorrect. Thus, by storing and analyzing multiple utterances, utterances from earlier in a conversation may be corrected as the conversation progresses.

According to another aspect of the invention, Adaptive Response Builder 315 may generate multi-modal, or cross-modal, responses to a user. In one implementation, responses may be aware of and control one or more devices and/or interfaces, and users may respond by using whichever input method, or combination of input methods, is most convenient. For example, a response asking the user to direct an utterance with a "Yes" or "No" in a multi-modal environment may also display alternatives visually.

According to another aspect of the invention, Adaptive Response Builder 315 may correct a course of a conversation without interrupting conversational flow. Adaptive

20

Response Builder 315 may generate intelligent responses based on the ranked list of hypotheses and corresponding degrees of certainty, which may be used to correct a course of a conversation without interrupting conversational flow. That is, even though the intelligent responses may be reasonably "sure," the intelligent responses may nonetheless sometimes be incorrect. While existing voice user interfaces tend to fail on average conversational missteps, normal human interactions may expect missteps and deal with them appropriately. Thus, responses after a misrecognition may be modeled after clarifications, rather than errors, and words may be chosen in subsequent responses that move conversation forward and establish an appropriate domain to be explored with the user. For example, course correction may result in the following exchange:

| User | Can you get [mumbled words here] Mariners [more mumbled words]? |
|---|---|
| Voice User Interface | I've got the score for the Mariners game? 4-2 Mariners. |
| User | No, the start time for tomorrow's game. |
| Voice User Interface | Oh, 7:05. |

The above disclosure has been described in terms of specific exemplary aspects, implementations, and embodiments of the invention. However, those skilled in the art will recognize various changes and modifications that may be made without departing from the scope and spirit of the invention. Therefore, the specification and drawings are to be regarded as exemplary only, and the scope of the invention is to be determined solely by the appended claims.

What is claimed is:

1. A computer-implemented method of generating natural language system responses adapted based on a user's manner of speaking, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:

receiving, by the computer system, a user input comprising a natural language utterance;

recognizing, by the computer system, one or more words or phrases from the natural language utterance;

identifying, by the computer system, a context for the natural language utterance based on the one or more words or phrases recognized from the natural language utterance;

determining, by the computer system, an interpretation of the natural language utterance based on the identified context;

accumulating, by the computer system, short-term knowledge based on one or more natural language utterances received during a predetermined time period, wherein the one or more natural language utterances received during the predetermined time period are related to a single conversation between a user and the computer system;

accumulating, by the computer system, long-term knowledge, wherein the long-term knowledge is accumulated based on one or more natural language utterances received prior to the predetermined time period;

identifying, by the computer system, a manner in which the natural language utterance was spoken based on the short-term knowledge and the long-term knowledge; and

US 10,755,699 B2

21

generating, by the computer system, a response to the natural language utterance based on the interpretation and the identified manner in which the natural language utterance was spoken.

2. The method of claim 1, wherein the manner in which the natural language utterance was spoken includes an indication of at least one of tone, pace, timing, inflection, word use, and/or jargon.

3. The method of claim 1, wherein the response comprises a voice response, and wherein generating the voice response based on the identified manner comprises varying one or more of tone, pace, timing, inflection, word use, and/or jargon of the voice response.

4. The method of claim 1, the method further comprising:
obtaining, by the computer system, contextual signifiers and/or grammatical rules,
wherein generating the response based on the identified manner in which the natural language utterance was spoken comprises using the obtained contextual signifiers and/or grammatical rules to generate sentences for use as response sets to cooperate with the user.

5. The method of claim 1, wherein the long-term knowledge is associated with a first user, the method further comprising:
generating, by the computer system, a profile associated with the first user based on the long-term knowledge, wherein the context for the natural language utterance is determined based further on the profile associated with the first user.

6. The method of claim 1, wherein generating the response based on the identified manner comprises:
adapting, by the computer system, the response based on a response format associated with the identified manner.

7. The method of claim 1, wherein recognizing the one or more words or phrases from the natural language utterance comprises:
providing, by the computer system, the natural language utterance as an input to a speech recognition engine; and
obtaining, by the computer system, the one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine.

8. The method of claim 1, the method further comprising:
causing, by the computer system, the response to the natural language utterance to be provided to the user.

9. The method of claim 1, wherein the response comprises a voice response, and wherein generating the voice response to the natural language utterance based on the identified manner comprises varying one or more of word use and/or jargon of the voice response.

10. The method of claim 1, the method further comprising:
adapting the response, by the computer system, to model a conversation, wherein adapting the response to model a conversation comprises adapting the response to have a personality by varying word use.

11. The method of claim 1, the method further comprising generating a response that is sensitive to context, what the user already knows about a topic, short-term knowledge and long-term knowledge of user preferences, and words uttered by the user in one or more prior natural language utterances.

12. A system for generating natural language system responses adapted based on a user's manner of speaking, the system comprising:

22

one or more physical processors programmed with one or more computer program instructions which, when executed, configure the one or more physical processors to:
receive a user input comprising a natural language utterance;
recognize one or more words or phrases from the natural language utterance;
identify a context for the natural language utterance based on the one or more words or phrases recognized from the natural language utterance;
determine an interpretation of the natural language utterance based on the identified context;
accumulate short-term knowledge based on one or more natural language utterances received during a predetermined time period, wherein the one or more natural language utterances received during the predetermined time period are related to a single conversation between a user and the computer system;
accumulate long-term knowledge, wherein the long-term knowledge is accumulated based on one or more natural language utterances received prior to the predetermined time period;
identify a manner in which the natural language utterance was spoken based on the short-term knowledge and the long-term knowledge; and
generate a response to the natural language utterance based on the interpretation and the identified manner in which the natural language utterance was spoken.

13. The system of claim 12, wherein the manner in which the natural language utterance was spoken includes an indication of at least one of tone, pace, timing, inflection, word use, and/or jargon.

14. The system of claim 12, wherein the response comprises a voice response, and wherein to generate the voice response based on the identified manner, the one or more physical processors are further configured to:
vary one or more of tone, pace, timing, inflection, word use, and/or jargon of the voice response.

15. The system of claim 12, wherein the one or more physical processors are further configured to:
obtain contextual signifiers and/or grammatical rules,
wherein to generate the response based on the identified manner in which the natural language utterance was spoken, the one or more physical processors are further configured to use the obtained contextual signifiers and/or grammatical rules to generate sentences for use as response sets to cooperate with the user.

16. The system of claim 12, wherein the long-term knowledge is associated with a first user, and wherein the one or more physical processors are further configured to:
generate a profile associated with the first user based on the long-term knowledge, wherein the context for the natural language utterance is determined based further on the profile associated with the first user.

17. The system of claim 12, wherein to generate the response based on the identified manner, the one or more physical processors are configured to:
adapt the response based on a response format associated with the identified manner.

18. The system of claim 12, wherein to recognize the one or more words or phrases from the natural language utterance, the one or more physical processors are configured to:
provide the natural language utterance as an input to a speech recognition engine; and

US 10,755,699 B2

obtain the one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine.

19. The system of claim 12, wherein the one or more physical processors are further configured to:

cause the response to the natural language utterance to be provided to the user.

20. The system of claim 12, wherein the response comprises a voice response, and wherein to generate the voice response to the natural language utterance based on the identified manner, the one or more physical processors are further configured to:

vary one or more of word use and/or jargon of the voice response.

21. The system of claim 12, wherein the one or more physical processors are further configured to:

adapt the response to model a conversation, wherein adapting the response to model a conversation comprises adapting the response to have a personality by varying word use.

22. The system of claim 12, wherein the one or more physical processors are further configured to generate a response that is sensitive to context, what the user already knows about a topic, short-term knowledge and long-term knowledge of user preferences, and words uttered by the user in one or more prior natural language utterances.

\* \* \* \* \*

# EXHIBIT F

US007818176B2

(12) **United States Patent**
Freeman et al.

(10) **Patent No.:**    **US 7,818,176 B2**
(45) **Date of Patent:**    **Oct. 19, 2010**

(54) **SYSTEM AND METHOD FOR SELECTING AND PRESENTING ADVERTISEMENTS BASED ON NATURAL LANGUAGE PROCESSING OF VOICE-BASED INPUT**

(75) Inventors: **Tom Freeman**, Mercer Island, WA (US); **Mike Kennewick**, Bellevue, WA (US)

(73) Assignee: **VoiceBox Technologies, Inc.**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 740 days.

(21) Appl. No.: **11/671,526**

(22) Filed: **Feb. 6, 2007**

(65) **Prior Publication Data**

US 2008/0189110 A1    Aug. 7, 2008

(51) **Int. Cl.**
*G10L 11/00* (2006.01)
*G10L 15/18* (2006.01)
*G06F 17/27* (2006.01)
*G06Q 30/00* (2006.01)

(52) **U.S. Cl.** ........................... **704/270**; 704/9; 704/257; 705/14.49

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,430,669 | A | 2/1984 | Cheung | 358/122 |
| 5,155,743 | A | 10/1992 | Jacobs | 375/28 |
| 5,274,560 | A | 12/1993 | LaRue | 364/444 |
| 5,377,350 | A | 12/1994 | Skinner | 395/600 |
| 5,386,556 | A | 1/1995 | Hedin et al. | 395/600 |
| 5,424,947 | A | 6/1995 | Nagao et al. | 364/419.08 |
| 5,471,318 | A | 11/1995 | Ahuja et al. | 358/400 |
| 5,475,733 | A | 12/1995 | Eisdorfer et al. | 379/52 |
| 5,488,652 | A | 1/1996 | Bielby et al. | 379/88 |
| 5,499,289 | A | 3/1996 | Bruno et al. | 379/220 |
| 5,500,920 | A | 3/1996 | Kupiec | 395/2.79 |
| 5,517,560 | A | 5/1996 | Greenspan | 379/114 |
| 5,533,108 | A | 7/1996 | Harris et al. | 379/201 |
| 5,537,436 | A | 7/1996 | Bottoms et al. | 375/222 |
| 5,539,744 | A | 7/1996 | Chu et al. | 370/60 |
| 5,557,667 | A | 9/1996 | Bruno et al. | 379/201 |

(Continued)

FOREIGN PATENT DOCUMENTS

WO        WO 01/78065        10/2001

OTHER PUBLICATIONS

Reuters, "IBM to Enable Honda Drivers to Talk to Cars", Charles Schwab & Co., Inc., Jul. 28, 2002, 1 page.

(Continued)

*Primary Examiner*—Brian L Albertalli
(74) *Attorney, Agent, or Firm*—Pillsbury Winthrop Shaw Pittman LLP

(57) **ABSTRACT**

A system and method for selecting and presenting advertisements based on natural language processing of voice-based inputs is provided. A user utterance may be received at an input device, and a conversational, natural language processor may identify a request from the utterance. At least one advertisement may be selected and presented to the user based on the identified request. The advertisement may be presented as a natural language response, thereby creating a conversational feel to the presentation of advertisements. The request and the user's subsequent interaction with the advertisement may be tracked to build user statistical profiles, thus enhancing subsequent selection and presentation of advertisements.

**52 Claims, 3 Drawing Sheets**



US 7,818,176 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,563,937 A | 10/1996 | Bruno et al. | 379/201 |
| 5,590,039 A | 12/1996 | Ikeda et al. | 395/759 |
| 5,617,407 A | 4/1997 | Bareis | 369/275.3 |
| 5,633,922 A | 5/1997 | August et al. | 379/220 |
| 5,675,629 A | 10/1997 | Raffel et al. | 379/58 |
| 5,696,965 A | 12/1997 | Dedrick | 395/610 |
| 5,708,422 A | 1/1998 | Blonder et al. | 340/825.34 |
| 5,721,938 A | 2/1998 | Stuckey | 395/754 |
| 5,722,084 A | 2/1998 | Chakrin et al. | 455/551 |
| 5,742,763 A | 4/1998 | Jones | 395/200.3 |
| 5,748,841 A | 5/1998 | Morin et al. | 395/2.66 |
| 5,752,052 A | 5/1998 | Richardson et al. | 395/759 |
| 5,754,784 A | 5/1998 | Garland et al. | 395/200.49 |
| 5,761,631 A | 6/1998 | Nasukawa | 704/9 |
| 5,774,859 A | 6/1998 | Houser et al. | 704/275 |
| 5,794,050 A | 8/1998 | Dahlgren et al. | 395/708 |
| 5,797,112 A | 8/1998 | Komatsu et al. | 701/201 |
| 5,799,276 A | 8/1998 | Komissarchik et al. | 704/251 |
| 5,802,510 A | 9/1998 | Jones | 707/2 |
| 5,832,221 A | 11/1998 | Jones | 375/200.36 |
| 5,878,385 A | 3/1999 | Bralich et al. | 704/9 |
| 5,878,386 A | 3/1999 | Coughlin | 704/10 |
| 5,892,813 A | 4/1999 | Morin et al. | 379/88.01 |
| 5,895,464 A | 4/1999 | Bhandari et al. | 707/3 |
| 5,895,466 A | 4/1999 | Goldberg et al. | 707/5 |
| 5,902,347 A | 5/1999 | Backman et al. | 701/200 |
| 5,911,120 A | 6/1999 | Jarett et al. | 455/417 |
| 5,918,222 A | 6/1999 | Fukui et al. | 707/1 |
| 5,926,784 A | 7/1999 | Richardson et al. | 704/9 |
| 5,933,822 A | 8/1999 | Braden-Harder et al. | 707/5 |
| 5,953,393 A | 9/1999 | Culbreth et al. | 379/88.25 |
| 5,963,894 A | 10/1999 | Richardson et al. | 704/9 |
| 5,963,940 A | 10/1999 | Liddy et al. | 707/5 |
| 5,987,404 A | 11/1999 | Della Pietra et al. | 704/9 |
| 5,991,721 A | 11/1999 | Asano et al. | 704/257 |
| 5,995,119 A | 11/1999 | Cosatto et al. | 345/473 |
| 6,009,382 A | 12/1999 | Martino et al. | 704/1 |
| 6,014,559 A | 1/2000 | Amin | 455/413 |
| 6,021,384 A | 2/2000 | Gorin et al. | 704/1 |
| 6,044,347 A | 3/2000 | Abella et al. | 704/272 |
| 6,049,602 A | 4/2000 | Foladare et al. | 379/265 |
| 6,058,187 A | 5/2000 | Chen | 380/21 |
| 6,078,886 A | 6/2000 | Dragosh et al. | 704/270 |
| 6,081,774 A | 6/2000 | De Hita et al. | 704/9 |
| 6,101,241 A | 8/2000 | Boyce et al. | 379/88.01 |
| 6,119,087 A | 9/2000 | Kuhn et al. | 704/270 |
| 6,134,235 A | 10/2000 | Goldman et al. | 370/352 |
| 6,144,667 A | 11/2000 | Doshi et al. | 370/401 |
| 6,144,938 A | 11/2000 | Surace et al. | 704/257 |
| 6,154,526 A | 11/2000 | Dahlke et al. | 379/88.03 |
| 6,160,883 A | 12/2000 | Jackson et al. | 379/230 |
| 6,173,279 B1 | 1/2001 | Levin et al. | 707/5 |
| 6,175,858 B1 | 1/2001 | Bulfer et al. | 709/206 |
| 6,185,535 B1 | 2/2001 | Hedin et al. | 704/270 |
| 6,192,110 B1 | 2/2001 | Abella et al. | 379/88.01 |
| 6,192,338 B1 | 2/2001 | Haszto et al. | 704/257 |
| 6,195,634 B1 | 2/2001 | Dudemaine et al. | 704/231 |
| 6,195,651 B1 | 2/2001 | Handel et al. | 707/2 |
| 6,208,972 B1 | 3/2001 | Grant et al. | 704/275 |
| 6,219,346 B1 | 4/2001 | Maxemchuk | 370/338 |
| 6,219,643 B1 | 4/2001 | Cohen et al. | 704/257 |
| 6,226,612 B1 | 5/2001 | Srenger et al. | 704/256 |
| 6,233,556 B1 | 5/2001 | Teunen et al. | 704/250 |
| 6,233,559 B1 | 5/2001 | Balakrishnan | 704/275 |
| 6,246,981 B1 | 6/2001 | Papineni et al. | 704/235 |
| 6,272,455 B1 | 8/2001 | Hoshen et al. | 704/1 |
| 6,288,319 B1 | 9/2001 | Catona | 84/609 |
| 6,292,767 B1 | 9/2001 | Jackson et al. | 704/1 |
| 6,308,151 B1 | 10/2001 | Smith | 704/235 |
| 6,314,402 B1 | 11/2001 | Monaco et al. | 704/275 |
| 6,366,886 B1 | 4/2002 | Dragosh et al. | 704/270.1 |
| 6,374,214 B1 | 4/2002 | Friedland et al. | 704/235 |
| 6,381,535 B1 | 4/2002 | Durocher et al. | 701/202 |
| 6,385,596 B1 | 5/2002 | Wiser et al. | 705/51 |
| 6,385,646 B1 | 5/2002 | Brown et al. | 709/217 |
| 6,393,428 B1 | 5/2002 | Miller et al. | 707/102 |
| 6,404,878 B1 | 6/2002 | Jackson et al. | 379/221.01 |
| 6,408,272 B1 | 6/2002 | White et al. | 704/270.1 |
| 6,411,810 B1 | 6/2002 | Maxemchuk | 455/453 |
| 6,415,257 B1 | 7/2002 | Junqua et al. | 704/275 |
| 6,418,210 B1 | 7/2002 | Sayko | 379/142.15 |
| 6,420,975 B1 | 7/2002 | DeLine et al. | 340/815.4 |
| 6,430,285 B1 | 8/2002 | Bauer et al. | 379/265.01 |
| 6,430,531 B1 | 8/2002 | Polish | 704/257 |
| 6,434,523 B1 | 8/2002 | Monaco | 704/257 |
| 6,434,524 B1 | 8/2002 | Weber | 704/257 |
| 6,442,522 B1 | 8/2002 | Carberry et al. | 704/257 |
| 6,446,114 B1 | 9/2002 | Bulfer et al. | 709/206 |
| 6,453,153 B1 | 9/2002 | Bowker et al. | 455/67.4 |
| 6,453,292 B2 | 9/2002 | Ramaswamy et al. | 704/235 |
| 6,456,711 B1 | 9/2002 | Cheung et al. | 379/265.09 |
| 6,466,654 B1 | 10/2002 | Cooper et al. | 379/88.01 |
| 6,466,899 B1 | 10/2002 | Yano et al. | 704/1 |
| 6,498,797 B1 | 12/2002 | Anerousis et al. | 370/522 |
| 6,499,013 B1 | 12/2002 | Weber | 704/257 |
| 6,501,833 B2 | 12/2002 | Phillips et al. | 379/88.07 |
| 6,501,834 B1 | 12/2002 | Milewski et al. | 379/93.24 |
| 6,513,006 B2 | 1/2003 | Howard et al. | 704/257 |
| 6,523,061 B1 | 2/2003 | Halverson et al. | 709/202 |
| 6,532,444 B1 | 3/2003 | Weber | 704/257 |
| 6,539,348 B1 | 3/2003 | Bond et al. | 704/9 |
| 6,553,372 B1 | 4/2003 | Brassell et al. | 707/5 |
| 6,556,970 B1 | 4/2003 | Sasaki et al. | 704/257 |
| 6,556,973 B1 | 4/2003 | Lewin | 704/277 |
| 6,560,576 B1 | 5/2003 | Cohen et al. | 704/270 |
| 6,567,778 B1 | 5/2003 | Chao Chang et al. | 704/257 |
| 6,567,797 B1 | 5/2003 | Schuetze et al. | 707/2 |
| 6,570,555 B1 | 5/2003 | Prevost et al. | 345/156 |
| 6,570,964 B1 | 5/2003 | Murveit et al. | 379/67.1 |
| 6,574,597 B1 | 6/2003 | Mohri et al. | 704/251 |
| 6,574,624 B1 | 6/2003 | Johnson et al. | 707/5 |
| 6,581,103 B1 | 6/2003 | Dengler | 709/231 |
| 6,594,257 B1 | 7/2003 | Doshi et al. | 370/352 |
| 6,598,018 B1 | 7/2003 | Junqua | 704/251 |
| 6,604,077 B2 | 8/2003 | Dragosh et al. | 704/270.1 |
| 6,611,692 B2 | 8/2003 | Raffel et al. | 455/552 |
| 6,614,773 B1 | 9/2003 | Maxemchuk | 370/337 |
| 6,615,172 B1 | 9/2003 | Bennett et al. | 704/257 |
| 6,629,066 B1 | 9/2003 | Jackson et al. | 704/9 |
| 6,631,346 B1 | 10/2003 | Karaorman et al. | 704/9 |
| 6,643,620 B1 | 11/2003 | Contolini et al. | 704/270 |
| 6,650,747 B1 | 11/2003 | Bala et al. | 379/265.06 |
| 6,678,680 B1 | 1/2004 | Woo | 707/6 |
| 6,691,151 B1 | 2/2004 | Cheyer et al. | 709/202 |
| 6,721,001 B1 | 4/2004 | Berstis | 348/231.3 |
| 6,721,706 B1 | 4/2004 | Strubbe et al. | 704/275 |
| 6,735,592 B1 | 5/2004 | Neumann et al. | 707/101 |
| 6,741,931 B1 | 5/2004 | Kohut et al. | 701/209 |
| 6,742,021 B1 | 5/2004 | Halverson et al. | 709/218 |
| 6,757,718 B1 | 6/2004 | Halverson et al. | 709/218 |
| 6,795,808 B1 | 9/2004 | Strubbe et al. | 704/275 |
| 6,801,604 B2 | 10/2004 | Maes et al. | 379/88.17 |
| 6,801,893 B1 | 10/2004 | Backfried et al. | 704/257 |
| 6,833,848 B1 | 12/2004 | Wolff et al. | 345/719 |
| 6,856,990 B2 | 2/2005 | Barile et al. | 707/10 |
| 6,865,481 B2 | 3/2005 | Kawazoe et al. | 701/211 |
| 6,877,134 B1 | 4/2005 | Fuller et al. | 715/500.1 |
| 6,901,366 B1 | 5/2005 | Kuhn et al. | 704/275 |
| 6,937,977 B2 | 8/2005 | Gerson | 704/201 |
| 6,944,594 B2 | 9/2005 | Busayapongchai et al. | 704/275 |
| 6,950,821 B2 | 9/2005 | Faybishenko et al. | 707/10 |
| 6,973,387 B2 | 12/2005 | Masclet et al. | 701/211 |
| 6,980,092 B2 | 12/2005 | Turnbull et al. | 340/425.5 |
| 6,990,513 B2 | 1/2006 | Belfiore et al. | 709/203 |

US 7,818,176 B2

Page 3

| | | | | |
|---|---|---|---|---|
| 6,996,531 B2 | 2/2006 | Korall et al. | 704/270 | |
| 7,016,849 B2 | 3/2006 | Arnold et al. | 704/275 | |
| 7,020,609 B2 | 3/2006 | Thrift et al. | 704/270.1 | |
| 7,027,975 B1 | 4/2006 | Pazandak et al. | 704/9 | |
| 7,062,488 B1 | 6/2006 | Reisman | 707/8 | |
| 7,082,469 B2 | 7/2006 | Gold et al. | 709/231 | |
| 7,092,928 B1 | 8/2006 | Elad et al. | 706/60 | |
| 7,127,400 B2 | 10/2006 | Koch | 704/270.1 | |
| 7,136,875 B2 | 11/2006 | Anderson et al. | 707/104.1 | |
| 7,137,126 B1 | 11/2006 | Coffman et al. | 719/328 | |
| 7,146,319 B2 | 12/2006 | Hunt | 704/254 | |
| 7,203,644 B2 | 4/2007 | Anderson et al. | 704/246 | |
| 7,228,276 B2 | 6/2007 | Omote et al. | 704/243 | |
| 7,289,606 B2 | 10/2007 | Sibal et al. | 379/52 | |
| 7,301,093 B2 | 11/2007 | Sater et al. | 84/615 | |
| 7,340,040 B1 | 3/2008 | Saylor et al. | 379/67.1 | |
| 7,376,645 B2 | 5/2008 | Bernard | 707/3 | |
| 7,398,209 B2 | 7/2008 | Kennewick et al. | 704/255 | |
| 7,424,431 B2 | 9/2008 | Greene et al. | 704/270 | |
| 7,461,059 B2 * | 12/2008 | Richardson et al. | 707/5 | |
| 7,487,088 B1 | 2/2009 | Gorin et al. | 704/240 | |
| 7,493,559 B1 | 2/2009 | Wolff et al. | 715/727 | |
| 7,502,738 B2 | 3/2009 | Kennewick et al. | 704/257 | |
| 7,620,549 B2 | 11/2009 | Di Cristo et al. | 704/257 | |
| 7,634,409 B2 | 12/2009 | Kennewick et al. | 704/257 | |
| 7,640,160 B2 | 12/2009 | Di Cristo et al. | 704/257 | |
| 7,693,720 B2 | 4/2010 | Kennewick et al. | 704/275 | |
| 2001/0041980 A1 | 11/2001 | Howard et al. | 704/270 | |
| 2002/0049805 A1 | 4/2002 | Yamada et al. | 709/202 | |
| 2002/0065568 A1 | 5/2002 | Silfvast et al. | 700/94 | |
| 2002/0069059 A1 | 6/2002 | Smith | 704/257 | |
| 2002/0082911 A1 | 6/2002 | Dunn et al. | 705/14 | |
| 2002/0120609 A1 | 8/2002 | Lang et al. | 707/1 | |
| 2002/0124050 A1 | 9/2002 | Middeljans | 709/203 | |
| 2002/0138248 A1 | 9/2002 | Corston-Oliver et al. | 704/1 | |
| 2002/0143535 A1 | 10/2002 | Kist et al. | 704/251 | |
| 2002/0188602 A1 | 12/2002 | Stubler et al. | 707/3 | |
| 2002/0198714 A1 | 12/2002 | Zhou | 704/252 | |
| 2003/0014261 A1 | 1/2003 | Kageyama | 704/275 | |
| 2003/0088421 A1 | 5/2003 | Maes et al. | 704/270.1 | |
| 2003/0097249 A1 | 5/2003 | Walker et al. | 704/1 | |
| 2003/0112267 A1 | 6/2003 | Belrose | 345/124 | |
| 2003/0135488 A1 | 7/2003 | Amir et al. | 707/3 | |
| 2003/0182132 A1 | 9/2003 | Niemoeller | 704/275 | |
| 2004/0025115 A1 | 2/2004 | Sienel et al. | 715/513 | |
| 2004/0044516 A1 | 3/2004 | Kennewick et al. | 704/5 | |
| 2004/0166832 A1 | 8/2004 | Portman et al. | 455/412.1 | |
| 2004/0193420 A1 | 9/2004 | Kennewick et al. | 704/257 | |
| 2004/0199375 A1 | 10/2004 | Ehsani et al. | 704/4 | |
| 2005/0015256 A1 | 1/2005 | Kargman | 704/272 | |
| 2005/0021334 A1 | 1/2005 | Iwahashi | 704/240 | |
| 2005/0021826 A1 | 1/2005 | Kumar | 709/232 | |
| 2005/0033574 A1 | 2/2005 | Kim et al. | 704/251 | |
| 2005/0114116 A1 | 5/2005 | Fiedler | 704/201 | |
| 2005/0246174 A1 * | 11/2005 | DeGolia | 704/270 | |
| 2006/0206310 A1 | 9/2006 | Ravikumar et al. | 704/9 | |
| 2007/0033005 A1 | 2/2007 | Cristo et al. | 704/9 | |
| 2007/0038436 A1 | 2/2007 | Cristo et al. | 704/9 | |
| 2007/0043574 A1 | 2/2007 | Coffman et al. | 704/275 | |
| 2007/0050191 A1 | 3/2007 | Weider et al. | 704/275 | |
| 2007/0186165 A1 * | 8/2007 | Maislos et al. | 715/728 | |
| 2007/0214182 A1 | 9/2007 | Rosenberg | 707/104.1 | |
| 2007/0250901 A1 | 10/2007 | McIntire et al. | 725/146 | |
| 2007/0299824 A1 | 12/2007 | Pan et al. | 707/3 | |
| 2008/0091406 A1 | 4/2008 | Baldwin et al. | 704/4 | |
| 2008/0103761 A1 * | 5/2008 | Printz et al. | 704/9 | |
| 2008/0115163 A1 * | 5/2008 | Gilboa et al. | 725/34 | |
| 2008/0133215 A1 * | 6/2008 | Sarukkai | 704/2 | |
| 2008/0235023 A1 | 9/2008 | Kennewick et al. | 704/257 | |
| 2008/0235027 A1 | 9/2008 | Cross | 704/270.1 | |
| 2008/0319751 A1 | 12/2008 | Kennewick et al. | 704/257 | |
| 2009/0117885 A1 * | 5/2009 | Roth | 455/414.3 | |
| 2009/0144271 A1 * | 6/2009 | Richardson et al. | 707/5 | |
| 2009/0150156 A1 | 6/2009 | Kennewick et al. | 704/257 | |
| 2009/0171664 A1 | 7/2009 | Kennewick et al. | 704/257 | |
| 2009/0299745 A1 | 12/2009 | Kennewick et al. | 704/257 | |
| 2010/0023320 A1 | 1/2010 | Di Cristo et al. | 704/9 | |
| 2010/0049501 A1 | 2/2010 | Kennewick et al. | 704/9 | |
| 2010/0049514 A1 | 2/2010 | Kennewick et al. | 704/233 | |
| 2010/0057443 A1 | 3/2010 | Di Cristo et al. | 704/9 | |
| 2010/0063880 A1 * | 3/2010 | Atsmon et al. | 705/14.53 | |
| 2010/0145700 A1 | 6/2010 | Kennewick et al. | 704/257 | |

OTHER PUBLICATIONS

Lin, Bor-shen, et al., "A Distributed Architecture for Cooperative Spoken Dialogue Agents with Coherent Dialogue State and History", ASRU'99, 1999, 4 pages.

Kuhn, Thomas, et al., "Hybrid In-Car Speech Recognition for Mobile Multimedia Applications", Vehicular Technology Conference, IEEE, Jul. 1999, pp. 2009-2013.

Belvin, Robert, et al., "Development of the HRL Route Navigation Dialogue System", Proceedings of the First International Conference on Human Language Technology Research, San Diego, 2001, pp. 1-5.

Lind, R., et al., "The Network Vehicle—A Glimpse into the Future of Mobile Multi-Media", IEEE Aerosp. Electron. Systems Magazine, vol. 14, No. 9, Sep. 1999, pp. 27-32.

Zhao, Yilin, "Telematics: Safe and Fun Driving", IEEE Intelligent Systems, vol. 17, Issue 1, 2002, pp. 10-14.

Chai et al., "MIND: A Semantics-Based Multimodal Interpretation Framework for Conversational System", Proceedings of the International Class Workshop on Natural, Intelligent and Effective Interaction in Multimodal Dialogue Systems, Jun. 2002, pp. 37-46.

Cheyer et al., "Multimodal Maps: An Agent-Based Approach", International Conference on Cooperative Multimodal Communication (CMC/95), May 24-26, 1995, pp. 111-121.

Elio et al., "On Abstract Task Models and Conversation Policies" in Workshop on Specifying and Implementing Conversation Policies, Autonomous Agents '99, Seattle, 1999, 10 pages.

Turunen, "Adaptive Interaction Methods in Speech User Interfaces", Conference on Human Factors in Computing Systems, Seattle, Washington, 2001, pp. 91-92.

Mao, Mark Z., "Automatic Training Set Segmentation for Multi-Pass Speech Recognition", Department of Electrical Engineering, Stanford University, CA, copyright 2005, IEEE, pp. I-685 to I-688.

Vanhoucke, Vincent, "Confidence Scoring and Rejection Using Multi-Pass Speech Recognition", Nuance Communications, Menlo Park, CA, [no date], 4 pages.

Weng, Fuliang, et al., "Efficient Lattice Representation and Generation", Speech Technology and Research Laboratory, SRI International, Menlo Park, CA, [no date], 4 pages.

El Meliani et al., "A Syllabic-Filler-Based Continuous Speech Recognizer for Unlimited Vocabulary", Canadian Conference on Electrical and Computer Engineering, vol. 2, Sep. 5-8, 1995, pp. 1007-1010.

Arrington, Michael, "Google Redefines GPS Navigation Landscape: Google Maps Navigation for Android 2.0", TechCrunch, printed from the Internet <http://www.techcrunch.com/2009/10/28/google-redefines-car-gps-navigation-google-maps-navigation-android/>, Oct. 28, 2009, 4 pages.

* cited by examiner



Fig. 1



Fig. 2



Fig. 3

US 7,818,176 B2

# SYSTEM AND METHOD FOR SELECTING AND PRESENTING ADVERTISEMENTS BASED ON NATURAL LANGUAGE PROCESSING OF VOICE-BASED INPUT

## FIELD OF THE INVENTION

The present invention relates to selecting and presenting advertisements based on natural language processing of voice-based input.

## BACKGROUND OF THE INVENTION

As technology advances, consumer electronics devices tend to play larger roles due to increased functionality and mobility. For example, mobile phones, navigation devices, embedded devices, and other such devices provide a wealth of functionality beyond core applications. However, increased functionality adds difficulty to the learning curve associated with using electronic devices, and increased mobility intensifies the demand for simple mechanisms to interact with devices on the go. For example, existing systems tend to have complex human to machine interfaces, which may inhibit mass-market adoption for various technologies. For example, when a user wishes to perform a relatively simple task on a mobile phone, such as purchasing a ring tone, the user often is forced to navigate through a series of menus and press a series of buttons. In some instances, this may result in the transaction not necessarily occurring, as the user may prefer to avoid the hassles altogether. As such, there is ever-growing demand for ways to exploit technology in intuitive ways.

Voice recognition software may enable a user to exploit applications and features of a device that may otherwise be unfamiliar, unknown, or difficult to use. However, many existing voice user interfaces (when they actually work) still require significant learning on the part of the user. For example, users often cannot directly issue a request for a system to retrieve information or perform an action without having to memorize specific syntaxes, words, phrases, concepts, semantic indicators, or other keywords/qualifiers. Similarly, when users are uncertain of particular needs, many existing systems do not engage the user in a productive, cooperative dialogue to resolve requests and advance a conversation. Instead, many existing speech interfaces force users to use a fixed set commands or keywords to communicate requests in ways that systems can understand. Using existing voice user interfaces, there is virtually no option for dialogue between the user and the system to satisfy mutual goals.

The lack of adequate voice user interfaces results in missed opportunities for providing valuable and relevant information to users. Not only does this potentially leave user requests unresolved, in certain instances, providers of goods and services may lose out on potential business. In an increasingly global marketplace, where marketers are continually looking for new and effective ways to reach consumers, the problems with existing voice user interfaces leaves a large segment of consumer demand unfulfilled. Furthermore, existing techniques for marketing, advertising, or otherwise calling consumers to action fail to effectively utilize voice-based information, which is one of the most natural, intuitive methods of human interaction.

Existing systems suffer from these and other problems.

## SUMMARY OF THE INVENTION

According to various aspects of the invention, a system and method for selecting and presenting advertisements based on natural language processing of voice-based inputs is provided. A natural language voice-based input may be received by a voice user interface. The voice-based input may include a user utterance, and a request may be identified from the utterance. Appropriate action may be taken to service the request, while one or more advertisements may be selected and presented to the user. Advertisements may be selected based on various criteria, including content of the input (e.g., concepts, semantic indicators, etc.), an activity related to the input (e.g., a relation to a request, a requested application, etc.), user profiles (e.g., demographics, preferences, location, etc.), or in other ways. A user may subsequently interact with the advertisement (e.g., via a voice-based input), and action may be taken in response to the interaction. Furthermore, the interaction may be tracked to build statistical profiles of user behavior based on affinities or clusters among advertisements, user profiles, contexts, topics, semantic indicators, concepts, or other criteria.

According to various aspects of the invention, advertisers may create advertisements, which may be stored in an advertisement repository. For example, advertisements may include sponsored messages, calls to action, purchase opportunities, trial downloads, or any other marketing communication, as would be apparent to those skilled in the art. Advertisers may specify various parameters to associate with the advertisements, such as various contexts or topic concepts (e.g., semantic indicators for a "music" concept may include words such as "music," "tunes," "songs," etc.), target demographics (e.g., a preferred audience), marketing criteria or prices for insertion (e.g., dynamic or static pricing based on various marketing criteria), or other information, as would be apparent. The advertisement repository may be associated with a server, where in response to a voice-based input from a user (e.g., at a voice-enabled device), a communications link may be established with the server. Information may be extracted from the voice-based input (e.g., words in the input, applications requested by the input, etc.), and the extracted information may be correlated with user profiles, advertisement parameters, or other information to determine which advertisements to select in relation to the voice-based input. The server may subsequently communicate the selected advertisements to the user, and the server may track the user's subsequent interaction with the selected advertisements.

Other objects and advantages of the invention will be apparent based on the following drawings and detailed description.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a block diagram of an exemplary system for implementing a voice user interface according to various aspects of the invention.

FIG. 2 illustrates a block diagram of an exemplary advertising system according to various aspects of the invention.

FIG. 3 illustrates a flow diagram of an exemplary method for selecting and presenting advertisements based on voice-based inputs according to various aspects of the invention.

## DETAILED DESCRIPTION

Referring to FIG. 1, an exemplary system 100 for implementing a voice user interface is illustrated according to various aspects of the invention. System 100 may enable users to perform various tasks on a voice-enabled device. For example, users may control navigation devices, media devices, personal computers, personal digital assistants, or any other device supporting voice-based inputs. System 100

US 7,818,176 B2

3

may enable users to request voice-enabled devices to retrieve information or perform various tasks, among other things, using natural language voice-based inputs. For example, system 100 may interpret natural language voice-based inputs and generate responses using, among other things, techniques described in U.S. patent application Ser. No. 10/452,147, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Jun. 3, 2003, which issued as U.S. Pat. No. 7,398,209 on Jul. 8, 2008, and U.S. patent application Ser. No. 10/618,633, entitled "Mobile Systems and Methods for Responding to Natural Language Speech Utterance," filed Jun. 15, 2003, which issued as U.S. Patent No. 7,693,720 on Apr. 6, 2010, both of which are hereby incorporated by reference in their entirety. For example, as described in U.S. patent application Ser. No. 10/452,147, the system 100 may include a speech recognition engine (e.g., an Automatic Speech Recognizer 110) that may recognize words and phrases in an utterance using entries in one or more dictionary and phrase tables. In addition, as further described therein, fuzzy set possibilities or prior probabilities for the words in the dictionary and phrase tables may be dynamically updated to maximize the probability of correct recognition at each stage of the dialog (e.g., the probabilities or possibilities may be dynamically updated based on application domains, questions or commands, contexts, user profiles and preferences, user dialog histories, recognizer dictionary and phrase tables, word spellings, and/or other criteria).

According to various aspects of the invention, system 100 may receive a user input, including at least a voice-based user utterance, at an input device 105. Input device 105 may include any suitable device, or combination of devices, for receiving a voice-based input (e.g., a microphone). In various implementations, input device 105 may include a multi-modal input, such as a touch-screen interface, keypad, or other input. The received utterance may be processed by the Automatic Speech Recognizer 110. Automatic Speech Recognizer 110 may generate one or more preliminary interpretations of the utterance using various techniques. For example, Automatic Speech Recognizer 110 may interpret the utterance using techniques of phonetic dictation to recognize a stream of phonemes. Further, Automatic Speech Recognizer 110 may perform post-processing to enhance the preliminary interpretations. For example, Automatic Speech Recognizer 110 may vary interpretations of an utterance, or components of an utterance, from one context to another. Other techniques for enhancing an interpretation of a user utterance may be used, such as those described in U.S. patent application Ser. No. 11/513,269, entitled "Dynamic Speech Sharpening," filed Aug. 31, 2006, which issued as U.S. Pat. No. 7,634,409 on Dec. 15, 2009, and which is hereby incorporated by reference in its entirety.

The one or more preliminary interpretations may be provided to a conversational language processor 120. Conversational language processor 120 may include a voice search engine 125, a context determination module 130, and one or more agents 135, among other things, to enable cooperative, conversational interaction between the user and system 100. Conversational language processor 120 may be communicatively coupled to one or more data repositories 140 and one or more applications 150. Conversational language processor 120 may generate a domain-specific conversational response, which may be returned to the user as an output 180. Output 180 may include a multi-modal output (e.g., by simultaneously returning a voice-based response and displaying information on a display device).

System 100 may further include an interaction with one or more applications 150 to service one or more requests in the

4

utterance. For example, the utterance may include one or more requests for performing an action, retrieving information, or various combinations thereof. Output 180 may include a conversational response to advance a conversation to service requests by invoking one or more applications 150, as appropriate. For example, applications 150 may include a navigation application 155, an advertising application 160, a music application, an electronic commerce application 170, and/or other applications 175. Furthermore, Automatic Speech Recognizer 110, conversational language processor 120, data repositories 140, and/or applications 150 may reside locally (e.g., on a user device), remotely (e.g., on a server), and/or hybrid local/remote processing models may be used (e.g., lightweight applications may be processed locally while computationally intensive applications may be processed remotely).

Conversational language processor 120 may build long-term and/or short-term shared knowledge in one or more knowledge source. For example, shared knowledge sources may include information about previous utterances, requests, and other user interactions to inform generating an appropriate response to a current utterance. The shared knowledge may include public/non-private (i.e., environmental) knowledge, as well as personal/private (i.e., historical) knowledge. For example, conversational language processor 120 may use context determination module 130 to establish a context for a current utterance by having domain agents 135 competitively generate a context-based interpretation of the utterance (e.g., by scoring possible interpretations and selecting a highest scoring interpretation). As such, agents 135 may model various domains (e.g., navigation, music, a specific user, global users, advertising, e-commerce, etc.), and conversational language processor 120 may interpret and/or respond to a voice-based input accordingly. For example, context-based interpretations and responses to a voice-based input may be generated using techniques described in U.S. patent application Ser. No. 11/197,504, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Aug. 5, 2005, which issued as U.S. Pat. No. 7,640,160 on Dec. 29, 2009, and U.S. patent application Ser. No. 11/212, 693, entitled "Mobile Systems and Methods of Supporting Natural Language Human-Machine Interactions," filed Aug. 29, 2005, both of which are hereby incorporated by reference in their entirety.

Furthermore, conversational language processor 120 may support adaptive misrecognition to reinterpret a current utterance and/or one or more previous utterances. For example, information contained in a current utterance may indicate that interpretations for one or more previous utterances were incorrect, and therefore, the previous utterances may be reinterpreted to improve subsequent interpretations. Accordingly, conversational language processor 120 may use the techniques described herein, along with various other techniques, to interpret and respond to conversational, natural language utterances. Conversational language processor 120 may use various other techniques as will be apparent, such as those described in U.S. patent application Ser. No. 11/200,164, entitled "System and Method of Supporting Adaptive Misrecognition in Conversational Speech," filed Aug. 10, 2005, which issued as U.S. Pat. No. 7,620,549 on Nov. 17, 2009, and U.S. patent application Ser. No. 11/580,926, entitled "System and Method for a Cooperative Conversational Voice User Interface," filed Oct. 16, 2006, both of which are hereby incorporated by reference in their entirety. For example, as described in U.S. patent application Ser. No. 11/200,164, an environmental model may be accessed to determine user location, user activity, track user actions, and/or other envi-

US 7,818,176 B2

**5**

ronmental information to invoke context, domain knowledge, preferences, and/or other cognitive qualities to enhance the interpretation of questions and/or commands. In addition, as further described therein, based on information received from a general cognitive model, the environmental model, and/or a personalized cognitive model, which provide statistical abstracts of user interaction patterns, the system **100** may enhance responses to commands and questions by including a prediction of user behavior.

Referring to FIG. **2**, an exemplary advertising system **200** is illustrated according to various aspects of the invention. System **200** may include a server **230** for receiving one or more advertisements from an advertiser **220**, wherein the advertisements may be stored in a data repository **260** associated with server **230**. For example, advertisements may include sponsored messages or marketing communications, calls to action, purchase opportunities, trial downloads, coupons, or any other suitable marketing, advertising, campaign, or other information, as would be apparent to those skilled in the art. A voice-enabled device **210** may receive a voice-based input and establish communications with advertising server **230**. Subsequently, advertising server **230** may select one or more advertisements from among the advertisements stored in data repository **260**, and the selected advertisements may be provided to the voice-enabled device for presentation to a user.

Advertiser **220** may access advertising server **230** via an advertiser interface **245**. Advertisers **220** may upload targeted advertisements to server **230** via advertiser interface **245**, and server **230** may store the advertisements in data repository **260**. The advertisements may include graphically-based advertisements that include banners, images, audio, video, or any suitable combination thereof. Furthermore, the advertisements may include interactive or embedded information, such as links, metadata, or computer-executable instructions, or any suitable combination thereof. Advertisers may specify criteria for a campaign or targeting information for an advertisement (e.g., a start date, an end date, budget information, geo-targeting information, conceptual or contextual information, or any other suitable criteria), which may be used to facilitate selecting an advertisement in relation to a particular voice-based input.

In addition to providing interface **245** for advertisers, server **230** may include a content/action identification module **235**, a user profile module **240**, an advertisement selection module **250**, and a tracking module **255**. Users may submit voice-based requests to voice-enabled device **210**, and voice-enabled device **210** may communicate information about the voice-based input to server **230**. Server **230** may invoke advertisement selection module **250** to extract relevant information from about the voice-based input, where advertisement selection module **250** may select one or more advertisements relevant to the voice-based input based on information extracted using content/action identification module **235** and/or user profile module **240**.

For example, content/action identification module **235** may identify content of the voice-based input (e.g., words in the input), requested information (e.g., search results, a web page, music, video, graphics, or other information), requested actions (e.g., calculating a navigation route, placing a telephone call, playing a song, etc.), a category or topic related to the input (e.g., music, business, stocks, sports, navigation, movies, etc.), or other criteria to use in selecting an advertisement. Further, user profile module **240** may identify characteristics of a specific user (e.g., demographics, personal preferences, location-based information, etc.), global user profiles (e.g., demographic profiles, click-through rates, etc.),

**6**

or other criteria to use in selecting an advertisement. Moreover, advertisement selection module **250** may account for where a request originates from. For example, advertisements may be selected based on a default user location (e.g., identified from a user profile), current geolocation information (e.g., identified from a navigation device), whether an affiliate or partner of server **230** initiated the request, or other criteria.

For instance, a user may request airline reservations via voice-enabled device **210**, and content/action identification module **235** may identify specific words used in the request, a category related to the request (e.g., travel, airlines, hotels, etc.), or other information. Furthermore, user profile module **240** may identify relevant characteristics of the user (e.g., user-specific demographics, location information, preferred airlines or hotels, etc.), as well as global user characteristics (e.g., most popular airlines). In various implementations, advertisements may be selected by assigning a score to each advertisement (e.g., based on click-through rates, relevance metrics, target audiences, etc.). As such, advertisement selection module **250** may correlate the information about the request to select advertisements stored in data repository **260**, and server **230** may communicate the selected advertisements to voice-enabled device **210**. Furthermore, selected advertisements may be presented according to a predetermined ordering or ranking (e.g., based on a ranking of relevance to an advertisement).

In various implementations, advertisement selection module **250** may retrieve a predetermined number of advertisements for any given request. Furthermore, the selected advertisements may depend upon a presentation format. For example, advertisements may be selected based on an amount of available space on a display of voice-enabled device **210** and/or a size/shape of the selected advertisements. In another example, voice-based advertisements may be selected and presented to the user audibly (e.g., a "hands-free" advertisement may be preferred when voice-enabled device **210** is a telematics device).

Furthermore, the user's subsequent interaction with an advertisement may be tracked using tracking module **255**. For example, tracking module **255** may determine whether a conversion or click-through occurs for each advertisement presented to users. Further, tracking module **255** may maintain accounting and/or billing information associated with advertisers **220**. For example, advertisers **220** may specify a maximum insertion cost, a cost-per-click-through, an average insertion cost, or other criteria specifying a budget constraint for an advertisement. As such, tracking module **255** may track which advertisements are selected and/or presented, which advertisements result in a conversion or click-through, whether a click-through or conversion results in a transaction or sale, associations between advertisements and users, requests, concepts, semantic indicators, and/or other criteria. For example, tracking user interaction with advertisements may be used to build user-specific and/or global statistical profiles that map or cluster advertisements to topics, semantic indicators, contexts, concepts, etc. based on user behavior, demographics, targeting constraints, content of advertisements, content of requests, actions associated with requests, or other statistically relevant information. Accordingly, the tracking information may be used to bill or invoice advertisers **220**, as well as to improve subsequent performance and relevance of advertisements selected using advertisement selection module **250**. Other techniques and features of selecting and presenting advertisements based on voice-based inputs may suitably be employed, as would be apparent.

Referring to FIG. **3**, an exemplary method for selecting and presenting advertisements based on a voice-based input is

US 7,818,176 B2

illustrated according to various aspects of the invention. The method may begin in an operation **305**, where a voice-based input, including at least a user utterance, may be received at a voice user interface. The voice user interface may include any suitable mechanism for receiving the utterance (e.g., a microphone), and may interface with any suitable voice-enabled device, as would be apparent, including personal navigation devices, personal digital assistants, media devices, telematics devices, personal computers, mobile phones, or others.

Subsequently, one or more requests included in the voice-based input may be identified in an operation **310**. For example, the requests may include requests to retrieve information, perform tasks, explore or gather information, or otherwise interact with a system or device. For example, a voice-based input to a navigation device may include a request to calculate a route or retrieve location-based information. In another example, a voice-based input to a mobile phone may include a request to place a telephone call, purchase a ringtone, or record a voice-memo. Furthermore, in various implementations, voice-based inputs may include multiple requests, multi-modal requests, cross-device requests, cross-application requests, or other types of requests. For example, an utterance received in operation **305** may be: "Get me a route to Chang's Restaurant, and call them so I can make a reservation." The utterance may thus include multiple requests, including cross-device requests (e.g., calculate a route using a navigation device, and make a telephone call using a mobile phone), as well as cross-application requests (e.g., search for an address and/or phone number using a voice search engine, and calculate a route using a navigation application).

The requests may be part of a conversational interaction between a user and a system or device, whereby an interpretation of requests in a current utterance may be based upon previous utterances in a current conversation, utterances in previous conversations, context-based information, local and/or global user profiles, or other information. For example, a previous request may be reinterpreted based on information included in subsequent requests, a current request may be interpreted based on information included in previous requests, etc. Furthermore, the conversational interaction may take various forms, including query-based conversations, didactic conversations, exploratory conversations, or other types of conversations. For example, the conversational language processor may identify a type of conversation, and information may be extracted from the utterance accordingly to identify the one or more requests in operation **310**. Moreover, the conversational language processor may determine whether any of the requests are incomplete or ambiguous, and .action may be taken accordingly (e.g., a system response may prompt a user to clarify an incomplete and/or ambiguous request). The conversational language processor may therefore use various techniques to identify a conversation type, interpret utterances, identify requests, or perform other tasks, such as those described in the aforementioned U.S. Patent Applications and U.S. Patents, which are hereby incorporated by reference in their entirety.

Upon identifying the one or more requests, action may be taken based on the identified requests in an operation **315**, while one or more advertisements may be selected in an operation **320** (described in greater detail below). For example, one or more context-appropriate applications may be invoked to service the requests in operation **315** (e.g., a voice search engine, a navigation application, an electronic commerce application, or other application may be invoked depending upon the request). Furthermore, in operation **320**, information may be communicated to an advertising server to select one or more advertisements related to the request. Thus, as shown in FIG. **3**, taking action in operation **315** and selecting advertisements in operation **320** may be related operations (e.g., advertisements may be selected to help in interpreting incomplete and/or ambiguous requests).

Upon taking action in operation **315** (e.g., to service the request) and selecting one or more advertisements in operation **320** (e.g., in relation to the request), an output may be presented to the user in operation **325**. The output may indicate a result of the action associated with operation **315**. For example, the output may include requested information, an indication of whether a requested task was successfully completed, whether additional information is needed to service the request (e.g., including a prompt for the information), or other information relating to an action based on the request. Furthermore, the output may include advertisements, as selected in operation **320**. For example, the output may include text-based, graphic-based, video-based, audio-based, or other types of advertisements, as would be apparent to those skilled in the art. Further, the output may include other types of advertisements, including calls to action (e.g., a location-based coupon or purchase opportunity, trial downloads, or other actionable advertising or marketing).

Advertisements may be selected in relation to a request based on various criteria. For example, an advertisement may be selected based on words or other content of the request, relevant words or content related to the words or content of the request, etc. In another example, the advertisement may be selected based on requested tasks/information (e.g., a request for movie showtimes may result in an advertisement being selected for a particular theater). In yet another example, the advertisement may be selected based on a topic or category associated with the requested tasks/information (e.g., a request to purchase airline tickets may result in an advertisement being selected for a hotel in a destination associated with a reserved flight). In still other examples, the advertisement may be selected based on location information, (e.g., advertisements may be selected based on a proximity to a user geolocation identified using a navigation device), user-specific and/or global user profiles (e.g., advertisements may be selected based on user-specific and/or global preferences, advertiser campaign criteria, etc.).

Content of a voice-based input may be determined based on various criteria, including contextual or conceptual information (e.g., semantic indicators, qualifiers, or other information). For example, a given concept may include various semantically equivalent indicators having an identical meaning. Thus, for instance, a voice-based input may be "Play some tunes!" or "Play some music!" or other variants thereof, each of which may be interpreted as relating to a specific idea (or concept) of "Music." Thus, concept or content information in a request may be used to select an advertisement. For example, a user may request to calculate a route in Seattle, Wash. (e.g., "How do I get to the Space Needle?"). Based on a context of the requested task (e.g., "Navigation," "Seattle," etc.), a voice search engine may retrieve an address of the Space Needle and a navigation application may calculate the route. Furthermore, user profile information may indicate that the user is visiting Seattle from out-of-town (e.g., the profile may indicate that the user's home is Sacramento), and therefore, an advertisement for popular points-of-interest in Seattle may be selected. In another example, the user may request information about a sporting event (e.g., "Get me the kickoff time for the Eagles game on Sunday"). Based on a context of the requested information (e.g., "Search," "Sports," "Philadelphia," etc.), the requested information

US 7,818,176 B2

9

may be retrieved, while an advertisement for Eagles apparel or memorabilia may be selected.

In various instances, concepts, semantic indicators, qualifiers, or other information included in, or inferred from, a request may indicate an exploratory nature for the request. In other words, the exploratory request may identify a goal for a conversation, instead of a particular task to perform or information to retrieve. As such, in various implementations, an advertisement may be selected in operation 320 in an effort to advance the conversation towards the goal. For example, an exploratory request may include a request for a navigation route (e.g., "I feel like going to a museum, find me something interesting"). Based on a context of the requested task (e.g., "Navigation," "Points of Interest," etc.), the goal of the conversation may be identified, and the request may be serviced in operation 315 (e.g., a voice search engine may locate nearby points of interest based on user preferred topics). Further, the advertising application may select an appropriate advertisement in operation 320, where the advertisement may be selected in an attempt to advance the conversation towards the goal. For example, statistical profiles (e.g., user profiles, global profiles, topic-based profiles, etc.) may reflect an affinity between an advertisement for a particular museum and other users sharing similar demographics or other characteristics with the requesting user. Thus, in addition to retrieving information about museums in operation 315, an advertisement for a museum likely to be of interest to the user may be selected in operation 320.

In various instances, a request may include incomplete, ambiguous, unrecognized, or otherwise insufficient semantic indicators, context, qualifiers, or other information needed to identify the request. In other words, the request may include inadequate information to identify or infer a task to perform, information to retrieve, or a goal for a conversation. Thus, as much information as possible may be extracted and/or inferred from the request based on shared knowledge such as context, user or global profile information, previous utterances, previous conversations, etc. As such, servicing the request may include generating a response and/or communicating with an advertising application to advance a conversation toward a serviceable request. For example, servicing the request in operation 315 and selecting an advertisement in operation 320 may include generating a response and/or selecting an advertisement to frame a subsequent user input, thereby advancing the conversation.

For example, the request may include incomplete, ambiguous, or unrecognized information (e.g., "Do you know [mumbled words] Seattle?"). A context of the requested task may be identified (e.g., "Seattle"), yet the identified context may be insufficient to adequately take action to service the request. Additional information may be inferred based on previous utterances in the conversation, profile information, or other information. However, when the additional information fails to provide adequate information to infer a reasonable hypothesis, servicing the request in operation 315 may include generating a response to frame a subsequent user input and advance the conversation (e.g., information about various topics may be retrieved based on a user's preferred topics). Further, the advertising application may select an advertisement in operation 320 to advance the conversation (e.g., advertisements may be selected based on user and/or global profiles reflecting an affinity between certain advertisements associated with Seattle and user preferences, profiles, etc.). Thus, by selecting an advertisement, indicating dissatisfaction with an advertisement, or otherwise interacting with an advertisement, the interaction may be used to build context and shared knowledge for a subsequent course

10

of the conversation. For example, a user may select an advertisement, and an interpretation of a subsequent voice-based input (e.g., "Call them," "What's the price range?" etc.) may be interpreted with shared knowledge of the advertisement that the voice-based input relates to. Thus, advertisements may be used in a way that enables advertisers to market to consumers, while also improving the consumers' interaction with a device. Other advantages will be apparent to those skilled in the art.

It will be apparent that operation 320 may use various techniques to select advertisements based on voice-based inputs and/or requests included therein. For example, an advertiser may specify a target audience, marketing criteria, campaign strategies, budget constraints, concepts, semantic indicators, related topics, categories, and/or any other suitable information to associate with an advertisement. For instance, advertisers may pay a premium to prioritize an advertisement in relation to similar advertisements (e.g., advertisements associated with competitors). In another example, various statistical profiles may define affinities between advertisements, topics, users, etc. (e.g., based on click-through or conversion rates, or other tracking information, as described in more detail below). Thus, advertisements may be selected in operation 320 using various techniques, including content of the request, an activity/action associated with the request, user profiles, user preferences, statistical metrics, advertiser-specified criteria, to advance a conversation, to resolve ambiguous requests, or in various other ways, as will be apparent.

The output presented to the user in operation 325 may be provided to the user in various ways. For example, in various implementations, the output may include a voice-based or otherwise audible response. In another example, when an associated device includes a display mechanism, the output may be displayed on the display device. It will be apparent that many combinations or variants thereof may be used, such as augmenting a voice-based response with information on a display device. For example, a user may request information about restaurants, and an advertisement may be selected based on a user preference indicating a favorite type of restaurant (e.g., a Chinese restaurant may be selected based on a user profile indicating a preference for Chinese). Therefore, in one example, the output presented in operation 325 may display information about various restaurants matching the requested information, while a voice-based advertisement for the Chinese restaurant may be played to the user (e.g., via a speaker or other suitable mechanism for playing voice back to the user). Many other variations will be apparent (e.g., a graphical advertisement may be displayed on a display device, while a corresponding or different voice-based advertisement may be played audibly).

Subsequent interaction between the user and the presented advertisements may be monitored in a decisional operation 330. For instance, when the user elects to interact with the advertisement, action may be taken based on the interaction in an operation 335. The interaction may take various forms, including additional voice-based inputs or other suitable mechanisms for interacting with advertisements (e.g., clicking on an advertisement displayed on a personal digital assistant using an associated stylus). For example, a user may initially request information from a voice-enabled media device (e.g., a satellite radio player) about a song currently playing (e.g., "What is this song?"). In addition to outputting the requested information about the song (e.g., "This song is Double Barrel by Dave and Ansel Collins."), a selected advertisement may enable the user to purchase a ringtone for a mobile phone that corresponds to the song. In this example,

US 7,818,176 B2

11

the interaction may include a request to purchase the ringtone (e.g., "Yeah, I'll buy that"), and action taken in operation **335** may include completing a transaction for the ringtone and/or downloading the ringtone to the mobile phone. Furthermore, additional advertisements may be selected in an operation **340** based on the interaction, using similar techniques as described in connection with operation **320** (e.g., advertisements for additional ringtones, similar musicians, etc. may be selected). Processing may subsequently return to operation **325** to present output resulting from the interaction.

User advertisement interaction may be tracked in an operation **345**. For example, operation **345** may track historical data about users, conversations, topics, contexts, or other criteria to associate information with the selected advertisement. The tracking information may therefore be used to build statistical profiles defining affinities, click-through or conversion rates, or other information about various advertisements, topics, or other criteria on a user-specific and/or a global-user level. Thus, clusters or mappings may be created between advertisements, topics, concepts, demographics, or other criteria based on user behavior with the advertisements (e.g., whether a user interacts with the advertisement in operation **330**).

For instance, certain advertisements may experience high click-through rates in relation to a first context and/or topic, but low click-through rates in relation to a second context and/or topic, and therefore, when requests relate to the first context and/or topic, the advertisement may be more likely to be selected in subsequent operations **320/340**. In another example, global statistical profiles may indicate that an advertisement experiences more click-throughs by users of a particular demographic, and therefore, the advertisement may be more likely to be selected for users falling within the demographic. Many different techniques for tracking and building statistical profiles will be apparent.

Implementations of the invention may be made in hardware, firmware, software, or any combination thereof. The invention may also be implemented as instructions stored on a machine-readable medium, which may be read and executed by one or more processors. A machine-readable medium may include any mechanism for storing or transmitting information in a form readable by a machine (e.g., a computing device). For example, a machine-readable storage medium may include read only memory, random access memory, magnetic disk storage media, optical storage media, flash memory devices, and others, and a machine-readable transmission media may include forms of propagated signals, such as carrier waves, infrared signals, digital signals, and others. Further, firmware, software, routines, or instructions may be described in the above disclosure in terms of specific exemplary aspects and implementations of the invention, and performing certain actions. However, it will be apparent that such descriptions are merely for convenience and that such actions in fact result from computing devices, processors, controllers, or other devices executing the firmware, software, routines, or instructions.

Aspects and implementations may be described as including a particular feature, structure, or characteristic, but every aspect or implementation may not necessarily include the particular feature, structure, or characteristic. Further, when a particular feature, structure, or characteristic is described in connection with an aspect or implementation, it will be apparent to effect such feature, structure, or characteristic in connection with other aspects or implementations whether or not explicitly described. Thus, various changes and modifications may be made, without departing from the scope and spirit of the invention. The specification and drawings are to be

12

regarded as exemplary only, and the scope of the invention is to be determined solely by the appended claims.

What is claimed is:

1. A method for selecting and presenting advertisements in response to processing natural language utterances, comprising:

receiving a natural language utterance containing at least one request at an input device;

recognizing one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device, wherein recognizing the words or phrases in the natural language utterance includes:

mapping a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar; and

generating a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases;

interpreting the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance;

selecting an advertisement in the context established for the natural language utterance; and

presenting the selected advertisement via an output device coupled to the conversational language processor.

2. The method of claim **1**, wherein the conversational language processor selects the advertisement based on information related to one or more of the recognized words or phrases, an action associated with the request, a personalized cognitive model derived from an interaction pattern for a specific user, a generalized cognitive model derived from an interaction pattern for a plurality of users, or an environmental model derived from environmental conditions or surroundings associated with the specific user.

3. The method of claim **2**, further comprising:

tracking an interaction pattern with the advertisement presented via the output device; and

updating one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model based on the interaction pattern tracked for the advertisement.

4. The method of claim **3**, wherein updating one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model builds statistical profiles for selecting subsequent advertisements in response to subsequent natural language utterances.

5. The method of claim **4**, wherein the statistical profiles identify affinities between the advertisement presented via the output device and one or more of the recognized words or phrases, the action associated with the request, the personalized cognitive model, the generalized cognitive model, or the environmental model.

6. The method of claim **3**, further comprising:

building long-term shared knowledge and short-term shared knowledge in response to updating one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model;

receiving a subsequent natural language utterance at the input device; and

US 7,818,176 B2

13

interpreting the subsequent natural language utterance at the conversational language processor using the long-term shared knowledge and the short-term shared knowledge.

7. The method of claim 3, wherein the interaction pattern tracked for the advertisement includes an action performed in response to a subsequent request that identifies the advertisement.

8. The method of claim 7, wherein the action includes executing a task or retrieving information based on the subsequent request that identifies the advertisement.

9. The method of claim 1, wherein the conversational language processor selects the advertisement to resolve the request in response to determining that the natural language utterance includes incomplete or ambiguous information.

10. The method of claim 1, wherein the speech recognition engine recognizes the one or more words or phrases in the natural language utterance using a plurality of entries in one or more dictionary and phrase tables that are dynamically updated based on a history of a current dialog and one or more prior dialogs.

11. The method of claim 10, wherein the plurality of entries in the one or more dictionary and phrase tables are further dynamically updated based on one or more dynamic fuzzy set possibilities or prior probabilities derived from the history of the current dialog and the prior dialogs.

12. The method of claim 1, further comprising determining that the conversational language processor incorrectly interpreted the words or phrases in response to an adaptive misrecognition engine detecting a predetermined event, wherein the conversational language processor reinterprets the words or phrases in response to the predetermined event.

13. The method of claim 12, wherein the predetermined event includes receiving one or more of a subsequent input proximate in time to the natural language utterance, a subsequent input that stops the conversational language processor from processing the request contained in the natural language utterance, a subsequent input that overrides the request in a time shorter than an expected time to process the request, or a subsequent input that repeats the natural language utterance.

14. A method for selecting and presenting advertisements in response to processing natural language utterances, comprising:

receiving a natural language utterance containing at least one request at an input device;

recognizing one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device;

interpreting the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance;

selecting an advertisement in the context established for the natural language utterance;

presenting the selected advertisement via an output device coupled to the conversational language processor; and

determining that the conversational language processor incorrectly interpreted the words or phrases in response to an adaptive misrecognition engine detecting a predetermined event, wherein the conversational language processor reinterprets the words or phrases in response to the predetermined event.

15. The method of claim 14, wherein the predetermined event includes receiving one or more of a subsequent input proximate in time to the natural language utterance, a subsequent input that stops the conversational language processor

14

from processing the request contained in the natural language utterance, a subsequent input that overrides the request in a time shorter than an expected time to process the request, or a subsequent input that repeats the natural language utterance.

16. The method of claim 14, wherein recognizing the words or phrases in the natural language utterance includes:

mapping a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar; and

generating a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases.

17. The method of claim 14, wherein the conversational language processor selects the advertisement to resolve the request in response to determining that the natural language utterance includes incomplete or ambiguous information.

18. The method of claim 14, wherein the conversational language processor selects the advertisement based on information related to one or more of the recognized words or phrases, an action associated with the request, a personalized cognitive model derived from an interaction pattern for a specific user, a generalized cognitive model derived from an interaction pattern for a plurality of users, or an environmental model derived from environmental conditions or surroundings associated with the specific user.

19. The method of claim 18, further comprising:

tracking an interaction pattern with the advertisement presented via the output device; and

updating one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model based on the interaction pattern tracked for the advertisement.

20. The method of claim 19, wherein updating one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model builds statistical profiles for selecting subsequent advertisements in response to subsequent natural language utterances.

21. The method of claim 20, wherein the statistical profiles identify affinities between the advertisement presented via the output device and one or more of the recognized words or phrases, the action associated with the request, the personalized cognitive model, the generalized cognitive model, or the environmental model.

22. The method of claim 19, further comprising:

building long-term shared knowledge and short-term shared knowledge in response to updating one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model;

receiving a subsequent natural language utterance at the input device; and

interpreting the subsequent natural language utterance at the conversational language processor using the long-term shared knowledge and the short-term shared knowledge.

23. The method of claim 19, wherein the interaction pattern tracked for the advertisement includes an action performed in response to a subsequent request that identifies the advertisement.

24. The method of claim 23, wherein the action includes executing a task or retrieving information based on the subsequent request that identifies the advertisement.

25. The method of claim 14, wherein the speech recognition engine recognizes the one or more words or phrases in the natural language utterance using a plurality of entries in one

US 7,818,176 B2

**15**

or more dictionary and phrase tables that are dynamically updated based on a history of a current dialog and one or more prior dialogs.

26. The method of claim 25, wherein the plurality of entries in the one or more dictionary and phrase tables are further dynamically updated based on one or more dynamic fuzzy set possibilities or prior probabilities derived from the history of the current dialog and the prior dialogs.

27. A system for selecting and presenting advertisements in response to processing natural language utterances, comprising:

an input device that receives a natural language utterance containing at least one request at an input device;

a speech recognition engine coupled to the input device, wherein the speech recognition engine recognizes one or more words or phrases in the natural language utterance, wherein to recognize the words or phrases in the natural language utterance, the speech recognition engine is configured to:

map a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar; and

generate a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases;

a conversational language processor coupled to the speech recognition engine, wherein the conversational language processor is configured to:

interpret the recognized words or phrases, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance;

select an advertisement in the context established for the natural language utterance; and

present the selected advertisement via an output device.

28. The system of claim 27, wherein the conversational language processor selects the advertisement based on information related to one or more of the recognized words or phrases, an action associated with the request, a personalized cognitive model derived from an interaction pattern for a specific user, a generalized cognitive model derived from an interaction pattern for a plurality of users, or an environmental model derived from environmental conditions or surroundings associated with the specific user.

29. The system of claim 28 wherein the conversational language processor is further configured to:

track an interaction pattern with the advertisement presented via the output device; and

update one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model based on the interaction pattern tracked for the advertisement.

30. The system of claim 29, wherein the conversational language processor updates one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model to build statistical profiles for selecting subsequent advertisements in response to subsequent natural language utterances.

31. The system of claim 30, wherein the statistical profiles identify affinities between the advertisement presented via the output device and one or more of the recognized words or phrases, the action associated with the request, the personalized cognitive model, the generalized cognitive model, or the environmental model.

**16**

32. The system of claim 29, wherein the conversational language processor is further configured to:

build long-term shared knowledge and short-term shared knowledge in response to updating one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model; and

interpret a subsequent natural language utterance received at the input device language processor using the long-term shared knowledge and the short-term shared knowledge.

33. The system of claim 29, wherein the interaction pattern tracked for the advertisement includes an action performed in response to a subsequent request that identifies the advertisement.

34. The system of claim 33, wherein the action includes executing a task or retrieving information based on the subsequent request that identifies the advertisement.

35. The system of claim 27, wherein the conversational language processor selects the advertisement to resolve the request in response to determining that the natural language utterance includes incomplete or ambiguous information.

36. The system of claim 27 wherein the speech recognition engine recognizes the one or more words or phrases in the natural language utterance using a plurality of entries in one or more dictionary and phrase tables that are dynamically updated based on a history of a current dialog and one or more prior dialogs.

37. The system of claim 36, wherein the plurality of entries in the one or more dictionary and phrase tables are further dynamically updated based on one or more dynamic fuzzy set possibilities or prior probabilities derived from the history of the current dialog and the prior dialogs.

38. The system of claim 27, further comprising an adaptive misrecognition engine configured to determine that the conversational language incorrectly interpreted the words or phrases in response to detecting a predetermined event, wherein the conversational language processor reinterprets the words or phrases in response to the predetermined event.

39. The system of claim 38, wherein the predetermined event includes receiving one or more of a subsequent input proximate in time to the natural language utterance, a subsequent input that stops the conversational language processor from processing the request contained in the, natural language utterance, a subsequent input that overrides the request in a time shorter than an expected time to process the request, or a subsequent input that repeats the natural language utterance.

40. A system for selecting and presenting advertisements in response to processing natural language utterances, comprising:

an input device that receives a natural language utterance containing at least one request at an input device;

a speech recognition engine coupled to the input device, wherein the speech recognition engine recognizes one or more words or phrases in the natural language utterance;

a conversational language processor coupled to the speech recognition engine, wherein the conversational language processor is configured to:

interpret the recognized words or phrases, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance;

select an advertisement in the context established for the natural language utterance; and

present the selected advertisement via an output device; and

US 7,818,176 B2

17

an adaptive misrecognition engine configured to determine that the conversational language incorrectly interpreted the words or phrases in response to detecting a predetermined event, wherein the conversational language processor reinterprets the words or phrases in response to the predetermined event.

41. The system of claim 40, wherein the predetermined event includes receiving one or more of a subsequent input proximate in time to the natural language utterance, a subsequent input that stops the conversational language processor from processing the request contained in the natural language utterance, a subsequent input that overrides the request in a time shorter than an expected time to process the request, or a subsequent input that repeats the natural language utterance.

42. The system of claim 40, wherein to recognize the words or phrases in the natural language utterance, the speech recognition engine is configured to:

map a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar; and

generate a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases.

43. The system of claim 40, wherein the conversational language processor selects the advertisement to resolve the request in response to determining that the natural language utterance includes incomplete or ambiguous information.

44. The system of claim 40, wherein the conversational language processor selects the advertisement based on information related to one or more of the recognized words or phrases, an action associated with the request, a personalized cognitive model derived from an interaction pattern for a specific user, a generalized cognitive model derived from an interaction pattern for a plurality of users, or an environmental model derived from environmental conditions or surroundings associated with the specific user.

45. The system of claim 44, wherein the conversational language processor is further configured to:

track an interaction pattern with the advertisement presented via the output device; and

18

update one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model based on the interaction pattern tracked for the advertisement.

46. The system of claim 45, wherein the conversational language processor updates one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model to build statistical profiles for selecting subsequent advertisements in response to subsequent natural language utterances.

47. The system of claim 46, wherein the statistical profiles identify affinities between the advertisement presented via the output device and one or more of the recognized words or phrases, the action associated with the request, the personalized cognitive model, the generalized cognitive model, or the environmental model.

48. The system of claim 45, wherein the conversational language processor is further configured to:

build long-term shared knowledge and short-term shared knowledge in response to updating one or more of the personalized cognitive model, the generalized cognitive model, or the environmental model; and

interpret a subsequent natural language utterance received at the input device language processor using the long-term shared knowledge and the short-term shared knowledge.

49. The system of claim 45, wherein the interaction pattern tracked for the advertisement includes an action performed in response to a subsequent request that identifies the advertisement.

50. The system of claim 49, wherein the action includes executing a task or retrieving information based on the subsequent request that identifies the advertisement.

51. The system of claim 40, wherein the speech recognition engine recognizes the one or more words or phrases in the natural language utterance using a plurality of entries in one or more dictionary and phrase tables that are dynamically updated based on a history of a current dialog and one or more prior dialogs.

52. The system of claim 51 wherein the plurality of entries in the one or more dictionary and phrase tables are further dynamically updated based on one or more dynamic fuzzy set possibilities or prior probabilities derived from the history of the current dialog and the prior dialogs.

* * * * *

# EXHIBIT G

US008527274B2

## (12) United States Patent
### Freeman et al.

(10) **Patent No.:** **US 8,527,274 B2**

(45) **Date of Patent:** **Sep. 3, 2013**

(54) **SYSTEM AND METHOD FOR DELIVERING TARGETED ADVERTISEMENTS AND TRACKING ADVERTISEMENT INTERACTIONS IN VOICE RECOGNITION CONTEXTS**

(75) Inventors: **Tom Freeman**, Mercer Island, WA (US); **Mike Kennewick**, Bellevue, WA (US)

(73) Assignee: **VoiceBox Technologies, Inc.**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 3 days.

(21) Appl. No.: **13/371,870**

(22) Filed: **Feb. 13, 2012**

(65) **Prior Publication Data**

US 2012/0150636 A1      Jun. 14, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 12/847,564, filed on Jul. 30, 2010, now Pat. No. 8,145,489, which is a continuation of application No. 11/671,526, filed on Feb. 6, 2007, now Pat. No. 7,818,176.

(51) **Int. Cl.**
**G10L 15/18** (2006.01)
**G10L 11/00** (2006.01)

(52) **U.S. Cl.**
USPC ........................... **704/257**; 704/270; 75/14.49

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,430,669 A | 2/1984 | Cheung | .......................... | 358/122 |
| 5,027,406 A | 6/1991 | Roberts et al. | .................. | 381/43 |
| 5,155,743 A | 10/1992 | Jacobs | ........................... | 375/28 |

| | | | | |
|---|---|---|---|---|
| 5,208,748 A | 5/1993 | Flores et al. | .................. | 364/419 |
| 5,274,560 A | 12/1993 | LaRue | ........................... | 364/444 |
| 5,357,596 A | 10/1994 | Takebayashi et al. | ....... | 395/2.84 |
| 5,377,350 A | 12/1994 | Skinner | .......................... | 395/600 |
| 5,386,556 A | 1/1995 | Hedin et al. | .................. | 395/600 |
| 5,424,947 A | 6/1995 | Nagao et al. | ............. | 364/419.08 |
| 5,471,318 A | 11/1995 | Ahuja et al. | .................. | 358/400 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1 320 043 A2 | 6/2003 |
| EP | 1 646 037 | 4/2006 |

(Continued)

OTHER PUBLICATIONS

Reuters, "IBM to Enable Honda Drivers to Talk to Cars", Charles Schwab & Co., Inc., Jul. 28, 2002, 1 page.

(Continued)

*Primary Examiner* — Brian Albertalli

(74) *Attorney, Agent, or Firm* — Pillsbury Winthrop Shaw Pittman LLP

(57) **ABSTRACT**

The system and method described herein may use various natural language models to deliver targeted advertisements and track advertisement interactions in voice recognition contexts. In particular, in response to an input device receiving an utterance, a conversational language processor may select and deliver one or more advertisements targeted to a user that spoke the utterance based on cognitive models associated with the user, various users having similar characteristics to the user, an environment in which the user spoke the utterance, or other criteria. Further, subsequent interaction with the targeted advertisements may be tracked to build and refine the cognitive models and thereby enhance the information used to deliver targeted advertisements in response to subsequent utterances.

**24 Claims, 3 Drawing Sheets**



US 8,527,274 B2

Page 2

(56)                References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,475,733 A | 12/1995 | Eisdorfer et al. | 379/52 |
| 5,488,652 A | 1/1996 | Bielby et al. | 379/88 |
| 5,499,289 A | 3/1996 | Bruno et al. | 379/220 |
| 5,500,920 A | 3/1996 | Kupiec | 395/2.79 |
| 5,517,560 A | 5/1996 | Greenspan | 379/114 |
| 5,533,108 A | 7/1996 | Harris et al. | 379/201 |
| 5,537,436 A | 7/1996 | Bottoms et al. | 375/222 |
| 5,539,744 A | 7/1996 | Chu et al. | 370/60 |
| 5,557,667 A | 9/1996 | Bruno et al. | 379/201 |
| 5,563,937 A | 10/1996 | Bruno et al. | 379/201 |
| 5,577,165 A | 11/1996 | Takebayashi et al. | 395/2.84 |
| 5,590,039 A | 12/1996 | Ikeda et al. | 395/759 |
| 5,608,635 A | 3/1997 | Tamai | 364/449.3 |
| 5,617,407 A | 4/1997 | Bareis | 369/275.3 |
| 5,633,922 A | 5/1997 | August et al. | 379/220 |
| 5,675,629 A | 10/1997 | Raffel et al. | 379/58 |
| 5,696,965 A | 12/1997 | Dedrick | 395/610 |
| 5,708,422 A | 1/1998 | Blonder et al. | 340/825.34 |
| 5,721,938 A | 2/1998 | Stuckey | 395/754 |
| 5,722,084 A | 2/1998 | Chakrin et al. | 455/551 |
| 5,740,256 A | 4/1998 | Castello Da Costa et al. | 361/94.7 |
| 5,742,763 A | 4/1998 | Jones | 395/200.3 |
| 5,748,841 A | 5/1998 | Morin et al. | 395/2.66 |
| 5,748,974 A | 5/1998 | Johnson | 395/759 |
| 5,752,052 A | 5/1998 | Richardson et al. | 395/759 |
| 5,754,784 A | 5/1998 | Garland et al. | 395/200.49 |
| 5,761,631 A | 6/1998 | Nasukawa | 704/9 |
| 5,774,859 A | 6/1998 | Houser et al. | 704/275 |
| 5,794,050 A | 8/1998 | Dahlgren et al. | 395/708 |
| 5,794,196 A | 8/1998 | Yegnanarayanan et al. | 704/255 |
| 5,797,112 A | 8/1998 | Komatsu et al. | 701/201 |
| 5,799,276 A | 8/1998 | Komissarchik et al. | 704/251 |
| 5,802,510 A | 9/1998 | Jones | 707/2 |
| 5,832,221 A | 11/1998 | Jones | 375/200.36 |
| 5,839,107 A | 11/1998 | Gupta et al. | 704/270 |
| 5,848,396 A * | 12/1998 | Gerace | 705/7.33 |
| 5,855,000 A | 12/1998 | Waibel et al. | 704/235 |
| 5,867,817 A | 2/1999 | Catallo et al. | 704/255 |
| 5,878,385 A | 3/1999 | Bralich et al. | 704/9 |
| 5,878,386 A | 3/1999 | Coughlin | 704/10 |
| 5,892,813 A | 4/1999 | Morin et al. | 379/88.01 |
| 5,892,900 A | 4/1999 | Ginter et al. | 395/186 |
| 5,895,464 A | 4/1999 | Bhandari et al. | 707/3 |
| 5,895,466 A | 4/1999 | Goldberg et al. | 707/5 |
| 5,897,613 A | 4/1999 | Chan | 704/210 |
| 5,902,347 A | 5/1999 | Backman et al. | 701/200 |
| 5,911,120 A | 6/1999 | Jarett et al. | 455/417 |
| 5,918,222 A | 6/1999 | Fukui et al. | 707/1 |
| 5,926,784 A | 7/1999 | Richardson et al. | 704/9 |
| 5,933,822 A | 8/1999 | Braden-Harder et al. | 707/5 |
| 5,953,393 A | 9/1999 | Culbreth et al. | 379/88.25 |
| 5,960,397 A | 9/1999 | Rahim | 704/244 |
| 5,960,399 A | 9/1999 | Barclay et al. | 704/270 |
| 5,960,447 A | 9/1999 | Holt et al. | 707/500 |
| 5,963,894 A | 10/1999 | Richardson et al. | 704/9 |
| 5,963,940 A | 10/1999 | Liddy et al. | 707/5 |
| 5,987,404 A | 11/1999 | Della Pietra et al. | 704/9 |
| 5,991,721 A | 11/1999 | Asano et al. | 704/257 |
| 5,995,119 A | 11/1999 | Cosatto et al. | 345/473 |
| 5,995,928 A | 11/1999 | Nguyen et al. | 704/251 |
| 6,009,382 A | 12/1999 | Martino et al. | 704/1 |
| 6,014,559 A | 1/2000 | Amin | 455/413 |
| 6,018,708 A | 1/2000 | Dahan et al. | 704/244 |
| 6,021,384 A | 2/2000 | Gorin et al. | 704/1 |
| 6,035,267 A | 3/2000 | Watanabe et al. | 704/1 |
| 6,044,347 A | 3/2000 | Abella et al. | 704/272 |
| 6,049,602 A | 4/2000 | Foladare et al. | 379/265 |
| 6,049,607 A | 4/2000 | Marash et al. | 379/410 |
| 6,058,187 A | 5/2000 | Chen | 380/21 |
| 6,067,513 A | 5/2000 | Ishimitsu | 704/233 |
| 6,076,059 A | 6/2000 | Glickman et al. | 704/260 |
| 6,078,886 A | 6/2000 | Dragosh et al. | 704/270 |
| 6,081,774 A | 6/2000 | De Hita et al. | 704/9 |
| 6,085,186 A | 7/2000 | Christianson et al. | 707/3 |
| 6,101,241 A | 8/2000 | Boyce et al. | 379/88.01 |
| 6,108,631 A | 8/2000 | Ruhl | 704/270 |
| 6,119,087 A | 9/2000 | Kuhn et al. | 704/270 |
| 6,134,235 A | 10/2000 | Goldman et al. | 370/352 |
| 6,144,667 A | 11/2000 | Doshi et al. | 370/401 |
| 6,144,938 A | 11/2000 | Surace et al. | 704/257 |
| 6,154,526 A | 11/2000 | Dahlke et al. | 379/88.03 |
| 6,160,883 A | 12/2000 | Jackson et al. | 379/230 |
| 6,167,377 A | 12/2000 | Gillick et al. | 704/240 |
| 6,173,266 B1 | 1/2001 | Marx et al. | 704/270 |
| 6,173,279 B1 | 1/2001 | Levin et al. | 707/5 |
| 6,175,858 B1 | 1/2001 | Bulfer et al. | 709/206 |
| 6,185,535 B1 | 2/2001 | Hedin et al. | 704/270 |
| 6,188,982 B1 | 2/2001 | Chiang | 704/256 |
| 6,192,110 B1 | 2/2001 | Abella et al. | 379/88.01 |
| 6,192,338 B1 | 2/2001 | Haszto et al. | 704/257 |
| 6,195,634 B1 | 2/2001 | Dudemaine et al. | 704/231 |
| 6,195,651 B1 | 2/2001 | Handel et al. | 707/2 |
| 6,199,043 B1 | 3/2001 | Happ | 704/272 |
| 6,208,964 B1 | 3/2001 | Sabourin | 704/244 |
| 6,208,972 B1 | 3/2001 | Grant et al. | 704/275 |
| 6,219,346 B1 | 4/2001 | Maxemchuk | 370/338 |
| 6,219,643 B1 | 4/2001 | Cohen et al. | 704/257 |
| 6,226,612 B1 | 5/2001 | Srenger et al. | 704/256 |
| 6,233,556 B1 | 5/2001 | Teunen et al. | 704/250 |
| 6,233,559 B1 | 5/2001 | Balakrishnan | 704/275 |
| 6,233,561 B1 | 5/2001 | Junqua et al. | 704/277 |
| 6,236,968 B1 | 5/2001 | Kanevsky et al. | 704/275 |
| 6,246,981 B1 | 6/2001 | Papineni et al. | 704/235 |
| 6,246,990 B1 | 6/2001 | Happ | 704/275 |
| 6,266,636 B1 | 7/2001 | Kosaka et al. | 704/244 |
| 6,269,336 B1 | 7/2001 | Ladd et al. | 704/270 |
| 6,272,455 B1 | 8/2001 | Hoshen et al. | |
| 6,275,231 B1 | 8/2001 | Obradovich | 345/349 |
| 6,278,968 B1 | 8/2001 | Franz et al. | |
| 6,288,319 B1 | 9/2001 | Catona | 84/609 |
| 6,292,767 B1 | 9/2001 | Jackson et al. | |
| 6,301,560 B1 | 10/2001 | Masters | 704/251 |
| 6,308,151 B1 | 10/2001 | Smith | 704/235 |
| 6,314,402 B1 | 11/2001 | Monaco et al. | 704/275 |
| 6,362,748 B1 | 3/2002 | Huang | 340/901 |
| 6,366,882 B1 | 4/2002 | Bijl et al. | 704/235 |
| 6,366,886 B1 | 4/2002 | Dragosh et al. | 704/270.1 |
| 6,374,214 B1 | 4/2002 | Friedland et al. | 704/235 |
| 6,377,913 B1 | 4/2002 | Coffman et al. | 704/8 |
| 6,381,535 B1 | 4/2002 | Durocher et al. | 701/202 |
| 6,385,596 B1 | 5/2002 | Wiser et al. | 705/51 |
| 6,385,646 B1 | 5/2002 | Brown et al. | 709/217 |
| 6,393,403 B1 | 5/2002 | Majaniemi | 704/275 |
| 6,393,428 B1 | 5/2002 | Miller et al. | 707/102 |
| 6,397,181 B1 | 5/2002 | Li et al. | 704/256 |
| 6,404,878 B1 | 6/2002 | Jackson et al. | 379/221.01 |
| 6,405,170 B1 | 6/2002 | Phillips et al. | 704/270 |
| 6,408,272 B1 | 6/2002 | White et al. | 704/270.1 |
| 6,411,810 B1 | 6/2002 | Maxemchuk | 455/453 |
| 6,415,257 B1 | 7/2002 | Junqua et al. | 704/275 |
| 6,418,210 B1 | 7/2002 | Sayko | |
| 6,420,975 B1 | 7/2002 | DeLine et al. | 340/815.4 |
| 6,429,813 B2 | 8/2002 | Feigen | 342/357.13 |
| 6,430,285 B1 | 8/2002 | Bauer et al. | 379/265.01 |
| 6,430,531 B1 | 8/2002 | Polish | 704/257 |
| 6,434,523 B1 | 8/2002 | Monaco | 704/257 |
| 6,434,524 B1 | 8/2002 | Weber | 704/257 |
| 6,434,529 B1 | 8/2002 | Walker et al. | 704/275 |
| 6,442,522 B1 | 8/2002 | Carberry et al. | 704/257 |
| 6,446,114 B1 | 9/2002 | Bulfer et al. | 709/206 |
| 6,453,153 B1 | 9/2002 | Bowker et al. | 455/67.4 |
| 6,453,292 B2 | 9/2002 | Ramaswamy et al. | 704/235 |
| 6,456,711 B1 | 9/2002 | Cheung et al. | 379/265.09 |
| 6,456,974 B1 | 9/2002 | Baker et al. | 704/270.1 |
| 6,466,654 B1 | 10/2002 | Cooper et al. | 379/88.01 |
| 6,466,899 B1 | 10/2002 | Yano et al. | 704/1 |
| 6,470,315 B1 | 10/2002 | Netsch et al. | 704/256 |
| 6,498,797 B1 | 12/2002 | Anerousis et al. | 370/522 |
| 6,499,013 B1 | 12/2002 | Weber | 704/257 |
| 6,501,833 B2 | 12/2002 | Phillips et al. | 379/88.07 |
| 6,501,834 B1 | 12/2002 | Milewski et al. | 379/93.24 |
| 6,510,417 B1 | 1/2003 | Woods et al. | 704/275 |
| 6,513,006 B2 | 1/2003 | Howard et al. | 704/257 |

US 8,527,274 B2

Page 3

| | | | |
|---|---|---|---|
| 6,522,746 | B1 | 2/2003 | Marchok et al. ......... 379/406.03 |
| 6,523,061 | B1 | 2/2003 | Halverson et al. ............ 709/202 |
| 6,532,444 | B1 | 3/2003 | Weber .......................... 704/257 |
| 6,539,348 | B1 | 3/2003 | Bond et al. |
| 6,549,629 | B2 | 4/2003 | Finn et al. ....................... 381/92 |
| 6,553,372 | B1 | 4/2003 | Brassell et al. |
| 6,556,970 | B1 | 4/2003 | Sasaki et al. .................. 704/257 |
| 6,556,973 | B1 | 4/2003 | Lewin ........................... 704/277 |
| 6,560,576 | B1 | 5/2003 | Cohen et al. .................. 704/270 |
| 6,560,590 | B1 | 5/2003 | Shwe et al. ..................... 706/55 |
| 6,567,778 | B1 | 5/2003 | Chao Chang et al. ........ 704/257 |
| 6,567,797 | B1 | 5/2003 | Schuetze et al. .................. 707/2 |
| 6,570,555 | B1 | 5/2003 | Prevost et al. ................ 345/156 |
| 6,570,964 | B1 | 5/2003 | Murveit et al. ............. 379/67.1 |
| 6,571,279 | B1 | 5/2003 | Herz et al. ................... 709/217 |
| 6,574,597 | B1 | 6/2003 | Mohri et al. .................. 704/251 |
| 6,574,624 | B1 | 6/2003 | Johnson et al. ................... 707/5 |
| 6,578,022 | B1 | 6/2003 | Foulger et al. ................. 706/45 |
| 6,581,103 | B1 | 6/2003 | Dengler ........................ 709/231 |
| 6,584,439 | B1 | 6/2003 | Geilhufe et al. ............. 704/270 |
| 6,587,858 | B1 | 7/2003 | Strazza ........................ 707/102 |
| 6,591,239 | B1 | 7/2003 | McCall et al. ................ 704/275 |
| 6,594,257 | B1 | 7/2003 | Doshi et al. ................... 370/352 |
| 6,594,367 | B1 | 7/2003 | Marash et al. .................. 381/92 |
| 6,598,018 | B1 | 7/2003 | Junqua ......................... 704/251 |
| 6,601,026 | B2 | 7/2003 | Appelt et al. ..................... 704/9 |
| 6,604,075 | B1 | 8/2003 | Brown et al. ............. 704/270.1 |
| 6,604,077 | B2 | 8/2003 | Dragosh et al. ............ 704/270.1 |
| 6,606,598 | B1 | 8/2003 | Holthouse et al. ........... 704/275 |
| 6,611,692 | B2 | 8/2003 | Raffel et al. .................. 455/552 |
| 6,614,773 | B1 | 9/2003 | Maxemchuk ................. 370/337 |
| 6,615,172 | B1 | 9/2003 | Bennett et al. ................ 704/257 |
| 6,622,119 | B1 | 9/2003 | Ramaswamy et al. ........... 704/9 |
| 6,629,066 | B1 | 9/2003 | Jackson et al. .................... 704/9 |
| 6,631,346 | B1 | 10/2003 | Karaorman et al. .............. 704/9 |
| 6,631,351 | B1 | 10/2003 | Ramachandran et al. .... 704/270 |
| 6,633,846 | B1 | 10/2003 | Bennett et al. ................ 704/257 |
| 6,643,620 | B1 | 11/2003 | Contolini et al. ............ 704/270 |
| 6,650,747 | B1 | 11/2003 | Bala et al. .............. 379/265.06 |
| 6,658,388 | B1 | 12/2003 | Kleindienst et al. .......... 704/275 |
| 6,678,680 | B1 | 1/2004 | Woo ................................ 707/6 |
| 6,681,206 | B1 | 1/2004 | Gorin et al. ................... 704/243 |
| 6,691,151 | B1 | 2/2004 | Cheyer et al. ................. 709/202 |
| 6,701,294 | B1 | 3/2004 | Ball et al. ...................... 704/257 |
| 6,704,396 | B2 | 3/2004 | Parolkar et al. ............ 379/88.17 |
| 6,704,576 | B1 | 3/2004 | Brachman et al. ............ 455/503 |
| 6,704,708 | B1 | 3/2004 | Pickering ...................... 704/235 |
| 6,708,150 | B1 | 3/2004 | Hirayama et al. ............ 704/243 |
| 6,721,001 | B1 | 4/2004 | Berstis ....................... 348/231.3 |
| 6,721,706 | B1 | 4/2004 | Strubbe et al. ................ 704/275 |
| 6,735,592 | B1 | 5/2004 | Neumann et al. ............. 707/101 |
| 6,741,931 | B1 | 5/2004 | Kohut et al. .................. 701/209 |
| 6,742,021 | B1 | 5/2004 | Halverson et al. ............ 709/218 |
| 6,745,161 | B1 | 6/2004 | Arnold et al. ..................... 704/7 |
| 6,751,591 | B1 | 6/2004 | Gorin et al. ................... 704/257 |
| 6,751,612 | B1 | 6/2004 | Schuetze et al. .................. 707/4 |
| 6,754,485 | B1 | 6/2004 | Obradovich et al. ....... 455/414.1 |
| 6,757,544 | B2 | 6/2004 | Rangarajan et al. .......... 455/456.1 |
| 6,757,718 | B1 | 6/2004 | Halverson et al. ........... 709/218 |
| 6,795,808 | B1 | 9/2004 | Strubbe et al. ............... 704/275 |
| 6,801,604 | B2 | 10/2004 | Maes et al. .................. 379/88.17 |
| 6,801,893 | B1 | 10/2004 | Backfried et al. ............ 704/257 |
| 6,829,603 | B1 | 12/2004 | Wolf et al. ....................... 707/5 |
| 6,832,230 | B1 | 12/2004 | Zilliacus et al. .............. 707/203 |
| 6,833,848 | B1 | 12/2004 | Wolff et al. ................... 345/719 |
| 6,850,603 | B1 | 2/2005 | Eberle et al. .............. 379/88.16 |
| 6,856,990 | B2 | 2/2005 | Barile et al. .................... 707/10 |
| 6,865,481 | B2 | 3/2005 | Kawazoe et al. ............. 701/211 |
| 6,868,380 | B2 | 3/2005 | Kroeker ........................ 704/240 |
| 6,877,001 | B2 | 4/2005 | Wolf et al. ....................... 707/3 |
| 6,877,134 | B1 | 4/2005 | Fuller et al. ................ 715/500.1 |
| 6,901,366 | B1 | 5/2005 | Kuhn et al. .................... 704/275 |
| 6,910,003 | B1 | 6/2005 | Arnold et al. ..................... 704/4 |
| 6,912,498 | B2 | 6/2005 | Stevens et al. ................ 704/235 |
| 6,934,756 | B2 | 8/2005 | Maes .......................... 709/227 |
| 6,937,977 | B2 | 8/2005 | Gerson ......................... 704/201 |
| 6,944,594 | B2 | 9/2005 | Busayapongchai et al. .. 704/275 |
| 6,950,821 | B2 | 9/2005 | Faybishenko et al. ......... 707/10 |
| 6,954,755 | B2 | 10/2005 | Reisman ........................ 707/10 |
| 6,959,276 | B2 | 10/2005 | Droppo et al. ................ 704/226 |
| 6,968,311 | B2 | 11/2005 | Knockeart et al. ............ 704/270 |
| 6,973,387 | B2 | 12/2005 | Masclet et al. ................ 701/211 |
| 6,975,993 | B1 | 12/2005 | Keiller .......................... 704/275 |
| 6,980,092 | B2 | 12/2005 | Turnbull et al. ........... 340/425.5 |
| 6,983,055 | B2 | 1/2006 | Luo ............................... 381/313 |
| 6,990,513 | B2 | 1/2006 | Belfiore et al. ............... 709/203 |
| 6,996,531 | B2 | 2/2006 | Korall et al. .................. 704/270 |
| 7,003,463 | B1 | 2/2006 | Maes et al. ................. 704/270.1 |
| 7,016,849 | B2 | 3/2006 | Arnold et al. ................. 704/275 |
| 7,020,609 | B2 | 3/2006 | Thrift et al. ................ 704/270.1 |
| 7,024,364 | B2 | 4/2006 | Guerra et al. ................. 704/270 |
| 7,027,586 | B2 | 4/2006 | Bushey et al. ........... 379/265.09 |
| 7,027,975 | B1 | 4/2006 | Pazandak et al. ................. 704/9 |
| 7,035,415 | B2 | 4/2006 | Belt et al. ........................ 381/92 |
| 7,036,128 | B1 | 4/2006 | Julia et al. ..................... 719/317 |
| 7,043,425 | B2 | 5/2006 | Pao ............................... 704/211 |
| 7,054,817 | B2 | 5/2006 | Shao ............................. 704/270 |
| 7,058,890 | B2 | 6/2006 | George et al. ................. 715/728 |
| 7,062,488 | B1 | 6/2006 | Reisman ........................... 707/8 |
| 7,069,220 | B2 | 6/2006 | Coffman et al. .............. 704/275 |
| 7,072,834 | B2 | 7/2006 | Zhou ............................. 704/244 |
| 7,082,469 | B2 | 7/2006 | Gold et al. .................... 709/231 |
| 7,092,928 | B1 | 8/2006 | Elad et al. ....................... 706/60 |
| 7,107,210 | B2 | 9/2006 | Deng et al. .................... 704/226 |
| 7,107,218 | B1 | 9/2006 | Preston ......................... 704/270 |
| 7,110,951 | B1 | 9/2006 | Lemelson et al. ............ 704/270 |
| 7,127,400 | B2 | 10/2006 | Koch ......................... 704/270.1 |
| 7,130,390 | B2 | 10/2006 | Abburi ...................... 379/88.17 |
| 7,136,875 | B2 | 11/2006 | Anderson et al. .......... 707/104.1 |
| 7,137,126 | B1 | 11/2006 | Coffman et al. .............. 719/328 |
| 7,143,037 | B1 | 11/2006 | Chestnut ....................... 704/251 |
| 7,143,039 | B1 | 11/2006 | Stifelman et al. ............. 704/270 |
| 7,146,319 | B2 | 12/2006 | Hunt ............................. 704/254 |
| 7,165,028 | B2 | 1/2007 | Gong ............................ 704/233 |
| 7,184,957 | B2 | 2/2007 | Brookes et al. ............... 704/246 |
| 7,190,770 | B2 | 3/2007 | Ando et al. ................. 379/88.01 |
| 7,197,069 | B2 | 3/2007 | Agazzi et al. ................. 375/233 |
| 7,203,644 | B2 | 4/2007 | Anderson et al. ............. 704/246 |
| 7,206,418 | B2 | 4/2007 | Yang et al. ...................... 381/92 |
| 7,207,011 | B2 | 4/2007 | Mulvey et al. ................ 715/812 |
| 7,228,276 | B2 | 6/2007 | Omote et al. ................. 704/243 |
| 7,231,343 | B1 | 6/2007 | Treadgold et al. ................ 704/9 |
| 7,236,923 | B1 | 6/2007 | Gupta ............................... 704/9 |
| 7,272,212 | B2 | 9/2007 | Eberle et al. ............... 379/88.17 |
| 7,277,854 | B2 | 10/2007 | Bennett et al. ................ 704/257 |
| 7,283,829 | B2 | 10/2007 | Christenson et al. ......... 455/461 |
| 7,283,951 | B2 | 10/2007 | Marchisio et al. ................ 704/9 |
| 7,289,606 | B2 | 10/2007 | Sibal et al. ....................... 379/52 |
| 7,299,186 | B2 | 11/2007 | Kuzunuki et al. .......... 704/270.1 |
| 7,301,093 | B2 | 11/2007 | Sater et al. ...................... 84/615 |
| 7,305,381 | B1 | 12/2007 | Poppink et al. ..................... 1/1 |
| 7,321,850 | B2 | 1/2008 | Wakita ............................ 704/10 |
| 7,328,155 | B2 | 2/2008 | Endo et al. ..................... 704/251 |
| 7,337,116 | B2 | 2/2008 | Charlesworth et al. ....... 704/254 |
| 7,340,040 | B1 | 3/2008 | Saylor et al. ................. 379/67.1 |
| 7,366,285 | B2 | 4/2008 | Parolkar et al. ............ 379/88.17 |
| 7,366,669 | B2 | 4/2008 | Nishitani et al. .............. 704/256 |
| 7,376,645 | B2 | 5/2008 | Bernard ........................... 707/3 |
| 7,386,443 | B1 | 6/2008 | Parthasarathy et al. ....... 704/201 |
| 7,398,209 | B2 | 7/2008 | Kennewick et al. .......... 704/255 |
| 7,406,421 | B2 | 7/2008 | Odinak et al. ................. 704/275 |
| 7,415,414 | B2 | 8/2008 | Azara et al. ................... 704/270 |
| 7,424,431 | B2 | 9/2008 | Greene et al. ................. 704/270 |
| 7,447,635 | B1 | 11/2008 | Konopka et al. .............. 704/275 |
| 7,454,608 | B2 * | 11/2008 | Gopalakrishnan et al. ... 713/100 |
| 7,461,059 | B2 | 12/2008 | Richardson et al. ............. 707/5 |
| 7,472,020 | B2 | 12/2008 | Brulle-Drews ............... 701/211 |
| 7,472,060 | B1 | 12/2008 | Gorin et al. ................... 704/240 |
| 7,478,036 | B2 | 1/2009 | Shen et al. ........................ 704/9 |
| 7,487,088 | B1 | 2/2009 | Gorin et al. ................... 704/240 |
| 7,493,259 | B2 | 2/2009 | Jones et al. .................... 704/257 |
| 7,493,559 | B1 | 2/2009 | Wolff et al. ................... 715/727 |
| 7,502,738 | B2 | 3/2009 | Kennewick et al. .......... 704/257 |
| 7,516,076 | B2 | 4/2009 | Walker et al. ................. 704/275 |
| 7,529,675 | B2 | 5/2009 | Maes ......................... 704/270.1 |
| 7,536,297 | B2 | 5/2009 | Byrd et al. ...................... 704/10 |
| 7,536,374 | B2 | 5/2009 | Au ................................... 706/55 |
| 7,542,894 | B2 | 6/2009 | Murata ............................ 704/9 |

US 8,527,274 B2

Page 4

| | | | |
|---|---|---|---|
| 7,546,382 B2 | 6/2009 | Healey et al. | 709/246 |
| 7,558,730 B2 | 7/2009 | Davis et al. | 704/235 |
| 7,574,362 B2 | 8/2009 | Walker et al. | 704/275 |
| 7,577,244 B2 | 8/2009 | Taschereau | 379/218.01 |
| 7,606,708 B2 | 10/2009 | Hwang | 704/257 |
| 7,620,549 B2 | 11/2009 | Di Cristo et al. | 704/257 |
| 7,634,409 B2 | 12/2009 | Kennewick et al. | 704/257 |
| 7,640,006 B2 | 12/2009 | Portman et al. | 455/412.1 |
| 7,640,160 B2 | 12/2009 | Di Cristo et al. | 704/257 |
| 7,640,272 B2 | 12/2009 | Mahajan et al. | 707/104.1 |
| 7,676,365 B2 | 3/2010 | Hwang et al. | 704/240 |
| 7,676,369 B2 | 3/2010 | Fujimoto et al. | 704/270 |
| 7,684,977 B2 | 3/2010 | Morikawa | 704/211 |
| 7,693,720 B2 | 4/2010 | Kennewick et al. | 704/275 |
| 7,729,916 B2 | 6/2010 | Coffman et al. | 704/270 |
| 7,729,918 B2 | 6/2010 | Walker et al. | 704/275 |
| 7,729,920 B2 | 6/2010 | Chaar et al. | 704/275 |
| 7,748,021 B2 | 6/2010 | Obradovich | 725/105 |
| 7,788,084 B2 | 8/2010 | Brun et al. | 704/7 |
| 7,801,731 B2 | 9/2010 | Odinak et al. | 704/275 |
| 7,809,570 B2 | 10/2010 | Kennewick et al. | 704/257 |
| 7,818,176 B2 | 10/2010 | Freeman et al. | 704/270 |
| 7,831,426 B2 | 11/2010 | Bennett | 704/252 |
| 7,831,433 B1 | 11/2010 | Belvin et al. | 704/275 |
| 7,873,519 B2 | 1/2011 | Bennett | 704/257 |
| 7,873,523 B2 | 1/2011 | Potter et al. | 704/275 |
| 7,881,936 B2 | 2/2011 | Longe et al. | 704/257 |
| 7,894,849 B2 | 2/2011 | Kass et al. | 455/550.1 |
| 7,902,969 B2 | 3/2011 | Obradovich | 340/439 |
| 7,917,367 B2 | 3/2011 | Di Cristo et al. | 704/270.1 |
| 7,920,682 B2 | 4/2011 | Byrne et al. | 379/88.18 |
| 7,949,529 B2 | 5/2011 | Weider et al. | 704/270 |
| 7,949,537 B2 | 5/2011 | Walker et al. | 704/275 |
| 7,953,732 B2 | 5/2011 | Frank et al. | 707/724 |
| 7,974,875 B1 * | 7/2011 | Quilici et al. | 705/14.4 |
| 7,983,917 B2 | 7/2011 | Kennewick et al. | 704/257 |
| 7,984,287 B2 | 7/2011 | Gopalakrishnan et al. | 713/100 |
| 8,005,683 B2 | 8/2011 | Tessel et al. | 704/275 |
| 8,015,006 B2 | 9/2011 | Kennewick et al. | 704/236 |
| 8,060,367 B2 | 11/2011 | Keaveney | 704/247 |
| 8,069,046 B2 | 11/2011 | Kennewick et al. | 704/257 |
| 8,073,681 B2 | 12/2011 | Baldwin et al. | 704/9 |
| 8,077,975 B2 | 12/2011 | Ma et al. | 382/187 |
| 8,082,153 B2 | 12/2011 | Coffman et al. | 704/270 |
| 8,086,463 B2 | 12/2011 | Ativanichayaphong et al. | 704/275 |
| 8,112,275 B2 | 2/2012 | Kennewick et al. | 704/240 |
| 8,140,327 B2 | 3/2012 | Kennewick et al. | 704/226 |
| 8,140,335 B2 | 3/2012 | Kennewick et al. | 704/257 |
| 8,145,489 B2 | 3/2012 | Freeman et al. | 704/257 |
| 8,150,694 B2 | 4/2012 | Kennewick et al. | 704/257 |
| 8,155,962 B2 | 4/2012 | Kennewick et al. | 704/257 |
| 8,170,867 B2 | 5/2012 | Germain | 704/9 |
| 8,195,468 B2 | 6/2012 | Weider et al. | 704/275 |
| 8,219,599 B2 | 7/2012 | Tunstall-Pedoe | 707/955 |
| 8,224,652 B2 | 7/2012 | Wang et al. | 704/275 |
| 2001/0041980 A1 | 11/2001 | Howard et al. | 704/270 |
| 2001/0049601 A1 | 12/2001 | Kroeker et al. | 704/254 |
| 2001/0054087 A1 | 12/2001 | Flom et al. | 709/218 |
| 2002/0015500 A1 | 2/2002 | Belt et al. | 381/66 |
| 2002/0022927 A1 | 2/2002 | Lemelson et al. | 701/301 |
| 2002/0029261 A1 | 3/2002 | Shibata | 709/219 |
| 2002/0032752 A1 | 3/2002 | Gold et al. | 709/218 |
| 2002/0035501 A1 | 3/2002 | Handel et al. | 705/10 |
| 2002/0049805 A1 | 4/2002 | Yamada et al. | 709/202 |
| 2002/0065568 A1 | 5/2002 | Silfvast et al. | 700/94 |
| 2002/0069059 A1 | 6/2002 | Smith | 704/257 |
| 2002/0069071 A1 | 6/2002 | Knockeart et al. | 704/275 |
| 2002/0082911 A1 | 6/2002 | Dunn et al. | 705/14 |
| 2002/0087326 A1 | 7/2002 | Lee et al. | 704/270.1 |
| 2002/0087525 A1 | 7/2002 | Abbott et al. | 707/3 |
| 2002/0120609 A1 | 8/2002 | Lang et al. | 707/1 |
| 2002/0124050 A1 | 9/2002 | Middeljans | 709/203 |
| 2002/0133402 A1 * | 9/2002 | Faber et al. | 705/14 |
| 2002/0138248 A1 | 9/2002 | Corston-Oliver et al. | 704/1 |
| 2002/0143535 A1 | 10/2002 | Kist et al. | 704/251 |
| 2002/0161646 A1 * | 10/2002 | Gailey et al. | 705/14 |
| 2002/0173961 A1 | 11/2002 | Guerra | 704/258 |
| 2002/0184373 A1 | 12/2002 | Maes | 709/228 |
| 2002/0188602 A1 | 12/2002 | Stubler et al. | 707/3 |
| 2002/0198714 A1 | 12/2002 | Zhou | 704/252 |
| 2003/0014261 A1 | 1/2003 | Kageyama | 704/275 |
| 2003/0016835 A1 | 1/2003 | Elko et al. | 381/92 |
| 2003/0046346 A1 | 3/2003 | Mumick et al. | 709/205 |
| 2003/0064709 A1 | 4/2003 | Gailey et al. | 455/412 |
| 2003/0065427 A1 | 4/2003 | Funk et al. | 701/1 |
| 2003/0088421 A1 | 5/2003 | Maes et al. | 704/270.1 |
| 2003/0097249 A1 | 5/2003 | Walker et al. | 704/1 |
| 2003/0110037 A1 | 6/2003 | Walker et al. | 704/257 |
| 2003/0112267 A1 | 6/2003 | Belrose | 345/728 |
| 2003/0115062 A1 | 6/2003 | Walker et al. | 704/258 |
| 2003/0120493 A1 | 6/2003 | Gupta | 704/270.1 |
| 2003/0135488 A1 | 7/2003 | Amir et al. | 707/3 |
| 2003/0144846 A1 | 7/2003 | Denenberg et al. | 704/277 |
| 2003/0158731 A1 | 8/2003 | Falcon et al. | 704/231 |
| 2003/0161448 A1 | 8/2003 | Parolkar et al. | 379/88.17 |
| 2003/0182132 A1 | 9/2003 | Niemoeller | 704/275 |
| 2003/0204492 A1 | 10/2003 | Wolf et al. | 707/3 |
| 2003/0206640 A1 | 11/2003 | Malvar et al. | 381/93 |
| 2003/0212550 A1 | 11/2003 | Ubale | 704/215 |
| 2003/0212558 A1 | 11/2003 | Matula | 704/260 |
| 2003/0212562 A1 | 11/2003 | Patel et al. | 704/275 |
| 2003/0225825 A1 | 12/2003 | Healey et al. | 709/203 |
| 2003/0236664 A1 | 12/2003 | Sharma | 704/251 |
| 2004/0006475 A1 | 1/2004 | Ehlen et al. | 704/270.1 |
| 2004/0025115 A1 | 2/2004 | Sienel et al. | 715/513 |
| 2004/0044516 A1 | 3/2004 | Kennewick et al. | 704/5 |
| 2004/0098245 A1 | 5/2004 | Walker et al. | 704/1 |
| 2004/0117804 A1 | 6/2004 | Scahill et al. | 719/320 |
| 2004/0140989 A1 | 7/2004 | Papageorge | 345/700 |
| 2004/0158555 A1 | 8/2004 | Seedman et al. | 707/3 |
| 2004/0166832 A1 | 8/2004 | Portman et al. | 455/412.1 |
| 2004/0167771 A1 | 8/2004 | Duan et al. | 704/10 |
| 2004/0193408 A1 | 9/2004 | Hunt | 704/209 |
| 2004/0193420 A1 | 9/2004 | Kennewick et al. | 704/257 |
| 2004/0199375 A1 | 10/2004 | Ehsani et al. | 704/4 |
| 2004/0205671 A1 | 10/2004 | Sukehiro et al. | 715/532 |
| 2004/0243417 A9 | 12/2004 | Pitts, III et al. | 704/276 |
| 2005/0015256 A1 | 1/2005 | Kargman | 704/272 |
| 2005/0021334 A1 | 1/2005 | Iwahashi | 704/240 |
| 2005/0021470 A1 | 1/2005 | Martin et al. | 705/51 |
| 2005/0021826 A1 | 1/2005 | Kumar | 709/232 |
| 2005/0033574 A1 | 2/2005 | Kim et al. | 704/251 |
| 2005/0043940 A1 | 2/2005 | Elder | 704/9 |
| 2005/0114116 A1 | 5/2005 | Fiedler | 704/201 |
| 2005/0125232 A1 | 6/2005 | Gadd | 704/270.1 |
| 2005/0137850 A1 | 6/2005 | Odell | 704/4 |
| 2005/0137877 A1 | 6/2005 | Oesterling et al. | 704/275 |
| 2005/0143994 A1 | 6/2005 | Mori et al. | 704/235 |
| 2005/0216254 A1 | 9/2005 | Gupta et al. | 704/9 |
| 2005/0234727 A1 | 10/2005 | Chiu | 704/270.1 |
| 2005/0246174 A1 | 11/2005 | DeGolia | 704/270 |
| 2005/0283752 A1 | 12/2005 | Fruchter et al. | 717/100 |
| 2006/0041431 A1 | 2/2006 | Maes | 704/270.1 |
| 2006/0047509 A1 | 3/2006 | Ding et al. | 704/231 |
| 2006/0206310 A1 | 9/2006 | Ravikumar et al. | 704/9 |
| 2006/0217133 A1 | 9/2006 | Christenson et al. | 455/461 |
| 2006/0285662 A1 | 12/2006 | Yin et al. | 379/88.16 |
| 2007/0033005 A1 | 2/2007 | Cristo et al. | 704/9 |
| 2007/0033020 A1 | 2/2007 | (Kelleher) Francois et al. | 704/226 |
| 2007/0038436 A1 | 2/2007 | Cristo et al. | 704/9 |
| 2007/0043574 A1 | 2/2007 | Coffman et al. | 704/275 |
| 2007/0043868 A1 | 2/2007 | Kumar et al. | 709/226 |
| 2007/0050191 A1 | 3/2007 | Weider et al. | 704/275 |
| 2007/0055525 A1 | 3/2007 | Kennewick et al. | 704/257 |
| 2007/0073544 A1 | 3/2007 | Millett et al. | 704/277 |
| 2007/0078708 A1 * | 4/2007 | Yu et al. | 705/14 |
| 2007/0078709 A1 * | 4/2007 | Rajaram | 705/14 |
| 2007/0118357 A1 | 5/2007 | Kasravi et al. | 704/10 |
| 2007/0135101 A1 | 6/2007 | Ramati et al. | 455/414.1 |
| 2007/0146833 A1 | 6/2007 | Satomi et al. | 358/537 |
| 2007/0162296 A1 * | 7/2007 | Altberg et al. | 705/1 |
| 2007/0179778 A1 | 8/2007 | Gong et al. | 704/9 |
| 2007/0186165 A1 | 8/2007 | Maislos et al. | 715/728 |
| 2007/0198267 A1 | 8/2007 | Jones et al. | 704/257 |
| 2007/0214182 A1 | 9/2007 | Rosenberg | 707/104.1 |
| 2007/0250901 A1 | 10/2007 | McIntire et al. | 725/146 |

**US 8,527,274 B2**

Page 5

| | | | |
|---|---|---|---|
| 2007/0265850 | A1 | 11/2007 | Kennewick et al. .......... 704/257 |
| 2007/0299824 | A1 | 12/2007 | Pan et al. .......................... 707/3 |
| 2008/0034032 | A1 | 2/2008 | Healey et al. ................. 709/203 |
| 2008/0065386 | A1 | 3/2008 | Cross et al. .................. 704/270 |
| 2008/0091406 | A1 | 4/2008 | Baldwin et al. ................... 704/4 |
| 2008/0103761 | A1 | 5/2008 | Printz et al. ...................... 704/9 |
| 2008/0109285 | A1 * | 5/2008 | Reuther et al. .................... 705/7 |
| 2008/0115163 | A1 | 5/2008 | Gilboa et al. .................. 725/34 |
| 2008/0133215 | A1 | 6/2008 | Sarukkai ........................... 704/2 |
| 2008/0140385 | A1 | 6/2008 | Mahajan et al. ................. 704/9 |
| 2008/0147410 | A1 | 6/2008 | Odinak ...................... 704/270.1 |
| 2008/0177530 | A1 | 7/2008 | Cross et al. ................. 704/270.1 |
| 2008/0189110 | A1 | 8/2008 | Freeman et al. ............. 704/251 |
| 2008/0235023 | A1 | 9/2008 | Kennewick et al. .......... 704/257 |
| 2008/0235027 | A1 | 9/2008 | Cross ........................ 704/270.1 |
| 2008/0319751 | A1 | 12/2008 | Kennewick et al. .......... 704/257 |
| 2009/0052635 | A1 | 2/2009 | Jones et al. ................ 379/88.02 |
| 2009/0067599 | A1 * | 3/2009 | Agarwal et al. ......... 379/114.21 |
| 2009/0106029 | A1 | 4/2009 | DeLine et al. ................ 704/275 |
| 2009/0117885 | A1 | 5/2009 | Roth ........................... 455/414.3 |
| 2009/0144271 | A1 | 6/2009 | Richardson et al. .............. 707/5 |
| 2009/0150156 | A1 | 6/2009 | Kennewick et al. .......... 704/257 |
| 2009/0171664 | A1 | 7/2009 | Kennewick et al. .......... 704/257 |
| 2009/0216540 | A1 | 8/2009 | Tessel et al. .................. 704/275 |
| 2009/0271194 | A1 | 10/2009 | Davis et al. .................... 704/235 |
| 2009/0273563 | A1 | 11/2009 | Pryor ............................ 345/157 |
| 2009/0276700 | A1 | 11/2009 | Anderson et al. ............. 715/700 |
| 2009/0299745 | A1 | 12/2009 | Kennewick et al. .......... 704/257 |
| 2009/0313026 | A1 | 12/2009 | Coffman et al. .............. 704/275 |
| 2010/0023320 | A1 | 1/2010 | Di Cristo et al. ................. 704/1 |
| 2010/0029261 | A1 | 2/2010 | Mikkelsen et al. ........... 455/419 |
| 2010/0036967 | A1 | 2/2010 | Caine et al. ................... 709/236 |
| 2010/0049501 | A1 | 2/2010 | Kennewick et al. .............. 704/9 |
| 2010/0049514 | A1 | 2/2010 | Kennewick et al. .......... 704/233 |
| 2010/0057443 | A1 | 3/2010 | Di Cristo et al. ................. 704/9 |
| 2010/0063880 | A1 | 3/2010 | Atsmon et al. ............ 705/14.53 |
| 2010/0145700 | A1 | 6/2010 | Kennewick et al. .......... 704/257 |
| 2010/0185512 | A1 * | 7/2010 | Borger et al. .............. 705/14.49 |
| 2010/0204986 | A1 | 8/2010 | Kennewick et al. .......... 704/226 |
| 2010/0204994 | A1 | 8/2010 | Kennewick et al. .......... 704/257 |
| 2010/0217604 | A1 | 8/2010 | Baldwin et al. ............... 704/275 |
| 2010/0286985 | A1 | 11/2010 | Kennewick et al. .......... 704/257 |
| 2010/0299142 | A1 | 11/2010 | Freeman et al. .................. 704/9 |
| 2010/0312566 | A1 | 12/2010 | Odinak et al. ................ 704/275 |
| 2011/0112827 | A1 | 5/2011 | Kennewick et al. .............. 704/9 |
| 2011/0112921 | A1 | 5/2011 | Kennewick et al. ......... 705/26.1 |
| 2011/0131036 | A1 | 6/2011 | Di Cristo et al. ................. 704/9 |
| 2011/0131045 | A1 | 6/2011 | Cristo et al. ..................... 704/9 |
| 2011/0231182 | A1 | 9/2011 | Weider et al. ..................... 704/9 |
| 2011/0231188 | A1 | 9/2011 | Kennewick et al. .......... 704/236 |
| 2012/0022857 | A1 | 1/2012 | Baldwin et al. ................... 704/9 |
| 2012/0101809 | A1 | 4/2012 | Kennewick et al. .............. 704/9 |
| 2012/0101810 | A1 | 4/2012 | Kennewick et al. .............. 704/9 |
| 2012/0109753 | A1 | 5/2012 | Kennewick et al. ....... 705/14.58 |
| 2012/0278073 | A1 | 11/2012 | Weider et al. ................. 704/235 |
| 2013/0054228 | A1 | 2/2013 | Baldwin et al. ................... 704/9 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 99/46763 | 9/1999 |
| WO | WO 00/21232 | 4/2000 |
| WO | WO 00/46792 | 8/2000 |
| WO | WO 01/78065 | 10/2001 |
| WO | WO 2004/072954 | 8/2004 |
| WO | WO 2007/019318 | 2/2007 |
| WO | WO 2007/021587 | 2/2007 |
| WO | WO 2007/027546 | 3/2007 |
| WO | WO 2007/027989 | 3/2007 |
| WO | WO 2008/098039 | 8/2008 |
| WO | WO 2008/118195 | 10/2008 |
| WO | WO 2009/075912 | 6/2009 |
| WO | WO 2009/145796 | 12/2009 |
| WO | WO 2010/096752 | 8/2010 |

OTHER PUBLICATIONS

Lin, Bor-shen, et al., "A Distributed Architecture for Cooperative Spoken Dialogue Agents with Coherent Dialogue State and History", ASRU'99, 1999, 4 pages.

Kuhn, Thomas, et al,, "Hybrid In-Car Speech Recognition for Mobile Multimedia Applications", Vehicular Technology Conference, IEEE, Jul. 1999, pp. 2009-2013.

Belvin, Robert, et al., "Development of the HRL Route Navigation Dialogue System", Proceedings of the First International Conference on Human Language Technology Research, San Diego, 2001, pp. 1-5.

Lind, R., et al., "The Network Vehicle—A Glimpse into the Future of Mobile Multi-Media", *IEEE Aerosp. Electron. Systems Magazine*, vol. 14, No, 9, Sep. 1999, pp. 27-32.

Zhao, Yilin, "Telematics: Safe and Fun Driving", *IEEE Intelligent Systems*, vol. 17, Issue 1, 2002, pp. 10-14.

Chai et al., "MIND: A Semantics-Based Multimodal Interpretation Framework for Conversational System", *Proceedings of the International CLASS Workshop on Natural, Intelligent and Effective Interaction in Multimodal Dialogue Systems*, Jun. 2002, pp. 37-46.

Cheyer et al., "Multimodal Maps: An Agent-Based Approach", *International Conference on Cooperative Multimodal Communication* (CMC/95), May 24-26, 1995, pp. 111-121.

Elio et al., "On Abstract Task Models and Conversation Policies" in Workshop on Specifying and Implementing Conversation Policies, *Autonomous Agents '99*, Seattle, 1999, 10 pages.

Turunen, "Adaptive Interaction Methods in Speech User Interfaces", Conference on Human Factors in Computing Systems, Seattle, Washington, 2001, pp. 91-92.

Mao, Mark Z., "Automatic Training Set Segmentation for Multi-Pass Speech Recognition", Department of Electrical Engineering, Stanford University, CA, copyright 2005, IEEE, pp. I-685 to I-688.

Vanhoucke, Vincent, "Confidence Scoring and Rejection Using Multi-Pass Speech Recognition", Nuance Communications, Menlo Park, CA, 2005, 4 pages.

Weng, Fuliang, et al., "Efficient Lattice Representation and Generation", Speech Technology and Research Laboratory, SRI International, Menlo Park, CA, 1998, 4 pages.

El Meliani et al., "A Syllabic-Filler-Based Continuous Speech Recognizer for Unlimited Vocabulary", Canadian Conference on Electrical and Computer Engineering, vol. 2, Sep. 5-8, 1995, pp. 1007-1010.

Arrington, Michael, "Google Redefines GPS Navigation Landscape: Google Maps Navigation for Android 2.0", TechCrunch, printed from the Internet <http://www.techcrunch.com/2009/10/28/google-redefines-car-gps-naviqation-google-maps-navigation-android/>, Oct. 28, 2009, 4 pages.

Bazzi, Issam et al., "Heterogeneous Lexical Units for Automatic Speech Recognition: Preliminary Investigations", *Processing of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, vol. 3, Jun. 5-9, 2000, XP010507574, pp. 1257-1260.

O'Shaughnessy, Douglas, "Interacting with Computers by Voice: Automatic Speech Recognition and Synthesis", *Proceedings of the IEEE*, vol. 91, No. 9, Sep. 1, 2003, XP011100665, pp. 1272-1305.

Statement in Accordance with the Notice from the European Patent Office dated Oct. 1, 2007 Concerning Business Methods OJ EPO Nov. 2007, 592-593), XP002456252.

* cited by examiner



Figure 1

U.S. Patent          Sep. 3, 2013          Sheet 2 of 3          US 8,527,274 B2



Figure 2



Figure 3

US 8,527,274 B2

**1**

## SYSTEM AND METHOD FOR DELIVERING TARGETED ADVERTISEMENTS AND TRACKING ADVERTISEMENT INTERACTIONS IN VOICE RECOGNITION CONTEXTS

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 12/847,564, entitled "System and Method for Selecting and Presenting Advertisements Based on Natural Language Processing of Voice-Based Input," filed Jul. 30, 2010 (and issued as U.S. Pat. No. 8,145,489 on Mar. 27, 2012), which is a continuation of U.S. patent application Ser. No. 11/671,526, entitled "System and Method for Selecting and Presenting Advertisements Based on Natural Language Processing of Voice-Based Input," filed Feb. 6, 2007 which land issued as U.S. Pat. No. 7,818,176 on Oct. 19, 2010b the contents of which are hereby incorporated by reference in their entirety.

### FIELD OF THE INVENTION

The present invention relates to selecting and presenting advertisements based on natural language processing of voice-based input.

### BACKGROUND OF THE INVENTION

As technology advances, consumer electronics devices tend to play larger roles due to increased functionality and mobility. For example, mobile phones, navigation devices, embedded devices, and other such devices provide a wealth of functionality beyond core applications. However, increased functionality adds difficulty to the learning curve associated with using electronic devices, and increased mobility intensifies the demand for simple mechanisms to interact with devices on the go. For example, existing systems tend to have complex human to machine interfaces, which may inhibit mass-market adoption for various technologies. For example, when a user wishes to perform a relatively simple task on a mobile phone, such as purchasing a ring tone, the user often is forced to navigate through a series of menus and press a series of buttons. In some instances, this may result in the transaction not necessarily occurring, as the user may prefer to avoid the hassles altogether. As such, there is ever-growing demand for ways to exploit technology in intuitive ways.

Voice recognition software may enable a user to exploit applications and features of a device that may otherwise be unfamiliar, unknown, or difficult to use. However, many existing voice user interfaces (when they actually work) still require significant learning on the part of the user. For example, users often cannot directly issue a request for a system to retrieve information or perform an action without having to memorize specific syntaxes, words, phrases, concepts, semantic indicators, or other keywords/qualifiers. Similarly, when users are uncertain of particular needs, many existing systems do not engage the user in a productive, cooperative dialogue to resolve requests and advance a conversation. Instead, many existing speech interfaces force users to use a fixed set commands or keywords to communicate requests in ways that systems can understand. Using existing voice user interfaces, there is virtually no option for dialogue between the user and the system to satisfy mutual goals.

**2**

The lack of adequate voice user interfaces results in missed opportunities for providing valuable and relevant information to users. Not only does this potentially leave user requests unresolved, in certain instances, providers of goods and services may lose out on potential business. In an increasingly global marketplace, where marketers are continually looking for new and effective ways to reach consumers, the problems with existing voice user interfaces leaves a large segment of consumer demand unfulfilled. Furthermore, existing techniques for marketing, advertising, or otherwise calling consumers to action fail to effectively utilize voice-based information, which is one of the most natural, intuitive methods of human interaction.

Existing systems suffer from these and other problems.

### SUMMARY OF THE INVENTION

According to various aspects of the invention, a system and method for selecting and presenting advertisements based on natural language processing of voice-based inputs is provided. A natural language voice-based input may be received by a voice user interface. The voice-based input may include a user utterance, and a request may be identified from the utterance. Appropriate action may be taken to service the request, while one or more advertisements may be selected and presented to the user. Advertisements may be selected based on various criteria, including content of the input (e.g., concepts, semantic indicators, etc.), an activity related to the input (e.g., a relation to a request, a requested application, etc.), user profiles (e.g., demographics, preferences, location, etc.), or in other ways. A user may subsequently interact with the advertisement (e.g., via a voice-based input), and action may be taken in response to the interaction. Furthermore, the interaction may be tracked to build statistical profiles of user behavior based on affinities or clusters among advertisements, user profiles, contexts, topics, semantic indicators, concepts, or other criteria.

According to various aspects of the invention, advertisers may create advertisements, which may be stored in an advertisement repository. For example, advertisements may include sponsored messages, calls to action, purchase opportunities, trial downloads, or any other marketing communication, as would be apparent to those skilled in the art. Advertisers may specify various parameters to associate with the advertisements, such as various contexts or topic concepts (e.g., semantic indicators for a "music" concept may include words such as "music," "tunes," "songs," etc.), target demographics (e.g., a preferred audience), marketing criteria or prices for insertion (e.g., dynamic or static pricing based on various marketing criteria), or other information, as would be apparent. The advertisement repository may be associated with a server, where in response to a voice-based input from a user (e.g., at a voice-enabled device), a communications link may be established with the server. Information may be extracted from the voice-based input (e.g., words in the input, applications requested by the input, etc.), and the extracted information may be correlated with user profiles, advertisement parameters, or other information to determine which advertisements to select in relation to the voice-based input. The server may subsequently communicate the selected advertisements to the user, and the server may track the user's subsequent interaction with the selected advertisements.

Other objects and advantages of the invention will be apparent based on the following drawings and detailed description.

US 8,527,274 B2

3

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a block diagram of an exemplary system for implementing a voice user interface according to various aspects of the invention.

FIG. **2** illustrates a block diagram of an exemplary advertising system according to various aspects of the invention.

FIG. **3** illustrates a flow diagram of an exemplary method for selecting and presenting advertisements based on voice-based inputs according to various aspects of the invention.

DETAILED DESCRIPTION

Referring to FIG. **1**, an exemplary system **100** for implementing a voice user interface is illustrated according to various aspects of the invention. System **100** may enable users to perform various tasks on a voice-enabled device. For example, users may control navigation devices, media devices, personal computers, personal digital assistants, or any other device supporting voice-based inputs. System **100** may enable users to request voice-enabled devices to retrieve information or perform various tasks, among other things, using natural language voice-based inputs. For example, system **100** may interpret natural language voice-based inputs and generate responses using, among other things, techniques described in U.S. patent application Ser. No. 10/452,147, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Jun. 3, 2003, which issued as U.S. Pat. No. 7,398,209 on Jul. 8, 2008, and U.S. patent application Ser. No. 10/618,633, entitled "Mobile Systems and Methods for Responding to Natural Language Speech Utterance," filed Jun. 15, 2003, which issued as U.S. Pat. No. 7,693,720 on Apr. 6, 2010, both of which are hereby incorporated by reference in their entirety. For example, as described in U.S. patent application Ser. No. 10/452,147, the system **100** may include a speech recognition engine (e.g., an Automatic Speech Recognizer **110**) that may recognize words and phrases in an utterance using entries in one or more dictionary and phrase tables. In addition, as further described therein, fuzzy set possibilities or prior probabilities for the words in the dictionary and phrase tables may be dynamically updated to maximize the probability of correct recognition at each stage of the dialog (e.g., the probabilities or possibilities may be dynamically updated based on application domains, questions or commands, contexts, user profiles and preferences, user dialog histories, recognizer dictionary and phrase tables, word spellings, and/or other criteria).

According to various aspects of the invention, system **100** may receive a user input, including at least a voice-based user utterance, at an input device **105**. Input device **105** may include any suitable device, or combination of devices, for receiving a voice-based input (e.g., a microphone). In various implementations, input device **105** may include a multi-modal input, such as a touch-screen interface, keypad, or other input. The received utterance may be processed by the Automatic Speech Recognizer **110**. Automatic Speech Recognizer **110** may generate one or more preliminary interpretations of the utterance using various techniques. For example, Automatic Speech Recognizer **110** may interpret the utterance using techniques of phonetic dictation to recognize a stream of phonemes. Further, Automatic Speech Recognizer **110** may perform post-processing to enhance the preliminary interpretations. For example, Automatic Speech Recognizer **110** may vary interpretations of an utterance, or components of an utterance, from one context to another. Other techniques for enhancing an interpretation of a user utterance may be used, such as those described in U.S. patent

4

application Ser. No. 11/513,269, entitled "Dynamic Speech Sharpening," filed Aug. 31, 2006, which issued as U.S. Pat. No. 7,634,409 on Dec. 15, 2009, and which is hereby incorporated by reference in its entirety.

The one or more preliminary interpretations may be provided to a conversational language processor **120**. Conversational language processor **120** may include a voice search engine **125**, a context determination module **130**, and one or more agents **135**, among other things, to enable cooperative, conversational interaction between the user and system **100**. Conversational language processor **120** may be communicatively coupled to one or more data repositories **140** and one or more applications **150**. Conversational language processor **120** may generate a domain-specific conversational response, which may be returned to the user as an output **180**. Output **180** may include a multi-modal output (e.g., by simultaneously returning a voice-based response and displaying information on a display device).

System **100** may further include an interaction with one or more applications **150** to service one or more requests in the utterance. For example, the utterance may include one or more requests for performing an action, retrieving information, or various combinations thereof. Output **180** may include a conversational response to advance a conversation to service requests by invoking one or more applications **150**, as appropriate. For example, applications **150** may include a navigation application **155**, an advertising application **160**, a music application, an electronic commerce application **170**, and/or other applications **175**. Furthermore, Automatic Speech Recognizer **110**, conversational language processor **120**, data repositories **140**, and/or applications **150** may reside locally (e.g., on a user device), remotely (e.g., on a server), and/or hybrid local/remote processing models may be used (e.g., lightweight applications may be processed locally while computationally intensive applications may be processed remotely).

Conversational language processor **120** may build long-term and/or short-term shared knowledge in one or more knowledge sources. For example, shared knowledge sources may include information about previous utterances, requests, and other user interactions to inform generating an appropriate response to a current utterance. The shared knowledge may include public/non-private (i.e., environmental) knowledge, as well as personal/private (i.e., historical) knowledge. For example, conversational language processor **120** may use context determination module **130** to establish a context for a current utterance by having domain agents **135** competitively generate a context-based interpretation of the utterance (e.g., by scoring possible interpretations and selecting a highest scoring interpretation). As such, agents **135** may model various domains (e.g., navigation, music, a specific user, global users, advertising, e-commerce, etc.), and conversational language processor **120** may interpret and/or respond to a voice-based input accordingly. For example, context-based interpretations and responses to a voice-based input may be generated using techniques described in U.S. patent application Ser. No. 11/197,504, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Aug. 5, 2005, which issued as U.S. Pat. No. 7,640,160 on Dec. 29, 2009, and U.S. patent application Ser. No. 11/212, 693, entitled "Mobile Systems and Methods of Supporting Natural Language Human-Machine Interactions," filed Aug. 29, 2005, which issued as U.S. Pat. No. 7,949,529 on May 24, 2011, both of which are hereby incorporated by reference in their entirety.

Furthermore, conversational language processor **120** may support adaptive misrecognition to reinterpret a current utter-

US 8,527,274 B2

5

ance and/or one or more previous utterances. For example, information contained in a current utterance may indicate that interpretations for one or more previous utterances were incorrect, and therefore, the previous utterances may be reinterpreted to improve subsequent interpretations. Accordingly, conversational language processor **120** may use the techniques described herein, along with various other techniques, to interpret and respond to conversational, natural language utterances. Conversational language processor **120** may use various other techniques as will be apparent, such as those described in U.S. patent application Ser. No. 11/200,164, entitled "System and Method of Supporting Adaptive Misrecognition in Conversational Speech," filed Aug. 10, 2005, which issued as U.S. Pat. No. 7,620,549 on Nov. 17, 2009, and U.S. patent application Ser. No. 11/580,926, entitled "System and Method for a Cooperative Conversational Voice User Interface," filed Oct. 16, 2006, which issued as U.S. Pat. No. 8,073,681 on Dec. 6, 2011, both of which are hereby incorporated by reference in their entirety. For example, as described in U.S. patent application Ser. No. 11/200,164, an environmental model may be accessed to determine user location, user activity, track user actions, and/or other environmental information to invoke context, domain knowledge, preferences, and/or other cognitive qualities to enhance the interpretation of questions and/or commands. In addition, as further described therein, based on information received from a general cognitive model, the environmental model, and/or a personalized cognitive model, which provide statistical abstracts of user interaction patterns, the system **100** may enhance responses to commands and questions by including a prediction of user behavior.

Referring to FIG. **2**, an exemplary advertising system **200** is illustrated according to various aspects of the invention. System **200** may include a server **230** for receiving one or more advertisements from an advertiser **220**, wherein the advertisements may be stored in a data repository **260** associated with server **230**. For example, advertisements may include sponsored messages or marketing communications, calls to action, purchase opportunities, trial downloads, coupons, or any other suitable marketing, advertising, campaign, or other information, as would be apparent to those skilled in the art. A voice-enabled device **210** may receive a voice-based input and establish communications with advertising server **230**. Subsequently, advertising server **230** may select one or more advertisements from among the advertisements stored in data repository **260**, and the selected advertisements may be provided to the voice-enabled device for presentation to a user.

Advertiser **220** may access advertising server **230** via an advertiser interface **245**. Advertisers **220** may upload targeted advertisements to server **230** via advertiser interface **245**, and server **230** may store the advertisements in data repository **260**. The advertisements may include graphically-based advertisements that include banners, images, audio, video, or any suitable combination thereof. Furthermore, the advertisements may include interactive or embedded information, such as links, metadata, or computer-executable instructions, or any suitable combination thereof. Advertisers may specify criteria for a campaign or targeting information for an advertisement (e.g., a start date, an end date, budget information, geo-targeting information, conceptual or contextual information, or any other suitable criteria), which may be used to facilitate selecting an advertisement in relation to a particular voice-based input.

In addition to providing interface **245** for advertisers, server **230** may include a content/action identification module **235**, a user profile module **240**, an advertisement selection

6

module **250**, and a tracking module **255**. Users may submit voice-based requests to voice-enabled device **210**, and voice-enabled device **210** may communicate information about the voice-based input to server **230**. Server **230** may invoke advertisement selection module **250** to extract relevant information from the voice-based input, where advertisement selection module **250** may select one or more advertisements relevant to the voice-based input based on information extracted using content/action identification module **235** and/ or user profile module **240**.

For example, content/action identification module **235** may identify content of the voice-based input (e.g., words in the input), requested information (e.g., search results, a web page, music, video, graphics, or other information), requested actions (e.g., calculating a navigation route, placing a telephone call, playing a song, etc.), a category or topic related to the input (e.g., music, business, stocks, sports, navigation, movies, etc.), or other criteria to use in selecting an advertisement. Further, user profile module **240** may identify characteristics of a specific user (e.g., demographics, personal preferences, location-based information, etc.), global user profiles (e.g., demographic profiles, click-through rates, etc.), or other criteria to use in selecting an advertisement. Moreover, advertisement selection module **250** may account for where a request originates from. For example, advertisements may be selected based on a default user location (e.g., identified from a user profile), current geolocation information (e.g., identified from a navigation device), whether an affiliate or partner of server **230** initiated the request, or other criteria.

For instance, a user may request airline reservations via voice-enabled device **210**, and content/action identification module **235** may identify specific words used in the request, a category related to the request (e.g., travel, airlines, hotels, etc.), or other information. Furthermore, user profile module **240** may identify relevant characteristics of the user (e.g., user-specific demographics, location information, preferred airlines or hotels, etc.), as well as global user characteristics (e.g., most popular airlines). In various implementations, advertisements may be selected by assigning a score to each advertisement (e.g., based on click-through rates, relevance metrics, target audiences, etc.). As such, advertisement selection module **250** may correlate the information about the request to select advertisements stored in data repository **260**, and server **230** may communicate the selected advertisements to voice-enabled device **210**. Furthermore, selected advertisements may be presented according to a predetermined ordering or ranking (e.g., based on a ranking of relevance to an advertisement).

In various implementations, advertisement selection module **250** may retrieve a predetermined number of advertisements for any given request. Furthermore, the selected advertisements may depend upon a presentation format. For example, advertisements may be selected based on an amount of available space on a display of voice-enabled device **210** and/or a size/shape of the selected advertisements. In another example, voice-based advertisements may be selected and presented to the user audibly (e.g., a "hands-free" advertisement may be preferred when voice-enabled device **210** is a telematics device).

Furthermore, the user's subsequent interaction with an advertisement may be tracked using tracking module **255**. For example, tracking module **255** may determine whether a conversion or click-through occurs for each advertisement presented to users. Further, tracking module **255** may maintain accounting and/or billing information associated with advertisers **220**. For example, advertisers **220** may specify a maximum insertion cost, a cost-per-click-through, an average

US 8,527,274 B2

7

insertion cost, or other criteria specifying a budget constraint for an advertisement. As such, tracking module **255** may track which advertisements are selected and/or presented, which advertisements result in a conversion or click-through, whether a click-through or conversion results in a transaction or sale, associations between advertisements and users, requests, concepts, semantic indicators, and/or other criteria. For example, tracking user interaction with advertisements may be used to build user-specific and/or global statistical profiles that map or cluster advertisements to topics, semantic indicators, contexts, concepts, etc. based on user behavior, demographics, targeting constraints, content of advertisements, content of requests, actions associated with requests, or other statistically relevant information. Accordingly, the tracking information may be used to bill or invoice advertisers **220**, as well as to improve subsequent performance and relevance of advertisements selected using advertisement selection module **250**. Other techniques and features of selecting and presenting advertisements based on voice-based inputs may suitably be employed, as would be apparent.

Referring to FIG. **3**, an exemplary method for selecting and presenting advertisements based on a voice-based input is illustrated according to various aspects of the invention. The method may begin in an operation **305**, where a voice-based input, including at least a user utterance, may be received at a voice user interface. The voice user interface may include any suitable mechanism for receiving the utterance (e.g., a microphone), and may interface with any suitable voice-enabled device, as would be apparent, including personal navigation devices, personal digital assistants, media devices, telematics devices, personal computers, mobile phones, or others.

Subsequently, one or more requests included in the voice-based input may be identified in an operation **310**. For example, the requests may include requests to retrieve information, perform tasks, explore or gather information, or otherwise interact with a system or device. For example, a voice-based input to a navigation device may include a request to calculate a route or retrieve location-based information. In another example, a voice-based input to a mobile phone may include a request to place a telephone call, purchase a ringtone, or record a voice-memo. Furthermore, in various implementations, voice-based inputs may include multiple requests, multi-modal requests, cross-device requests, cross-application requests, or other types of requests. For example, an utterance received in operation **305** may be: "Get me a route to Chang's Restaurant, and call them so I can make a reservation." The utterance may thus include multiple requests, including cross-device requests (e.g., calculate a route using a navigation device, and make a telephone call using a mobile phone), as well as cross-application requests (e.g., search for an address and/or phone number using a voice search engine, and calculate a route using a navigation application).

The requests may be part of a conversational interaction between a user and a system or device, whereby an interpretation of requests in a current utterance may be based upon previous utterances in a current conversation, utterances in previous conversations, context-based information, local and/or global user profiles, or other information. For example, a previous request may be reinterpreted based on information included in subsequent requests; a current request may be interpreted based on information included in previous requests, etc. Furthermore, the conversational interaction may take various forms, including query-based conversations, didactic conversations, exploratory conversations, or other types of conversations. For example, the conversational language processor may identify a type of

8

conversation, and information may be extracted from the utterance accordingly to identify the one or more requests in operation **310**. Moreover, the conversational language processor may determine whether any of the requests are incomplete or ambiguous, and action may be taken accordingly (e.g., a system response may prompt a user to clarify an incomplete and/or ambiguous request). The conversational language processor may therefore use various techniques to identify a conversation type, interpret utterances, identify requests, or perform other tasks, such as those described in the aforementioned U.S. patent applications and U.S. patents, which are hereby incorporated by reference in their entirety.

Upon identifying the one or more requests, action may be taken based on the identified requests in an operation **315**, while one or more advertisements may be selected in an operation **320** (described in greater detail below). For example, one or more context-appropriate applications may be invoked to service the requests in operation **315** (e.g., a voice search engine, a navigation application, an electronic commerce application, or other application may be invoked depending upon the request). Furthermore, in operation **320**, information may be communicated to an advertising server to select one or more advertisements related to the request. Thus, as shown in FIG. **3**, taking action in operation **315** and selecting advertisements in operation **320** may be related operations (e.g., advertisements may be selected to help in interpreting incomplete and/or ambiguous requests).

Upon taking action in operation **315** (e.g., to service the request) and selecting one or more advertisements in operation **320** (e.g., in relation to the request), an output may be presented to the user in operation **325**. The output may indicate a result of the action associated with operation **315**. For example, the output may include requested information, an indication of whether a requested task was successfully completed, whether additional information is needed to service the request (e.g., including a prompt for the information), or other information relating to an action based on the request. Furthermore, the output may include advertisements, as selected in operation **320**. For example, the output may include text-based, graphic-based, video-based, audio-based, or other types of advertisements, as would be apparent to those skilled in the art. Further, the output may include other types of advertisements, including calls to action (e.g., a location-based coupon or purchase opportunity, trial downloads, or other actionable advertising or marketing).

Advertisements may be selected in relation to a request based on various criteria. For example, an advertisement may be selected based on words or other content of the request, relevant words or content related to the words or content of the request, etc. In another example, the advertisement may be selected based on requested tasks/information (e.g., a request for movie showtimes may result in an advertisement being selected for a particular theater). In yet another example, the advertisement may be selected based on a topic or category associated with the requested tasks/information (e.g., a request to purchase airline tickets may result in an advertisement being selected for a hotel in a destination associated with a reserved flight). In still other examples, the advertisement may be selected based on location information, (e.g., advertisements may be selected based on a proximity to a user geolocation identified using a navigation device), user-specific and/or global user profiles (e.g., advertisements may be selected based on user-specific and/or global preferences, advertiser campaign criteria, etc.).

Content of a voice-based input may be determined based on various criteria, including contextual or conceptual information (e.g., semantic indicators, qualifiers, or other infor-

US 8,527,274 B2

9

mation). For example, a given concept may include various semantically equivalent indicators having an identical meaning. Thus, for instance, a voice-based input may be "Play some tunes!" or "Play some music!" or other variants thereof, each of which may be interpreted as relating to a specific idea (or concept) of "Music." Thus, concept or content information in a request may be used to select an advertisement. For example, a user may request to calculate a route in Seattle, Wash. (e.g., "How do I get to the Space Needle?"). Based on a context of the requested task (e.g., "Navigation," "Seattle," etc.), a voice search engine may retrieve an address of the Space Needle and a navigation application may calculate the route. Furthermore, user profile information may indicate that the user is visiting Seattle from out-of-town (e.g., the profile may indicate that the user's home is Sacramento), and therefore, an advertisement for popular points-of-interest in Seattle may be selected. In another example, the user may request information about a sporting event (e.g., "Get me the kickoff time for the Eagles game on Sunday"). Based on a context of the requested information (e.g., "Search," "Sports," "Philadelphia," etc.), the requested information may be retrieved, while an advertisement for Eagles apparel or memorabilia may be selected.

In various instances, concepts, semantic indicators, qualifiers, or other information included in, or inferred from, a request may indicate an exploratory nature for the request. In other words, the exploratory request may identify a goal for a conversation, instead of a particular task to perform or information to retrieve. As such, in various implementations, an advertisement may be selected in operation 320 in an effort to advance the conversation towards the goal. For example, an exploratory request may include a request for a navigation route (e.g., "I feel like going to a museum, find me something interesting"). Based on a context of the requested task (e.g., "Navigation," "Points of Interest," etc.), the goal of the conversation may be identified, and the request may be serviced in operation 315 (e.g., a voice search engine may locate nearby points of interest based on user preferred topics). Further, the advertising application may select an appropriate advertisement in operation 320, where the advertisement may be selected in an attempt to advance the conversation towards the goal. For example, statistical profiles (e.g., user profiles, global profiles, topic-based profiles, etc.) may reflect an affinity between an advertisement for a particular museum and other users sharing similar demographics or other characteristics with the requesting user. Thus; in addition to retrieving information about museums in operation 315, an advertisement for a museum likely to be of interest to the user may be selected in operation 320.

In various instances, a request may include incomplete, ambiguous, unrecognized, or otherwise insufficient semantic indicators, context, qualifiers, or other information needed to identify the request. In other words, the request may include inadequate information to identify or infer a task to perform, information to retrieve, or a goal for a conversation. Thus, as much information as possible may be extracted and/or inferred from the request based on shared knowledge such as context, user or global profile information, previous utterances, previous conversations, etc. As such, servicing the request may include generating a response and/or communicating with an advertising application to advance a conversation toward a serviceable request. For example, servicing the request in operation 315 and selecting an advertisement in operation 320 may include generating a response and/or selecting an advertisement to frame a subsequent user input, thereby advancing the conversation.

10

For example, the request may include incomplete, ambiguous, or unrecognized information (e.g., "Do you know [mumbled words] Seattle?"). A context of the requested task may be identified (e.g., "Seattle"), yet the identified context may be insufficient to adequately take action to service the request. Additional information may be inferred based on previous utterances in the conversation, profile information, or other information. However, when the additional information fails to provide adequate information to infer a reasonable hypothesis, servicing the request in operation 315 may include generating a response to frame a subsequent user input and advance the conversation (e.g., information about various topics may be retrieved based on a user's preferred topics). Further, the advertising application may select an advertisement in operation 320 to advance the conversation (e.g., advertisements may be selected based on user and/or global profiles reflecting an affinity between certain advertisements associated with Seattle and user preferences, profiles, etc.). Thus, by selecting an advertisement, indicating dissatisfaction with an advertisement, or otherwise interacting with an advertisement, the interaction may be used to build context and shared knowledge for a subsequent course of the conversation. For example, a user may select an advertisement, and an interpretation of a subsequent voice-based input (e.g., "Call them,". "What's the price range?" etc.) may be interpreted with shared knowledge of the advertisement that the voice-based input relates to. Thus, advertisements may be used in a way that enables advertisers to market to consumers, while also improving the consumers' interaction with a device. Other advantages will be apparent to those skilled in the art.

It will be apparent that operation 320 may use various techniques to select advertisements based on voice-based inputs and/or requests included therein. For example, an advertiser may specify a target audience, marketing criteria, campaign strategies, budget constraints, concepts, semantic indicators, related topics, categories, and/or any other suitable information to associate with an advertisement. For instance, advertisers may pay a premium to prioritize an advertisement in relation to similar advertisements (e.g., advertisements associated with competitors). In another example, various statistical profiles may define affinities between advertisements, topics, users, etc. (e.g., based on click-through or conversion rates, or other tracking information, as described in more detail below). Thus, advertisements may be selected in operation 320 using various techniques, including content of the request, an activity/action associated with the request, user profiles, user preferences, statistical metrics, advertiser-specified criteria, to advance a conversation, to resolve ambiguous requests, or in various other ways, as will be apparent.

The output presented to the user in operation 325 may be provided to the user in various ways. For example, in various implementations, the output may include a voice-based or otherwise audible response. In another example, when an associated device includes a display mechanism, the output may be displayed on the display device. It will be apparent that many combinations or variants thereof may be used, such as augmenting a voice-based response with information on a display device. For example, a user may request information about restaurants, and an advertisement may be selected based on a user preference indicating a favorite type of restaurant (e.g., a Chinese restaurant may be selected based on a user profile indicating a preference for Chinese). Therefore, in one example, the output presented in operation 325 may display information about various restaurants matching the requested information, while a voice-based advertisement for

US 8,527,274 B2

11

the Chinese restaurant may be played to the user (e.g., via a speaker or other suitable mechanism for playing voice back to the user). Many other variations will be apparent (e.g., a graphical advertisement may be displayed on a display device, while a corresponding or different voice-based advertisement may be played audibly).

Subsequent interaction between the user and the presented advertisements may be monitored in a decisional operation **330**. For instance, when the user elects to interact with the advertisement, action may be taken based on the interaction in an operation **335**. The interaction may take various forms, including additional voice-based inputs or other suitable mechanisms for interacting with advertisements (e.g., clicking on an advertisement displayed on a personal digital assistant using an associated stylus). For example, a user may initially request information from a voice-enabled media device (e.g., a satellite radio player) about a song currently playing (e.g., "What is this song?"). In addition to outputting the requested information about the song (e.g., "This song is Double Barrel by Dave and Ansel Collins."), a selected advertisement may enable the user to purchase a ringtone for a mobile phone that corresponds to the song. In this example, the interaction may include a request to purchase the ringtone (e.g., "Yeah, I'll buy that"), and action taken in operation **335** may include completing a transaction for the ringtone and/or downloading the ringtone to the mobile phone. Furthermore, additional advertisements may be selected in an operation **340** based on the interaction, using similar techniques as described in connection with operation **320** (e.g., advertisements for additional ringtones, similar musicians, etc. may be selected). Processing may subsequently return to operation **325** to present output resulting from the interaction.

User advertisement interaction may be tracked in an operation **345**. For example, operation **345** may track historical data about users, conversations, topics, contexts, or other criteria to associate information with the selected advertisement. The tracking information may therefore be used to build statistical profiles defining affinities, click-through or conversion rates, or other information about various advertisements, topics, or other criteria on a user-specific and/or a global-user level. Thus, clusters or mappings may be created between advertisements, topics, concepts, demographics, or other criteria based on user behavior with the advertisements (e.g., whether a user interacts with the advertisement in operation **330**).

For instance, certain advertisements may experience high click-through rates in relation to a first context and/or topic, but low click-through rates in relation to a second context and/or topic, and therefore, when requests relate to the first context and/or topic, the advertisement may be more likely to be selected in subsequent operations **320/340**. In another example, global statistical profiles may indicate that an advertisement experiences more click-throughs by users of a particular demographic, and therefore, the advertisement may be more likely to be selected for users falling within the demographic. Many different techniques for tracking and building statistical profiles will be apparent.

Implementations of the invention may be made in hardware, firmware, software, or any combination thereof. The invention may also be implemented as instructions stored on a machine-readable medium, which may be read and executed by one or more processors. A machine-readable medium may include any mechanism for storing or transmitting information in a form readable by a machine (e.g., a computing device). For example, a machine-readable storage medium may include read only memory, random access memory, magnetic disk storage media, optical storage media,

12

flash memory devices, and others, and a machine-readable transmission media may include forms of propagated signals, such as carrier waves, infrared signals, digital signals, and others. Further, firmware, software, routines, or instructions may be described in the above disclosure in terms of specific exemplary aspects and implementations of the invention, and performing certain actions. However, it will be apparent that such descriptions are merely for convenience and that such actions in fact result from computing devices, processors, controllers, or other devices executing the firmware, software, routines, or instructions.

Aspects and implementations may be described as including a particular feature, structure, or characteristic, but every aspect or implementation may not necessarily include the particular feature, structure, or characteristic. Further, when a particular feature, structure, or characteristic is described in connection with an aspect or implementation, it will be apparent to effect such feature, structure, or characteristic in connection with other aspects or implementations whether or not explicitly described. Thus, various changes and modifications may be made, without departing from the scope and spirit of the invention. The specification and drawings are to be regarded as exemplary only, and the scope of the invention is to be determined solely by the appended claims.

What is claimed is:

1. A method to deliver targeted advertisements and track advertisement interactions in voice recognition contexts, comprising:

receiving a natural language utterance from a voice-enabled device;

processing the natural language utterance to identify one or more requests associated with the natural language utterance;

determining that the natural language utterance contains a request that is incomplete or ambiguous;

selecting one or more advertisements associated with the natural language utterance;

outputting the one or more selected advertisements to the voice-enabled device;

monitoring interaction between a user and the one or more selected advertisements; and

interpreting the request that is incomplete or ambiguous based on the interaction.

2. The method recited in claim **1**, wherein the request that is incomplete or ambiguous includes one or more words that are unrecognized or incorrectly recognized.

3. The method recited in claim **1**, further comprising:

generating a statistical profile based on the interaction between the user and the one or more selected advertisements.

4. The method recited in claim **3**, wherein the statistical profile maps the one or more selected advertisements to demographic criteria, preference criteria, location criteria, presentation formats, conversion or click-through rates, or transaction or sale rates.

5. The method recited in claim **1**, wherein the one or more selected advertisements include audible or hands-free messages if the voice-enabled device operates in a telematics environment.

6. The method recited in claim **1**, further comprising:

generating a bill or invoice to one or more entities associated with the one or more selected advertisements.

7. The method recited in claim **6**, wherein the bill or invoice includes a first cost if the interaction does not include a click-through, a second cost if the interaction includes the click-through, and a third cost if the interaction includes the click-through and a subsequent transaction or sale.

US 8,527,274 B2

**13**

8. The method recited in claim **1**, wherein processing the natural language utterance to identify one or more requests associated with the natural language utterance further comprises:

extracting one or more profile criteria from the natural language utterance.

9. The method recited in claim **8**, wherein the one or more profile criteria include one or more words, phrases, concepts, semantic indicators, categories, topics, contexts, or requests associated with the natural language utterance.

10. The method recited in claim **8**, wherein extracting the one or more profile criteria from the natural language utterance further comprises:

extracting the one or more profile criteria using a personalized cognitive model associated with a user that spoke the natural language utterance.

11. The method recited in claim **8**, wherein extracting the one or more profile criteria from the natural language utterance further comprises:

extracting the one or more profile criteria using a generalized cognitive model associated with multiple different users.

12. The method recited in claim **8**, wherein extracting the one or more profile criteria from the natural language utterance further comprises:

extracting the one or more profile criteria using an environmental model derived from conditions or surroundings associated with the voice-enabled device.

13. A system to deliver targeted advertisements and track advertisement interactions in voice recognition contexts, comprising:

one or more processors configured to:

receive a natural language utterance from a voice-enabled device;

process the natural language utterance to identify one or more requests associated with the natural language utterance;

determine that the natural language utterance contains a request that is incomplete or ambiguous;

select one or more advertisements associated with the natural language utterance;

output the one or more selected advertisements to the voice-enabled device;

monitor interaction between a user and the one or more selected advertisements; and

interpret the request that is incomplete or ambiguous based on the interaction.

14. The system recited in claim **13**, wherein the request that is incomplete or ambiguous includes one or more words that are unrecognized or incorrectly recognized.

**14**

15. The system recited in claim **13**, wherein the one or more processors are further configured to:

generate a statistical profile based on the interaction between the user and the one or more selected advertisements.

16. The system recited in claim **15**, wherein the statistical profile maps the one or more selected advertisements to demographic criteria, preference criteria, location criteria, presentation formats, conversion or click-through rates, or transaction or sale rates.

17. The system recited in claim **13**, wherein the one or more selected advertisements include audible or hands-free messages if the voice-enabled device operates in a telematics environment.

18. The system recited in claim **13**, wherein the one or more processors are further configured to generate a bill or invoice to one or more entities associated with the one or more selected advertisements.

19. The system recited in claim **18**, wherein the bill or invoice includes a first cost if the interaction does not include a click-through, a second cost if the interaction includes the click-through, and a third cost if the interaction includes the click-through and a subsequent transaction or sale.

20. The system recited in claim **13**, wherein the one or more processors are further configured to:

extract one or more profile criteria from the natural language utterance.

21. The system recited in claim **20**, wherein the one or more profile criteria include one or more words, phrases, concepts, semantic indicators, categories, topics, contexts, or requests associated with the natural language utterance.

22. The system recited in claim **20**, wherein the one or more processors are further configured to:

extract the one or more profile criteria using a personalized cognitive model associated with a user that spoke the natural language utterance.

23. The system recited in claim **20**, wherein the one or more processors are further configured to:

extract the one or more profile criteria using a generalized cognitive model associated with multiple different users.

24. The system recited in claim **20**, wherein the one or more processors are further configured to:

extract the one or more profile criteria using an environmental model derived from conditions or surroundings associated with the voice-enabled device.

* * * * *

# EXHIBIT H

US008886536B2

## (12) United States Patent
### Freeman et al.

(10) **Patent No.:** **US 8,886,536 B2**

(45) **Date of Patent:** **Nov. 11, 2014**

(54) **SYSTEM AND METHOD FOR DELIVERING TARGETED ADVERTISEMENTS AND TRACKING ADVERTISEMENT INTERACTIONS IN VOICE RECOGNITION CONTEXTS**

(71) Applicant: **VoiceBox Technologies Corporation,** Bellevue, WA (US)

(72) Inventors: **Tom Freeman**, Mercer Island, WA (US); **Mike Kennwick**, Bellevue, WA (US)

(73) Assignee: **VoiceBox Technologies Corporation,** Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/016,757**

(22) Filed: **Sep. 3, 2013**

(65) **Prior Publication Data**

US 2014/0012577 A1     Jan. 9, 2014

### Related U.S. Application Data

(63) Continuation of application No. 13/371,870, filed on Feb. 13, 2012, now Pat. No. 8,527,274, which is a continuation of application No. 12/847,564, filed on Jul. 30, 2010, now Pat. No. 8,145,489, which is a continuation of application No. 11/671,526, filed on Feb. 6, 2007, now Pat. No. 7,818,176.

(51) **Int. Cl.**

| | |
|---|---|
| *G10L 15/18* | (2013.01) |
| *G06F 17/27* | (2006.01) |
| *G10L 21/00* | (2013.01) |
| *G06Q 30/00* | (2012.01) |
| *G10L 15/26* | (2006.01) |
| *G06Q 30/02* | (2012.01) |

(52) **U.S. Cl.**

CPC .............. *G10L 15/18* (2013.01); *G10L 15/265* (2013.01); *G06Q 30/0251* (2013.01); *G06Q 30/0241* (2013.01); *G06Q 30/0242* (2013.01)

USPC ............ **704/257**; 704/9; 704/270.1; 705/14.4

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,430,669 A | 2/1984 | Cheung | ......................... | 358/122 |
| 4,821,027 A | 4/1989 | Mallory et al. | ............... | 340/521 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 320 043 A2 | 6/2003 |
| EP | 1 646 037 | 4/2006 |

(Continued)

#### OTHER PUBLICATIONS

Reuters, "IBM to Enable Honda Drivers to Talk to Cars", Charles Schwab & Co., Inc., Jul. 28, 2002, 1 page.

(Continued)

*Primary Examiner* — Brian Albertalli

(74) *Attorney, Agent, or Firm* — Pillsbury Winthrop Shaw Pittman LLP

(57) **ABSTRACT**

The system and method described herein may use various natural language models to deliver targeted advertisements and track advertisement interactions in voice recognition contexts. In particular, in response to an input device receiving an utterance, a conversational language processor may select and deliver one or more advertisements targeted to a user that spoke the utterance based on cognitive models associated with the user, various users having similar characteristics to the user, an environment in which the user spoke the utterance, or other criteria. Further, subsequent interaction with the targeted advertisements may be tracked to build and refine the cognitive models and thereby enhance the information used to deliver targeted advertisements in response to subsequent utterances.

**55 Claims, 3 Drawing Sheets**



US 8,886,536 B2

Page 2

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,829,423 A | 5/1989 | Tennant et al. | 364/200 |
| 4,910,784 A | 3/1990 | Doddington et al. | 381/43 |
| 5,027,406 A | 6/1991 | Roberts et al. | 381/43 |
| 5,155,743 A | 10/1992 | Jacobs | 375/28 |
| 5,164,904 A | 11/1992 | Sumner | 364/436 |
| 5,208,748 A | 5/1993 | Flores et al. | 364/419 |
| 5,274,560 A | 12/1993 | LaRue | 364/444 |
| 5,357,596 A | 10/1994 | Takebayashi et al. | 395/2.84 |
| 5,377,350 A | 12/1994 | Skinner | 395/600 |
| 5,386,556 A | 1/1995 | Hedin et al. | 395/600 |
| 5,424,947 A | 6/1995 | Nagao et al. | 364/419.08 |
| 5,471,318 A | 11/1995 | Ahuja et al. | 358/400 |
| 5,475,733 A | 12/1995 | Eisdorfer et al. | 379/52 |
| 5,488,652 A | 1/1996 | Bielby et al. | 379/88 |
| 5,499,289 A | 3/1996 | Bruno et al. | 379/220 |
| 5,500,920 A | 3/1996 | Kupiec | 395/2.79 |
| 5,517,560 A | 5/1996 | Greenspan | 379/114 |
| 5,533,108 A | 7/1996 | Harris et al. | 379/201 |
| 5,537,436 A | 7/1996 | Bottoms et al. | 375/222 |
| 5,539,744 A | 7/1996 | Chu et al. | 370/60 |
| 5,557,667 A | 9/1996 | Bruno et al. | 379/201 |
| 5,559,864 A | 9/1996 | Kennedy, Jr. | 379/59 |
| 5,563,937 A | 10/1996 | Bruno et al. | 379/201 |
| 5,577,165 A | 11/1996 | Takebayashi et al. | 395/2.84 |
| 5,590,039 A | 12/1996 | Ikeda et al. | 395/759 |
| 5,608,635 A | 3/1997 | Tamai | 364/449.3 |
| 5,617,407 A | 4/1997 | Bareis | 369/275.3 |
| 5,633,922 A | 5/1997 | August et al. | 379/220 |
| 5,652,570 A | 7/1997 | Lepkofker | 340/573 |
| 5,675,629 A | 10/1997 | Raffel et al. | 379/58 |
| 5,696,965 A | 12/1997 | Dedrick | 395/610 |
| 5,708,422 A | 1/1998 | Blonder et al. | 340/825.34 |
| 5,721,938 A | 2/1998 | Stuckey | 395/754 |
| 5,722,084 A | 2/1998 | Chakrin et al. | 455/551 |
| 5,740,256 A | 4/1998 | Castello Da Costa et al. | 361/94.7 |
| 5,742,763 A | 4/1998 | Jones | 395/200.3 |
| 5,748,841 A | 5/1998 | Morin et al. | 395/2.66 |
| 5,748,974 A | 5/1998 | Johnson | 395/759 |
| 5,752,052 A | 5/1998 | Richardson et al. | 395/759 |
| 5,754,784 A | 5/1998 | Garland et al. | 395/200.49 |
| 5,761,631 A | 6/1998 | Nasukawa | 704/9 |
| 5,774,841 A | 6/1998 | Salazar et al. | 704/225 |
| 5,774,859 A | 6/1998 | Houser et al. | 704/275 |
| 5,794,050 A | 8/1998 | Dahlgren et al. | 395/708 |
| 5,794,196 A | 8/1998 | Yegnanarayanan et al. | 704/255 |
| 5,797,112 A | 8/1998 | Komatsu et al. | 701/201 |
| 5,799,276 A | 8/1998 | Komissarchik et al. | 704/251 |
| 5,802,510 A | 9/1998 | Jones | 707/2 |
| 5,832,221 A | 11/1998 | Jones | 375/200.36 |
| 5,839,107 A | 11/1998 | Gupta et al. | 704/270 |
| 5,848,396 A | 12/1998 | Gerace | 705/10 |
| 5,855,000 A | 12/1998 | Waibel et al. | 704/235 |
| 5,867,817 A | 2/1999 | Catallo et al. | 704/255 |
| 5,878,385 A | 3/1999 | Bralich et al. | 704/9 |
| 5,878,386 A | 3/1999 | Coughlin | 704/10 |
| 5,892,813 A | 4/1999 | Morin et al. | 379/88.01 |
| 5,892,900 A | 4/1999 | Ginter et al. | 395/186 |
| 5,895,464 A | 4/1999 | Bhandari et al. | 707/3 |
| 5,895,466 A | 4/1999 | Goldberg et al. | 707/5 |
| 5,897,613 A | 4/1999 | Chan | 704/210 |
| 5,902,347 A | 5/1999 | Backman et al. | 701/200 |
| 5,911,120 A | 6/1999 | Jarett et al. | 455/417 |
| 5,918,222 A | 6/1999 | Fukui et al. | 707/1 |
| 5,926,784 A | 7/1999 | Richardson et al. | 704/9 |
| 5,933,822 A | 8/1999 | Braden-Harder et al. | 707/5 |
| 5,950,167 A | 9/1999 | Yaker | 704/275 |
| 5,953,393 A | 9/1999 | Culbreth et al. | 379/88.25 |
| 5,960,397 A | 9/1999 | Rahim | 704/244 |
| 5,960,399 A | 9/1999 | Barclay et al. | 704/270 |
| 5,960,447 A | 9/1999 | Holt et al. | 707/500 |
| 5,963,894 A | 10/1999 | Richardson et al. | 704/9 |
| 5,963,940 A | 10/1999 | Liddy et al. | 707/5 |
| 5,987,404 A | 11/1999 | Della Pietra et al. | 704/9 |
| 5,991,721 A | 11/1999 | Asano et al. | 704/257 |
| 5,995,119 A | 11/1999 | Cosatto et al. | 345/473 |
| 5,995,928 A | 11/1999 | Nguyen et al. | 704/251 |
| 6,009,382 A | 12/1999 | Martino et al. | 704/1 |
| 6,014,559 A | 1/2000 | Amin | 455/413 |
| 6,018,708 A | 1/2000 | Dahan et al. | 704/244 |
| 6,021,384 A | 2/2000 | Gorin et al. | 704/1 |
| 6,028,514 A | 2/2000 | Lemelson et al. | 340/539 |
| 6,035,267 A | 3/2000 | Watanabe et al. | 704/1 |
| 6,044,347 A | 3/2000 | Abella et al. | 704/272 |
| 6,049,602 A | 4/2000 | Foladare et al. | 379/265 |
| 6,049,607 A | 4/2000 | Marash et al. | 379/410 |
| 6,058,187 A | 5/2000 | Chen | 380/21 |
| 6,067,513 A | 5/2000 | Ishimitsu | 704/233 |
| 6,076,059 A | 6/2000 | Glickman et al. | 704/260 |
| 6,078,886 A | 6/2000 | Dragosh et al. | 704/270 |
| 6,081,774 A | 6/2000 | De Hita et al. | 704/9 |
| 6,085,186 A | 7/2000 | Christianson et al. | 707/3 |
| 6,101,241 A | 8/2000 | Boyce et al. | 379/88.01 |
| 6,108,631 A | 8/2000 | Ruhl | 704/270 |
| 6,119,087 A | 9/2000 | Kuhn et al. | 704/270 |
| 6,122,613 A | 9/2000 | Baker | 704/235 |
| 6,134,235 A | 10/2000 | Goldman et al. | 370/352 |
| 6,144,667 A | 11/2000 | Doshi et al. | 370/401 |
| 6,144,938 A | 11/2000 | Surace et al. | 704/257 |
| 6,154,526 A | 11/2000 | Dahlke et al. | 379/88.03 |
| 6,160,883 A | 12/2000 | Jackson et al. | 379/230 |
| 6,167,377 A | 12/2000 | Gillick et al. | 704/240 |
| 6,173,266 B1 | 1/2001 | Marx et al. | 704/270 |
| 6,173,279 B1 | 1/2001 | Levin et al. | 707/5 |
| 6,175,858 B1 | 1/2001 | Bulfer et al. | 709/206 |
| 6,185,535 B1 | 2/2001 | Hedin et al. | 704/270 |
| 6,188,982 B1 | 2/2001 | Chiang | 704/256 |
| 6,192,110 B1 | 2/2001 | Abella et al. | 379/88.01 |
| 6,192,338 B1 | 2/2001 | Haszto et al. | 704/257 |
| 6,195,634 B1 | 2/2001 | Dudemaine et al. | 704/231 |
| 6,195,651 B1 | 2/2001 | Handel et al. | 707/2 |
| 6,199,043 B1 | 3/2001 | Happ | 704/272 |
| 6,208,964 B1 | 3/2001 | Sabourin | 704/244 |
| 6,208,972 B1 | 3/2001 | Grant et al. | 704/275 |
| 6,219,346 B1 | 4/2001 | Maxemchuk | 370/338 |
| 6,219,643 B1 | 4/2001 | Cohen et al. | 704/257 |
| 6,226,612 B1 | 5/2001 | Srenger et al. | 704/256 |
| 6,233,556 B1 | 5/2001 | Teunen et al. | 704/250 |
| 6,233,559 B1 | 5/2001 | Balakrishnan | 704/275 |
| 6,233,561 B1 | 5/2001 | Junqua et al. | 704/277 |
| 6,236,968 B1 | 5/2001 | Kanevsky et al. | 704/275 |
| 6,246,981 B1 | 6/2001 | Papineni et al. | 704/235 |
| 6,246,990 B1 | 6/2001 | Happ | 704/275 |
| 6,266,636 B1 | 7/2001 | Kosaka et al. | 704/244 |
| 6,269,336 B1 | 7/2001 | Ladd et al. | 704/270 |
| 6,272,455 B1 | 8/2001 | Hoshen et al. | 704/1 |
| 6,275,231 B1 | 8/2001 | Obradovich | 345/349 |
| 6,278,377 B1 | 8/2001 | DeLine et al. | 340/815.4 |
| 6,278,968 B1 | 8/2001 | Franz et al. | 704/3 |
| 6,288,319 B1 | 9/2001 | Catona | 84/609 |
| 6,292,767 B1 | 9/2001 | Jackson et al. | 704/1 |
| 6,301,560 B1 | 10/2001 | Masters | 704/251 |
| 6,308,151 B1 | 10/2001 | Smith | 704/235 |
| 6,314,402 B1 | 11/2001 | Monaco et al. | 704/275 |
| 6,321,196 B1 | 11/2001 | Franceschi | 704/243 |
| 6,356,869 B1 | 3/2002 | Chapados et al. | 704/275 |
| 6,362,748 B1 | 3/2002 | Huang | 340/901 |
| 6,366,882 B1 | 4/2002 | Bijl et al. | 704/235 |
| 6,366,886 B1 | 4/2002 | Dragosh et al. | 704/270.1 |
| 6,374,214 B1 | 4/2002 | Friedland et al. | 704/235 |
| 6,377,913 B1 | 4/2002 | Coffman et al. | 704/8 |
| 6,381,535 B1 | 4/2002 | Durocher et al. | 701/202 |
| 6,385,596 B1 | 5/2002 | Wiser et al. | 705/51 |
| 6,385,646 B1 | 5/2002 | Brown et al. | 709/217 |
| 6,393,403 B1 | 5/2002 | Majaniemi | 704/275 |
| 6,393,428 B1 | 5/2002 | Miller et al. | 707/102 |
| 6,397,181 B1 | 5/2002 | Li et al. | 704/256 |
| 6,404,878 B1 | 6/2002 | Jackson et al. | 379/221.01 |
| 6,405,170 B1 | 6/2002 | Phillips et al. | 704/270 |
| 6,408,272 B1 | 6/2002 | White et al. | 704/270.1 |
| 6,411,810 B1 | 6/2002 | Maxemchuk | 455/453 |
| 6,411,893 B2 | 6/2002 | Ruhl | 701/207 |
| 6,415,257 B1 | 7/2002 | Junqua et al. | 704/275 |
| 6,418,210 B1 | 7/2002 | Sayko | 379/142.15 |

US 8,886,536 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,420,975 B1 | 7/2002 | DeLine et al. | 340/815.4 |
| 6,429,813 B2 | 8/2002 | Feigen | 342/357.13 |
| 6,430,285 B1 | 8/2002 | Bauer et al. | 379/265.01 |
| 6,430,531 B1 | 8/2002 | Polish | 704/257 |
| 6,434,523 B1 | 8/2002 | Monaco | 704/257 |
| 6,434,524 B1 | 8/2002 | Weber | 704/257 |
| 6,434,529 B1 | 8/2002 | Walker et al. | 704/275 |
| 6,442,522 B1 | 8/2002 | Carberry et al. | 704/257 |
| 6,446,114 B1 | 9/2002 | Bulfer et al. | 709/206 |
| 6,453,153 B1 | 9/2002 | Bowker et al. | 455/67.4 |
| 6,453,292 B2 | 9/2002 | Ramaswamy et al. | 704/235 |
| 6,456,711 B1 | 9/2002 | Cheung et al. | 379/265.09 |
| 6,456,974 B1 | 9/2002 | Baker et al. | 704/270.1 |
| 6,466,654 B1 | 10/2002 | Cooper et al. | 379/88.01 |
| 6,466,899 B1 | 10/2002 | Yano et al. | 704/1 |
| 6,470,315 B1 | 10/2002 | Netsch et al. | 704/256 |
| 6,487,494 B2 | 11/2002 | Odinak et al. | 701/202 |
| 6,487,495 B1 | 11/2002 | Gale et al. | 701/209 |
| 6,498,797 B1 | 12/2002 | Anerousis et al. | 370/522 |
| 6,499,013 B1 | 12/2002 | Weber | 704/257 |
| 6,501,833 B2 | 12/2002 | Phillips et al. | 379/88.07 |
| 6,501,834 B1 | 12/2002 | Milewski et al. | 379/93.24 |
| 6,505,155 B1 | 1/2003 | Vanbuskirk et al. | 704/246 |
| 6,510,417 B1 | 1/2003 | Woods et al. | 704/275 |
| 6,513,006 B2 | 1/2003 | Howard et al. | 704/257 |
| 6,522,746 B1 | 2/2003 | Marchok et al. | 379/406.03 |
| 6,523,061 B1 | 2/2003 | Halverson et al. | 709/202 |
| 6,532,444 B1 | 3/2003 | Weber | 704/257 |
| 6,539,348 B1 | 3/2003 | Bond et al. | 704/9 |
| 6,549,629 B2 | 4/2003 | Finn et al. | 381/92 |
| 6,553,372 B1 | 4/2003 | Brassell et al. | 707/5 |
| 6,556,970 B1 | 4/2003 | Sasaki et al. | 704/257 |
| 6,556,973 B1 | 4/2003 | Lewin | 704/277 |
| 6,560,576 B1 | 5/2003 | Cohen et al. | 704/270 |
| 6,560,590 B1 | 5/2003 | Shwe et al. | 706/55 |
| 6,567,778 B1 | 5/2003 | Chao Chang et al. | 704/257 |
| 6,567,797 B1 | 5/2003 | Schuetze et al. | 707/2 |
| 6,570,555 B1 | 5/2003 | Prevost et al. | 345/156 |
| 6,570,964 B1 | 5/2003 | Murveit et al. | 379/67.1 |
| 6,571,279 B1 | 5/2003 | Herz et al. | 709/217 |
| 6,574,597 B1 | 6/2003 | Mohri et al. | 704/251 |
| 6,574,624 B1 | 6/2003 | Johnson et al. | 707/5 |
| 6,578,022 B1 | 6/2003 | Foulger et al. | 706/45 |
| 6,581,103 B1 | 6/2003 | Dengler | 709/231 |
| 6,584,439 B1 | 6/2003 | Geilhufe et al. | 704/270 |
| 6,587,858 B1 | 7/2003 | Strazza | 707/102 |
| 6,591,239 B1 | 7/2003 | McCall et al. | 704/275 |
| 6,594,257 B1 | 7/2003 | Doshi et al. | 370/352 |
| 6,594,367 B1 | 7/2003 | Marash et al. | 381/92 |
| 6,598,018 B1 | 7/2003 | Junqua | 704/251 |
| 6,601,026 B2 | 7/2003 | Appelt et al. | 704/9 |
| 6,604,075 B1 | 8/2003 | Brown et al. | 704/270.1 |
| 6,604,077 B2 | 8/2003 | Dragosh et al. | 704/270.1 |
| 6,606,598 B1 | 8/2003 | Holthouse et al. | 704/275 |
| 6,611,692 B2 | 8/2003 | Raffel et al. | 455/552 |
| 6,614,773 B1 | 9/2003 | Maxemchuk | 370/337 |
| 6,615,172 B1 | 9/2003 | Bennett et al. | 704/257 |
| 6,622,119 B1 | 9/2003 | Ramaswamy et al. | 704/9 |
| 6,629,066 B1 | 9/2003 | Jackson et al. | 704/9 |
| 6,631,346 B1 | 10/2003 | Karaorman et al. | 704/9 |
| 6,631,351 B1 | 10/2003 | Ramachandran et al. | 704/270 |
| 6,633,846 B1 | 10/2003 | Bennett et al. | 704/257 |
| 6,636,790 B1 | 10/2003 | Lightner et al. | 701/33 |
| 6,643,620 B1 | 11/2003 | Contolini et al. | 704/270 |
| 6,650,747 B1 | 11/2003 | Bala et al. | 379/265.06 |
| 6,658,388 B1 | 12/2003 | Kleindienst et al. | 704/275 |
| 6,678,680 B1 | 1/2004 | Woo | 707/6 |
| 6,681,206 B1 | 1/2004 | Gorin et al. | 704/243 |
| 6,691,151 B1 | 2/2004 | Cheyer et al. | 709/202 |
| 6,701,294 B1 | 3/2004 | Ball et al. | 704/257 |
| 6,704,396 B2 | 3/2004 | Parolkar et al. | 379/88.17 |
| 6,704,576 B1 | 3/2004 | Brachman et al. | 455/503 |
| 6,704,708 B1 | 3/2004 | Pickering | 704/235 |
| 6,707,421 B1 | 3/2004 | Drury et al. | 342/357.1 |
| 6,708,150 B1 | 3/2004 | Hirayama et al. | 704/243 |
| 6,721,001 B1 | 4/2004 | Berstis | 348/231.3 |
| 6,721,633 B2 | 4/2004 | Funk et al. | 701/1 |
| 6,721,706 B1 | 4/2004 | Strubbe et al. | 704/275 |
| 6,726,636 B2 | 4/2004 | Der Ghazarian et al. | 600/532 |
| 6,735,592 B1 | 5/2004 | Neumann et al. | 707/101 |
| 6,739,556 B1 | 5/2004 | Langston | 244/189 |
| 6,741,931 B1 | 5/2004 | Kohut et al. | 701/209 |
| 6,742,021 B1 | 5/2004 | Halverson et al. | 709/218 |
| 6,745,161 B1 | 6/2004 | Arnold et al. | 704/7 |
| 6,751,591 B1 | 6/2004 | Gorin et al. | 704/257 |
| 6,751,612 B1 | 6/2004 | Schuetze et al. | 707/4 |
| 6,754,485 B1 | 6/2004 | Obradovich et al. | 455/414.1 |
| 6,754,627 B2 | 6/2004 | Woodward | 704/235 |
| 6,757,544 B2 | 6/2004 | Rangarajan et al. | 455/456.1 |
| 6,757,718 B1 | 6/2004 | Halverson et al. | 709/218 |
| 6,795,808 B1 | 9/2004 | Strubbe et al. | 704/275 |
| 6,801,604 B2 | 10/2004 | Maes et al. | 379/88.17 |
| 6,801,893 B1 | 10/2004 | Backfried et al. | 704/257 |
| 6,813,341 B1 | 11/2004 | Mahoney | 379/88.01 |
| 6,829,603 B1 | 12/2004 | Chai et al. | 707/5 |
| 6,832,230 B1 | 12/2004 | Zilliacus et al. | 707/203 |
| 6,833,848 B1 | 12/2004 | Wolff et al. | 345/719 |
| 6,850,603 B1 | 2/2005 | Eberle et al. | 379/88.16 |
| 6,856,990 B2 | 2/2005 | Barile et al. | 707/10 |
| 6,865,481 B2 | 3/2005 | Kawazoe et al. | 701/211 |
| 6,868,380 B2 | 3/2005 | Kroeker | 704/240 |
| 6,868,385 B1 | 3/2005 | Gerson | 704/275 |
| 6,873,837 B1 | 3/2005 | Yoshioka et al. | 455/321 |
| 6,877,001 B2 | 4/2005 | Wolf et al. | 707/3 |
| 6,877,134 B1 | 4/2005 | Fuller et al. | 715/500.1 |
| 6,901,366 B1 | 5/2005 | Kuhn et al. | 704/275 |
| 6,910,003 B1 | 6/2005 | Arnold et al. | 704/4 |
| 6,912,498 B2 | 6/2005 | Stevens et al. | 704/235 |
| 6,915,126 B2 | 7/2005 | Mazzara, Jr. | 455/411 |
| 6,928,614 B1 | 8/2005 | Everhart | 715/728 |
| 6,934,756 B2 | 8/2005 | Maes | 709/227 |
| 6,937,977 B2 | 8/2005 | Gerson | 704/201 |
| 6,937,982 B2 | 8/2005 | Kitaoka et al. | 704/252 |
| 6,944,594 B2 | 9/2005 | Busayapongchai et al. | 704/275 |
| 6,950,821 B2 | 9/2005 | Faybishenko et al. | 707/10 |
| 6,954,755 B2 | 10/2005 | Reisman | 707/10 |
| 6,959,276 B2 | 10/2005 | Droppo et al. | 704/226 |
| 6,961,700 B2 | 11/2005 | Mitchell et al. | 704/235 |
| 6,963,759 B1 | 11/2005 | Gerson | 455/563 |
| 6,964,023 B2 | 11/2005 | Maes et al. | 715/811 |
| 6,968,311 B2 | 11/2005 | Knockeart et al. | 704/270 |
| 6,973,387 B2 | 12/2005 | Masclet et al. | 701/211 |
| 6,975,993 B1 | 12/2005 | Keiller | 704/275 |
| 6,980,092 B2 | 12/2005 | Turnbull et al. | 340/425.5 |
| 6,983,055 B2 | 1/2006 | Luo | 381/313 |
| 6,990,513 B2 | 1/2006 | Belfiore et al. | 709/203 |
| 6,996,531 B2 | 2/2006 | Korall et al. | 704/270 |
| 7,003,463 B1 | 2/2006 | Maes et al. | 704/270.1 |
| 7,016,849 B2 | 3/2006 | Arnold et al. | 704/275 |
| 7,020,609 B2 | 3/2006 | Thrift et al. | 704/270.1 |
| 7,024,364 B2 | 4/2006 | Guerra et al. | 704/270 |
| 7,027,586 B2 | 4/2006 | Bushey et al. | 379/265.09 |
| 7,027,975 B1 | 4/2006 | Pazandak et al. | 704/9 |
| 7,035,415 B2 | 4/2006 | Belt et al. | 381/92 |
| 7,036,128 B1 | 4/2006 | Julia et al. | 719/317 |
| 7,043,425 B2 | 5/2006 | Pao | 704/211 |
| 7,054,817 B2 | 5/2006 | Shao | 704/270 |
| 7,058,890 B2 | 6/2006 | George et al. | 715/728 |
| 7,062,488 B1 | 6/2006 | Reisman | 707/8 |
| 7,069,220 B2 | 6/2006 | Coffman et al. | 704/275 |
| 7,072,834 B2 | 7/2006 | Zhou | 704/244 |
| 7,076,362 B2 | 7/2006 | Ohtsuji et al. | 701/211 |
| 7,082,469 B2 | 7/2006 | Gold et al. | 709/231 |
| 7,085,708 B2 | 8/2006 | Manson | 704/9 |
| 7,092,928 B1 | 8/2006 | Elad et al. | 706/60 |
| 7,107,210 B2 | 9/2006 | Deng et al. | 704/226 |
| 7,107,218 B1 | 9/2006 | Preston | 704/270 |
| 7,110,951 B1 | 9/2006 | Lemelson et al. | 704/270 |
| 7,127,400 B2 | 10/2006 | Koch | 704/270.1 |
| 7,130,390 B2 | 10/2006 | Abburi | 379/88.17 |
| 7,136,875 B2 | 11/2006 | Anderson et al. | 707/104.1 |
| 7,137,126 B1 | 11/2006 | Coffman et al. | 719/328 |
| 7,143,037 B1 | 11/2006 | Chestnut | 704/251 |
| 7,143,039 B1 | 11/2006 | Stifelman et al. | 704/270 |

US 8,886,536 B2

Page 4

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,146,319 B2 | 12/2006 | Hunt | 704/254 |
| 7,149,696 B2 | 12/2006 | Shimizu et al. | 705/1 |
| 7,165,028 B2 | 1/2007 | Gong | 704/233 |
| 7,170,993 B2 * | 1/2007 | Anderson et al. | 379/265.09 |
| 7,171,291 B2 | 1/2007 | Obradovich | 701/29 |
| 7,174,300 B2 | 2/2007 | Bush | 704/275 |
| 7,177,798 B2 | 2/2007 | Hsu et al. | 704/9 |
| 7,184,957 B2 | 2/2007 | Brookes et al. | 704/246 |
| 7,190,770 B2 | 3/2007 | Ando et al. | 379/88.01 |
| 7,197,069 B2 | 3/2007 | Agazzi et al. | 375/233 |
| 7,197,460 B1 | 3/2007 | Gupta et al. | 704/270.1 |
| 7,203,644 B2 | 4/2007 | Anderson et al. | 704/246 |
| 7,206,418 B2 | 4/2007 | Yang et al. | 381/92 |
| 7,207,011 B2 | 4/2007 | Mulvey et al. | 715/812 |
| 7,215,941 B2 | 5/2007 | Beckmann et al. | 455/404.1 |
| 7,228,276 B2 | 6/2007 | Omote et al. | 704/243 |
| 7,231,343 B1 | 6/2007 | Treadgold et al. | 704/9 |
| 7,236,923 B1 | 6/2007 | Gupta | 704/9 |
| 7,254,482 B2 | 8/2007 | Kawasaki et al. | 701/211 |
| 7,272,212 B2 | 9/2007 | Eberle et al. | 379/88.17 |
| 7,277,854 B2 | 10/2007 | Bennett et al. | 704/257 |
| 7,283,829 B2 | 10/2007 | Christenson et al. | 455/461 |
| 7,283,951 B2 | 10/2007 | Marchisio et al. | 704/9 |
| 7,289,606 B2 | 10/2007 | Sibal et al. | 379/52 |
| 7,299,186 B2 | 11/2007 | Kuzunuki et al. | 704/270.1 |
| 7,301,093 B2 | 11/2007 | Sater et al. | 84/615 |
| 7,305,381 B1 | 12/2007 | Poppink et al. | 1/1 |
| 7,321,850 B2 | 1/2008 | Wakita | 704/10 |
| 7,328,155 B2 | 2/2008 | Endo et al. | 704/251 |
| 7,337,116 B2 | 2/2008 | Charlesworth et al. | 704/254 |
| 7,340,040 B1 | 3/2008 | Saylor et al. | 379/67.1 |
| 7,366,285 B2 | 4/2008 | Parolkar et al. | 379/88.17 |
| 7,366,669 B2 | 4/2008 | Nishitani et al. | 704/256 |
| 7,376,645 B2 | 5/2008 | Bernard | 707/3 |
| 7,386,443 B1 | 6/2008 | Parthasarathy et al. | 704/201 |
| 7,398,209 B2 | 7/2008 | Kennewick et al. | 704/255 |
| 7,406,421 B2 | 7/2008 | Odinak et al. | 704/275 |
| 7,415,414 B2 | 8/2008 | Azara et al. | 704/270 |
| 7,421,393 B1 | 9/2008 | Di Fabbrizio et al. | 704/275 |
| 7,424,431 B2 | 9/2008 | Greene et al. | 704/270 |
| 7,447,635 B1 | 11/2008 | Konopka et al. | 704/275 |
| 7,451,088 B1 | 11/2008 | Ehlen et al. | 704/270.1 |
| 7,454,608 B2 | 11/2008 | Gopalakrishnan et al. | 713/100 |
| 7,461,059 B2 | 12/2008 | Richardson et al. | 707/5 |
| 7,472,020 B2 | 12/2008 | Brulle-Drews | 701/211 |
| 7,472,060 B1 | 12/2008 | Gorin et al. | 704/240 |
| 7,472,075 B2 | 12/2008 | Odinak et al. | 705/26 |
| 7,477,909 B2 * | 1/2009 | Roth | 455/466 |
| 7,478,036 B2 | 1/2009 | Shen et al. | 704/9 |
| 7,487,088 B1 | 2/2009 | Gorin et al. | 704/240 |
| 7,487,110 B2 | 2/2009 | Bennett et al. | 705/26 |
| 7,493,259 B2 | 2/2009 | Jones et al. | 704/257 |
| 7,493,559 B1 | 2/2009 | Wolff et al. | 715/727 |
| 7,502,672 B1 | 3/2009 | Kolls | 701/29 |
| 7,502,738 B2 | 3/2009 | Kennewick et al. | 704/257 |
| 7,516,076 B2 | 4/2009 | Walker et al. | 704/275 |
| 7,529,675 B2 | 5/2009 | Maes | 704/270.1 |
| 7,536,297 B2 | 5/2009 | Byrd et al. | 704/10 |
| 7,536,374 B2 | 5/2009 | Au | 706/55 |
| 7,542,894 B2 | 6/2009 | Murata | 704/9 |
| 7,546,382 B2 | 6/2009 | Healey et al. | 709/246 |
| 7,548,491 B2 | 6/2009 | Macfarlane | 367/198 |
| 7,552,054 B1 * | 6/2009 | Stifelman et al. | 704/270 |
| 7,558,730 B2 | 7/2009 | Davis et al. | 704/235 |
| 7,574,362 B2 | 8/2009 | Walker et al. | 704/275 |
| 7,577,244 B2 | 8/2009 | Taschereau | 379/218.01 |
| 7,606,708 B2 | 10/2009 | Hwang | 704/257 |
| 7,620,549 B2 | 11/2009 | Di Cristo et al. | 704/257 |
| 7,634,409 B2 | 12/2009 | Kennewick et al. | 704/257 |
| 7,640,006 B2 | 12/2009 | Portman et al. | 455/412.1 |
| 7,640,160 B2 | 12/2009 | Di Cristo et al. | 704/257 |
| 7,640,272 B2 | 12/2009 | Mahajan et al. | 707/104.1 |
| 7,676,365 B2 | 3/2010 | Hwang et al. | 704/240 |
| 7,676,369 B2 | 3/2010 | Fujimoto et al. | 704/270 |
| 7,684,977 B2 | 3/2010 | Morikawa | 704/211 |
| 7,693,720 B2 | 4/2010 | Kennewick et al. | 704/275 |
| 7,729,916 B2 | 6/2010 | Coffman et al. | 704/270 |
| 7,729,918 B2 | 6/2010 | Walker et al. | 704/275 |
| 7,729,920 B2 | 6/2010 | Chaar et al. | 704/275 |
| 7,734,287 B2 | 6/2010 | Ying | 455/423 |
| 7,748,021 B2 | 6/2010 | Obradovich | 725/105 |
| 7,788,084 B2 | 8/2010 | Brun et al. | 704/7 |
| 7,801,731 B2 | 9/2010 | Odinak et al. | 704/275 |
| 7,809,570 B2 | 10/2010 | Kennewick et al. | 704/257 |
| 7,818,176 B2 | 10/2010 | Freeman et al. | 704/270 |
| 7,831,426 B2 | 11/2010 | Bennett | 704/252 |
| 7,831,433 B1 | 11/2010 | Belvin et al. | 704/275 |
| 7,856,358 B2 * | 12/2010 | Ho | 704/270 |
| 7,873,519 B2 | 1/2011 | Bennett | 704/257 |
| 7,873,523 B2 | 1/2011 | Potter et al. | 704/275 |
| 7,873,654 B2 | 1/2011 | Bernard | 707/769 |
| 7,881,936 B2 | 2/2011 | Longe et al. | 704/257 |
| 7,890,324 B2 | 2/2011 | Bangalore et al. | 704/231 |
| 7,894,849 B2 | 2/2011 | Kass et al. | 455/550.1 |
| 7,902,969 B2 | 3/2011 | Obradovich | 340/439 |
| 7,917,367 B2 | 3/2011 | Di Cristo et al. | 704/270.1 |
| 7,920,682 B2 | 4/2011 | Byrne et al. | 379/88.18 |
| 7,949,529 B2 | 5/2011 | Weider et al. | 704/270 |
| 7,949,537 B2 | 5/2011 | Walker et al. | 704/275 |
| 7,953,732 B2 | 5/2011 | Frank et al. | 707/724 |
| 7,974,875 B1 | 7/2011 | Quilici et al. | 705/14.4 |
| 7,983,917 B2 | 7/2011 | Kennewick et al. | 704/257 |
| 7,984,287 B2 | 7/2011 | Gopalakrishnan et al. | 713/100 |
| 8,005,683 B2 | 8/2011 | Tessel et al. | 704/275 |
| 8,015,006 B2 | 9/2011 | Kennewick et al. | 704/236 |
| 8,060,367 B2 | 11/2011 | Keaveney | 704/247 |
| 8,069,046 B2 | 11/2011 | Kennewick et al. | 704/257 |
| 8,073,681 B2 | 12/2011 | Baldwin et al. | 704/9 |
| 8,077,975 B2 | 12/2011 | Ma et al. | 382/187 |
| 8,082,153 B2 | 12/2011 | Coffman et al. | 704/270 |
| 8,086,463 B2 | 12/2011 | Ativanichayaphong et al. | 704/275 |
| 8,112,275 B2 | 2/2012 | Kennewick et al. | 704/240 |
| 8,140,327 B2 | 3/2012 | Kennewick et al. | 704/226 |
| 8,140,335 B2 | 3/2012 | Kennewick et al. | 704/257 |
| 8,145,489 B2 | 3/2012 | Freeman et al. | 704/257 |
| 8,150,694 B2 | 4/2012 | Kennewick et al. | 704/257 |
| 8,155,962 B2 | 4/2012 | Kennewick et al. | 704/257 |
| 8,170,867 B2 | 5/2012 | Germain | 704/9 |
| 8,195,468 B2 | 6/2012 | Weider et al. | 704/275 |
| 8,219,399 B2 | 7/2012 | Lutz et al. | 704/270 |
| 8,219,599 B2 | 7/2012 | Tunstall-Pedoe | 707/955 |
| 8,224,652 B2 | 7/2012 | Wang et al. | 704/275 |
| 8,255,224 B2 | 8/2012 | Singleton et al. | 704/275 |
| 8,326,627 B2 | 12/2012 | Kennewick et al. | 704/257 |
| 8,326,634 B2 | 12/2012 | Di Cristo et al. | 704/270.1 |
| 8,326,637 B2 | 12/2012 | Baldwin et al. | 704/275 |
| 8,332,224 B2 | 12/2012 | Di Cristo et al. | 704/257 |
| 8,370,147 B2 | 2/2013 | Kennewick et al. | 704/257 |
| 8,447,607 B2 | 5/2013 | Weider et al. | 704/250 |
| 8,452,598 B2 | 5/2013 | Kennewick et al. | 704/257 |
| 8,509,403 B2 * | 8/2013 | Chiu et al. | 379/114.13 |
| 8,515,765 B2 | 8/2013 | Baldwin et al. | 704/275 |
| 8,527,274 B2 | 9/2013 | Freeman et al. | 704/257 |
| 8,589,161 B2 | 11/2013 | Kennewick et al. | 704/252 |
| 8,620,659 B2 | 12/2013 | Di Cristo et al. | 704/257 |
| 8,719,009 B2 | 5/2014 | Baldwin et al. | 704/9 |
| 8,719,026 B2 | 5/2014 | Kennewick et al. | 704/257 |
| 8,738,380 B2 | 5/2014 | Baldwin et al. | 704/257 |
| 2001/0041980 A1 | 11/2001 | Howard et al. | 704/270 |
| 2001/0049601 A1 | 12/2001 | Kroeker et al. | 704/254 |
| 2001/0054087 A1 | 12/2001 | Flom et al. | 709/218 |
| 2002/0015500 A1 | 2/2002 | Belt et al. | 381/66 |
| 2002/0022927 A1 | 2/2002 | Lemelson et al. | 701/301 |
| 2002/0029261 A1 | 3/2002 | Shibata | 709/219 |
| 2002/0032752 A1 | 3/2002 | Gold et al. | 709/218 |
| 2002/0035501 A1 | 3/2002 | Handel et al. | 705/10 |
| 2002/0040297 A1 | 4/2002 | Tsiao et al. | 704/257 |
| 2002/0049535 A1 | 4/2002 | Rigo et al. | 701/211 |
| 2002/0049805 A1 | 4/2002 | Yamada et al. | 709/202 |
| 2002/0065568 A1 | 5/2002 | Silfvast et al. | 700/94 |
| 2002/0067839 A1 | 6/2002 | Heinrich | 381/110 |
| 2002/0069059 A1 | 6/2002 | Smith | 704/257 |
| 2002/0069071 A1 | 6/2002 | Knockeart et al. | 704/275 |

US 8,886,536 B2

Page 5

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0082911 A1 | 6/2002 | Dunn et al. | 705/14 |
| 2002/0087326 A1 | 7/2002 | Lee et al. | 704/270.1 |
| 2002/0087525 A1 | 7/2002 | Abbott et al. | 707/3 |
| 2002/0107694 A1 | 8/2002 | Lerg | 704/273 |
| 2002/0120609 A1 | 8/2002 | Lang et al. | 707/1 |
| 2002/0124050 A1 | 9/2002 | Middeljans | 709/203 |
| 2002/0133354 A1 | 9/2002 | Ross et al. | 704/275 |
| 2002/0133402 A1 | 9/2002 | Faber et al. | 705/14 |
| 2002/0135618 A1 | 9/2002 | Maes et al. | 345/767 |
| 2002/0138248 A1 | 9/2002 | Corston-Oliver et al. | 704/1 |
| 2002/0143532 A1 | 10/2002 | McLean et al. | 704/235 |
| 2002/0143535 A1 | 10/2002 | Kist et al. | 704/251 |
| 2002/0161646 A1 | 10/2002 | Gailey et al. | 705/14 |
| 2002/0173333 A1 | 11/2002 | Buchholz et al. | 455/527 |
| 2002/0173961 A1 | 11/2002 | Guerra | 704/258 |
| 2002/0184373 A1 | 12/2002 | Maes | 709/228 |
| 2002/0188602 A1 | 12/2002 | Stubler et al. | 707/3 |
| 2002/0198714 A1 | 12/2002 | Zhou | 704/252 |
| 2003/0014261 A1 | 1/2003 | Kageyama | 704/275 |
| 2003/0016835 A1 | 1/2003 | Elko et al. | 381/92 |
| 2003/0046346 A1 | 3/2003 | Mumick et al. | 709/205 |
| 2003/0064709 A1 | 4/2003 | Gailey et al. | 455/412 |
| 2003/0065427 A1 | 4/2003 | Funk et al. | 701/1 |
| 2003/0069734 A1 | 4/2003 | Everhart | 704/275 |
| 2003/0088421 A1 | 5/2003 | Maes et al. | 704/270.1 |
| 2003/0097249 A1 | 5/2003 | Walker et al. | 704/1 |
| 2003/0110037 A1 | 6/2003 | Walker et al. | 704/257 |
| 2003/0112267 A1 | 6/2003 | Belrose | 345/728 |
| 2003/0115062 A1 | 6/2003 | Walker et al. | 704/258 |
| 2003/0120493 A1 | 6/2003 | Gupta | 704/270.1 |
| 2003/0135488 A1 | 7/2003 | Amir et al. | 707/3 |
| 2003/0144846 A1 | 7/2003 | Denenberg et al. | 704/277 |
| 2003/0158731 A1 | 8/2003 | Falcon et al. | 704/231 |
| 2003/0161448 A1 | 8/2003 | Parolkar et al. | 379/88.17 |
| 2003/0182132 A1 | 9/2003 | Niemoeller | 704/275 |
| 2003/0204492 A1 | 10/2003 | Wolf et al. | 707/3 |
| 2003/0206640 A1 | 11/2003 | Malvar et al. | 381/93 |
| 2003/0212550 A1 | 11/2003 | Ubale | 704/215 |
| 2003/0212558 A1 | 11/2003 | Matula | 704/260 |
| 2003/0212562 A1 | 11/2003 | Patel et al. | 704/275 |
| 2003/0225825 A1 | 12/2003 | Healey et al. | 709/203 |
| 2003/0236664 A1 | 12/2003 | Sharma | 704/251 |
| 2004/0006475 A1 | 1/2004 | Ehlen et al. | 704/270.1 |
| 2004/0010358 A1 | 1/2004 | Oesterling et al. | 701/49 |
| 2004/0025115 A1 | 2/2004 | Sienel et al. | 715/513 |
| 2004/0044516 A1 | 3/2004 | Kennewick et al. | 704/5 |
| 2004/0098245 A1 | 5/2004 | Walker et al. | 704/1 |
| 2004/0117179 A1 | 6/2004 | Balasuriya | 704/231 |
| 2004/0117804 A1 | 6/2004 | Scahill et al. | 719/320 |
| 2004/0122674 A1 | 6/2004 | Bangalore et al. | 704/276 |
| 2004/0140989 A1 | 7/2004 | Papageorge | 345/700 |
| 2004/0158555 A1 | 8/2004 | Seedman et al. | 707/3 |
| 2004/0166832 A1 | 8/2004 | Portman et al. | 455/412.1 |
| 2004/0167771 A1 | 8/2004 | Duan et al. | 704/10 |
| 2004/0172258 A1 | 9/2004 | Dominach et al. | 704/277 |
| 2004/0193408 A1 | 9/2004 | Hunt | 704/209 |
| 2004/0193420 A1 | 9/2004 | Kennewick et al. | 704/257 |
| 2004/0199375 A1 | 10/2004 | Ehsani et al. | 704/4 |
| 2004/0205671 A1 | 10/2004 | Sukehiro et al. | 715/532 |
| 2004/0243417 A9 | 12/2004 | Pitts, III et al. | 704/276 |
| 2005/0015256 A1 | 1/2005 | Kargman | 704/272 |
| 2005/0021334 A1 | 1/2005 | Iwahashi | 704/240 |
| 2005/0021470 A1 | 1/2005 | Martin et al. | 705/51 |
| 2005/0021826 A1 | 1/2005 | Kumar | 709/232 |
| 2005/0033574 A1 | 2/2005 | Kim et al. | 704/251 |
| 2005/0033582 A1* | 2/2005 | Gadd et al. | 704/277 |
| 2005/0043940 A1 | 2/2005 | Elder | 704/9 |
| 2005/0114116 A1 | 5/2005 | Fiedler | 704/201 |
| 2005/0125232 A1 | 6/2005 | Gadd | 704/270.1 |
| 2005/0131673 A1 | 6/2005 | Koizumi et al. | 704/2 |
| 2005/0137850 A1 | 6/2005 | Odell | 704/4 |
| 2005/0137877 A1 | 6/2005 | Oesterling et al. | 704/275 |
| 2005/0143994 A1 | 6/2005 | Mori et al. | 704/235 |
| 2005/0216254 A1 | 9/2005 | Gupta et al. | 704/9 |
| 2005/0234727 A1 | 10/2005 | Chiu | 704/270.1 |
| 2005/0246174 A1* | 11/2005 | DeGolia | 704/270 |
| 2005/0283752 A1 | 12/2005 | Fruchter et al. | 717/100 |
| 2006/0041431 A1 | 2/2006 | Maes | 704/270.1 |
| 2006/0047509 A1 | 3/2006 | Ding et al. | 704/231 |
| 2006/0206310 A1 | 9/2006 | Ravikumar et al. | 704/9 |
| 2006/0217133 A1 | 9/2006 | Christenson et al. | 455/461 |
| 2006/0285662 A1 | 12/2006 | Yin et al. | 379/88.16 |
| 2007/0033005 A1 | 2/2007 | Cristo et al. | 704/9 |
| 2007/0033020 A1 | 2/2007 | (Kelleher) Francois et al. | 704/226 |
| 2007/0038436 A1 | 2/2007 | Cristo et al. | 704/9 |
| 2007/0043569 A1 | 2/2007 | Potter, III et al. | 704/270 |
| 2007/0043574 A1 | 2/2007 | Coffman et al. | 704/275 |
| 2007/0043868 A1 | 2/2007 | Kumar et al. | 709/226 |
| 2007/0050191 A1 | 3/2007 | Weider et al. | 704/275 |
| 2007/0055525 A1 | 3/2007 | Kennewick et al. | 704/257 |
| 2007/0061067 A1 | 3/2007 | Zeinstra et al. | 701/200 |
| 2007/0061735 A1 | 3/2007 | Hoffberg et al. | 715/744 |
| 2007/0073544 A1 | 3/2007 | Millett et al. | 704/277 |
| 2007/0078708 A1 | 4/2007 | Yu et al. | 705/14 |
| 2007/0078709 A1 | 4/2007 | Rajaram | 705/14 |
| 2007/0118357 A1 | 5/2007 | Kasravi et al. | 704/10 |
| 2007/0135101 A1 | 6/2007 | Ramati et al. | 455/414.1 |
| 2007/0146833 A1 | 6/2007 | Satomi et al. | 358/537 |
| 2007/0162296 A1 | 7/2007 | Altberg et al. | 705/1 |
| 2007/0179778 A1 | 8/2007 | Gong et al. | 704/9 |
| 2007/0186165 A1 | 8/2007 | Maislos et al. | 715/728 |
| 2007/0198267 A1 | 8/2007 | Jones et al. | 704/257 |
| 2007/0203736 A1* | 8/2007 | Ashton | 705/1 |
| 2007/0214182 A1 | 9/2007 | Rosenberg | 707/104.1 |
| 2007/0250901 A1 | 10/2007 | McIntire et al. | 725/146 |
| 2007/0265850 A1 | 11/2007 | Kennewick et al. | 704/257 |
| 2007/0299824 A1 | 12/2007 | Pan et al. | 707/3 |
| 2008/0034032 A1 | 2/2008 | Healey et al. | 709/203 |
| 2008/0065386 A1 | 3/2008 | Cross et al. | 704/270 |
| 2008/0091406 A1 | 4/2008 | Baldwin et al. | 704/4 |
| 2008/0103761 A1 | 5/2008 | Printz et al. | 704/9 |
| 2008/0109285 A1 | 5/2008 | Reuther et al. | 705/7 |
| 2008/0115163 A1 | 5/2008 | Gilboa et al. | 725/34 |
| 2008/0133215 A1 | 6/2008 | Sarukkai | 704/2 |
| 2008/0140385 A1 | 6/2008 | Mahajan et al. | 704/9 |
| 2008/0147410 A1 | 6/2008 | Odinak | 704/270.1 |
| 2008/0154604 A1 | 6/2008 | Sathish et al. | 704/257 |
| 2008/0177530 A1 | 7/2008 | Cross et al. | 704/4 |
| 2008/0189110 A1 | 8/2008 | Freeman et al. | 704/251 |
| 2008/0235023 A1 | 9/2008 | Kennewick et al. | 704/257 |
| 2008/0235027 A1 | 9/2008 | Cross | 704/270.1 |
| 2008/0319751 A1 | 12/2008 | Kennewick et al. | 704/257 |
| 2009/0052635 A1 | 2/2009 | Jones et al. | 379/88.02 |
| 2009/0067599 A1 | 3/2009 | Agarwal et al. | 379/114.21 |
| 2009/0076827 A1 | 3/2009 | Bulitta et al. | 704/275 |
| 2009/0106029 A1 | 4/2009 | DeLine et al. | 704/275 |
| 2009/0117885 A1 | 5/2009 | Roth | 455/414.3 |
| 2009/0144271 A1 | 6/2009 | Richardson et al. | 707/5 |
| 2009/0150156 A1 | 6/2009 | Kennewick et al. | 704/257 |
| 2009/0171664 A1 | 7/2009 | Kennewick et al. | 704/257 |
| 2009/0216540 A1 | 8/2009 | Tessel et al. | 704/275 |
| 2009/0271194 A1 | 10/2009 | Davis et al. | 704/235 |
| 2009/0273563 A1 | 11/2009 | Pryor | 345/157 |
| 2009/0276700 A1 | 11/2009 | Anderson et al. | 715/700 |
| 2009/0299745 A1 | 12/2009 | Kennewick et al. | 704/257 |
| 2009/0307031 A1 | 12/2009 | Winkler et al. | 705/7 |
| 2009/0313026 A1 | 12/2009 | Coffman et al. | 704/275 |
| 2010/0023320 A1 | 1/2010 | Di Cristo et al. | 704/9 |
| 2010/0029261 A1 | 2/2010 | Mikkelsen et al. | 455/419 |
| 2010/0036967 A1 | 2/2010 | Caine et al. | 709/236 |
| 2010/0049501 A1 | 2/2010 | Kennewick et al. | 704/9 |
| 2010/0049514 A1 | 2/2010 | Kennewick et al. | 704/233 |
| 2010/0057443 A1 | 3/2010 | Di Cristo et al. | 704/9 |
| 2010/0063880 A1 | 3/2010 | Atsmon et al. | 705/14.53 |
| 2010/0145700 A1 | 6/2010 | Kennewick et al. | 704/257 |
| 2010/0185512 A1 | 7/2010 | Borger et al. | 705/14.49 |
| 2010/0204986 A1 | 8/2010 | Kennewick et al. | 704/226 |
| 2010/0204994 A1 | 8/2010 | Kennewick et al. | 704/257 |
| 2010/0217604 A1 | 8/2010 | Baldwin et al. | 704/275 |
| 2010/0286985 A1 | 11/2010 | Kennewick et al. | 704/257 |
| 2010/0299142 A1 | 11/2010 | Freeman et al. | 704/9 |
| 2010/0312566 A1 | 12/2010 | Odinak et al. | 704/275 |
| 2011/0112827 A1 | 5/2011 | Kennewick et al. | 704/9 |

## US 8,886,536 B2

Page 6

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2011/0112921 | A1 | 5/2011 | Kennewick et al. ......... 705/26.1 |
| 2011/0131036 | A1 | 6/2011 | Di Cristo et al. ................. 704/9 |
| 2011/0131045 | A1 | 6/2011 | Cristo et al. ................. 704/249 |
| 2011/0231182 | A1 | 9/2011 | Weider et al. ..................... 704/9 |
| 2011/0231188 | A1 | 9/2011 | Kennewick et al. ......... 704/236 |
| 2012/0022857 | A1 | 1/2012 | Baldwin et al. ................... 704/9 |
| 2012/0101809 | A1 | 4/2012 | Kennewick et al. ............. 704/9 |
| 2012/0101810 | A1 | 4/2012 | Kennewick et al. ............. 704/9 |
| 2012/0109753 | A1 | 5/2012 | Kennewick et al. ....... 705/14.58 |
| 2012/0150636 | A1 | 6/2012 | Freeman et al. .......... 705/14.49 |
| 2012/0278073 | A1 | 11/2012 | Weider et al. ................. 704/235 |
| 2013/0054228 | A1 | 2/2013 | Baldwin et al. ................... 704/9 |
| 2013/0211710 | A1 | 8/2013 | Kennewick et al. ......... 701/419 |
| 2013/0253929 | A1 | 9/2013 | Weider et al. ................. 704/235 |
| 2013/0297293 | A1 | 11/2013 | Di Cristo et al. ................. 704/9 |
| 2013/0304473 | A1 | 11/2013 | Baldwin et al. ............... 704/257 |
| 2013/0339022 | A1 | 12/2013 | Baldwin et al. ............... 704/257 |
| 2014/0108013 | A1 | 4/2014 | Di Cristo et al. ............. 704/254 |
| 2014/0156278 | A1 | 6/2014 | Kennewick et al. .......... 704/254 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2006-146881 | 6/2006 |
| JP | 2008-027454 | 2/2008 |
| JP | 2008-139928 | 6/2008 |
| WO | WO 99/46763 | 9/1999 |
| WO | WO 00/21232 | 4/2000 |
| WO | WO 00/46792 | 8/2000 |
| WO | WO 01/78065 | 10/2001 |
| WO | WO 2004/072954 | 8/2004 |
| WO | WO 2007/019318 | 2/2007 |
| WO | WO 2007/021587 | 2/2007 |
| WO | WO 2007/027546 | 3/2007 |
| WO | WO 2007/027989 | 3/2007 |
| WO | WO 2008/098039 | 8/2008 |
| WO | WO 2008/118195 | 10/2008 |
| WO | WO 2009/075912 | 6/2009 |
| WO | WO 2009/145796 | 12/2009 |
| WO | WO 2010/096752 | 8/2010 |

### OTHER PUBLICATIONS

Lin, Bor-shen, et al., "A Distributed Architecture for Cooperative Spoken Dialogue Agents with Coherent Dialogue State and History", ASRU'99, 1999, 4 pages.

Kuhn, Thomas, et al., "Hybrid In-Car Speech Recognition for Mobile Multimedia Applications", Vehicular Technology Conference, IEEE, Jul. 1999, pp. 2009-2013.

Belvin, Robert, et al., "Development of the HRL Route Navigation Dialogue System", Proceedings of the First International Conference on Human Language Technology Research, San Diego, 2001, pp. 1-5.

Lind, R., et al., "The Network Vehicle—A Glimpse into the Future of Mobile Multi-Media", *IEEE Aerosp. Electron. Systems Magazine*, vol. 14, No. 9, Sep. 1999, pp. 27-32.

Zhao, Yilin, "Telematics: Safe and Fun Driving", *IEEE Intelligent Systems*, vol. 17, Issue 1, 2002, pp. 10-14.

Chai et al., "MIND: A Semantics-Based Multimodal Interpretation Framework for Conversational System", *Proceedings of the International Class Workshop on Natural, Intelligent and Effective Interaction in Multimodal Dialogue Systems*, Jun. 2002, pp. 37-46.

Cheyer et al., "Multimodal Maps: An Agent-Based Approach", *International Conference on Cooperative Multimodal Communication* (CMC/95), May 24-26, 1995, pp. 111-121.

Elio et al., "On Abstract Task Models and Conversation Policies" in Workshop on Specifying and Implementing Conversation Policies, *Autonomous Agents '99*, Seattle, 1999, 10 pages.

Turunen, "Adaptive Interaction Methods in Speech User Interfaces", Conference on Human Factors in Computing Systems, Seattle, Washington, 2001, pp. 91-92.

Mao, Mark Z., "Automatic Training Set Segmentation for Multi-Pass Speech Recognition", Department of Electrical Engineering, Stanford University, CA, copyright 2005, IEEE, pp. I-685 to I-688.

Vanhoucke, Vincent, "Confidence Scoring and Rejection Using Multi-Pass Speech Recognition", Nuance Communications, Menlo Park, CA, 2005, 4 pages.

Weng, Fuliang, et al., "Efficient Lattice Representation and Generation", Speech Technology and Research Laboratory, SRI International, Menlo Park, CA, 1998, 4 pages.

El Meliani et al., "A Syllabic-Filler-Based Continuous Speech Recognizer for Unlimited Vocabulary", Canadian Conference on Electrical and Computer Engineering, vol. 2, Sep. 5-8, 1995, pp. 1007-1010.

Arrington, Michael, "Google Redefines GPS Navigation Landscape: Google Maps Navigation for Android 2.0", TechCrunch, printed from the Internet <http://www.techcrunch.com/2009/10/28/google-redefines-car-gps-navigation-google-maps-   navigation-android/>, Oct. 28, 2009, 4 pages.

Bazzi, Issam et al., "Heterogeneous Lexical Units for Automatic Speech Recognition: Preliminary Investigations", *Processing of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, vol. 3, Jun. 5-9, 2000, XP010507574, pp. 1257-1260.

O'Shaughnessy, Douglas, "Interacting with Computers by Voice: Automatic Speech Recognition and Synthesis", *Proceedings of the IEEE*, vol. 91, No. 9, Sep. 1, 2003, XP011100665, pp. 1272-1305.

Statement in Accordance with the Notice from the European Patent Office dated Oct. 1, 2007 Concerning Business Methods (OJ EPO Nov. 2007, 592-593), XP002456252.

* cited by examiner



Figure 1

**U.S. Patent**      Nov. 11, 2014      Sheet 2 of 3      US 8,886,536 B2



Figure 2

U.S. Patent          Nov. 11, 2014          Sheet 3 of 3          US 8,886,536 B2



Figure 3

US 8,886,536 B2

## SYSTEM AND METHOD FOR DELIVERING TARGETED ADVERTISEMENTS AND TRACKING ADVERTISEMENT INTERACTIONS IN VOICE RECOGNITION CONTEXTS

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of Ser. No. 13/371,870, entitled "System and Method for Delivering Target Advertisements and Tracking Advertisement Interactions in Voice Recognition Context," filed Feb. 13, 2012 (which issued as U.S. Pat. No. 8,527,274 on Sep. 3, 2013), which is a continuation of U.S. patent application Ser. No. 12/847,564, entitled "System and Method for Selecting and Presenting Advertisements Based on Natural Language Processing of Voice-Based Input," filed Jul. 30, 2010 (which issued as U.S. Pat. No. 8,145,489 on Mar. 27, 2012), which is a continuation of U.S. patent application Ser. No. 11/671,526, entitled "System and Method for Selecting and Presenting Advertisements Based on Natural Language Processing of Voice-Based Input," filed Feb. 6, 2007 (which issued as U.S. Pat. No. 7,818,176 on Oct. 19, 2010), the contents of which are hereby incorporated by reference in their entirety.

### FIELD OF THE INVENTION

The present invention relates to selecting and presenting advertisements based on natural language processing of voice-based input.

### BACKGROUND OF THE INVENTION

As technology advances, consumer electronics devices tend to play larger roles due to increased functionality and mobility. For example, mobile phones, navigation devices, embedded devices, and other such devices provide a wealth of functionality beyond core applications. However, increased functionality adds difficulty to the learning curve associated with using electronic devices, and increased mobility intensifies the demand for simple mechanisms to interact with devices on the go. For example, existing systems tend to have complex human to machine interfaces, which may inhibit mass-market adoption for various technologies. For example, when a user wishes to perform a relatively simple task on a mobile phone, such as purchasing a ring tone, the user often is forced to navigate through a series of menus and press a series of buttons. In some instances, this may result in the transaction not necessarily occurring, as the user may prefer to avoid the hassles altogether. As such, there is ever-growing demand for ways to exploit technology in intuitive ways.

Voice recognition software may enable a user to exploit applications and features of a device that may otherwise be unfamiliar, unknown, or difficult to use. However, many existing voice user interfaces (when they actually work) still require significant learning on the part of the user. For example, users often cannot directly issue a request for a system to retrieve information or perform an action without having to memorize specific syntaxes, words, phrases, concepts, semantic indicators, or other keywords/qualifiers. Similarly, when users are uncertain of particular needs, many existing systems do not engage the user in a productive, cooperative dialogue to resolve requests and advance a conversation. Instead, many existing speech interfaces force users to use a fixed set commands or keywords to communicate requests in ways that systems can understand. Using existing voice user interfaces, there is virtually no option for dialogue between the user and the system to satisfy mutual goals.

The lack of adequate voice user interfaces results in missed opportunities for providing valuable and relevant information to users. Not only does this potentially leave user requests unresolved, in certain instances, providers of goods and services may lose out on potential business. In an increasingly global marketplace, where marketers are continually looking for new and effective ways to reach consumers, the problems with existing voice user interfaces leaves a large segment of consumer demand unfulfilled. Furthermore, existing techniques for marketing, advertising, or otherwise calling consumers to action fail to effectively utilize voice-based information, which is one of the most natural, intuitive methods of human interaction.

Existing systems suffer from these and other problems.

### SUMMARY OF THE INVENTION

According to various aspects of the invention, a system and method for selecting and presenting advertisements based on natural language processing of voice-based inputs is provided. A natural language voice-based input may be received by a voice user interface. The voice-based input may include a user utterance, and a request may be identified from the utterance. Appropriate action may be taken to service the request, while one or more advertisements may be selected and presented to the user. Advertisements may be selected based on various criteria, including content of the input (e.g., concepts, semantic indicators, etc.), an activity related to the input (e.g., a relation to a request, a requested application, etc.), user profiles (e.g., demographics, preferences, location, etc.), or in other ways. A user may subsequently interact with the advertisement (e.g., via a voice-based input), and action may be taken in response to the interaction. Furthermore, the interaction may be tracked to build statistical profiles of user behavior based on affinities or clusters among advertisements, user profiles, contexts, topics, semantic indicators, concepts, or other criteria.

According to various aspects of the invention, advertisers may create advertisements, which may be stored in an advertisement repository. For example, advertisements may include sponsored messages, calls to action, purchase opportunities, trial downloads, or any other marketing communication, as would be apparent to those skilled in the art. Advertisers may specify various parameters to associate with the advertisements, such as various contexts or topic concepts (e.g., semantic indicators for a "music" concept may include words such as "music," "tunes," "songs," etc.), target demographics (e.g., a preferred audience), marketing criteria or prices for insertion (e.g., dynamic or static pricing based on various marketing criteria), or other information, as would be apparent. The advertisement repository may be associated with a server, where in response to a voice-based input from a user (e.g., at a voice-enabled device), a communications link may be established with the server. Information may be extracted from the voice-based input (e.g., words in the input, applications requested by the input, etc.), and the extracted information may be correlated with user profiles, advertisement parameters, or other information to determine which advertisements to select in relation to the voice-based input. The server may subsequently communicate the selected advertisements to the user, and the server may track the user's subsequent interaction with the selected advertisements.

US 8,886,536 B2

3

Other objects and advantages of the invention will be apparent based on the following drawings and detailed description.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a block diagram of an exemplary system for implementing a voice user interface according to various aspects of the invention.

FIG. 2 illustrates a block diagram of an exemplary advertising system according to various aspects of the invention.

FIG. 3 illustrates a flow diagram of an exemplary method for selecting and presenting advertisements based on voice-based inputs according to various aspects of the invention.

DETAILED DESCRIPTION

Referring to FIG. 1, an exemplary system 100 for implementing a voice user interface is illustrated according to various aspects of the invention. System 100 may enable users to perform various tasks on a voice-enabled device. For example, users may control navigation devices, media devices, personal computers, personal digital assistants, or any other device supporting voice-based inputs. System 100 may enable users to request voice-enabled devices to retrieve information or perform various tasks, among other things, using natural language voice-based inputs. For example, system 100 may interpret natural language voice-based inputs and generate responses using, among other things, techniques described in U.S. patent application Ser. No. 10/452,147, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Jun. 3, 2003, which issued as U.S. Pat. No. 7,398,209 on Jul. 8, 2008, and U.S. patent application Ser. No. 10/618,633, entitled "Mobile Systems and Methods for Responding to Natural Language Speech Utterance," filed Jun. 15, 2003, which issued as U.S. Pat. No. 7,693,720 on Apr. 6, 2010, both of which are hereby incorporated by reference in their entirety. For example, as described in U.S. patent application Ser. No. 10/452,147, the system 100 may include a speech recognition engine (e.g., an Automatic Speech Recognizer 110) that may recognize words and phrases in an utterance using entries in one or more dictionary and phrase tables. In addition, as further described therein, fuzzy set possibilities or prior probabilities for the words in the dictionary and phrase tables may be dynamically updated to maximize the probability of correct recognition at each stage of the dialog (e.g., the probabilities or possibilities may be dynamically updated based on application domains, questions or commands, contexts, user profiles and preferences, user dialog histories, recognizer dictionary and phrase tables, word spellings, and/or other criteria).

According to various aspects of the invention, system 100 may receive a user input, including at least a voice-based user utterance, at an input device 105. Input device 105 may include any suitable device, or combination of devices, for receiving a voice-based input (e.g., a microphone). In various implementations, input device 105 may include a multi-modal input, such as a touch-screen interface, keypad, or other input. The received utterance may be processed by the Automatic Speech Recognizer 110. Automatic Speech Recognizer 110 may generate one or more preliminary interpretations of the utterance using various techniques. For example, Automatic Speech Recognizer 110 may interpret the utterance using techniques of phonetic dictation to recognize a stream of phonemes. Further, Automatic Speech Recognizer 110 may perform post-processing to enhance the preliminary interpretations. For example, Automatic Speech

4

Recognizer 110 may vary interpretations of an utterance, or components of an utterance, from one context to another. Other techniques for enhancing an interpretation of a user utterance may be used, such as those described in U.S. patent application Ser. No. 11/513,269, entitled "Dynamic Speech Sharpening," filed Aug. 31, 2006, which issued as U.S. Pat. No. 7,634,409 on Dec. 15, 2009, and which is hereby incorporated by reference in its entirety.

The one or more preliminary interpretations may be provided to a conversational language processor 120. Conversational language processor 120 may include a voice search engine 125, a context determination module 130, and one or more agents 135, among other things, to enable cooperative, conversational interaction between the user and system 100. Conversational language processor 120 may be communicatively coupled to one or more data repositories 140 and one or more applications 150. Conversational language processor 120 may generate a domain-specific conversational response, which may be returned to the user as an output 180. Output 180 may include a multi-modal output (e.g., by simultaneously returning a voice-based response and displaying information on a display device).

System 100 may further include an interaction with one or more applications 150 to service one or more requests in the utterance. For example, the utterance may include one or more requests for performing an action, retrieving information, or various combinations thereof. Output 180 may include a conversational response to advance a conversation to service requests by invoking one or more applications 150, as appropriate. For example, applications 150 may include a navigation application 155, an advertising application 160, a music application, an electronic commerce application 170, and/or other applications 175. Furthermore, Automatic Speech Recognizer 110, conversational language processor 120, data repositories 140, and/or applications 150 may reside locally (e.g., on a user device), remotely (e.g., on a server), and/or hybrid local/remote processing models may be used (e.g., lightweight applications may be processed locally while computationally intensive applications may be processed remotely).

Conversational language processor 120 may build long-term and/or short-term shared knowledge in one or more knowledge sources. For example, shared knowledge sources may include information about previous utterances, requests, and other user interactions to inform generating an appropriate response to a current utterance. The shared knowledge may include public/non-private (i.e., environmental) knowledge, as well as personal/private (i.e., historical) knowledge. For example, conversational language processor 120 may use context determination module 130 to establish a context for a current utterance by having domain agents 135 competitively generate a context-based interpretation of the utterance (e.g., by scoring possible interpretations and selecting a highest scoring interpretation). As such, agents 135 may model various domains (e.g., navigation, music, a specific user, global users, advertising, e-commerce, etc.), and conversational language processor 120 may interpret and/or respond to a voice-based input accordingly. For example, context-based interpretations and responses to a voice-based input may be generated using techniques described in U.S. patent application Ser. No. 11/197,504, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Aug. 5, 2005, which issued as U.S. Pat. No. 7,640,160 on Dec. 29, 2009, and U.S. patent application Ser. No. 11/212,693, entitled "Mobile Systems and Methods of Supporting Natural Language Human-Machine Interactions," filed Aug.

US 8,886,536 B2

29, 2005, which issued as U.S. Pat. No. 7,949,529 on May 24, 2011, both of which are hereby incorporated by reference in their entirety.

Furthermore, conversational language processor **120** may support adaptive misrecognition to reinterpret a current utterance and/or one or more previous utterances. For example, information contained in a current utterance may indicate that interpretations for one or more previous utterances were incorrect, and therefore, the previous utterances may be reinterpreted to improve subsequent interpretations. Accordingly, conversational language processor **120** may use the techniques described herein, along with various other techniques, to interpret and respond to conversational, natural language utterances. Conversational language processor **120** may use various other techniques as will be apparent, such as those described in U.S. patent application Ser. No. 11/200,164, entitled "System and Method of Supporting Adaptive Misrecognition in Conversational Speech," filed Aug. 10, 2005, which issued as U.S. Pat. No. 7,620,549 on Nov. 17, 2009, and U.S. patent application Ser. No. 11/580,926, entitled "System and Method for a Cooperative Conversational Voice User Interface," filed Oct. 16, 2006, which issued as U.S. Pat. No. 8,073,681 on Dec. 6, 2011, both of which are hereby incorporated by reference in their entirety. For example, as described in U.S. patent application Ser. No. 11/200,164, an environmental model may be accessed to determine user location, user activity, track user actions, and/or other environmental information to invoke context, domain knowledge, preferences, and/or other cognitive qualities to enhance the interpretation of questions and/or commands. In addition, as further described therein, based on information received from a general cognitive model, the environmental model, and/or a personalized cognitive model, which provide statistical abstracts of user interaction patterns, the system **100** may enhance responses to commands and questions by including a prediction of user behavior.

Referring to FIG. **2**, an exemplary advertising system **200** is illustrated according to various aspects of the invention. System **200** may include a server **230** for receiving one or more advertisements from an advertiser **220**, wherein the advertisements may be stored in a data repository **260** associated with server **230**. For example, advertisements may include sponsored messages or marketing communications, calls to action, purchase opportunities, trial downloads, coupons, or any other suitable marketing, advertising, campaign, or other information, as would be apparent to those skilled in the art. A voice-enabled device **210** may receive a voice-based input and establish communications with advertising server **230**. Subsequently, advertising server **230** may select one or more advertisements from among the advertisements stored in data repository **260**, and the selected advertisements may be provided to the voice-enabled device for presentation to a user.

Advertiser **220** may access advertising server **230** via an advertiser interface **245**. Advertisers **220** may upload targeted advertisements to server **230** via advertiser interface **245**, and server **230** may store the advertisements in data repository **260**. The advertisements may include graphically-based advertisements that include banners, images, audio, video, or any suitable combination thereof. Furthermore, the advertisements may include interactive or embedded information, such as links, metadata, or computer-executable instructions, or any suitable combination thereof. Advertisers may specify criteria for a campaign or targeting information for an advertisement (e.g., a start date, an end date, budget information, geotargeting information, conceptual or contextual informa-

tion, or any other suitable criteria), which may be used to facilitate selecting an advertisement in relation to a particular voice-based input.

In addition to providing interface **245** for advertisers, server **230** may include a content/action identification module **235**, a user profile module **240**, an advertisement selection module **250**, and a tracking module **255**. Users may submit voice-based requests to voice-enabled device **210**, and voice-enabled device **210** may communicate information about the voice-based input to server **230**. Server **230** may invoke advertisement selection module **250** to extract relevant information from the voice-based input, where advertisement selection module **250** may select one or more advertisements relevant to the voice-based input based on information extracted using content/action identification module **235** and/or user profile module **240**.

For example, content/action identification module **235** may identify content of the voice-based input (e.g., words in the input), requested information (e.g., search results, a web page, music, video, graphics, or other information), requested actions (e.g., calculating a navigation route, placing a telephone call, playing a song, etc.), a category or topic related to the input (e.g., music, business, stocks, sports, navigation, movies, etc.), or other criteria to use in selecting an advertisement. Further, user profile module **240** may identify characteristics of a specific user (e.g., demographics, personal preferences, location-based information, etc.), global user profiles (e.g., demographic profiles, click-through rates, etc.), or other criteria to use in selecting an advertisement. Moreover, advertisement selection module **250** may account for where a request originates from. For example, advertisements may be selected based on a default user location (e.g., identified from a user profile), current geolocation information (e.g., identified from a navigation device), whether an affiliate or partner of server **230** initiated the request, or other criteria.

For instance, a user may request airline reservations via voice-enabled device **210**, and content/action identification module **235** may identify specific words used in the request, a category related to the request (e.g., travel, airlines, hotels, etc.), or other information. Furthermore, user profile module **240** may identify relevant characteristics of the user (e.g., user-specific demographics, location information, preferred airlines or hotels, etc.), as well as global user characteristics (e.g., most popular airlines). In various implementations, advertisements may be selected by assigning a score to each advertisement (e.g., based on click-through rates, relevance metrics, target audiences, etc.). As such, advertisement selection module **250** may correlate the information about the request to select advertisements stored in data repository **260**, and server **230** may communicate the selected advertisements to voice-enabled device **210**. Furthermore, selected advertisements may be presented according to a predetermined ordering or ranking (e.g., based on a ranking of relevance to an advertisement).

In various implementations, advertisement selection module **250** may retrieve a predetermined number of advertisements for any given request. Furthermore, the selected advertisements may depend upon a presentation format. For example, advertisements may be selected based on an amount of available space on a display of voice-enabled device **210** and/or a size/shape of the selected advertisements. In another example, voice-based advertisements may be selected and presented to the user audibly (e.g., a "hands-free" advertisement may be preferred when voice-enabled device **210** is a telematics device).

Furthermore, the user's subsequent interaction with an advertisement may be tracked using tracking module **255**. For

US 8,886,536 B2

7 8

example, tracking module **255** may determine whether a conversion or click-through occurs for each advertisement presented to users. Further, tracking module **255** may maintain accounting and/or billing information associated with advertisers **220**. For example, advertisers **220** may specify a maximum insertion cost, a cost-per-click-through, an average insertion cost, or other criteria specifying a budget constraint for an advertisement. As such, tracking module **255** may track which advertisements are selected and/or presented, which advertisements result in a conversion or click-through, whether a click-through or conversion results in a transaction or sale, associations between advertisements and users, requests, concepts, semantic indicators, and/or other criteria. For example, tracking user interaction with advertisements may be used to build user-specific and/or global statistical profiles that map or cluster advertisements to topics, semantic indicators, contexts, concepts, etc. based on user behavior, demographics, targeting constraints, content of advertisements, content of requests, actions associated with requests, or other statistically relevant information. Accordingly, the tracking information may be used to bill or invoice advertisers **220**, as well as to improve subsequent performance and relevance of advertisements selected using advertisement selection module **250**. Other techniques and features of selecting and presenting advertisements based on voice-based inputs may suitably be employed, as would be apparent.

Referring to FIG. **3**, an exemplary method for selecting and presenting advertisements based on a voice-based input is illustrated according to various aspects of the invention. The method may begin in an operation **305**, where a voice-based input, including at least a user utterance, may be received at a voice user interface. The voice user interface may include any suitable mechanism for receiving the utterance (e.g., a microphone), and may interface with any suitable voice-enabled device, as would be apparent, including personal navigation devices, personal digital assistants, media devices, telematics devices, personal computers, mobile phones, or others.

Subsequently, one or more requests included in the voice-based input may be identified in an operation **310**. For example, the requests may include requests to retrieve information, perform tasks, explore or gather information, or otherwise interact with a system or device. For example, a voice-based input to a navigation device may include a request to calculate a route or retrieve location-based information. In another example, a voice-based input to a mobile phone may include a request to place a telephone call, purchase a ringtone, or record a voice-memo. Furthermore, in various implementations, voice-based inputs may include multiple requests, multi-modal requests, cross-device requests, cross-application requests, or other types of requests. For example, an utterance received in operation **305** may be: "Get me a route to Chang's Restaurant, and call them so I can make a reservation." The utterance may thus include multiple requests, including cross-device requests (e.g., calculate a route using a navigation device, and make a telephone call using a mobile phone), as well as cross-application requests (e.g., search for an address and/or phone number using a voice search engine, and calculate a route using a navigation application).

The requests may be part of a conversational interaction between a user and a system or device, whereby an interpretation of requests in a current utterance may be based upon previous utterances in a current conversation, utterances in previous conversations, context-based information, local and/or global user profiles, or other information. For example, a previous request may be reinterpreted based on information included in subsequent requests, a current request may be interpreted based on information included in previous requests, etc. Furthermore, the conversational interaction may take various forms, including query-based conversations, didactic conversations, exploratory conversations, or other types of conversations. For example, the conversational language processor may identify a type of conversation, and information may be extracted from the utterance accordingly to identify the one or more requests in operation **310**. Moreover, the conversational language processor may determine whether any of the requests are incomplete or ambiguous, and action may be taken accordingly (e.g., a system response may prompt a user to clarify an incomplete and/or ambiguous request). The conversational language processor may therefore use various techniques to identify a conversation type, interpret utterances, identify requests, or perform other tasks, such as those described in the aforementioned U.S. Patent Applications and U.S. Patents, which are hereby incorporated by reference in their entirety.

Upon identifying the one or more requests, action may be taken based on the identified requests in an operation **315**, while one or more advertisements may be selected in an operation **320** (described in greater detail below). For example, one or more context-appropriate applications may be invoked to service the requests in operation **315** (e.g., a voice search engine, a navigation application, an electronic commerce application, or other application may be invoked depending upon the request). Furthermore, in operation **320**, information may be communicated to an advertising server to select one or more advertisements related to the request. Thus, as shown in FIG. **3**, taking action in operation **315** and selecting advertisements in operation **320** may be related operations (e.g., advertisements may be selected to help in interpreting incomplete and/or ambiguous requests).

Upon taking action in operation **315** (e.g., to service the request) and selecting one or more advertisements in operation **320** (e.g., in relation to the request), an output may be presented to the user in operation **325**. The output may indicate a result of the action associated with operation **315**. For example, the output may include requested information, an indication of whether a requested task was successfully completed, whether additional information is needed to service the request (e.g., including a prompt for the information), or other information relating to an action based on the request. Furthermore, the output may include advertisements, as selected in operation **320**. For example, the output may include text-based, graphic-based, video-based, audio-based, or other types of advertisements, as would be apparent to those skilled in the art. Further, the output may include other types of advertisements, including calls to action (e.g., a location-based coupon or purchase opportunity, trial downloads, or other actionable advertising or marketing).

Advertisements may be selected in relation to a request based on various criteria. For example, an advertisement may be selected based on words or other content of the request, relevant words or content related to the words or content of the request, etc. In another example, the advertisement may be selected based on requested tasks/information (e.g., a request for movie showtimes may result in an advertisement being selected for a particular theater). In yet another example, the advertisement may be selected based on a topic or category associated with the requested tasks/information (e.g., a request to purchase airline tickets may result in an advertisement being selected for a hotel in a destination associated with a reserved flight). In still other examples, the advertisement may be selected based on location information, (e.g., advertisements may be selected based on a proximity to a user geolocation identified using a navigation device), user-

US 8,886,536 B2

specific and/or global user profiles (e.g., advertisements may be selected based on user-specific and/or global preferences, advertiser campaign criteria, etc.).

Content of a voice-based input may be determined based on various criteria, including contextual or conceptual information (e.g., semantic indicators, qualifiers, or other information). For example, a given concept may include various semantically equivalent indicators having an identical meaning. Thus, for instance, a voice-based input may be "Play some tunes!" or "Play some music!" or other variants thereof, each of which may be interpreted as relating to a specific idea (or concept) of "Music." Thus, concept or content information in a request may be used to select an advertisement. For example, a user may request to calculate a route in Seattle, Wash. (e.g., "How do I get to the Space Needle?"). Based on a context of the requested task (e.g., "Navigation," "Seattle," etc.), a voice search engine may retrieve an address of the Space Needle and a navigation application may calculate the route. Furthermore, user profile information may indicate that the user is visiting Seattle from out-of-town (e.g., the profile may indicate that the user's home is Sacramento), and therefore, an advertisement for popular points-of-interest in Seattle may be selected. In another example, the user may request information about a sporting event (e.g., "Get me the kickoff time for the Eagles game on Sunday"). Based on a context of the requested information (e.g., "Search," "Sports," "Philadelphia," etc.), the requested information may be retrieved, while an advertisement for Eagles apparel or memorabilia may be selected.

In various instances, concepts, semantic indicators, qualifiers, or other information included in, or inferred from, a request may indicate an exploratory nature for the request. In other words, the exploratory request may identify a goal for a conversation, instead of a particular task to perform or information to retrieve. As such, in various implementations, an advertisement may be selected in operation 320 in an effort to advance the conversation towards the goal. For example, an exploratory request may include a request for a navigation route (e.g., "I feel like going to a museum, find me something interesting"). Based on a context of the requested task (e.g., "Navigation," "Points of Interest," etc.), the goal of the conversation may be identified, and the request may be serviced in operation 315 (e.g., a voice search engine may locate nearby points of interest based on user preferred topics). Further, the advertising application may select an appropriate advertisement in operation 320, where the advertisement may be selected in an attempt to advance the conversation towards the goal. For example, statistical profiles (e.g., user profiles, global profiles, topic-based profiles, etc.) may reflect an affinity between an advertisement for a particular museum and other users sharing similar demographics or other characteristics with the requesting user. Thus, in addition to retrieving information about museums in operation 315, an advertisement for a museum likely to be of interest to the user may be selected in operation 320.

In various instances, a request may include incomplete, ambiguous, unrecognized, or otherwise insufficient semantic indicators, context, qualifiers, or other information needed to identify the request. In other words, the request may include inadequate information to identify or infer a task to perform, information to retrieve, or a goal for a conversation. Thus, as much information as possible may be extracted and/or inferred from the request based on shared knowledge such as context, user or global profile information, previous utterances, previous conversations, etc. As such, servicing the request may include generating a response and/or communicating with an advertising application to advance a conversa-

tion toward a serviceable request. For example, servicing the request in operation 315 and selecting an advertisement in operation 320 may include generating a response and/or selecting an advertisement to frame a subsequent user input, thereby advancing the conversation.

For example, the request may include incomplete, ambiguous, or unrecognized information (e.g., "Do you know [mumbled words] Seattle?"). A context of the requested task may be identified (e.g., "Seattle"), yet the identified context may be insufficient to adequately take action to service the request. Additional information may be inferred based on previous utterances in the conversation, profile information, or other information. However, when the additional information fails to provide adequate information to infer a reasonable hypothesis, servicing the request in operation 315 may include generating a response to frame a subsequent user input and advance the conversation (e.g., information about various topics may be retrieved based on a user's preferred topics). Further, the advertising application may select an advertisement in operation 320 to advance the conversation (e.g., advertisements may be selected based on user and/or global profiles reflecting an affinity between certain advertisements associated with Seattle and user preferences, profiles, etc.). Thus, by selecting an advertisement, indicating dissatisfaction with an advertisement, or otherwise interacting with an advertisement, the interaction may be used to build context and shared knowledge for a subsequent course of the conversation. For example, a user may select an advertisement, and an interpretation of a subsequent voice-based input (e.g., "Call them," "What's the price range?" etc.) may be interpreted with shared knowledge of the advertisement that the voice-based input relates to. Thus, advertisements may be used in a way that enables advertisers to market to consumers, while also improving the consumers' interaction with a device. Other advantages will be apparent to those skilled in the art.

It will be apparent that operation 320 may use various techniques to select advertisements based on voice-based inputs and/or requests included therein. For example, an advertiser may specify a target audience, marketing criteria, campaign strategies, budget constraints, concepts, semantic indicators, related topics, categories, and/or any other suitable information to associate with an advertisement. For instance, advertisers may pay a premium to prioritize an advertisement in relation to similar advertisements (e.g., advertisements associated with competitors). In another example, various statistical profiles may define affinities between advertisements, topics, users, etc. (e.g., based on click-through or conversion rates, or other tracking information, as described in more detail below). Thus, advertisements may be selected in operation 320 using various techniques, including content of the request, an activity/action associated with the request, user profiles, user preferences, statistical metrics, advertiser-specified criteria, to advance a conversation, to resolve ambiguous requests, or in various other ways, as will be apparent.

The output presented to the user in operation 325 may be provided to the user in various ways. For example, in various implementations, the output may include a voice-based or otherwise audible response. In another example, when an associated device includes a display mechanism, the output may be displayed on the display device. It will be apparent that many combinations or variants thereof may be used, such as augmenting a voice-based response with information on a display device. For example, a user may request information about restaurants, and an advertisement may be selected based on a user preference indicating a favorite type of res-

US 8,886,536 B2

**11**

taurant (e.g., a Chinese restaurant may be selected based on a user profile indicating a preference for Chinese). Therefore, in one example, the output presented in operation **325** may display information about various restaurants matching the requested information, while a voice-based advertisement for the Chinese restaurant may be played to the user (e.g., via a speaker or other suitable mechanism for playing voice back to the user). Many other variations will be apparent (e.g., a graphical advertisement may be displayed on a display device, while a corresponding or different voice-based advertisement may be played audibly).

Subsequent interaction between the user and the presented advertisements may be monitored in a decisional operation **330**. For instance, when the user elects to interact with the advertisement, action may be taken based on the interaction in an operation **335**. The interaction may take various forms, including additional voice-based inputs or other suitable mechanisms for interacting with advertisements (e.g., clicking on an advertisement displayed on a personal digital assistant using an associated stylus). For example, a user may initially request information from a voice-enabled media device (e.g., a satellite radio player) about a song currently playing (e.g., "What is this song?"). In addition to outputting the requested information about the song (e.g., "This song is Double Barrel by Dave and Ansel Collins."), a selected advertisement may enable the user to purchase a ringtone for a mobile phone that corresponds to the song. In this example, the interaction may include a request to purchase the ringtone (e.g., "Yeah, I'll buy that"), and action taken in operation **335** may include completing a transaction for the ringtone and/or downloading the ringtone to the mobile phone. Furthermore, additional advertisements may be selected in an operation **340** based on the interaction, using similar techniques as described in connection with operation **320** (e.g., advertisements for additional ringtones, similar musicians, etc. may be selected). Processing may subsequently return to operation **325** to present output resulting from the interaction.

User advertisement interaction may be tracked in an operation **345**. For example, operation **345** may track historical data about users, conversations, topics, contexts, or other criteria to associate information with the selected advertisement. The tracking information may therefore be used to build statistical profiles defining affinities, click-through or conversion rates, or other information about various advertisements, topics, or other criteria on a user-specific and/or a global-user level. Thus, clusters or mappings may be created between advertisements, topics, concepts, demographics, or other criteria based on user behavior with the advertisements (e.g., whether a user interacts with the advertisement in operation **330**).

For instance, certain advertisements may experience high click-through rates in relation to a first context and/or topic, but low click-through rates in relation to a second context and/or topic, and therefore, when requests relate to the first context and/or topic, the advertisement may be more likely to be selected in subsequent operations **320/340**. In another example, global statistical profiles may indicate that an advertisement experiences more click-throughs by users of a particular demographic, and therefore, the advertisement may be more likely to be selected for users falling within the demographic. Many different techniques for tracking and building statistical profiles will be apparent.

Implementations of the invention may be made in hardware, firmware, software, or any combination thereof. The invention may also be implemented as instructions stored on a machine-readable medium, which may be read and executed by one or more processors. A machine-readable

**12**

medium may include any mechanism for storing or transmitting information in a form readable by a machine (e.g., a computing device). For example, a machine-readable storage medium may include read only memory, random access memory, magnetic disk storage media, optical storage media, flash memory devices, and others, and a machine-readable transmission media may include forms of propagated signals, such as carrier waves, infrared signals, digital signals, and others. Further, firmware, software, routines, or instructions may be described in the above disclosure in terms of specific exemplary aspects and implementations of the invention, and performing certain actions. However, it will be apparent that such descriptions are merely for convenience and that such actions in fact result from computing devices, processors, controllers, or other devices executing the firmware, software, routines, or instructions.

Aspects and implementations may be described as including a particular feature, structure, or characteristic, but every aspect or implementation may not necessarily include the particular feature, structure, or characteristic. Further, when a particular feature, structure, or characteristic is described in connection with an aspect or implementation, it will be apparent to effect such feature, structure, or characteristic in connection with other aspects or implementations whether or not explicitly described. Thus, various changes and modifications may be made, without departing from the scope and spirit of the invention. The specification and drawings are to be regarded as exemplary only, and the scope of the invention is to be determined solely by the appended claims.

What is claimed is:

1. A computer-implemented method of providing promotional content related to one or more natural language utterances and/or responses, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:

receiving, at the one or more physical processors, a first natural language utterance;

providing, by the one or more physical processors, a response to the first natural language utterance;

receiving, at the one or more physical processors, a second natural language utterance relating to the first natural language utterance;

performing, by the one or more physical processors, speech recognition to recognize one or more words of the second natural language utterance;

determining, by the one or more physical processors, domain information for the one or more recognized words based on the first natural language utterance;

processing, by the one or more physical processors, based on the domain information, the one or more recognized words to determine an interpretation of the second natural language utterance, wherein processing the one or more recognized words comprises:

providing the one or more recognized words to a first domain agent associated with a first domain and a second domain agent associated with a second domain;

obtaining a first interpretation of the second natural language utterance from the first domain agent;

obtaining a second interpretation of the second natural language utterance from the second domain agent; and

determining the interpretation based on one or more of the first interpretation or the second interpretation;

US 8,886,536 B2

13 | 14

determining, by the one or more physical processors, promotional content based on the interpretation; and

presenting, by the one or more physical processors, the promotional content to a user.

2. The method of claim 1, wherein the first natural language utterance and the second natural language utterance are received during an interactive session between the user and the computer system, the method further comprising:

determining, by the one or more physical processors, an activity relating to one or more of the first natural language utterance or the second natural language utterance,

wherein determining the promotional content comprises determining the promotional content based on the activity.

3. The method of claim 1, further comprising:

determining, by the one or more physical processors, context information for the one or more recognized words based on the first natural language utterance,

wherein the interpretation is determined further based on the context information.

4. The method of claim 1, wherein the first interpretation is determined by the first domain agent based on the first domain, and wherein the second interpretation is determined by the second domain agent based on the second domain.

5. The method of claim 1, further comprising:

associating, by the one or more physical processors, the first interpretation with a first interpretation score; and

associating, by the one or more physical processors, the second interpretation with a second interpretation score,

wherein determining the interpretation comprises determining the first interpretation as the interpretation based on the first interpretation score and the second interpretation score.

6. The method of claim 5, wherein the first interpretation is determined as the interpretation based on the first interpretation score being greater than the second interpretation score.

7. The method of claim 1, further comprising:

receiving, at the one or more physical processors, a third natural language utterance relating to one or more of the first natural language utterance or the second natural language utterance; and

determining, by the one or more physical processors, an interpretation of the third natural language utterance based on the promotional content.

8. The method of claim 7, wherein the first natural language utterance, the second natural language utterance, and the third natural language utterance are received during an interactive session between the user and the computer system.

9. The method of claim 8, wherein the third natural language utterance is received after the second natural language utterance.

10. The method of claim 7, further comprising:

performing, by the one or more physical processors, speech recognition to recognize one or more words of the third natural language utterance, wherein the one or more recognized words of the third natural language utterance include one or more reference words;

determining, by the one or more physical processors, that the one or more reference words refer to an item associated with the promotional content; and

initiating, by the one or more physical processors, a purchase transaction associated with the item based on the determination that the one or more reference words refer to the item.

11. The method of claim 10, wherein the item includes a purchasable good.

12. The method of claim 7, further comprising:

initiating, by the one or more physical processors, based on the interpretation of the third natural language utterance, a purchase transaction associated with the promotional content.

13. The method of claim 1, wherein the first natural language utterance and the second natural language utterance are received during an interactive session between the user and the computer system, the method further comprising:

receiving, at the one or more physical processors, a third natural language utterance during the interactive session; and

processing, by the one or more physical processors, based on the third natural language utterance, the one or more recognized words to determine a reinterpretation of the second natural language utterance.

14. The method of claim 13, wherein determining the promotional content comprises determining the promotional content based on the reinterpretation.

15. The method of claim 13, wherein determining the promotional content comprises determining the promotional content based on the interpretation, the method further comprising:

determining, by the one or more physical processors, other promotional content based on the reinterpretation; and

presenting, by the one or more physical processors, the other promotional content to the user.

16. The method of claim 1, further comprising:

identifying, by the one or more physical processors, one or more requests associated with the second natural language utterance,

wherein determining the promotional content comprises obtaining the promotional content based on a determination that the promotional content relates to the one or more requests.

17. The method of claim 16, further comprising:

determining, by the one or more physical processors, one or more activities in the one or more requests; and

performing, by the one or more physical processors, the one or more activities,

wherein determining the promotional content comprises determining the promotional content based on the one or more activities.

18. The method of claim 17, wherein determining the one or more activities comprises determining a call to be initiated for the user in response to the one or more requests, wherein performing the one or more activities comprises initiating the call for the user, and wherein determining the promotional content comprises determining the promotional content based on the call.

19. The method of claim 17, wherein determining the one or more activities comprises determining a navigation route to be calculated for the user in response to the one or more requests, wherein performing the one or more activities comprises calculating the navigation route for the user, and wherein determining the promotional content comprises determining the promotional content based on the navigation route.

20. The method of claim 17, wherein determining the one or more activities comprise determining a media item to be presented in response to the one or more requests, wherein performing the one or more activities comprises presenting the media item to the user, and wherein determining the promotional content comprises determining the promotional content based on the media item, the promotional content being different than the media item.

US 8,886,536 B2

15

21. The method of claim 17, wherein determining the one or more activities comprises determining a reservation to be made on behalf of the user in response to the one or more requests, and wherein determining the promotional content comprises determining the promotional content based on information relating to the reservation.

22. The method of claim 17, wherein determining the one or more activities comprises determining a first reservation to be made on behalf of the user in response to the one or more requests, and wherein determining the promotional content comprises determining the promotional content based on information relating to a second reservation that is an alternative to the first reservation.

23. The method of claim 17, further comprising:

receiving, at the one or more physical processors, a third natural language utterance relating to one or more of the first natural language utterance or the second natural language utterance;

determining, by the one or more physical processors, an interpretation of the third natural language utterance based on the promotional content; and

initiating, by the one or more physical processors, based on the interpretation of the third natural language utterance, a purchase transaction associated with the promotional content.

24. The method of claim 16, further comprising:

determining, by the one or more physical processors, that at least one request of the one or more requests is incomplete or ambiguous;

monitoring, by the one or more physical processors, interaction of the user with the promotional content; and

interpreting, by the one or more physical processors, the at least one incomplete or ambiguous request based on the interaction.

25. The method of claim 16, wherein the one or more requests include a first request associated with a first application and a second request associated with a second application different than the first application, and wherein the promotional content relates to one or more of the first request or the second request.

26. The method of claim 25, wherein a first application type of the first application includes one or more of a navigation application, a music application, a commerce application, or a calling application, and wherein the second application is of an application type different than the first application type.

27. The method of claim 16, wherein the one or more requests include a first request to be processed by a first device associated with the user and a second request to be processed by a second device associated with the user, and wherein the promotional content relates to one or more of the first request or the second request.

28. The method of claim 27, wherein a first device type of the first device includes one or more of a mobile phone, a navigation device, or a media player device, and wherein the second device is of a device type different than the first device type.

29. The method of claim 27, wherein the first device and the second device are operably independent of one another.

30. The method of claim 1, further comprising:

obtaining, by the one or more physical processors, user profile information associated with the user, wherein the user profile information specifies prior user interactions with items; and

identifying, by the one or more physical processors, categories of items based on the prior user interactions specified by the user profile information,

16

wherein determining the promotional content comprises determining a promotional item associated with one of the categories.

31. The method of claim 1, further comprising:

obtaining, by the one or more physical processors, user profile information associated with the user, wherein the user profile information specifies prior user interactions with items;

identifying, by the one or more physical processors, one or more requests associated with the first natural language utterance or the second natural language utterance;

determining, by the one or more physical processors, one or more applications for processing the one or more requests; and

identifying, by the one or more physical processors, categories of items based on the prior user interactions specified by the user profile information, wherein the categories relate to the one or more applications,

wherein determining the promotional content comprises determining a promotional item associated with one of the categories.

32. A system for providing promotional content related to one or more natural language utterances and/or responses, the system comprising:

one or more physical processors programmed to execute one or more computer program instructions which, when executed, cause the one or more physical processors to:

receive a first natural language utterance;

provide a response to the first natural language utterance;

receive a second natural language utterance relating to the first natural language utterance;

perform speech recognition to recognize one or more words of the second natural language utterance;

determine domain information for the one or more recognized words based on the first natural language utterance;

process, based on the domain information, the one or more recognized words to determine an interpretation of the second natural language utterance, wherein processing the one or more recognized words comprises:

providing the one or more recognized words to a first domain agent associated with a first domain and a second domain agent associated with a second domain;

obtaining a first interpretation of the second natural language utterance from the first domain agent;

obtaining a second interpretation of the second natural language utterance from the second domain agent; and

determining the interpretation based on one or more of the first interpretation or the second interpretation;

determine promotional content based on the interpretation; and

present the promotional content to a user.

33. A computer-implemented method of providing promotional content related to one or more natural language utterances and/or responses, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:

US 8,886,536 B2

17

receiving, at the one or more physical processors, a first natural language utterance during an interactive session between a user and the computer system;

providing, by the one or more physical processors, a response to the first natural language utterance;

receiving, at the one or more physical processors, a second natural language utterance relating to the first natural language utterance during the interactive session;

performing, by the one or more physical processors, speech recognition to recognize one or more words of the second natural language utterance;

processing, by the one or more physical processors, based on the first natural language utterance, the one or more recognized words to determine an interpretation of the second natural language utterance;

receiving, at the one or more physical processors, a third natural language utterance during the interactive session;

processing, by the one or more physical processors, based on the third natural language utterance, the one or more recognized words to determine a reinterpretation of the second natural language utterance;

determining, by the one or more physical processors, promotional content based on one or more of the interpretation or the reinterpretation; and

presenting, by the one or more physical processors, the promotional content to the user.

34. The method of claim 33, wherein determining the promotional content comprises determining the promotional content based on the reinterpretation.

35. The method of claim 33, wherein determining the promotional content comprises determining the promotional content based on the interpretation, the method further comprising:

determining, by the one or more physical processors, other promotional content based on the reinterpretation; and

presenting, by the one or more physical processors, the other promotional content to the user.

36. A system for providing promotional content related to one or more natural language utterances and/or responses, the system comprising:

one or more physical processors programmed to execute one or more computer program instructions which, when executed, cause the one or more physical processors to:

receive a first natural language utterance during an interactive session between a user and the system;

provide a response to the first natural language utterance;

receive a second natural language utterance relating to the first natural language utterance during the interactive session;

perform speech recognition to recognize one or more words of the second natural language utterance;

process, based on the first natural language utterance, the one or more recognized words to determine an interpretation of the second natural language utterance;

receive a third natural language utterance during the interactive session;

process, based on the third natural language utterance, the one or more recognized words to determine a reinterpretation of the second natural language utterance;

determine promotional content based on one or more of the interpretation or the reinterpretation; and

present the promotional content to the user.

18

37. A computer-implemented method of providing promotional content related to one or more natural language utterances and/or responses, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:

receiving, at the one or more physical processors, a first natural language utterance;

providing, by the one or more physical processors, a response to the first natural language utterance;

receiving, at the one or more physical processors, a second natural language utterance relating to the first natural language utterance;

identifying, by the one or more physical processors, one or more requests associated with the second natural language utterance;

determining, by the one or more physical processors, that at least one request of the one or more requests is incomplete or ambiguous;

determining, by the one or more physical processors, promotional content that relates to the one or more requests;

presenting, by the one or more physical processors, the promotional content to a user;

monitoring, by the one or more physical processors, interaction of the user with the promotional content; and

interpreting, by the one or more physical processors, the at least one incomplete or ambiguous request based on the interaction.

38. A system for providing promotional content related to one or more natural language utterances and/or responses, the system comprising:

one or more physical processors programmed to execute one or more computer program instructions which, when executed, cause the one or more physical processors to:

receive a first natural language utterance;

provide a response to the first natural language utterance;

receive a second natural language utterance relating to the first natural language utterance;

identify one or more requests associated with the second natural language utterance;

determine that at least one request of the one or more requests is incomplete or ambiguous;

determine promotional content that relates to the one or more requests;

present the promotional content to a user;

monitor interaction of the user with the promotional content; and

interpret the at least one incomplete or ambiguous request based on the interaction.

39. A computer-implemented method of providing promotional content related to one or more natural language utterances and/or responses, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:

receiving, at the one or more physical processors, a first natural language utterance;

providing, by the one or more physical processors, a response to the first natural language utterance;

receiving, at the one or more physical processors, a second natural language utterance relating to the first natural language utterance;

US 8,886,536 B2

19

identifying, by the one or more physical processors, requests associated with the second natural language utterance, wherein the requests include a first request associated with a first application and a second request associated with a second application different than the first application;

determining, by the one or more physical processors, promotional content that relates to one or more of the first request or the second request; and

presenting, by the one or more physical processors, the promotional content to a user.

40. The method of 39, wherein a first application type of the first application includes one or more of a navigation application, a music application, a commerce application, or a calling application, and wherein the second application is of an application type different than the first application type.

41. The method of claim 39, further comprising:

receiving, at the one or more physical processors, a third natural language utterance relating to one or more of the first natural language utterance or the second natural language utterance; and

determining, by the one or more physical processors, an interpretation of the third natural language utterance based on the promotional content.

42. The method of claim 41, further comprising:

initiating, by the one or more physical processors, based on the interpretation of the third natural language utterance, a purchase transaction associated with the promotional content.

43. A system for providing promotional content related to one or more natural language utterances and/or responses, the system comprising:

one or more physical processors programmed to execute one or more computer program instructions which, when executed, cause the one or more physical processors to:

receive a first natural language utterance;

provide a response to the first natural language utterance;

receive a second natural language utterance relating to the first natural language utterance;

identify requests associated with the second natural language utterance, wherein the requests include a first request associated with a first application and a second request associated with a second application different than the first application;

determine promotional content that relates to one or more of the first request or the second request; and

present the promotional content to a user.

44. A computer-implemented method of providing promotional content related to one or more natural language utterances and/or responses, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:

receiving, at the one or more physical processors, a first natural language utterance;

providing, by the one or more physical processors, a response to the first natural language utterance;

receiving, at the one or more physical processors, a second natural language utterance relating to the first natural language utterance;

identifying, by the one or more physical processors, requests associated with the second natural language utterance, wherein the requests include a first request to

20

be processed by a first device associated with a user and a second request to be processed by a second device associated with the user;

determining, by the one or more physical processors, promotional content that relates to one or more of the first request or the second request; and

presenting, by the one or more physical processors, the promotional content to the user.

45. The method of claim 44, wherein a first device type of the first device includes one or more of a mobile phone, a navigation device, or a media player device, and wherein the second device is of a device type different than the first device type.

46. The method of claim 44, wherein the first device and the second device are operably independent of one another.

47. The method of claim 44, further comprising:

receiving, at the one or more physical processors, a third natural language utterance relating to one or more of the first natural language utterance or the second natural language utterance; and

determining, by the one or more physical processors, an interpretation of the third natural language utterance based on the promotional content.

48. The method of claim 47, further comprising:

initiating, by the one or more physical processors, based on the interpretation of the third natural language utterance, a purchase transaction associated with the promotional content.

49. A system for providing promotional content related to one or more natural language utterances and/or responses, the system comprising:

one or more physical processors programmed to execute one or more computer program instructions which, when executed, cause the one or more physical processors to:

receive a first natural language utterance;

provide a response to the first natural language utterance;

receive a second natural language utterance relating to the first natural language utterance;

identify requests associated with the second natural language utterance, wherein the requests include a first request to be processed by a first device associated with a user and a second request to be processed by a second device associated with the user;

determine promotional content that relates to one or more of the first request or the second request; and

present the promotional content to the user.

50. A computer-implemented method of providing promotional content related to one or more natural language utterances and/or responses, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:

receiving, at the one or more physical processors, a first natural language utterance;

providing, by the one or more physical processors, a response to the first natural language utterance;

receiving, at the one or more physical processors, a second natural language utterance relating to the first natural language utterance;

obtaining, by the one or more physical processors, user profile information associated with a user, wherein the user profile information specifies prior user interactions with items;

US 8,886,536 B2

21

identifying, by the one or more physical processors, categories of items based on the prior user interactions specified by the user profile information;

determining, by the one or more physical processors, based on the first natural language utterance and the second natural language utterance, promotional content associated with one of the categories; and

presenting, by the one or more physical processors, the promotional content to the user.

51. The method of claim 50, further comprising:

receiving, at the one or more physical processors, a third natural language utterance relating to one or more of the first natural language utterance or the second natural language utterance; and

determining, by the one or more physical processors, an interpretation of the third natural language utterance based on the promotional content.

52. The method of claim 51, further comprising:

initiating, by the one or more physical processors, based on the interpretation of the third natural language utterance, a purchase transaction associated with the promotional content.

53. A system for providing promotional content related to one or more natural language utterances and/or responses, the system comprising:

one or more physical processors programmed to execute one or more computer program instructions which, when executed, cause the one or more physical processors to:

receive a first natural language utterance;

provide a response to the first natural language utterance;

receive a second natural language utterance relating to the first natural language utterance;

obtain user profile information associated with a user, wherein the user profile information specifies prior user interactions with items;

identify categories of items based on the prior user interactions specified by the user profile information;

determine, based on the first natural language utterance and the second natural language utterance, promotional content associated with one of the categories; and

present the promotional content to the user.

54. A computer-implemented method of providing promotional content related to one or more natural language utterances and/or responses, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:

receiving, at the one or more physical processors, a first natural language utterance;

providing, by the one or more physical processors, a response to the first natural language utterance;

22

receiving, at the one or more physical processors, a second natural language utterance relating to the first natural language utterance;

obtaining, by the one or more physical processors, user profile information associated with a user, wherein the user profile information specifies prior user interactions with items;

identifying, by the one or more physical processors, one or more requests associated with one or more of the first natural language utterance or the second natural language utterance;

determining, by the one or more physical processors, one or more applications for processing the one or more requests; and

identifying, by the one or more physical processors, categories of items based on the prior user interactions specified by the user profile information, wherein the categories relate to the one or more applications;

determining, by the one or more physical processors, based on the first natural language utterance and the second natural language utterance, promotional content associated with one of the categories; and

presenting, by the one or more physical processors, the promotional content to the user.

55. A system for providing promotional content related to one or more natural language utterances and/or responses, the system comprising:

one or more physical processors programmed to execute one or more computer program instructions which, when executed, cause the one or more physical processors to:

receive a first natural language utterance;

provide a response to the first natural language utterance;

receive a second natural language utterance relating to the first natural language utterance;

obtain user profile information associated with a user, wherein the user profile information specifies prior user interactions with items;

identify one or more requests associated with one or more of the first natural language utterance or the second natural language utterance;

determine one or more applications for processing the one or more requests; and

identify categories of items based on the prior user interactions specified by the user profile information, wherein the categories relate to the one or more applications;

determine, based on the first natural language utterance and the second natural language utterance, promotional content associated with one of the categories; and

present the promotional content to the user.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,886,536 B2                                    Page 1 of 1
APPLICATION NO.  : 14/016757
DATED                  : November 11, 2014
INVENTOR(S)        : Tom Freeman et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

    On the title page, in Item (72) Inventors,

    change "Mike Kennwick" to --Mike Kennewick--.

Signed and Sealed this
Twenty-eighth Day of April, 2015

*Michelle K. Lee*

Michelle K. Lee
*Director of the United States Patent and Trademark Office*

# EXHIBIT I

US009269097B2

## (12) United States Patent
### Freeman et al.

(10) **Patent No.:** **US 9,269,097 B2**
(45) **Date of Patent:** **Feb. 23, 2016**

(54) **SYSTEM AND METHOD FOR DELIVERING TARGETED ADVERTISEMENTS AND/OR PROVIDING NATURAL LANGUAGE PROCESSING BASED ON ADVERTISEMENTS**

(71) Applicant: **VOICEBOX TECHNOLOGIES CORPORATION**, Bellevue, WA (US)

(72) Inventors: **Tom Freeman**, Mercer Island, WA (US); **Mike Kennewick**, Bellevue, WA (US)

(73) Assignee: **VoiceBox Technologies Corporation**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/537,598**

(22) Filed: **Nov. 10, 2014**

(65) **Prior Publication Data**

US 2015/0066627 A1    Mar. 5, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 14/016,757, filed on Sep. 3, 2013, now Pat. No. 8,886,536, which is a continuation of application No. 13/371,870, filed on Feb. 13, 2012, now Pat. No. 8,527,274, which is a

(Continued)

(51) **Int. Cl.**
| | | |
|---|---|---|
| *G10L 15/18* | (2013.01) | |
| *G06Q 30/02* | (2012.01) | |

(Continued)

(52) **U.S. Cl.**
CPC .......... *G06Q 30/0251* (2013.01); *G06F 17/275* (2013.01); *G06Q 30/0241* (2013.01); *G06Q 30/0242* (2013.01); *G10L 15/18* (2013.01); *G10L 15/26* (2013.01); *G10L 15/265* (2013.01)

(58) **Field of Classification Search**
CPC ....................................................... G10L 15/18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,430,669 A | 2/1984 | Cheung | ........................ | 358/122 |
| 4,821,027 A | 4/1989 | Mallory et al. | ............... | 340/521 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1 320 043 A2 | 6/2003 | |
| EP | 1 646 037 | 4/2006 | |

(Continued)

OTHER PUBLICATIONS

Reuters, "IBM to Enable Honda Drivers to Talk to Cars", Charles Schwab & Co., Inc., Jul. 28, 2002, 1 page.

(Continued)

*Primary Examiner* — Brian Albertalli
(74) *Attorney, Agent, or Firm* — Sheppard Mullin Richter & Hampton LLP

(57)    **ABSTRACT**

The system and method described herein may use various natural language models to deliver targeted advertisements and/or provide natural language processing based on advertisements. In one implementation, an advertisement associated with a product or service may be provided for presentation to a user. A natural language utterance of the user may be received. The natural language utterance may be interpreted based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, a determination of whether the pronoun refers to one or more of the product or service or a provider of the product or service may be effectuated.

**23 Claims, 3 Drawing Sheets**



US 9,269,097 B2

Page 2

### Related U.S. Application Data

continuation of application No. 12/847,564, filed on Jul. 30, 2010, now Pat. No. 8,145,489, which is a continuation of application No. 11/671,526, filed on Feb. 6, 2007, now Pat. No. 7,818,176.

(51) **Int. Cl.**
　　**G10L 15/26**　　　　(2006.01)
　　**G06F 17/27**　　　　(2006.01)

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,829,423 A | 5/1989 | Tennant et al. | 364/200 |
| 4,910,784 A | 3/1990 | Doddington et al. | 381/43 |
| 5,027,406 A | 6/1991 | Roberts et al. | 381/43 |
| 5,155,743 A | 10/1992 | Jacobs | 375/28 |
| 5,164,904 A | 11/1992 | Sumner | 364/436 |
| 5,208,748 A | 5/1993 | Flores et al. | 364/419 |
| 5,274,560 A | 12/1993 | LaRue | 364/444 |
| 5,357,596 A | 10/1994 | Takebayashi et al. | 395/2.84 |
| 5,377,350 A | 12/1994 | Skinner | 395/600 |
| 5,386,556 A | 1/1995 | Hedin et al. | 395/600 |
| 5,424,947 A | 6/1995 | Nagao et al. | 364/419.08 |
| 5,471,318 A | 11/1995 | Ahuja et al. | 358/400 |
| 5,475,733 A | 12/1995 | Eisdorfer et al. | 379/52 |
| 5,488,652 A | 1/1996 | Bielby et al. | 379/88 |
| 5,499,289 A | 3/1996 | Bruno et al. | 379/220 |
| 5,500,920 A | 3/1996 | Kupiec | 395/2.79 |
| 5,517,560 A | 5/1996 | Greenspan | 379/114 |
| 5,533,108 A | 7/1996 | Harris et al. | 379/201 |
| 5,537,436 A | 7/1996 | Bottoms et al. | 375/222 |
| 5,539,744 A | 7/1996 | Chu et al. | 370/60 |
| 5,557,667 A | 9/1996 | Bruno et al. | 379/201 |
| 5,559,864 A | 9/1996 | Kennedy, Jr. | 379/59 |
| 5,563,937 A | 10/1996 | Bruno et al. | 379/201 |
| 5,577,165 A | 11/1996 | Takebayashi et al. | 395/2.84 |
| 5,590,039 A | 12/1996 | Ikeda et al. | 395/759 |
| 5,608,635 A | 3/1997 | Tamai | 364/449.3 |
| 5,617,407 A | 4/1997 | Bareis | 369/275.3 |
| 5,633,922 A | 5/1997 | August et al. | 379/220 |
| 5,634,086 A | 5/1997 | Rtischev et al. | 395/2.79 |
| 5,652,570 A | 7/1997 | Lepkofker | 340/573 |
| 5,675,629 A | 10/1997 | Raffel et al. | 379/58 |
| 5,696,965 A | 12/1997 | Dedrick | 395/610 |
| 5,708,422 A | 1/1998 | Blonder et al. | 340/825.34 |
| 5,721,938 A | 2/1998 | Stuckey | 395/754 |
| 5,722,084 A | 2/1998 | Chakrin et al. | 455/551 |
| 5,740,256 A | 4/1998 | Castello Da Costa et al. | 361/94.7 |
| 5,742,763 A | 4/1998 | Jones | 395/200.3 |
| 5,748,841 A | 5/1998 | Morin et al. | 395/2.66 |
| 5,748,974 A | 5/1998 | Johnson | 395/759 |
| 5,752,052 A | 5/1998 | Richardson et al. | 395/759 |
| 5,754,784 A | 5/1998 | Garland et al. | 395/200.49 |
| 5,761,631 A | 6/1998 | Nasukawa | 704/9 |
| 5,774,841 A | 6/1998 | Salazar et al. | 704/225 |
| 5,774,859 A | 6/1998 | Houser et al. | 704/275 |
| 5,794,050 A | 8/1998 | Dahlgren et al. | 395/708 |
| 5,794,196 A | 8/1998 | Yegnanarayanan et al. | 704/255 |
| 5,797,112 A | 8/1998 | Komatsu et al. | 701/201 |
| 5,799,276 A | 8/1998 | Komissarchik et al. | 704/251 |
| 5,802,510 A | 9/1998 | Jones | 707/2 |
| 5,832,221 A | 11/1998 | Jones | 375/200.36 |
| 5,839,107 A | 11/1998 | Gupta et al. | 704/270 |
| 5,848,396 A | 12/1998 | Gerace | 705/10 |
| 5,855,000 A | 12/1998 | Waibel et al. | 704/235 |
| 5,867,817 A | 2/1999 | Catallo et al. | 704/255 |
| 5,878,385 A | 3/1999 | Bralich et al. | 704/9 |
| 5,878,386 A | 3/1999 | Coughlin | 704/10 |
| 5,892,813 A | 4/1999 | Morin et al. | 379/88.01 |
| 5,892,900 A | 4/1999 | Ginter et al. | 395/186 |
| 5,895,464 A | 4/1999 | Bhandari et al. | 707/3 |
| 5,895,466 A | 4/1999 | Goldberg et al. | 707/5 |
| 5,897,613 A | 4/1999 | Chan | 704/210 |
| 5,902,347 A | 5/1999 | Backman et al. | 701/200 |
| 5,911,120 A | 6/1999 | Jarett et al. | 455/417 |
| 5,918,222 A | 6/1999 | Fukui et al. | 707/1 |
| 5,926,784 A | 7/1999 | Richardson et al. | 704/9 |
| 5,933,822 A | 8/1999 | Braden-Harder et al. | 707/5 |
| 5,950,167 A | 9/1999 | Yaker | 704/275 |
| 5,953,393 A | 9/1999 | Culbreth et al. | 379/88.25 |
| 5,960,397 A | 9/1999 | Rahim | 704/244 |
| 5,960,399 A | 9/1999 | Barclay et al. | 704/270 |
| 5,960,447 A | 9/1999 | Holt et al. | 707/500 |
| 5,963,894 A | 10/1999 | Richardson et al. | 704/9 |
| 5,963,940 A | 10/1999 | Liddy et al. | 707/5 |
| 5,987,404 A | 11/1999 | Della Pietra et al. | 704/9 |
| 5,991,721 A | 11/1999 | Asano et al. | 704/257 |
| 5,995,119 A | 11/1999 | Cosatto et al. | 345/473 |
| 5,995,928 A | 11/1999 | Nguyen et al. | 704/251 |
| 5,995,943 A | 11/1999 | Bull | |
| 6,009,382 A | 12/1999 | Martino et al. | 704/1 |
| 6,014,559 A | 1/2000 | Amin | 455/413 |
| 6,018,708 A | 1/2000 | Dahan et al. | 704/244 |
| 6,021,384 A | 2/2000 | Gorin et al. | 704/1 |
| 6,028,514 A | 2/2000 | Lemelson et al. | 340/539 |
| 6,035,267 A | 3/2000 | Watanabe et al. | 704/1 |
| 6,044,347 A | 3/2000 | Abella et al. | 704/272 |
| 6,049,602 A | 4/2000 | Foladare et al. | 379/265 |
| 6,049,607 A | 4/2000 | Marash et al. | 379/410 |
| 6,058,187 A | 5/2000 | Chen | 380/21 |
| 6,067,513 A | 5/2000 | Ishimitsu | 704/233 |
| 6,076,059 A | 6/2000 | Glickman et al. | 704/260 |
| 6,078,886 A | 6/2000 | Dragosh et al. | 704/270 |
| 6,081,774 A | 6/2000 | De Hita et al. | 704/9 |
| 6,085,186 A | 7/2000 | Christianson et al. | 707/3 |
| 6,101,241 A | 8/2000 | Boyce et al. | 379/88.01 |
| 6,108,631 A | 8/2000 | Ruhl | 704/270 |
| 6,119,087 A | 9/2000 | Kuhn et al. | 704/270 |
| 6,119,101 A | 9/2000 | Peckover | |
| 6,122,613 A | 9/2000 | Baker | 704/235 |
| 6,134,235 A | 10/2000 | Goldman et al. | 370/352 |
| 6,144,667 A | 11/2000 | Doshi et al. | 370/401 |
| 6,144,938 A | 11/2000 | Surace et al. | 704/257 |
| 6,154,526 A | 11/2000 | Dahlke et al. | 379/88.03 |
| 6,160,883 A | 12/2000 | Jackson et al. | 379/230 |
| 6,167,377 A | 12/2000 | Gillick et al. | 704/240 |
| 6,173,266 B1 | 1/2001 | Marx et al. | 704/270 |
| 6,173,279 B1 | 1/2001 | Levin et al. | 707/5 |
| 6,175,858 B1 | 1/2001 | Bulfer et al. | 709/206 |
| 6,185,535 B1 | 2/2001 | Hedin et al. | 704/270 |
| 6,188,982 B1 | 2/2001 | Chiang | 704/256 |
| 6,192,110 B1 | 2/2001 | Abella et al. | 379/88.01 |
| 6,192,338 B1 | 2/2001 | Haszto et al. | 704/257 |
| 6,195,634 B1 | 2/2001 | Dudemaine et al. | 704/231 |
| 6,195,651 B1 | 2/2001 | Handel et al. | 707/2 |
| 6,199,043 B1 | 3/2001 | Happ | 704/272 |
| 6,208,964 B1 | 3/2001 | Sabourin | 704/244 |
| 6,208,972 B1 | 3/2001 | Grant et al. | 704/275 |
| 6,219,346 B1 | 4/2001 | Maxemchuk | 370/338 |
| 6,219,643 B1 | 4/2001 | Cohen et al. | 704/257 |
| 6,226,612 B1 | 5/2001 | Srenger et al. | 704/256 |
| 6,233,556 B1 | 5/2001 | Teunen et al. | 704/250 |
| 6,233,559 B1 | 5/2001 | Balakrishnan | 704/275 |
| 6,233,561 B1 | 5/2001 | Junqua et al. | 704/277 |
| 6,236,968 B1 | 5/2001 | Kanevsky et al. | 704/275 |
| 6,246,981 B1 | 6/2001 | Papineni et al. | 704/235 |
| 6,246,990 B1 | 6/2001 | Happ | 704/275 |
| 6,266,636 B1 | 7/2001 | Kosaka et al. | 704/244 |
| 6,269,336 B1 | 7/2001 | Ladd et al. | 704/270 |
| 6,272,455 B1 | 8/2001 | Hoshen et al. | 704/1 |
| 6,275,231 B1 | 8/2001 | Obradovich | 345/349 |
| 6,278,377 B1 | 8/2001 | DeLine et al. | 340/815.4 |
| 6,278,968 B1 | 8/2001 | Franz et al. | 704/3 |
| 6,286,002 B1 | 9/2001 | Axaopoulos | |
| 6,288,319 B1 | 9/2001 | Catona | 84/609 |
| 6,292,767 B1 | 9/2001 | Jackson et al. | 704/1 |
| 6,301,560 B1 | 10/2001 | Masters | 704/251 |
| 6,308,151 B1 | 10/2001 | Smith | 704/235 |
| 6,311,159 B1 | 10/2001 | Van Tichelen et al. | 704/275 |
| 6,314,402 B1 | 11/2001 | Monaco et al. | 704/275 |
| 6,321,196 B1 | 11/2001 | Franceschi | 704/243 |
| 6,356,869 B1 | 3/2002 | Chapados et al. | 704/275 |

US 9,269,097 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,362,748 B1 | 3/2002 | Huang | 340/901 |
| 6,366,882 B1 | 4/2002 | Bijl et al. | 704/235 |
| 6,366,886 B1 | 4/2002 | Dragosh et al. | 704/270.1 |
| 6,374,214 B1 | 4/2002 | Friedland et al. | 704/235 |
| 6,377,913 B1 | 4/2002 | Coffman et al. | 704/8 |
| 6,381,535 B1 | 4/2002 | Durocher et al. | 701/202 |
| 6,385,596 B1 | 5/2002 | Wiser et al. | 705/51 |
| 6,385,646 B1 | 5/2002 | Brown et al. | 709/217 |
| 6,393,403 B1 | 5/2002 | Majaniemi | 704/275 |
| 6,393,428 B1 | 5/2002 | Miller et al. | 707/102 |
| 6,397,181 B1 | 5/2002 | Li et al. | 704/256 |
| 6,404,878 B1 | 6/2002 | Jackson et al. | 379/221.01 |
| 6,405,170 B1 | 6/2002 | Phillips et al. | 704/270 |
| 6,408,272 B1 | 6/2002 | White et al. | 704/270.1 |
| 6,411,810 B1 | 6/2002 | Maxemchuk | 455/453 |
| 6,411,893 B2 | 6/2002 | Ruhl | 701/207 |
| 6,415,257 B1 | 7/2002 | Junqua et al. | 704/275 |
| 6,418,210 B1 | 7/2002 | Sayko | 379/142.15 |
| 6,420,975 B1 | 7/2002 | DeLine et al. | 340/815.4 |
| 6,429,813 B2 | 8/2002 | Feigen | 342/357.13 |
| 6,430,285 B1 | 8/2002 | Bauer et al. | 379/265.01 |
| 6,430,531 B1 | 8/2002 | Polish | 704/257 |
| 6,434,523 B1 | 8/2002 | Monaco | 704/257 |
| 6,434,524 B1 | 8/2002 | Weber | 704/257 |
| 6,434,529 B1 | 8/2002 | Walker et al. | 704/275 |
| 6,442,522 B1 | 8/2002 | Carberry et al. | 704/257 |
| 6,446,114 B1 | 9/2002 | Bulfer et al. | 709/206 |
| 6,453,153 B1 | 9/2002 | Bowker et al. | 455/67.4 |
| 6,453,292 B2 | 9/2002 | Ramaswamy et al. | 704/235 |
| 6,456,711 B1 | 9/2002 | Cheung et al. | 379/265.09 |
| 6,456,974 B1 | 9/2002 | Baker et al. | 704/270.1 |
| 6,466,654 B1 | 10/2002 | Cooper et al. | 379/88.01 |
| 6,466,899 B1 | 10/2002 | Yano et al. | 704/1 |
| 6,470,315 B1 | 10/2002 | Netsch et al. | 704/256 |
| 6,487,494 B2 | 11/2002 | Odinak et al. | 701/202 |
| 6,487,495 B1 | 11/2002 | Gale et al. | 701/209 |
| 6,498,797 B1 | 12/2002 | Anerousis et al. | 370/522 |
| 6,499,013 B1 | 12/2002 | Weber | 704/257 |
| 6,501,833 B2 | 12/2002 | Phillips et al. | 379/88.07 |
| 6,501,834 B1 | 12/2002 | Milewski et al. | 379/93.24 |
| 6,505,155 B1 | 1/2003 | Vanbuskirk et al. | 704/246 |
| 6,510,417 B1 | 1/2003 | Woods et al. | 704/275 |
| 6,513,006 B2 | 1/2003 | Howard et al. | 704/257 |
| 6,522,746 B1 | 2/2003 | Marchok et al. | 379/406.03 |
| 6,523,061 B1 | 2/2003 | Halverson et al. | 709/202 |
| 6,532,444 B1 | 3/2003 | Weber | 704/257 |
| 6,539,348 B1 | 3/2003 | Bond et al. | 704/9 |
| 6,549,629 B2 | 4/2003 | Finn et al. | 381/92 |
| 6,553,372 B1 | 4/2003 | Brassell et al. | 707/5 |
| 6,556,970 B1 | 4/2003 | Sasaki et al. | 704/257 |
| 6,556,973 B1 | 4/2003 | Lewin | 704/277 |
| 6,560,576 B1 | 5/2003 | Cohen et al. | 704/270 |
| 6,560,590 B1 | 5/2003 | Shwe et al. | 706/55 |
| 6,567,778 B1 | 5/2003 | Chao Chang et al. | 704/257 |
| 6,567,797 B1 | 5/2003 | Schuetze et al. | 707/2 |
| 6,570,555 B1 | 5/2003 | Prevost et al. | 345/156 |
| 6,570,964 B1 | 5/2003 | Murveit et al. | 379/67.1 |
| 6,571,279 B1 | 5/2003 | Herz et al. | 709/217 |
| 6,574,597 B1 | 6/2003 | Mohri et al. | 704/251 |
| 6,574,624 B1 | 6/2003 | Johnson et al. | 707/5 |
| 6,578,022 B1 | 6/2003 | Foulger et al. | 706/45 |
| 6,581,103 B1 | 6/2003 | Dengler | 709/231 |
| 6,584,439 B1 | 6/2003 | Geilhufe et al. | 704/270 |
| 6,587,858 B1 | 7/2003 | Strazza | 707/102 |
| 6,591,239 B1 | 7/2003 | McCall et al. | 704/275 |
| 6,594,257 B1 | 7/2003 | Doshi et al. | 370/352 |
| 6,594,367 B1 | 7/2003 | Marash et al. | 381/92 |
| 6,598,018 B1 | 7/2003 | Junqua | 704/251 |
| 6,601,026 B2 | 7/2003 | Appelt et al. | 704/9 |
| 6,604,075 B1 | 8/2003 | Brown et al. | 704/270.1 |
| 6,604,077 B2 | 8/2003 | Dragosh et al. | 704/270.1 |
| 6,606,598 B1 | 8/2003 | Holthouse et al. | 704/275 |
| 6,611,692 B2 | 8/2003 | Raffel et al. | 455/552 |
| 6,614,773 B1 | 9/2003 | Maxemchuk | 370/337 |
| 6,615,172 B1 | 9/2003 | Bennett et al. | 704/257 |
| 6,622,119 B1 | 9/2003 | Ramaswamy et al. | 704/9 |
| 6,629,066 B1 | 9/2003 | Jackson et al. | 704/9 |
| 6,631,346 B1 | 10/2003 | Karaorman et al. | 704/9 |
| 6,631,351 B1 | 10/2003 | Ramachandran et al. | 704/270 |
| 6,633,846 B1 | 10/2003 | Bennett et al. | 704/257 |
| 6,636,790 B1 | 10/2003 | Lightner et al. | 701/33 |
| 6,643,620 B1 | 11/2003 | Contolini et al. | 704/270 |
| 6,647,363 B2 | 11/2003 | Claassen | 704/1 |
| 6,650,747 B1 | 11/2003 | Bala et al. | 379/265.06 |
| 6,658,388 B1 | 12/2003 | Kleindienst et al. | 704/275 |
| 6,678,680 B1 | 1/2004 | Woo | 707/6 |
| 6,681,206 B1 | 1/2004 | Gorin et al. | 704/243 |
| 6,691,151 B1 | 2/2004 | Cheyer et al. | 709/202 |
| 6,701,294 B1 | 3/2004 | Ball et al. | 704/257 |
| 6,704,396 B2 | 3/2004 | Parolkar et al. | 379/88.17 |
| 6,704,576 B1 | 3/2004 | Brachman et al. | 455/503 |
| 6,704,708 B1 | 3/2004 | Pickering | 704/235 |
| 6,707,421 B1 | 3/2004 | Drury et al. | 342/357.1 |
| 6,708,150 B1 | 3/2004 | Hirayama et al. | 704/243 |
| 6,721,001 B1 | 4/2004 | Berstis | 348/231.3 |
| 6,721,633 B2 | 4/2004 | Funk et al. | 701/1 |
| 6,721,706 B1 | 4/2004 | Strubbe et al. | 704/275 |
| 6,726,636 B2 | 4/2004 | Der Ghazarian et al. | 600/532 |
| 6,735,592 B1 | 5/2004 | Neumann et al. | 707/101 |
| 6,739,556 B1 | 5/2004 | Langston | 244/189 |
| 6,741,931 B1 | 5/2004 | Kohut et al. | 701/209 |
| 6,742,021 B1 | 5/2004 | Halverson et al. | 709/218 |
| 6,745,161 B1 | 6/2004 | Arnold et al. | 704/7 |
| 6,751,591 B1 | 6/2004 | Gorin et al. | 704/257 |
| 6,751,612 B1 | 6/2004 | Schuetze et al. | 707/4 |
| 6,754,485 B1 | 6/2004 | Obradovich et al. | 455/414.1 |
| 6,754,627 B2 | 6/2004 | Woodward | 704/235 |
| 6,757,544 B2 | 6/2004 | Rangarajan et al. | 455/456.1 |
| 6,757,718 B1 | 6/2004 | Halverson et al. | 709/218 |
| 6,795,808 B1 | 9/2004 | Strubbe et al. | 704/275 |
| 6,801,604 B2 | 10/2004 | Maes et al. | 379/88.17 |
| 6,801,893 B1 | 10/2004 | Backfried et al. | 704/257 |
| 6,813,341 B1 | 11/2004 | Mahoney | 379/88.01 |
| 6,829,603 B1 | 12/2004 | Chai et al. | 707/5 |
| 6,832,230 B1 | 12/2004 | Zilliacus et al. | 707/203 |
| 6,833,848 B1 | 12/2004 | Wolff et al. | 345/719 |
| 6,850,603 B1 | 2/2005 | Eberle et al. | 379/88.16 |
| 6,856,990 B2 | 2/2005 | Barile et al. | 707/10 |
| 6,865,481 B2 | 3/2005 | Kawazoe et al. | 701/211 |
| 6,868,380 B2 | 3/2005 | Kroeker | 704/240 |
| 6,868,385 B1 | 3/2005 | Gerson | 704/275 |
| 6,873,837 B1 | 3/2005 | Yoshioka et al. | 455/321 |
| 6,877,001 B2 | 4/2005 | Wolf et al. | 707/3 |
| 6,877,134 B1 | 4/2005 | Fuller et al. | 715/500.1 |
| 6,901,366 B1 | 5/2005 | Kuhn et al. | 704/275 |
| 6,910,003 B1 | 6/2005 | Arnold et al. | 704/4 |
| 6,912,498 B2 | 6/2005 | Stevens et al. | 704/235 |
| 6,915,126 B2 | 7/2005 | Mazzara, Jr. | 455/411 |
| 6,928,614 B1 | 8/2005 | Everhart | 715/728 |
| 6,934,756 B2 | 8/2005 | Maes | 709/227 |
| 6,937,977 B2 | 8/2005 | Gerson | 704/201 |
| 6,937,982 B2 | 8/2005 | Kitaoka et al. | 704/252 |
| 6,941,266 B1 | 9/2005 | Gorin et al. | 704/257 |
| 6,944,594 B2 | 9/2005 | Busayapongchai et al. | 704/275 |
| 6,950,821 B2 | 9/2005 | Faybishenko et al. | 707/10 |
| 6,954,755 B2 | 10/2005 | Reisman | 707/10 |
| 6,959,276 B2 | 10/2005 | Droppo et al. | 704/226 |
| 6,961,700 B2 | 11/2005 | Mitchell et al. | 704/235 |
| 6,963,759 B1 | 11/2005 | Gerson | 455/563 |
| 6,964,023 B2 | 11/2005 | Maes et al. | 715/811 |
| 6,968,311 B2 | 11/2005 | Knockeart et al. | 704/270 |
| 6,973,387 B2 | 12/2005 | Masclet et al. | 701/211 |
| 6,975,993 B1 | 12/2005 | Keiller | 704/275 |
| 6,980,092 B2 | 12/2005 | Turnbull et al. | 340/425.5 |
| 6,983,055 B2 | 1/2006 | Luo | 381/313 |
| 6,990,513 B2 | 1/2006 | Belfiore et al. | 709/203 |
| 6,996,531 B2 | 2/2006 | Korall et al. | 704/270 |
| 7,003,463 B1 | 2/2006 | Maes et al. | 704/270.1 |
| 7,016,849 B2 | 3/2006 | Arnold et al. | 704/275 |
| 7,020,609 B2 | 3/2006 | Thrift et al. | 704/270.1 |
| 7,024,364 B2 | 4/2006 | Guerra et al. | 704/270 |
| 7,027,586 B2 | 4/2006 | Bushey et al. | 379/265.09 |
| 7,027,975 B1 | 4/2006 | Pazandak et al. | 704/9 |
| 7,035,415 B2 | 4/2006 | Belt et al. | 381/92 |

## US 9,269,097 B2

Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,036,128 | B1 | 4/2006 | Julia et al. | 719/317 |
| 7,043,425 | B2 | 5/2006 | Pao | 704/211 |
| 7,054,817 | B2 | 5/2006 | Shao | 704/270 |
| 7,058,890 | B2 | 6/2006 | George et al. | 715/728 |
| 7,062,488 | B1 | 6/2006 | Reisman | 707/8 |
| 7,069,220 | B2 | 6/2006 | Coffman et al. | 704/275 |
| 7,072,834 | B2 | 7/2006 | Zhou | 704/244 |
| 7,076,362 | B2 | 7/2006 | Ohtsuji et al. | 701/211 |
| 7,082,469 | B2 | 7/2006 | Gold et al. | 709/231 |
| 7,085,708 | B2 | 8/2006 | Manson | 704/9 |
| 7,092,928 | B1 | 8/2006 | Elad et al. | 706/60 |
| 7,107,210 | B2 | 9/2006 | Deng et al. | 704/226 |
| 7,107,218 | B1 | 9/2006 | Preston | 704/270 |
| 7,110,951 | B1 | 9/2006 | Lemelson et al. | 704/270 |
| 7,127,395 | B1 | 10/2006 | Gorin et al. | 704/257 |
| 7,127,400 | B2 | 10/2006 | Koch | 704/270.1 |
| 7,130,390 | B2 | 10/2006 | Abburi | 379/88.17 |
| 7,136,875 | B2 | 11/2006 | Anderson et al. | 707/104.1 |
| 7,137,126 | B1 | 11/2006 | Coffman et al. | 719/328 |
| 7,143,037 | B1 | 11/2006 | Chestnut | 704/251 |
| 7,143,039 | B1 | 11/2006 | Stifelman et al. | 704/270 |
| 7,146,319 | B2 | 12/2006 | Hunt | 704/254 |
| 7,149,696 | B2 | 12/2006 | Shimizu et al. | 705/1 |
| 7,165,028 | B2 | 1/2007 | Gong | 704/233 |
| 7,170,993 | B2 | 1/2007 | Anderson et al. | 379/265.09 |
| 7,171,291 | B2 | 1/2007 | Obradovich | 701/29 |
| 7,174,300 | B2 | 2/2007 | Bush | 704/275 |
| 7,177,798 | B2 | 2/2007 | Hsu et al. | 704/9 |
| 7,184,957 | B2 | 2/2007 | Brookes et al. | 704/246 |
| 7,190,770 | B2 | 3/2007 | Ando et al. | 379/88.01 |
| 7,197,069 | B2 | 3/2007 | Agazzi et al. | 375/233 |
| 7,197,460 | B1 | 3/2007 | Gupta et al. | 704/270.1 |
| 7,203,644 | B2 | 4/2007 | Anderson et al. | 704/246 |
| 7,206,418 | B2 | 4/2007 | Yang et al. | 381/92 |
| 7,207,011 | B2 | 4/2007 | Mulvey et al. | 715/812 |
| 7,215,941 | B2 | 5/2007 | Beckmann et al. | 455/404.1 |
| 7,228,276 | B2 | 6/2007 | Omote et al. | 704/243 |
| 7,231,343 | B1 | 6/2007 | Treadgold et al. | 704/9 |
| 7,236,923 | B1 | 6/2007 | Gupta | 704/9 |
| 7,254,482 | B2 | 8/2007 | Kawasaki et al. | 701/211 |
| 7,272,212 | B2 | 9/2007 | Eberle et al. | 379/88.17 |
| 7,277,854 | B2 | 10/2007 | Bennett et al. | 704/257 |
| 7,283,829 | B2 | 10/2007 | Christenson et al. | 455/461 |
| 7,283,951 | B2 | 10/2007 | Marchisio et al. | 704/9 |
| 7,289,606 | B2 | 10/2007 | Sibal et al. | 379/52 |
| 7,299,186 | B2 | 11/2007 | Kuzunuki et al. | 704/270.1 |
| 7,301,093 | B2 | 11/2007 | Sater et al. | 84/615 |
| 7,305,381 | B1 | 12/2007 | Poppink et al. | |
| 7,321,850 | B2 | 1/2008 | Wakita | 704/10 |
| 7,328,155 | B2 | 2/2008 | Endo et al. | 704/251 |
| 7,337,116 | B2 | 2/2008 | Charlesworth et al. | 704/254 |
| 7,340,040 | B1 | 3/2008 | Saylor et al. | 379/67.1 |
| 7,366,285 | B2 | 4/2008 | Parolkar et al. | 379/88.17 |
| 7,366,669 | B2 | 4/2008 | Nishitani et al. | 704/256 |
| 7,376,645 | B2 | 5/2008 | Bernard | 707/3 |
| 7,386,443 | B1 | 6/2008 | Parthasarathy et al. | 704/201 |
| 7,398,209 | B2 | 7/2008 | Kennewick et al. | 704/255 |
| 7,406,421 | B2 | 7/2008 | Odinak et al. | 704/275 |
| 7,415,414 | B2 | 8/2008 | Azara et al. | 704/270 |
| 7,421,393 | B1 | 9/2008 | Di Fabbrizio et al. | 704/275 |
| 7,424,431 | B2 | 9/2008 | Greene et al. | 704/270 |
| 7,447,635 | B1 | 11/2008 | Konopka et al. | 704/275 |
| 7,451,088 | B1 | 11/2008 | Ehlen et al. | 704/270.1 |
| 7,454,608 | B2 | 11/2008 | Gopalakrishnan et al. | 713/100 |
| 7,461,059 | B2 | 12/2008 | Richardson et al. | 707/5 |
| 7,472,020 | B2 | 12/2008 | Brulle-Drews | 701/211 |
| 7,472,060 | B1 | 12/2008 | Gorin et al. | 704/240 |
| 7,472,075 | B2 | 12/2008 | Odinak et al. | 705/26 |
| 7,477,909 | B2 | 1/2009 | Roth | 455/466 |
| 7,478,036 | B2 | 1/2009 | Shen et al. | 704/9 |
| 7,487,088 | B1 | 2/2009 | Gorin et al. | 704/240 |
| 7,487,110 | B2 | 2/2009 | Bennett et al. | 705/26 |
| 7,493,259 | B2 | 2/2009 | Jones et al. | 704/257 |
| 7,493,559 | B1 | 2/2009 | Wolff et al. | 715/727 |
| 7,502,672 | B1 | 3/2009 | Kolls | 701/29 |
| 7,502,738 | B2 | 3/2009 | Kennewick et al. | 704/257 |
| 7,516,076 | B2 | 4/2009 | Walker et al. | 704/275 |
| 7,529,675 | B2 | 5/2009 | Maes | 704/270.1 |
| 7,536,297 | B2 | 5/2009 | Byrd et al. | 704/10 |
| 7,536,374 | B2 | 5/2009 | Au | 706/55 |
| 7,542,894 | B2 | 6/2009 | Murata | 704/9 |
| 7,546,382 | B2 | 6/2009 | Healey et al. | 709/246 |
| 7,548,491 | B2 | 6/2009 | Macfarlane | 367/198 |
| 7,552,054 | B1 | 6/2009 | Stifelman et al. | 704/270 |
| 7,558,730 | B2 | 7/2009 | Davis et al. | 704/235 |
| 7,574,362 | B2 | 8/2009 | Walker et al. | 704/275 |
| 7,577,244 | B2 | 8/2009 | Taschereau | 379/218.01 |
| 7,606,708 | B2 | 10/2009 | Hwang | 704/257 |
| 7,620,549 | B2 | 11/2009 | Di Cristo et al. | 704/257 |
| 7,634,409 | B2 | 12/2009 | Kennewick et al. | 704/257 |
| 7,640,006 | B2 | 12/2009 | Portman et al. | 455/412.1 |
| 7,640,160 | B2 | 12/2009 | Di Cristo et al. | 704/257 |
| 7,640,272 | B2 | 12/2009 | Mahajan et al. | 707/104.1 |
| 7,676,365 | B2 | 3/2010 | Hwang et al. | 704/240 |
| 7,676,369 | B2 | 3/2010 | Fujimoto et al. | 704/270 |
| 7,684,977 | B2 | 3/2010 | Morikawa | 704/211 |
| 7,693,720 | B2 | 4/2010 | Kennewick et al. | 704/275 |
| 7,729,916 | B2 | 6/2010 | Coffman et al. | 704/270 |
| 7,729,918 | B2 | 6/2010 | Walker et al. | 704/275 |
| 7,729,920 | B2 | 6/2010 | Chaar et al. | 704/275 |
| 7,734,287 | B2 | 6/2010 | Ying | 455/423 |
| 7,748,021 | B2 | 6/2010 | Obradovich | 725/105 |
| 7,788,084 | B2 | 8/2010 | Brun et al. | 704/7 |
| 7,792,257 | B1 | 9/2010 | Vanier | |
| 7,801,731 | B2 | 9/2010 | Odinak et al. | 704/275 |
| 7,809,570 | B2 | 10/2010 | Kennewick et al. | 704/257 |
| 7,818,176 | B2 | 10/2010 | Freeman et al. | 704/270 |
| 7,831,426 | B2 | 11/2010 | Bennett | 704/252 |
| 7,831,433 | B1 | 11/2010 | Belvin et al. | 704/275 |
| 7,856,358 | B2 | 12/2010 | Ho | 704/270 |
| 7,873,519 | B2 | 1/2011 | Bennett | 704/257 |
| 7,873,523 | B2 | 1/2011 | Potter et al. | 704/275 |
| 7,873,654 | B2 | 1/2011 | Bernard | 707/769 |
| 7,881,936 | B2 | 2/2011 | Longe et al. | 704/257 |
| 7,890,324 | B2 | 2/2011 | Bangalore et al. | 704/231 |
| 7,894,849 | B2 | 2/2011 | Kass et al. | 455/550.1 |
| 7,902,969 | B2 | 3/2011 | Obradovich | 340/439 |
| 7,917,367 | B2 | 3/2011 | Di Cristo et al. | 704/270.1 |
| 7,920,682 | B2 | 4/2011 | Byrne et al. | 379/88.18 |
| 7,949,529 | B2 | 5/2011 | Weider et al. | 704/270 |
| 7,949,537 | B2 | 5/2011 | Walker et al. | 704/275 |
| 7,953,732 | B2 | 5/2011 | Frank et al. | 707/724 |
| 7,974,875 | B1 | 7/2011 | Quilici et al. | 705/14.4 |
| 7,983,917 | B2 | 7/2011 | Kennewick et al. | 704/257 |
| 7,984,287 | B2 | 7/2011 | Gopalakrishnan et al. | 713/100 |
| 8,005,683 | B2 | 8/2011 | Tessel et al. | 704/275 |
| 8,015,006 | B2 | 9/2011 | Kennewick et al. | 704/236 |
| 8,060,367 | B2 | 11/2011 | Keaveney | 704/247 |
| 8,069,046 | B2 | 11/2011 | Kennewick et al. | 704/257 |
| 8,073,681 | B2 | 12/2011 | Baldwin et al. | 704/9 |
| 8,077,975 | B2 | 12/2011 | Ma et al. | 382/187 |
| 8,082,153 | B2 | 12/2011 | Coffman et al. | 704/270 |
| 8,086,463 | B2 | 12/2011 | Ativanichayaphong et al. | 704/275 |
| 8,112,275 | B2 | 2/2012 | Kennewick et al. | 704/240 |
| 8,140,327 | B2 | 3/2012 | Kennewick et al. | 704/226 |
| 8,140,335 | B2 | 3/2012 | Kennewick et al. | 704/257 |
| 8,145,489 | B2 | 3/2012 | Freeman et al. | 704/257 |
| 8,150,694 | B2 | 4/2012 | Kennewick et al. | 704/257 |
| 8,155,962 | B2 | 4/2012 | Kennewick et al. | 704/257 |
| 8,170,867 | B2 | 5/2012 | Germain | 704/9 |
| 8,195,468 | B2 | 6/2012 | Weider et al. | 704/275 |
| 8,200,485 | B1 | 6/2012 | Lee et al. | 704/231 |
| 8,219,399 | B2 | 7/2012 | Lutz et al. | 704/270 |
| 8,219,599 | B2 | 7/2012 | Tunstall-Pedoe | 707/955 |
| 8,224,652 | B2 | 7/2012 | Wang et al. | 704/275 |
| 8,255,224 | B2 | 8/2012 | Singleton et al. | 704/275 |
| 8,326,627 | B2 | 12/2012 | Kennewick et al. | 704/257 |
| 8,326,634 | B2 | 12/2012 | Di Cristo et al. | 704/270.1 |
| 8,326,637 | B2 | 12/2012 | Baldwin et al. | 704/275 |
| 8,332,224 | B2 | 12/2012 | Di Cristo et al. | 704/257 |
| 8,370,147 | B2 | 2/2013 | Kennewick et al. | 704/257 |
| 8,447,607 | B2 | 5/2013 | Weider et al. | 704/250 |
| 8,452,598 | B2 | 5/2013 | Kennewick et al. | 704/257 |

US 9,269,097 B2

Page 5

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,509,403 B2 | 8/2013 | Chiu et al. | 379/114.13 |
| 8,515,765 B2 | 8/2013 | Baldwin et al. | 704/275 |
| 8,527,274 B2 | 9/2013 | Freeman et al. | 704/257 |
| 8,589,161 B2 | 11/2013 | Kennewick et al. | 704/252 |
| 8,620,659 B2 | 12/2013 | Di Cristo et al. | 704/257 |
| 8,719,005 B1 * | 5/2014 | Lee | G06F 17/271 704/10 |
| 8,719,009 B2 | 5/2014 | Baldwin et al. | 704/9 |
| 8,719,026 B2 | 5/2014 | Kennewick et al. | 704/257 |
| 8,731,929 B2 | 5/2014 | Kennewick et al. | 704/257 |
| 8,738,380 B2 | 5/2014 | Baldwin et al. | 704/257 |
| 8,849,652 B2 | 9/2014 | Weider et al. | 704/9 |
| 8,849,670 B2 | 9/2014 | Di Cristo et al. | 704/270.1 |
| 8,849,696 B2 | 9/2014 | Pansari | |
| 8,886,536 B2 | 11/2014 | Freeman et al. | 704/257 |
| 8,983,839 B2 | 3/2015 | Kennewick et al. | 704/254 |
| 9,015,049 B2 | 4/2015 | Baldwin et al. | 704/257 |
| 2001/0039492 A1 | 11/2001 | Nemoto | 704/231 |
| 2001/0041980 A1 | 11/2001 | Howard et al. | 704/270 |
| 2001/0049601 A1 | 12/2001 | Kroeker et al. | 704/254 |
| 2001/0054087 A1 | 12/2001 | Flom et al. | 709/218 |
| 2002/0010584 A1 | 1/2002 | Schultz | |
| 2002/0015500 A1 | 2/2002 | Belt et al. | 381/66 |
| 2002/0022927 A1 | 2/2002 | Lemelson et al. | 701/301 |
| 2002/0029261 A1 | 3/2002 | Shibata | 709/219 |
| 2002/0032752 A1 | 3/2002 | Gold et al. | 709/218 |
| 2002/0035501 A1 | 3/2002 | Handel et al. | 705/10 |
| 2002/0040297 A1 | 4/2002 | Tsiao et al. | 704/257 |
| 2002/0049535 A1 | 4/2002 | Rigo et al. | 701/211 |
| 2002/0049805 A1 | 4/2002 | Yamada et al. | 709/202 |
| 2002/0059068 A1 | 5/2002 | Rose et al. | 704/246 |
| 2002/0065568 A1 | 5/2002 | Silfvast et al. | 700/94 |
| 2002/0067839 A1 | 6/2002 | Heinrich | 381/110 |
| 2002/0069059 A1 | 6/2002 | Smith | 704/257 |
| 2002/0069071 A1 | 6/2002 | Knockeart et al. | 704/275 |
| 2002/0073176 A1 | 6/2002 | Ikeda | |
| 2002/0082911 A1 | 6/2002 | Dunn et al. | 705/14 |
| 2002/0087312 A1 | 7/2002 | Lee et al. | 704/251 |
| 2002/0087326 A1 | 7/2002 | Lee et al. | 704/270.1 |
| 2002/0087525 A1 | 7/2002 | Abbott et al. | 707/3 |
| 2002/0107694 A1 | 8/2002 | Lerg | 704/273 |
| 2002/0120609 A1 | 8/2002 | Lang et al. | 707/1 |
| 2002/0124050 A1 | 9/2002 | Middeljans | 709/203 |
| 2002/0133354 A1 | 9/2002 | Ross et al. | 704/275 |
| 2002/0133402 A1 | 9/2002 | Faber et al. | 705/14 |
| 2002/0135618 A1 | 9/2002 | Maes et al. | 345/767 |
| 2002/0138248 A1 | 9/2002 | Corston-Oliver et al. | 704/1 |
| 2002/0143532 A1 | 10/2002 | McLean et al. | 704/235 |
| 2002/0143535 A1 | 10/2002 | Kist et al. | 704/251 |
| 2002/0152260 A1 | 10/2002 | Chen | |
| 2002/0161646 A1 | 10/2002 | Gailey et al. | 705/14 |
| 2002/0173333 A1 | 11/2002 | Buchholz et al. | 455/527 |
| 2002/0173961 A1 | 11/2002 | Guerra | 704/258 |
| 2002/0184373 A1 | 12/2002 | Maes | 709/228 |
| 2002/0188602 A1 | 12/2002 | Stubler et al. | 707/3 |
| 2002/0198714 A1 | 12/2002 | Zhou | 704/252 |
| 2003/0014261 A1 | 1/2003 | Kageyama | 704/275 |
| 2003/0016835 A1 | 1/2003 | Elko et al. | 381/92 |
| 2003/0046346 A1 | 3/2003 | Mumick et al. | 709/205 |
| 2003/0064709 A1 | 4/2003 | Gailey et al. | 455/412 |
| 2003/0065427 A1 | 4/2003 | Funk et al. | 701/1 |
| 2003/0069734 A1 | 4/2003 | Everhart | 704/275 |
| 2003/0088421 A1 | 5/2003 | Maes et al. | 704/270.1 |
| 2003/0097249 A1 | 5/2003 | Walker et al. | 704/1 |
| 2003/0110037 A1 | 6/2003 | Walker et al. | 704/257 |
| 2003/0112267 A1 | 6/2003 | Belrose | 345/728 |
| 2003/0115062 A1 | 6/2003 | Walker et al. | 704/258 |
| 2003/0120493 A1 | 6/2003 | Gupta | 704/270.1 |
| 2003/0135488 A1 | 7/2003 | Amir et al. | 707/3 |
| 2003/0144846 A1 | 7/2003 | Denenberg et al. | 704/277 |
| 2003/0158731 A1 | 8/2003 | Falcon et al. | 704/231 |
| 2003/0161448 A1 | 8/2003 | Parolkar et al. | 379/88.17 |
| 2003/0182132 A1 | 9/2003 | Niemoeller | 704/275 |
| 2003/0204492 A1 | 10/2003 | Wolf et al. | 707/3 |
| 2003/0206640 A1 | 11/2003 | Malvar et al. | 381/93 |
| 2003/0212550 A1 | 11/2003 | Ubale | 704/215 |
| 2003/0212558 A1 | 11/2003 | Matula | 704/260 |
| 2003/0212562 A1 | 11/2003 | Patel et al. | 704/275 |
| 2003/0225825 A1 | 12/2003 | Healey et al. | 709/203 |
| 2003/0236664 A1 | 12/2003 | Sharma | 704/251 |
| 2004/0006475 A1 | 1/2004 | Ehlen et al. | 704/270.1 |
| 2004/0010358 A1 | 1/2004 | Oesterling et al. | 701/49 |
| 2004/0025115 A1 | 2/2004 | Sienel et al. | 715/513 |
| 2004/0030741 A1 | 2/2004 | Wolton | |
| 2004/0044516 A1 | 3/2004 | Kennewick et al. | 704/5 |
| 2004/0098245 A1 | 5/2004 | Walker et al. | 704/1 |
| 2004/0117179 A1 | 6/2004 | Balasuriya | 704/231 |
| 2004/0117804 A1 | 6/2004 | Scahill et al. | 719/320 |
| 2004/0122674 A1 | 6/2004 | Bangalore et al. | 704/276 |
| 2004/0140989 A1 | 7/2004 | Papageorge | 345/700 |
| 2004/0158555 A1 | 8/2004 | Seedman et al. | 707/3 |
| 2004/0166832 A1 | 8/2004 | Portman et al. | 455/412.1 |
| 2004/0167771 A1 | 8/2004 | Duan et al. | 704/10 |
| 2004/0172247 A1 | 9/2004 | Yoon | |
| 2004/0172258 A1 | 9/2004 | Dominach et al. | 704/277 |
| 2004/0193408 A1 | 9/2004 | Hunt | 704/209 |
| 2004/0193420 A1 | 9/2004 | Kennewick et al. | 704/257 |
| 2004/0199375 A1 | 10/2004 | Ehsani et al. | 704/4 |
| 2004/0205671 A1 | 10/2004 | Sukehiro et al. | 715/532 |
| 2004/0243417 A9 | 12/2004 | Pitts, III et al. | 704/276 |
| 2005/0015256 A1 | 1/2005 | Kargman | 704/272 |
| 2005/0021331 A1 | 1/2005 | Huang et al. | 704/231 |
| 2005/0021334 A1 | 1/2005 | Iwahashi | 704/240 |
| 2005/0021470 A1 | 1/2005 | Martin et al. | 705/51 |
| 2005/0021826 A1 | 1/2005 | Kumar | 709/232 |
| 2005/0033574 A1 | 2/2005 | Kim et al. | 704/251 |
| 2005/0033582 A1 | 2/2005 | Gadd et al. | 704/277 |
| 2005/0043940 A1 | 2/2005 | Elder | 704/9 |
| 2005/0080632 A1 | 4/2005 | Endo et al. | 704/277 |
| 2005/0114116 A1 | 5/2005 | Fiedler | 704/201 |
| 2005/0125232 A1 | 6/2005 | Gadd | 704/270.1 |
| 2005/0131673 A1 | 6/2005 | Koizumi et al. | 704/2 |
| 2005/0137850 A1 | 6/2005 | Odell | 704/4 |
| 2005/0137877 A1 | 6/2005 | Oesterling et al. | 704/275 |
| 2005/0143994 A1 | 6/2005 | Mori et al. | 704/235 |
| 2005/0144013 A1 | 6/2005 | Fujimoto et al. | 704/277 |
| 2005/0216254 A1 | 9/2005 | Gupta et al. | 704/9 |
| 2005/0234727 A1 | 10/2005 | Chiu | 704/270.1 |
| 2005/0246174 A1 | 11/2005 | DeGolia | 704/270 |
| 2005/0283752 A1 | 12/2005 | Fruchter et al. | 717/100 |
| 2006/0041431 A1 | 2/2006 | Maes | 704/270.1 |
| 2006/0047509 A1 | 3/2006 | Ding et al. | 704/231 |
| 2006/0072738 A1 | 4/2006 | Louis et al. | 379/265.02 |
| 2006/0074671 A1 | 4/2006 | Farmaner et al. | 704/257 |
| 2006/0100851 A1 | 5/2006 | Schonebeck | |
| 2006/0206310 A1 | 9/2006 | Ravikumar et al. | 704/9 |
| 2006/0217133 A1 | 9/2006 | Christenson et al. | 455/461 |
| 2006/0285662 A1 | 12/2006 | Yin et al. | 379/88.16 |
| 2007/0033005 A1 | 2/2007 | Cristo et al. | 704/9 |
| 2007/0033020 A1 | 2/2007 | Francois et al. | 704/226 |
| 2007/0038436 A1 | 2/2007 | Cristo et al. | 704/9 |
| 2007/0038445 A1 | 2/2007 | Helbing et al. | 704/235 |
| 2007/0043569 A1 | 2/2007 | Potter, III et al. | 704/270 |
| 2007/0043574 A1 | 2/2007 | Coffman et al. | 704/275 |
| 2007/0043868 A1 | 2/2007 | Kumar et al. | 709/226 |
| 2007/0050191 A1 | 3/2007 | Weider et al. | 704/275 |
| 2007/0055525 A1 | 3/2007 | Kennewick et al. | 704/257 |
| 2007/0061067 A1 | 3/2007 | Zeinstra et al. | 701/200 |
| 2007/0061735 A1 | 3/2007 | Hoffberg et al. | 715/744 |
| 2007/0073544 A1 | 3/2007 | Millett et al. | 704/277 |
| 2007/0078708 A1 | 4/2007 | Yu et al. | 705/14 |
| 2007/0078709 A1 | 4/2007 | Rajaram | 705/14 |
| 2007/0078814 A1 | 4/2007 | Flowers | |
| 2007/0094003 A1 | 4/2007 | Huang et al. | 704/3 |
| 2007/0112630 A1 | 5/2007 | Lau | |
| 2007/0118357 A1 | 5/2007 | Kasravi et al. | 704/10 |
| 2007/0124057 A1 | 5/2007 | Prieto | |
| 2007/0135101 A1 | 6/2007 | Ramati et al. | 455/414.1 |
| 2007/0146833 A1 | 6/2007 | Satomi et al. | 358/537 |
| 2007/0162296 A1 | 7/2007 | Altberg et al. | 705/1 |
| 2007/0174258 A1 | 7/2007 | Jones | |
| 2007/0179778 A1 | 8/2007 | Gong et al. | 704/9 |
| 2007/0185859 A1 | 8/2007 | Flowers | |
| 2007/0186165 A1 | 8/2007 | Maislos et al. | 715/728 |

US 9,269,097 B2

Page 6

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2007/0192309 A1 | 8/2007 | Fischer | |
| 2007/0198267 A1 | 8/2007 | Jones et al. | 704/257 |
| 2007/0203736 A1 | 8/2007 | Ashton | 705/1 |
| 2007/0208732 A1 | 9/2007 | Flowers | |
| 2007/0214182 A1 | 9/2007 | Rosenberg | 707/104.1 |
| 2007/0250901 A1 | 10/2007 | McIntire et al. | 725/146 |
| 2007/0265850 A1 | 11/2007 | Kennewick et al. | 704/257 |
| 2007/0299824 A1 | 12/2007 | Pan et al. | 707/3 |
| 2008/0034032 A1 | 2/2008 | Healey et al. | 709/203 |
| 2008/0065386 A1 | 3/2008 | Cross et al. | 704/270 |
| 2008/0065389 A1 | 3/2008 | Cross | |
| 2008/0091406 A1 | 4/2008 | Baldwin et al. | 704/4 |
| 2008/0103761 A1 | 5/2008 | Printz et al. | 704/9 |
| 2008/0109285 A1 | 5/2008 | Reuther et al. | 705/7 |
| 2008/0115163 A1 | 5/2008 | Gilboa et al. | 725/34 |
| 2008/0133215 A1 | 6/2008 | Sarukkai | 704/2 |
| 2008/0140385 A1 | 6/2008 | Mahajan et al. | 704/9 |
| 2008/0147396 A1 | 6/2008 | Wang | 704/246 |
| 2008/0147410 A1 | 6/2008 | Odinak | 704/270.1 |
| 2008/0154604 A1 | 6/2008 | Sathish et al. | 704/257 |
| 2008/0162471 A1 | 7/2008 | Bernard | 707/5 |
| 2008/0177530 A1 | 7/2008 | Cross et al. | 704/4 |
| 2008/0189110 A1 | 8/2008 | Freeman et al. | 704/251 |
| 2008/0235023 A1 | 9/2008 | Kennewick et al. | 704/257 |
| 2008/0235027 A1 | 9/2008 | Cross | 704/270.1 |
| 2008/0319751 A1 | 12/2008 | Kennewick et al. | 704/257 |
| 2009/0052635 A1 | 2/2009 | Jones et al. | 379/88.02 |
| 2009/0067599 A1 | 3/2009 | Agarwal et al. | 379/114.21 |
| 2009/0076827 A1 | 3/2009 | Bulitta et al. | 704/275 |
| 2009/0106029 A1 | 4/2009 | DeLine et al. | 704/275 |
| 2009/0117885 A1 | 5/2009 | Roth | 455/414.3 |
| 2009/0144131 A1 | 6/2009 | Chiu | |
| 2009/0144271 A1 | 6/2009 | Richardson et al. | 707/5 |
| 2009/0150156 A1 | 6/2009 | Kennewick et al. | 704/257 |
| 2009/0171664 A1 | 7/2009 | Kennewick et al. | 704/257 |
| 2009/0216540 A1 | 8/2009 | Tessel et al. | 704/275 |
| 2009/0259646 A1 | 10/2009 | Fujita et al. | 707/5 |
| 2009/0271194 A1 | 10/2009 | Davis et al. | 704/235 |
| 2009/0273563 A1 | 11/2009 | Pryor | 345/157 |
| 2009/0276700 A1 | 11/2009 | Anderson et al. | 715/700 |
| 2009/0299745 A1 | 12/2009 | Kennewick et al. | 704/257 |
| 2009/0307031 A1 | 12/2009 | Winkler et al. | 705/7 |
| 2009/0313026 A1 | 12/2009 | Coffman et al. | 704/275 |
| 2010/0023320 A1 | 1/2010 | Di Cristo et al. | 704/9 |
| 2010/0029261 A1 | 2/2010 | Mikkelsen et al. | 455/419 |
| 2010/0036967 A1 | 2/2010 | Caine et al. | 709/236 |
| 2010/0049501 A1 | 2/2010 | Kennewick et al. | 704/9 |
| 2010/0049514 A1 | 2/2010 | Kennewick et al. | 704/233 |
| 2010/0057443 A1 | 3/2010 | Di Cristo et al. | 704/9 |
| 2010/0063880 A1 | 3/2010 | Atsmon et al. | 705/14.53 |
| 2010/0094707 A1 | 4/2010 | Freer | 705/14.54 |
| 2010/0145700 A1 | 6/2010 | Kennewick et al. | 704/257 |
| 2010/0185512 A1 | 7/2010 | Borger et al. | 705/14.49 |
| 2010/0204986 A1 | 8/2010 | Kennewick et al. | 704/226 |
| 2010/0204994 A1 | 8/2010 | Kennewick et al. | 704/257 |
| 2010/0217604 A1 | 8/2010 | Baldwin et al. | 704/275 |
| 2010/0286985 A1 | 11/2010 | Kennewick et al. | 704/257 |
| 2010/0299142 A1 | 11/2010 | Freeman et al. | 704/9 |
| 2010/0312566 A1 | 12/2010 | Odinak et al. | 704/275 |
| 2011/0022393 A1 | 1/2011 | Waller et al. | 704/270 |
| 2011/0112827 A1 | 5/2011 | Kennewick et al. | 704/9 |
| 2011/0112921 A1 | 5/2011 | Kennewick et al. | 705/26.1 |
| 2011/0131036 A1 | 6/2011 | Di Cristo et al. | 704/9 |
| 2011/0131045 A1 | 6/2011 | Cristo et al. | 704/257 |
| 2011/0231182 A1 | 9/2011 | Weider et al. | 704/9 |
| 2011/0231188 A1 | 9/2011 | Kennewick et al. | 704/236 |
| 2011/0307167 A1 | 12/2011 | Taschereau | |
| 2012/0022857 A1 | 1/2012 | Baldwin et al. | 704/9 |
| 2012/0101809 A1 | 4/2012 | Kennewick et al. | 704/9 |
| 2012/0101810 A1 | 4/2012 | Kennewick et al. | 704/9 |
| 2012/0109753 A1 | 5/2012 | Kennewick et al. | 705/14.58 |
| 2012/0150636 A1 | 6/2012 | Freeman et al. | 705/14.49 |
| 2012/0278073 A1 | 11/2012 | Weider et al. | 704/235 |
| 2013/0054228 A1 | 2/2013 | Baldwin et al. | 704/9 |
| 2013/0080177 A1 | 3/2013 | Chen | 704/275 |
| 2013/0211710 A1 | 8/2013 | Kennewick et al. | 701/419 |
| 2013/0253929 A1 | 9/2013 | Weider et al. | 704/235 |
| 2013/0297293 A1 | 11/2013 | Di Cristo et al. | 704/9 |
| 2013/0304473 A1 | 11/2013 | Baldwin et al. | 704/257 |
| 2013/0339022 A1 | 12/2013 | Baldwin et al. | 704/257 |
| 2014/0012577 A1 | 1/2014 | Freeman et al. | 704/249 |
| 2014/0108013 A1 | 4/2014 | Di Cristo et al. | 704/254 |
| 2014/0156278 A1 | 6/2014 | Kennewick et al. | 704/254 |
| 2014/0249821 A1 | 9/2014 | Kennewick et al. | 704/257 |
| 2014/0249822 A1 | 9/2014 | Baldwin et al. | 704/257 |
| 2014/0288934 A1 | 9/2014 | Kennewick et al. | 704/254 |
| 2014/0365222 A1 | 12/2014 | Weider et al. | 704/257 |
| 2015/0019217 A1 | 1/2015 | Di Cristo et al. | 704/235 |
| 2015/0073910 A1 | 3/2015 | Kennewick et al. | 705/14.58 |
| 2015/0095159 A1 | 4/2015 | Kennewick et al. | 705/14.58 |
| 2015/0348544 A1 | 12/2015 | Baldwin | |
| 2015/0364133 A1 | 12/2015 | Freeman | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2006-146881 | 6/2006 |
| JP | 2008-027454 | 2/2008 |
| JP | 2008-139928 | 6/2008 |
| WO | WO 99/46763 | 9/1999 |
| WO | WO 00/21232 | 4/2000 |
| WO | WO 00/46792 | 8/2000 |
| WO | WO 01/78065 | 10/2001 |
| WO | WO 2004/072954 | 8/2004 |
| WO | WO 2007/019318 | 2/2007 |
| WO | WO 2007/021587 | 2/2007 |
| WO | WO 2007/027546 | 3/2007 |
| WO | WO 2007/027989 | 3/2007 |
| WO | WO 2008/098039 | 8/2008 |
| WO | WO 2008/118195 | 10/2008 |
| WO | WO 2009/075912 | 6/2009 |
| WO | WO 2009/145796 | 12/2009 |
| WO | WO 2010/096752 | 8/2010 |

OTHER PUBLICATIONS

Lin, Bor-shen, et al., "A Distributed Architecture for Cooperative Spoken Dialogue Agents with Coherent Dialogue State and History", ASRU'99, 1999, 4 pages.

Kuhn, Thomas, et al., "Hybrid In-Car Speech Recognition for Mobile Multimedia Applications", Vehicular Technology Conference, IEEE, Jul. 1999, pp. 2009-2013.

Belvin, Robert, et al., "Development of the HRL Route Navigation Dialogue System", Proceedings of the First International Conference on Human Language Technology Research, San Diego, 2001, pp. 1-5.

Lind, R., et al., "The Network Vehicle—A Glimpse into the Future of Mobile Multi-Media" *IEEE Aerosp. Electron. Systems Magazine*, vol. 14, No. 9, Sep. 1999, pp. 27-32.

Zhao, Yilin, "Telematics: Safe and Fun Driving", *IEEE Intelligent Systems*, vol. 17, Issue 1, 2002, pp. 10-14.

Chai et al., "MIND: A Semantics-Based Multimodal Interpretation Framework for Conversational System", *Proceedings of the International Class Workshop on Natural, Intelligent and Effective Interaction in Multimodal Dialogue Systems*, Jun. 2002, pp. 37-46.

Cheyer et al., "Multimodal Maps: An Agent-Based Approach", *International Conference on Cooperative Multimodal Communication* (CMC/95), May 24-26, 1995, pp. 111-121.

Elio et al., "On Abstract Task Models and Conversation Policies" in Workshop on Specifying and Implementing Conversation Policies, *Autonomous Agents* '99, Seattle, 1999, 10 pages.

Turunen, "Adaptive Interaction Methods in Speech User Interfaces", Conference on Human Factors in Computing Systems, Seattle, Washington, 2001, pp. 91-92.

Mao, Mark Z., "Automatic Training Set Segmentation for Multi-Pass Speech Recognition", Department of Electrical Engineering, Stanford University, CA, copyright 2005, IEEE, pp. I-685 to I-688.

Vanhoucke, Vincent, "Confidence Scoring and Rejection Using Multi-Pass Speech Recognition", Nuance Communications, Menlo Park, CA, 2005, 4 pages.

## US 9,269,097 B2

Page 7

(56)                   **References Cited**

OTHER PUBLICATIONS

Weng, Fuliang, et al., "Efficient Lattice Representation and Generation", Speech Technology and Research Laboratory, SRI International, Menlo Park, CA, 1998, 4 pages.

El Meliani et al., "A Syllabic-Filler-Based Continuous Speech Recognizer for Unlimited Vocabulary", Canadian Conference on Electrical and Computer Engineering, vol. 2, Sep. 5-8, 1995, pp. 1007-1010.

Arrington, Michael, "Google Redefines GPS Navigation Landscape: Google Maps Navigation for Android 2.0", TechCrunch, printed from the Internet <http://www.techcrunch.com/2009/10/28/google-redefines-car-gps-navigation-google-maps-navigation-android/>, Oct. 28, 2009, 4 pages.

Bazzi, Issam et al., "Heterogeneous Lexical Units for Automatic Speech Recognition: Preliminary Investigations", *Processing of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, vol. 3, Jun. 5-9, 2000, XP010507574, pp. 1257-1260.

O'Shaughnessy, Douglas, "Interacting with Computers by Voice: Automatic Speech Recognition and Synthesis", *Proceedings of the IEEE*, vol. 91, No. 9, Sep. 1, 2003, XP011100665, pp. 1272-1305.

Statement in Accordance with the Notice from the European Patent Office dated Oct. 1, 2007 Concerning Business Methods (OJ EPO Nov. 2007, 592-593), XP002456252.

Kirchhoff, Katrin, "Syllable-Level Desynchronisation of Phonetic Features for Speech Recognition", Proceedings of the Fourth International Conference on Spoken Language, 1996, ICSLP 96, vol. 4, IEEE, 1996, 3 pages.

Wu, Su-Lin, et al., "Incorporating Information from Syllable-Length Time Scales into Automatic Speech Recognition", Proceedings of the 1998 IEEE International Conference on Acoustics, Speech and Signal Processing, 1998, vol. 2, IEEE, 1998, 4 pages.

Wu, Su-Lin, et al., "Integrating Syllable Boundary Information into Speech Recognition", IEEE International Conference on Acoustics, Speech, and Signal Processing, ICASSP-97, 1997, vol. 2, IEEE, 1997, 4 pages.

* cited by examiner



Figure 1



Figure 2



Figure 3

US 9,269,097 B2

**1**

# SYSTEM AND METHOD FOR DELIVERING TARGETED ADVERTISEMENTS AND/OR PROVIDING NATURAL LANGUAGE PROCESSING BASED ON ADVERTISEMENTS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/016,757, entitled "System and Method for Delivering Targeted Advertisements and Tracking Advertisement Interactions in Voice Recognition Context," filed Sep. 3, 2013, which is a continuation of U.S. patent application Ser. No. 13/371,870, entitled "System and Method for Delivering Target Advertisements and Tracking Advertisement Interactions in Voice Recognition Context," filed Feb. 13, 2012 (which issued as U.S. Pat. No. 8,527,274 on Sep. 3, 2013), which is a continuation of U.S. patent application Ser. No. 12/847,564, entitled "System and Method for Selecting and Presenting Advertisements Based on Natural Language Processing of Voice-Based Input," filed Jul. 30, 2010 (which issued as U.S. Pat. No. 8,145,489 on Mar. 27, 2012), which is a continuation of U.S. patent application Ser. No. 11/671,526, entitled "System and Method for Selecting and Presenting Advertisements Based on Natural Language Processing of Voice-Based Input," filed Feb. 6, 2007 (which issued as U.S. Pat. No. 7,818,176 on Oct. 19, 2010), the contents of which are hereby incorporated by reference in their entirety.

## FIELD OF THE INVENTION

The present invention relates to delivering targeted advertisements and/or processing natural language processing based on advertisements.

## BACKGROUND OF THE INVENTION

As technology advances, consumer electronics devices tend to play larger roles due to increased functionality and mobility. For example, mobile phones, navigation devices, embedded devices, and other such devices provide a wealth of functionality beyond core applications. However, increased functionality adds difficulty to the learning curve associated with using electronic devices, and increased mobility intensifies the demand for simple mechanisms to interact with devices on the go. For example, existing systems tend to have complex human to machine interfaces, which may inhibit mass-market adoption for various technologies. For example, when a user wishes to perform a relatively simple task on a mobile phone, such as purchasing a ring tone, the user often is forced to navigate through a series of menus and press a series of buttons. In some instances, this may result in the transaction not necessarily occurring, as the user may prefer to avoid the hassles altogether. As such, there is ever-growing demand for ways to exploit technology in intuitive ways.

Voice recognition software may enable a user to exploit applications and features of a device that may otherwise be unfamiliar, unknown, or difficult to use. However, many existing voice user interfaces (when they actually work) still require significant learning on the part of the user. For example, users often cannot directly issue a request for a system to retrieve information or perform an action without having to memorize specific syntaxes, words, phrases, concepts, semantic indicators, or other keywords/qualifiers. Similarly, when users are uncertain of particular needs, many existing systems do not engage the user in a productive, cooperative dialogue to resolve requests and advance a con-

**2**

versation. Instead, many existing speech interfaces force users to use a fixed set commands or keywords to communicate requests in ways that systems can understand. Using existing voice user interfaces, there is virtually no option for dialogue between the user and the system to satisfy mutual goals.

The lack of adequate voice user interfaces results in missed opportunities for providing valuable and relevant information to users. Not only does this potentially leave user requests unresolved, in certain instances, providers of goods and services may lose out on potential business. In an increasingly global marketplace, where marketers are continually looking for new and effective ways to reach consumers, the problems with existing voice user interfaces leaves a large segment of consumer demand unfulfilled. Furthermore, existing techniques for marketing, advertising, or otherwise calling consumers to action fail to effectively utilize voice-based information, which is one of the most natural, intuitive methods of human interaction.

Existing systems suffer from these and other problems.

## SUMMARY OF THE INVENTION

According to various aspects of the invention, a system and method for selecting and presenting advertisements based on natural language processing of voice-based inputs is provided. A natural language voice-based input may be received by a voice user interface. The voice-based input may include a user utterance, and a request may be identified from the utterance. Appropriate action may be taken to service the request, while one or more advertisements may be selected and presented to the user. Advertisements may be selected based on various criteria, including content of the input (e.g., concepts, semantic indicators, etc.), an activity related to the input (e.g., a relation to a request, a requested application, etc.), user profiles (e.g., demographics, preferences, location, etc.), or in other ways. A user may subsequently interact with the advertisement (e.g., via a voice-based input), and action may be taken in response to the interaction. Furthermore, the interaction may be tracked to build statistical profiles of user behavior based on affinities or clusters among advertisements, user profiles, contexts, topics, semantic indicators, concepts, or other criteria.

According to various aspects of the invention, advertisers may create advertisements, which may be stored in an advertisement repository. For example, advertisements may include sponsored messages, calls to action, purchase opportunities, trial downloads, or any other marketing communication, as would be apparent to those skilled in the art. Advertisers may specify various parameters to associate with the advertisements, such as various contexts or topic concepts (e.g., semantic indicators for a "music" concept may include words such as "music," "tunes," "songs," etc.), target demographics (e.g., a preferred audience), marketing criteria or prices for insertion (e.g., dynamic or static pricing based on various marketing criteria), or other information, as would be apparent. The advertisement repository may be associated with a server, where in response to a voice-based input from a user (e.g., at a voice-enabled device), a communications link may be established with the server. Information may be extracted from the voice-based input (e.g., words in the input, applications requested by the input, etc.), and the extracted information may be correlated with user profiles, advertisement parameters, or other information to determine which advertisements to select in relation to the voice-based input. The server may subsequently communicate the selected

US 9,269,097 B2

3

advertisements to the user, and the server may track the user's subsequent interaction with the selected advertisements.

Other objects and advantages of the invention will be apparent based on the following drawings and detailed description.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a block diagram of an exemplary system for implementing a voice user interface according to various aspects of the invention.

FIG. **2** illustrates a block diagram of an exemplary advertising system according to various aspects of the invention.

FIG. **3** illustrates a flow diagram of an exemplary method for selecting and presenting advertisements based on voice-based inputs according to various aspects of the invention.

DETAILED DESCRIPTION

Referring to FIG. **1**, an exemplary system **100** for implementing a voice user interface is illustrated according to various aspects of the invention. System **100** may enable users to perform various tasks on a voice-enabled device. For example, users may control navigation devices, media devices, personal computers, personal digital assistants, or any other device supporting voice-based inputs. System **100** may enable users to request voice-enabled devices to retrieve information or perform various tasks, among other things, using natural language voice-based inputs. For example, system **100** may interpret natural language voice-based inputs and generate responses using, among other things, techniques described in U.S. patent application Ser. No. 10/452,147, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Jun. 3, 2003, which issued as U.S. Pat. No. 7,398,209 on Jul. 8, 2008, and U.S. patent application Ser. No. 10/618,633, entitled "Mobile Systems and Methods for Responding to Natural Language Speech Utterance," filed Jun. 15, 2003, which issued as U.S. Pat. No. 7,693,720 on Apr. 6, 2010, both of which are hereby incorporated by reference in their entirety. For example, as described in U.S. patent application Ser. No. 10/452,147, the system **100** may include a speech recognition engine (e.g., an Automatic Speech Recognizer **110**) that may recognize words and phrases in an utterance using entries in one or more dictionary and phrase tables. In addition, as further described therein, fuzzy set possibilities or prior probabilities for the words in the dictionary and phrase tables may be dynamically updated to maximize the probability of correct recognition at each stage of the dialog (e.g., the probabilities or possibilities may be dynamically updated based on application domains, questions or commands, contexts, user profiles and preferences, user dialog histories, recognizer dictionary and phrase tables, word spellings, and/or other criteria).

According to various aspects of the invention, system **100** may receive a user input, including at least a voice-based user utterance, at an input device **105**. Input device **105** may include any suitable device, or combination of devices, for receiving a voice-based input (e.g., a microphone). In various implementations, input device **105** may include a multi-modal input, such as a touch-screen interface, keypad, or other input. The received utterance may be processed by the Automatic Speech Recognizer **110**. Automatic Speech Recognizer **110** may generate one or more preliminary interpretations of the utterance using various techniques. For example, Automatic Speech Recognizer **110** may interpret the utterance using techniques of phonetic dictation to recognize a stream of phonemes. Further, Automatic Speech Rec-

4

ognizer **110** may perform post-processing to enhance the preliminary interpretations. For example, Automatic Speech Recognizer **110** may vary interpretations of an utterance, or components of an utterance, from one context to another. Other techniques for enhancing an interpretation of a user utterance may be used, such as those described in U.S. patent application Ser. No. 11/513,269, entitled "Dynamic Speech Sharpening," filed Aug. 31, 2006, which issued as U.S. Pat. No. 7,634,409 on Dec. 15, 2009, and which is hereby incorporated by reference in its entirety.

The one or more preliminary interpretations may be provided to a conversational language processor **120**. Conversational language processor **120** may include a voice search engine **125**, a context determination module **130**, and one or more agents **135**, among other things, to enable cooperative, conversational interaction between the user and system **100**. Conversational language processor **120** may be communicatively coupled to one or more data repositories **140** and one or more applications **150**. Conversational language processor **120** may generate a domain-specific conversational response, which may be returned to the user as an output **180**. Output **180** may include a multi-modal output (e.g., by simultaneously returning a voice-based response and displaying information on a display device).

System **100** may further include an interaction with one or more applications **150** to service one or more requests in the utterance. For example, the utterance may include one or more requests for performing an action, retrieving information, or various combinations thereof. Output **180** may include a conversational response to advance a conversation to service requests by invoking one or more applications **150**, as appropriate. For example, applications **150** may include a navigation application **155**, an advertising application **160**, a music application, an electronic commerce application **170**, and/or other applications **175**. Furthermore, Automatic Speech Recognizer **110**, conversational language processor **120**, data repositories **140**, and/or applications **150** may reside locally (e.g., on a user device), remotely (e.g., on a server), and/or hybrid local/remote processing models may be used (e.g., lightweight applications may be processed locally while computationally intensive applications may be processed remotely).

Conversational language processor **120** may build long-term and/or short-term shared knowledge in one or more knowledge sources. For example, shared knowledge sources may include information about previous utterances, requests, and other user interactions to inform generating an appropriate response to a current utterance. The shared knowledge may include public/non-private (i.e., environmental) knowledge, as well as personal/private (i.e., historical) knowledge. For example, conversational language processor **120** may use context determination module **130** to establish a context for a current utterance by having domain agents **135** competitively generate a context-based interpretation of the utterance (e.g., by scoring possible interpretations and selecting a highest scoring interpretation). As such, agents **135** may model various domains (e.g., navigation, music, a specific user, global users, advertising, e-commerce, etc.), and conversational language processor **120** may interpret and/or respond to a voice-based input accordingly. For example, context-based interpretations and responses to a voice-based input may be generated using techniques described in U.S. patent application Ser. No. 11/197,504, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Aug. 5, 2005, which issued as U.S. Pat. No. 7,640,160 on Dec. 29, 2009, and U.S. patent application Ser. No. 11/212, 693, entitled "Mobile Systems and Methods of Supporting

US 9,269,097 B2

5

Natural Language Human-Machine Interactions," filed Aug. 29, 2005, which issued as U.S. Pat. No. 7,949,529 on May 24, 2011, both of which are hereby incorporated by reference in their entirety.

Furthermore, conversational language processor **120** may support adaptive misrecognition to reinterpret a current utterance and/or one or more previous utterances. For example, information contained in a current utterance may indicate that interpretations for one or more previous utterances were incorrect, and therefore, the previous utterances may be reinterpreted to improve subsequent interpretations. Accordingly, conversational language processor **120** may use the techniques described herein, along with various other techniques, to interpret and respond to conversational, natural language utterances. Conversational language processor **120** may use various other techniques as will be apparent, such as those described in U.S. patent application Ser. No. 11/200,164, entitled "System and Method of Supporting Adaptive Misrecognition in Conversational Speech," filed Aug. 10, 2005, which issued as U.S. Pat. No. 7,620,549 on Nov. 17, 2009, and U.S. patent application Ser. No. 11/580,926, entitled "System and Method for a Cooperative Conversational Voice User Interface," filed Oct. 16, 2006, which issued as U.S. Pat. No. 8,073,681 on Dec. 6, 2011, both of which are hereby incorporated by reference in their entirety. For example, as described in U.S. patent application Ser. No. 11/200,164, an environmental model may be accessed to determine user location, user activity, track user actions, and/or other environmental information to invoke context, domain knowledge, preferences, and/or other cognitive qualities to enhance the interpretation of questions and/or commands. In addition, as further described therein, based on information received from a general cognitive model, the environmental model, and/or a personalized cognitive model, which provide statistical abstracts of user interaction patterns, the system **100** may enhance responses to commands and questions by including a prediction of user behavior.

Referring to FIG. **2**, an exemplary advertising system **200** is illustrated according to various aspects of the invention. System **200** may include a server **230** for receiving one or more advertisements from an advertiser **220**, wherein the advertisements may be stored in a data repository **260** associated with server **230**. For example, advertisements may include sponsored messages or marketing communications, calls to action, purchase opportunities, trial downloads, coupons, or any other suitable marketing, advertising, campaign, or other information, as would be apparent to those skilled in the art. A voice-enabled device **210** may receive a voice-based input and establish communications with advertising server **230**. Subsequently, advertising server **230** may select one or more advertisements from among the advertisements stored in data repository **260**, and the selected advertisements may be provided to the voice-enabled device for presentation to a user.

Advertiser **220** may access advertising server **230** via an advertiser interface **245**. Advertisers **220** may upload targeted advertisements to server **230** via advertiser interface **245**, and server **230** may store the advertisements in data repository **260**. The advertisements may include graphically-based advertisements that include banners, images, audio, video, or any suitable combination thereof. Furthermore, the advertisements may include interactive or embedded information, such as links, metadata, or computer-executable instructions, or any suitable combination thereof. Advertisers may specify criteria for a campaign or targeting information for an advertisement (e.g., a start date, an end date, budget information, geo-targeting information, conceptual or contextual informa-

6

tion, or any other suitable criteria), which may be used to facilitate selecting an advertisement in relation to a particular voice-based input.

In addition to providing interface **245** for advertisers, server **230** may include a content/action identification module **235**, a user profile module **240**, an advertisement selection module **250**, and a tracking module **255**. Users may submit voice-based requests to voice-enabled device **210**, and voice-enabled device **210** may communicate information about the voice-based input to server **230**. Server **230** may invoke advertisement selection module **250** to extract relevant information from the voice-based input, where advertisement selection module **250** may select one or more advertisements relevant to the voice-based input based on information extracted using content/action identification module **235** and/or user profile module **240**.

For example, content/action identification module **235** may identify content of the voice-based input (e.g., words in the input), requested information (e.g., search results, a web page, music, video, graphics, or other information), requested actions (e.g., calculating a navigation route, placing a telephone call, playing a song, etc.), a category or topic related to the input (e.g., music, business, stocks, sports, navigation, movies, etc.), or other criteria to use in selecting an advertisement. Further, user profile module **240** may identify characteristics of a specific user (e.g., demographics, personal preferences, location-based information, etc.), global user profiles (e.g., demographic profiles, click-through rates, etc.), or other criteria to use in selecting an advertisement. Moreover, advertisement selection module **250** may account for where a request originates from. For example, advertisements may be selected based on a default user location (e.g., identified from a user profile), current geolocation information (e.g., identified from a navigation device), whether an affiliate or partner of server **230** initiated the request, or other criteria.

For instance, a user may request airline reservations via voice-enabled device **210**, and content/action identification module **235** may identify specific words used in the request, a category related to the request (e.g., travel, airlines, hotels, etc.), or other information. Furthermore, user profile module **240** may identify relevant characteristics of the user (e.g., user-specific demographics, location information, preferred airlines or hotels, etc.), as well as global user characteristics (e.g., most popular airlines). In various implementations, advertisements may be selected by assigning a score to each advertisement (e.g., based on click-through rates, relevance metrics, target audiences, etc.). As such, advertisement selection module **250** may correlate the information about the request to select advertisements stored in data repository **260**, and server **230** may communicate the selected advertisements to voice-enabled device **210**. Furthermore, selected advertisements may be presented according to a predetermined ordering or ranking (e.g., based on a ranking of relevance to an advertisement).

In various implementations, advertisement selection module **250** may retrieve a predetermined number of advertisements for any given request. Furthermore, the selected advertisements may depend upon a presentation format. For example, advertisements may be selected based on an amount of available space on a display of voice-enabled device **210** and/or a size/shape of the selected advertisements. In another example, voice-based advertisements may be selected and presented to the user audibly (e.g., a "hands-free" advertisement may be preferred when voice-enabled device **210** is a telematics device).

Furthermore, the user's subsequent interaction with an advertisement may be tracked using tracking module **255**. For

US 9,269,097 B2

example, tracking module 255 may determine whether a conversion or click-through occurs for each advertisement presented to users. Further, tracking module 255 may maintain accounting and/or billing information associated with advertisers 220. For example, advertisers 220 may specify a maximum insertion cost, a cost-per-click-through, an average insertion cost, or other criteria specifying a budget constraint for an advertisement. As such, tracking module 255 may track which advertisements are selected and/or presented, which advertisements result in a conversion or click-through, whether a click-through or conversion results in a transaction or sale, associations between advertisements and users, requests, concepts, semantic indicators, and/or other criteria. For example, tracking user interaction with advertisements may be used to build user-specific and/or global statistical profiles that map or cluster advertisements to topics, semantic indicators, contexts, concepts, etc. based on user behavior, demographics, targeting constraints, content of advertisements, content of requests, actions associated with requests, or other statistically relevant information. Accordingly, the tracking information may be used to bill or invoice advertisers 220, as well as to improve subsequent performance and relevance of advertisements selected using advertisement selection module 250. Other techniques and features of selecting and presenting advertisements based on voice-based inputs may suitably be employed, as would be apparent.

Referring to FIG. 3, an exemplary method for selecting and presenting advertisements based on a voice-based input is illustrated according to various aspects of the invention. The method may begin in an operation 305, where a voice-based input, including at least a user utterance, may be received at a voice user interface. The voice user interface may include any suitable mechanism for receiving the utterance (e.g., a microphone), and may interface with any suitable voice-enabled device, as would be apparent, including personal navigation devices, personal digital assistants, media devices, telematics devices, personal computers, mobile phones, or others.

Subsequently, one or more requests included in the voice-based input may be identified in an operation 310. For example, the requests may include requests to retrieve information, perform tasks, explore or gather information, or otherwise interact with a system or device. For example, a voice-based input to a navigation device may include a request to calculate a route or retrieve location-based information. In another example, a voice-based input to a mobile phone may include a request to place a telephone call, purchase a ringtone, or record a voice-memo. Furthermore, in various implementations, voice-based inputs may include multiple requests, multi-modal requests, cross-device requests, cross-application requests, or other types of requests. For example, an utterance received in operation 305 may be: "Get me a route to Chang's Restaurant, and call them so I can make a reservation." The utterance may thus include multiple requests, including cross-device requests (e.g., calculate a route using a navigation device, and make a telephone call using a mobile phone), as well as cross-application requests (e.g., search for an address and/or phone number using a voice search engine, and calculate a route using a navigation application).

The requests may be part of a conversational interaction between a user and a system or device, whereby an interpretation of requests in a current utterance may be based upon previous utterances in a current conversation, utterances in previous conversations, context-based information, local and/or global user profiles, or other information. For example, a previous request may be reinterpreted based on information included in subsequent requests, a current request may be interpreted based on information included in previous requests, etc. Furthermore, the conversational interaction may take various forms, including query-based conversations, didactic conversations, exploratory conversations, or other types of conversations. For example, the conversational language processor may identify a type of conversation, and information may be extracted from the utterance accordingly to identify the one or more requests in operation 310. Moreover, the conversational language processor may determine whether any of the requests are incomplete or ambiguous, and action may be taken accordingly (e.g., a system response may prompt a user to clarify an incomplete and/or ambiguous request). The conversational language processor may therefore use various techniques to identify a conversation type, interpret utterances, identify requests, or perform other tasks, such as those described in the aforementioned U.S. patent applications and U.S. patents, which are hereby incorporated by reference in their entirety.

Upon identifying the one or more requests, action may be taken based on the identified requests in an operation 315, while one or more advertisements may be selected in an operation 320 (described in greater detail below). For example, one or more context-appropriate applications may be invoked to service the requests in operation 315 (e.g., a voice search engine, a navigation application, an electronic commerce application, or other application may be invoked depending upon the request). Furthermore, in operation 320, information may be communicated to an advertising server to select one or more advertisements related to the request. Thus, as shown in FIG. 3, taking action in operation 315 and selecting advertisements in operation 320 may be related operations (e.g., advertisements may be selected to help in interpreting incomplete and/or ambiguous requests).

Upon taking action in operation 315 (e.g., to service the request) and selecting one or more advertisements in operation 320 (e.g., in relation to the request), an output may be presented to the user in operation 325. The output may indicate a result of the action associated with operation 315. For example, the output may include requested information, an indication of whether a requested task was successfully completed, whether additional information is needed to service the request (e.g., including a prompt for the information), or other information relating to an action based on the request. Furthermore, the output may include advertisements, as selected in operation 320. For example, the output may include text-based, graphic-based, video-based, audio-based, or other types of advertisements, as would be apparent to those skilled in the art. Further, the output may include other types of advertisements, including calls to action (e.g., a location-based coupon or purchase opportunity, trial downloads, or other actionable advertising or marketing).

Advertisements may be selected in relation to a request based on various criteria. For example, an advertisement may be selected based on words or other content of the request, relevant words or content related to the words or content of the request, etc. In another example, the advertisement may be selected based on requested tasks/information (e.g., a request for movie showtimes may result in an advertisement being selected for a particular theater). In yet another example, the advertisement may be selected based on a topic or category associated with the requested tasks/information (e.g., a request to purchase airline tickets may result in an advertisement being selected for a hotel in a destination associated with a reserved flight). In still other examples, the advertisement may be selected based on location information, (e.g., advertisements may be selected based on a proximity to a user geolocation identified using a navigation device), user-

US 9,269,097 B2

9

specific and/or global user profiles (e.g., advertisements may be selected based on user-specific and/or global preferences, advertiser campaign criteria, etc.).

Content of a voice-based input may be determined based on various criteria, including contextual or conceptual information (e.g., semantic indicators, qualifiers, or other information). For example, a given concept may include various semantically equivalent indicators having an identical meaning. Thus, for instance, a voice-based input may be "Play some tunes!" or "Play some music!" or other variants thereof, each of which may be interpreted as relating to a specific idea (or concept) of "Music." Thus, concept or content information in a request may be used to select an advertisement. For example, a user may request to calculate a route in Seattle, Wash. (e.g., "How do I get to the Space Needle?"). Based on a context of the requested task (e.g., "Navigation," "Seattle," etc.), a voice search engine may retrieve an address of the Space Needle and a navigation application may calculate the route. Furthermore, user profile information may indicate that the user is visiting Seattle from out-of-town (e.g., the profile may indicate that the user's home is Sacramento), and therefore, an advertisement for popular points-of-interest in Seattle may be selected. In another example, the user may request information about a sporting event (e.g., "Get me the kickoff time for the Eagles game on Sunday"). Based on a context of the requested information (e.g., "Search," "Sports," "Philadelphia," etc.), the requested information may be retrieved, while an advertisement for Eagles apparel or memorabilia may be selected.

In various instances, concepts, semantic indicators, qualifiers, or other information included in, or inferred from, a request may indicate an exploratory nature for the request. In other words, the exploratory request may identify a goal for a conversation, instead of a particular task to perform or information to retrieve. As such, in various implementations, an advertisement may be selected in operation 320 in an effort to advance the conversation towards the goal. For example, an exploratory request may include a request for a navigation route (e.g., "I feel like going to a museum, find me something interesting"). Based on a context of the requested task (e.g., "Navigation," "Points of Interest," etc.), the goal of the conversation may be identified, and the request may be serviced in operation 315 (e.g., a voice search engine may locate nearby points of interest based on user preferred topics). Further, the advertising application may select an appropriate advertisement in operation 320, where the advertisement may be selected in an attempt to advance the conversation towards the goal. For example, statistical profiles (e.g., user profiles, global profiles, topic-based profiles, etc.) may reflect an affinity between an advertisement for a particular museum and other users sharing similar demographics or other characteristics with the requesting user. Thus, in addition to retrieving information about museums in operation 315, an advertisement for a museum likely to be of interest to the user may be selected in operation 320.

In various instances, a request may include incomplete, ambiguous, unrecognized, or otherwise insufficient semantic indicators, context, qualifiers, or other information needed to identify the request. In other words, the request may include inadequate information to identify or infer a task to perform, information to retrieve, or a goal for a conversation. Thus, as much information as possible may be extracted and/or inferred from the request based on shared knowledge such as context, user or global profile information, previous utterances, previous conversations, etc. As such, servicing the request may include generating a response and/or communicating with an advertising application to advance a conversa-

10

tion toward a serviceable request. For example, servicing the request in operation 315 and selecting an advertisement in operation 320 may include generating a response and/or selecting an advertisement to frame a subsequent user input, thereby advancing the conversation.

For example, the request may include incomplete, ambiguous, or unrecognized information (e.g., "Do you know [mumbled words] Seattle?"). A context of the requested task may be identified (e.g., "Seattle"), yet the identified context may be insufficient to adequately take action to service the request. Additional information may be inferred based on previous utterances in the conversation, profile information, or other information. However, when the additional information fails to provide adequate information to infer a reasonable hypothesis, servicing the request in operation 315 may include generating a response to frame a subsequent user input and advance the conversation (e.g., information about various topics may be retrieved based on a user's preferred topics). Further, the advertising application may select an advertisement in operation 320 to advance the conversation (e.g., advertisements may be selected based on user and/or global profiles reflecting an affinity between certain advertisements associated with Seattle and user preferences, profiles, etc.). Thus, by selecting an advertisement, indicating dissatisfaction with an advertisement, or otherwise interacting with an advertisement, the interaction may be used to build context and shared knowledge for a subsequent course of the conversation. For example, a user may select an advertisement, and an interpretation of a subsequent voice-based input (e.g., "Call them," "What's the price range?" etc.) may be interpreted with shared knowledge of the advertisement that the voice-based input relates to. Thus, advertisements may be used in a way that enables advertisers to market to consumers, while also improving the consumers' interaction with a device. Other advantages will be apparent to those skilled in the art.

It will be apparent that operation 320 may use various techniques to select advertisements based on voice-based inputs and/or requests included therein. For example, an advertiser may specify a target audience, marketing criteria, campaign strategies, budget constraints, concepts, semantic indicators, related topics, categories, and/or any other suitable information to associate with an advertisement. For instance, advertisers may pay a premium to prioritize an advertisement in relation to similar advertisements (e.g., advertisements associated with competitors). In another example, various statistical profiles may define affinities between advertisements, topics, users, etc. (e.g., based on click-through or conversion rates, or other tracking information, as described in more detail below). Thus, advertisements may be selected in operation 320 using various techniques, including content of the request, an activity/action associated with the request, user profiles, user preferences, statistical metrics, advertiser-specified criteria, to advance a conversation, to resolve ambiguous requests, or in various other ways, as will be apparent.

The output presented to the user in operation 325 may be provided to the user in various ways. For example, in various implementations, the output may include a voice-based or otherwise audible response. In another example, when an associated device includes a display mechanism, the output may be displayed on the display device. It will be apparent that many combinations or variants thereof may be used, such as augmenting a voice-based response with information on a display device. For example, a user may request information about restaurants, and an advertisement may be selected based on a user preference indicating a favorite type of res-

US 9,269,097 B2

11

taurant (e.g., a Chinese restaurant may be selected based on a user profile indicating a preference for Chinese). Therefore, in one example, the output presented in operation **325** may display information about various restaurants matching the requested information, while a voice-based advertisement for the Chinese restaurant may be played to the user (e.g., via a speaker or other suitable mechanism for playing voice back to the user). Many other variations will be apparent (e.g., a graphical advertisement may be displayed on a display device, while a corresponding or different voice-based advertisement may be played audibly).

Subsequent interaction between the user and the presented advertisements may be monitored in a decisional operation **330**. For instance, when the user elects to interact with the advertisement, action may be taken based on the interaction in an operation **335**. The interaction may take various forms, including additional voice-based inputs or other suitable mechanisms for interacting with advertisements (e.g., clicking on an advertisement displayed on a personal digital assistant using an associated stylus). For example, a user may initially request information from a voice-enabled media device (e.g., a satellite radio player) about a song currently playing (e.g., "What is this song?"). In addition to outputting the requested information about the song (e.g., "This song is Double Barrel by Dave and Ansel Collins."), a selected advertisement may enable the user to purchase a ringtone for a mobile phone that corresponds to the song. In this example, the interaction may include a request to purchase the ringtone (e.g., "Yeah, I'll buy that"), and action taken in operation **335** may include completing a transaction for the ringtone and/or downloading the ringtone to the mobile phone. Furthermore, additional advertisements may be selected in an operation **340** based on the interaction, using similar techniques as described in connection with operation **320** (e.g., advertisements for additional ringtones, similar musicians, etc. may be selected). Processing may subsequently return to operation **325** to present output resulting from the interaction.

User advertisement interaction may be tracked in an operation **345**. For example, operation **345** may track historical data about users, conversations, topics, contexts, or other criteria to associate information with the selected advertisement. The tracking information may therefore be used to build statistical profiles defining affinities, click-through or conversion rates, or other information about various advertisements, topics, or other criteria on a user-specific and/or a global-user level. Thus, clusters or mappings may be created between advertisements, topics, concepts, demographics, or other criteria based on user behavior with the advertisements (e.g., whether a user interacts with the advertisement in operation **330**).

For instance, certain advertisements may experience high click-through rates in relation to a first context and/or topic, but low click-through rates in relation to a second context and/or topic, and therefore, when requests relate to the first context and/or topic, the advertisement may be more likely to be selected in subsequent operations **320/340**. In another example, global statistical profiles may indicate that an advertisement experiences more click-throughs by users of a particular demographic, and therefore, the advertisement may be more likely to be selected for users falling within the demographic. Many different techniques for tracking and building statistical profiles will be apparent.

Implementations of the invention may be made in hardware, firmware, software, or any combination thereof. The invention may also be implemented as instructions stored on a machine-readable medium, which may be read and executed by one or more processors. A machine-readable

12

medium may include any mechanism for storing or transmitting information in a form readable by a machine (e.g., a computing device). For example, a machine-readable storage medium may include read only memory, random access memory, magnetic disk storage media, optical storage media, flash memory devices, and others, and a machine-readable transmission media may include forms of propagated signals, such as carrier waves, infrared signals, digital signals, and others. Further, firmware, software, routines, or instructions may be described in the above disclosure in terms of specific exemplary aspects and implementations of the invention, and performing certain actions. However, it will be apparent that such descriptions are merely for convenience and that such actions in fact result from computing devices, processors, controllers, or other devices executing the firmware, software, routines, or instructions.

Aspects and implementations may be described as including a particular feature, structure, or characteristic, but every aspect or implementation may not necessarily include the particular feature, structure, or characteristic. Further, when a particular feature, structure, or characteristic is described in connection with an aspect or implementation, it will be apparent to effect such feature, structure, or characteristic in connection with other aspects or implementations whether or not explicitly described. Thus, various changes and modifications may be made, without departing from the scope and spirit of the invention. The specification and drawings are to be regarded as exemplary only, and the scope of the invention is to be determined solely by the appended claims.

What is claimed is:

1. A method for providing natural language processing based on advertisements, the method being implemented on a computer system having one or more physical processors executing computer program instructions which, when executed, perform the method, the method comprising:

providing, by the computer system, an advertisement associated with a product or service for presentation to a user;

receiving, at the computer system, a natural language utterance of the user; and

interpreting, by the computer system, the natural language utterance based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, determining whether the pronoun refers to one or more of the product or service or a provider of the product or service.

2. The method of claim **1**, further comprising:

generating, by the computer system, a request related to the product or service responsive to determining that the pronoun refers to the product or service.

3. The method of claim **1**, further comprising:

generating, by the computer system, a request related to the provider of the product or service responsive to determining that the pronoun refers to the provider.

4. The method of claim **1**, wherein the natural language utterance includes a specified action and the pronoun, the method further comprising:

generating, by the computer system, a request to take the specified action with respect to the product or service responsive to determining that the pronoun refers to the product or service.

5. The method of claim **1**, wherein the natural language utterance includes a specified action and the pronoun, the method further comprising:

Case 1:26-cv-00443-UNA   Document 1-1   Filed 04/17/26   Page 190 of 479 PageID #: 256

US 9,269,097 B2

**13**

generating, by the computer system, a request to take the specified action with respect to the provider of the product or service responsive to determining that the pronoun refers to the provider.

**6**. The method of claim **1**, wherein the advertisement includes one or more of a call to action, a purchase opportunity, or a trial opportunity.

**7**. The method of claim **1**, further comprising:

receiving, at the computer system, another natural language utterance of the user prior to the advertisement being provided for presentation to the user; and

performing, by the computer system, speech recognition to recognize one or more words of the other natural language utterance,

wherein providing the advertisement includes providing the advertisement based on the one or more recognized words.

**8**. The method of claim **1**, further comprising:

receiving, at the computer system, another natural language utterance of the user prior to the advertisement being provided for presentation to the user;

interpreting, by the computer system, the other natural language utterance; and

reinterpreting and/or confirming the interpretation of the other natural language utterance based on an interaction of the user with the advertisement.

**9**. The method of claim **1**, further comprising:

receiving, at the computer system, another natural language utterance prior to the advertisement being provided for presentation to the user; and

determining, by the computer system, one or more requests associated with the other natural language utterance, and

wherein providing the advertisement includes providing the advertisement based on the one or more requests.

**10**. The method of claim **9**, wherein the one or more requests include a first request to be processed by a first device associated with the user and a second request to be processed by a second device associated with the user, and

wherein providing the advertisement includes providing the advertisement based on one or more of the first request or the second request.

**11**. The method of claim **10**, wherein a first device type of the first device includes one or more of a mobile phone, a navigation device, or a medial player device, and wherein the second device is of a second device type different than the first device type.

**12**. The method of claim **9**, wherein the one or more requests include a first request associated with a first application and a second request associated with a second application different than the first application, and

wherein providing the advertisement includes providing the advertisement based on one or more of the first request or the second request.

**13**. The method of **12**, wherein a first application type of the first application includes one or more of a navigation application, a music application, a commerce application, or a calling application, and wherein the second application is of an application type different than the first application type.

**14**. The method of claim **9**, further comprising:

obtaining, by the computer system, user profile information associated with the user, wherein the user profile information specifies prior user interactions with items;

determining by the computer system, one or more applications for processing the one or more requests, and

determining, by the computer system, categories of items based on the prior user interactions specified by the user

**14**

profile information, wherein the categories relate to the one or more applications, and

wherein providing the advertisement includes providing the advertisement based on one of more of the categories.

**15**. The method of claim **1**, further comprising:

obtaining, by the computer system, user profile information associated with the user, wherein the user profile information specifies prior user interactions with items; and

identifying, by the computer system, categories of items based on the prior user interactions specified by the user profile information, and

wherein providing the advertisement includes providing the advertisement based on one or more of the categories.

**16**. The method of claim **1**, further comprising:

receiving, at the computer system, a first natural language utterance during an interactive session between the user and the computer system;

interpreting, by the computer system, the first natural language utterance;

receiving, at the computer system, a second natural language utterance during the interactive session; and

reinterpreting, by the computer system, the first natural language utterance based on the second natural language utterance,

wherein providing the advertisement includes providing the advertisement based on one or more of the interpretation or the reinterpretation of the first natural language utterance.

**17**. The method of claim **16**, wherein providing the advertisement comprises providing the advertisement based on the reinterpretation of the first natural language utterance.

**18**. The method of claim **16**, further comprising:

performing, by the computer system, speech recognition to recognize one or more words of the first natural language user utterance,

wherein interpreting the first natural language utterance includes processing, based on the first natural language utterance, the one or more recognized words to determine the interpretation of the first natural language utterance, and

wherein reinterpreting the first natural language utterance comprises processing, based on the second natural language utterance, the one or more recognized words to determine the reinterpretation of the first natural language utterance.

**19**. The method of claim **1**, further comprising:

facilitating, by the computer system, delivery of the product or service responsive to determining that the pronoun refers to one or more of the product or service or the provider of the product or service.

**20**. The method of claim **19**, wherein facilitating delivery of the product or service includes performing a purchase transaction for the product or service.

**21**. The method of claim **19**, wherein the product or service comprises a particular product, and wherein facilitating delivery of the product or service includes providing the particular product to a user device of the user.

**22**. The method of claim **1**, wherein the product or service includes one or more of an application, a ringtone, a song, a video, a coupon, or a product related to a scheduled event.

**23**. A system providing natural language processing based on advertisements, the system comprising:

US 9,269,097 B2

**15**

one or more physical processors programmed with computer program instructions which, when executed, cause the one or more physical processors to:

provide an advertisement associated with a product or service for presentation to a user;

receive a natural language utterance of the user; and

interpret the natural language utterance based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, determine whether the pronoun refers to one or more of the product or service or a provider of the product or service.

* * * * *

# EXHIBIT J

US012236456B2

## (12) United States Patent
### Freeman et al.

(10) **Patent No.:**     **US 12,236,456 B2**
(45) **Date of Patent:**     \*Feb. 25, 2025

(54) **SYSTEM AND METHOD FOR DELIVERING TARGETED ADVERTISEMENTS AND/OR PROVIDING NATURAL LANGUAGE PROCESSING BASED ON ADVERTISEMENTS**

(71) Applicant: **VB Assets, LLC**, Bellevue, WA (US)

(72) Inventors: **Tom Freeman**, Mercer Island, WA (US); **Mike Kennewick**, Bellevue, WA (US)

(73) Assignee: **VB Assets, LLC**, Bellevue, WA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/391,388**

(22) Filed: **Aug. 2, 2021**

(65) **Prior Publication Data**

US 2022/0020062 A1     Jan. 20, 2022

### Related U.S. Application Data

(63) Continuation of application No. 16/194,944, filed on Nov. 19, 2018, now Pat. No. 11,080,758, which is a
(Continued)

(51) **Int. Cl.**
*G06Q 30/0251* (2023.01)
*G06F 40/263* (2020.01)
(Continued)

(52) **U.S. Cl.**
CPC ....... *G06Q 30/0269* (2013.01); *G06F 40/263* (2020.01); *G06Q 30/0241* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC . G06Q 30/0207–0277; G06Q 30/0269; G06Q 30/0241; G06Q 30/0242;
(Continued)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,430,669 A | | 2/1984 | Cheung |
| 4,799,262 A | * | 1/1989 | Feldman ................. G10L 15/00 704/238 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| CA | 2583189 A1 | * | 4/2006 | ............. G06Q 30/02 |
| CN | 1433554 A | | 7/2003 | |

(Continued)

#### OTHER PUBLICATIONS

Robert C Moore, Integration of Speech with Natural Language Understanding, 2000 (Year: 2000).\*
(Continued)

*Primary Examiner* — Tarek Elchanti
(74) *Attorney, Agent, or Firm* — Sheppard Mullin Richter & Hampton LLP

(57)     **ABSTRACT**

The system and method described herein may use various natural language models to deliver targeted advertisements and/or provide natural language processing based on advertisements. In one implementation, an advertisement associated with a product or service may be provided for presentation to a user. A natural language utterance of the user may be received. The natural language utterance may be interpreted based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, a determination of whether the pronoun refers to one or more of the product or service or a provider of the product or service may be effectuated.

**56 Claims, 3 Drawing Sheets**



## US 12,236,456 B2

Page 2

### Related U.S. Application Data

continuation of application No. 15/223,870, filed on Jul. 29, 2016, now Pat. No. 10,134,060, which is a continuation of application No. 14/836,606, filed on Aug. 26, 2015, now Pat. No. 9,406,078, which is a continuation of application No. 14/537,598, filed on Nov. 10, 2014, now Pat. No. 9,269,097, which is a continuation of application No. 14/016,757, filed on Sep. 3, 2013, now Pat. No. 8,886,536, which is a continuation of application No. 13/371,870, filed on Feb. 13, 2012, now Pat. No. 8,527,274, which is a continuation of application No. 12/847,564, filed on Jul. 30, 2010, now Pat. No. 8,145,489, which is a continuation of application No. 11/671,526, filed on Feb. 6, 2007, now Pat. No. 7,818,176.

(51) **Int. Cl.**

| | | |
|---|---|---|
| *G06Q 30/0241* | (2023.01) | |
| *G06Q 30/0242* | (2023.01) | |
| *G10L 15/18* | (2013.01) | |
| *G10L 15/26* | (2006.01) | |

(52) **U.S. Cl.**
CPC ..... *G06Q 30/0242* (2013.01); *G06Q 30/0251* (2013.01); *G10L 15/18* (2013.01); *G10L 15/26* (2013.01)

(58) **Field of Classification Search**
CPC ... G06Q 30/0251; G06F 40/263; G10L 15/18; G10L 15/26
USPC ........ 705/14.66, 26.35; 379/221.01; 704/270
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,821,027 A | 4/1989 | Mallory |
| 4,829,423 A | 5/1989 | Tennant |
| 4,887,212 A | 12/1989 | Zamora |
| 4,910,784 A | 3/1990 | Doddington |
| 5,027,406 A | 6/1991 | Roberts |
| 5,155,743 A | 10/1992 | Jacobs |
| 5,164,904 A | 11/1992 | Sumner |
| 5,208,748 A | 5/1993 | Flores |
| 5,265,065 A | 11/1993 | Turtle |
| 5,274,560 A | 12/1993 | Larue |
| 5,331,554 A | 7/1994 | Graham |
| 5,357,596 A | 10/1994 | Takebayashi |
| 5,369,575 A | 11/1994 | Lamberti |
| 5,377,350 A | 12/1994 | Skinner |
| 5,386,556 A | 1/1995 | Hedin |
| 5,424,947 A | 6/1995 | Nagao |
| 5,471,318 A | 11/1995 | Ahuja |
| 5,475,733 A | 12/1995 | Eisdorfer |
| 5,479,563 A | 12/1995 | Yamaguchi |
| 5,488,652 A | 1/1996 | Bielby |
| 5,499,289 A | 3/1996 | Bruno |
| 5,500,920 A | 3/1996 | Kupiec |
| 5,517,560 A | 5/1996 | Greenspan |
| 5,533,108 A | 7/1996 | Harris |
| 5,537,436 A | 7/1996 | Bottoms |
| 5,539,744 A | 7/1996 | Chu |
| 5,557,667 A | 9/1996 | Bruno |
| 5,559,864 A | 9/1996 | Kennedy, Jr. |
| 5,563,937 A | 10/1996 | Bruno |
| 5,577,165 A | 11/1996 | Takebayashi |
| 5,590,039 A | 12/1996 | Keda |
| 5,608,635 A | 3/1997 | Tamai |
| 5,615,296 A | 3/1997 | Stanford |
| 5,617,407 A | 4/1997 | Bareis |
| 5,633,922 A | 5/1997 | August |
| 5,634,086 A | 5/1997 | Rtischev |
| 5,652,570 A | 7/1997 | Lepkofker |

| | | |
|---|---|---|
| 5,675,629 A | 10/1997 | Raffel |
| 5,696,965 A | 12/1997 | Dedrick |
| 5,708,422 A | 1/1998 | Blonder |
| 5,721,938 A | 2/1998 | Stuckey |
| 5,722,084 A | 2/1998 | Chakrin |
| 5,729,659 A | 3/1998 | Potter |
| 5,740,256 A | 4/1998 | Castello Da Costa |
| 5,742,763 A | 4/1998 | Jones |
| 5,748,841 A | 5/1998 | Morin |
| 5,748,974 A | 5/1998 | Johnson |
| 5,752,052 A | 5/1998 | Richardson |
| 5,754,784 A | 5/1998 | Garland |
| 5,761,631 A | 6/1998 | Nasukawa |
| 5,774,841 A | 6/1998 | Salazar |
| 5,774,859 A | 6/1998 | Houser |
| 5,794,050 A | 8/1998 | Dahlgren |
| 5,794,196 A | 8/1998 | Yegnanarayanan |
| 5,797,112 A | 8/1998 | Komatsu |
| 5,799,276 A | 8/1998 | Komissarchik |
| 5,802,510 A | 9/1998 | Jones |
| 5,829,000 A | 10/1998 | Huang |
| 5,832,221 A | 11/1998 | Jones |
| 5,839,107 A | 11/1998 | Gupta |
| 5,848,396 A | 12/1998 | Gerace |
| 5,855,000 A | 12/1998 | Waibel |
| 5,860,059 A | 1/1999 | Aust |
| 5,867,817 A | 2/1999 | Catallo |
| 5,878,385 A | 3/1999 | Bralich |
| 5,878,386 A | 3/1999 | Coughlin |
| 5,892,813 A | 4/1999 | Morin |
| 5,892,900 A | 4/1999 | Ginter |
| 5,895,464 A | 4/1999 | Bhandari |
| 5,895,466 A | 4/1999 | Goldberg |
| 5,897,613 A | 4/1999 | Chan |
| 5,898,760 A | 4/1999 | Smets |
| 5,899,991 A | 5/1999 | Karch |
| 5,902,347 A | 5/1999 | Backman |
| 5,911,120 A | 6/1999 | Jarett |
| 5,918,222 A | 6/1999 | Fukui |
| 5,926,784 A | 7/1999 | Richardson |
| 5,933,822 A | 8/1999 | Braden-Harder |
| 5,950,167 A | 9/1999 | Yaker |
| 5,953,393 A | 9/1999 | Culbreth |
| 5,960,384 A | 9/1999 | Brash |
| 5,960,397 A | 9/1999 | Rahim |
| 5,960,399 A | 9/1999 | Barclay |
| 5,960,447 A | 9/1999 | Holt |
| 5,963,894 A | 10/1999 | Richardson |
| 5,963,940 A | 10/1999 | Liddy |
| 5,982,906 A | 11/1999 | Ono |
| 5,983,190 A | 11/1999 | Trowerii |
| 5,987,404 A | 11/1999 | Dellapietra |
| 5,991,721 A | 11/1999 | Asano |
| 5,995,119 A | 11/1999 | Cosatto |
| 5,995,928 A | 11/1999 | Nguyen |
| 5,995,943 A | 11/1999 | Bull |
| 6,009,382 A | 12/1999 | Martino |
| 6,014,559 A | 1/2000 | Amin |
| 6,018,708 A | 1/2000 | Dahan |
| 6,021,384 A | 2/2000 | Gorin |
| 6,028,514 A | 2/2000 | Lemelson |
| 6,035,267 A | 3/2000 | Watanabe |
| 6,044,347 A | 3/2000 | Abella |
| 6,049,602 A | 4/2000 | Foladare |
| 6,049,607 A | 4/2000 | Marash |
| 6,058,187 A | 5/2000 | Chen |
| 6,067,513 A | 5/2000 | Ishimitsu |
| 6,073,098 A | 6/2000 | Buchsbaum |
| 6,076,057 A | 6/2000 | Narayanan |
| 6,076,059 A | 6/2000 | Glickman |
| 6,078,886 A | 6/2000 | Dragosh |
| 6,081,774 A | 6/2000 | Dehita |
| 6,081,779 A | 6/2000 | Besling |
| 6,085,186 A | 7/2000 | Christianson |
| 6,101,241 A | 8/2000 | Boyce |
| 6,108,631 A | 8/2000 | Ruhl |
| 6,119,087 A | 9/2000 | Kuhn |
| 6,119,101 A | 9/2000 | Peckover |
| 6,122,613 A | 9/2000 | Baker |

**US 12,236,456 B2**

Page 3

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,134,235 | A | 10/2000 | Goldman |
| 6,144,667 | A | 11/2000 | Doshi |
| 6,144,938 | A | 11/2000 | Surace |
| 6,154,526 | A | 11/2000 | Dahlke |
| 6,160,883 | A | 12/2000 | Jackson |
| 6,167,377 | A | 12/2000 | Gillick |
| 6,173,250 | B1 | 1/2001 | Jong |
| 6,173,266 | B1 | 1/2001 | Marx |
| 6,173,279 | B1 | 1/2001 | Levin |
| 6,175,858 | B1 | 1/2001 | Bulfer |
| 6,185,535 | B1 | 2/2001 | Hedin |
| 6,188,982 | B1 | 2/2001 | Chiang |
| 6,192,110 | B1 | 2/2001 | Abella |
| 6,192,338 | B1 | 2/2001 | Haszto |
| 6,195,634 | B1 | 2/2001 | Dudemaine |
| 6,195,651 | B1 | 2/2001 | Handel |
| 6,199,043 | B1 | 3/2001 | Happ |
| 6,208,964 | B1 | 3/2001 | Sabourin |
| 6,208,972 | B1 | 3/2001 | Grant |
| 6,219,346 | B1 | 4/2001 | Maxemchuk |
| 6,219,643 | B1 | 4/2001 | Cohen |
| 6,219,645 | B1 | 4/2001 | Byers |
| 6,226,612 | B1 | 5/2001 | Srenger |
| 6,233,556 | B1 | 5/2001 | Teunen |
| 6,233,559 | B1 | 5/2001 | Balakrishnan |
| 6,233,561 | B1 | 5/2001 | Junqua |
| 6,236,968 | B1 | 5/2001 | Kanevsky |
| 6,243,679 | B1 | 6/2001 | Mohri |
| 6,246,981 | B1 | 6/2001 | Papineni |
| 6,246,990 | B1 | 6/2001 | Happ |
| 6,266,636 | B1 | 7/2001 | Kosaka |
| 6,269,336 | B1 | 7/2001 | Ladd |
| 6,272,455 | B1 | 8/2001 | Hoshen |
| 6,272,461 | B1 | 8/2001 | Meredith |
| 6,275,231 | B1 | 8/2001 | Obradovich |
| 6,278,377 | B1 | 8/2001 | Deline |
| 6,278,968 | B1 | 8/2001 | Franz |
| 6,286,002 | B1 | 9/2001 | Axaopoulos |
| 6,288,319 | B1 | 9/2001 | Catona |
| 6,292,767 | B1 | 9/2001 | Jackson |
| 6,301,560 | B1 | 10/2001 | Masters |
| 6,308,151 | B1 | 10/2001 | Smith |
| 6,311,159 | B1 | 10/2001 | Vantichelen |
| 6,314,402 | B1 | 11/2001 | Monaco |
| 6,321,196 | B1 | 11/2001 | Franceschi |
| 6,356,869 | B1 | 3/2002 | Chapados |
| 6,362,748 | B1 | 3/2002 | Huang |
| 6,366,882 | B1 | 4/2002 | Bijl |
| 6,366,886 | B1 | 4/2002 | Dragosh |
| 6,374,214 | B1 | 4/2002 | Friedland |
| 6,374,226 | B1 | 4/2002 | Hunt |
| 6,377,913 | B1 | 4/2002 | Coffman |
| 6,377,919 | B1 | 4/2002 | Burnett |
| 6,381,535 | B1 | 4/2002 | Durocher |
| 6,385,596 | B1 | 5/2002 | Wiser |
| 6,385,646 | B1 | 5/2002 | Brown |
| 6,389,398 | B1 | 5/2002 | Lustgarten |
| 6,393,403 | B1 | 5/2002 | Majaniemi |
| 6,393,428 | B1 | 5/2002 | Miller |
| 6,393,460 | B1 | 5/2002 | Gruen |
| 6,397,181 | B1 | 5/2002 | Li |
| 6,404,878 | B1 | 6/2002 | Jackson |
| 6,405,170 | B1 | 6/2002 | Phillips |
| 6,408,272 | B1 | 6/2002 | White |
| 6,411,810 | B1 | 6/2002 | Maxemchuk |
| 6,411,893 | B2 | 6/2002 | Ruhl |
| 6,415,257 | B1 | 7/2002 | Junqua |
| 6,418,210 | B1 | 7/2002 | Sayko |
| 6,420,975 | B1 | 7/2002 | Deline |
| 6,429,813 | B2 | 8/2002 | Feigen |
| 6,430,285 | B1 | 8/2002 | Bauer |
| 6,430,531 | B1 | 8/2002 | Polish |
| 6,434,523 | B1 | 8/2002 | Monaco |
| 6,434,524 | B1 | 8/2002 | Weber |
| 6,434,529 | B1 | 8/2002 | Walker |
| 6,442,522 | B1 | 8/2002 | Carberry |
| 6,446,114 | B1 | 9/2002 | Bulfer |
| 6,453,153 | B1 | 9/2002 | Bowker |
| 6,453,292 | B2 | 9/2002 | Ramaswamy |
| 6,456,711 | B1 | 9/2002 | Cheung |
| 6,456,974 | B1 | 9/2002 | Baker |
| 6,466,654 | B1 | 10/2002 | Cooper |
| 6,466,899 | B1 | 10/2002 | Yano |
| 6,470,315 | B1 | 10/2002 | Netsch |
| 6,487,494 | B2 | 11/2002 | Odinak |
| 6,487,495 | B1 | 11/2002 | Gale |
| 6,498,797 | B1 | 12/2002 | Anerousis |
| 6,499,013 | B1 | 12/2002 | Weber |
| 6,501,833 | B2 | 12/2002 | Phillips |
| 6,501,834 | B1 | 12/2002 | Milewski |
| 6,505,155 | B1 | 1/2003 | Vanbuskirk |
| 6,510,417 | B1 | 1/2003 | Woods |
| 6,513,006 | B2 | 1/2003 | Howard |
| 6,522,746 | B1 | 2/2003 | Marchok |
| 6,523,061 | B1 | 2/2003 | Halverson |
| 6,526,335 | B1 | 2/2003 | Treyz |
| 6,532,444 | B1 | 3/2003 | Weber |
| 6,539,348 | B1 | 3/2003 | Bond |
| 6,549,629 | B2 | 4/2003 | Finn |
| 6,553,372 | B1 | 4/2003 | Brassell |
| 6,556,970 | B1 | 4/2003 | Sasaki |
| 6,556,973 | B1 | 4/2003 | Lewin |
| 6,560,576 | B1 | 5/2003 | Cohen |
| 6,560,590 | B1 | 5/2003 | Shwe |
| 6,567,778 | B1 | 5/2003 | Chaochang |
| 6,567,797 | B1 | 5/2003 | Schuetze |
| 6,567,805 | B1 | 5/2003 | Johnson |
| 6,570,555 | B1 | 5/2003 | Prevost |
| 6,570,964 | B1 | 5/2003 | Murveit |
| 6,571,279 | B1 | 5/2003 | Herz |
| 6,574,597 | B1 | 6/2003 | Mohri |
| 6,574,624 | B1 | 6/2003 | Johnson |
| 6,578,022 | B1 | 6/2003 | Foulger |
| 6,581,103 | B1 | 6/2003 | Dengler |
| 6,584,439 | B1 | 6/2003 | Geilhufe |
| 6,587,858 | B1 | 7/2003 | Strazza |
| 6,591,185 | B1 | 7/2003 | Polidi |
| 6,591,239 | B1 | 7/2003 | McCall |
| 6,594,257 | B1 | 7/2003 | Doshi |
| 6,594,367 | B1 | 7/2003 | Marash |
| 6,598,018 | B1 | 7/2003 | Junqua |
| 6,601,026 | B2 | 7/2003 | Appelt |
| 6,601,029 | B1 | 7/2003 | Pickering |
| 6,604,075 | B1 | 8/2003 | Brown |
| 6,604,077 | B2 | 8/2003 | Dragosh |
| 6,606,598 | B1 | 8/2003 | Holthouse |
| 6,611,692 | B2 | 8/2003 | Raffel |
| 6,614,773 | B1 | 9/2003 | Maxemchuk |
| 6,615,172 | B1 | 9/2003 | Bennett |
| 6,622,119 | B1 | 9/2003 | Ramaswamy |
| 6,629,066 | B1 | 9/2003 | Jackson |
| 6,631,346 | B1 | 10/2003 | Karaorman |
| 6,631,351 | B1 | 10/2003 | Ramachandran |
| 6,633,846 | B1 | 10/2003 | Bennett |
| 6,636,790 | B1 | 10/2003 | Lightner |
| 6,643,620 | B1 | 11/2003 | Contolini |
| 6,647,363 | B2 | 11/2003 | Claassen |
| 6,650,747 | B1 | 11/2003 | Bala |
| 6,658,388 | B1 | 12/2003 | Kleindienst |
| 6,678,680 | B1 | 1/2004 | Woo |
| 6,681,206 | B1 | 1/2004 | Gorin |
| 6,691,151 | B1 | 2/2004 | Cheyer |
| 6,701,294 | B1 | 3/2004 | Ball |
| 6,704,396 | B2 | 3/2004 | Parolkar |
| 6,704,576 | B1 | 3/2004 | Brachman |
| 6,704,708 | B1 | 3/2004 | Pickering |
| 6,707,421 | B1 | 3/2004 | Drury |
| 6,708,150 | B1 | 3/2004 | Hirayama |
| 6,721,001 | B1 | 4/2004 | Berstis |
| 6,721,633 | B2 | 4/2004 | Funk |
| 6,721,706 | B1 | 4/2004 | Strubbe |
| 6,726,636 | B2 | 4/2004 | Derghazarian |
| 6,732,088 | B1 | 5/2004 | Glance |
| 6,735,592 | B1 | 5/2004 | Neumann |

**US 12,236,456 B2**

Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,739,556 B1 | 5/2004 | Langston |
| 6,741,931 B1 | 5/2004 | Kohut |
| 6,742,021 B1 | 5/2004 | Halverson |
| 6,745,161 B1 | 6/2004 | Arnold |
| 6,751,591 B1 | 6/2004 | Gorin |
| 6,751,612 B1 | 6/2004 | Schuetze |
| 6,754,485 B1 | 6/2004 | Obradovich |
| 6,754,627 B2 | 6/2004 | Woodward |
| 6,754,647 B1 | 6/2004 | Tackett |
| 6,757,362 B1 | 6/2004 | Cooper |
| 6,757,544 B2 | 6/2004 | Rangarajan |
| 6,757,718 B1 | 6/2004 | Halverson |
| 6,785,651 B1 | 8/2004 | Wang |
| 6,795,808 B1 | 9/2004 | Strubbe |
| 6,801,604 B2 | 10/2004 | Maes |
| 6,801,893 B1 | 10/2004 | Backfried |
| 6,804,330 B1 | 10/2004 | Jones |
| 6,810,375 B1 | 10/2004 | Ejerhed |
| 6,813,341 B1 | 11/2004 | Mahoney |
| 6,816,830 B1 | 11/2004 | Kempe |
| 6,823,308 B2 | 11/2004 | Keiller |
| 6,829,603 B1 | 12/2004 | Chai |
| 6,832,230 B1 | 12/2004 | Zilliacus |
| 6,833,848 B1 | 12/2004 | Wolff |
| 6,839,896 B2 | 1/2005 | Coffman |
| 6,850,603 B1 | 2/2005 | Eberle |
| 6,856,990 B2 | 2/2005 | Barile |
| 6,859,776 B1 | 2/2005 | Cohen |
| 6,865,481 B2 | 3/2005 | Kawazoe |
| 6,868,380 B2 | 3/2005 | Kroeker |
| 6,868,385 B1 | 3/2005 | Gerson |
| 6,871,179 B1 | 3/2005 | Kist |
| 6,873,837 B1 | 3/2005 | Yoshioka |
| 6,877,001 B2 | 4/2005 | Wolf |
| 6,877,134 B1 | 4/2005 | Fuller |
| 6,882,970 B1 | 4/2005 | Garner |
| 6,901,366 B1 | 5/2005 | Kuhn |
| 6,910,003 B1 | 6/2005 | Arnold |
| 6,912,498 B2 | 6/2005 | Stevens |
| 6,915,126 B2 | 7/2005 | Mazzara, Jr. |
| 6,928,614 B1 | 8/2005 | Everhart |
| 6,934,756 B2 | 8/2005 | Maes |
| 6,937,977 B2 | 8/2005 | Gerson |
| 6,937,982 B2 | 8/2005 | Kitaoka |
| 6,941,266 B1 | 9/2005 | Gorin |
| 6,944,594 B2 | 9/2005 | Busayapongchai |
| 6,950,821 B2 | 9/2005 | Faybishenko |
| 6,954,755 B2 | 10/2005 | Reisman |
| 6,959,276 B2 | 10/2005 | Droppo |
| 6,961,700 B2 | 11/2005 | Mitchell |
| 6,963,759 B1 | 11/2005 | Gerson |
| 6,964,023 B2 | 11/2005 | Maes |
| 6,968,311 B2 | 11/2005 | Knockeart |
| 6,973,387 B2 | 12/2005 | Masclet |
| 6,975,983 B1 | 12/2005 | Fortescue |
| 6,975,993 B1 | 12/2005 | Keiller |
| 6,980,092 B2 | 12/2005 | Turnbull |
| 6,983,055 B2 | 1/2006 | Luo |
| 6,990,513 B2 | 1/2006 | Belfiore |
| 6,996,531 B2 | 2/2006 | Korall |
| 7,003,463 B1 | 2/2006 | Maes |
| 7,016,849 B2 | 3/2006 | Arnold |
| 7,020,609 B2 | 3/2006 | Thrift |
| 7,024,364 B2 | 4/2006 | Guerra |
| 7,027,586 B2 | 4/2006 | Bushey |
| 7,027,974 B1 | 4/2006 | Busch |
| 7,027,975 B1 | 4/2006 | Pazandak |
| 7,031,908 B1 | 4/2006 | Huang |
| 7,035,415 B2 | 4/2006 | Belt |
| 7,036,128 B1 | 4/2006 | Julia |
| 7,043,425 B2 | 5/2006 | Pao |
| 7,054,817 B2 | 5/2006 | Shao |
| 7,058,890 B2 | 6/2006 | George |
| 7,062,488 B1 | 6/2006 | Reisman |
| 7,069,220 B2 | 6/2006 | Coffman |
| 7,072,834 B2 | 7/2006 | Zhou |
| 7,072,888 B1 | 7/2006 | Perkins |
| 7,076,362 B2 | 7/2006 | Ohtsuji |
| 7,082,469 B2 | 7/2006 | Gold |
| 7,085,708 B2 | 8/2006 | Manson |
| 7,092,928 B1 | 8/2006 | Elad |
| 7,107,210 B2 | 9/2006 | Deng |
| 7,107,218 B1 | 9/2006 | Preston |
| 7,110,951 B1 | 9/2006 | Lemelson |
| 7,127,395 B1 | 10/2006 | Gorin |
| 7,127,400 B2 | 10/2006 | Koch |
| 7,130,390 B2 | 10/2006 | Abburi |
| 7,136,875 B2 | 11/2006 | Anderson |
| 7,137,126 B1 | 11/2006 | Coffman |
| 7,143,037 B1 | 11/2006 | Chestnut |
| 7,143,039 B1 | 11/2006 | Stifelman |
| 7,146,315 B2 | 12/2006 | Balan |
| 7,146,319 B2 | 12/2006 | Hunt |
| 7,149,696 B2 | 12/2006 | Shimizu |
| 7,165,028 B2 | 1/2007 | Gong |
| 7,170,993 B2 | 1/2007 | Anderson |
| 7,171,291 B2 | 1/2007 | Obradovich |
| 7,174,300 B2 | 2/2007 | Bush |
| 7,177,798 B2 | 2/2007 | Hsu |
| 7,184,957 B2 | 2/2007 | Brookes |
| 7,190,770 B2 | 3/2007 | Ando |
| 7,197,069 B2 | 3/2007 | Agazzi |
| 7,197,460 B1 | 3/2007 | Gupta |
| 7,203,644 B2 | 4/2007 | Anderson |
| 7,206,418 B2 | 4/2007 | Yang |
| 7,207,011 B2 | 4/2007 | Mulvey |
| 7,215,941 B2 | 5/2007 | Beckmann |
| 7,228,276 B2 | 6/2007 | Omote |
| 7,231,343 B1 | 6/2007 | Treadgold |
| 7,236,923 B1 | 6/2007 | Gupta |
| 7,254,482 B2 | 8/2007 | Kawasaki |
| 7,272,212 B2 | 9/2007 | Eberle |
| 7,277,854 B2 | 10/2007 | Bennett |
| 7,283,829 B2 | 10/2007 | Christenson |
| 7,283,951 B2 | 10/2007 | Marchisio |
| 7,289,606 B2 | 10/2007 | Sibal |
| 7,299,186 B2 | 11/2007 | Kuzunuki |
| 7,301,093 B2 | 11/2007 | Sater |
| 7,305,381 B1 | 12/2007 | Poppink |
| 7,321,850 B2 | 1/2008 | Wakita |
| 7,328,155 B2 | 2/2008 | Endo |
| 7,337,116 B2 | 2/2008 | Charlesworth |
| 7,340,040 B1 | 3/2008 | Saylor |
| 7,366,285 B2 | 4/2008 | Parolkar |
| 7,366,669 B2 | 4/2008 | Nishitani |
| 7,376,586 B1 | 5/2008 | Partovi |
| 7,376,645 B2 | 5/2008 | Bernard |
| 7,380,250 B2 | 5/2008 | Schechter |
| 7,386,443 B1 | 6/2008 | Parthasarathy |
| 7,398,209 B2 | 7/2008 | Kennewick |
| 7,406,421 B2 | 7/2008 | Odinak |
| 7,415,100 B2 | 8/2008 | Cooper |
| 7,415,414 B2 | 8/2008 | Azara |
| 7,421,393 B1 | 9/2008 | Difabbrizio |
| 7,424,431 B2 | 9/2008 | Greene |
| 7,430,510 B1 | 9/2008 | De Fabbrizio |
| 7,447,635 B1 | 11/2008 | Konopka |
| 7,451,088 B1 | 11/2008 | Ehlen |
| 7,454,368 B2 | 11/2008 | Stillman |
| 7,454,608 B2 | 11/2008 | Gopalakrishnan |
| 7,461,059 B2 | 12/2008 | Richardson |
| 7,472,020 B2 | 12/2008 | Brulle-Drews |
| 7,472,060 B1 | 12/2008 | Gorin |
| 7,472,075 B2 | 12/2008 | Odinak |
| 7,477,909 B2 | 1/2009 | Roth |
| 7,478,036 B2 | 1/2009 | Shen |
| 7,487,088 B1 | 2/2009 | Gorin |
| 7,487,110 B2 | 2/2009 | Bennett |
| 7,493,259 B2 | 2/2009 | Jones |
| 7,493,559 B1 | 2/2009 | Wolff |
| 7,502,672 B1 | 3/2009 | Kolls |
| 7,502,730 B2 | 3/2009 | Wang |
| 7,502,738 B2 | 3/2009 | Kennewick |
| 7,512,906 B1 | 3/2009 | Baier |

**US 12,236,456 B2**

Page 5

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 7,516,076 B2 | 4/2009 | Walker |
| 7,529,675 B2 | 5/2009 | Maes |
| 7,536,297 B2 | 5/2009 | Byrd |
| 7,536,374 B2 | 5/2009 | Au |
| 7,542,894 B2 | 6/2009 | Murata |
| 7,546,382 B2 | 6/2009 | Healey |
| 7,548,491 B2 | 6/2009 | Macfarlane |
| 7,552,054 B1 | 6/2009 | Stifelman |
| 7,558,730 B2 | 7/2009 | Davis |
| 7,574,362 B2 | 8/2009 | Walker |
| 7,577,244 B2 | 8/2009 | Taschereau |
| 7,606,708 B2 | 10/2009 | Hwang |
| 7,606,712 B1 | 10/2009 | Smith |
| 7,620,549 B2 | 11/2009 | Dicristo |
| 7,634,409 B2 | 12/2009 | Kennewick |
| 7,640,006 B2 | 12/2009 | Portman |
| 7,640,160 B2 | 12/2009 | Dicristo |
| 7,640,272 B2 | 12/2009 | Mahajan |
| 7,672,931 B2 | 3/2010 | Hurst-Hiller |
| 7,676,365 B2 | 3/2010 | Hwang |
| 7,676,369 B2 | 3/2010 | Fujimoto |
| 7,684,977 B2 | 3/2010 | Morikawa |
| 7,693,720 B2 | 4/2010 | Kennewick |
| 7,697,673 B2 | 4/2010 | Chiu |
| 7,706,616 B2 | 4/2010 | Kristensson |
| 7,729,913 B1 | 6/2010 | Lee |
| 7,729,916 B2 | 6/2010 | Coffman |
| 7,729,918 B2 | 6/2010 | Walker |
| 7,729,920 B2 | 6/2010 | Chaar |
| 7,734,287 B2 | 6/2010 | Ying |
| 7,748,021 B2 | 6/2010 | Obradovich |
| 7,774,333 B2 | 8/2010 | Colledge |
| 7,788,084 B2 | 8/2010 | Brun |
| 7,792,257 B1 | 9/2010 | Vanier |
| 7,801,731 B2 | 9/2010 | Odinak |
| 7,809,570 B2 | 10/2010 | Kennewick |
| 7,818,176 B2 | 10/2010 | Freeman |
| 7,831,426 B2 | 11/2010 | Bennett |
| 7,831,433 B1 | 11/2010 | Belvin |
| 7,856,358 B2 | 12/2010 | Ho |
| 7,873,519 B2 | 1/2011 | Bennett |
| 7,873,523 B2 | 1/2011 | Potter |
| 7,873,654 B2 | 1/2011 | Bernard |
| 7,881,936 B2 | 2/2011 | Longe |
| 7,890,324 B2 | 2/2011 | Bangalore |
| 7,894,849 B2 | 2/2011 | Kass |
| 7,902,969 B2 | 3/2011 | Obradovich |
| 7,917,367 B2 | 3/2011 | Dicristo |
| 7,920,682 B2 | 4/2011 | Byrne |
| 7,949,529 B2 | 5/2011 | Weider |
| 7,949,537 B2 | 5/2011 | Walker |
| 7,953,732 B2 | 5/2011 | Frank |
| 7,974,875 B1 | 7/2011 | Quilici |
| 7,983,917 B2 | 7/2011 | Kennewick |
| 7,984,287 B2 | 7/2011 | Gopalakrishnan |
| 8,005,683 B2 | 8/2011 | Tessel |
| 8,015,006 B2 | 9/2011 | Kennewick |
| 8,024,186 B1 | 9/2011 | De Bonet |
| 8,027,965 B2 | 9/2011 | Takehara |
| 8,032,383 B1 | 10/2011 | Bhardwaj |
| 8,060,367 B2 | 11/2011 | Keaveney |
| 8,069,046 B2 | 11/2011 | Kennewick |
| 8,073,681 B2 | 12/2011 | Baldwin |
| 8,077,975 B2 | 12/2011 | Ma |
| 8,078,502 B2 | 12/2011 | Hao |
| 8,082,153 B2 | 12/2011 | Coffman |
| 8,086,463 B2 | 12/2011 | Ativanichayaphong |
| 8,103,510 B2 | 1/2012 | Sato |
| 8,112,275 B2 | 2/2012 | Kennewick |
| 8,140,327 B2 | 3/2012 | Kennewick |
| 8,140,335 B2 | 3/2012 | Kennewick |
| 8,145,489 B2 | 3/2012 | Freeman |
| 8,150,694 B2 | 4/2012 | Kennewick |
| 8,155,962 B2 | 4/2012 | Kennewick |
| 8,170,867 B2 | 5/2012 | Germain |
| 8,180,037 B1 | 5/2012 | Delker |
| 8,190,436 B2 | 5/2012 | Bangalore |
| 8,195,468 B2 | 6/2012 | Weider |
| 8,200,485 B1 | 6/2012 | Lee |
| 8,204,751 B1 | 6/2012 | Di Fabbrizio |
| 8,219,399 B2 | 7/2012 | Lutz |
| 8,219,599 B2 | 7/2012 | Tunstall-Pedoe |
| 8,224,652 B2 | 7/2012 | Wang |
| 8,255,224 B2 | 8/2012 | Singleton |
| 8,326,599 B2 | 12/2012 | Tomeh |
| 8,326,627 B2 | 12/2012 | Kennewick |
| 8,326,634 B2 | 12/2012 | Dicristo |
| 8,326,637 B2 | 12/2012 | Baldwin |
| 8,332,224 B2 | 12/2012 | Dicristo |
| 8,340,975 B1 | 12/2012 | Rosenberger |
| 8,346,563 B1 | 1/2013 | Hjelm |
| 8,370,147 B2 | 2/2013 | Kennewick |
| 8,447,607 B2 | 5/2013 | Weider |
| 8,447,651 B1 | 5/2013 | Scholl |
| 8,452,598 B2 | 5/2013 | Kennewick |
| 8,503,995 B2 | 8/2013 | Ramer |
| 8,509,403 B2 | 8/2013 | Chiu |
| 8,515,765 B2 | 8/2013 | Baldwin |
| 8,527,274 B2 | 9/2013 | Freeman |
| 8,577,671 B1 | 11/2013 | Barve |
| 8,589,161 B2 | 11/2013 | Kennewick |
| 8,612,205 B2 | 12/2013 | Hanneman |
| 8,612,206 B2 | 12/2013 | Chalabi |
| 8,620,659 B2 | 12/2013 | Dicristo |
| 8,719,005 B1 | 5/2014 | Lee |
| 8,719,009 B2 | 5/2014 | Baldwin |
| 8,719,026 B2 | 5/2014 | Kennewick |
| 8,731,929 B2 | 5/2014 | Kennewick |
| 8,738,380 B2 | 5/2014 | Baldwin |
| 8,849,652 B2 | 9/2014 | Weider |
| 8,849,670 B2 | 9/2014 | Dicristo |
| 8,849,696 B2 | 9/2014 | Pansari |
| 8,849,791 B1 | 9/2014 | Hertschuh |
| 8,886,536 B2 | 11/2014 | Freeman |
| 8,972,243 B1 | 3/2015 | Strom |
| 8,972,354 B1 | 3/2015 | Telang |
| 8,983,839 B2 | 3/2015 | Kennewick |
| 9,009,046 B1 | 4/2015 | Stewart |
| 9,015,049 B2 | 4/2015 | Baldwin |
| 9,037,455 B1 | 5/2015 | Faaborg |
| 9,070,366 B1 | 6/2015 | Mathias |
| 9,070,367 B1 | 6/2015 | Hoffmeister |
| 9,105,266 B2 | 8/2015 | Baldwin |
| 9,171,541 B2 | 10/2015 | Kennewick |
| 9,269,097 B2 | 2/2016 | Freeman |
| 9,305,548 B2 | 4/2016 | Kennewick |
| 9,308,445 B1 | 4/2016 | Merzenich |
| 9,318,108 B2 | 4/2016 | Gruber |
| 9,336,772 B1 | 5/2016 | Salvador |
| 9,406,078 B2 | 8/2016 | Freeman |
| 9,443,514 B1 | 9/2016 | Taubman |
| 9,502,025 B2 | 11/2016 | Kennewick |
| 9,626,703 B2 | 4/2017 | Kennewick, Sr. |
| 9,711,143 B2 | 7/2017 | Kennewick |
| 10,089,984 B2 | 10/2018 | Kennewick |
| 10,318,586 B1 | 6/2019 | Rose |
| 2001/0011336 A1 | 8/2001 | Sitka |
| 2001/0014857 A1 | 8/2001 | Wang |
| 2001/0021905 A1 | 9/2001 | Burnett |
| 2001/0021930 A1* | 9/2001 | Bouve .................... H04L 29/06 |
| 2001/0039492 A1 | 11/2001 | Nemoto |
| 2001/0041559 A1 | 11/2001 | Salabaschew |
| 2001/0041977 A1 | 11/2001 | Aoyagi |
| 2001/0041980 A1 | 11/2001 | Howard |
| 2001/0047261 A1 | 11/2001 | Kassan |
| 2001/0049601 A1 | 12/2001 | Kroeker |
| 2001/0054087 A1 | 12/2001 | Flom |
| 2001/0056374 A1* | 12/2001 | Joao ................... G06Q 30/0217 |
| | | 705/14.69 |
| 2002/0002548 A1 | 1/2002 | Roundtree |
| 2002/0007267 A1 | 1/2002 | Batchilo |
| 2002/0010584 A1 | 1/2002 | Schultz |
| 2002/0015500 A1 | 2/2002 | Belt |
| 2002/0022927 A1 | 2/2002 | Lemelson |

US 12,236,456 B2

Page 6

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2002/0022956 A1 | 2/2002 | Ukrainczyk |
| 2002/0029186 A1 | 3/2002 | Roth |
| 2002/0029261 A1 | 3/2002 | Shibata |
| 2002/0032752 A1 | 3/2002 | Gold |
| 2002/0035501 A1 | 3/2002 | Handel |
| 2002/0040297 A1 | 4/2002 | Tsiao |
| 2002/0049535 A1 | 4/2002 | Rigo |
| 2002/0049805 A1 | 4/2002 | Yamada |
| 2002/0059068 A1 | 5/2002 | Rose |
| 2002/0065568 A1 | 5/2002 | Silfvast |
| 2002/0067839 A1 | 6/2002 | Heinrich |
| 2002/0069059 A1 | 6/2002 | Smith |
| 2002/0069071 A1 | 6/2002 | Knockeart |
| 2002/0073176 A1 | 6/2002 | Ikeda |
| 2002/0082911 A1 | 6/2002 | Dunn |
| 2002/0087312 A1 | 7/2002 | Lee |
| 2002/0087326 A1 | 7/2002 | Lee |
| 2002/0087525 A1 | 7/2002 | Abbott |
| 2002/0107694 A1 | 8/2002 | Erg |
| 2002/0120609 A1 | 8/2002 | Ang |
| 2002/0124050 A1 | 9/2002 | Middeljans |
| 2002/0133347 A1 | 9/2002 | Schoneburg |
| 2002/0133354 A1 | 9/2002 | Ross |
| 2002/0133402 A1 | 9/2002 | Faber |
| 2002/0135618 A1 | 9/2002 | Maes |
| 2002/0138248 A1 | 9/2002 | Corston-Oliver |
| 2002/0143532 A1 | 10/2002 | McLean |
| 2002/0143535 A1 | 10/2002 | Kist |
| 2002/0152260 A1 | 10/2002 | Chen |
| 2002/0161646 A1 | 10/2002 | Gailey |
| 2002/0161647 A1 | 10/2002 | Gailey |
| 2002/0169597 A1 | 11/2002 | Fain |
| 2002/0173333 A1 | 11/2002 | Buchholz |
| 2002/0173961 A1 | 11/2002 | Guerra |
| 2002/0178003 A1 | 11/2002 | Gehrke |
| 2002/0184373 A1 | 12/2002 | Maes |
| 2002/0188455 A1 | 12/2002 | Shioda |
| 2002/0188509 A1* | 12/2002 | Ariff ................... G06Q 30/0613 |
| | | 705/14.27 |
| 2002/0188602 A1 | 12/2002 | Stubler |
| 2002/0198714 A1 | 12/2002 | Zhou |
| 2003/0005033 A1 | 1/2003 | Mohan |
| 2003/0014261 A1 | 1/2003 | Kageyama |
| 2003/0016835 A1 | 1/2003 | Elko |
| 2003/0023434 A1* | 1/2003 | Boman .................... G10L 15/02 |
| | | 704/E15.004 |
| 2003/0036903 A1 | 2/2003 | Konopka |
| 2003/0041050 A1* | 2/2003 | Smith .................... G06Q 30/02 |
| 2003/0046071 A1 | 3/2003 | Wyman |
| 2003/0046281 A1 | 3/2003 | Son |
| 2003/0046346 A1 | 3/2003 | Mumick |
| 2003/0064709 A1 | 4/2003 | Gailey |
| 2003/0065427 A1 | 4/2003 | Funk |
| 2003/0069734 A1 | 4/2003 | Everhart |
| 2003/0069880 A1 | 4/2003 | Harrison |
| 2003/0088421 A1 | 5/2003 | Maes |
| 2003/0093419 A1 | 5/2003 | Bangalore |
| 2003/0097249 A1 | 5/2003 | Walker |
| 2003/0101050 A1 | 5/2003 | Khalil |
| 2003/0110037 A1 | 6/2003 | Walker |
| 2003/0112267 A1 | 6/2003 | Belrose |
| 2003/0115062 A1 | 6/2003 | Walker |
| 2003/0120493 A1 | 6/2003 | Gupta |
| 2003/0130843 A1* | 7/2003 | Ky .......................... G10L 15/04 |
| | | 704/E15.005 |
| 2003/0135362 A1* | 7/2003 | Feng ....................... G10L 15/30 |
| | | 704/205 |
| 2003/0135488 A1 | 7/2003 | Amir |
| 2003/0144846 A1 | 7/2003 | Denenberg |
| 2003/0154082 A1 | 8/2003 | Toguri |
| 2003/0158731 A1 | 8/2003 | Falcon |
| 2003/0161448 A1 | 8/2003 | Parolkar |
| 2003/0167167 A1 | 9/2003 | Gong |
| 2003/0174155 A1 | 9/2003 | Weng |
| 2003/0182123 A1 | 9/2003 | Mitsuyoshi |

| | | |
|---|---|---|
| 2003/0182132 A1 | 9/2003 | Niemoeller |
| 2003/0187643 A1 | 10/2003 | Vanthong |
| 2003/0204492 A1 | 10/2003 | Wolf |
| 2003/0206640 A1 | 11/2003 | Malvar |
| 2003/0212550 A1 | 11/2003 | Ubale |
| 2003/0212558 A1 | 11/2003 | Matula |
| 2003/0212562 A1 | 11/2003 | Patel |
| 2003/0216919 A1 | 11/2003 | Roushar |
| 2003/0223566 A1* | 12/2003 | Book ................. H04M 3/42153 |
| | | 379/221.01 |
| 2003/0225825 A1 | 12/2003 | Healey |
| 2003/0233230 A1 | 12/2003 | Ammicht |
| 2003/0236664 A1 | 12/2003 | Sharma |
| 2004/0006475 A1 | 1/2004 | Ehlen |
| 2004/0010358 A1 | 1/2004 | Oesterling |
| 2004/0025115 A1 | 2/2004 | Sienel |
| 2004/0030741 A1 | 2/2004 | Wolton |
| 2004/0036601 A1 | 2/2004 | Obradovich |
| 2004/0044516 A1 | 3/2004 | Kennewick |
| 2004/0093567 A1 | 5/2004 | Schabes |
| 2004/0098245 A1 | 5/2004 | Walker |
| 2004/0102977 A1 | 5/2004 | Metzler |
| 2004/0117179 A1 | 6/2004 | Balasuriya |
| 2004/0117804 A1 | 6/2004 | Scahill |
| 2004/0122673 A1 | 6/2004 | Park |
| 2004/0122674 A1 | 6/2004 | Bangalore |
| 2004/0128514 A1 | 7/2004 | Rhoads |
| 2004/0133793 A1 | 7/2004 | Ginter |
| 2004/0140989 A1 | 7/2004 | Papageorge |
| 2004/0143440 A1 | 7/2004 | Prasad |
| 2004/0148154 A1 | 7/2004 | Acero |
| 2004/0148170 A1 | 7/2004 | Acero |
| 2004/0158555 A1 | 8/2004 | Seedman |
| 2004/0166832 A1 | 8/2004 | Portman |
| 2004/0167771 A1 | 8/2004 | Duan |
| 2004/0172247 A1 | 9/2004 | Yoon |
| 2004/0172258 A1 | 9/2004 | Dominach |
| 2004/0189697 A1 | 9/2004 | Fukuoka |
| 2004/0193408 A1 | 9/2004 | Hunt |
| 2004/0193420 A1* | 9/2004 | Kennewick ......... G06F 16/3329 |
| | | 704/270.1 |
| 2004/0199375 A1 | 10/2004 | Ehsani |
| 2004/0199387 A1 | 10/2004 | Wang |
| 2004/0199389 A1 | 10/2004 | Geiger |
| 2004/0201607 A1 | 10/2004 | Mulvey |
| 2004/0204939 A1 | 10/2004 | Liu |
| 2004/0205671 A1 | 10/2004 | Sukehiro |
| 2004/0220800 A1 | 11/2004 | Kong |
| 2004/0243393 A1 | 12/2004 | Wang |
| 2004/0243417 A9 | 12/2004 | Pitts |
| 2004/0247092 A1 | 12/2004 | Timmins |
| 2004/0249636 A1 | 12/2004 | Applebaum |
| 2004/0267628 A1* | 12/2004 | Stillman ............. G06Q 30/0613 |
| | | 705/26.35 |
| 2005/0015256 A1 | 1/2005 | Kargman |
| 2005/0021331 A1 | 1/2005 | Huang |
| 2005/0021334 A1 | 1/2005 | Wahashi |
| 2005/0021470 A1 | 1/2005 | Martin |
| 2005/0021826 A1 | 1/2005 | Kumar |
| 2005/0033574 A1 | 2/2005 | Kim |
| 2005/0033582 A1 | 2/2005 | Gadd |
| 2005/0043940 A1 | 2/2005 | Elder |
| 2005/0043956 A1 | 2/2005 | Aoyama |
| 2005/0055275 A1* | 3/2005 | Newman ............ G06Q 30/0207 |
| | | 705/14.1 |
| 2005/0060142 A1 | 3/2005 | Erik |
| 2005/0080632 A1 | 4/2005 | Endo |
| 2005/0080821 A1 | 4/2005 | Breil |
| 2005/0102282 A1 | 5/2005 | Linden |
| 2005/0114116 A1 | 5/2005 | Fiedler |
| 2005/0114781 A1 | 5/2005 | Brownholtz |
| 2005/0125232 A1 | 6/2005 | Gadd |
| 2005/0131673 A1 | 6/2005 | Koizumi |
| 2005/0137850 A1 | 6/2005 | Odell |
| 2005/0137877 A1 | 6/2005 | Oesterling |
| 2005/0138168 A1 | 6/2005 | Hoffman |
| 2005/0143994 A1 | 6/2005 | Mori |
| 2005/0144013 A1 | 6/2005 | Fujimoto |
| 2005/0144187 A1 | 6/2005 | Che |

US 12,236,456 B2

Page 7

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2005/0149319 A1 | 7/2005 | Honda |
| 2005/0169441 A1 | 8/2005 | Yacoub |
| 2005/0216254 A1 | 9/2005 | Gupta |
| 2005/0222763 A1 | 10/2005 | Uyeki |
| 2005/0234637 A1 | 10/2005 | Obradovich |
| 2005/0234727 A1 | 10/2005 | Chiu |
| 2005/0240412 A1 | 10/2005 | Fujita |
| 2005/0246174 A1 | 11/2005 | Degolia |
| 2005/0283364 A1 | 12/2005 | Longe |
| 2005/0283532 A1 | 12/2005 | Kim |
| 2005/0283752 A1 | 12/2005 | Fruchter |
| 2006/0041431 A1 | 2/2006 | Maes |
| 2006/0046740 A1 | 3/2006 | Johnson |
| 2006/0047362 A1 | 3/2006 | Aoyama |
| 2006/0047509 A1 | 3/2006 | Ding |
| 2006/0072738 A1 | 4/2006 | Louis |
| 2006/0074670 A1 | 4/2006 | Weng |
| 2006/0074671 A1 | 4/2006 | Farmaner |
| 2006/0080098 A1 | 4/2006 | Campbell |
| 2006/0100851 A1 | 5/2006 | Schonebeck |
| 2006/0106769 A1 | 5/2006 | Gibbs |
| 2006/0129409 A1 | 6/2006 | Mizutani |
| 2006/0130002 A1 | 6/2006 | Hirayama |
| 2006/0149633 A1 | 7/2006 | Voisin |
| 2006/0182085 A1 | 8/2006 | Sweeney |
| 2006/0206310 A1 | 9/2006 | Ravikumar |
| 2006/0212897 A1* | 9/2006 | Li ...................... H04N 21/6125 |
| | | 725/32 |
| 2006/0217133 A1 | 9/2006 | Christenson |
| 2006/0236343 A1 | 10/2006 | Chang |
| 2006/0242017 A1 | 10/2006 | Libes |
| 2006/0247919 A1 | 11/2006 | Specht |
| 2006/0253247 A1 | 11/2006 | De Silva |
| 2006/0253281 A1 | 11/2006 | Letzt |
| 2006/0282317 A1* | 12/2006 | Rosenberg ......... G06Q 30/0272 |
| | | 705/14.35 |
| 2006/0285662 A1 | 12/2006 | Yin |
| 2007/0011159 A1 | 1/2007 | Hillis |
| 2007/0033005 A1 | 2/2007 | Di Cristo |
| 2007/0033020 A1 | 2/2007 | Francois |
| 2007/0033526 A1 | 2/2007 | Thompson |
| 2007/0038436 A1 | 2/2007 | Cristo |
| 2007/0038445 A1 | 2/2007 | Helbing |
| 2007/0043569 A1 | 2/2007 | Potter |
| 2007/0043574 A1 | 2/2007 | Coffman |
| 2007/0043868 A1 | 2/2007 | Kumar |
| 2007/0050191 A1 | 3/2007 | Weider |
| 2007/0050279 A1 | 3/2007 | Huang |
| 2007/0055525 A1 | 3/2007 | Kennewick |
| 2007/0060114 A1 | 3/2007 | Ramer |
| 2007/0061067 A1 | 3/2007 | Zeinstra |
| 2007/0061222 A1 | 3/2007 | Allocca |
| 2007/0061735 A1 | 3/2007 | Hoffberg |
| 2007/0067310 A1 | 3/2007 | Gupta |
| 2007/0073544 A1 | 3/2007 | Millett |
| 2007/0078708 A1* | 4/2007 | Yu .......................... G06Q 30/02 |
| | | 705/14.69 |
| 2007/0078709 A1 | 4/2007 | Rajaram |
| 2007/0078814 A1 | 4/2007 | Flowers |
| 2007/0094003 A1 | 4/2007 | Huang |
| 2007/0100797 A1 | 5/2007 | Thun |
| 2007/0106499 A1 | 5/2007 | Dahlgren |
| 2007/0112555 A1 | 5/2007 | Lavi |
| 2007/0112630 A1 | 5/2007 | Lau |
| 2007/0118357 A1 | 5/2007 | Kasravi |
| 2007/0124057 A1 | 5/2007 | Prieto |
| 2007/0135101 A1 | 6/2007 | Ramati |
| 2007/0146833 A1 | 6/2007 | Satomi |
| 2007/0162296 A1 | 7/2007 | Altberg |
| 2007/0174258 A1* | 7/2007 | Jones .................... G06Q 30/02 |
| 2007/0179778 A1 | 8/2007 | Gong |
| 2007/0185859 A1 | 8/2007 | Flowers |
| 2007/0186165 A1 | 8/2007 | Maislos |
| 2007/0192309 A1 | 8/2007 | Fischer |
| 2007/0198267 A1 | 8/2007 | Jones |

| | | |
|---|---|---|
| 2007/0203699 A1 | 8/2007 | Nagashima |
| 2007/0203736 A1 | 8/2007 | Ashton |
| 2007/0208732 A1 | 9/2007 | Flowers |
| 2007/0214182 A1 | 9/2007 | Rosenberg |
| 2007/0250901 A1 | 10/2007 | McIntire |
| 2007/0265850 A1 | 11/2007 | Kennewick |
| 2007/0266257 A1 | 11/2007 | Camaisa |
| 2007/0276651 A1 | 11/2007 | Bliss |
| 2007/0294615 A1 | 12/2007 | Sathe |
| 2007/0299824 A1 | 12/2007 | Pan |
| 2008/0010135 A1 | 1/2008 | Schrock |
| 2008/0014908 A1 | 1/2008 | Vasant |
| 2008/0032622 A1 | 2/2008 | Kopra |
| 2008/0034032 A1 | 2/2008 | Healey |
| 2008/0046311 A1 | 2/2008 | Shahine |
| 2008/0059188 A1 | 3/2008 | Konopka |
| 2008/0065386 A1 | 3/2008 | Cross |
| 2008/0065389 A1* | 3/2008 | Cross ...................... G06Q 30/02 |
| | | 704/270 |
| 2008/0065390 A1 | 3/2008 | Ativanichayaphong |
| 2008/0086455 A1 | 4/2008 | Meisels |
| 2008/0091406 A1 | 4/2008 | Baldwin |
| 2008/0103761 A1 | 5/2008 | Printz |
| 2008/0103781 A1 | 5/2008 | Wasson |
| 2008/0104071 A1 | 5/2008 | Pragada |
| 2008/0109222 A1* | 5/2008 | Liu .................... G06Q 30/0256 |
| | | 704/246 |
| 2008/0109285 A1 | 5/2008 | Reuther |
| 2008/0115163 A1 | 5/2008 | Gilboa |
| 2008/0126091 A1 | 5/2008 | Clark |
| 2008/0126284 A1 | 5/2008 | Forbes |
| 2008/0133215 A1 | 6/2008 | Sarukkai |
| 2008/0140385 A1 | 6/2008 | Mahajan |
| 2008/0147396 A1 | 6/2008 | Wang |
| 2008/0147410 A1 | 6/2008 | Odinak |
| 2008/0147637 A1 | 6/2008 | Li |
| 2008/0154604 A1 | 6/2008 | Sathish |
| 2008/0162471 A1 | 7/2008 | Bernard |
| 2008/0177530 A1 | 7/2008 | Cross |
| 2008/0184164 A1 | 7/2008 | Di Fabbrizio |
| 2008/0189110 A1 | 8/2008 | Freeman |
| 2008/0189187 A1 | 8/2008 | Hao |
| 2008/0228496 A1 | 9/2008 | Yu |
| 2008/0235023 A1 | 9/2008 | Kennewick |
| 2008/0235027 A1 | 9/2008 | Cross |
| 2008/0269958 A1 | 10/2008 | Filev |
| 2008/0270135 A1 | 10/2008 | Goel |
| 2008/0270224 A1 | 10/2008 | Portman |
| 2008/0294437 A1 | 11/2008 | Nakano |
| 2008/0294994 A1 | 11/2008 | Kruger |
| 2008/0306743 A1 | 12/2008 | Di Fabbrizio |
| 2008/0319751 A1 | 12/2008 | Kennewick |
| 2009/0006077 A1 | 1/2009 | Keaveney |
| 2009/0006194 A1 | 1/2009 | Sridharan |
| 2009/0018829 A1 | 1/2009 | Kuperstein |
| 2009/0024476 A1 | 1/2009 | Baar |
| 2009/0030686 A1 | 1/2009 | Weng |
| 2009/0052635 A1 | 2/2009 | Jones |
| 2009/0055176 A1 | 2/2009 | Hu |
| 2009/0067599 A1 | 3/2009 | Agarwal |
| 2009/0076827 A1 | 3/2009 | Bulitta |
| 2009/0106029 A1 | 4/2009 | Deline |
| 2009/0117885 A1 | 5/2009 | Roth |
| 2009/0144131 A1 | 6/2009 | Chiu |
| 2009/0144271 A1 | 6/2009 | Richardson |
| 2009/0150156 A1 | 6/2009 | Kennewick |
| 2009/0157382 A1 | 6/2009 | Bar |
| 2009/0164216 A1 | 6/2009 | Chengalvarayan |
| 2009/0171664 A1 | 7/2009 | Kennewick |
| 2009/0171912 A1 | 7/2009 | Nash |
| 2009/0197582 A1 | 8/2009 | Lewis |
| 2009/0216540 A1 | 8/2009 | Tessel |
| 2009/0248565 A1 | 10/2009 | Chuang |
| 2009/0248605 A1 | 10/2009 | Mitchell |
| 2009/0259561 A1 | 10/2009 | Boys |
| 2009/0259646 A1 | 10/2009 | Fujita |
| 2009/0265163 A1 | 10/2009 | Li |
| 2009/0271194 A1 | 10/2009 | Davis |
| 2009/0273563 A1 | 11/2009 | Pryor |

**US 12,236,456 B2**

Page 8

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2009/0276700 A1 | 11/2009 | Anderson |
| 2009/0287680 A1 | 11/2009 | Paek |
| 2009/0299745 A1 | 12/2009 | Kennewick |
| 2009/0299857 A1 | 12/2009 | Brubaker |
| 2009/0304161 A1 | 12/2009 | Pettyjohn |
| 2009/0307031 A1 | 12/2009 | Winkler |
| 2009/0313026 A1 | 12/2009 | Coffman |
| 2009/0319517 A1 | 12/2009 | Guha |
| 2010/0023320 A1 | 1/2010 | Cristo |
| 2010/0023331 A1 | 1/2010 | Duta |
| 2010/0029261 A1 | 2/2010 | Mikkelsen |
| 2010/0036967 A1 | 2/2010 | Caine |
| 2010/0049501 A1 | 2/2010 | Kennewick |
| 2010/0049514 A1 | 2/2010 | Kennewick |
| 2010/0057443 A1 | 3/2010 | Cristo |
| 2010/0063880 A1 | 3/2010 | Atsmon |
| 2010/0064025 A1 | 3/2010 | Nelimarkka |
| 2010/0076778 A1 | 3/2010 | Kondrk |
| 2010/0094707 A1 | 4/2010 | Freer |
| 2010/0138300 A1 | 6/2010 | Wallis |
| 2010/0145700 A1 | 6/2010 | Kennewick |
| 2010/0185512 A1 | 7/2010 | Borger |
| 2010/0191856 A1 | 7/2010 | Gupta |
| 2010/0204986 A1 | 8/2010 | Kennewick |
| 2010/0204994 A1 | 8/2010 | Kennewick |
| 2010/0217604 A1 | 8/2010 | Baldwin |
| 2010/0268536 A1 | 10/2010 | Suendermann |
| 2010/0286985 A1 | 11/2010 | Kennewick |
| 2010/0299142 A1 | 11/2010 | Freeman |
| 2010/0312547 A1 | 12/2010 | Van Os |
| 2010/0312566 A1 | 12/2010 | Odinak |
| 2010/0318357 A1 | 12/2010 | Istvan |
| 2010/0331064 A1 | 12/2010 | Michelstein |
| 2011/0022393 A1 | 1/2011 | Waller |
| 2011/0106527 A1 | 5/2011 | Chiu |
| 2011/0112827 A1 | 5/2011 | Kennewick |
| 2011/0112921 A1 | 5/2011 | Kennewick |
| 2011/0119049 A1 | 5/2011 | Ylonen |
| 2011/0131036 A1 | 6/2011 | Dicristo |
| 2011/0131045 A1 | 6/2011 | Cristo |
| 2011/0231182 A1 | 9/2011 | Weider |
| 2011/0231188 A1 | 9/2011 | Kennewick |
| 2011/0238409 A1 | 9/2011 | Larcheveque |
| 2011/0307167 A1 | 12/2011 | Taschereau |
| 2012/0022857 A1 | 1/2012 | Baldwin |
| 2012/0041753 A1 | 2/2012 | Dymetman |
| 2012/0046935 A1 | 2/2012 | Nagao |
| 2012/0101809 A1 | 4/2012 | Kennewick |
| 2012/0101810 A1 | 4/2012 | Kennewick |
| 2012/0109753 A1 | 5/2012 | Kennewick |
| 2012/0150620 A1 | 6/2012 | Mandyam |
| 2012/0150636 A1 | 6/2012 | Freeman |
| 2012/0226537 A1 | 9/2012 | Subbarao |
| 2012/0239498 A1 | 9/2012 | Ramer |
| 2012/0240060 A1 | 9/2012 | Pennington |
| 2012/0265528 A1 | 10/2012 | Gruber |
| 2012/0278073 A1 | 11/2012 | Weider |
| 2012/0310763 A1 | 12/2012 | Meehan |
| 2013/0006734 A1 | 1/2013 | Ocko |
| 2013/0054228 A1 | 2/2013 | Baldwin |
| 2013/0060625 A1 | 3/2013 | Davis |
| 2013/0080177 A1 | 3/2013 | Chen |
| 2013/0204894 A1 | 8/2013 | Faith |
| 2013/0211710 A1 | 8/2013 | Kennewick |
| 2013/0253929 A1 | 9/2013 | Weider |
| 2013/0254314 A1 | 9/2013 | Chow |
| 2013/0275164 A1 | 10/2013 | Gruber |
| 2013/0290234 A1 | 10/2013 | Harris |
| 2013/0297293 A1 | 11/2013 | Cristo |
| 2013/0304473 A1 | 11/2013 | Baldwin |
| 2013/0311324 A1 | 11/2013 | Stoll |
| 2013/0332454 A1 | 12/2013 | Stuhec |
| 2013/0339022 A1 | 12/2013 | Baldwin |
| 2014/0006951 A1 | 1/2014 | Hunter |
| 2014/0012577 A1 | 1/2014 | Freeman |

| | | |
|---|---|---|
| 2014/0025371 A1 | 1/2014 | Min |
| 2014/0108013 A1 | 4/2014 | Cristo |
| 2014/0136187 A1 | 5/2014 | Wolverton |
| 2014/0136259 A1 | 5/2014 | Kinsey, II |
| 2014/0156278 A1 | 6/2014 | Kennewick |
| 2014/0195238 A1 | 7/2014 | Terao |
| 2014/0236575 A1 | 8/2014 | Tur |
| 2014/0249821 A1 | 9/2014 | Kennewick |
| 2014/0249822 A1 | 9/2014 | Baldwin |
| 2014/0278413 A1 | 9/2014 | Pitschel |
| 2014/0278416 A1 | 9/2014 | Schuster |
| 2014/0288934 A1 | 9/2014 | Kennewick |
| 2014/0330552 A1 | 11/2014 | Bangalore |
| 2014/0337007 A1 | 11/2014 | Waibel |
| 2014/0365222 A1 | 12/2014 | Weider |
| 2015/0019211 A1 | 1/2015 | Simard |
| 2015/0019217 A1 | 1/2015 | Cristo |
| 2015/0019227 A1 | 1/2015 | Anandarajah |
| 2015/0066479 A1 | 3/2015 | Pasupalak |
| 2015/0066627 A1 | 3/2015 | Freeman |
| 2015/0073910 A1 | 3/2015 | Kennewick |
| 2015/0095159 A1 | 4/2015 | Kennewick |
| 2015/0142447 A1 | 5/2015 | Kennewick |
| 2015/0170641 A1 | 6/2015 | Kennewick |
| 2015/0193379 A1 | 7/2015 | Mehta |
| 2015/0199339 A1 | 7/2015 | Mirkin |
| 2015/0228276 A1 | 8/2015 | Baldwin |
| 2015/0293917 A1 | 10/2015 | Bufe |
| 2015/0348544 A1 | 12/2015 | Baldwin |
| 2015/0348551 A1 | 12/2015 | Gruber |
| 2015/0364133 A1 | 12/2015 | Freeman |
| 2016/0049152 A1 | 2/2016 | Kennewick |
| 2016/0078482 A1 | 3/2016 | Kennewick |
| 2016/0078491 A1 | 3/2016 | Kennewick |
| 2016/0078504 A1 | 3/2016 | Kennewick |
| 2016/0078773 A1 | 3/2016 | Carter |
| 2016/0110347 A1 | 4/2016 | Kennewick |
| 2016/0148610 A1 | 5/2016 | Kennewick |
| 2016/0148612 A1 | 5/2016 | Guo |
| 2016/0188292 A1 | 6/2016 | Carter |
| 2016/0188573 A1 | 6/2016 | Tang |
| 2016/0217785 A1 | 7/2016 | Kennewick |
| 2016/0335676 A1 | 11/2016 | Freeman |
| 2017/0004588 A1 | 1/2017 | Isaacson |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| CN | 1860496 A | 11/2006 | | |
| CN | 101236635 A | 8/2008 | | |
| CN | 103229206 A | 7/2013 | | |
| EP | 1320043 A2 | 6/2003 | | |
| EP | 1646037 | 4/2006 | | |
| FR | 2867583 | 9/2005 | | |
| JP | 108263258 | 10/1996 | | |
| JP | H11249773 | 9/1999 | | |
| JP | 2001071289 | 3/2001 | | |
| JP | 2002297626 | 10/2002 | | |
| JP | 2006146881 | 6/2006 | | |
| JP | 2008027454 | 2/2008 | | |
| JP | 2008058465 | 3/2008 | | |
| JP | 2008139928 | 6/2008 | | |
| JP | 2011504304 | 2/2011 | | |
| JP | 2012518847 | 8/2012 | | |
| WO | 9946763 | 9/1999 | | |
| WO | 0021232 | 4/2000 | | |
| WO | 0046792 | 8/2000 | | |
| WO | 0067091 | 11/2000 | | |
| WO | 0129742 | 4/2001 | | |
| WO | 0129742 A2 | 4/2001 | | |
| WO | WO 0141015 | * 6/2001 | ............ | G06F 17/60 |
| WO | 0171609 A2 | 9/2001 | | |
| WO | WO 0169830 | * 9/2001 | | |
| WO | WO-0169830 A2 | * 9/2001 | .............. | A63H 3/28 |
| WO | 0178065 | 10/2001 | | |
| WO | 2004072954 | 8/2004 | | |
| WO | 2005010702 A2 | 2/2005 | | |
| WO | 2007019318 | 1/2007 | | |
| WO | 2007021587 | 1/2007 | | |
| WO | 2007027546 | 1/2007 | | |

US 12,236,456 B2

Page 9

(56)            **References Cited**

FOREIGN PATENT DOCUMENTS

| WO | 2007027989 | 1/2007 |
|---|---|---|
| WO | 2008098039 | 1/2008 |
| WO | 2008118195 | 1/2008 |
| WO | 2009075912 | 1/2009 |
| WO | 2009145796 | 1/2009 |
| WO | 2009111721 | 9/2009 |
| WO | 2010096752 | 1/2010 |
| WO | 2016044290 | 3/2016 |
| WO | 2016044316 | 3/2016 |
| WO | 2016044319 | 3/2016 |
| WO | 2016044321 | 3/2016 |
| WO | 2016061309 | 4/2016 |

OTHER PUBLICATIONS

"Statement in Accordance with the Notice from the European Patent Office" dated Oct. 1, 2007 Concerning Business Methods (OJ EPO Nov. 2007, 592-593), XP002456252.

Arrington, Michael, "Google Redefines GPS Navigation Landscape: Google Maps Navigation for Android 2.0", TechCrunch, printed from the Internet <http://www.techcrunch.com/2009/10/28/google-redefines-car-gps-navigation-google-maps-navigation-android/>, Oct. 28, 2009, 4 pages.

Bazzi, Issam et al., "Heterogeneous Lexical Units for Automatic Speech Recognition: Preliminary Investigations", Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing, vol. 3, Jun. 5-9, 2000, XP010507574, pp. 1257-1260.

Belvin, Robert, et al., "Development of the HRL Route Navigation Dialogue System", Proceedings of the First International Conference on Human Language Technology Research, San Diego, 2001, pp. 1-5.

Chai et al., "MIND: A Semantics-Based Multimodal Interpretation Framework for Conversational Systems", Proceedings of the International CLASS Workshop on Natural, Intelligent and Effective Interaction in Multimodal Dialogue Systems, Jun. 2002, pp. 37-46.

Cheyer et al., "Multimodal Maps: An Agent-Based Approach", International Conference on Cooperative Multimodal Communication (CMC/95), May 24-26, 1995, pp. 111-121.

El Meliani et al., "A Syllabic-Filler-Based Continuous Speech Recognizer for Unlimited Vocabulary", Canadian Conference on Electrical and Computer Engineering, vol. 2, Sep. 5-8, 1995, pp. 1007-1010.

Elio et al., "On Abstract Task Models and Conversation Policies" in Workshop on Specifying and Implementing Conversation Policies, Autonomous Agents '99, Seattle, 1999, 10 pages.

Kuhn, Thomas, et al., "Hybrid In-Car Speech Recognition for Mobile Multimedia Applications", Vehicular Technology Conference, IEEE, Jul. 1999, pp. 2009-2013.

Lin, Bor-shen, et al., "A Distributed Architecture for Cooperative Spoken Dialogue Agents with Coherent Dialogue State and History", ASRU'99, 1999, 4 pages.

Lind, R., et al., "The Network Vehicle—A Glimpse into the Future of Mobile Multi-Media", IEEE Aerosp. Electron. Systems Magazine, vol. 14, No. 9, Sep. 1999, pp. 27-32.

Mao, Mark Z., "Automatic Training Set Segmentation for Multi-Pass Speech Recognition", Department of Electrical Engineering, Stanford University, CA, copyright 2005, IEEE, pp. I-685 to 1-688.

O'Shaughnessy, Douglas, "Interacting with Computers by Voice: Automatic Speech Recognition and Synthesis", Proceedings of the IEEE, vol. 91, No. 9, Sep. 1, 2003, XP011100665, pp. 1272-1305.

Reuters, "IBM to Enable Honda Drivers to Talk to Cars", Charles Schwab & Co., Inc., Jul. 28, 2002, 1 page.

Turunen, "Adaptive Interaction Methods in Speech User Interfaces", Conference on Human Factors in Computing Systems, Seattle, Washington, 2001, pp. 91-92.

Vanhoucke, Vincent, "Confidence Scoring and Rejection Using Multi-Pass Speech Recognition", Nuance Communications, Menlo Park, CA, 2005, 4 pages.

Weng, Fuliang, et al., "Efficient Lattice Representation and Generation", Speech Technology and Research Laboratory, SRI International, Menlo Park, CA, 1998, 4 pages.

Zhao, Yilin, "Telematics: Safe and Fun Driving", IEEE Intelligent Systems, vol. 17, Issue 1, 2002, pp. 10-14.

Kirchhoff, Katrin, "Syllable-Level Desynchronisation of Phonetic Features for Speech Recognition", Proceedings of the Fourth International Conference on Spoken Language, 1996, ICSLP 96, vol. 4, IEEE, 1996, 3 pages.

Wu, Su-Lin, et al., "Incorporating Information from Syllable-Length Time Scales into Automatic Speech Recognition", Proceedings of the 1998 IEEE International Conference on Acoustics, Speech and Signal Processing, 1998, vol. 2, IEEE, 1998, 4 pages.

Wu, Su-Lin, et al., "Integrating Syllable Boundary Information into Speech Recognition", IEEE International Conference on Acoustics, Speech, and Signal Processing, ICASSP-97, 1997, vol. 2, IEEE, 1997, 4 pages.

Davis, Z., et al., A Personal Handheld Multi-Modal Shopping Assistant, IEEE, 2006, 9 pages.

Office Action issued in Chinese Patent Application No. 201580060519.1 on Mar. 13, 2020, with its English translation, 40 pages.

*Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC,* IPR2020-01346, Decision Granting Institution of Inter Partes Review of U.S. Pat. No. 9,015,049 B2, entered Feb. 4, 2021, 24 pages.

*Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC,* IPR2020-01374, Decision Denying Institution of Inter Partes Review of U.S. Pat. No. 8,886,536 B2, entered Feb. 4, 2021, 37 pages.

*Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC,* IPR2020-01377, Decision Denying Institution of Inter Partes Review of U.S. Pat. No. 8,886,536 B2, entered Feb. 4, 2021, 29 pages.

*Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC,* IPR2020-01380, Decision Denying Institution of Inter Partes Review of U.S. Pat. No. 9,626,703 B2, entered Feb. 4, 2021, 28 pages.

*Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC,* IPR2020-01381, Decision Denying Institution of Inter Partes Review of U.S. Pat. No. 9,626,703 B2, entered Feb. 4, 2021, 29 pages.

*Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC,* IPR2020-01388, Decision Denying Institution of Inter Partes Review of U.S. Pat. No. 9,269,097 B2, entered Feb. 24, 2021, 25 pages.

Asthana, A., et al., "A Small Domain Communications System for Personalized Shopping Assistance", Proceedings of 1994 International Conference on Personal Wireless Communications, IEEE Press, Aug. 1994, pp. 199-203.

Huang et al., "Spoken Language Processing: A Guide to Theory, Algorithm, and System Development", Prentice Hall, 2001, 1010 pages.

IEEE 100 The Authoritative Dictionary of IEEE Standards Terms, Seventh Edition, Standards Information Network, IEEE Press, Print ISBN 0-7381-2601-2, Published Dec. 2000, 3 pages.

US 12,236,456 B2

Page 10

## (56) References Cited

### OTHER PUBLICATIONS

Lucente, Mark, "Conversational Interfaces for E-Commerce Applications", Communications of the ACM, vol. 43, No. 9, Sep. 2000, pp. 59-61.

Seneff, Stephanie, et al., "Hypothesis Selection and Resolution in the Mercury Flight Reservation System", Spoken Language Systems Group, MIT, 2001, 8 pages.

Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC, IPR2020-01390, Decision Denying Institution of Inter Partes Review of U.S. Patent No. 7,818, 176, entered Mar. 11, 2021, 27 pages.

Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC, IPR2020-01367, Decision Granting Institution of Inter Partes Review of U.S. Pat. No. 8,073,681 B2, entered Mar. 11, 2021, 22 pages.

Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC, IPR2020-01367, U.S. Pat. No. 8,073,681 B2, Judgment Final Written Decision Determining No. Challenged Claims Unpatentable, entered Mar. 7, 2022, 23 pages.

IPR2020-01388, U.S. Pat. No. 9,269,097, Petition for Inter Partes Review Under 35 U.S.C. 311-319, filed Jul. 29, 2020, Amazon.com, Inc. et al. v. VB Assets, LLC, 81 pages.

IPR2020-01390, Declaration Under 37 C.F.R. 1.132 of Padhraic Smyth, Ph.D. in Support of Petition for Inter Partes Review of U.S. Pat. No. 7,818,176, (Exhibit 1002), 128 pages.

IPR2020-01390, Patent Owner's Preliminary Response Pursuant to 37 C.F.R. 42.107, filed Dec. 17, 2020, Amazon.com, Inc. et al. v. VB Assets, LLC, 31 pages.

IPR2020-01390, U.S. Pat. No. 7,818,176, Petition for Inter Partes Review Under 35 U.S.C. 311-319, filed Jul. 29, 2020, Amazon.com, Inc. et al. v. VB Assets, LLC, 87 pages.

Davis, Ernest, "Representations of Commonsense Knowledge", (Excerpts), 1990, 49 pages.

IPR2020-01346, Declaration of Dr. Anatole Gershman, filed May 21, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 69 pages.

IPR2020-01346, Declaration Under 37 C.F.R. 1.132 of Padhraic Smyth, Ph.D. in Support of Petition for Inter Partes Review of U.S. Pat. No. 9,015,049, (Exhibit 1002), 93 pages.

IPR2020-01346, Judgment—Final Written Decision Determining All Challenged Claims Unpatentable 35 U.S.C. 318(a), mailed Feb. 1, 2022, Amazon.com, Inc. et al. v. VB Assets, LLC, 40 pages.

IPR2020-01346, Patent Owner's Corrected Surreply, filed Oct. 4, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 9 pages.

IPR2020-01346, Patent Owner's Demonstrative Exhibits, filed Oct. 28, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 17 pages.

IPR2020-01346, Patent Owner's Notice of Objections to Evidence Submitted Before Institution Pursuant to 37 C.F.R. 42.64(b)(1), filed Feb. 19, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 4 pages.

IPR2020-01346, Patent Owner's Preliminary Response Pursuant to 37 C.F.R. 42.107, filed Nov. 9, 2020, Amazon.com, Inc. et al. v. VB Assets, LLC, 22 pages.

IPR2020-01346, Patent Owner's Response Pursuant to 37 C.F.R. 42.120, filed May 14, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 65 pages.

IPR2020-01346, Petitioner's Demonstratives, filed Nov. 4, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 33 pages.

IPR2020-01346, Petitioner's Reply to Patent Owner's Preliminary Response, filed Aug. 6, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 37 pages.

IPR2020-01346, Record of Oral Hearing Held: Nov. 4, 2021, mailed Jan. 7, 2022, Amazon.com, Inc. et al. v. VB Assets, LLC, 52 pages.

IPR2020-01346, Remote Deposition of Anatole Gershman, Ph.D. on Jul. 20, 2021, vol. I, Amazon.com, Inc. et al. v. VB Assets, LLC, 212 pages.

IPR2020-01346, U.S. Pat. No. 9,015,049, Petition for Inter Partes Review Under 35 U.S.C. 311-319, filed Jul. 23, 2020, Amazon.com, Inc. et al. v. VB Assets, LLC, 77 pages.

IPR2020-01346, Videoconference Deposition Upon Oral Examination of Padhraic Smyth, Ph.D. on May 4, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 199 pages.

IPR2020-01367, Declaration of Dr. Anatole Gershman, filed May 21, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 32 pages.

IPR2020-01367, Declaration Under 37 C.F.R. 1.132 of Padhraic Smyth, Ph.D. in Support of Petition for Inter Partes Review of U.S. Pat. No. 8,073,681, (Exhibit 1002), 119 pages.

IPR2020-01367, Memorandum Order entered on Jun. 23, 2021, VB Assets, LLC v. Amazon.com, Inc., et al., USDC, District of Delaware, Case No. 1:19-cv-01410-MN, 10 pages.

IPR2020-01367, Patent Owner's Corrected Surreply, filed Oct. 4, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 10 pages.

IPR2020-01367, Patent Owner's Demonstrative Exhibits, filed Oct. 28, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 12 pages.

IPR2020-01367, Patent Owner's Notice of Objections to Evidence Submitted Before Institution Pursuant to 37 C.F.R. 42.64(b)(1), filed Mar. 25, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 6 pages.

IPR2020-01367, Patent Owner's Preliminary Response Pursuant to 37 C.F.R. 42.107, filed Dec. 17, 2020, Amazon.com, Inc. et al. v. VB Assets, LLC, 27 pages.

IPR2020-01367, Patent Owner's Response Pursuant to 37 C.F.R. 42.120, filed May 21, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 24 pages.

IPR2020-01367, Patent Owner's Second Notice of Objections to Evidence, filed Aug. 20, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 4 pages.

IPR2020-01367, Petitioner's Demonstratives, filed Nov. 4, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 34 pages.

IPR2020-01367, Petitioner's Reply to Patent Owner's Preliminary Response, filed Aug. 13, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 31 pages.

IPR2020-01367, Record of Oral Hearing Held Virtually: Thursday, Nov. 4, 2021, mailed Jan. 13, 2022, Amazon.com, Inc. et al. v. VB Assets, LLC, 34 pages.

IPR2020-01367, Remote Counsel Zoom Deposition Upon Oral Examination of Padhraic Smyth, Ph.D. on Sep. 15, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 45 pages.

IPR2020-01367, Remote Deposition of Anatole Gershman, Ph.D. on Jul. 20, 2021, vol. I, Amazon.com, Inc. et al. v. VB Assets, LLC, 212 pages.

IPR2020-01367, Supplemental Declaration of Padhraic Smyth, Ph.D. in Support of Petitioner's Reply to Patent Owner's Response to Petition for Inter Partes Review of U.S. Pat. No. 8,073,681, 12 pages.

IPR2020-01367, U.S. Pat. No. 8,073,681, Petition for Inter Partes Review Under 35 U.S.C. 311-319, filed Jul. 28, 2020, Amazon.com, Inc. et al. v. VB Assets, LLC, 80 pages.

IPR2020-01367, Videoconference Deposition Upon Oral Examination of Padhraic Smyth, Ph.D. on May 4, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 199 pages.

IPR2020-01374, Decision Denying Petitioner's Request for Rehearing of Institution Decision 37 C.F.R. 42.71, mailed Apr. 19, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 7 pages.

IPR2020-01374, Petitioner's Request for Rehearing Under 37 C.F.R. 42.71, filed Mar. 8, 2021, Amazon.com, Inc. et al. v. VB Assets, LLC, 18 pages.

IPR2020-01374, Declaration Under 37 C.F.R. 1.132 of Padhraic Smyth, Ph.D. in Support of Petition for Inter Partes Review of U.S. Pat. No. 8,886,536, (Exhibit 1002), 130 pages.

IPR2020-01374, Patent Owner's Preliminary Response Pursuant to 37 C.F.R. 42.107, filed Nov. 9, 2020, Amazon.com, Inc. et al. v. VB Assets, LLC, 60 pages.

**US 12,236,456 B2**

Page 11

(56)         **References Cited**

OTHER PUBLICATIONS

IPR2020-01374, U.S. Pat. No. 8,886,536, Petition for Inter Partes Review Under 35 U.S.C. 311-319, filed Jul. 28, 2020, *Amazon.com, Inc. et al.* v. *VB Assets, LLC*, 74 pages.

IPR2020-01377, Declaration Under 37 C.F.R. 1.132 of Padhraic Smyth, Ph.D. in Support of Petition for Inter Partes Review of U.S. Pat. No. 8,886,536, (Exhibit 1002), 117 pages.

IPR2020-01377, Patent Owner's Preliminary Response Pursuant to 37 C.F.R. 42.107, filed Nov. 9, 2020, *Amazon.com, Inc. et al.* v. *VB Assets, LLC*, 41 pages.

IPR2020-01377, U.S. Pat. No. 8,886,536, Petition for Inter Partes Review Under 35 U.S.C. 311-319, filed Jul. 29, 2020, *Amazon.com, Inc. et al.* v. *VB Assets, LLC*, 82 pages.

IPR2020-01380, Declaration Under 37 C.F.R. 1.132 of Padhraic Smyth, Ph.D. in Support of Petition for Inter Partes Review of U.S. Pat. No. 9,626,703, (Exhibit 1002), 109 pages.

IPR2020-01380, Patent Owner's Preliminary Response Pursuant to 37 C.F.R. 42.107, filed Nov. 9, 2020, *Amazon.com, Inc. et al.* v. *VB Assets, LLC*, 39 pages.

IPR2020-01380, U.S. Pat. No. 9,626,703, Petition for Inter Partes Review of U.S. Pat. No. 9,626,703 Under 35 U. S.C. 311-319, filed Jul. 29, 2020, *Amazon.com, Inc. et al.* v. *VB Assets, LLC*, 83 pages.

IPR2020-01381, Declaration Under 37 C.F.R. 1.132 of Padhraic Smyth, Ph.D. in Support of Petition for Inter Partes Review of U.S. Pat. No. 9,626,703, (Exhibit 1002), 111 pages.

IPR2020-01381, Patent Owner's Preliminary Response Pursuant to 37 C.F.R. 42.107, filed Nov. 9, 2020, *Amazon.com, Inc. et al.* v. *VB Assets, LLC*, 41 pages.

IPR2020-01381, U.S. Pat. No. 9,626,703, Petition for Inter Partes Review of U.S. Pat. No. 9,626,703 Under 35 U. S.C. 311-319, filed Jul. 29, 2020, *Amazon.com, Inc. et al.* v. *VB Assets, LLC*, 85 pages.

IPR2020-01388, Declaration Under 37 C.F.R. 1.132 of Padhraic Smyth, Ph.D. in Support of Petition for Inter Partes Review of U.S. Pat. No. 9,269,097, (Exhibit 1002), 91 pages.

IPR2020-01388, Patent Owner's Preliminary Response Pursuant to 37 C.F.R. 42.107, filed Dec. 17, 2020, *Amazon.com, Inc. et al.* v. *VB Assets, LLC*, 31 pages.

IPR2020-01388, Patent Owner's Sur-Reply to Petitioner's Reply, filed Jan. 26, 2021, *Amazon.com, Inc. et al.* v. *VB Assets, LLC*, 8 pages.

IPR2020-01388, Petitioner's Reply to Patent Owner's Preliminary Response, filed Jan. 19, 2021, *Amazon.com, Inc. et al.* v. *VB Assets, LLC*, 8 pages.

* cited by examiner



Figure 1



Figure 2



Figure 3

US 12,236,456 B2

# SYSTEM AND METHOD FOR DELIVERING TARGETED ADVERTISEMENTS AND/OR PROVIDING NATURAL LANGUAGE PROCESSING BASED ON ADVERTISEMENTS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 16/194,944, entitled "System and Method for Delivering Targeted Advertisements and/or Providing Natural Language Processing Based on Advertisements", filed Nov. 19, 2018, which is a continuation of U.S. patent application Ser. No. 15/223,870, entitled "System and Method for Delivering Targeted Advertisements and/or Providing Natural Language Processing Based on Advertisements", filed Jul. 29, 2016 (which issued as U.S. Pat. No. 10,134,060 on Nov. 20, 2018), which is a continuation of U.S. patent application Ser. No. 14/836,606, entitled "System and Method for Delivering Targeted Advertisements and/or Providing Natural Language Processing Based on Advertisements," filed Aug. 26, 2015 (which issued as U.S. Pat. No. 9,406,078 on Aug. 2, 2016), which is a continuation of U.S. patent application Ser. No. 14/537,598, entitled "System and Method for Delivering Targeted Advertisements and/or Providing Natural Language Processing Based on Advertisements," filed Nov. 10, 2014 (which issued as U.S. Pat. No. 9,269,097 on Feb. 23, 2016), which is a continuation of U.S. patent application Ser. No. 14/016,757, entitled "System and Method for Delivering Targeted Advertisements and Tracking Advertisement Interactions in Voice Recognition Context," filed Sep. 3, 2013 (which issued as U.S. Pat. No. 8,886,536 on Nov. 11, 2014), which is a continuation of U.S. patent application Ser. No. 13/371,870, entitled "System and Method for Delivering Target Advertisements and Tracking Advertisement Interactions in Voice Recognition Context," filed Feb. 13, 2012 (which issued as U.S. Pat. No. 8,527,274 on Sep. 3, 2013), which is a continuation of U.S. patent application Ser. No. 12/847,564, entitled "System and Method for Selecting and Presenting Advertisements Based on Natural Language Processing of Voice-Based Input," filed Jul. 30, 2010 (which issued as U.S. Pat. No. 8,145,489 on Mar. 27, 2012), which is a continuation of U.S. patent application Ser. No. 11/671,526, entitled "System and Method for Selecting and Presenting Advertisements Based on Natural Language Processing of Voice-Based Input," filed Feb. 6, 2007 (which issued as U.S. Pat. No. 7,818,176 on Oct. 19, 2010), the contents of which are hereby incorporated by reference in their entirety.

## FIELD OF THE INVENTION

The present invention relates to delivering targeted advertisements and/or processing natural language processing based on advertisements.

## BACKGROUND OF THE INVENTION

As technology advances, consumer electronics devices tend to play larger roles due to increased functionality and mobility. For example, mobile phones, navigation devices, embedded devices, and other such devices provide a wealth of functionality beyond core applications. However, increased functionality adds difficulty to the learning curve associated with using electronic devices, and increased mobility intensifies the demand for simple mechanisms to interact with devices on the go. For example, existing systems tend to have complex human to machine interfaces, which may inhibit mass-market adoption for various technologies. For example, when a user wishes to perform a relatively simple task on a mobile phone, such as purchasing a ring tone, the user often is forced to navigate through a series of menus and press a series of buttons. In some instances, this may result in the transaction not necessarily occurring, as the user may prefer to avoid the hassles altogether. As such, there is ever-growing demand for ways to exploit technology in intuitive ways.

Voice recognition software may enable a user to exploit applications and features of a device that may otherwise be unfamiliar, unknown, or difficult to use. However, many existing voice user interfaces (when they actually work) still require significant learning on the part of the user. For example, users often cannot directly issue a request for a system to retrieve information or perform an action without having to memorize specific syntaxes, words, phrases, concepts, semantic indicators, or other keywords/qualifiers. Similarly, when users are uncertain of particular needs, many existing systems do not engage the user in a productive, cooperative dialogue to resolve requests and advance a conversation. Instead, many existing speech interfaces force users to use a fixed set commands or keywords to communicate requests in ways that systems can understand. Using existing voice user interfaces, there is virtually no option for dialogue between the user and the system to satisfy mutual goals.

The lack of adequate voice user interfaces results in missed opportunities for providing valuable and relevant information to users. Not only does this potentially leave user requests unresolved, in certain instances, providers of goods and services may lose out on potential business. In an increasingly global marketplace, where marketers are continually looking for new and effective ways to reach consumers, the problems with existing voice user interfaces leaves a large segment of consumer demand unfulfilled. Furthermore, existing techniques for marketing, advertising, or otherwise calling consumers to action fail to effectively utilize voice-based information, which is one of the most natural, intuitive methods of human interaction.

Existing systems suffer from these and other problems.

## SUMMARY OF THE INVENTION

According to various aspects of the invention, a system and method for selecting and presenting advertisements based on natural language processing of voice-based inputs is provided. A natural language voice-based input may be received by a voice user interface. The voice-based input may include a user utterance, and a request may be identified from the utterance. Appropriate action may be taken to service the request, while one or more advertisements may be selected and presented to the user. Advertisements may be selected based on various criteria, including content of the input (e.g., concepts, semantic indicators, etc.), an activity related to the input (e.g., a relation to a request, a requested application, etc.), user profiles (e.g., demographics, preferences, location, etc.), or in other ways. A user may subsequently interact with the advertisement (e.g., via a voice-based input), and action may be taken in response to the interaction. Furthermore, the interaction may be tracked to build statistical profiles of user behavior based on affinities or clusters among advertisements, user profiles, contexts, topics, semantic indicators, concepts, or other criteria.

US 12,236,456 B2

**3**

According to various aspects of the invention, advertisers may create advertisements, which may be stored in an advertisement repository. For example, advertisements may include sponsored messages, calls to action, purchase opportunities, trial downloads, or any other marketing communication, as would be apparent to those skilled in the art. Advertisers may specify various parameters to associate with the advertisements, such as various contexts or topic concepts (e.g., semantic indicators for a "music" concept may include words such as "music," "tunes," "songs," etc.), target demographics (e.g., a preferred audience), marketing criteria or prices for insertion (e.g., dynamic or static pricing based on various marketing criteria), or other information, as would be apparent. The advertisement repository may be associated with a server, where in response to a voice-based input from a user (e.g., at a voice-enabled device), a communications link may be established with the server. Information may be extracted from the voice-based input (e.g., words in the input, applications requested by the input, etc.), and the extracted information may be correlated with user profiles, advertisement parameters, or other information to determine which advertisements to select in relation to the voice-based input. The server may subsequently communicate the selected advertisements to the user, and the server may track the user's subsequent interaction with the selected advertisements.

Other objects and advantages of the invention will be apparent based on the following drawings and detailed description.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a block diagram of an exemplary system for implementing a voice user interface according to various aspects of the invention.

FIG. **2** illustrates a block diagram of an exemplary advertising system according to various aspects of the invention.

FIG. **3** illustrates a flow diagram of an exemplary method for selecting and presenting advertisements based on voice-based inputs according to various aspects of the invention.

DETAILED DESCRIPTION

Referring to FIG. **1**, an exemplary system **100** for implementing a voice user interface is illustrated according to various aspects of the invention. System **100** may enable users to perform various tasks on a voice-enabled device. For example, users may control navigation devices, media devices, personal computers, personal digital assistants, or any other device supporting voice-based inputs. System **100** may enable users to request voice-enabled devices to retrieve information or perform various tasks, among other things, using natural language voice-based inputs. For example, system **100** may interpret natural language voice-based inputs and generate responses using, among other things, techniques described in U.S. patent application Ser. No. 10/452,147, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Jun. 3, 2003, which issued as U.S. Pat. No. 7,398,209 on Jul. 8, 2008, and U.S. patent application Ser. No. 10/618,633, entitled "Mobile Systems and Methods for Responding to Natural Language Speech Utterance," filed Jun. 15, 2003, which issued as U.S. Pat. No. 7,693,720 on Apr. 6, 2010, both of which are hereby incorporated by reference in their entirety. For example, as described in U.S. patent application Ser. No. 10/452,147, the system **100** may include a speech recognition engine (e.g., an Automatic Speech Recognizer

**4**

**110**) that may recognize words and phrases in an utterance using entries in one or more dictionary and phrase tables. In addition, as further described therein, fuzzy set possibilities or prior probabilities for the words in the dictionary and phrase tables may be dynamically updated to maximize the probability of correct recognition at each stage of the dialog (e.g., the probabilities or possibilities may be dynamically updated based on application domains, questions or commands, contexts, user profiles and preferences, user dialog histories, recognizer dictionary and phrase tables, word spellings, and/or other criteria).

According to various aspects of the invention, system **100** may receive a user input, including at least a voice-based user utterance, at an input device **105**. Input device **105** may include any suitable device, or combination of devices, for receiving a voice-based input (e.g., a microphone). In various implementations, input device **105** may include a multi-modal input, such as a touch-screen interface, keypad, or other input. The received utterance may be processed by the Automatic Speech Recognizer **110**. Automatic Speech Recognizer **110** may generate one or more preliminary interpretations of the utterance using various techniques. For example, Automatic Speech Recognizer **110** may interpret the utterance using techniques of phonetic dictation to recognize a stream of phonemes. Further, Automatic Speech Recognizer **110** may perform post-processing to enhance the preliminary interpretations. For example, Automatic Speech Recognizer **110** may vary interpretations of an utterance, or components of an utterance, from one context to another. Other techniques for enhancing an interpretation of a user utterance may be used, such as those described in U.S. patent application Ser. No. 11/513,269, entitled "Dynamic Speech Sharpening," filed Aug. 31, 2006, which issued as U.S. Pat. No. 7,634,409 on Dec. 15, 2009, and which is hereby incorporated by reference in its entirety.

The one or more preliminary interpretations may be provided to a conversational language processor **120**. Conversational language processor **120** may include a voice search engine **125**, a context determination module **130**, and one or more agents **135**, among other things, to enable cooperative, conversational interaction between the user and system **100**. Conversational language processor **120** may be communicatively coupled to one or more data repositories **140** and one or more applications **150**. Conversational language processor **120** may generate a domain-specific conversational response, which may be returned to the user as an output **180**. Output **180** may include a multi-modal output (e.g., by simultaneously returning a voice-based response and displaying information on a display device).

System **100** may further include an interaction with one or more applications **150** to service one or more requests in the utterance. For example, the utterance may include one or more requests for performing an action, retrieving information, or various combinations thereof. Output **180** may include a conversational response to advance a conversation to service requests by invoking one or more applications **150**, as appropriate. For example, applications **150** may include a navigation application **155**, an advertising application **160**, a music application, an electronic commerce application **170**, and/or other applications **175**. Furthermore, Automatic Speech Recognizer **110**, conversational language processor **120**, data repositories **140**, and/or applications **150** may reside locally (e.g., on a user device), remotely (e.g., on a server), and/or hybrid local/remote processing models may be used (e.g., lightweight applications may be processed locally while computationally intensive applications may be processed remotely).

US 12,236,456 B2

**5**

Conversational language processor **120** may build long-term and/or short-term shared knowledge in one or more knowledge sources. For example, shared knowledge sources may include information about previous utterances, requests, and other user interactions to inform generating an appropriate response to a current utterance. The shared knowledge may include public/non-private (i.e., environmental) knowledge, as well as personal/private (i.e., historical) knowledge. For example, conversational language processor **120** may use context determination module **130** to establish a context for a current utterance by having domain agents **135** competitively generate a context-based interpretation of the utterance (e.g., by scoring possible interpretations and selecting a highest scoring interpretation). As such, agents **135** may model various domains (e.g., navigation, music, a specific user, global users, advertising, e-commerce, etc.), and conversational language processor **120** may interpret and/or respond to a voice-based input accordingly. For example, context-based interpretations and responses to a voice-based input may be generated using techniques described in U.S. patent application Ser. No. 11/197,504, entitled "Systems and Methods for Responding to Natural Language Speech Utterance," filed Aug. 5, 2005, which issued as U.S. Pat. No. 7,640,160 on Dec. 29, 2009, and U.S. patent application Ser. No. 11/212,693, entitled "Mobile Systems and Methods of Supporting Natural Language Human-Machine Interactions," filed Aug. 29, 2005, which issued as U.S. Pat. No. 7,949,529 on May 24, 2011, both of which are hereby incorporated by reference in their entirety.

Furthermore, conversational language processor **120** may support adaptive misrecognition to reinterpret a current utterance and/or one or more previous utterances. For example, information contained in a current utterance may indicate that interpretations for one or more previous utterances were incorrect, and therefore, the previous utterances may be reinterpreted to improve subsequent interpretations. Accordingly, conversational language processor **120** may use the techniques described herein, along with various other techniques, to interpret and respond to conversational, natural language utterances. Conversational language processor **120** may use various other techniques as will be apparent, such as those described in U.S. patent application Ser. No. 11/200,164, entitled "System and Method of Supporting Adaptive Misrecognition in Conversational Speech," filed Aug. 10, 2005, which issued as U.S. Pat. No. 7,620,549 on Nov. 17, 2009, and U.S. patent application Ser. No. 11/580,926, entitled "System and Method for a Cooperative Conversational Voice User Interface," filed Oct. 16, 2006, which issued as U.S. Pat. No. 8,073,681 on Dec. 6, 2011, both of which are hereby incorporated by reference in their entirety. For example, as described in U.S. patent application Ser. No. 11/200,164, an environmental model may be accessed to determine user location, user activity, track user actions, and/or other environmental information to invoke context, domain knowledge, preferences, and/or other cognitive qualities to enhance the interpretation of questions and/or commands. In addition, as further described therein, based on information received from a general cognitive model, the environmental model, and/or a personalized cognitive model, which provide statistical abstracts of user interaction patterns, the system **100** may enhance responses to commands and questions by including a prediction of user behavior.

Referring to FIG. **2**, an exemplary advertising system **200** is illustrated according to various aspects of the invention. System **200** may include a server **230** for receiving one or more advertisements from an advertiser **220**, wherein the advertisements may be stored in a data repository **260** associated with server **230**. For example, advertisements may include sponsored messages or marketing communications, calls to action, purchase opportunities, trial downloads, coupons, or any other suitable marketing, advertising, campaign, or other information, as would be apparent to those skilled in the art. A voice-enabled device **210** may receive a voice-based input and establish communications with advertising server **230**. Subsequently, advertising server **230** may select one or more advertisements from among the advertisements stored in data repository **260**, and the selected advertisements may be provided to the voice-enabled device for presentation to a user.

**6**

Advertiser **220** may access advertising server **230** via an advertiser interface **245**. Advertisers **220** may upload targeted advertisements to server **230** via advertiser interface **245**, and server **230** may store the advertisements in data repository **260**. The advertisements may include graphically-based advertisements that include banners, images, audio, video, or any suitable combination thereof. Furthermore, the advertisements may include interactive or embedded information, such as links, metadata, or computer-executable instructions, or any suitable combination thereof. Advertisers may specify criteria for a campaign or targeting information for an advertisement (e.g., a start date, an end date, budget information, geo-targeting information, conceptual or contextual information, or any other suitable criteria), which may be used to facilitate selecting an advertisement in relation to a particular voice-based input.

In addition to providing interface **245** for advertisers, server **230** may include a content/action identification module **235**, a user profile module **240**, an advertisement selection module **250**, and a tracking module **255**. Users may submit voice-based requests to voice-enabled device **210**, and voice-enabled device **210** may communicate information about the voice-based input to server **230**. Server **230** may invoke advertisement selection module **250** to extract relevant information from the voice-based input, where advertisement selection module **250** may select one or more advertisements relevant to the voice-based input based on information extracted using content/action identification module **235** and/or user profile module **240**.

For example, content/action identification module **235** may identify content of the voice-based input (e.g., words in the input), requested information (e.g., search results, a web page, music, video, graphics, or other information), requested actions (e.g., calculating a navigation route, placing a telephone call, playing a song, etc.), a category or topic related to the input (e.g., music, business, stocks, sports, navigation, movies, etc.), or other criteria to use in selecting an advertisement. Further, user profile module **240** may identify characteristics of a specific user (e.g., demographics, personal preferences, location-based information, etc.), global user profiles (e.g., demographic profiles, click-through rates, etc.), or other criteria to use in selecting an advertisement. Moreover, advertisement selection module **250** may account for where a request originates from. For example, advertisements may be selected based on a default user location (e.g., identified from a user profile), current geolocation information (e.g., identified from a navigation device), whether an affiliate or partner of server **230** initiated the request, or other criteria.

For instance, a user may request airline reservations via voice-enabled device **210**, and content/action identification module **235** may identify specific words used in the request, a category related to the request (e.g., travel, airlines, hotels,

US 12,236,456 B2

7

etc.), or other information. Furthermore, user profile module **240** may identify relevant characteristics of the user (e.g., user-specific demographics, location information, preferred airlines or hotels, etc.), as well as global user characteristics (e.g., most popular airlines). In various implementations, advertisements may be selected by assigning a score to each advertisement (e.g., based on click-through rates, relevance metrics, target audiences, etc.). As such, advertisement selection module **250** may correlate the information about the request to select advertisements stored in data repository **260**, and server **230** may communicate the selected advertisements to voice-enabled device **210**. Furthermore, selected advertisements may be presented according to a predetermined ordering or ranking (e.g., based on a ranking of relevance to an advertisement).

In various implementations, advertisement selection module **250** may retrieve a predetermined number of advertisements for any given request. Furthermore, the selected advertisements may depend upon a presentation format. For example, advertisements may be selected based on an amount of available space on a display of voice-enabled device **210** and/or a size/shape of the selected advertisements. In another example, voice-based advertisements may be selected and presented to the user audibly (e.g., a "hands-free" advertisement may be preferred when voice-enabled device **210** is a telematics device).

Furthermore, the user's subsequent interaction with an advertisement may be tracked using tracking module **255**. For example, tracking module **255** may determine whether a conversion or click-through occurs for each advertisement presented to users. Further, tracking module **255** may maintain accounting and/or billing information associated with advertisers **220**. For example, advertisers **220** may specify a maximum insertion cost, a cost-per-click-through, an average insertion cost, or other criteria specifying a budget constraint for an advertisement. As such, tracking module **255** may track which advertisements are selected and/or presented, which advertisements result in a conversion or click-through, whether a click-through or conversion results in a transaction or sale, associations between advertisements and users, requests, concepts, semantic indicators, and/or other criteria. For example, tracking user interaction with advertisements may be used to build user-specific and/or global statistical profiles that map or cluster advertisements to topics, semantic indicators, contexts, concepts, etc. based on user behavior, demographics, targeting constraints, content of advertisements, content of requests, actions associated with requests, or other statistically relevant information. Accordingly, the tracking information may be used to bill or invoice advertisers **220**, as well as to improve subsequent performance and relevance of advertisements selected using advertisement selection module **250**. Other techniques and features of selecting and presenting advertisements based on voice-based inputs may suitably be employed, as would be apparent.

Referring to FIG. **3**, an exemplary method for selecting and presenting advertisements based on a voice-based input is illustrated according to various aspects of the invention. The method may begin in an operation **305**, where a voice-based input, including at least a user utterance, may be received at a voice user interface. The voice user interface may include any suitable mechanism for receiving the utterance (e.g., a microphone), and may interface with any suitable voice-enabled device, as would be apparent, including personal navigation devices, personal digital assistants, media devices, telematics devices, personal computers, mobile phones, or others.

8

Subsequently, one or more requests included in the voice-based input may be identified in an operation **310**. For example, the requests may include requests to retrieve information, perform tasks, explore or gather information, or otherwise interact with a system or device. For example, a voice-based input to a navigation device may include a request to calculate a route or retrieve location-based information. In another example, a voice-based input to a mobile phone may include a request to place a telephone call, purchase a ringtone, or record a voice-memo. Furthermore, in various implementations, voice-based inputs may include multiple requests, multi-modal requests, cross-device requests, cross-application requests, or other types of requests. For example, an utterance received in operation **305** may be: "Get me a route to Chang's Restaurant, and call them so I can make a reservation." The utterance may thus include multiple requests, including cross-device requests (e.g., calculate a route using a navigation device, and make a telephone call using a mobile phone), as well as cross-application requests (e.g., search for an address and/or phone number using a voice search engine, and calculate a route using a navigation application).

The requests may be part of a conversational interaction between a user and a system or device, whereby an interpretation of requests in a current utterance may be based upon previous utterances in a current conversation, utterances in previous conversations, context-based information, local and/or global user profiles, or other information. For example, a previous request may be reinterpreted based on information included in subsequent requests, a current request may be interpreted based on information included in previous requests, etc. Furthermore, the conversational interaction may take various forms, including query-based conversations, didactic conversations, exploratory conversations, or other types of conversations. For example, the conversational language processor may identify a type of conversation, and information may be extracted from the utterance accordingly to identify the one or more requests in operation **310**. Moreover, the conversational language processor may determine whether any of the requests are incomplete or ambiguous, and action may be taken accordingly (e.g., a system response may prompt a user to clarify an incomplete and/or ambiguous request). The conversational language processor may therefore use various techniques to identify a conversation type, interpret utterances, identify requests, or perform other tasks, such as those described in the aforementioned U.S. Patent Applications and U.S. Patents, which are hereby incorporated by reference in their entirety.

Upon identifying the one or more requests, action may be taken based on the identified requests in an operation **315**, while one or more advertisements may be selected in an operation **320** (described in greater detail below). For example, one or more context-appropriate applications may be invoked to service the requests in operation **315** (e.g., a voice search engine, a navigation application, an electronic commerce application, or other application may be invoked depending upon the request). Furthermore, in operation **320**, information may be communicated to an advertising server to select one or more advertisements related to the request. Thus, as shown in FIG. **3**, taking action in operation **315** and selecting advertisements in operation **320** may be related operations (e.g., advertisements may be selected to help in interpreting incomplete and/or ambiguous requests).

Upon taking action in operation **315** (e.g., to service the request) and selecting one or more advertisements in operation **320** (e.g., in relation to the request), an output may be

US 12,236,456 B2

9

presented to the user in operation **325**. The output may indicate a result of the action associated with operation **315**. For example, the output may include requested information, an indication of whether a requested task was successfully completed, whether additional information is needed to service the request (e.g., including a prompt for the information), or other information relating to an action based on the request. Furthermore, the output may include advertisements, as selected in operation **320**. For example, the output may include text-based, graphic-based, video-based, audio-based, or other types of advertisements, as would be apparent to those skilled in the art. Further, the output may include other types of advertisements, including calls to action (e.g., a location-based coupon or purchase opportunity, trial downloads, or other actionable advertising or marketing).

Advertisements may be selected in relation to a request based on various criteria. For example, an advertisement may be selected based on words or other content of the request, relevant words or content related to the words or content of the request, etc. In another example, the advertisement may be selected based on requested tasks/information (e.g., a request for movie showtimes may result in an advertisement being selected for a particular theater). In yet another example, the advertisement may be selected based on a topic or category associated with the requested tasks/information (e.g., a request to purchase airline tickets may result in an advertisement being selected for a hotel in a destination associated with a reserved flight). In still other examples, the advertisement may be selected based on location information, (e.g., advertisements may be selected based on a proximity to a user geolocation identified using a navigation device), user-specific and/or global user profiles (e.g., advertisements may be selected based on user-specific and/or global preferences, advertiser campaign criteria, etc.).

Content of a voice-based input may be determined based on various criteria, including contextual or conceptual information (e.g., semantic indicators, qualifiers, or other information). For example, a given concept may include various semantically equivalent indicators having an identical meaning. Thus, for instance, a voice-based input may be "Play some tunes!" or "Play some music!" or other variants thereof, each of which may be interpreted as relating to a specific idea (or concept) of "Music." Thus, concept or content information in a request may be used to select an advertisement. For example, a user may request to calculate a route in Seattle, Washington (e.g., "How do I get to the Space Needle?"). Based on a context of the requested task (e.g., "Navigation," "Seattle," etc.), a voice search engine may retrieve an address of the Space Needle and a navigation application may calculate the route. Furthermore, user profile information may indicate that the user is visiting Seattle from out-of-town (e.g., the profile may indicate that the user's home is Sacramento), and therefore, an advertisement for popular points-of-interest in Seattle may be selected. In another example, the user may request information about a sporting event (e.g., "Get me the kickoff time for the Eagles game on Sunday"). Based on a context of the requested information (e.g., "Search," "Sports," "Philadelphia," etc.), the requested information may be retrieved, while an advertisement for Eagles apparel or memorabilia may be selected.

In various instances, concepts, semantic indicators, qualifiers, or other information included in, or inferred from, a request may indicate an exploratory nature for the request. In other words, the exploratory request may identify a goal for a conversation, instead of a particular task to perform or

10

information to retrieve. As such, in various implementations, an advertisement may be selected in operation **320** in an effort to advance the conversation towards the goal. For example, an exploratory request may include a request for a navigation route (e.g., "I feel like going to a museum, find me something interesting"). Based on a context of the requested task (e.g., "Navigation," "Points of Interest," etc.), the goal of the conversation may be identified, and the request may be serviced in operation **315** (e.g., a voice search engine may locate nearby points of interest based on user preferred topics). Further, the advertising application may select an appropriate advertisement in operation **320**, where the advertisement may be selected in an attempt to advance the conversation towards the goal. For example, statistical profiles (e.g., user profiles, global profiles, topic-based profiles, etc.) may reflect an affinity between an advertisement for a particular museum and other users sharing similar demographics or other characteristics with the requesting user. Thus, in addition to retrieving information about museums in operation **315**, an advertisement for a museum likely to be of interest to the user may be selected in operation **320**.

In various instances, a request may include incomplete, ambiguous, unrecognized, or otherwise insufficient semantic indicators, context, qualifiers, or other information needed to identify the request. In other words, the request may include inadequate information to identify or infer a task to perform, information to retrieve, or a goal for a conversation. Thus, as much information as possible may be extracted and/or inferred from the request based on shared knowledge such as context, user or global profile information, previous utterances, previous conversations, etc. As such, servicing the request may include generating a response and/or communicating with an advertising application to advance a conversation toward a serviceable request. For example, servicing the request in operation **315** and selecting an advertisement in operation **320** may include generating a response and/or selecting an advertisement to frame a subsequent user input, thereby advancing the conversation.

For example, the request may include incomplete, ambiguous, or unrecognized information (e.g., "Do you know [mumbled words] Seattle?"). A context of the requested task may be identified (e.g., "Seattle"), yet the identified context may be insufficient to adequately take action to service the request. Additional information may be inferred based on previous utterances in the conversation, profile information, or other information. However, when the additional information fails to provide adequate information to infer a reasonable hypothesis, servicing the request in operation **315** may include generating a response to frame a subsequent user input and advance the conversation (e.g., information about various topics may be retrieved based on a user's preferred topics). Further, the advertising application may select an advertisement in operation **320** to advance the conversation (e.g., advertisements may be selected based on user and/or global profiles reflecting an affinity between certain advertisements associated with Seattle and user preferences, profiles, etc.). Thus, by selecting an advertisement, indicating dissatisfaction with an advertisement, or otherwise interacting with an advertisement, the interaction may be used to build context and shared knowledge for a subsequent course of the conversation. For example, a user may select an advertisement, and an interpretation of a subsequent voice-based input (e.g., "Call them," "What's the price range?" etc.) may be interpreted with shared knowledge of the advertisement that the voice-based input relates to. Thus, advertisements may be

US 12,236,456 B2

used in a way that enables advertisers to market to consumers, while also improving the consumers' interaction with a device. Other advantages will be apparent to those skilled in the art.

It will be apparent that operation **320** may use various techniques to select advertisements based on voice-based inputs and/or requests included therein. For example, an advertiser may specify a target audience, marketing criteria, campaign strategies, budget constraints, concepts, semantic indicators, related topics, categories, and/or any other suitable information to associate with an advertisement. For instance, advertisers may pay a premium to prioritize an advertisement in relation to similar advertisements (e.g., advertisements associated with competitors). In another example, various statistical profiles may define affinities between advertisements, topics, users, etc. (e.g., based on click-through or conversion rates, or other tracking information, as described in more detail below). Thus, advertisements may be selected in operation **320** using various techniques, including content of the request, an activity/action associated with the request, user profiles, user preferences, statistical metrics, advertiser-specified criteria, to advance a conversation, to resolve ambiguous requests, or in various other ways, as will be apparent.

The output presented to the user in operation **325** may be provided to the user in various ways. For example, in various implementations, the output may include a voice-based or otherwise audible response. In another example, when an associated device includes a display mechanism, the output may be displayed on the display device. It will be apparent that many combinations or variants thereof may be used, such as augmenting a voice-based response with information on a display device. For example, a user may request information about restaurants, and an advertisement may be selected based on a user preference indicating a favorite type of restaurant (e.g., a Chinese restaurant may be selected based on a user profile indicating a preference for Chinese). Therefore, in one example, the output presented in operation **325** may display information about various restaurants matching the requested information, while a voice-based advertisement for the Chinese restaurant may be played to the user (e.g., via a speaker or other suitable mechanism for playing voice back to the user). Many other variations will be apparent (e.g., a graphical advertisement may be displayed on a display device, while a corresponding or different voice-based advertisement may be played audibly).

Subsequent interaction between the user and the presented advertisements may be monitored in a decisional operation **330**. For instance, when the user elects to interact with the advertisement, action may be taken based on the interaction in an operation **335**. The interaction may take various forms, including additional voice-based inputs or other suitable mechanisms for interacting with advertisements (e.g., clicking on an advertisement displayed on a personal digital assistant using an associated stylus). For example, a user may initially request information from a voice-enabled media device (e.g., a satellite radio player) about a song currently playing (e.g., "What is this song?"). In addition to outputting the requested information about the song (e.g., "This song is Double Barrel by Dave and Ansel Collins."), a selected advertisement may enable the user to purchase a ringtone for a mobile phone that corresponds to the song. In this example, the interaction may include a request to purchase the ringtone (e.g., "Yeah, I'll buy that"), and action taken in operation **335** may include completing a transaction for the ringtone and/or downloading the ringtone to the mobile phone. Furthermore, additional advertisements may

be selected in an operation **340** based on the interaction, using similar techniques as described in connection with operation **320** (e.g., advertisements for additional ringtones, similar musicians, etc. may be selected). Processing may subsequently return to operation **325** to present output resulting from the interaction.

User advertisement interaction may be tracked in an operation **345**. For example, operation **345** may track historical data about users, conversations, topics, contexts, or other criteria to associate information with the selected advertisement. The tracking information may therefore be used to build statistical profiles defining affinities, click-through or conversion rates, or other information about various advertisements, topics, or other criteria on a user-specific and/or a global-user level. Thus, clusters or mappings may be created between advertisements, topics, concepts, demographics, or other criteria based on user behavior with the advertisements (e.g., whether a user interacts with the advertisement in operation **330**).

For instance, certain advertisements may experience high click-through rates in relation to a first context and/or topic, but low click-through rates in relation to a second context and/or topic, and therefore, when requests relate to the first context and/or topic, the advertisement may be more likely to be selected in subsequent operations **320/340**. In another example, global statistical profiles may indicate that an advertisement experiences more click-throughs by users of a particular demographic, and therefore, the advertisement may be more likely to be selected for users falling within the demographic. Many different techniques for tracking and building statistical profiles will be apparent.

Implementations of the invention may be made in hardware, firmware, software, or any combination thereof. The invention may also be implemented as instructions stored on a machine-readable medium, which may be read and executed by one or more processors. A machine-readable medium may include any mechanism for storing or transmitting information in a form readable by a machine (e.g., a computing device). For example, a machine-readable storage medium may include read only memory, random access memory, magnetic disk storage media, optical storage media, flash memory devices, and others, and a machine-readable transmission media may include forms of propagated signals, such as carrier waves, infrared signals, digital signals, and others. Further, firmware, software, routines, or instructions may be described in the above disclosure in terms of specific exemplary aspects and implementations of the invention, and performing certain actions. However, it will be apparent that such descriptions are merely for convenience and that such actions in fact result from computing devices, processors, controllers, or other devices executing the firmware, software, routines, or instructions.

Aspects and implementations may be described as including a particular feature, structure, or characteristic, but every aspect or implementation may not necessarily include the particular feature, structure, or characteristic. Further, when a particular feature, structure, or characteristic is described in connection with an aspect or implementation, it will be apparent to effect such feature, structure, or characteristic in connection with other aspects or implementations whether or not explicitly described. Thus, various changes and modifications may be made, without departing from the scope and spirit of the invention. The specification and drawings are to be regarded as exemplary only, and the scope of the invention is to be determined solely by the appended claims.

US 12,236,456 B2

13

What is claimed is:

1. A method for processing voice-based natural language utterances that include requests and selecting and presenting purchase opportunities based thereon, the method being implemented by one or more physical processors programmed with computer program instructions, which when executed cause the one or more physical processors to perform the method, the method comprising:

providing, by the one or more processors, a first natural language utterance from a user as an input to a speech recognition engine;

receiving, by the one or more processors, words and/or phrases, recognized from the first natural language utterance, as an output of the speech recognition engine;

determining, by the one or more processors, a context for the natural language utterance based on at least the recognized words and/or phrases;

selecting, by the one or more processors, a purchase opportunity for the user related to the first natural language utterance based on selection criteria, the selection criteria comprising the determined context;

delivering, by the one or more processors, the selected purchase opportunity to the user via communication to an electronic device of the user;

tracking over time, by the one or more processors, the user's interaction with the selected purchase opportunity after its delivery to the electronic device, the tracked interaction including input received by the electronic device from the user interacting with, or completing a transaction related to, the purchase opportunity;

building or updating, by the one or more processors, a user-specific profile for the user based on the tracked interaction of the user with the selected purchase opportunity;

interpreting, by the one or more processors, a subsequent second natural language utterance from the user using at least the built or updated user-specific profile including the tracked interaction of the user with the selected purchase opportunity; and

selecting, by the one or more processors, a subsequent second purchase opportunity for the user related to the second natural language utterance based on second selection criteria, the second selection criteria comprising the interpreted content of the second natural language utterance.

2. The method of claim 1, wherein the selected purchase opportunity relates to an item, the method further comprising:

receiving, by the one or more processors, a fourth natural language utterance from the user;

determining, by the one or more processors, that the fourth natural language utterance comprises a request to purchase the item; and

completing, by the one or more processors, a purchase transaction of the item based on the fourth natural language utterance.

3. The method of claim 1, the method further comprising:

determining, by the one or more processors, whether the words and/or phrases recognized from the first natural language utterance was correct based on the tracked interaction of the user with the selected purchase opportunity; and

interpreting, by the one or more processors, the subsequent second natural language utterance based on the

14

determination of whether the interpretation of the first natural language utterance was correct.

4. The method of claim 1, wherein delivering the selected purchase opportunity comprises:

audibly presenting, by the electronic device, a natural language conversational purchase opportunity to the user via the electronic device of the user.

5. The method of claim 1, wherein the computer program instructions comprise at least a conversational language processor configured to interpret a natural language utterance, the method further comprising:

providing, by the one or more processors, the words and/or phrases recognized from the first natural language utterance as an input to the conversational language processor; and

receiving, by the one or more processors, an interpretation of the first natural language utterance, based on the words and/or phrases, as an output of the conversational language processor,

wherein the selection criteria used to select the purchase opportunity comprises the interpreted content of the first natural language utterance.

6. The method of claim 5, wherein the conversational language processor comprises one or more domain agents, wherein a domain agent is configured to assist in: interpreting requests related to its domain; and determining a response to the requests related to its domain.

7. The method of claim 1, the method further comprising:

using, by the one or more processors, an environmental model to determine environmental information related to the user, wherein the context for the first natural language utterance is determined based further on the environmental information.

8. The method of claim 1, further comprising:

invoking, by the one or more processors, one or more system resources to select the purchase opportunity based on the determined context;

wherein the one or more system resources include at least an agent comprising an autonomous executable, wherein the executable comprises a redistributable package of functionality for a specific application that receives, processes, and responds to user questions, queries, and/or commands.

9. The method of claim 1, further comprising:

invoking an agent to process the first natural language utterance; and

creating a query to a local database or through a network interface to a remote database.

10. The method of claim 1, wherein recognizing the words and/or phrases from the first natural language utterance comprises:

using, by the speech recognition engine, phonetic dictation to recognize a stream of phonemes in the first natural language utterance, wherein the recognized words or phrases are based on the recognized stream of phonemes.

11. A system for processing voice-based natural language utterances that include requests and selecting and presenting purchase opportunities based thereon, the system comprising:

one or more physical processors programmed with computer program instructions, which when executed cause the one or more physical processors to:

provide a first natural language utterance from a user as an input to a speech recognition engine;

US 12,236,456 B2

15

receive words and/or phrases, recognized from the first natural language utterance, as an output of the speech recognition engine;

determine a context for the natural language utterance based on at least the recognized words and/or phrases;

select a purchase opportunity for the user related to the first natural language utterance based on selection criteria, the selection criteria comprising the determined context;

deliver the selected purchase opportunity to the user via communication to an electronic device of the user;

track over time the user's interaction with the selected purchase opportunity after its delivery to the electronic device, the tracked interaction including input received by the electronic device from the user interacting with, or completing a transaction related to, the purchase opportunity;

build or update a user-specific profile for the user based on the tracked interaction of the user with the selected purchase opportunity;

interpret a subsequent second natural language utterance from the user using at least the built or updated user-specific profile including the tracked interaction of the user with the selected purchase opportunity; and

select a subsequent second purchase opportunity for the user related to the second natural language utterance based on second selection criteria, the second selection criteria comprising the interpreted content of the second natural language utterance.

12. The system of claim 11, wherein the selected purchase opportunity relates to an item, and wherein the one or more processors are further programmed to:

receive a fourth natural language utterance from the user;

determine that the fourth natural language utterance comprises a request to purchase the item; and

complete a purchase transaction of the item based on the fourth natural language utterance.

13. The system of claim 11, wherein the one or more processors are further programmed to:

determine whether the words and/or phrases recognized from the first natural language utterance was correct based on the tracked interaction of the user with the selected purchase opportunity; and

interpret the subsequent second natural language utterance based on the determination of whether the interpretation of the first natural language utterance was correct.

14. The system of claim 11, wherein to deliver the selected purchase opportunity, the electronic device is configured to:

audibly present a natural language conversational purchase opportunity to the user via the electronic device of the user.

15. The system of claim 11, wherein the computer program instructions comprise at least a conversational language processor configured to interpret a natural language utterance, wherein the one or more processors are further programmed to:

provide the words and/or phrases recognized from the first natural language utterance as an input to the conversational language processor; and

receive an interpretation of the first natural language utterance, based on the words and/or phrases, as an output of the conversational language processor,

16

wherein the selection criteria used to select the purchase opportunity comprises the interpreted content of the natural language utterance.

16. The system of claim 15, wherein the conversational language processor comprises one or more domain agents, wherein a domain agent is configured to assist in: interpreting requests related to its domain; and determining a response to the requests related to its domain.

17. The system of claim 11, wherein the one or more processors are further programmed to:

use an environmental model to determine environmental information related to the user, wherein the context for the first natural language utterance is determined based further on the environmental information.

18. The system of claim 11, wherein the one or more processors are further programmed to:

invoke, by the one or more processors, one or more system resources to select the purchase opportunity based on the determined context;

wherein the one or more system resources include at least an agent comprising an autonomous executable, wherein the executable comprises a redistributable package of functionality for a specific application that receives, processes, and responds to user questions, queries, and/or commands.

19. The system of claim 11, wherein the one or more processors are further programmed to:

invoke an agent to process the first natural language utterance; and

create a query to a local database or through a network interface to a remote database.

20. The system of claim 11, wherein to recognize the words and/or phrases from the first natural language utterance, the speech recognition engine is configured to:

use phonetic dictation to recognize a stream of phonemes in the first natural language utterance, wherein the recognized words or phrases are based on the recognized stream of phonemes.

21. The method of claim 1, wherein the input received by the electronic device comprises a third natural language utterance.

22. The method of claim 1, wherein building or updating the user-specific profile comprises building or updating statistical profiles of user behavior based on affinities or clusters among purchase opportunities, user profiles, contexts, topics, semantic indicators, concepts, or other criteria.

23. The method of claim 1, further comprising maintaining, by the one or more processors, accounting information related to the tracked interaction of the user to enable the billing of entities related to the purchase opportunity on an interaction-by-interaction basis.

24. The method of claim 1, further comprising building, by the one or more processors, an updated context using the tracked interaction of the user and using the updated context as a second selection criteria to select the subsequent second purchase opportunity.

25. The method of claim 1, wherein the context comprises long-term and/or short-term shared knowledge including user-specific and public information.

26. The method of claim 1, wherein the selection criteria comprises: content of the voice-based first natural language utterance and requested information or requested actions.

27. The method of claim 1, wherein the selection criteria comprises: a category or topic related to the voice-based first natural language utterance and requested information or requested actions.

US 12,236,456 B2

17

**28**. The method of claim **1**, wherein the selection criteria comprises: content of the voice-based first natural language utterance and requested information or requested actions and user profile information.

**29**. The method of claim **1**, comprising a conversational language processor, configured to build long-term and/or short-term knowledge sources.

**30**. The method of claim **29**, wherein the shared knowledge sources include information about previous utterances, requests, and other interactions by the user.

**31**. The method of claim **29**, wherein the shared knowledge includes public, non-private knowledge and personal, private historical knowledge.

**32**. The method of claim **1**, wherein the selection criteria comprises: characteristics of the user, including one or more of the user's demographics, personal preferences, or location-based information.

**33**. The method of claim **1**, wherein the tracking of the user's interaction comprises tracking whether a conversion or click-through occurs for the purchase opportunity presented to the user.

**34**. The method of claim **1**, wherein the tracking of the user's interaction comprises tracking whether a conversion or click-through occurs for the purchase opportunity presented to the user and building user-specific and/or global statistical profiles that map purchase opportunities to topics, semantic indicators or contexts.

**35**. The method of claim **1**, wherein the first natural language utterance is part of a conversational interaction with the user.

**36**. The method of claim **1**, further comprising invoking an appropriate application to service a request associated with the first natural language utterance.

**37**. The method of claim **1**, comprising delivering the purchase opportunity to the user as a voice-based response.

**38**. The method of claim **1**, wherein the tracking comprises tracking historical data about the user's interactions to build a user-specific profile, including affinities, click-throughs and/or conversion rates.

**39**. The system of claim **11**, wherein the input received by the electronic device comprises a third natural language utterance.

**40**. The system of claim **11**, wherein building or updating the user-specific profile comprises building or updating statistical profiles of user behavior based on affinities or clusters among purchase opportunities, user profiles, contexts, topics, semantic indicators, concepts, or other criteria.

**41**. The system of claim **11**, wherein the one or more physical processors are further caused to maintain accounting information related to the tracked interaction of the user to enable the billing of entities related to the purchase opportunity on an interaction-by-interaction basis.

**42**. The system of claim **11**, wherein the one or more physical processors are further caused to build an updated

18

context using the tracked interaction of the user and using the updated context as a second selection criteria to select the subsequent second purchase opportunity.

**43**. The system of claim **11**, wherein the context comprises long-term and/or short-term shared knowledge including user-specific and public information.

**44**. The system of claim **11**, wherein the selection criteria comprises: content of the voice-based first natural language utterance and requested information or requested actions.

**45**. The system of claim **11**, wherein the selection criteria comprises: a category or topic related to the voice-based first natural language utterance and requested information or requested actions.

**46**. The system of claim **11**, wherein the selection criteria comprises: content of the voice-based first natural language utterance and requested information or requested actions and user profile information.

**47**. The system of claim **11**, comprising a conversational language processor, configured to build long-term and/or short-term knowledge sources.

**48**. The system of claim **47**, wherein the shared knowledge sources include information about previous utterances, requests, and other interactions by the user.

**49**. The system of claim **47**, wherein the shared knowledge includes public, non-private knowledge and personal, private historical knowledge.

**50**. The system of claim **11**, wherein the selection criteria comprises: characteristics of the user, including one or more of the user's demographics, personal preferences, or location-based information.

**51**. The system of claim **11**, wherein the tracking of the user's interactions comprises tracking whether a conversion or click-through occurs for the purchase opportunity presented to the user.

**52**. The system of claim **11**, wherein the tracking of the user's interaction comprises tracking whether a conversion or click-through occurs for the purchase opportunity presented to the user and building user-specific and/or global statistical profiles that map purchase opportunities to topics, semantic indicators or contexts.

**53**. The system of claim **11**, wherein the first natural language utterance is part of a conversational interaction with the user.

**54**. The system of claim **11**, further comprising invoking an appropriate application to service a request associated with the first natural language utterance.

**55**. The system of claim **11**, wherein the one or more physical processors are further caused to deliver the purchase opportunity to the user as a voice-based response.

**56**. The system of claim **11**, wherein the tracking comprises tracking historical data about the user's interactions to build a user-specific profile, including affinities, click-throughs and/or conversion rates.

\* \* \* \* \*

# EXHIBIT K

US011087385B2

## (12) United States Patent
### Kennewick, Sr.

(10) **Patent No.:**   **US 11,087,385 B2**
(45) **Date of Patent:**   **Aug. 10, 2021**

(54) **VOICE COMMERCE**

(71) Applicant: **VB Assets, LLC**, Bellevue, WA (US)

(72) Inventor: **Michael R. Kennewick, Sr.**, Bellevue, WA (US)

(73) Assignee: **VB Assets, LLC**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/553,553**

(22) Filed: **Aug. 28, 2019**

(65) **Prior Publication Data**

US 2019/0385218 A1   Dec. 19, 2019

#### Related U.S. Application Data

(63) Continuation of application No. 15/484,930, filed on Apr. 11, 2017, now Pat. No. 10,430,863, which is a (Continued)

(51) **Int. Cl.**
**G06Q 30/00** (2012.01)
**G06Q 30/06** (2012.01)
(Continued)

(52) **U.S. Cl.**
CPC ..... **G06Q 30/0635** (2013.01); **G06Q 30/0601** (2013.01); **G06Q 30/0625** (2013.01); (Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,430,669 | A | 2/1984 | Cheung |
| 4,821,027 | A | 4/1989 | Mallory |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1433554 A | 7/2003 |
| CN | 1860496 A | 11/2006 |

(Continued)

#### OTHER PUBLICATIONS

Office Action issued in Chinese Patent Application No. 201580060519.1 dated Mar. 13, 2020, with its English translation, 40 pages.

(Continued)

*Primary Examiner* — Mila Airapetian
(74) *Attorney, Agent, or Firm* — Sheppard Mullin Richter & Hampton LLP

(57) **ABSTRACT**

In certain implementations, a system for facilitating voice commerce is provided. A user input comprising a natural language utterance related to a product or service to be purchased may be received. A first product or service that is to be purchased may be determined based on the utterance. First payment information that is to be used to purchase the first product or service may be obtained. First shipping information that is to be used to deliver the first product or service may be obtained. A purchase transaction for the first product or service may completed based on the first payment information and the first shipping information without further user input, after the receipt of utterance, that identifies a product or service type or a product or service, seller information, payment information, shipping information, or other information related to purchasing the first product or service.

**40 Claims, 6 Drawing Sheets**



## US 11,087,385 B2

Page 2

### Related U.S. Application Data

continuation of application No. 14/855,334, filed on Sep. 15, 2015, now Pat. No. 9,626,703.

(60) Provisional application No. 62/051,273, filed on Sep. 16, 2014.

(51) **Int. Cl.**
**G10L 15/22** (2006.01)
**G10L 15/18** (2013.01)

(52) **U.S. Cl.**
CPC .......... **G10L 15/1815** (2013.01); **G10L 15/22** (2013.01); *G10L 15/18* (2013.01); *G10L 2015/223* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,829,423 A | 5/1989 | Tennant | |
| 4,887,212 A | 12/1989 | Zamora | |
| 4,910,784 A | 3/1990 | Doddington | |
| 5,027,406 A | 6/1991 | Roberts | |
| 5,155,743 A | 10/1992 | Jacobs | |
| 5,164,904 A | 11/1992 | Sumner | |
| 5,208,748 A | 5/1993 | Flores | |
| 5,265,065 A | 11/1993 | Turtle | |
| 5,274,560 A | 12/1993 | LaRue | |
| 5,331,554 A | 7/1994 | Graham | |
| 5,357,596 A | 10/1994 | Takebayashi | |
| 5,369,575 A | 11/1994 | Lamberti | |
| 5,377,350 A | 12/1994 | Skinner | |
| 5,386,556 A | 1/1995 | Hedin | |
| 5,424,947 A | 6/1995 | Nagao | |
| 5,471,318 A | 11/1995 | Ahuja | |
| 5,475,733 A | 12/1995 | Eisdorter | |
| 5,479,563 A | 12/1995 | Yamaguchi | |
| 5,488,652 A | 1/1996 | Bielby | |
| 5,499,289 A | 3/1996 | Bruno | |
| 5,500,920 A | 3/1996 | Kupiec | |
| 5,517,560 A | 5/1996 | Greenspan | |
| 5,533,108 A | 7/1996 | Harris | |
| 5,537,436 A | 7/1996 | Bottoms | |
| 5,539,744 A | 7/1996 | Chu | |
| 5,557,667 A | 9/1996 | Bruno | |
| 5,559,864 A | 9/1996 | Kennedy, Jr. | |
| 5,563,937 A | 10/1996 | Bruno | |
| 5,577,165 A | 11/1996 | Takebayashi | |
| 5,590,039 A | 12/1996 | Ikeda | |
| 5,608,635 A | 3/1997 | Tamai | |
| 5,615,296 A | 3/1997 | Stanford | |
| 5,617,407 A | 4/1997 | Bareis | |
| 5,633,922 A | 5/1997 | August | |
| 5,634,086 A | 5/1997 | Rtischev | |
| 5,652,570 A | 7/1997 | Lepkofker | |
| 5,675,629 A | 10/1997 | Raffel | |
| 5,696,965 A | 12/1997 | Dedrisk | |
| 5,708,422 A | 1/1998 | Blonder | |
| 5,721,938 A | 2/1998 | Stuckey | |
| 5,722,084 A | 2/1998 | Chakrin | |
| 5,729,659 A | 3/1998 | Potter | |
| 5,740,256 A | 4/1998 | CastelloDaCosta | |
| 5,742,763 A | 4/1998 | Jones | |
| 5,748,841 A | 5/1998 | Morin | |
| 5,748,974 A | 5/1998 | Johnson | |
| 5,752,052 A | 5/1998 | Richardson | |
| 5,754,784 A | 5/1998 | Garland | |
| 5,761,631 A | 6/1998 | Nasukawa | |
| 5,774,841 A | 6/1998 | Salazar | |
| 5,774,859 A | 6/1998 | Houser | |
| 5,794,050 A | 8/1998 | Dahlgren | |
| 5,794,196 A | 8/1998 | Yegnanarayanan | |
| 5,797,112 A | 8/1998 | Komatsu | |
| 5,799,276 A | 8/1998 | Komissarchik | |
| 5,802,510 A | 9/1998 | Jones | |
| 5,829,000 A | 10/1998 | Huang | |
| 5,837,721 A | 11/1998 | Jones | |
| 5,839,107 A | 11/1998 | Gupta | |
| 5,848,396 A | 12/1998 | Gerace | |
| 5,855,000 A | 12/1998 | Waibel | |
| 5,860,059 A | 1/1999 | Aust | |
| 5,867,817 A | 2/1999 | Catallo | |
| 5,878,385 A | 3/1999 | Bralich | |
| 5,878,386 A | 3/1999 | Coughlin | |
| 5,892,813 A | 4/1999 | Morin | |
| 5,892,900 A | 4/1999 | Ginter | |
| 5,895,464 A | 4/1999 | Bhandari | |
| 5,895,466 A | 4/1999 | Goldberg | |
| 5,897,613 A | 4/1999 | Chan | |
| 5,898,760 A | 4/1999 | Smets | |
| 5,899,991 A | 5/1999 | Karch | |
| 5,902,347 A | 5/1999 | Backman | |
| 5,911,120 A | 6/1999 | Jarett | |
| 5,918,222 A | 6/1999 | Fukui | |
| 5,926,784 A | 7/1999 | Richardson | |
| 5,933,822 A | 8/1999 | Braden-Harder | |
| 5,950,167 A | 9/1999 | Yaker | |
| 5,953,393 A | 9/1999 | Culbreth | |
| 5,960,384 A | 9/1999 | Brash | |
| 5,960,397 A | 9/1999 | Rahim | |
| 5,960,399 A | 9/1999 | Barclay | |
| 5,960,447 A | 9/1999 | Holt | |
| 5,963,894 A | 10/1999 | Richardson | |
| 5,963,940 A | 10/1999 | Liddy | |
| 5,982,906 A | 11/1999 | Ono | |
| 5,983,190 A | 11/1999 | Trowerll | |
| 5,987,404 A | 11/1999 | DellaPietra | |
| 5,991,721 A | 11/1999 | Asano | |
| 5,995,119 A | 11/1999 | Cosatto | |
| 5,995,928 A | 11/1999 | Nguyen | |
| 5,995,943 A | 11/1999 | Bull | |
| 6,009,382 A | 12/1999 | Martino | |
| 6,014,559 A | 1/2000 | Amin | |
| 6,018,708 A | 1/2000 | Dahan | |
| 6,021,384 A | 2/2000 | Gorin | |
| 6,028,514 A | 2/2000 | Lemelson | |
| 6,035,267 A | 3/2000 | Watanabe | |
| 6,044,347 A | 3/2000 | Abella | |
| 6,049,602 A | 4/2000 | Foladare | |
| 6,049,607 A | 4/2000 | Marash | |
| 6,058,187 A | 5/2000 | Chen | |
| 6,067,513 A | 5/2000 | Ishimitsu | |
| 6,073,098 A | 6/2000 | Buchsbaum | |
| 6,076,057 A | 6/2000 | Narayanan | |
| 6,076,059 A | 6/2000 | Glickman | |
| 6,078,886 A | 6/2000 | Dragosh | |
| 6,081,774 A | 6/2000 | deHita | |
| 6,081,779 A | 6/2000 | Besling | |
| 6,085,186 A | 7/2000 | Christianson | |
| 6,101,241 A | 8/2000 | Boyce | |
| 6,108,631 A | 8/2000 | Ruhl | |
| 6,119,087 A | 9/2000 | Kuhn | |
| 6,119,101 A | 9/2000 | Peckover | |
| 6,122,613 A | 9/2000 | Baker | |
| 6,134,235 A | 10/2000 | Goldman | |
| 6,144,667 A | 11/2000 | Doshi | |
| 6,144,938 A | 11/2000 | Surace | |
| 6,154,526 A | 11/2000 | Dahlke | |
| 6,160,883 A | 12/2000 | Jackson | |
| 6,167,377 A | 12/2000 | Gillick | |
| 6,173,250 B1 | 1/2001 | Jong | |
| 6,173,266 B1 | 1/2001 | Marx | |
| 6,173,279 B1 | 1/2001 | Levin | |
| 6,175,858 B1 | 1/2001 | Bulfer | |
| 6,185,535 B1 | 2/2001 | Hedin | |
| 6,188,982 B1 | 2/2001 | Chiang | |
| 6,192,110 B1 | 2/2001 | Abella | |
| 6,192,338 B1 | 2/2001 | Haszto | |
| 6,195,634 B1 | 2/2001 | Dudemaine | |
| 6,195,651 B1 | 2/2001 | Handel | |
| 6,199,043 B1 | 3/2001 | Happ | |
| 6,208,964 B1 | 3/2001 | Sabourin | |
| 6,208,972 B1 | 3/2001 | Grant | |
| 6,219,346 B1 | 4/2001 | Maxemchuk | |
| 6,219,643 B1 | 4/2001 | Cohen | |

US 11,087,385 B2

Page 3

(56)                    **References Cited**

                   U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,219,645 B1 | 4/2001 | Byers |
| 6,226,612 B1 | 5/2001 | Srenger |
| 6,233,556 B1 | 5/2001 | Teunen |
| 6,233,559 B1 | 5/2001 | Balakrishnan |
| 6,233,561 B1 | 5/2001 | Junqua |
| 6,236,968 B1 | 5/2001 | Kanevsky |
| 6,243,679 B1 | 6/2001 | Mohri |
| 6,246,981 B1 | 6/2001 | Papineni |
| 6,246,990 B1 | 6/2001 | Happ |
| 6,266,636 B1 | 7/2001 | Kosaka |
| 6,269,336 B1 | 7/2001 | Ladd |
| 6,272,455 B1 | 8/2001 | Hoshen |
| 6,272,461 B1 | 8/2001 | Meredith |
| 6,275,231 B1 | 8/2001 | Obradovich |
| 6,278,377 B1 | 8/2001 | DeLine |
| 6,278,968 B1 | 8/2001 | Franz |
| 6,286,002 B1 | 9/2001 | Axaopoulos |
| 6,288,319 B1 | 9/2001 | Catona |
| 6,292,767 B1 | 9/2001 | Jackson |
| 6,301,560 B1 | 10/2001 | Masters |
| 6,308,151 B1 | 10/2001 | Smith |
| 6,311,159 B1 | 10/2001 | VanTichelen |
| 6,314,402 B1 | 11/2001 | Monaco |
| 6,321,196 B1 | 11/2001 | Franceschi |
| 6,356,869 B1 | 3/2002 | Chapados |
| 6,362,748 B1 | 3/2002 | Huang |
| 6,366,882 B1 | 4/2002 | Bijl |
| 6,366,886 B1 | 4/2002 | Dragosh |
| 6,374,214 B1 | 4/2002 | Friedland |
| 6,374,226 B1 | 4/2002 | Hunt |
| 6,377,913 B1 | 4/2002 | Coffman |
| 6,377,919 B1 | 4/2002 | Burnett |
| 6,381,535 B1 | 4/2002 | Durocher |
| 6,385,596 B1 | 5/2002 | Wiser |
| 6,385,646 B1 | 5/2002 | Brown |
| 6,389,398 B1 | 5/2002 | Lustgarten |
| 6,393,403 B1 | 5/2002 | Majaniemi |
| 6,393,428 B1 | 5/2002 | Miller |
| 6,397,181 B1 | 5/2002 | Li |
| 6,404,878 B1 | 6/2002 | Jackson |
| 6,405,170 B1 | 6/2002 | Phillips |
| 6,408,272 B1 | 6/2002 | White |
| 6,411,810 B1 | 6/2002 | Maxemchuk |
| 6,411,893 B2 | 6/2002 | Ruhl |
| 6,415,257 B1 | 7/2002 | Junqua |
| 6,418,210 B1 | 7/2002 | Sayko |
| 6,420,975 B1 | 7/2002 | DeLine |
| 6,429,813 B2 | 8/2002 | Feigen |
| 6,430,285 B1 | 8/2002 | Bauer |
| 6,430,531 B1 | 8/2002 | Polish |
| 6,434,523 B1 | 8/2002 | Monaco |
| 6,434,524 B1 | 8/2002 | Weber |
| 6,434,529 B1 | 8/2002 | Walker |
| 6,442,522 B1 | 8/2002 | Carberry |
| 6,446,114 B1 | 9/2002 | Buffer |
| 6,453,153 B1 | 9/2002 | Bowker |
| 6,453,292 B2 | 9/2002 | Ramaswamy |
| 6,456,711 B1 | 9/2002 | Cheung |
| 6,456,974 B1 | 9/2002 | Baker |
| 6,466,654 B1 | 10/2002 | Cooper |
| 6,466,899 B1 | 10/2002 | Yano |
| 6,470,315 B1 | 10/2002 | Netsch |
| 6,487,494 B2 | 11/2002 | Odinak |
| 6,487,495 B1 | 11/2002 | Gale |
| 6,498,797 B1 | 12/2002 | Anerousis |
| 6,499,013 B1 | 12/2002 | Weber |
| 6,501,833 B2 | 12/2002 | Phillips |
| 6,501,834 B1 | 12/2002 | Milewski |
| 6,505,155 B1 | 1/2003 | Vanbuskirk |
| 6,510,417 B1 | 1/2003 | Woods |
| 6,513,006 B2 | 1/2003 | Howard |
| 6,522,746 B1 | 2/2003 | Marchok |
| 6,523,061 B1 | 2/2003 | Halverson |
| 6,526,335 B1 | 2/2003 | Treyz |
| 6,532,444 B1 | 3/2003 | Weber |
| 6,539,348 B1 | 3/2003 | Bond |
| 6,549,629 B2 | 4/2003 | Finn |
| 6,553,372 B1 | 4/2003 | Brassell |
| 6,556,970 B1 | 4/2003 | Sasaki |
| 6,556,973 B1 | 4/2003 | Lewin |
| 6,560,576 B1 | 5/2003 | Cohen |
| 6,560,590 B1 | 5/2003 | Shwe |
| 6,567,778 B1 | 5/2003 | ChaoChang |
| 6,567,797 B1 | 5/2003 | Schuetze |
| 6,567,805 B1 | 5/2003 | Johnson |
| 6,570,555 B1 | 5/2003 | Prevost |
| 6,570,964 B1 | 5/2003 | Murveit |
| 6,571,279 B1 | 5/2003 | Herz |
| 6,574,597 B1 | 6/2003 | Mohri |
| 6,574,624 B1 | 6/2003 | Johnson |
| 6,578,022 B1 | 6/2003 | Foulger |
| 6,581,103 B1 | 6/2003 | Dengler |
| 6,584,439 B1 | 6/2003 | Geilhufe |
| 6,587,858 B1 | 7/2003 | Strazza |
| 6,591,185 B1 | 7/2003 | Polidi |
| 6,591,239 B1 | 7/2003 | McCall |
| 6,594,257 B1 | 7/2003 | Doshi |
| 6,594,367 B1 | 7/2003 | Marash |
| 6,598,018 B1 | 7/2003 | Junqua |
| 6,601,026 B2 | 7/2003 | Appelt |
| 6,601,029 B1 | 7/2003 | Pickering |
| 6,604,075 B1 | 8/2003 | Brown |
| 6,604,077 B2 | 8/2003 | Dragosh |
| 6,606,598 B1 | 8/2003 | Holthouse |
| 6,611,692 B2 | 8/2003 | Raffel |
| 6,614,773 B1 | 9/2003 | Maxemchuk |
| 6,615,172 B1 | 9/2003 | Bennett |
| 6,622,119 B1 | 9/2003 | Ramaswamy |
| 6,629,066 B1 | 9/2003 | Jackson |
| 6,631,346 B1 | 10/2003 | Karaorman |
| 6,631,351 B1 | 10/2003 | Ramachandran |
| 6,633,846 B1 | 10/2003 | Bennett |
| 6,636,790 B1 | 10/2003 | Lightner |
| 6,643,620 B1 | 11/2003 | Contolini |
| 6,647,363 B2 | 11/2003 | Claassen |
| 6,650,747 B1 | 11/2003 | Bala |
| 6,658,388 B1 | 12/2003 | Kleindienst |
| 6,678,680 B1 | 1/2004 | Woo |
| 6,681,206 B1 | 1/2004 | Gorin |
| 6,691,151 B1 | 2/2004 | Cheyer |
| 6,701,294 B1 | 3/2004 | Ball |
| 6,704,396 B2 | 3/2004 | Parolkar |
| 6,704,576 B1 | 3/2004 | Brachman |
| 6,704,708 B1 | 3/2004 | Pickering |
| 6,707,421 B1 | 3/2004 | Drury |
| 6,708,150 B1 | 3/2004 | Hirayama |
| 6,721,001 B1 | 4/2004 | Berstis |
| 6,721,633 B2 | 4/2004 | Funk |
| 6,721,706 B1 | 4/2004 | Strubbe |
| 6,726,636 B2 | 4/2004 | DerGhazarian |
| 6,732,088 B1 | 5/2004 | Glance |
| 6,735,592 B1 | 5/2004 | Neumann |
| 6,739,556 B1 | 5/2004 | Langston |
| 6,741,931 B1 | 5/2004 | Kohut |
| 6,742,021 B1 | 5/2004 | Halverson |
| 6,745,161 B1 | 6/2004 | Arnold |
| 6,751,591 B1 | 6/2004 | Gorin |
| 6,751,612 B1 | 6/2004 | Schuetze |
| 6,754,485 B1 | 6/2004 | Obradovich |
| 6,754,627 B2 | 6/2004 | Woodward |
| 6,754,647 B1 | 6/2004 | Tackett |
| 6,757,362 B1 | 6/2004 | Cooper |
| 6,757,544 B2 | 6/2004 | Rangarajan |
| 6,757,718 B1 | 6/2004 | Halverson |
| 6,785,651 B1 | 8/2004 | Wang |
| 6,795,808 B1 | 9/2004 | Strubbe |
| 6,801,604 B2 | 10/2004 | Maes |
| 6,801,893 B1 | 10/2004 | Backfried |
| 6,804,330 B1 | 10/2004 | Jones |
| 6,810,375 B1 | 10/2004 | Ejerhed |
| 6,813,341 B1 | 11/2004 | Mahoney |
| 6,816,830 B1 | 11/2004 | Kempe |
| 6,823,308 B2 | 11/2004 | Keiller |
| 6,829,603 B1 | 12/2004 | Chai |

**US 11,087,385 B2**

Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,832,230 B1 | 12/2004 | Zilliacus | |
| 6,833,848 B1 | 12/2004 | Wolff | |
| 6,839,896 B2 | 1/2005 | Coffman | |
| 6,850,603 B1 | 2/2005 | Eberle | |
| 6,856,990 B2 | 2/2005 | Barile | |
| 6,859,776 B1 * | 2/2005 | Cohen | H04M 3/493 |
| | | | 704/270 |
| 6,865,481 B2 | 3/2005 | Kawazoe | |
| 6,868,380 B2 | 3/2005 | Kroeker | |
| 6,868,385 B1 | 3/2005 | Gerson | |
| 6,871,179 B1 | 3/2005 | Kist | |
| 6,873,837 B1 | 3/2005 | Yoshioka | |
| 6,877,001 B2 | 4/2005 | Wolf | |
| 6,877,134 B1 | 4/2005 | Fuller | |
| 6,882,970 B1 | 4/2005 | Garner | |
| 6,901,366 B1 | 5/2005 | Kuhn | |
| 6,910,003 B1 | 6/2005 | Arnold | |
| 6,912,498 B2 | 6/2005 | Stevens | |
| 6,915,126 B2 | 7/2005 | Mazzara, Jr. | |
| 6,928,614 B1 | 8/2005 | Everhart | |
| 6,934,756 B2 | 8/2005 | Maes | |
| 6,937,977 B2 | 8/2005 | Gerson | |
| 6,937,982 B2 | 8/2005 | Kitaoka | |
| 6,941,266 B1 | 9/2005 | Gorin | |
| 6,944,594 B2 | 9/2005 | Busayapongchai | |
| 6,950,821 B2 | 9/2005 | Faybishenko | |
| 6,954,755 B2 | 10/2005 | Reisman | |
| 6,959,276 B2 | 10/2005 | Droppo | |
| 6,961,700 B2 | 11/2005 | Mitchell | |
| 6,963,759 B1 | 11/2005 | Gerson | |
| 6,964,023 B2 | 11/2005 | Maes | |
| 6,968,311 B2 | 11/2005 | Knockeart | |
| 6,973,387 B2 | 12/2005 | Masclet | |
| 6,975,983 B1 | 12/2005 | Fortescue | |
| 6,975,993 B1 | 12/2005 | Keiller | |
| 6,980,092 B2 | 12/2005 | Turnbull | |
| 6,983,055 B2 | 1/2006 | Luo | |
| 6,990,513 B2 | 1/2006 | Belfiore | |
| 6,996,531 B2 | 2/2006 | Korall | |
| 7,003,463 B1 | 2/2006 | Maes | |
| 7,016,849 B2 | 3/2006 | Arnold | |
| 7,020,609 B2 | 3/2006 | Thrift | |
| 7,024,364 B2 | 4/2006 | Guerra | |
| 7,027,586 B2 | 4/2006 | Bushey | |
| 7,027,974 B1 | 4/2006 | Busch | |
| 7,027,975 B1 | 4/2006 | Pazandak | |
| 7,031,908 B1 | 4/2006 | Huang | |
| 7,035,415 B2 | 4/2006 | Belt | |
| 7,036,128 B1 | 4/2006 | Julia | |
| 7,043,425 B2 | 5/2006 | Pao | |
| 7,054,817 B2 | 5/2006 | Shao | |
| 7,058,890 B2 | 6/2006 | George | |
| 7,062,488 B1 | 6/2006 | Reisman | |
| 7,069,220 B2 | 6/2006 | Coffman | |
| 7,072,834 B2 | 7/2006 | Zhou | |
| 7,072,888 B1 | 7/2006 | Perkins | |
| 7,076,362 B2 | 7/2006 | Ohtsuji | |
| 7,082,469 B2 | 7/2006 | Gold | |
| 7,085,708 B2 | 8/2006 | Manson | |
| 7,092,928 B1 | 8/2006 | Elad | |
| 7,107,210 B2 | 9/2006 | Deng | |
| 7,107,218 B1 | 9/2006 | Preston | |
| 7,110,951 B1 | 9/2006 | Lemelson | |
| 7,127,395 B1 | 10/2006 | Gorin | |
| 7,127,400 B2 | 10/2006 | Koch | |
| 7,130,390 B2 | 10/2006 | Abburi | |
| 7,136,875 B2 | 11/2006 | Anderson | |
| 7,137,126 B1 | 11/2006 | Coffman | |
| 7,143,037 B1 | 11/2006 | Chestnut | |
| 7,143,039 B1 | 11/2006 | Stifelman | |
| 7,146,315 B2 | 12/2006 | Balan | |
| 7,146,319 B2 | 12/2006 | Hunt | |
| 7,149,696 B2 | 12/2006 | Shimizu | |
| 7,165,028 B2 | 1/2007 | Gong | |
| 7,170,993 B2 | 1/2007 | Anderson | |
| 7,171,291 B2 | 1/2007 | Obradovich | |
| 7,174,300 B2 | 2/2007 | Bush | |
| 7,177,798 B2 | 2/2007 | Hsu | |
| 7,184,957 B2 | 2/2007 | Brookes | |
| 7,190,770 B2 | 3/2007 | Ando | |
| 7,197,069 B2 | 3/2007 | Agazzi | |
| 7,197,460 B1 | 3/2007 | Gupta | |
| 7,203,644 B2 | 4/2007 | Anderson | |
| 7,206,418 B2 | 4/2007 | Yang | |
| 7,207,011 B2 | 4/2007 | Mulvey | |
| 7,215,941 B2 | 5/2007 | Beckmann | |
| 7,228,276 B2 | 6/2007 | Omote | |
| 7,231,343 B1 | 6/2007 | Treadgold | |
| 7,236,923 B1 | 6/2007 | Gupta | |
| 7,254,482 B2 | 8/2007 | Kawasaki | |
| 7,272,212 B2 | 9/2007 | Eberle | |
| 7,277,854 B2 | 10/2007 | Bennett | |
| 7,283,829 B2 | 10/2007 | Christenson | |
| 7,283,951 B2 | 10/2007 | Marchisio | |
| 7,289,606 B2 | 10/2007 | Sibal | |
| 7,299,186 B2 | 11/2007 | Kuzunuki | |
| 7,301,093 B2 | 11/2007 | Sater | |
| 7,305,381 B1 | 12/2007 | Poppink | |
| 7,321,850 B2 | 1/2008 | Wakita | |
| 7,328,155 B2 | 2/2008 | Endo | |
| 7,337,116 B2 | 2/2008 | Charlesworth | |
| 7,340,040 B1 | 3/2008 | Saylor | |
| 7,366,285 B2 | 4/2008 | Parolkar | |
| 7,366,669 B2 | 4/2008 | Nishitani | |
| 7,376,586 B1 | 5/2008 | Partovi | |
| 7,376,645 B2 | 5/2008 | Bernard | |
| 7,380,250 B2 | 5/2008 | Schechter | |
| 7,386,443 B1 | 6/2008 | Parthasarathy | |
| 7,398,209 B2 | 7/2008 | Kennewick | |
| 7,406,421 B2 | 7/2008 | Odinak | |
| 7,415,100 B2 | 8/2008 | Cooper | |
| 7,415,414 B2 | 8/2008 | Azara | |
| 7,421,393 B1 | 9/2008 | DiFabbrizio | |
| 7,424,431 B2 | 9/2008 | Greene | |
| 7,447,635 B1 | 11/2008 | Konopka | |
| 7,451,088 B1 | 11/2008 | Ehlen | |
| 7,454,368 B2 | 11/2008 | Stillman | |
| 7,454,608 B2 | 11/2008 | Gopalakrishnan | |
| 7,461,059 B2 | 12/2008 | Richardson | |
| 7,472,020 B2 | 12/2008 | Brulle-Drews | |
| 7,472,060 B1 | 12/2008 | Gorin | |
| 7,472,075 B2 | 12/2008 | Odinak | |
| 7,477,909 B2 | 1/2009 | Roth | |
| 7,478,036 B2 | 1/2009 | Shen | |
| 7,487,088 B1 | 2/2009 | Gorin | |
| 7,487,110 B2 | 2/2009 | Bennett | |
| 7,493,259 B2 | 2/2009 | Jones | |
| 7,493,559 B1 | 2/2009 | Wolff | |
| 7,502,672 B1 | 3/2009 | Kolls | |
| 7,502,730 B2 | 3/2009 | Wang | |
| 7,502,738 B2 | 3/2009 | Kennewick | |
| 7,512,906 B1 | 3/2009 | Baier | |
| 7,516,076 B2 | 4/2009 | Walker | |
| 7,529,675 B2 | 5/2009 | Maes | |
| 7,536,297 B2 | 5/2009 | Byrd | |
| 7,536,374 B2 | 5/2009 | Au | |
| 7,542,894 B2 | 6/2009 | Murata | |
| 7,546,382 B2 | 6/2009 | Healey | |
| 7,548,491 B2 | 6/2009 | Macfarlane | |
| 7,552,054 B1 | 6/2009 | Stifelman | |
| 7,558,730 B2 | 7/2009 | Davis | |
| 7,574,362 B2 | 8/2009 | Walker | |
| 7,577,244 B2 | 8/2009 | Taschereau | |
| 7,606,708 B2 | 10/2009 | Hwang | |
| 7,606,712 B1 | 10/2009 | Smith | |
| 7,620,549 B2 | 11/2009 | DiCristo | |
| 7,634,409 B2 | 12/2009 | Kennewick | |
| 7,640,006 B2 | 12/2009 | Portman | |
| 7,640,160 B2 | 12/2009 | DiCristo | |
| 7,640,272 B2 | 12/2009 | Mahajan | |
| 7,672,931 B2 | 3/2010 | Hurst-Hiller | |
| 7,676,365 B2 | 3/2010 | Hwang | |
| 7,676,369 B2 | 3/2010 | Fujimoto | |
| 7,684,977 B2 | 3/2010 | Morikawa | |

**US 11,087,385 B2**

Page 5

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,693,720 | B2 | 4/2010 | Kennewick |
| 7,697,673 | B2 | 4/2010 | Chiu |
| 7,706,616 | B2 | 4/2010 | Kristensson |
| 7,729,913 | B1 | 6/2010 | Lee |
| 7,729,916 | B2 | 6/2010 | Coffman |
| 7,729,918 | B2 | 6/2010 | Walker |
| 7,729,920 | B2 | 6/2010 | Chaar |
| 7,734,287 | B2 | 6/2010 | Ying |
| 7,748,021 | B2 | 6/2010 | Obradovich |
| 7,774,333 | B2 | 8/2010 | Colledge |
| 7,788,084 | B2 | 8/2010 | Brun |
| 7,792,257 | B1 | 9/2010 | Vanier |
| 7,801,731 | B2 | 9/2010 | Odinak |
| 7,809,570 | B2 | 10/2010 | Kennewick |
| 7,818,176 | B2 | 10/2010 | Freeman |
| 7,831,426 | B2 | 11/2010 | Bennett |
| 7,831,433 | B1 | 11/2010 | Belvin |
| 7,856,358 | B2 | 12/2010 | Ho |
| 7,873,519 | B2 | 1/2011 | Bennett |
| 7,873,523 | B2 | 1/2011 | Potter |
| 7,873,654 | B2 | 1/2011 | Bernard |
| 7,881,936 | B2 | 2/2011 | Longe |
| 7,890,324 | B2 | 2/2011 | Bangalore |
| 7,894,849 | B2 | 2/2011 | Kass |
| 2,902,969 | A1 | 3/2011 | Obradovich |
| 7,917,367 | B2 | 3/2011 | DiCristo |
| 7,920,682 | B2 | 4/2011 | Byrne |
| 7,949,529 | B2 | 5/2011 | Weider |
| 7,949,537 | B2 | 5/2011 | Walker |
| 7,953,732 | B2 | 5/2011 | Frank |
| 7,974,875 | B1 | 7/2011 | Quilici |
| 7,983,917 | B2 | 7/2011 | Kennewick |
| 7,984,287 | B2 | 7/2011 | Gopalakrishnan |
| 8,005,683 | B2 | 8/2011 | Tessel |
| 8,015,006 | B2 | 9/2011 | Kennewick |
| 8,024,186 | B1 | 9/2011 | De Bonet |
| 8,027,965 | B2 | 9/2011 | Takehara |
| 8,032,383 | B1 | 10/2011 | Bhardwaj |
| 8,060,367 | B2 | 11/2011 | Keaveney |
| 8,069,046 | B2 | 11/2011 | Kennewick |
| 8,073,681 | B2 | 12/2011 | Baldwin |
| 8,077,975 | B2 | 12/2011 | Ma |
| 8,078,502 | B2 * | 12/2011 | Hao .................. G06Q 30/0641 705/26.61 |
| 8,082,153 | B2 | 12/2011 | Coffman |
| 8,086,463 | B2 | 12/2011 | Ativanichayaphong |
| 8,103,510 | B2 | 1/2012 | Sato |
| 8,112,275 | B2 | 2/2012 | Kennewick |
| 8,140,327 | B2 | 3/2012 | Kennewick |
| 8,140,335 | B2 | 3/2012 | Kennewick |
| 8,145,489 | B2 | 3/2012 | Freeman |
| 8,150,694 | B2 | 4/2012 | Kennewick |
| 8,155,962 | B2 | 4/2012 | Kennewick |
| 8,170,867 | B2 | 5/2012 | Germain |
| 8,180,037 | B1 | 5/2012 | Delker |
| 8,190,436 | B2 | 5/2012 | Bangalore |
| 8,195,468 | B2 | 6/2012 | Weider |
| 8,200,485 | B1 | 6/2012 | Lee |
| 8,204,751 | B1 | 6/2012 | Di Fabbrizio |
| 8,219,399 | B2 | 7/2012 | Lutz |
| 8,219,599 | B2 | 7/2012 | Tunstall-Pedoe |
| 8,224,652 | B2 | 7/2012 | Wang |
| 8,255,224 | B2 | 8/2012 | Singleton |
| 8,326,599 | B2 | 12/2012 | Tomeh |
| 8,326,627 | B2 | 12/2012 | Kennewick |
| 8,326,634 | B2 | 12/2012 | DiCristo |
| 8,326,637 | B2 | 12/2012 | Baldwin |
| 8,332,224 | B2 | 12/2012 | DiCristo |
| 8,340,975 | B1 | 12/2012 | Rosenberger |
| 8,346,563 | B1 | 1/2013 | Hjelm |
| 8,370,147 | B2 | 2/2013 | Kennewick |
| 8,447,607 | B2 | 5/2013 | Weider |
| 8,447,651 | B1 | 5/2013 | Scholl |
| 8,452,598 | B2 | 5/2013 | Kennewick |
| 8,503,995 | B2 | 8/2013 | Ramer |
| 8,509,403 | B2 | 8/2013 | Chiu |
| 8,515,765 | B2 | 8/2013 | Baldwin |
| 8,527,274 | B2 | 9/2013 | Freeman |
| 8,577,671 | B1 | 11/2013 | Barve |
| 8,589,161 | B2 | 11/2013 | Kennewick |
| 8,612,205 | B2 | 12/2013 | Hanneman |
| 8,612,206 | B2 | 12/2013 | Chalabi |
| 8,620,659 | B2 | 12/2013 | DiCristo |
| 8,719,005 | B1 | 5/2014 | Lee |
| 8,719,009 | B2 | 5/2014 | Baldwin |
| 8,719,026 | B2 | 5/2014 | Kennewick |
| 8,731,929 | B2 | 5/2014 | Kennewick |
| 8,738,380 | B2 | 5/2014 | Baldwin |
| 8,849,652 | B2 | 9/2014 | Weider |
| 8,849,670 | B2 | 9/2014 | DiCristo |
| 8,849,696 | B2 | 9/2014 | Pansari |
| 8,849,791 | B1 | 9/2014 | Hertschuh |
| 8,886,536 | B2 | 11/2014 | Freeman |
| 8,972,243 | B1 | 3/2015 | Strom |
| 8,972,354 | B1 | 3/2015 | Telang |
| 8,983,839 | B2 | 3/2015 | Kennewick |
| 9,009,046 | B1 | 4/2015 | Stewart |
| 9,015,049 | B2 | 4/2015 | Baldwin |
| 9,037,455 | B1 | 5/2015 | Faaborg |
| 9,070,366 | B1 | 6/2015 | Mathias |
| 9,070,367 | B1 | 6/2015 | Hoffmeister |
| 9,105,266 | B2 | 8/2015 | Baldwin |
| 9,171,541 | B2 | 10/2015 | Kennewick |
| 9,269,097 | B2 | 2/2016 | Freeman |
| 9,305,548 | B2 | 4/2016 | Kennewick |
| 9,308,445 | B1 | 4/2016 | Merzenich |
| 9,318,108 | B2 | 4/2016 | Gruber |
| 9,406,078 | B2 | 8/2016 | Freeman |
| 9,443,514 | B1 | 9/2016 | Taubman |
| 9,502,025 | B2 | 11/2016 | Kennewick |
| 9,626,703 | B2 | 4/2017 | Kennewick, Sr. |
| 9,711,143 | B2 | 7/2017 | Kennewick |
| 10,089,984 | B2 | 10/2018 | Kennewick |
| 2001/0011336 | A1 | 8/2001 | Sitka |
| 2001/0014857 | A1 | 8/2001 | Wang |
| 2001/0021905 | A1 | 9/2001 | Burnett |
| 2001/0039492 | A1 | 11/2001 | Nemoto |
| 2001/0041980 | A1 | 11/2001 | Howard |
| 2001/0047261 | A1 | 11/2001 | Kassan |
| 2001/0049601 | A1 | 12/2001 | Kroeker |
| 2001/0054087 | A1 | 12/2001 | Flom |
| 2002/0002548 | A1 | 1/2002 | Roundtree |
| 2002/0007267 | A1 | 1/2002 | Batchilo |
| 2002/0010584 | A1 | 1/2002 | Schultz |
| 2002/0015500 | A1 | 2/2002 | Belt |
| 2002/0022927 | A1 | 2/2002 | Lemelson |
| 2002/0022956 | A1 | 2/2002 | Ukrainczyk |
| 2002/0029186 | A1 | 3/2002 | Roth |
| 2002/0029261 | A1 | 3/2002 | Shibata |
| 2002/0032752 | A1 | 3/2002 | Gold |
| 2002/0035501 | A1 | 3/2002 | Handel |
| 2002/0040297 | A1 | 4/2002 | Tsiao |
| 2002/0049535 | A1 | 4/2002 | Rigo |
| 2002/0049805 | A1 | 4/2002 | Yamada |
| 2002/0059068 | A1 | 5/2002 | Rose |
| 2002/0065568 | A1 | 5/2002 | Silfvast |
| 2002/0067839 | A1 | 6/2002 | Heinrich |
| 2002/0069059 | A1 | 6/2002 | Smith |
| 2002/0069071 | A1 | 6/2002 | Knockeart |
| 2002/0073176 | A1 | 6/2002 | Ikeda |
| 2002/0082911 | A1 | 6/2002 | Dunn |
| 2002/0087312 | A1 | 7/2002 | Lee |
| 2002/0087326 | A1 | 7/2002 | Lee |
| 2002/0087525 | A1 | 7/2002 | Abbott |
| 2002/0107694 | A1 | 8/2002 | Lerg |
| 2002/0120609 | A1 | 8/2002 | Lang |
| 2002/0124050 | A1 | 9/2002 | Middeljans |
| 2002/0133347 | A1 | 9/2002 | Schoneburg |
| 2002/0133354 | A1 | 9/2002 | Ross |
| 2002/0133402 | A1 | 9/2002 | Faber |
| 2002/0135618 | A1 | 9/2002 | Maes |
| 2002/0138248 | A1 | 9/2002 | Corston-Oliver |
| 2002/0143532 | A1 | 10/2002 | McLean |
| 2002/0143535 | A1 | 10/2002 | Kist |

**US 11,087,385 B2**

Page 6

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2002/0152260 A1 | 10/2002 | Chen |
| 2002/0161646 A1 | 10/2002 | Gailey |
| 2002/0161647 A1 | 10/2002 | Galley |
| 2002/0169597 A1 | 11/2002 | Fain |
| 2002/0173333 A1 | 11/2002 | Buchholz |
| 2002/0173961 A1 | 11/2002 | Guerra |
| 2002/0178003 A1 | 11/2002 | Gehrke |
| 2002/0184373 A1 | 12/2002 | Maes |
| 2002/0188455 A1 | 12/2002 | Shioda |
| 2002/0188602 A1 | 12/2002 | Stubler |
| 2002/0198714 A1 | 12/2002 | Zhou |
| 2003/0005033 A1 | 1/2003 | Mohan |
| 2003/0014261 A1 | 1/2003 | Kageyama |
| 2003/0016835 A1 | 1/2003 | Elko |
| 2003/0036903 A1 | 2/2003 | Konopka |
| 2003/0046071 A1 | 3/2003 | Wyman |
| 2003/0046281 A1 | 3/2003 | Son |
| 2003/0046346 A1 | 3/2003 | Mumick |
| 2003/0064709 A1 | 4/2003 | Galley |
| 2003/0065427 A1 | 4/2003 | Funk |
| 2003/0069734 A1 | 4/2003 | Everhart |
| 2003/0069880 A1 | 4/2003 | Harrison |
| 2003/0088421 A1 | 5/2003 | Maes |
| 2003/0093419 A1 | 5/2003 | Bangalore |
| 2003/0097249 A1 | 5/2003 | Walker |
| 2003/0110037 A1 | 6/2003 | Walker |
| 2003/0112267 A1 | 6/2003 | Belrose |
| 2003/0115062 A1 | 6/2003 | Walker |
| 2003/0120493 A1 | 6/2003 | Gupta |
| 2003/0135488 A1 | 7/2003 | Amir |
| 2003/0144846 A1 | 7/2003 | Denenberg |
| 2003/0154082 A1 | 8/2003 | Toguri |
| 2003/0158731 A1 | 8/2003 | Falcon |
| 2003/0161448 A1 | 8/2003 | Parolkar |
| 2003/0167167 A1 | 9/2003 | Gong |
| 2003/0174155 A1 | 9/2003 | Weng |
| 2003/0182123 A1 | 9/2003 | Mitsuyoshi |
| 2003/0182132 A1 | 9/2003 | Niemoeller |
| 2003/0187643 A1 | 10/2003 | VanThong |
| 2003/0204492 A1 | 10/2003 | Wolf |
| 2003/0206640 A1 | 11/2003 | Malvar |
| 2003/0212550 A1 | 11/2003 | Ubale |
| 2003/0212558 A1 | 11/2003 | Matula |
| 2003/0212562 A1 | 11/2003 | Patel |
| 2003/0216919 A1 | 11/2003 | Roushar |
| 2003/0225825 A1 | 12/2003 | Healey |
| 2003/0233230 A1 | 12/2003 | Ammicht |
| 2003/0236664 A1 | 12/2003 | Sharma |
| 2004/0006475 A1 | 1/2004 | Ehlen |
| 2004/0010358 A1 | 1/2004 | Oesterling |
| 2004/0025115 A1 | 2/2004 | Sienel |
| 2004/0030741 A1 | 2/2004 | Wolton |
| 2004/0036601 A1 | 2/2004 | Obradovich |
| 2004/0044516 A1 | 3/2004 | Kennewick |
| 2004/0093567 A1 | 5/2004 | Schabes |
| 2004/0098245 A1 | 5/2004 | Walker |
| 2004/0102977 A1 | 5/2004 | Metzler |
| 2004/0117179 A1 | 6/2004 | Balasuriya |
| 2004/0117804 A1 | 6/2004 | Scahill |
| 2004/0122673 A1 | 6/2004 | Park |
| 2004/0122674 A1 | 6/2004 | Bangalore |
| 2004/0128514 A1 | 7/2004 | Rhoads |
| 2004/0133793 A1 | 7/2004 | Ginter |
| 2004/0140989 A1 | 7/2004 | Papageorge |
| 2004/0143440 A1 | 7/2004 | Prasad |
| 2004/0148154 A1 | 7/2004 | Acero |
| 2004/0148170 A1 | 7/2004 | Acero |
| 2004/0158555 A1 | 8/2004 | Seedman |
| 2004/0166832 A1 | 8/2004 | Portman |
| 2004/0167771 A1 | 8/2004 | Duan |
| 2004/0172247 A1 | 9/2004 | Yoon |
| 2004/0172258 A1 | 9/2004 | Dominach |
| 2004/0189697 A1 | 9/2004 | Fukuoka |
| 2004/0193408 A1 | 9/2004 | Hunt |
| 2004/0193420 A1 | 9/2004 | Kennewick |
| 2004/0199375 A1 | 10/2004 | Ehsani |
| 2004/0199387 A1 | 10/2004 | Wang |
| 2004/0199389 A1 | 10/2004 | Geiger |
| 2004/0201607 A1 | 10/2004 | Mulvey |
| 2004/0204939 A1 | 10/2004 | Liu |
| 2004/0205671 A1 | 10/2004 | Sukehiro |
| 2004/0220800 A1 | 11/2004 | Kong |
| 2004/0243393 A1 | 12/2004 | Wang |
| 2004/0243417 A9 | 12/2004 | Pitts |
| 2004/0247092 A1 | 12/2004 | Timmins |
| 2004/0249636 A1 | 12/2004 | Applebaum |
| 2005/0015256 A1 | 1/2005 | Kargman |
| 2005/0021331 A1 | 1/2005 | Huang |
| 2005/0021334 A1 | 1/2005 | Iwahashi |
| 2005/0021470 A1 | 1/2005 | Martin |
| 2005/0021826 A1 | 1/2005 | Kumar |
| 2005/0033574 A1 | 2/2005 | Kim |
| 2005/0033582 A1 | 2/2005 | Gadd |
| 2005/0043940 A1 | 2/2005 | Elder |
| 2005/0043956 A1 | 2/2005 | Aoyama |
| 2005/0060142 A1 | 3/2005 | Visser |
| 2005/0080632 A1 | 4/2005 | Endo |
| 2005/0080821 A1 | 4/2005 | Breil |
| 2005/0102282 A1 | 5/2005 | Linden |
| 2005/0114116 A1 | 5/2005 | Fiedler |
| 2005/0125232 A1 | 6/2005 | Gadd |
| 2005/0131673 A1 | 6/2005 | Koizumi |
| 2005/0137850 A1 | 6/2005 | Odell |
| 2005/0137877 A1 | 6/2005 | Oesterling |
| 2005/0138168 A1 | 6/2005 | Hoffman |
| 2005/0143994 A1 | 6/2005 | Mori |
| 2005/0144013 A1 | 6/2005 | Fujimoto |
| 2005/0144187 A1 | 6/2005 | Che |
| 2005/0149319 A1 | 7/2005 | Honda |
| 2005/0169441 A1 | 8/2005 | Yacoub |
| 2005/0216254 A1 | 9/2005 | Gupta |
| 2005/0222763 A1 | 10/2005 | Uyeki |
| 2005/0234637 A1 | 10/2005 | Obradovich |
| 2005/0234727 A1 | 10/2005 | Chiu |
| 2005/0240412 A1 | 10/2005 | Fujita |
| 2005/0246174 A1 | 11/2005 | DeGolia |
| 2005/0283364 A1 | 12/2005 | Longe |
| 2005/0283532 A1 | 12/2005 | Kim |
| 2005/0283752 A1 | 12/2005 | Fruchter |
| 2006/0041431 A1 | 2/2006 | Maes |
| 2006/0046740 A1 | 3/2006 | Johnson |
| 2006/0047509 A1 | 3/2006 | Ding |
| 2006/0072738 A1 | 4/2006 | Louis |
| 2006/0074670 A1 | 4/2006 | Weng |
| 2006/0074671 A1 | 4/2006 | Farmaner |
| 2006/0080098 A1 | 4/2006 | Campbell |
| 2006/0100851 A1 | 5/2006 | Schonebeck |
| 2006/0106769 A1 | 5/2006 | Gibbs |
| 2006/0129409 A1 | 6/2006 | Mizutani |
| 2006/0130002 A1 | 6/2006 | Hirayama |
| 2006/0149633 A1 | 7/2006 | Voisin |
| 2006/0182085 A1 | 8/2006 | Sweeney |
| 2006/0206310 A1 | 9/2006 | Ravikumar |
| 2006/0217133 A1 | 9/2006 | Christenson |
| 2006/0236343 A1 | 10/2006 | Chang |
| 2006/0242017 A1 | 10/2006 | Libes |
| 2006/0247919 A1 | 11/2006 | Specht |
| 2006/0253247 A1 | 11/2006 | de Silva |
| 2006/0253281 A1 | 11/2006 | Letzt |
| 2006/0285662 A1 | 12/2006 | Yin |
| 2007/0011159 A1 | 1/2007 | Hillis |
| 2007/0033005 A1 | 2/2007 | Cristo |
| 2007/0033020 A1 | 2/2007 | Francois |
| 2007/0033526 A1 | 2/2007 | Thompson |
| 2007/0038436 A1 | 2/2007 | Cristo |
| 2007/0038445 A1 | 2/2007 | Helbing |
| 2007/0043569 A1 | 2/2007 | Potter |
| 2007/0043574 A1 | 2/2007 | Coffman |
| 2007/0043868 A1 | 2/2007 | Kumar |
| 2007/0050191 A1 | 3/2007 | Weider |
| 2007/0050279 A1 | 3/2007 | Huang |
| 2007/0055525 A1 | 3/2007 | Kennewick |
| 2007/0060114 A1 | 3/2007 | Ramer |
| 2007/0061067 A1 | 3/2007 | Zeinstra |

## US 11,087,385 B2

Page 7

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2007/0061735 A1 | 3/2007 | Hoffberg |
| 2007/0067310 A1 | 3/2007 | Gupta |
| 2007/0073544 A1 | 3/2007 | Millett |
| 2007/0078708 A1 | 4/2007 | Yu |
| 2007/0078709 A1 | 4/2007 | Rajaram |
| 2007/0078814 A1 | 4/2007 | Flowers |
| 2007/0094003 A1 | 4/2007 | Huang |
| 2007/0100797 A1 | 5/2007 | Thun |
| 2007/0106499 A1 | 5/2007 | Dahlgren |
| 2007/0112555 A1 | 5/2007 | Lavi |
| 2007/0112630 A1 | 5/2007 | Lau |
| 2007/0118357 A1 | 5/2007 | Kasravi |
| 2007/0124057 A1 | 5/2007 | Prieto |
| 2007/0135101 A1 | 6/2007 | Ramati |
| 2007/0146833 A1 | 6/2007 | Satomi |
| 2007/0162296 A1 | 7/2007 | Altberg |
| 2007/0174258 A1 | 7/2007 | Jones |
| 2007/0179778 A1 | 8/2007 | Gong |
| 2007/0185859 A1 | 8/2007 | Flowers |
| 2007/0186165 A1 | 8/2007 | Maislos |
| 2007/0192309 A1 | 8/2007 | Fischer |
| 2007/0198267 A1 | 8/2007 | Jones |
| 2007/0203699 A1 | 8/2007 | Nagashima |
| 2007/0203736 A1 | 8/2007 | Ashton |
| 2007/0208732 A1 | 9/2007 | Flowers |
| 2007/0214182 A1 | 9/2007 | Rosenberg |
| 2007/0250901 A1 | 10/2007 | McIntire |
| 2007/0265850 A1 | 11/2007 | Kennewick |
| 2007/0266257 A1 | 11/2007 | Camaisa |
| 2007/0276651 A1 | 11/2007 | Bliss |
| 2007/0294615 A1 | 12/2007 | Sathe |
| 2007/0299824 A1 | 12/2007 | Pan |
| 2008/0010135 A1 | 1/2008 | Schrock |
| 2008/0014908 A1 | 1/2008 | Vasant |
| 2008/0032622 A1 | 2/2008 | Kopra |
| 2008/0034032 A1 | 2/2008 | Healey |
| 2008/0046311 A1 | 2/2008 | Shahine |
| 2008/0059188 A1 | 3/2008 | Konopka |
| 2008/0065386 A1 | 3/2008 | Cross |
| 2008/0065389 A1 | 3/2008 | Cross |
| 2008/0065390 A1 | 3/2008 | Ativanichayaphong |
| 2008/0086455 A1 | 4/2008 | Meisels |
| 2008/0091406 A1 | 4/2008 | Baldwin |
| 2008/0103761 A1 | 5/2008 | Printz |
| 2008/0103781 A1 | 5/2008 | Wasson |
| 2008/0104071 A1 | 5/2008 | Pragada |
| 2008/0109285 A1 | 5/2008 | Reuther |
| 2008/0115163 A1 | 5/2008 | Gilboa |
| 2008/0126091 A1 | 5/2008 | Clark |
| 2008/0126284 A1 | 5/2008 | Forbes |
| 2008/0133215 A1 | 6/2008 | Sarukkai |
| 2008/0140385 A1 | 6/2008 | Mahajan |
| 2008/0147396 A1 | 6/2008 | Wang |
| 2008/0147410 A1 | 6/2008 | Odinak |
| 2008/0147637 A1 | 6/2008 | Li |
| 2008/0154604 A1 | 6/2008 | Sathish |
| 2008/0162471 A1 | 7/2008 | Bernard |
| 2008/0177530 A1 | 7/2008 | Cross |
| 2008/0184164 A1 | 7/2008 | Di Fabbrizio |
| 2008/0189110 A1 | 8/2008 | Freeman |
| 2008/0189187 A1 | 8/2008 | Hao |
| 2008/0228496 A1 | 9/2008 | Yu |
| 2008/0235023 A1 | 9/2008 | Kennewick |
| 2008/0235027 A1 | 9/2008 | Cross |
| 2008/0269958 A1 | 10/2008 | Filev |
| 2008/0270135 A1 | 10/2008 | Goel |
| 2008/0270224 A1 | 10/2008 | Portman |
| 2008/0294437 A1 | 11/2008 | Nakano |
| 2008/0294994 A1 | 11/2008 | Kruger |
| 2008/0306743 A1 | 12/2008 | Di Fabbrizio |
| 2008/0319751 A1 | 12/2008 | Kennewick |
| 2009/0006077 A1 | 1/2009 | Keaveney |
| 2009/0006194 A1 | 1/2009 | Sridharan |
| 2009/0018829 A1 | 1/2009 | Kuperstein |
| 2009/0024476 A1 | 1/2009 | Baar |
| 2009/0030686 A1 | 1/2009 | Weng |
| 2009/0052635 A1 | 2/2009 | Jones |
| 2009/0055176 A1 | 2/2009 | Hu |
| 2009/0067599 A1 | 3/2009 | Agarwal |
| 2009/0076827 A1 | 3/2009 | Bulitta |
| 2009/0106029 A1 | 4/2009 | DeLine |
| 2009/0117885 A1 | 5/2009 | Roth |
| 2009/0144131 A1 | 6/2009 | Chiu |
| 2009/0144271 A1 | 6/2009 | Richardson |
| 2009/0150156 A1 | 6/2009 | Kennewick |
| 2009/0157382 A1 | 6/2009 | Bar |
| 2009/0164216 A1 | 6/2009 | Chengalvarayan |
| 2009/0171664 A1 | 7/2009 | Kennewick |
| 2009/0171912 A1 | 7/2009 | Nash |
| 2009/0197582 A1 | 8/2009 | Lewis |
| 2009/0216540 A1 | 8/2009 | Tessel |
| 2009/0248565 A1 | 10/2009 | Chuang |
| 2009/0248605 A1 | 10/2009 | Mitchell |
| 2009/0259561 A1* | 10/2009 | Boys ...................... G06Q 30/06 705/26.1 |
| 2009/0259646 A1 | 10/2009 | Fujita |
| 2009/0265163 A1 | 10/2009 | Li |
| 2009/0271194 A1 | 10/2009 | Davis |
| 2009/0273563 A1 | 11/2009 | Pryor |
| 2009/0276700 A1 | 11/2009 | Anderson |
| 2009/0287680 A1 | 11/2009 | Paek |
| 2009/0299745 A1 | 12/2009 | Kennewick |
| 2009/0299857 A1 | 12/2009 | Brubaker |
| 2009/0304161 A1 | 12/2009 | Pettyjohn |
| 2009/0307031 A1 | 12/2009 | Winkler |
| 2009/0313026 A1 | 12/2009 | Coffman |
| 2009/0319517 A1 | 12/2009 | Guha |
| 2010/0023320 A1 | 1/2010 | Cristo |
| 2010/0023331 A1 | 1/2010 | Duta |
| 2010/0029261 A1 | 2/2010 | Mikkelsen |
| 2010/0036967 A1 | 2/2010 | Caine |
| 2010/0049501 A1 | 2/2010 | Kennewick |
| 2010/0049514 A1 | 2/2010 | Kennewick |
| 2010/0057443 A1 | 3/2010 | Cristo |
| 2010/0063880 A1 | 3/2010 | Atsmon |
| 2010/0064025 A1 | 3/2010 | Nelimarkka |
| 2010/0076778 A1 | 3/2010 | Kondrk |
| 2010/0094707 A1 | 4/2010 | Freer |
| 2010/0138300 A1 | 6/2010 | Wallis |
| 2010/0145700 A1 | 6/2010 | Kennewick |
| 2010/0185512 A1 | 7/2010 | Borger |
| 2010/0191856 A1 | 7/2010 | Gupta |
| 2010/0204986 A1 | 8/2010 | Kennewick |
| 2010/0204994 A1 | 8/2010 | Kennewick |
| 2010/0217604 A1 | 8/2010 | Baldwin |
| 2010/0268536 A1 | 10/2010 | Suendermann |
| 2010/0286985 A1 | 11/2010 | Kennewick |
| 2010/0299142 A1 | 11/2010 | Freeman |
| 2010/0312547 A1 | 12/2010 | Van Os |
| 2010/0312566 A1 | 12/2010 | Odinak |
| 2010/0318357 A1 | 12/2010 | Istvan |
| 2010/0331064 A1 | 12/2010 | Michelstein |
| 2011/0022393 A1 | 1/2011 | Waller |
| 2011/0106527 A1 | 5/2011 | Chiu |
| 2011/0112827 A1 | 5/2011 | Kennewick |
| 2011/0112921 A1 | 5/2011 | Kennewick |
| 2011/0119049 A1 | 5/2011 | Ylonen |
| 2011/0131036 A1 | 6/2011 | DiCristo |
| 2011/0131045 A1 | 6/2011 | Cristo |
| 2011/0231182 A1 | 9/2011 | Weider |
| 2011/0231188 A1 | 9/2011 | Kennewick |
| 2011/0238409 A1 | 9/2011 | Larcheveque |
| 2011/0307167 A1 | 12/2011 | Taschereau |
| 2012/0022857 A1 | 1/2012 | Baldwin |
| 2012/0041753 A1 | 2/2012 | Dymetman |
| 2012/0046935 A1 | 2/2012 | Nagao |
| 2012/0101809 A1 | 4/2012 | Kennewick |
| 2012/0101810 A1 | 4/2012 | Kennewick |
| 2012/0109753 A1 | 5/2012 | Kennewick |
| 2012/0150620 A1 | 6/2012 | Mandyam |
| 2012/0150636 A1 | 6/2012 | Freeman |
| 2012/0239498 A1 | 9/2012 | Ramer |
| 2012/0240060 A1 | 9/2012 | Pennington |
| 2012/0265528 A1 | 10/2012 | Gruber |

US 11,087,385 B2

Page 8

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2012/0278073 A1 | 11/2012 | Weider | |
| 2013/0006734 A1 | 1/2013 | Ocko | |
| 2013/0054228 A1 | 2/2013 | Baldwin | |
| 2013/0060625 A1 | 3/2013 | Davis | |
| 2013/0080177 A1 | 3/2013 | Chen | |
| 2013/0211710 A1 | 8/2013 | Kennewick | |
| 2013/0253929 A1 | 9/2013 | Weider | |
| 2013/0254314 A1 | 9/2013 | Chow | |
| 2013/0297293 A1 | 11/2013 | Cristo | |
| 2013/0304473 A1 | 11/2013 | Baldwin | |
| 2013/0311324 A1 | 11/2013 | Stoll | |
| 2013/0332454 A1 | 12/2013 | Stuhec | |
| 2013/0339022 A1 | 12/2013 | Baldwin | |
| 2014/0006951 A1 | 1/2014 | Hunter | |
| 2014/0012577 A1 | 1/2014 | Freeman | |
| 2014/0025371 A1 | 1/2014 | Min | |
| 2014/0108013 A1 | 4/2014 | Cristo | |
| 2014/0136187 A1 | 5/2014 | Wolverton | |
| 2014/0136259 A1* | 5/2014 | Kinsey, II | G06Q 30/0631 |
| | | | 705/7.16 |
| 2014/0156278 A1 | 6/2014 | Kennewick | |
| 2014/0195238 A1 | 7/2014 | Terao | |
| 2014/0236575 A1 | 8/2014 | Tur | |
| 2014/0249821 A1 | 9/2014 | Kennewick | |
| 2014/0249822 A1 | 9/2014 | Baldwin | |
| 2014/0278413 A1 | 9/2014 | Pitschel | |
| 2014/0278416 A1 | 9/2014 | Schuster | |
| 2014/0288934 A1 | 9/2014 | Kennewick | |
| 2014/0330552 A1 | 11/2014 | Bangalore | |
| 2014/0337007 A1 | 11/2014 | Waibel | |
| 2014/0365222 A1 | 12/2014 | Weider | |
| 2015/0019211 A1 | 1/2015 | Simard | |
| 2015/0019217 A1 | 1/2015 | Cristo | |
| 2015/0019227 A1 | 1/2015 | Anandarajah | |
| 2015/0066479 A1 | 3/2015 | Pasupalak | |
| 2015/0066627 A1 | 3/2015 | Freeman | |
| 2015/0073910 A1 | 3/2015 | Kennewick | |
| 2015/0095159 A1 | 4/2015 | Kennewick | |
| 2015/0142447 A1 | 5/2015 | Kennewick | |
| 2015/0170641 A1 | 6/2015 | Kennewick | |
| 2015/0193379 A1 | 7/2015 | Mehta | |
| 2015/0199339 A1 | 7/2015 | Mirkin | |
| 2015/0228276 A1 | 8/2015 | Baldwin | |
| 2015/0293917 A1 | 10/2015 | Bufe | |
| 2015/0348544 A1 | 12/2015 | Baldwin | |
| 2015/0348551 A1 | 12/2015 | Gruber | |
| 2015/0364133 A1 | 12/2015 | Freeman | |
| 2016/0049152 A1 | 2/2016 | Kennewick | |
| 2016/0078482 A1 | 3/2016 | Kennewick | |
| 2016/0078491 A1 | 3/2016 | Kennewick | |
| 2016/0078504 A1 | 3/2016 | Kennewick | |
| 2016/0078773 A1 | 3/2016 | Carter | |
| 2016/0110347 A1 | 4/2016 | Kennewick | |
| 2016/0148610 A1 | 5/2016 | Kennewick | |
| 2016/0148612 A1 | 5/2016 | Guo | |
| 2016/0188292 A1 | 6/2016 | Carter | |
| 2016/0188573 A1 | 6/2016 | Tang | |
| 2016/0217785 A1 | 7/2016 | Kennewick | |
| 2016/0335676 A1 | 11/2016 | Freeman | |
| 2017/0004588 A1 | 1/2017 | Isaacson | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101236635 A | 8/2008 | |
| CN | 103229206 A | 7/2013 | |
| EP | 1320043 A2 | 6/2003 | |
| EP | 1646037 | 4/2006 | |
| FR | 2867583 | 9/2005 | |
| JP | H08263258 | 10/1996 | |
| JP | H11249773 | 9/1999 | |
| JP | 2001071289 | 3/2001 | |
| JP | 2002297626 | 10/2002 | |
| JP | 2006146881 | 6/2006 | |
| JP | 2008027454 | 2/2008 | |
| JP | 2008058465 | 3/2008 | |
| JP | 2008139928 | 6/2008 | |
| JP | 2011504304 | 2/2011 | |
| JP | 2012518847 | 8/2012 | |
| WO | 9946763 | 9/1999 | |
| WO | 0021232 | 4/2000 | |
| WO | 0046792 | 8/2000 | |
| WO | 0129742 | 4/2001 | |
| WO | 0129742 A2 | 4/2001 | |
| WO | 0171609 A2 | 9/2001 | |
| WO | 0178065 | 10/2001 | |
| WO | 2004072954 | 8/2004 | |
| WO | 2005010702 A2 | 2/2005 | |
| WO | 2007019318 | 1/2007 | |
| WO | 2007021587 | 1/2007 | |
| WO | 2007027546 | 1/2007 | |
| WO | 2007027989 | 1/2007 | |
| WO | 2008098039 | 1/2008 | |
| WO | 2008118195 | 1/2008 | |
| WO | 2009075912 | 1/2009 | |
| WO | 2009145796 | 1/2009 | |
| WO | 2009111721 | 9/2009 | |
| WO | 2010096752 | 1/2010 | |
| WO | 2016044290 | 3/2016 | |
| WO | 2016044316 | 3/2016 | |
| WO | 2016044319 | 3/2016 | |
| WO | 2016044321 | 3/2016 | |
| WO | 2016061309 | 4/2016 | |

OTHER PUBLICATIONS

"Statement in Accordance with the Notice from the European Patent Office" dated Oct. 1, 2007 Concerning Business Methods (OJ EPO Nov. 2007, 592-593), XP002456252.

Arrington, Michael, "Google Redefines GPS Navigation Landscape: Google Maps Navigation for Android 2.0", TechCrunch, printed from the Internet <http://www.techcrunch.com/2009/10/28/google-redefines-car-gps-navigation-google-maps-navigation-android/>, Oct. 28, 2009, 4 pages.

Bazzi, Issam et al., "Heterogeneous Lexical Units for Automatic Speech Recognition: Preliminary Investigations", Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing, vol. 3, Jun. 5-9, 2000, XP010507574, pp. 1257-1260.

Belvin, Robert, et al., "Development of the HRL Route Navigation Dialogue System", Proceedings of the First International Conference on Human Language Technology Research, San Diego, 2001, pp. 1-5.

Chai et al., "MIND: A Semantics-Based Multimodal Interpretation Framework for Conversational Systems", Proceedings of the International CLASS Workshop on Natural, Intelligent and Effective Interaction in Multimodal Dialogue Systems, Jun. 2002, pp. 37-46.

Cheyer et al., "Multimodal Maps: An Agent-Based Approach", International Conference on Cooperative Multimodal Communication (CMC/95), May 24-26, 1995, pp. 111-121.

Davis, Z., et al., A Personal Handheld Multi-Modal Shopping Assistant, IEEE, 2006, 9 pages.

El Meliani et al., "A Syllabic-Filler-Based Continuous Speech Recognizer for Unlimited Vocabulary", Canadian Conference on Electrical and Computer Engineering, vol. 2, Sep. 5-8, 1995, pp. 1007-1010.

Elio et al., "On Abstract Task Models and Conversation Policies" in Workshop on Specifying and Implementing Conversation Policies, Autonomous Agents '99, Seattle, 1999, 10 pages.

Kirchhoff, Katrin, "Syllable-Level Desynchronisation of Phonetic Features for Speech Recognition", Proceedings of the Fourth International Conference on Spoken Language, 1996, ICSLP 96, vol. 4, IEEE, 1996, 3 pages.

Kuhn, Thomas, et al., "Hybrid In-Car Speech Recognition for Mobie Multimedia Applications", Vehicular Technology Conference, IEEE, Jul. 1999, pp. 2009-2013.

Lin, Bor-shen, et al., "A Distributed Architecture for Cooperative Spoken Dialogue Agents with Coherent Dialogue State and History", ASRU'99, 1999, 4 pages.

# US 11,087,385 B2

Page 9

(56)    **References Cited**

OTHER PUBLICATIONS

Lind, R., et al., "The Network Vehicle—A Glimpse into the Future of Mobile Multi-Media", IEEE Aerosp. Electron. Systems Magazine, vol. 14, No. 9, Sep. 1999, pp. 27-32.

Mao, Mark Z., "Automatic Training Set Segmentation for Multi-Pass Speech Recognition", Department of Electrical Engineering, Stanford University, CA, copyright 2005, IEEE, pp. I-685 to I-688.

O'Shaughnessy, Douglas, "Interacting with Computers by Voice: Automatic Speech Recognition and Synthesis", Proceedings of the IEEE, vol. 91, No. 9, Sep. 1, 2003, XP011100665. pp. 1272-1305.

Reuters, "IBM to Enable Honda Drivers to Talk to Cars", Charles Schwab & Co., Inc., Jul. 28, 2002, 1 page.

Turunen, "Adaptive Interaction Methods in Speech User Interfaces", Conference on Human Factors in Computing Systems; Seattle, Washington, 2001, pp. 91-92.

Vanhoucke, Vincent, "Confidence Scoring and Rejection Using Multi-Pass Speech Recognition", Nuance Communications, Menlo Park, CA, 2005, 4 pages.

Weng, Fuliang, et al., "Efficient Lattice Representation and Generation", Speech Technology and Research Laboratory, SRI International, Menlo Park, CA, 1998, 4 pages.

Wu, Su-Lin, et al., "Incorporating Information from Syllable-Length Time Scales into Automatic Speech Recognition", Proceedings of the 1998 IEEE International Conference on Acoustics, Speech and Signal Processing, 1998, vol. 2, IEEE, 1998, 4 pages.

Wu, Su-Lin, et al., "Integrating Syllable Boundary Information into Speech Recognition", IEEE International Conference on Acoustics, Speech, and Signal Processing, ICASSP-97, 1997, vol. 2, IEEE, 1997, 4 pages.

Zhao, Yilin, "Telematics: Safe and Fun Driving", IEEE Intelligent Systems, vol. 17, Issue 1, 2002, pp. 10-14.

Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC, IPR2020-01346, Decision Granting Institution of Inter Partes Review of U.S. Pat. No. 9,015,049 B2, dated Feb. 4, 2021, 24 pages.

Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC, IPR2020-01367, Decision Granting Institution of Inter Partes Review of U.S. Pat. No. 8,073,681 B2, dated Mar. 11, 2021, 22 pages.

Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC, IPR2020-01374, Decision Denying Institution of Inter Partes Review of U.S. Pat. No. 8,886,536 B2, dated Feb. 4, 2021, 37 pages.

Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC, IPR2020-01377, Decision Denying Institution of Inter Partes Review of U.S. Pat. No. 8,886,536 B2, dated Feb. 4, 2021, 29 pages.

Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC, IPR2020-01380, Decision Denying Institution of Inter Partes Review of U.S. Pat. No. 9,626,703 B2, dated Feb. 4, 2021, 28 pages.

Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC, IPR2020-01381, Decision Denying Institution of Inter Partes Review of U.S. Pat. No. 9,626,703 B2, dated Feb. 4, 2021, 29 pages.

Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC, IPR2020-01388, Decision Denying Institution of Inter Partes Review of U.S. Pat. No. 9,269,097 B2, dated Feb. 24, 2021, 25 pages.

Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a/ Lab126, Rawles LLC, Amzn Mobile LLC, Amzn Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC (formerly Amazon Digital Services LLC) v. VB Assets, LLC, IPR2020-01390, Decision Denying Institution of Inter Partes Review of U.S. Pat. No. 7,818,176, dated Mar. 11, 2021, 27 pages.

Asthana, A., et al., "A Small Domain Communications System for Personalized Shopping Assistance", Proceedings of 1994 International Conference on Personal Wireless Communications, IEEE Press, Aug. 1994, pp. 199-203.

Huang et al., "Spoken Language Processing: A Guide to Theory, Algorithm, and System Development", Prentice Hall, 2001, 1010 pages.

IEEE 100 The Authoritative Dictionary of IEEE Standards Terms, Seventh Edition, Standards Information Network, IEEE Press, Print ISBN 0-7381-2601-2, Published Dec. 2000, 3 pages.

Lucente, Mark, "Conversational Interfaces for E-Commerce Applications", Communications of the ACM, vol. 43, No. 9, Sep. 2000, pp. 59-61.

Seneff, Stephanie, et al., "Hypothesis Selection and Resolution in the Mercury Flight Reservation System", Spoken Language Systems Group, MIT, 2001, 8 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

YOUR INPUT: SEND FLOWERS TO BETSY

VOICE COMMERCE: CHECKOUT COMPLETE

502

FIG. 5

YOUR INPUT: SEND FLOWERS TO BETSY

VOICE COMMERCE: WOULD YOU LIKE TO COMPLETE CHECKOUT FOR:
PRODUCT: FLOWERS
RETAIL STORE: FLORIST
PAYMENT INFORMATION: CREDIT CARD ENDING 1234
SHIPPING INFORMATION: MOM, 123 MAIN ST., ARLINGTON, VA

602

FIG. 6A

YOUR INPUT: YES

VOICE COMMERCE: CHECKOUT COMPLETE

604

FIG. 6B



FIG. 7A



FIG. 7B

US 11,087,385 B2

# VOICE COMMERCE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/484,930, filed Apr. 11, 2017, entitled "VOICE COMMERCE", which is a continuation of U.S. patent application Ser. No. 14/855,334, filed Sep. 15, 2015, entitled "VOICE COMMERCE" (now U.S. Pat. No. 9,626, 703 issued Apr. 18, 2017), which claims the benefit of U.S. Provisional Patent Application Ser. No. 62/051,273, filed Sep. 16, 2014, entitled "VOICE COMMERCE", all of which are hereby incorporated by reference in their entireties.

## FIELD OF THE INVENTION

The invention relates to systems and methods for providing voice commerce. More particularly, the invention relates to systems and methods for preparing and/or completing checkout of product or service purchases via a single utterance.

## BACKGROUND OF THE INVENTION

Mobile electronic devices have emerged to become nearly ubiquitous in the everyday lives of many people. One of the reasons for this increased use is the convenience of performing tasks with a mobile electronic device. One task that has seen significant growth is online shopping. During an online shopping session, a user browses a website to locate a product or service for purchase. After the product or service has been located, the user makes payment through the mobile electronic device and has the purchased product or service delivered.

One difficulty in online shopping via a mobile electronic device is that the user must search a website in order to locate a product or service to be purchased and fill out numerous payment and shipping forms to complete checkout (or a purchase transaction). Mobile electronic devices typically contain small screens and keyboards, making it hard for the user to search for the product or service to purchase and input payment and shipping information. While some online shopping applications assist the user in filling out payment and shipping forms, the foregoing applications are often limited to the amount of information that can be provided. Further, some online shopping applications include a "one-click" purchase option. However, this still requires the user to browse the website to locate product or services which they wish to purchase. These and other drawbacks exist.

## SUMMARY OF THE INVENTION

The invention relates to systems and methods for preparing and/or completing checkout of product or service purchases via a single utterance. More particularly, the systems and methods may process a single utterance of a user to determine a product or service that is to be purchased, payment information that is to be used to pay for the product or service, shipping information that is to be used to deliver the product or service, and/or other information that is thereafter utilized to prepare and/or complete a purchase transaction for the product or service. In some implementations, the preparation and/or completion of the purchase transaction may be performed without further user input

after receipt of the utterance (with which the determination of the product or service, the payment information, or shipping information is based).

In an implementation, the system may receive and process a user input comprising a natural language utterance to determine a product or service to be purchased on behalf of a user. As an example, one or more words associated with the natural language utterance may be indicative of a product or service type, product name, seller name, etc., which can be used to determine the product or service that is to be purchased. Without further user input after the receipt of the user input (or the natural language utterance), the system may obtain payment information that is to be used to pay for the product or service, shipping information that is to be used to deliver the product or service, or other information that is to be used to complete a purchase transaction for the product or service.

In an implementation, upon receipt of a natural language utterance of a user, and without further user input after the receipt of the utterance, the system may process the utterance to determine a product or service, and complete a purchase transaction for the product or service based on payment information associated with the user, shipping information indicating who, where, when, and/or how the product or service is to be delivered, or other information. In a further implementation, after the purchase transaction is completed, the user may be provided with an option to modify one or more aspects related to the product or service purchase (e.g., modify payment information, shipping information, seller from which the product or service is purchased, etc.). As an example, the initial product or service purchase may be cancelled (and result in refund of the payment provided for the completed purchase transaction) in response to the user's modification, and a new purchase transaction may be initiated in accordance with the user's modification. Of course, in some implementations, such after-transaction-completion modifications may be limited to avoid fraud or other issues (e.g., limited to a predefined time period after the transaction completion, limited to certain types of modifications, etc.). In this way, users can experience the convenience of a purchase transaction being completed with reduced actions (e.g., single utterance) without fear of inaccuracies that might be associated with the purchase transaction.

In an implementation, upon receipt of a natural language utterance of a user, and without further user input after the receipt of the utterance, the system may process the utterance to determine a product or service to be purchased, and present a request for user confirmation (or user approval) of the product or service to be purchased, payment information that is to be used to pay for the product or service, shipping information that is to be used to deliver the product or service, or other information that is to be used to complete a purchase transaction for the product or service. Upon receipt of the requested confirmation from the user, a purchase transaction for the product or service may be completed without further user input after the receipt of the requested confirmation. As an example, after the user has provided the utterance, the user may be presented with a prompt that: (i) identifies the product or service, the cost(s) associated with the purchase/delivery of the product or service, the payment information, and the shipping information; and (ii) solicits the user's approval to complete checkout of the product or service using a particular payment method (specified by the payment information to pay for the associated cost(s)), a particular shipping method (specified by the shipping information), along with a name

US 11,087,385 B2

3

and address (specified by the shipping information) to which the product or service is to be delivered. The user may respond by providing a subsequent natural language utterance. If it is determined (upon receiving and processing the subsequent utterance) that the user provided his/her approval, checkout of the product or service purchase may be completed (e.g., without further user input after receipt of the utterance other than the subsequent utterance). In this way, the confirmation may be used to ensure that that the information utilized to complete checkout of the product or service checkout is accurate and acceptable to the user.

Various other aspects of the invention will be apparent through the detailed description of the invention and the drawings attached hereto. It is also to be understood that both the foregoing general description and the following detailed description are exemplary and not restrictive of the scope of the invention. As used in the specification and in the claims, the singular form of "a", "an", and "the" include plural referents unless the context clearly dictates otherwise. In addition, as used in the specification and the claims, the term "or" means "and/or" unless the context clearly dictates otherwise.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a system for providing voice commerce, according to an implementation of the invention.

FIG. 2 illustrates a system for facilitating natural language processing, according to an implementation of the invention.

FIG. 3 illustrates a flow diagram of a process for providing voice commerce, according to an implementation of the invention.

FIG. 4 illustrates a flow diagram of another process for providing voice commerce, according to an implementation of the invention.

FIG. 5 illustrates a screenshot of a user interface which facilitates voice commerce, according to an implementation of the invention.

FIGS. 6A and 6B illustrate screenshots of a user interface which facilitates voice commerce, according to an implementation of the invention.

FIGS. 7A and 7B illustrate screenshots of a user interface which facilitates management of profile information, according to an implementation of the invention.

DETAILED DESCRIPTION OF THE INVENTION

In the following description, for the purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the implementations of the invention. It will be appreciated, however, by those having skill in the art that the implementations of the invention may be practiced without these specific details or with an equivalent arrangement. In other instances, well-known structures and devices are shown in block diagram form in order to avoid unnecessarily obscuring the implementations of the invention.

FIG. 1 illustrates a system 100 for providing voice commerce to a user, according to an implementation of the invention. In an implementation, the system 100 may prepare and/or complete checkout of product or service purchases related to one or more user inputs. The user inputs may comprise an auditory input (e.g., received via a microphone), a visual input (e.g., received via a camera), a tactile input (e.g., received via a touch sensor device), a keyboard input, a mouse input, or other user input that is recognizable

4

by the system 100. As an example, a natural language utterance may be received from a user and processed to prepare and/or complete checkout of product or service purchases.

In an implementation, system 100 may receive and process a single utterance of a user to determine a product or service that is to be purchased, payment information that is to be used to pay for the product or service, shipping information that is to be used to deliver the product or service, and/or other information that is thereafter utilized to prepare and/or complete the purchase of the product or service.

In one use case, if the user input is a natural language utterance spoken by a user, the natural language utterance may be processed by a speech recognition engine to recognize one or more words of the natural language utterance. The recognized words may then be processed, along with context information associated with the user, by a natural language processing engine to determine one or more products or services and/or other information (e.g., payment information, shipping information, seller information, associated cost information, etc.) that can be used to prepare and/or complete one or more purchase transactions for the products or services. Upon determination of such information, for example, the natural language processing engine may provide the information to one or more applications that then utilize the information to prepare and/or complete the purchase transactions.

As an example, when a user speaks the utterance "Send flowers to my mother," the user's mother may be identified as the recipient of a product that the user intends to purchase (e.g., based on the words "send," "my", and "mother"), and flowers may be identified as the type of product that the user intends to have purchased and delivered to the user's mother (e.g., based on the words "send" and "flowers"). Without necessarily receiving any further input from the user, the system 100 may automatically determine the name and address of the user's mother, a payment method associated with the user, a seller from which flowers are to be purchased, a particular item (e.g., a particular flower purchase order) to be purchased from the seller, and the costs associated with the purchase/delivery of the purchase item. Such information may then be utilized to initiate and/or complete a purchase transaction for the purchase item. The name and address of the user's mother may, for example, be determined by querying the user's profile information, the user's address book(s) or contact list(s), the user's social network(s), one or more people search databases, etc. The payment method associated with the user may be determined by querying the user's profile information. The seller from which flowers are to be purchased or the purchase item from the seller may be determined based on a set of preferred merchants indicated by a service provider (e.g., a company associated with the system 100), preference information associated with the user that identifies merchants approved by the user (e.g., the user's profile information may identify a predefined set of merchants from which the user has approved the system 100 to purchase products or services on behalf of the user), or similar criteria. For example, system 100 may determine which flowers are to be purchased from the merchant's range of offerings based on the user's profile information including the types of items a user likes, qualities of items the user likes, the categories of items a user likes, minimum item rating requirements, item pricing requirements, user location and context information, shipping requirements, etc. The associated costs may be determined based on information regarding the seller, the pur-

US 11,087,385 B2

5

chase item, the mother's address, the delivery method (e.g., different fees associated with one-day shipping, two-day shipping, etc.), the payment method (e.g., different fees associated with different payment methods), or other information.

It should be noted that while, in some implementations, a purchase transaction for a product or service may be completed without further user input after receiving a natural language utterance (from which the product or service is determined), user input may be solicited (or received unsolicited) from a user in other implementations to determine payment information, shipping information, seller information, or other information that is to be used to complete the purchase transaction.

In an implementation, upon receipt of a natural language utterance of a user, and without further user input after the receipt of the utterance, the system **100** may process the utterance to determine a product or service to be purchased, and present (e.g., via a graphical user interface, via an auditory user interface, etc.) a request for user confirmation (or user approval) of the product or service, shipping information that is to be used to deliver the product or service, payment information that is to be used to pay for the product or service, and/or other information to ensure that such information is correct and accepted by the user for use with purchasing the product or service. Upon receipt of the requested confirmation from the user, a purchase transaction for the product or service may be completed without further user input after the receipt of the requested confirmation.

As an example, with respect to the above "Send flowers to my mother" utterance scenario, the following information may be presented to the user as part of the user confirmation request: (i) the name and address of the user's mother; (ii) a payment method associated with the user; (iii) a seller from which flowers are to be purchased; (iv) a particular item (e.g., a particular flower purchase order) to be purchased from the seller; and (v) the costs associated with the purchase/delivery of the purchase item. As a further example, the user may provide any of the following utterances— "That's fine," "The information is correct," "Go ahead and purchase the flowers," "Order the flowers," or other utterance—to indicate the user's confirmation to complete the purchase transaction. As such, based on the confirmation, the purchase transaction for the purchase item (e.g., a particular flower purchase order) may be completed (e.g., without further user input after the receipt of the utterance "Send flowers to my mother" other than the confirmation utterance).

In an implementation, user profile information (e.g., name, payment information, shipping information, preferences, etc.) may be pre-stored so that the user profile information may be utilized by system **100** for preparing and/or completing checkout of product or service purchases. In an implementation, defaults associated with the user profile information, such as default payment information, default shipping information, etc., may be automatically or manually pre-set for preparing and/or completing checkout of product or service purchases.

In an implementation, preferred sellers, brands, style, size, or other parameters related to products or services may be automatically or manually pre-set as profile information. As an example, preferred sellers from which products or services are to be purchased and preferred brands of such products or services may be automatically pre-set by the system (e.g., pre-set to system preferred sellers and brands) until the preferences are manually modified by the user. The preferred store, brand, style, size, or other parameters may

6

be obtained (e.g., in response to a natural language utterance indicating a product or service without further user input after the receipt of the utterance) to prepare and/or complete checkout of a product or service purchase unless the utterance (or other information) specifies otherwise. In another implementation, the profile information may include information relating to the general likes or dislikes of the user utilized to select the product or service to be purchased including the types of items a user likes, qualities of items the user likes, the categories of items a user likes, minimum item rating requirements, item pricing requirements, user location and context information, shipping requirements, etc.

In an implementation, preparation and/or completion of checkout of product or service purchases may be limited to certain categories of products or services (e.g., no automobiles), a particular price range (e.g., no more than $100), etc., to reduce the number or severity of purchases related to fraud. The categories of product or services and/or the price ranges may, for instance, be automatically or manually pre-set (e.g., automatically preset by the system, manually pre-set by the user).

Other uses of system **100** are described herein and still others will be apparent to those having skill in the art. Having described a high level overview of some of the system functions, attention will now be turned to various system components that facilitate these and other functions.

System Components

System **100** may include a computer system **104**, one or more databases **132**, one or more remote information sources **142**, **144**, **164**, and/or other components.

To facilitate these and other functions, computer system **104** may include one or more computing devices **110**. Each computing device **110** may include one or more processors **112**, one or more storage devices **114**, and/or other components.

Processor(s) **112** may be programmed by one or more computer program instructions, which may be stored in storage device(s) **114**. The one or more computer program instructions may include, without limitation, voice commerce application **120**. Voice commerce application **120** may itself include different sets of instructions that each program the processor(s) **112** (and therefore computer system **104**) to perform one or more operations described herein. For example, voice commerce application **120** may include user input processing instructions **122**, transaction preparation instructions **124**, checkout management instructions **126**, profile management instructions **128**, user interface instructions **129**, and/or other instructions **130** that program computer system **104**. Other applications may, of course, include one or more of the instructions **120-130** to perform one or more operations as described herein. As used herein, for convenience, the various instructions will be described as performing an operation, when, in fact, the various instructions program computer system **104** to perform the operation.

In some implementations, a given user device **160** may comprise a given computer device **110**. As such, the given user device **160** may comprise processor(s) **112** that are programmed with one or more computer program instructions, such as voice commerce instructions **120**, user input processing instructions **122**, transaction preparation instructions **124**, checkout management instructions **126**, profile management instructions **128**, user interface instructions **129**, and/or other instructions **130**.

As used hereinafter, for convenience, the foregoing instructions will be described as performing an operation,

US 11,087,385 B2

7

when, in fact, the various instructions may program processor(s) **112** (and thereafter computer system **104**) to perform the operation.

Registering User Information and Providing Voice Commerce

In an implementation, voice commerce application **120** may register a user to use the system. For example, during registration of a user, voice commerce application **120** may obtain profile information of the user that includes user settings. Information obtained during registration (or registration information) may include, for example, user identification information, payment information, shipping information, user preferences, and/or other information. The registration information may also include preferred sellers, brands, style, size, or other parameters related to products or services as well as limits on the purchase of particular product and service categories and particular price ranges for products or services. In another implementation, the registration information may also include limitations of certain categories of products or services to be purchased and/or particular price ranges of the products or services to be purchased. The registration information may be stored as profile information associated with the user in one or more databases, such as a database **132**.

In an implementation, the voice commerce application **120** may process one or more user inputs to prepare and/or complete checkout of product or service purchases related to the one or more user inputs. The user inputs may comprise an auditory input (e.g., received via a microphone), a visual input (e.g., received via a camera), a tactile input (e.g., received via a touch sensor device), an olfactory input, a gustatory input, a keyboard input, a mouse input, or other user input. As an example, a natural language utterance, a natural language gesture, or other natural language user input may be received from a user, and processed to determine the meaning of the user input (and corresponding actions, if any, to be taken) with respect to preparation and completion of a purchase transaction. It should be noted that while, in some implementations, the receipt of a natural language utterance may trigger preparation and/or completion of a purchase transaction with further user input after the receipt of the utterance, the receipt of a natural language input of another type (e.g., gestures or other non-verbal communication) may, in other implementations, trigger preparation and/or completion of a purchase transaction with further user input after the receipt of the input of the other type. As such, to the extent possible, one or more operations described herein as based on a natural language utterance may, in other implementations, instead be based on a natural language input of another type.

The voice commerce application **120** may utilize instructions associated with one or more speech recognition engines, one or more natural language processing engines, or other components for processing user inputs to determine user requests related to the user inputs. For example, voice commerce application **120** may process a single utterance of a user to determine a product or service that is to be purchased, payment information that is to be used to pay for the product or service, shipping information that is to be used to deliver the product or service, and/or other information that is thereafter utilized to prepare and/or complete the purchase of the product or service.

In an implementation, voice commerce application **120** may process a user input (e.g., a natural language utterance) to determine one or more words associated with the user input, and initiate one or more user requests (e.g., queries, commands, etc.) based on the determined words, context

8

information associated with the user (e.g., a current location of the user, the time at which the user spoke the utterance, a product or service recently discussed by the user, or other context), user profile information, or other information. As an example, a user may speak the utterance "Order a pizza for delivery," and the voice commerce application **120** may interpret the utterance and determine that the user's intent is to purchase a pizza for delivery to the user. In one use case, without further user input after receiving the utterance, the voice commerce application **120** may initiate and complete a purchase transaction for the pizza to be delivered. If, for instance, the voice commerce application **120** determines that the user is currently at home, it may complete a purchase transaction with a pizza restaurant from which the user has previously ordered pizza to have the previously ordered pizza delivered to the user's house.

In an implementation, voice commerce application **120** may utilize a user input (e.g., a natural language utterance) to determine a product or service that is to be purchased by searching one or more databases associated with one or more sellers (e.g., partners, third party retailers, service providers, etc.). Results obtained from the search may include one or more products and/or services related to the user input. Each set of results may be individually grouped according to its source or product/service category. The voice commerce application **120** may automatically select the product/service to be purchased from the set of results. As an example, a single utterance may automatically result in the selection of a seller (e.g., a third party retailer) and the selection of a product related to the utterance that is available for purchase via the seller.

In an implementation, the voice commerce application **120** may prepare and/or complete checkout of a product or service purchase related to one or more user inputs. The voice commerce application **120** may determine payment information that is to be used to pay for the product or service, shipping information that is to be used to deliver the product or service, and/or other information that is thereafter utilized to prepare and/or complete the purchase of the product or service. In one implementation, the voice commerce application **120** may automatically complete the checkout of the product or service purchase related to the one or more user inputs. As an example, a single utterance from the user may result in the preparation and/or completion of the checkout of the product or service without further input from the user. In another implementation, the voice commerce application **120** may provide a request for confirmation of the determined product or service, shipping information, payment information, and/or other information to the user to solicit a confirmation from the user to complete the checkout of the product or service purchase.

In an implementation, the voice commerce application **120** may utilize user profile information to prepare and/or complete checkout of product or service purchases via a user input. In an implementation, the voice commerce application **120** may utilize defaults associated with the user profile information, such as default payment information, default shipping information, etc., for preparing and/or completing checkout of product or service purchases. In another implementation, the voice commerce application **120** may utilize product and/or service preferences including preferred sellers, brands, style, size, or other parameters related to products or services for preparing and/or completing checkout of product or service purchases. In another embodiment, the voice commerce application **120** may limit checkout of product or service purchases to certain categories of products or services, a particular price range, etc., to reduce the

US 11,087,385 B2

9                                                                      10

number or severity of purchases related to fraud. In another implementation, the profile information may determine a product or service to be purchased based from profile information relating to the general likes or dislikes of the user including the types of items a user likes, qualities of items the user likes, the categories of items a user likes, minimum item rating requirements, item pricing requirements, user location and context information, shipping requirements, etc.

Having described high level functions and operations of voice commerce application **120**, attention will now be turned to particular functions and operations of voice commerce application **120** as illustrated through its various instructions. The various instructions (e.g., user input processing instructions **122**, transaction preparation instructions **124**, checkout management instructions **126**, profile management instructions **128**, user interface instructions **129**, and/or other instructions **130**) of voice commerce application **120** are described individually as discreet sets of instructions by way of illustration and not limitation, as two or more of the instructions may be combined.

User Input Processing

In an implementation, the user input processing instructions **122** may process one or more user inputs of a user to prepare and/or complete checkout of product or service purchases related to the one or more user inputs. The user inputs may comprise an auditory input (e.g., received via a microphone), a visual input (e.g., received via a camera), a tactile input (e.g., received via a touch sensor device), a keyboard input, a mouse input, or other user input. As described herein elsewhere, user input processing instructions **122** may comprise instructions associated with one or more speech recognition engines (e.g., speech recognition engine(s) **220** of FIG. **2**), one or more natural language processing engines (e.g., natural language processing engine(s) **230** of FIG. **2**), or other components for processing user inputs to determine user requests related to the user inputs. For example, user input processing instructions **122** may process a natural language utterance of a user to determine a product or service that is to be purchased, payment information that is to be used to pay for the product or service, shipping information that is to be used to deliver the product or service, and/or other information that is thereafter utilized to prepare and/or complete the purchase of the product or service.

In one use case, if the user input is a natural language utterance spoken by a user, the natural language utterance may be processed by a speech recognition engine to recognize one or more words of the natural language utterance. The recognized words may then be processed, along with context information associated with the user, by a natural language processing engine to determine one or more products or services and/or other information (e.g., payment information, shipping information, seller information, associated cost information, etc.) that can be used to prepare and/or complete checkout of product or service purchases when the user provided the natural language utterance.

In an implementation, the user input processing instructions **122** may utilize one or more previous user inputs (e.g., related to a product or service) in processing a particular user input to determine one or more products or services and/or other information (e.g., payment information, shipping information, seller information, associated cost information, etc.) that can be used to prepare and/or complete one or more checkout of product or service purchases.

As an example, a first user input (that occurs prior to a second user input) may be indicative of a user's intent to make a purchase (e.g., without necessarily identifying a product or service type or a product or service), and the second user input may be indicative of a particular product or service type and/or a particular product or service (e.g., without necessarily being indicative of the user's intent to make a purchase). In one use case, for example, a user may provide the utterance "I'm looking to buy something" as the first user input, after which an automated personal assistant (of a related application) may ask the user what the user would like to buy. The user may respond with the second user input by saying "Flowers for my mom." The word "buy" may be recognized when speech recognition is performed on the first user input, and the word "flowers" may be recognized when speech recognition is performed on the second user input. Further processing on the word "buy" may indicate the user's intent to purchase, and further processing on the word "flowers" may indicate the particular product type of a product that the user would like to purchase.

As another example, a first user input (that occurs prior to a second user input) may be indicative of a particular product or service type and/or a particular product or service (e.g., without necessarily being indicative of the user's intent to make a purchase), and the second user input may be indicative of a user's intent to make a purchase (e.g., without necessarily identifying a product or service type or a product or service). In one scenario, for example, the user may provide the utterance "Those are beautiful flowers" while viewing photographs on a friend's social networking page. Subsequently, the user may provide the utterance "I'd like to buy some." The words "those" and "flowers" may be recognized when speech recognition is performed on the first user input, and the words "buy" and some" may be recognized when speech recognition is performed on the second user input. Further processing on the words "those" and "flowers" may indicate the flowers in the photographs that the user viewed on the friend's social networking page, and further processing on the words "buy" and "some" may indicate the user's intent to make a purchase.

FIG. **2** illustrates a system **200** for facilitating natural language processing, according to an implementation of the invention. As shown in FIG. **2**, system **200** may comprise input device(s) **210**, speech recognition engine(s) **220**, natural language processing engine(s) **230**, application(s) **240**, output device(s) **250**, database(s) **132**, or other components.

In an implementation, one or more components of system **200** may comprise one or more computer program instructions of FIG. **1** and/or processor(s) **112** programmed with the computer program instructions of FIG. **1**. As an example, speech recognition engine(s) **220** and/or natural language processing engine(s) **230** may comprise user input processing instructions **122**, transaction preparation instructions **124**, checkout management instructions **126**, profile management instructions **128**, or other instructions.

Input device(s) **210** may comprise an auditory input device (e.g., microphone), a keyboard, a mouse, or other input devices. Input received at input device(s) **210** may be provided to speech recognition engine(s) **220** and/or natural language processing engine(s) **230**.

Speech recognition engine(s) **220** may process one or more inputs received from input device(s) **210** to recognize one or more words represented by the received inputs. As an example, with respect to auditory input, speech recognition engine(s) **220** may process an audio stream captured by an auditory input device to isolate segments of sound of the audio stream. The sound segments (or a representation of the sound segments) are then processed with one or more speech

US 11,087,385 B2

11

models (e.g., acoustic model, lexicon list, language model, etc.) to recognize one or more words of the received inputs. Upon recognition of the words of received inputs, the recognized words may then be provided to natural language processing engine(s) **230** for further processing. In other examples, natural language processing engine(s) **230** may process one or more other types of inputs (e.g., visual input representing sign language communication, gestures, or other forms of communication) to recognize one or more words represented by the other types of inputs.

Natural language processing engine(s) **230** may receive one or more inputs from input device(s) **210**, speech recognition engine(s) **220**, application(s) **240**, database(s) **132**, or other components. As an example, natural language processing engine(s) **230** may process inputs received from input device(s) **210**, such as user inputs (e.g., voice, non-voice, etc.), location-based inputs (e.g., GPS data, cell ID, etc.), other sensor data input, or other inputs to determine context information associated with one or more user inputs. As another example, natural language processing engine(s) **230** may obtain profile information, context information, or other information from database(s) **132**. The obtained information (or context information determined based on inputs from input device(s) **210**) may be processed to determine one or more user inputs of a user. In yet another example, natural language processing engine(s) **230** may process one or more recognized words from speech recognition engine(s) **220** and other information (e.g., information from input device(s) **210**, application(s) **240**, and/or database(s) **132**) to determine one or more user inputs.

In an implementation, natural language processing engine(s) **230**, application(s) **240**, or other components may store information in database(s) **132** for later use by natural language processing engine(s) **230**, application(s) **240**, or other components. As an example, as described in further detail elsewhere herein, natural language processing engine(s) **230** may store information regarding user inputs in database(s) **132** and/or update profile information, or other information in database(s) **132** based on the information regarding the user inputs.

Transaction Preparation and Search for Products or Services

In an implementation, transaction preparation instructions **124** may utilize information from a processing of the user inputs (e.g., one or more recognized words, product or service type, product name, seller name, etc.) to determine a product or service that is to be purchased. Transaction preparation instructions **124** may utilize such information to search one or more databases associated with one or more sellers (e.g., partners, third party retailers, service providers, etc.). Results obtained from the search may include one or more products and/or services related to the user input. The results are then utilized by the transaction preparation instructions **124** to select the product or service to be purchased by the user. As an example, a single utterance may automatically result in the selection of a seller (e.g., a third party retailer) and the selection of a product or service related to the utterance that is available for purchase via the seller.

In an implementation, transaction preparation instructions **124** may obtain product or service results related to the user input that are available from a remote information source **140**. Remote information sources **140** may include information sources that are accessible to computer system **104** via a remote or external network connection (e.g., outside of a firewall), such as the Internet. For example, as illustrated in FIG. **1**, remote information source(s) **140** may include,

12

without limitation, a third party search engine **142** (e.g., GOOGLE, BING, YAHOO, etc.), third party retailers **144**, including online retailers and offline retailers having an online presence (e.g., AMAZON, GROUPON, EBAY, EXPEDIA, BESTBUY, etc.), third party service providers **146** (e.g., weather services, calendar/scheduling services, etc.), and/or other information source that is remotely accessible to computer system **104**. In another implementation, the transaction preparation instructions **124** may select the product or service (that is to be purchased) from one or more predetermined sets of products or services stored in database **132**. For example, system **200** may store one or more sets of predetermined products or services that may be selected by the transaction preparation instructions **124** or included in the product or service results.

In an implementation, transaction preparation instructions **124** may provide a set of product and service results for the search. The transaction preparation instructions **124** may utilize the set of results to select the product or service that is to be purchased. In an implementation, the transaction preparation instructions **124** may select the product or service (that is to be purchased) according to a set of predefined rules. For example, the product or service (that is to be purchased) may be selected based on the user input, location of the user, cost comparison of sellers (e.g., partners, third party retailers, third party service providers, etc.), shipping date comparison of the sellers, or other criteria. In another implementation, the results of the search are presented for selection by the user. In another implementation, the profile information may include information relating to the general likes or dislikes of the user t to determine the product or service to be purchased including the types of items a user likes, qualities of items the user likes, the categories of items a user likes, minimum item rating requirements, item pricing requirements, user location and context information, shipping requirements, etc.

In an implementation, transaction preparation instructions **124** may utilize context information associated with the user to determine the product or service to be purchased. Based on the context information, the transaction preparation instructions **124** may refine the search for products or services to be purchased. In one embodiment, the context information may include personal data associated with the user, data from a database associated with the user, data describing an event, data describing an acoustic environment in which the spoken input is received, location, local time, etc. For example, the transaction preparation instructions **124** may utilize the time of the user input to further define the availability of product or service to be purchased.

Continuing the foregoing examples, a user input related to "lawnmower" may cause transaction preparation instructions **124** to cause a search on a third party search engine **142** to be initiated using the search term "lawnmower." In an implementation, depending on the context (e.g., indicating that the user intends to buy a lawnmower), transaction preparation instructions **124** may add additional search terms such as "purchase" or "sale." Transaction preparation instructions **124** may search (in addition to or instead of) other remote information sources **140** as well (e.g., retail related to "lawnmower" from one or more third party retailers **144**, landscaping services related to "lawnmower" from one or more third party service providers **146**, and/or other information related to "lawnmower" from one or more other remote information sources **140**).

In another embodiment, the transaction preparation instructions **124** may utilize user inputs such as location-based inputs (e.g., GPS data, cell ID, etc.) to further refine

US 11,087,385 B2

13

14

the search for products or services to be purchased. The transaction preparation instructions **124** may utilize the location-based input to further refine the geographic area in which the products or services are offered. For example, if the user utters "Please buy a pizza," the transaction preparation instructions **124** utilize the location-based inputs to determine the closest pizzeria in relation to the user. In an implementation, the transaction preparation instructions **124** may utilize website browsing information to refine the search for products or services to be purchased. For example, if the user utters "buy this" while browsing a retailing website, the transaction preparation instructions **124** may utilize website browsing information to determine the product or service the user is viewing. It should be contemplated that the transaction preparation instructions **124** prepares and/or completes checkout of the determined product or service directly from the website (or the seller associated with the website) or from another seller that may not be associated with the website.

In an implementation, the transaction preparation instructions **124** may utilize the profile information to select the product or service and/or the sellers from which the product or service is to be purchased. As described below, the profile information may include preferred sellers, brands, style, size, or other parameters related to products or services that may be automatically or manually pre-set. The profile information may also include the types of items a user likes, qualities of items the user likes, the categories of items a user likes, minimum item rating requirements, item pricing requirements, user location and context information, shipping requirements, etc. The transaction preparation instructions **124** may select the product or service and the sellers (from which the product or service is to be purchased) based on the profile information. As an example, preferred retailers from which products or services is to be purchased and preferred brands of such products or services may be automatically pre-set by the system (e.g., pre-set to system preferred sellers and brands) until the defaults are manually modified by users. The default store, brand, style, size, or other parameters may be obtained (in response to an utterance indicative of a user's intent to purchase a product or service) to prepare and/or complete checkout of a product or service purchase unless the single utterance (or other information) specifies otherwise.

In an implementation, selection of the product or service purchases by the transaction preparation instructions **124** may be limited to certain categories of products or services (e.g., no automobiles), a particular price range (e.g., no more than $100), etc., to reduce the number or severity of purchases related to fraud. The categories of product or services and/or the price ranges may, for instance, be automatically or manually pre-set (e.g., automatically preset by the system, manually pre-set by the user) and stored in the profile information.

In one implementation, the transaction preparation instructions **124** may provide prospective transactions or offers to the user based on the user's profile information. For example, the transaction preparation instructions **124** may prepare a transaction for the user without any input from the user. In one implementation, the transaction preparation instructions **124** may analyze the user's profile information to determine any potential transaction opportunities, and provide a prospective transaction or offer related to the potential transaction opportunity. For example, in the case that voice commerce application **120** determines an upcoming anniversary of the user, the transaction preparation instructions **124** may prepare a prospective purchase for the

user related to the anniversary. In another implementation, the transaction preparation instructions **124** may provide offers to the user related to purchases for the potential transaction opportunity.

In an implementation, an administrator of the system **100** (or a subsystem thereof) may manage a set of predetermined sellers from whose inventories are searched for available products or services in response to a user input indicative of a user's intent to purchase. As an example, the administrator may specify a set of sellers that have priority over other sellers in having their products or services offered to users. Thus, a seller from which a product or service is to be purchased may be selected from the predetermined set of sellers specified by the administrator. Other criteria may, of course, be considered when selecting a seller with which a user is to complete a purchase transaction for a product or service.

Checkout Management

In an implementation, the checkout management instructions **126** may prepare and/or complete checkout of selected product or service purchases related to one or more user inputs. The checkout management instructions **126** may determine payment information that is to be used to pay for a selected product or service, shipping information that is to be used to deliver the selected product or service, and/or other information that is thereafter utilized to prepare and/or complete the purchase of the selected product or service. For example, the checkout management instructions **126** may utilize default payment information stored in the profile information for preparing or completing checkout of the selected product or service. Likewise, the checkout management instructions **126** may utilize default shipping information stored in the profile information for preparing or completing checkout of the selected product or service. In another implementation, the checkout management instructions **126** utilize an address book or contact list of the user stored in the profile information to provide shipping information for checkout of products or services for individuals other than the user. For example, a user input may reference an individual, other than the user, that is recognized by the user input processing instructions **122** (e.g., "Send flowers to my mom" wherein the user's mom is recognized as the intended recipient of the flowers). The checkout management instructions **126** may utilize the address book or contact list of the user to determine if the referenced individual's address is available for input as the shipping information.

In one implementation, the checkout management instructions **126** automatically complete the checkout of the product or service purchase. As an example, a single utterance from the user may result in the completion of checkout of the product or service without further input or approval from the user. In another implementation, the checkout management instructions **126** may present a request for confirmation of the determined product or service, shipping information, payment information, and/or other information to the user to solicit a confirmation from the user to complete the checkout of the product or service purchase. For example, the checkout management instructions **126** may prepare all of the aspects (e.g., payment information, shipping information, etc.) of checkout of the product or service purchase but wait until confirmation from the user to complete checkout.

In an implementation, the checkout management instructions **126** may utilize user profile information for preparing and/or completing checkout of product or service purchases via a user input. In an implementation, the checkout management instructions **126** may utilize defaults associated

US 11,087,385 B2

with the user profile information, such as default payment information, default shipping information, etc., for preparing and/or completing checkout of product or service purchases. In another implementation, the checkout management instructions 126 utilize an address book or contact list of the user stored in the profile information to provide shipping information for checkout of products or services for individuals other than the user.

Profile Management

In an implementation, stored user profile information (e.g., name, payment information, shipping information, preferences, etc.) may be utilized by voice commerce application 120 for preparing and/or completing checkout of product or service purchases. In an implementation, profile management instructions 128 may automatically set defaults associated with the user profile information, such as default payment information, default shipping information, etc. In another implementation, profile management instructions 128 may automatically or manually pre-set profile information for preparing and/or completing checkout of product or service purchases. In an implementation, profile management instructions 128 enable the user to set profile information including default payment and shipping information utilized by the voice commerce application 120.

In an implementation, profile management instructions 128 may automatically or pre-set preferred sellers, brands, style, size, or other parameters related to products or services. As an example, preferred retailers or service providers from which products or services are to be purchased and preferred brands of such products or services may be automatically pre-set by the profile management instructions 128 (e.g., pre-set to system preferred sellers and brands) until the preferences are manually modified by users. The preferred store, brand, style, size, or other parameters may be obtained (in response to a single utterance) to prepare and/or complete checkout of a product or service purchase unless the single utterance (or other information) specifies otherwise. In an implementation, profile management instructions 128 enable the user to set preferred sellers, brands, style, size, or other parameters related to products or services utilized by the voice commerce application 120. The profile management instructions 128 may automatically or pre-set information relating to the general likes or dislikes of the user to determine a product or service to be purchased including the types of items a user likes, qualities of items the user likes, the categories of items a user likes, minimum item rating requirements, item pricing requirements, user location and context information, shipping requirements, etc.

In an implementation, profile management instructions 128 may automatically or pre-set limits of checkout of product or service purchases to certain categories of products or services (e.g., no automobiles), a particular price range (e.g., no more than $100), etc., to reduce the number or severity of purchases related to fraud. The categories of product or services and/or the price ranges may, for instance, be automatically or manually pre-set (e.g., automatically preset by the system, manually pre-set by the user). In an implementation, profile management instructions 128 enable the user to set limits of checkout of product or service purchases to certain categories of products or services (e.g., no automobiles), a particular price range (e.g., no more than $100), or other criteria.

In another implementation, profile management instructions 128 may store profile information relating to the user's personal information. For example, the profile information may include the user's address book or contact list, calendar, and other information which assist the voice commerce application 120 in determining products or services to be purchased. In one implementation, the user's personal information may be pre-stored based on the registration information or otherwise set by the user.

User Interface

In an implementation, user interface instructions 129 may generate a voice commerce interface. The voice commerce interface may provide status information relating to the preparation and/or completion of checkout of product or service purchases. For example, the voice commerce interface may indicate to a user when checkout of product or service purchases is completed. In one implementation, the user interface instructions 129 may also provide the user with a request for confirmation to complete checkout of a product or service purchase. Examples of the voice commerce interface are illustrated with respect to FIGS. 5, 6A, and 5B.

In an implementation, user interface instructions 129 may generate a profile information management interface. The profile management interface may allow the user to set profile information related to the purchase of products or services. For example, the profile management interface enables the user to set default payment and shipping information. The profile management interface may also enable the user to set preferred sellers, brands, style, size, or other parameters related to products or services as well as limits of certain categories of products or services and particular price ranges.

Examples of System Architectures and Configurations

Different system architectures may be used. For example, all or a portion of voice commerce application 120 may be executed on a user device. In other words, computing device 110 as illustrated may include a user device operated by the user. In implementations where all or a portion of voice commerce application 120 is executed on the user device, the user device may search remote information sources, prepare or complete checkout of product or service purchases, generate the interface, and/or perform other functions/operations of voice commerce application 120.

All or a portion of voice commerce application 120 may be executed on a server device. In other words, computing device 110 as illustrated may include a server device that obtains a user request from a user device operated by the user. In implementations where all or a portion of voice commerce application 120 is executed on the server device, the server device may search remote information sources 140, obtain sets of results, prepare or complete checkout of product or service purchases, provide the interface to a user device, and/or perform other functions/operations of voice commerce application 120.

Although illustrated in FIG. 1 as a single component, computer system 104 may include a plurality of individual components (e.g., computer devices) each programmed with at least some of the functions described herein. In this manner, some components of computer system 104 may perform some functions while other components may perform other functions, as would be appreciated. The one or more processors 112 may each include one or more physical processors that are programmed by computer program instructions. The various instructions described herein are exemplary only. Other configurations and numbers of instructions may be used, so long as the processor(s) 112 are programmed to perform the functions described herein.

It should be appreciated that although the various instructions are illustrated in FIG. 1 as being co-located within a single computing device 110, one or more instructions may be executed remotely from the other instructions. For

US 11,087,385 B2

17

example, some computing devices **110** of computer system **104** may be programmed by some instructions while other computing devices **110** may be programmed by other instructions, as would be appreciated. Furthermore, the various instructions described herein are exemplary only. Other configurations and numbers of instructions may be used, so long as processor(s) **112** are programmed to perform the functions described herein.

The description of the functionality provided by the different instructions described herein is for illustrative purposes, and is not intended to be limiting, as any of instructions may provide more or less functionality than is described. For example, one or more of the instructions may be eliminated, and some or all of its functionality may be provided by other ones of the instructions. As another example, processor(s) **112** may be programmed by one or more additional instructions that may perform some or all of the functionality attributed herein to one of the instructions.

The various instructions described herein may be stored in a storage device **114**, which may comprise random access memory (RAM), read only memory (ROM), and/or other memory. The storage device may store the computer program instructions (e.g., the aforementioned instructions) to be executed by processor(s) **112** as well as data that may be manipulated by processor(s) **112**. The storage device may comprise floppy disks, hard disks, optical disks, tapes, or other storage media for storing computer-executable instructions and/or data.

The various components illustrated in FIG. **1** may be coupled to at least one other component via a network **102**, which may include any one or more of, for instance, the Internet, an intranet, a PAN (Personal Area Network), a LAN (Local Area Network), a WAN (Wide Area Network), a SAN (Storage Area Network), a MAN (Metropolitan Area Network), a wireless network, a cellular communications network, a Public Switched Telephone Network, and/or other network. In FIG. **1** and other drawing Figures, different numbers of entities than depicted may be used. Furthermore, according to various implementations, the components described herein may be implemented in hardware and/or software that configure hardware.

User device(s) may include a device that can interact with computer system **104** through network **102**. Such user device(s) may include, without limitation, a tablet computing device, a smartphone, a laptop computing device, a desktop computing device, a network-enabled appliance such as a "Smart" television, a vehicle computing device, and/or other device that may interact with computer system **104**.

The various databases **132** described herein may be, include, or interface to, for example, an Oracle™ relational database sold commercially by Oracle Corporation. Other databases, such as Informix™, DB2 (Database 2) or other data storage, including file-based (e.g., comma or tab separated files), or query formats, platforms, or resources such as OLAP (On Line Analytical Processing), SQL (Structured Query Language), a SAN (storage area network), Microsoft Access™, MySQL, PostgreSQL, HSpace, Apache Cassandra, MongoDB, Apache CouchDB™, or others may also be used, incorporated, or accessed. The database may comprise one or more such databases that reside in one or more physical devices and in one or more physical locations. The database may store a plurality of types of data and/or files and associated data or file descriptions, administrative information, or any other data. The database(s) **132** may be stored in storage device **114** and/or other storage that is accessible to computer system **104**.

18

Example Flow Diagrams

The following flow diagrams describe operations that may be accomplished using some or all of the system components described in detail above and, in some implementations, various operations may be performed in different sequences and various operations may be omitted. Additional operations may be performed along with some or all of the operations shown in the depicted flow diagrams. One or more operations may be performed simultaneously. Accordingly, the operations as illustrated (and described in greater detail below) are exemplary by nature and, as such, should not be viewed as limiting.

FIG. **3** depicts a data flow diagram for a process **300** for providing voice commerce, according to an implementation of the invention. The various processing operations and/or data flows depicted in FIG. **3** (and in the other drawing figures) are described in greater detail herein. The described operations may be accomplished using some or all of the system components described in detail above and, in some implementations, various operations may be performed in different sequences and various operations may be omitted. Additional operations may be performed along with some or all of the operations shown in the depicted flow diagrams. One or more operations may be performed simultaneously. Accordingly, the operations as illustrated (and described in greater detail below) are exemplary by nature and, as such, should not be viewed as limiting.

In an operation **302**, a natural language utterance of a user may be received. As an example, upon receipt, the natural language utterance may be processed by a speech recognition engine to recognize one or more words of the natural language utterance. The recognized words may then be processed, along with context information associated with the user, by a natural language processing engine to determine one or more products or services and/or other information (e.g., payment information, shipping information, seller information, associated cost information, etc.) that can be used to prepare and/or complete checkout of product or service purchases.

In an operation **304**, a product or service to be purchased on behalf of the user may be determined based on the natural language utterance. As an example, upon recognition of one or more words associated with the natural language utterance that are related to at least one product or service, the product/service-related words may be utilized to search one or more databases associated with one or more third party retailers and/or service providers, and obtain results indicating one or more products or services. The results may then be processed, along with context information associated with the user, to select the most relevant product or service as the product or service that is to be purchased on behalf of the user.

As illustrated by FIG. **3**, in one implementation, the product or service that is to be purchased may be determined without any further user input after the receipt of the natural language utterance (from which the determination of the product or service to be purchased is based). In another implementation, the product or service that is to be purchased may be determined without further user input identifying the product or service after the receipt of the natural language utterance.

In an operation **306**, payment information that is to be used to pay for the product or service may be retrieved. As an example, default payment information associated with the user (e.g., for paying for product or services on behalf of the user) may be stored as profile information associated with the user. Such default payment may, for example, be

US 11,087,385 B2

19

retrieved from one or more databases storing the user's profile information, and utilized to pay for the product or service.

In an operation 308, shipping information that is to be used to deliver the product or service may be retrieved. As an example, default shipping information associated with the user (e.g., for delivering products or services on behalf of the user) may be stored as profile information associated with the user. Such default shipping information may, for instance, retrieved from one or more databases storing the user's profile information, and be utilized to deliver the product or service.

In an operation 310, a purchase transaction for the product or service may be completed based on the payment information and the shipping information.

As illustrated by FIG. 3, in one implementation, the purchase transaction may be completed without any further user input after the receipt of the natural language utterance (from which the determination of the product or service to be purchased is based). In another implementation, the product or service that is to be purchased may be determined without further user input identifying the product or service, identifying the payment information, or identifying the shipping information after the receipt of the natural language utterance.

FIG. 4 depicts a data flow diagram for another process 400 for providing voice commerce, according to an implementation of the invention. The various processing operations and/or data flows depicted in FIG. 4 (and in the other drawing figures) are described in greater detail herein. The described operations may be accomplished using some or all of the system components described in detail above and, in some implementations, various operations may be performed in different sequences and various operations may be omitted. Additional operations may be performed along with some or all of the operations shown in the depicted flow diagrams. One or more operations may be performed simultaneously. Accordingly, the operations as illustrated (and described in greater detail below) are exemplary by nature and, as such, should not be viewed as limiting.

As illustrated by FIG. 3, a natural language utterance of a user may be received, and a product or service that is to be purchased on behalf of the user may be determined based on the natural language utterance without further user input after the receipt of the natural language utterance. Payment information that is to be used to pay for the product or service, and shipping information that is to be used to deliver the product or service, may also be retrieved.

Referring back to FIG. 4, in an operation 402, a seller from which the product or service is to be purchased may be selected. As an example, the user may have specified a set of sellers from which the user prefers to purchase products or services. As such, the seller may be selected from the predetermined set of sellers specified by the user. As another example, an administrator of the system 100 (or of a subsystem of the system 100) may have specified a set of sellers that have priority over other sellers in having their products or services offered to users. Thus, the seller may be selected from the predetermined set of sellers specified by the administrator. As yet another example, a database of sellers may be queried to determine which seller has the product or service available for purchase. The sellers that have the product or service available for purchase may then be compared against one another to determine, for example, which seller has the lower price (or overall lower total purchase costs) for the product or service, which sellers has

20

the highest customer rating, or other criteria in selecting the seller from which the product or service is to be purchased.

In an operation 404, seller information associated with the selected seller may be retrieved. As an example, seller information may comprise a name of the seller, contact information associated with the seller, a price at which the seller will sell the product or service to the user, individual or overall costs involved with purchase of the product or service from the seller, a refund policy of the seller for the product or service, or other information.

In an operation 406, a request for user confirmation (to purchase the product or service from the seller and to use the payment information and the shipping information for a purchase transaction for the product or service) may be provided without further user input after the receipt of the utterance.

In an operation 408, it may be determined that the user has confirmed purchasing of the product or service from the seller and use of the payment information and the shipping information for the purchase transaction. As such, in an operation 410, the purchase transaction may be completed based on the seller information, the payment information, and the shipping information without further user input after the receipt of the utterance other than a user confirmation with respect to the confirmation request.

Example Screenshots

FIG. 5 illustrates a screenshot 502 of a user interface which facilitates voice commerce, according to an implementation of the invention. The described screenshots may be accomplished using some or all of the system components described in detail above. As shown in screenshot 502 of FIG. 5, a voice commerce application may enable the user to complete checkout of product or service purchases via a single utterance. As depicted in screenshot 502, the user may say "Send flowers to Betsy." In response to receiving the utterance from the user, the voice commerce application may determine that flowers are to be purchased, and select a third party retailer from which to purchase the flowers. As an example, the user may have purchased a particular kind of flower (e.g., red roses) for Betsy numerous times in the past. As such, the particular kind of flower may be determined as the particular product that is to be purchased on behalf of the user for Betsy. The selection of the product may, for example, be performed without further user input identifying the product type (e.g., flowers) after the receipt of the utterance, without any further user input after the receipt of the utterance, etc.

The voice commerce application may also determine the payment information to be used to pay for the flowers. Because the utterance indicates that the flowers are to be sent to Betsy, the voice commerce application may determine Betsy's address from the user's address book or contact list and provide Betsy's shipping information to the retailer. The voice commerce application may then, for example, complete a purchase transaction using seller information associated with the third party retailer, the payment information, the shipping information, or other information without further user input from the user. Upon completing the purchase transaction for the flowers, the voice commerce application may indicate that checkout for the flowers has been completed. In an implementation, the product to be purchased, a seller from which the product is to be purchased, payment information, shipping information, or other information may be displayed to the user.

FIGS. 6A and 6B illustrate screenshots 602 and 604 of another user interface which facilitates voice commerce, according to an implementation of the invention. The

US 11,087,385 B2

21

described screenshots may be accomplished using some or all of the system components described in detail above. As shown in screenshot **602** of FIG. **6**A, a voice commerce application may solicit a user confirmation from a user with respect to a product purchase before completing checkout of the product purchase. As depicted in screenshot **602**, the user may say "Send flowers to Betsy." In response to receiving the single utterance from the user, the voice commerce application may determine that flowers are to be purchased, and select a third party retailer from which to purchase the flowers. The voice commerce application may also determine the payment information to be used to pay for the flowers. Because the utterance indicates that the flowers are be sent to Betsy, the voice commerce application may determine Betsy's address from the user's address book or contact list and provide Betsy's shipping information to the retailer. The voice commerce application may then present a request for user confirmation of the purchase to the user (e.g., without further user input after the receipt of the utterance). As shown in screenshot **604**, the user may confirm purchase of the flowers by saying "Yes." Upon confirmation of the purchase, the voice commerce application may indicate that checkout for the flowers has been completed.

FIG. **7**A illustrates a screenshot **702** of a user interface which facilitates management of user profile information, according to an implementation of the invention. The described screenshots may be accomplished using some or all of the system components described in detail above. As shown in screenshot **702**, the user profile information interface includes the user name, default payment information, and default shipping information. The user may edit any data fields associated with the user name, default payment information, and default shipping information.

FIG. **7**B illustrates a screenshot **704** of another user interface which facilitates management of user profile information, according to an implementation of the invention. The described screenshots may be accomplished using some or all of the system components described in detail above. As shown in screenshot **704**, the user profile information interface may enable the user to pre-set preferences of different products and/or services to be purchased. The profile information interface includes a product/service category that may be selected by the user. For each product/service category, the user may select preferred sellers, preferred brands, preferred styles, preferred sizes, and other parameters related to the products/services to be selected. The user may also limit certain categories of products or services to a particular price range. The user may edit any data field associated with product/service category to include preferred retail stores/service providers, preferred brands, preferred styles, preferred sizes, and price ranges.

Other implementations, uses and advantages of the invention will be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein. The specification should be considered exemplary only, and the scope of the invention is accordingly intended to be limited only by the following claims.

What is claimed is:

**1**. A method for providing voice commerce, the method being implemented on a computer system having one or more physical processors programmed with computer program instructions which, when executed, perform the method, the method comprising:

receiving, by the computer system, a single first user input comprising a natural language utterance;

22

providing, by the computer system, the natural language utterance as an input to a speech recognition engine;

obtaining, by the computer system, one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine;

searching, by the computer system, one or more databases of products or services based on the one or more words or phrases;

selecting, by the computer system, without further user input other than the single first user input, a product or service from the database to be purchased based on the search;

receiving, by the computer system, a second user input indicating confirmation by a user to complete a purchase transaction of the selected product or service; and

completing, by the computer system, without further user input after the receipt of the second user input, a purchase transaction of the selected product or service.

**2**. The method of claim **1**, wherein selecting the product or service further comprises:

determining, by the computer system, a context based at least on the one or more words or phrases, wherein the product or service is selected based at least on the determined context.

**3**. The method of claim **1**, wherein completing the purchase transaction for the selected product or service comprises:

obtaining, by the computer system, payment information with which to pay for the selected product or service, wherein the purchase transaction is completed based on the payment information without receiving confirmation of the payment information by the user.

**4**. The method of claim **1**, wherein completing the purchase transaction for the selected product or service comprises:

obtaining, by the computer system, shipping information with which to deliver the selected product or service, wherein the shipping information specifies a name or address of a recipient to which the selected product or service is to be delivered after the selected product or service is purchased, and wherein the purchase transaction is completed based on the shipping information without receiving confirmation of the shipping information by the user.

**5**. The method of claim **1**, the method further comprising:

obtaining, by the computer system, seller information describing one or more products or services available from one or more sellers via one or more remote information sources; and

storing, by the computer system, the seller information in the one or more databases.

**6**. The method of claim **5**, wherein the one or more remote information sources comprise at least a third party search engine, a third party retailer, and/or a third party service provider.

**7**. The method of claim **5**, wherein the method further comprises:

selecting, by the computer system, a seller from which to purchase the selected product or service.

**8**. The method of claim **7**, wherein the seller information comprises a price at which the one or more sellers will sell the one or more products or services, wherein selecting the seller comprises selecting the seller based on the price at which the seller will sell the selected product or service.

**9**. The method of claim **7**, the method further comprising:

obtaining, by the computer system, user profile information associated with the user, wherein the user profile

US 11,087,385 B2

23

information indicates a predetermined set of sellers associated with the user, wherein selecting the seller comprises selecting the seller from the predetermined set of sellers indicated by the user profile information.

10. The method of claim 7, the method further comprising:

obtaining, by the computer system, a predetermined set of sellers specified by an administrator of the system that is different than the user, wherein selecting the seller comprises selecting the seller from the predetermined set of administrator-specified sellers.

11. The method of claim 1, wherein completing the purchase transaction of the selected product or service comprises:

obtaining, by the computer system, payment information with which to pay for the selected product or service; and

obtaining, by the computer system, shipping information with which to deliver the selected product or service, wherein the shipping information specifies a name or address of a recipient to which the selected product or service is to be delivered after the selected product or service is purchased, and wherein the purchase transaction is completed based on the payment information and the shipping information.

12. The method of claim 11, the method further comprising:

identifying, by the computer system, an intended recipient of the identified product or service based on the single first user input and/or the second user input, and wherein obtaining the shipping information comprises:

obtaining, by the computer system, an address of the intended recipient.

13. The method of claim 12, wherein obtaining the address of the intended recipient comprises:

accessing, by the computer system, an address book of the user, wherein the address book comprises an identification of the intended recipient and the address of the intended recipient.

14. The method of claim 11, the method further comprising:

completing, by the computer system, the purchase transaction without receiving confirmation of the payment information or the shipping information by the user.

15. The method of claim 1, the method further comprising:

providing, by the computer system, without further user input after the receipt of other than the single first user input, a request for user confirmation to complete the purchase transaction for the selected product or service, wherein the second user input is received responsive to the request;

determining, by the computer system, that the user has confirmed the purchase transaction based on the second user input, wherein the purchase transaction of the selected product or service is completed based on the determination.

16. A system for providing voice commerce, the system comprising:

one or more physical processors programmed with computer program instructions which, when executed, cause the one or more physical processors to:

receive a single first user input comprising a natural language utterance;

provide the natural language utterance as an input to a speech recognition engine;

24

obtain one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine;

search one or more databases of products or services based on the one or more words or phrases;

select, without further user input other than the single first user input, a product or service from the database to be purchased based on the search;

receive a second user input indicating confirmation by a user to complete a purchase transaction of the selected product or service; and

complete, without further user input after the receipt of the second user input, a purchase transaction of the selected product or service.

17. The system of claim 16, wherein to select the product or service, the one or more physical processors are further caused to:

determine a context based at least on the one or more words or phrases, wherein the product or service is selected based at least on the determined context.

18. The system of claim 16, wherein to complete the purchase transaction for the selected product or service, the one or more physical processors are further caused to:

obtain, without further user input after the receipt of the user input, payment information with which to pay for the selected product or service, wherein the purchase transaction is completed based on the payment information without receiving confirmation of the payment information by the user.

19. The system of claim 16, wherein to complete the purchase transaction for the selected product or service, the one or more physical processors are further caused to:

obtain, shipping information with which to deliver the selected product or service, wherein the shipping information specifies a name or address of a recipient to which the selected product or service is to be delivered after the selected product or service is purchased, and wherein the purchase transaction is completed based on the shipping information without receiving confirmation of the shipping information by the user.

20. The system of claim 16, wherein the one or more physical processors are further caused to:

obtain seller information describing one or more products or services available from one or more sellers via one or more remote information sources; and

store the seller information in the one or more databases.

21. The system of claim 20, wherein the one or more remote information sources comprise at least a third party search engine, a third party retailer, and/or a third party service provider.

22. The system of claim 20, wherein the one or more physical processors are further caused to:

select a seller from which to purchase the selected product or service.

23. The system of claim 22, wherein the seller information comprises a price at which the one or more sellers will sell the one or more products or services, wherein to select the seller, the one or more physical processors are further caused to:

select the seller based on the price at which the seller will sell the selected product or service.

24. The system of claim 22, wherein the one or more physical processors are further caused to:

obtain user profile information associated with the user, wherein the user profile information indicates a predetermined set of sellers associated with the user, wherein

US 11,087,385 B2

25

selecting the seller comprises selecting the seller from the predetermined set of sellers indicated by the user profile information.

25. The system of claim 22, wherein the one or more physical processors are further caused to:

obtain a predetermined set of sellers specified by an administrator of the system that is different than the user, wherein selecting the seller comprises selecting the seller from the predetermined set of administrator-specified sellers.

26. The system of claim 16, wherein to complete the purchase transaction of the selected product or service, the one or more physical processors are further caused to:

obtain payment information with which to pay for the selected product or service; and

obtain shipping information with which to deliver the selected product or service, wherein the shipping information specifies a name or address of a recipient to which the selected product or service is to be delivered after the selected product or service is purchased, and wherein the purchase transaction is completed based on the payment information and the shipping information.

27. The system of claim 26, wherein the one or more physical processors are further caused to:

identify an intended recipient of the identified product or service based on the single first user input and/or the second user input, and wherein to obtain the shipping information, the one or more physical processors are further caused to:

obtain an address of the intended recipient.

28. The system of claim 27, wherein to obtain the address of the intended recipient, the one or more physical processors are further caused to:

access an address book of the user, wherein the address book comprises an identification of the intended recipient and the address of the intended recipient.

29. The system of claim 26, wherein the one or more physical processors are further caused to:

complete the purchase transaction without receiving confirmation of the payment information or the shipping information by the user.

30. The system of claim 16, wherein the one or more physical processors are further caused to:

provide, without further user input other than the single first user input, a request for user confirmation to complete the purchase transaction for the selected product or service, wherein the second user input is received responsive to the request;

determine that the user has confirmed the purchase transaction based on the second user input, wherein the purchase transaction of the selected product or service is completed based on the determination.

31. A method for providing voice commerce, the method being implemented on a computer system having one or more physical processors programmed with computer program instructions which, when executed, perform the method, the method comprising:

receiving, by the computer system, a single first user input comprising a natural language utterance;

recognizing, by the computer system, one or more words or phrases from the natural language utterance;

searching, by the computer system, one or more databases of products or services based on the one or more recognized words or phrases from the single first user input, and without using further user input other than the single first user input;

26

causing, by the computer system, a set of search results to be presented to a user based on the search, the search results indicating one or more products or services from the database available for purchase;

receiving, by the computer system, a second user input comprising a selection from the set of search results, the selection identifying one or more products or services from the database to be purchased on behalf of the user based on the second user input;

obtaining, by the computer system, user profile information associated with the user;

identifying, by the computer system, payment information and shipping information based on the user profile information; and

completing, by the computer system, without further user input after identifying the payment information and the shipping information, a purchase transaction of the identified one or more products or services.

32. The method of claim 31, wherein recognizing the one or more words or phrases from the natural language utterance comprises:

providing, by the computer system, the natural language utterance as an input to a speech recognition engine; and

obtaining, by the computer system, the one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine.

33. The method of claim 31, the method further comprising:

obtaining, by the computer system, seller information describing one or more products or services available from one or more sellers via one or more remote information sources; and

storing, by the computer system, the seller information in the one or more databases.

34. The method of claim 31, wherein completing the purchase transaction without further user input after identifying the payment information and the shipping information comprises:

completing, by the computer system, the purchase transaction without receiving confirmation of the payment information or the shipping information by the user.

35. A system for providing voice commerce, the system comprising:

one or more physical processors programmed with computer program instructions which, when executed, cause the one or more physical processors to:

receive a single first user input comprising a natural language utterance;

recognize one or more words or phrases from the natural language utterance;

search one or more databases of products or services based on the one or more recognized words or phrases from the single first user input, and without using further user input other than the single first user input;

cause a set of search results to be presented to a user based on the search, the search results indicating one or more products or services from the database available for purchase;

receive a second user input comprising a selection from the set of search results, the selection identifying one or more products or services from the database to be

US 11,087,385 B2

27                                             28

purchased on behalf of the user based on the second user input;

obtain user profile information associated with the user;

identify payment information and shipping information based on the user profile information; and

complete, without further user input after identifying the payment information and the shipping information, a purchase transaction of the identified one or more products or services.

36. The system of claim 35, wherein to recognize the one or more words or phrases from the natural language utterance, the one or more physical processors are further caused to:

provide the natural language utterance as an input to a speech recognition engine; and

obtain the one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine.

37. The system of claim 35, wherein the one or more physical processors are further caused to:

obtain seller information describing one or more products or services available from one or more sellers via one or more remote information sources; and

store the seller information in the one or more databases.

38. The system of claim 35, wherein to complete the purchase transaction without further user input after identifying the payment information and the shipping information, the one or more physical processors are further caused to:

complete the purchase transaction without receiving confirmation of the payment information or the shipping information by the user.

39. The method of claim 1, the method further comprising:

presenting a prompt that identifies the selected product or service, the cost associated with the purchase of the selected product or service, payment information to pay the associated cost, and shipping information specifying where the selected product or service is to be delivered; and

soliciting approval of the identified information as the second user input.

40. The system of claim 16, wherein the one or more physical processors to are further caused to:

present a prompt that identifies the selected product or service, the cost associated with the purchase of the selected product or service, payment information to pay the associated cost, and shipping information specifying where the selected product or service is to be delivered; and

solicit approval of the identified information as the second user input.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 11,087,385 B2                                      Page 1 of 1
APPLICATION NO.  : 16/553553
DATED            : August 10, 2021
INVENTOR(S)      : Michael R. Kennewick, Sr.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 23, Line 48, (Claim 15, Line 4), please change "input after the receipt of other" to --input other--.

Signed and Sealed this
Twelfth Day of October, 2021

Drew Hirshfeld
*Performing the Functions and Duties of the*
*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*

# EXHIBIT L-1

**Exhibit L-1 (681 – Google Assistant)**

**U.S. Pat. No. 8,073,681 ("the '681 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '681 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Nest Smart Speakers & Home Audio Systems – Google Store,"
   https://store.google.com/category/nest_speakers?hl=en-US, (*Google Store – Speakers*)

2. "Nest Hub Smart Displays for Your Home – Google Store,"
   https://store.google.com/category/nest_hubs_displays?hl=en-US, (*Google Store – Displays*)

3. "Pixel. The only phone engineered by Google – Google Store,"
   https://store.google.com/us/category/phones?hl=en-US, (*Google Store – Pixel phone*)

4. "Pixel Tablet. The tablet only Google could make – Google store,"
   https://store.google.com/us/product/pixel_tablet?hl=en-US, (*Google Store – Pixel tablet*)

5. "Discover What the Google Assistant Can Do – Google Assistant,"
   https://assistant.google.com/discover/, (*Discover Google Assistant*)

6. "Google Assistant - Learn What Your Google Assistant is Capable Of,"
   https://assistant.google.com/learn/, (*Google Assistant – Learn*)

7. "Get started with the Google Assistant on Pixel - Android - Google Assistant Help,"
   https://support.google.com/assistant/answer/9475056, (*Get Started with the Google Assistant on Pixel*)

8. "I/O: Building the next evolution of Google,"
   https://blog.google/products-and-platforms/products/assistant/io-building-next-evolution-of-google/,
   May 18, 2016, (*I/O*)

9. "Your Google Assistant is coming to new speakers, appliances and more,"
   https://blog.google/products-and-platforms/products/assistant/your-google-assistant-is-coming-to-new-speakers-and-more/, Aug 30, 2017, (*Coming to new speakers*)

10. "Bringing you the next-generation Google Assistant,"
    https://blog.google/products-and-platforms/products/assistant/next-generation-google-assistant-io/, May 7, 2019, (*Bringing you the next-generation*)

11. "Five insights on voice technology,"
    https://blog.google/products-and-platforms/products/assistant/five-insights-voice-technology/, Aug 21, 2018, (*Five insights*)

12. "Contextual Rephrasing in Google Assistant,"
    https://research.google/blog/contextual-rephrasing-in-google-assistant/, May 17, 2022, Aurelien Boffy (Senior Staff Software Engineer), and Roberto Pieraccini (Engineering Director), Google Assistant, Google Research. (*Contextual rephrasing*)

13. "Loud and clear: AI is improving Assistant conversations,"
    https://blog.google/products-and-platforms/products/assistant/loud-and-clear-ai-improving-assistant-conversations/, Apr 28, 2021, (*Loud and clear*)

14. "How Google Assistant's architecture powers voice features in your apps," https://www.youtube.com/watch?v=LcuouG7Ofpc, Video from the Google Developers YouTube Channel, Rebecca Nathenson Product Management Lead (Google Assistant), Luyan Chi (Software Engineer, Google Assistant), Alec Truitt (Global Product Partnerships, Google Assistant), Georges Nabaa (Partner Engineering Lead, Google Assistant), (*Google Assistant's architecture video*)

15. "Learn how Google improves speech models, Google Assistant Help," https://support.google.com/assistant/answer/11140942?hl=en, Google. (*Learn how Google improves speech models*)

16. "3 tips to make Google Assistant your own," https://blog.google/products-and-platforms/products/assistant/how-to-personalize-google-assistant/, June 7, 2023, (*3 tips*)

17. "Tomato, tomahto. Google Home now supports multiple users," https://blog.google/products-and-platforms/products/assistant/tomato-tomahto-google-home-now-supports-multiple-users/, Apr 20, 2017, (*Tomato, tomahto*)

18. "How Google Assistant works with your data, Google Assistant Help," https://support.google.com/assistant/answer/11091015, (*Works with your data*)

19. "The Google Assistant, powering our new family of hardware," https://blog.google/products-and-platforms/products/assistant/google-assistant-powering-our-new-family-hardware/, Oct 4, 2017, (*Powering our new family*)

20. "A personal Google, just for you," https://blog.google/products-and-platforms/products/assistant/personal-google-just-you/, Oct 4, 2016, Sundar Pichai (CEO Google), Google. (*Personal Google*)

21. "Happy 5th birthday, Google Assistant!," https://blog.google/products-and-platforms/products/assistant/happy-5th-birthday-google-assistant/, Oct 13, 2021, Google Assistant Team, Google. (*Happy 5th birthday*)

22. "WaveNet - Google DeepMind," https://deepmind.google/research/wavenet/, (*WaveNet*)

23. "Evaluation of Speech for the Google Assistant," https://research.google/blog/evaluation-of-speech-for-the-google-assistant/, Dec 21, 2017, (*Evaluation of Speech*)

24. "Review: Google Nest Hub Max," https://www.wired.com/review/google-nest-hub-max/, March 26, 2020, Matt Jancer, Wired Magazine. (*Google Nest Hub Max)*

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method for providing a cooperative conversational voice user interface, comprising: | Google AI Products perform a method for providing a cooperative conversational voice user interface.<br><br>For example, Google AI Products include Google Assistant. |

As another example, Google Nest Speakers and Nest Hub display devices are primarily voice-activated.



*Google Store – Speakers.*



*Google Store – Displays.*

"The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice." *Get started with the Google Assistant on Pixel*; *Google Store – Pixel phone*.

And Google Assistant is installed on Pixel tablets.



3

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | *Google Store – Pixel tablet.*<br><br>"On Pixelbook, your Assistant can help you send a quick email, create a new doc or get the details of your next calendar event." *Powering our new family.*<br><br><br><br>*Discover Google Assistant.*<br><br>"To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.* |
| [1.a] receiving an utterance at a voice input device during a current conversation with a user, wherein the utterance includes one or more words that have different meanings in different contexts; | Google AI Products receive an utterance at a voice input device during a current conversation with a user, wherein the utterance includes one or more words that have different meanings in different contexts.<br><br>Google AI Products are configured with audio input devices that receive utterances during conversations with a user. For example: "Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O.* As another example: "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.*<br><br>As another example, utterances such as "the one for tomorrow at 6:00" as shown in the screenshots below from Google's My Activity webpage |

4

of conversations with a user include one or more words that have different meanings in different contexts.





Below are more examples.



*Google Assistant – Learn.*

5

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br>*Google Assistant – Learn.*<br><br>"Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O*.<br><br>"To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.*<br><br>"To get started, navigate to Assistant settings on your phone or say 'Hey Google, set up Voice Match' on Assistant-enabled devices like earbuds and smart displays." *3 tips.* |
| [1.b] accumulating short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received during the current conversation; | Google AI Products accumulate short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received during the current conversation.<br><br>For example, Google AI Products accumulated short-term shared knowledge about the conversation and the utterances received during the current conversation, including that the user's utterances related to alarms, in the screenshots from Google's My Activity webpage shown above in relation to claim requirement 1.a.<br><br>As yet another example, Google AI Products accumulate short-term shared knowledge about the type of device that receives the utterance (e.g., whether it has a screen). "With the launch of Smart Displays and our new visual experience for phones, we've evolved the Google Assistant to become much more dynamic, spanning voice, screens, tapping and typing." *Five insights.*<br><br>As yet another example, "Google Assistant uses your previous interactions and understands what's currently being displayed on your smartphone or smart display to respond to any follow-up questions, letting you have a more natural, back-and-forth conversation." *Loud and clear.*<br><br>As yet another example, "The Assistant also takes contextual cues, like the time of day, into account when you're asking for help, giving you |

6

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | breakfast recipes in the morning and dinner at night." *Bringing you the next-generation.* |
| | Below are more examples. |
| | Google Assistant "allows users to speak in a natural manner when referencing context that was defined in previous queries and answers." *Contextual Rephrasing*. |
| | Google Assistant accumulates context across a conversation with a feature they called "Continued Conversation." "Running on-device, the next generation Assistant can process and understand your requests as you make them, and deliver the answers up to 10 times faster. You can multitask across apps—so creating a calendar invite, finding and sharing a photo with your friends, or dictating an email is faster than ever before. And with Continued Conversation, you can make several requests in a row without having to say 'Hey Google' each time." *Bringing you the next-generation.* |
| | "And since it's the Google Assistant, you can expect great speech recognition, natural language processing and the ability to ask those 'tough' contextual questions ('Where is the Eiffel Tower?' Followed by, 'How tall is it?'). *Coming to new speakers*. |
| | Google "fully rebuilt Assistant's NLU models so it can now more accurately understand context while also improving its 'reference resolution' — meaning it knows exactly what you're trying to do with a command. This upgrade uses machine learning technology powered by state-of-the-art BERT, a technology we invented in 2018 and first brought to Search that makes it possible to process words in relation to all the other words in a sentence, rather than one-by-one in order." *Loud and clear*. |
| | "If you're having a conversation with your Assistant about Miami and you want more information, it will know that when you say 'show me the nicest beaches' you mean beaches in Miami. Assistant can also understand questions that are referring to what you're looking at on your smartphone or tablet screen, like [who built the first one] or queries that look incomplete like [when] or [from its construction]." *Loud and clear*. |
| | |

7

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | "Assistant NLU is also able to take context into consideration. For example, if a user asks, 'How is the weather in Mountain View?' after getting a response, the user issues a follow-up query, 'How about New York?' In this case, even though the second query doesn't mention weather, Assistant is able to understand from the context that the user is asking about weather and will be able to respond correctly." 8:20: *Google Assistant's architecture video.* |
| [1.c] accumulating long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user; | Google AI Products accumulate long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user. |
|  | For example, Google AI Products accumulated long-term shared knowledge about the user's alarms at 6 am and 7 pm created in past conversations as shown in the screenshots from Google's My Activity webpage shown above in relation to claim requirement 1.a. |
|  | As another example, Google Assistant Products use machine learning techniques to train models used for recognition and natural language understanding. |
|  | "Conventional learning is how most of [Google's] speech models are trained. |
|  | "How conventional learning works to train speech models |
|  | 1. With your explicit consent, audio samples are collected and stored on Google's servers. |
|  | 2. A portion of these audio samples are annotated by human reviewers. |
|  | 3. A training algorithm learns from annotated audio data samples. |
|  | o In supervised training: Models are trained to mimic annotations from human reviewers for the same audio. |
|  | o In unsupervised training: Machine annotations are used instead of human annotations." |
|  | *Learn how Google improves speech models*; *see also*, *id*., at subheadings "Federated Learning" and "Ephemeral Learning." |
|  | As yet another example, "Voice Match . . . enables different household members to get personalized help on a shared device. So when you ask a question, the Assistant can recognize it's your voice and respond with your news preferences, calendar, commute, and reminders." *Powering our new family*. "To get started, navigate to Assistant settings on your phone or say 'Hey Google, set up Voice Match' on Assistant-enabled devices like earbuds and smart displays." *3 tips*. "When you connect your account on a Google Home, we ask you to say the phrases 'Ok Google' and 'Hey Google' two times each. Those phrases are then analyzed by a neural network, which can detect certain characteristics of a person's voice." *Tomato, tomahto*. |
|  | Below are more examples. |

8

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | "Assistant uses what you say, and info from your linked devices and services, to understand and respond to you… Examples of information from your linked devices and services include:<br><br>• location (learn more)<br><br>• device names<br><br>• tasks, events, and alarms<br><br>installed apps, contacts, and playlists" *Works with your data*.<br><br>In another example, Google Assistant uses long term shared knowledge relating to a user's upcoming flight itinerary.<br><br>*Discover Google Assistant*.<br><br>"For a digital assistant to be helpful, it needs to understand the people, places and events that are important to you. In the coming months, the Assistant will be able to better understand references to all of these through Personal References. For example, after you've told the Assistant which contact is 'mom,' you'll be able to ask for things more naturally like, 'What's the weather like at mom's house this weekend?' or, 'Remind me to order flowers a week before my sister's birthday.' You always have control over your personal information, and can add, edit or remove details from the 'You' tab in Assistant settings at any time." *Bringing you the next-generation*.<br><br>"We want to make sure drivers are able to do everything they need with just voice, so we've designed a voice-forward dashboard that brings |

9

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | your most relevant activities—like navigation, messaging, calling and media—front and center. It includes suggestions tailored to you, so if you have a dinner reservation on your calendar, you'll see directions to the restaurant." *Bringing you the next-generation.* |
| | "My typical day starts with a 'Hey Google, good morning.' That kicks off a personalized Google Assistant routine that plays my favorite songs, shares local weather updates and reads off my schedule. As I head into the office, I ask Assistant to send a message to my mom, telling her I'll call after work. And at the end of my day, with a quick voice prompt, Assistant calls my parents to check in." *3 tips.* |
| | "Once you set up Voice Match, Assistant can share more personal results and responses. For example, it can notify you about upcoming events on your Google Calendar and play music from your favorite streaming service." *3 tips.* |
| | "When you connect your account on a Google Home, we ask you to say the phrases 'Ok Google' and 'Hey Google' two times each. Those phrases are then analyzed by a neural network, which can detect certain characteristics of a person's voice." *Tomato, tomahto.* |
| | "[T]each your Assistant to understand it's you, not your partner, family member or roommate—and vice versa, based on who's speaking. For certain features, like personalized music and commute, you'll also need to set up your preferences within the app." *Tomato, tomahto.* |
| | "To delete what you've said to the Hub Max, you can also say 'Delete everything I said this week,' to clear the cache and cookies from the past seven days, and ask if for clarification on things like 'How do you keep my information private?' or 'Are you saving my audio recordings?'" *Google Nest Hub Max.* |
| [1.d] determining an intended meaning for the utterance, wherein determining the intended meaning for the utterance includes: | Google AI Products determine an intended meaning for the utterance, wherein determining the intended meaning for the utterance includes performing the claim requirements 1.e and 1.f. |
| | For example, Google AI Products determine an intended meaning for the utterance "the one for tomorrow at 6:00" during the conversations shown in the screenshots from Google's My Activity webpage shown above in relation to element 1.a. |
| | As another example: "And since it's the Google Assistant, you can expect great speech recognition, natural language processing and the ability to ask those 'tough' contextual questions ('Where is the Eiffel Tower?' Followed by, 'How tall is it?'). *Coming to new speakers.* |
| | As yet another example: "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.* |
| [1.e] identifying, at a conversational speech engine, a context associated with the utterance from the short-term | Google AI Products identify, at a conversational speech engine, a context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge. |
| | Google AI Products include a conversational speech engine. |

10

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| shared knowledge and the long-term shared knowledge; and | For example: "Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O*. |
| | As another example: "And since it's the Google Assistant, you can expect great speech recognition, natural language processing and the ability to ask those 'tough' contextual questions ('Where is the Eiffel Tower?' Followed by, 'How tall is it?'). *Coming to new speakers*. |
| | As yet another example: "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation*. |
| | At the conversational speech engine, Google AI Products identify a context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge. |
| | For example, Google AI Products identified a context from the short-term shared knowledge and the long-term shared knowledge during the conversations shown in the screenshots from Google's My Activity webpage shown above in relation to element 1.a. |
| | "We said the Assistant should be helpful, simple to use, available where you need it and that it should understand your context—location, device you're using, etc." *Powering our new family*. |
| | "The Assistant also takes contextual cues, like the time of day, into account when you're asking for help, giving you breakfast recipes in the morning and dinner at night." *Bringing you the next-generation*. |
| | "Assistant uses what you say, and info from your linked devices and services, to understand and respond to you. It also uses this info for other purposes stated in Google's Privacy Policy, such as improvements to Google services. Examples of information from your linked devices and services include: <br>• location (learn more) <br>• device names <br>• tasks, events, and alarms <br>• installed apps, contacts, and playlists" <br>*Works with your data*. |
| | "Like in any conversation, context matters and Assistant needs to be flexible enough to understand what you're referring to when you ask for help." *Loud and clear*. |
| | "The assistant is an ambient experience that will work seamlessly across devices and contexts. So you can summon Google's help no matter where you are or what the context." *I/O*. |
| | "We want to help you get things done in your world, across different places, contexts and situations. And that means building the Google Assistant and other amazing software into the hardware that you depend on every day." *Personal Google*. |

11

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | "Google Assistant brings together all the technology Google has been building for years, from the Knowledge Graph to Natural Language Processing. One of my proudest moments working on the team was when we applied BERT, the revolutionary neural transformer invented by Google in 2018, to Assistant conversations, helping Assistant understand context and longer dialogs, making conversations more natural." *Happy 5th birthday.*  *Google Assistant's architecture video* at 4:34. |
| [1.f] establishing the intended meaning within the identified context, wherein the conversational speech engine establishes the intended meaning within the identified context to disambiguate an intent that the user had in speaking the one or more words that have the different meanings in the different contexts; and | Google AI Products establish the intended meaning within the identified context, wherein the conversational speech engine establishes the intended meaning within the identified context to disambiguate an intent that the user had in speaking the one or more words that have the different meanings in the different contexts. For example, Google AI Products establish an intended meaning for the utterance "the one for tomorrow at 6:00" during the conversations shown in the screenshots from Google's My Activity webpage shown above in relation to claim requirement 1.a. Furthermore, Google AI Products disambiguate an intent that the user had in speaking the one or more words that have the different meanings in the different contexts, such as the words "one" and "six." Below are more examples. "Like in any conversation, context matters and Assistant needs to be flexible enough to understand what you're referring to when you ask for help." *Loud and clear.* "The assistant is an ambient experience that will work seamlessly across devices and contexts. So you can summon Google's help no matter where you are or what the context." *I/O.* "We want to help you get things done in your world, across different places, contexts and situations. And that means building the Google Assistant and other amazing software into the hardware that you depend on every day." *Personal Google.* |

12

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Google Assistant's architecture video* at 4:20: "When a user makes a request such as 'Hey Google book a time with Wal-Mart,' Google breaks out the parameters of the query and then Google's natural language understanding, also known as NLU, plays a key role in matching it to the user's intent, while also factoring in the user's context and devices." *Google Assistant's architecture video.* <br><br> "Given the variety of contexts naturally used in human languages, we adopted a hybrid approach that combines linguistic rules, large amounts of historic data through logs, and ML models based on state-of-the-art Transformer approaches. By generating a number of rephrasing candidates for each query and its context, and then scoring and ranking them using a variety of signals, Assistant can rephrase and thus correctly interpret most contextual queries. As Assistant can handle most types of linguistic references, we are empowering users to have more natural conversations. To make such multi-turn conversations even less cumbersome, Assistant users can turn on Continued Conversation mode to enable asking follow-up queries without the need to repeat "Hey Google" between each query. We are also using this technology in other virtual assistant settings, for instance, interpreting context from something shown on a screen or playing on a speaker." *Contextual rephrasing.* |
| [1.g] generating a response to the utterance, wherein the conversational speech engine grammatically or syntactically adapts the response based on the intended meaning established within the identified context. | Google AI Products generate a response to the utterance, wherein the conversational speech engine grammatically or syntactically adapts the response based on the intended meaning established within the identified context. <br><br> For example, Google AI Products generate a grammatically or syntactically adapted response confirming that the alarm at 6 am tomorrow has been moved to 18 hours during the conversations shown in the screenshots from Google's My Activity webpage shown above in relation to claim requirement 1.a. <br><br> Below are more examples. <br><br> "WaveNet is a generative model trained on human speech samples. It creates waveforms of speech patterns by predicting which sounds are most likely to follow each other, each built one sample at a time, with up to 24,000 samples per second of sound. The model incorporates |

13

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | natural-sounding elements, such as lip-smacking and breathing patterns. And includes vital layers of communication like intonation, accents, emotion — delivering a richness and depth to computer-generated voices." *WaveNet*.<br><br>"In order to generate the optimal audio response, we use a combination of explicit linguistic knowledge and deep learning solutions that allow us to keep answers grammatical, fluent and concise." *Evaluation of Speech*.<br><br>"A major milestone for me was when we introduced Duplex for Google Assistant three years ago — revolutionizing the ability for computers to understand and generate natural speech. It meant Assistant could make a phone call on your behalf for an appointment, find store hours or make online food orders easier. In fact, more than 600,000 reservations at restaurants and hair salons were made last month with this feature. Throughout the pandemic, Duplex made millions of calls to businesses for store hours and delivery availability, in Maps and Search." *Happy 5th birthday*. |

14

# EXHIBIT L-2

**Exhibit L-2 (681 – Gemini)**

**U.S. Pat. No. 8,073,681 ("the '681 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '681 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Introducing Gemini, your new personal AI assistant," https://gemini.google/assistant/, (*Introducing Gemini*)

2. "What is Gemini and how it works," https://gemini.google/us/overview/?hl=en, (*What is Gemini*)

3. "The Assistant experience on mobile is upgrading to Gemini," https://blog.google/products-and-platforms/products/gemini/google-assistant-gemini-mobile/, (*Upgrading to Gemini*)

4. "Gemini Live — get real-time voice assistance from Gemini," https://gemini.google/overview/gemini-live/,  (*Gemini Live*)

5. "Control your Android mobile device & apps with Utilities," https://support.google.com/gemini/answer/15235441, (*Utilities*)

6. "Our next-generation model: Gemini 1.5," https://blog.google/innovation-and-ai/products/google-gemini-next-generation-model-february-2024/, (*Gemini 1.5*)

7. "Transformer: A Novel Neural Network Architecture for Language Understanding," https://research.google/blog/transformer-a-novel-neural-network-architecture-for-language-understanding/, (*Transformer*)

8. "Gemini adds Temporary Chats and new personalization features," https://blog.google/products-and-platforms/products/gemini/temporary-chats-privacy-controls/, (*Personalization Features*)

9. "Personal Intelligence from Gemini — AI help just for you," https://gemini.google/overview/personal-intelligence/, (*Gemini Personalization*)

10. "Reference past chats for more tailored help with Gemini Advanced," https://blog.google/feed/gemini-referencing-past-chats/, Feb 13, 2025, Dave Citron, Senior Director, Product Management, Gemini app, Google. (*Reference past chats.*)

11. "Gemini gets more personal, proactive and powerful," https://blog.google/products-and-platforms/products/gemini/gemini-app-updates-io-2025/, Josh Woodward, VP, Google Labs & Google Gemini, Google, May 20, 2025. (*Gemini gets more personal.*)

12. "How we're reimagining Maps with Gemini," https://blog.google/products-and-platforms/products/maps/ask-maps-immersive-navigation/, (*Maps with Gemini*)

13. "Save info and reference past chats in Gemini Apps," https://support.google.com/gemini/answer/16413516, (*Save Info*)

14. "Customize Gemini's responses with your instructions," https://support.google.com/gemini/answer/16598625?hl=en&co=GENIE.Platform%3DAndroid#zippy=%2Cin-the-gemini-mobile-app, (*Customize Gemini's Responses*)

15. "Gemini Deep Research turns complex questions into detailed insights," https://store.google.com/intl/en/ideas/articles/gemini-deep-research-pixel/, Google. (*Gemini Deep Research.*)

1

16. "Gemini Apps' release updates & improvements," https://gemini.google/release-notes/, Google, June 19, 2025. (*Gemini Release Notes.*)

17. "Google's Gemini AI is getting a chatty new voice mode," https://www.theverge.com/2024/5/14/24155543/google-gemini-ai-live-voice-chat-vision-digital-assistant, May 14, 2024, Wes Davis, TheVerge. (*Chatty new voice mode.*)

18. "Text embeddings API | Generative AI on Vertex AI | Google Cloud Documentation," https://docs.cloud.google.com/vertex-ai/generative-ai/docs/model-reference/text-embeddings-api, (*Text Embeddings*)

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method for providing a cooperative conversational voice user interface, comprising: | Google AI Products perform a method for providing a cooperative conversational voice user interface.<br><br>For example, Google AI Products include Google Gemini.<br><br>"Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini.*<br><br>"Gemini is an interface to a multimodal LLM (handling text, audio, images and more). Gemini is based on Google's cutting-edge research in LLMs, which began with the Word2Vec paper in 2013 that proposed novel model architectures that mapped words as mathematical concepts, followed by the introduction of a neural conversational model in 2015. This framework demonstrated how models could predict the next sentence in a conversation based on the previous sentence or sentences, leading to more natural conversational experiences. This was followed by our breakthrough work on Transformer in 2017 and multi-turn chat capabilities in 2020, which demonstrated even more compelling generative language progress." *What is Gemini.*<br><br>Gemini is available as the system assistant in Android devices as shown in the exemplary screenshot below.<br><br><br><br>Gemini is also available as a mobile app as shown in the exemplary screenshot below from an Android device. |

2

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | <br><br>Gemini is also available as a web app as shown in the exemplary screenshot below from the Chrome web browser.<br><br>Gemini is also available in Chrome and as "AI Mode" in Google Search as shown in the exemplary screenshot below from the Chrome web browser. |

3

| '681 Patent Claim Language | Exemplary Google AI Products |
| --- | --- |
| | <br><br>As another example, Google has upgraded or is "upgrading Google Assistant users on mobile to Gemini, offering a new kind of help only possible with the power of AI. . . . Additionally, we'll be upgrading tablets, cars and devices that connect to your phone, such as headphones and watches, to Gemini. We're also bringing a new experience, powered by Gemini, to home devices like speakers, displays and TVs." *Upgrading to Gemini*.<br><br>As yet another example, Gemini works in and with other Google apps, features, and functionality, including at least, Calendar, Keep, Tasks, Google Maps, Gmail, Google Drive, YouTube, YouTube Music, Messages, alarms & timers, Google Home, Routines, etc. *Introducing Gemini* (under "Here's a list of popular features from Google Assistant that are available now or coming soon to Gemini. Please keep in mind that this only applies to your phone and other eligible Android devices.")<br><br>As yet another example: "Talk it out Live with Gemini. Gemini Live is a more natural way to chat with Gemini. Go Live to brainstorm and organize your thoughts, or share your camera or screen and get real-time, spoken responses. Available to mobile users in 45+ languages and over 150 countries." *Gemini Live.*<br><br>As yet another example: "Talk with Gemini about anything you see. Now you can have a conversation with Gemini about anything you're looking at, around you or on your screen." *Gemini Live.*<br><br>As yet another example: "Gemini Live with camera and screen sharing, is now free on Android and iOS for everyone, so you can point your phone at anything and talk it through." *Gemini gets more personal.*<br><br>As yet another example: "Google's Gemini AI assistant is getting new voice chat capabilities for Gemini Advanced subscribers this year. The feature, called Gemini Live, will enable two-way spoken conversation |

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | with the chatbot, smart assistant capabilities, and vision features…" *Chatty new voice model*. |
| [1.a] receiving an utterance at a voice input device during a current conversation with a user, wherein the utterance includes one or more words that have different meanings in different contexts; | Google AI Products receive an utterance at a voice input device during a current conversation with a user, wherein the utterance includes one or more words that have different meanings in different contexts.<br><br>Google AI Products are configured with voice input devices that receive utterances during conversations with a user. For example, "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini.*<br><br>As another example, utterances such as "the one at 6:00" as shown in the screenshots below from Gemini's chat feed include one or more words that have different meanings in different contexts.<br><br>Set an alarm for 6:00.<br><br>Clock Tool<br>Sure, setting an alarm for 6:00 am.<br>Clock · Alarm<br>6:00 AM<br><br>You're now getting a more personalized experience based on your Connected Apps.<br>Set an alarm for 9:00.<br>Utilities<br>OK. I've set an alarm for 9:00 AM.<br>Clock · Alarm<br>9:00 AM |

5

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | As yet another example, "When you use Gemini as your mobile assistant on  your Android device, you can ask it to do certain actions for you with the Utilities app. For example, you can ask it to manage your alarms and timers, open apps, read and reply to notifications, control your media, and more." *Utilities*.<br><br>As yet another example, "[w]e're introducing Ask Maps, a new conversational experience that answers complex, real-world questions a map could never answer before." *Maps with Gemini*. |

6

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| [1.b] accumulating short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received during the current conversation; | Google AI Products accumulate short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received during the current conversation.<br><br>For example, Google AI Products accumulated short-term shared knowledge about the conversation and the utterances received during the current conversation, including that the user's utterances related to alarms, in the screenshots from Gemini's chat feed shown above in relation to claim requirement 1.a.<br><br>As yet another example, "An AI model's 'context window' is made up of tokens, which are the building blocks used for processing information. Tokens can be entire parts or subsections of words, images, videos, audio or code. The bigger a model's context window, the more information it can take in and process in a given prompt — making its output more consistent, relevant and useful." *Gemini 1.5*.<br><br>As yet another example, "the Transformer only performs a small, constant number of steps (chosen empirically). In each step, it applies a self-attention mechanism which directly models relationships between all words in a sentence, regardless of their respective position." *Transformer*.<br><br>As yet another example: "We're introducing Ask Maps, a new conversational experience that answers complex, real-world questions a map could never answer before. Now you can ask for things like, "My phone is dying — where can I charge it without having to wait in a long line for coffee?" or "Is there a public tennis court with lights on that I can play at tonight?" Previously, finding this information meant lots of research and sifting through reviews. But now, you can just tap the "Ask Maps" button and get your questions answered conversationally, with a customized map to help you visualize your options." *Maps with Gemini*.<br><br>As yet another example: "Go Live to brainstorm out loud. Gemini adapts to your conversational style so you can change your mind mid-sentence, ask follow-up questions, and multi-task with ease. Need to interrupt or want to change the subject? Gemini Live can easily pivot in whatever direction you want to take the conversation." *Gemini Live*.<br><br>As yet another example: "Bring context to your conversations. Share what you're seeing, working on, or watching, and Gemini will provide tailored assistance and insights. From asking questions about an article you're reading to sharing your camera to get step-by-step project guidance, Gemini is ready to dive into what you're seeing, creating richer, more dynamic conversations." *Gemini Live*.<br><br>As yet another example: "Gemini Deep Research, a groundbreaking AI research tool, delivers fast, clear answers to complex multipart questions – without the hassle of sifting through up to hundreds of search results or hopping back and forth between apps on your phone. The AI research assistant works in the background, pulling insights from multiple sources, ranking results, and filtering out the noise to surface what's most relevant to you." *Gemini Deep Research*. |

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| [1.c] accumulating long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user; | Each of the Accused Products, including the Google AI Products, accumulate long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user.<br><br>For example, Google AI Products accumulated long-term shared knowledge about the user's alarms at 6 am and 9 am created in past conversations with the user as shown in the screenshots from Gemini's chat feed shown above in relation to claim requirement 1.a.<br><br>As another example: "The Gemini app can now reference your past chats to learn your preferences, delivering more personalized responses the more you use it." *Personalization Features*.<br><br>As yet another example: "Starting today, Gemini can now recall your past chats to provide more helpful responses. Whether you're asking a question about something you've already discussed, or asking Gemini to summarize a previous conversation, Gemini now uses information from relevant chats to craft a response." *Reference past chats*.<br><br>As yet another example: "Today, we're introducing a new setting that allows Gemini to learn from your past conversations over time. When this setting is on, Gemini remembers key details and preferences you've shared, leading to more natural and relevant conversations, as if you're collaborating with a partner who's already up to speed." *Personalization Features*.<br><br><br><br>*Personalization Features*.<br><br>As yet another example: "You can save info about your life, work, or preferences, to get more helpful responses in Gemini Apps, or ask Gemini to look at past chats before responding." *Save Info*.<br><br>As yet another example: "You can customize how Gemini Apps respond to you if you add instructions. For example, you could create instructions so that Gemini would always: . . . Remember preferences, facts, or custom instructions so you don't have to repeat information." *Customize Gemini's Responses*. |

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | As yet another example: "Your results are personalized based on things like places you've searched for or saved in Maps to help you get the most relevant recommendations. So when you ask, "My friends are coming from Midtown East to meet me after work. Any spots with a cozy aesthetic and a table for 4 at 7 tonight?" Ask Maps already knows you like vegan restaurants and finds convenient midway spots with vegan options." *Maps with Gemini.* |
|  | As yet another example: "Ask Gemini to remember your interests and preferences like work, hobbies, and life goals for more helpful, relevant responses." *Gemini Personalization.* |
|  | Remember I'm vegetarian |
|  | *Gemini Personalization.* |
|  | As yet another example: "Ask Gemini to help you get organized with a daily summary of your calendar, to-do's and important unread emails. Or get weekly creative ideas for a project and updates on topics you're passionate about. You can schedule recurring actions, like finding local weekend music events every Friday, or one-time tasks, like asking for a recap of a keynote the next morning. Just tell Gemini what you need and when—it'll handle it for you." *Gemini Release Notes.* |
|  | As yet another example: "Personal Intelligence experiences are optional. You can choose which Google apps to connect, manage how your past chats are used, and set your own instructions." *Gemini Personalization.* |
|  | As yet another example: "You're in control over what information is stored. You can easily review, delete or decide how long to keep your chat history.  You can also turn off Gemini Apps Activity altogether by going to My Activity (https://myactivity.google.com/product/gemini). Gemini may indicate when it uses your past chats in sources and related content." *Reference past chats.* |
| [1.d] determining an intended meaning for the utterance, wherein determining the intended meaning for the utterance includes: | Google AI Products determine an intended meaning for the utterance, wherein determining the intended meaning for the utterance includes performing the claim requirements 1.e and 1.f. |
|  | For example, Google AI Products determine an intended meaning for the utterance "the one at 6:00" during the conversations shown in the screenshots from Google's My Activity webpage shown above in relation to element 1.a. |
|  | As another example: "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands- |

9

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini*. |
| [1.e] identifying, at a conversational speech engine, a context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge; and | Google AI Products identify, at a conversational speech engine, a context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge. Google AI Products include a conversational speech engine. For example: "Gemini is an interface to a multimodal LLM (handling text, audio, images and more). Gemini is based on Google's cutting-edge research in LLMs, which began with the Word2Vec paper in 2013 that proposed novel model architectures that mapped words as mathematical concepts, followed by the introduction of a neural conversational model in 2015. This framework demonstrated how models could predict the next sentence in a conversation based on the previous sentence or sentences, leading to more natural conversational experiences. This was followed by our breakthrough work on Transformer in 2017 and multi-turn chat capabilities in 2020, which demonstrated even more compelling generative language progress." *What is Gemini*. At the conversational speech engine, Google AI Products identify a context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge. For example, Google AI Products identified a context from the short-term shared knowledge and the long-term shared knowledge during the conversations shown in the screenshots from Gemini's chat feed shown above in relation to element 1.a. As another example: "Response generation is similar to how a human might brainstorm different approaches to answering a question. Once a user provides a prompt, Gemini uses the post-trained LLM, the context in the prompt and the interaction with the user to draft several versions of a response. It also relies on external sources such as Google Search, and/or one of its several extensions, and recently uploaded files (Gemini Advanced only) to generate its responses. This process is known as retrieval augmentation. Given a prompt, Gemini strives to retrieve the most pertinent information from these external sources (e.g., Google Search) and represent them accurately in its response. Augmenting LLMs with external tools is an active area of research." *What is Gemini*. As yet another example: "Bring context to your conversations. Share what you're seeing, working on, or watching, and Gemini will provide tailored assistance and insights. From asking questions about an article you're reading to sharing your camera to get step-by-step project guidance, Gemini is ready to dive into what you're seeing, creating richer, more dynamic conversations." *Gemini Live.* |
| [1.f] establishing the intended meaning within the identified | Google AI Products establish the intended meaning within the identified context, wherein the conversational speech engine establishes the |

10

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| context, wherein the conversational speech engine establishes the intended meaning within the identified context to disambiguate an intent that the user had in speaking the one or more words that have the different meanings in the different contexts; and | intended meaning within the identified context to disambiguate an intent that the user had in speaking the one or more words that have the different meanings in the different contexts.<br><br>For example, Google AI Products establish an intended meaning for the utterance "the one at 6:00" during the conversations shown in the screenshots from Gemini's chat feed shown above in relation to claim requirement 1.a.<br><br>Furthermore, Google AI Products disambiguate an intent that the user had in speaking the one or more words that have the different meanings in the different contexts, such as the words "one" and "six."<br><br>As another example, "using self-attention, it aggregates information from all of the other words, generating a new representation per word informed by the entire context . . . ." *Transformer*.<br><br>As yet another example: "In one of its steps, the Transformer clearly identified the two nouns "it" could refer to and the respective amount of attention reflects its choice in the different contexts." *Transformer*.<br><br>As another example: "The Text embeddings API converts textual data into numerical vectors. These vector representations are designed to capture the semantic meaning and context of the words they represent." *Text Embeddings*. |
| [1.g] generating a response to the utterance, wherein the conversational speech engine grammatically or syntactically adapts the response based on the intended meaning established within the identified context. | Google AI Products generate a response to the utterance, wherein the conversational speech engine grammatically or syntactically adapts the response based on the intended meaning established within the identified context.<br><br>For example, Google AI Products generate a grammatically or syntactically adapted response confirming that the alarm at 6 am has been changed to 6:30 AM during the conversations shown in the screenshots from Gemini's chat feed shown above in relation to claim requirement 1.a.<br><br>As another example: "Response generation is similar to how a human might brainstorm different approaches to answering a question. Once a user provides a prompt, Gemini uses the post-trained LLM, the context in the prompt and the interaction with the user to draft several versions of a response. It also relies on external sources such as Google Search, and/or one of its several extensions, and recently uploaded files (Gemini Advanced only) to generate its responses. This process is known as retrieval augmentation. Given a prompt, Gemini strives to retrieve the most pertinent information from these external sources (e.g., Google Search) and represent them accurately in its response. Augmenting LLMs with external tools is an active area of research." *What is Gemini*.<br><br>As yet another example: "Lastly, before the final response is displayed, each potential response undergoes a safety check to ensure it adheres to predetermined policy guidelines. This process provides a double-check to filter out harmful or offensive information. The remaining responses are then ranked based on their quality, with the highest-scoring version(s) presented back to the user." *What is Gemini*. |

11

| '681 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | As yet another example: "Starting today, Gemini can now recall your past chats to provide more helpful responses. Whether you're asking a question about something you've already discussed, or asking Gemini to summarize a previous conversation, Gemini now uses information from relevant chats to craft a response." *Reference past chats.*<br><br>As yet another example: "Go Live to brainstorm out loud. Gemini adapts to your conversational style so you can change your mind mid-sentence, ask follow-up questions, and multi-task with ease. Need to interrupt or want to change the subject? Gemini Live can easily pivot in whatever direction you want to take the conversation." *Gemini Live.*<br><br>As yet another example: "Google says Gemini Live will adapt to users' speech patterns and offer more succinct, conversational responses than the long-winded text-based replies it usually generates." *Chatty new voice mode.* |

12

# EXHIBIT M-1

**Exhibit M-1 (765 – Google Assistant)**

**U.S. Pat. No. 8,515,765 ("the '765 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '765 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Nest Smart Speakers & Home Audio Systems – Google Store," https://store.google.com/category/nest_speakers?hl=en-US (*Google Store – Speakers*)

2. "Nest Hub Smart Displays for Your Home – Google Store," https://store.google.com/category/nest_hubs_displays?hl=en-US, (*Google Store – Displays*)

3. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US, (*Google Store – Pixel phone*)

4. "Pixel Tablet. The tablet only Google could make – Google store," https://store.google.com/us/product/pixel_tablet?hl=en-US, (*Google Store – Pixel tablet*)

5. "Get started with the Google Assistant on Pixel - Android - Google Assistant Help," https://support.google.com/assistant/answer/9475056, (*Get Started with the Google Assistant on Pixel*)

6. "Discover What the Google Assistant Can Do – Google Assistant," https://assistant.google.com/discover/, (*Discover Google Assistant*)

7. "Learn how Google improves speech models, Google Assistant Help," https://support.google.com/assistant/answer/11140942?hl=en, (*Learn how Google improves speech models*)

8. "Bringing you the next-generation Google Assistant," https://blog.google/products-and-platforms/products/assistant/next-generation-google-assistant-io/, May 7, 2019, (*Bringing you the next-generation*)

9. "I/O: Building the next evolution of Google," https://blog.google/products-and-platforms/products/assistant/io-building-next-evolution-of-google/, May 18, 2016, (*I/O*)

10. "Get Started with Google Assistant," https://assistant.google.com/learn/, (*Get Started*)

11. "The Google Assistant, powering our new family of hardware," https://blog.google/products-and-platforms/products/assistant/google-assistant-powering-our-new-family-hardware/, Oct 4, 2017, (*Powering our new family*)

12. "Automate daily routines & tasks with Google Assistant," https://support.google.com/assistant/answer/7672035?hl=en, Google Assistant Help, (*Automate daily routines & tasks*)

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method of providing a voice interface, comprising: | Google AI Products perform a method of providing a voice interface. For example, Google AI Products include Google Assistant. |

1

As another example, Google Nest Speakers and Nest Hub display devices are primarily voice-activated.



*Google Store – Speakers.*



*Google Store – Displays.*

"The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice." *Get started with the Google Assistant on Pixel*; *Google Store – Pixel phone*.

And Google Assistant is installed on every Pixel tablet.



| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | *Google Store – Pixel tablet.*<br><br>"On Pixelbook, your Assistant can help you send a quick email, create a new doc or get the details of your next calendar event." *Powering our new family.*<br><br><br><br>*Discover Google Assistant.* |
| [1.a] receiving, at a speech engine, a natural language utterance from a voice-enabled device, the natural language utterance corresponding to a conversation type; | Google AI Products receive, at a speech engine, a natural language utterance from a voice-enabled device, the natural language utterance corresponding to a conversation type.<br><br>For example: "Many Google products involve speech recognition. For example, Google Assistant allows you to ask for help by voice…" *Learn how Google improves speech models.*<br><br>As another example: "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.*<br><br>As yet another example, Google Assistant's default input mode is voice on the Google Assistant Products. When a user opens the application, on a Pixel for example, they are asked "Hi, how can I help you?" and can respond using a keyboard, an image, or via the microphone, which is enabled by default. |

3

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br><br>*Get Started.*<br><br>As yet another example: "To get started, navigate to Assistant settings on your phone or say "Hey Google, set up Voice Match" on Assistant-enabled devices like earbuds and smart displays." *3 tips*.<br><br>As yet another example, Google AI Products receive, at a speech engine, natural language utterances from a voice-enabled device, the natural language utterances corresponding to a conversation types as shown in the screenshots below from Google's My Activity webpage of conversations with a user.<br><br> |

4

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | Below are more examples.<br><br>"Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O*. |

5

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | *Google Assistant – Learn.* |
| [1.b] determining the conversation type corresponding to the natural language utterance based on whether a user that spoke the natural language utterance has a leader role in an interaction with the voice-enabled device or has a supporter role in the interaction with the voice-enabled device; and | Google AI Products determine the conversation type corresponding to the natural language utterance based on whether a user that spoke the natural language utterance has a leader role in an interaction with the voice-enabled device or has a supporter role in the interaction with the voice-enabled device. For example, Google AI Products determine the conversation type, such as a query type conversation, based on the user having a leader role in an interaction, as shown in the screenshots below from Google's My Activity webpage of conversations with a user. In this conversation the user is a leader because, e.g., the user controls the conversation and has a specific goal in mind, i.e. to set an alarm. |

6

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  Alternatively, Google AI Products determine the conversation type, such as a didactic type conversation, based on the user having a supporter role in an interaction, as shown in the screenshots below from Google's My Activity webpage of conversations with a user. In this conversation, the user is a supporter because, e.g., the user's role may be limited to regulating an overall progression of the conversation and interjecting queries for clarification. Below are more examples. "**Manage your routines**: Your Assistant will soon be able to help you manage your daily routines across your devices. So, once you've set up your preferences, when you say "Ok Google, let's go home" your Assistant can update you about your commute, text your partner that you're on your way and play your podcast where you left off. And when you get home, just say "Ok Google, I'm home," and it will turn on the lights, adjust to your desired temperature and share your reminders." *Powering our new family*. "When you create Routines, you and members of your home can get help from Google Assistant with tasks throughout the day. Say a command or perform an action on a supported device and Google Assistant can automatically do multiple actions." *Automate daily routines & tasks*. |

7

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| [1.c] generating a response to the natural language utterance with a format based on the conversation type, wherein the format is adapted to limit the user's future input to interjecting queries or requests for clarification if the user has the supporter role. | Google AI Products generate a response to the natural language utterance with a format based on the conversation type, wherein the format is adapted to limit the user's future input to interjecting queries or requests for clarification if the user has the supporter role.<br><br>For example, Google AI Products generate a response with a format based on the conversation type that is adapted to limit the user's future input to interjecting queries or requests for clarification if the user has the supporter role, as shown in the screenshots below from Google's My Activity webpage of conversations with a user. Instead of prompting the user for more information, as in the conversation about timers where the user is the leader, Google AI Products generate a response adapted to limit the user's future input to interjecting queries or requests for clarification.<br><br><br><br>"Google Assistant can automatically do multiple actions." *Automate daily routines & tasks*. |

# EXHIBIT M-2

**Exhibit M-2 (Google Voice Search)**

**U.S. Pat. No. 8,515,765 ("the '765 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '765 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Use Google Voice Search - Android - Google Search Help," https://support.google.com/websearch/answer/2940021?hl=en&co=GENIE.Platform%3DAndroid, (*Google Voice Search*)

2. "Google," www.google.com, (*Google Home Page*)

3. "Speech-to-Text API: speech recognition and transcription | Google Cloud," https://cloud.google.com/speech-to-text?hl=en, (*Speech-to-Text*)

4. "Chirp 3 Transcription: Enhanced multilingual accuracy | Cloud Speech-to-Text | Google Cloud Documentation," https://docs.cloud.google.com/speech-to-text/docs/models/chirp-3, (*Chirp 3*)

5. "Improving End-to-End Models For Speech Recognition," https://research.google/blog/improving-end-to-end-models-for-speech-recognition/, Dec 14, 2017, Tara N. Sainath (Research Scientist, Speech Team) and Yonghui Wu (Software Engineer, Google Brain Team), Google Research. (*Improving End-to-End Models*)

6. "Google AI Overviews - Search anything, effortlessly," https://search.google/ways-to-search/ai-overviews/, (*AI Overviews*)

7. "Find information in faster & easier ways with AI Overviews in Google Search," https://support.google.com/websearch/answer/14901683, (*Find Information*)

8. About ads and AI Overviews - Google Ads Help, https://support.google.com/google-ads/answer/16297775, (*About Ads*)

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method of providing a voice interface, comprising: | Google AI Products, perform a method of providing a voice interface.<br><br>For example, Google AI Products include Google Voice Search.<br><br>Google voice search is available on Google AI Products by "open[ing] the Google app G " and tapping "the Microphone 🎤 " *Google Voice Search*.<br><br>Google voice search is also available in a browser by navigating to www.google.com. |

1

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br><br>*Google Home Page*. |
| [1.a] receiving, at a speech engine, a natural language utterance from a voice-enabled device, the natural language utterance corresponding to a conversation type; | Google AI Products receive, at a speech engine, a natural language utterance from a voice-enabled device, the natural language utterance corresponding to a conversation type.<br><br>For example: "Speech-to-Text can utilize Chirp 3, Google Cloud's foundation model for speech trained on millions of hours of audio data and billions of text sentences." *Speech-to-Text*.<br><br>As another example: "Chirp 3 is the latest generation of Google's multilingual Automatic Speech Recognition (ASR)-specific generative models, designed to meet user needs based on feedback and experience." *Chirp 3*.<br><br>As another example: "The *listener* encoder component, which is similar to a standard AM, takes the time-frequency representation of the input speech signal, x, and uses a set of neural network layers to map the input to a higher-level feature representation, $h^{enc}$. The output of the encoder is passed to an *attender*, which uses $h^{enc}$ to learn an alignment between input features x and predicted subword units $\{y_n, \ldots y_0\}$, where each subword is typically a grapheme or wordpiece." *Improving End-to-End Models*.<br><br>As another example, Google AI Products receive natural language utterances corresponding to a conversation type, for example the utterances shown in the below screenshots. |

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | <br><br>As yet another example Google AI Products receive natural language utterances corresponding to a conversation type, for example the utterances shown in the below screenshots. *AI Overviews*. |

3

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | <br><br>*AI Overviews*.<br><br>"Whether you're using text, voice, or an image, you'll get relevant, reliable AI responses with links to dig deeper." *AI Overviews*. |
| [1.b] determining the conversation type corresponding to the natural language utterance based on whether a user that spoke the natural language utterance has a leader role in an interaction with the voice-enabled device or has a supporter role in the interaction with the voice-enabled device; and | Google AI Products determine the conversation type corresponding to the natural language utterance based on whether a user that spoke the natural language utterance has a leader role in an interaction with the voice-enabled device or has a supporter role in the interaction with the voice-enabled device.<br><br>For example, Google AI Products determine the conversation type, such as query type conversations, based on the user having a leader role in an interaction, as shown in the screenshots below. In this conversation the user is a leader because, e.g., the user controls the conversation and has a specific goal in mind, i.e. to order food or buy paper towels.<br><br> |

4

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | Alternatively, Google AI Products determine the conversation type, such as a didactic type conversation, based on the user having a supporter role in an interaction.<br><br>For example: "You'll find AI Overviews in your Google Search results when our systems determine that generative AI can be especially helpful – for example, when you want to quickly understand information from a range of sources." *Find Information*;<br><br>*AI Overviews*.<br><br>"AI Overviews trigger on queries which are generally "no one right answer" queries, like complex queries or queries where it may be helpful to get information from a range of web pages." *About Ads*. |
| [1.c] generating a response to the natural language utterance with a format based on the conversation type, wherein the format is adapted to limit the user's future input to interjecting queries or requests for | Google AI Products generate a response to the natural language utterance with a format based on the conversation type, wherein the format is adapted to limit the user's future input to interjecting queries or requests for clarification if the user has the supporter role.<br><br>For example, the Google AI Products generate a response with a format based on the conversation type that is adapted to limit the user's future |

5

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| clarification if the user has the supporter role. | input to interjecting queries or requests for clarification if the user has the supporter role, as shown below:<br><br><br><br>*AI Overviews.*<br><br>As another example: "You can now seamlessly transition from an AI Overview to a deeper conversation in AI Mode. This feature is available on mobile devices in all regions and languages where AI Overviews and AI Mode are supported.<br><br>"How it works:<br><br>• Select Show more at the bottom of the AI Overview to open the detailed view.<br><br>• Type your follow-up question in the Ask anything bar to seamlessly dive deeper in a conversational back and forth in AI Mode. The context from your original search carries over so you don't have to start over." *Find Information.* |

6

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | As yet another example: "AI Overviews can take the work out of searching by providing an AI-generated snapshot with key information and links to dig deeper." *Find Information*. |

# EXHIBIT M-3

**Exhibit M-3 (765 Gemini)**

**U.S. Pat. No. 8,515,765 ("the '765 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '765 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Introducing Gemini, your new personal AI assistant," https://gemini.google/assistant/, (*Introducing Gemini*)

2. "What is Gemini and how it works," https://gemini.google/us/overview/?hl=en, (*What is Gemini*)

3. "The Assistant experience on mobile is upgrading to Gemini," https://blog.google/products-and-platforms/products/gemini/google-assistant-gemini-mobile/, (*Upgrading to Gemini*)

4. "Gemini Live — get real-time voice assistance from Gemini," https://gemini.google/overview/gemini-live/,  (*Gemini Live*)

5. "Control your Android mobile device & apps with Utilities," https://support.google.com/gemini/answer/15235441, (*Utilities*)

6. "Gemini gets more personal, proactive and powerful," https://blog.google/products-and-platforms/products/gemini/gemini-app-updates-io-2025/, Josh Woodward, VP, Google Labs & Google Gemini, Google, May 20, 2025. (*Gemini gets more personal.*)

7. "Google's Gemini AI is getting a chatty new voice mode," https://www.theverge.com/2024/5/14/24155543/google-gemini-ai-live-voice-chat-vision-digital-assistant, May 14, 2024, Wes Davis, TheVerge. (*Chatty new voice mode.*)

8. "Speech-to-Text API: speech recognition and transcription | Google Cloud," https://cloud.google.com/speech-to-text?hl=en, (*Speech-to-Text*)

9. "Chirp 3 Transcription: Enhanced multilingual accuracy | Cloud Speech-to-Text | Google Cloud Documentation," https://docs.cloud.google.com/speech-to-text/docs/models/chirp-3, (*Chirp 3*)

10. "Gemini Live API overview," https://docs.cloud.google.com/vertex-ai/generative-ai/docs/live-api, (*Gemini Live API*)

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method of providing a voice interface, comprising: | Google AI Products, perform a method of providing a voice interface. |
| | For example, Google AI Products include Google Gemini. |
| | "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini.* |

1

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | "Gemini is an interface to a multimodal LLM (handling text, audio, images and more). Gemini is based on Google's cutting-edge research in LLMs, which began with the Word2Vec paper in 2013 that proposed novel model architectures that mapped words as mathematical concepts, followed by the introduction of a neural conversational model in 2015. This framework demonstrated how models could predict the next sentence in a conversation based on the previous sentence or sentences, leading to more natural conversational experiences. This was followed by our breakthrough work on Transformer in 2017 and multi-turn chat capabilities in 2020, which demonstrated even more compelling generative language progress." *What is Gemini*. Gemini is available as the system assistant in Android devices as shown in the exemplary screenshot below. Gemini is also available as a mobile app as shown in the exemplary screenshot below from an Android device. |

2

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | <br><br>Gemini is also available as a web app as shown in the exemplary screenshot below from the Chrome web browser.<br><br>Gemini is also available in Chrome and as "AI Mode" in Google Search as shown in the exemplary screenshot below from the Chrome web browser. |

3

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |

As another example, Google has upgraded or is "upgrading Google Assistant users on mobile to Gemini, offering a new kind of help only possible with the power of AI. . . . Additionally, we'll be upgrading tablets, cars and devices that connect to your phone, such as headphones and watches, to Gemini. We're also bringing a new experience, powered by Gemini, to home devices like speakers, displays and TVs." *Upgrading to Gemini*.

As yet another example, Gemini works in and with other Google apps, features, and functionality, including at least, Calendar, Keep, Tasks, Google Maps, Gmail, Google Drive, YouTube, YouTube Music, Messages, alarms & timers, Google Home, Routines, etc. *Introducing Gemini* (under "Here's a list of popular features from Google Assistant that are available now or coming soon to Gemini. Please keep in mind that this only applies to your phone and other eligible Android devices.")

As yet another example: "Talk it out Live with Gemini. Gemini Live is a more natural way to chat with Gemini. Go Live to brainstorm and organize your thoughts, or your camera or screen and get real-time, spoken responses. Available to mobile users in 45+ languages and over 150 countries." *Gemini Live*.

As yet another example: "Talk with Gemini about anything you see. Now you can have a conversation with Gemini about anything you're looking at, around you or on your screen." *Gemini Live*.

As yet another example: "Gemini Live with camera and screen sharing, is now free on Android and iOS for everyone, so you can point your phone at anything and talk it through." *Gemini gets more personal*.

As yet another example: "Google's Gemini AI assistant is getting new voice chat capabilities for Gemini Advanced subscribers this year. The feature, called Gemini Live, will enable two-way spoken conversation

4

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | with the chatbot, smart assistant capabilities, and vision features…" *Chatty new voice model*. |
| [1.a] receiving, at a speech engine, a natural language utterance from a voice-enabled device, the natural language utterance corresponding to a conversation type; | Google AI Products, receive, at a speech engine, a natural language utterance from a voice-enabled device, the natural language utterance corresponding to a conversation type. |
| | For example: "Speech-to-Text can utilize Chirp 3, Google Cloud's foundation model for speech trained on millions of hours of audio data and billions of text sentences." *Speech-to-Text*. |
| | As another example: "Chirp 3 is the latest generation of Google's multilingual Automatic Speech Recognition (ASR)-specific generative models, designed to meet user needs based on feedback and experience." *Chirp 3*. |
| | As yet another example: "Gemini is an interface to a multimodal LLM (handling text, audio, images and more). Gemini is based on Google's cutting-edge research in LLMs, which began with the Word2Vec paper in 2013 that proposed novel model architectures that mapped words as mathematical concepts, followed by the introduction of a neural conversational model in 2015. This framework demonstrated how models could predict the next sentence in a conversation based on the previous sentence or sentences, leading to more natural conversational experiences. This was followed by our breakthrough work on Transformer in 2017 and multi-turn chat capabilities in 2020, which demonstrated even more compelling generative language progress." *What is Gemini*. |
| | As yet another example, "Gemini Live API enables low-latency, real-time voice and video interactions with Gemini. It processes continuous streams of audio, video, or text to deliver immediate, human-like spoken responses. This creates a natural conversational experience for your users." *Gemini Live API*. |
| | |
| | As another example, Google AI Products receive natural language utterances corresponding to a conversation type, for example the utterances shown in the screenshots below from Gemini's chat feed. |

5

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | As another example, Google AI Products receive natural language utterances corresponding to a conversation type, for example the utterances shown in the screenshots below from Gemini's chat feed. |

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |
| [1.b] determining the conversation type corresponding to the natural language utterance based on whether a user that spoke the natural language utterance has a leader role in an interaction with the voice-enabled device or has a supporter role in the interaction with the voice-enabled device; and | Google AI Products, determine the conversation type corresponding to the natural language utterance based on whether a user that spoke the natural language utterance has a leader role in an interaction with the voice-enabled device or has a supporter role in the interaction with the voice-enabled device.

For example, Google AI Products determine the conversation type, such as query type conversations, based on the user having a leader role in an interaction, as shown in the screenshots below. In this conversation the user is a leader because, e.g., the user controls the conversation and has a specific goal in mind, i.e. to set alarms. |

7

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  As another example: "When you use Gemini as your mobile assistant on  your Android device, you can ask it to do certain actions for you with the Utilities app. For example, you can ask it to manage your alarms and timers, open apps, read and reply to notifications, control your media, and more." *Utilities*.<br><br>Alternatively, Google AI Products determine the conversation type, such as a didactic type conversation, based on the user having a supporter role in an interaction.<br><br>Alternatively, Google AI Products determine the conversation type, such as a didactic type conversation, based on the user having a supporter role in an interaction, as shown in the screenshots below from Gemini's chat feed of conversations with a user. In this conversation, the user is a supporter because, e.g., the user's role may be limited to regulating an overall progression of the conversation and interjecting queries for clarification. |

8

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | tell me about the city of Seattle<br><br>**The Emerald City**<br>Seattle is a major coastal seaport and the largest city in both the state of Washington and the Pacific Northwest. It is famously known for its **thriving tech industry, vibrant music scene, and iconic coffee culture.**<br><br>**Key Landmarks**<br>• **Space Needle:** An observation tower offering panoramic views of the skyline and Olympic Mountains.<br>• **Pike Place Market:** One of the oldest public farmers' markets in the US, famous for its fish toss and the original Starbucks.<br>• **Museum of Pop Culture (MoPOP):** A distinct architectural landmark dedicated to contemporary popular culture.<br><br>**Geography and Climate**<br>• **Location:** Situated on an isthmus between **Puget Sound and Lake Washington**<br><br>Ask Gemini<br><br>Fast |
| [1.c] generating a response to the natural language utterance with a format based on the conversation type, wherein the format is adapted to limit the user's future input to interjecting queries or requests for clarification if the user has the supporter role. | Google AI Products, generate a response to the natural language utterance with a format based on the conversation type, wherein the format is adapted to limit the user's future input to interjecting queries or requests for clarification if the user has the supporter role.<br><br>For example, Google AI Products generate a response with a format based on the conversation type that is adapted to limit the user's future input to interjecting queries or requests for clarification if the user has the supporter role, as shown in the screenshots below from Gemini's chat fees showing. Instead of executing commands, as in the conversations about alarms where the user is the leader, Google AI Products generate a response adapted to limit the user's future input to interjecting queries or requests for clarification. |

9

| '765 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br><br>As another example: "Response generation is similar to how a human might brainstorm different approaches to answering a question. Once a user provides a prompt, Gemini uses the post-trained LLM, the context in the prompt and the interaction with the user to draft several versions of a response. It also relies on external sources such as Google Search, and/or one of its several extensions, and recently uploaded files (Gemini Advanced only) to generate its responses. This process is known as retrieval augmentation. Given a prompt, Gemini strives to retrieve the most pertinent information from these external sources (e.g., Google Search) and represent them accurately in its response. Augmenting LLMs with external tools is an active area of research." *What is Gemini*.<br><br>As yet another example: "Lastly, before the final response is displayed, each potential response undergoes a safety check to ensure it adheres to predetermined policy guidelines. This process provides a double-check to filter out harmful or offensive information. The remaining responses are then ranked based on their quality, with the highest-scoring version(s) presented back to the user." *What is Gemini*. |

# EXHIBIT N-1

**Exhibit N-1 (249 – Google Assistant)**

**U.S. Pat. No. 10,297,249 ("the '249 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '249 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Nest Smart Speakers & Home Audio Systems – Google Store," https://store.google.com/category/nest_speakers?hl=en-US, (*Google Store – Speakers*)

2. "Nest Hub Smart Displays for Your Home – Google Store," https://store.google.com/category/nest_hubs_displays?hl=en-US, (*Google Store – Displays*)

3. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US, (*Google Store – Pixel phone*)

4. "Pixel Tablet. The tablet only Google could make – Google store," https://store.google.com/us/product/pixel_tablet?hl=en-US, (*Google Store – Pixel tablet*)

5. "Discover What the Google Assistant Can Do – Google Assistant," https://assistant.google.com/discover/, (*Discover Google Assistant*)

6. "Google Assistant - Learn What Your Google Assistant is Capable Of," https://assistant.google.com/learn/, (*Google Assistant – Learn*)

7. "Get started with the Google Assistant on Pixel - Android - Google Assistant Help," https://support.google.com/assistant/answer/9475056, (*Get Started with the Google Assistant on Pixel*)

8. "The Google Assistant, powering our new family of hardware," https://blog.google/products-and-platforms/products/assistant/google-assistant-powering-our-new-family-hardware/, Oct 4, 2017, (*Powering our new family*)

9. "3 tips to make Google Assistant your own," https://blog.google/products-and-platforms/products/assistant/how-to-personalize-google-assistant/, June 7, 2023, (*3 tips*)

10. "I/O: Building the next evolution of Google," https://blog.google/products-and-platforms/products/assistant/io-building-next-evolution-of-google/, May 18, 2016, (*I/O*)

11. "Multiple devices respond to 'Hey Google'," https://support.google.com/assistant/answer/7257763, (*Multiple Devices*)

12. "Google Assistant on Multiple Devices - FAQs Answered," https://www.googlenestcommunity.com/t5/Blog/FAQs-Using-Google-Assistant-and-Multiple-Devices/ba-p/474690, (*Using Google Assistant*)

13. "Five insights on voice technology," https://blog.google/products-and-platforms/products/assistant/five-insights-voice-technology/, Aug 21, 2018, (*Five insights*)

14. "Loud and clear: AI is improving Assistant conversations," https://blog.google/products-and-platforms/products/assistant/loud-and-clear-ai-improving-assistant-conversations/, Apr 28, 2021, (*Loud and clear*)

1

15. "Contextual Rephrasing in Google Assistant," https://research.google/blog/contextual-rephrasing-in-google-assistant/, May 17, 2022, Aurelien Boffy (Senior Staff Software Engineer), and Roberto Pieraccini (Engineering Director), Google Assistant, Google Research. (*Contextual rephrasing*)

16. "How Google Assistant's architecture powers voice features in your apps," https://www.youtube.com/watch?v=LcuouG7Ofpc, Video from the Google Developers YouTube Channel, Rebecca Nathenson Product Management Lead (Google Assistant), Luyan Chi (Software Engineer, Google Assistant), Alec Truitt (Global Product Partnerships, Google Assistant), Georges Nabaa (Partner Engineering Lead, Google Assistant), (*Google Assistant's architecture video*)

17. "Bringing you the next-generation Google Assistant," https://blog.google/products-and-platforms/products/assistant/next-generation-google-assistant-io/, May 7, 2019, (*Bringing you the next-generation*)

18. "Your Google Assistant is coming to new speakers, appliances and more," https://blog.google/products-and-platforms/products/assistant/your-google-assistant-is-coming-to-new-speakers-and-more/, Aug 30, 2017, (*Coming to new speakers*)

19. "A personal Google, just for you," https://blog.google/products-and-platforms/products/assistant/personal-google-just-you/, Oct 4, 2016, Sundar Pichai (CEO Google), Google. (*Personal Google*)

20. "Happy 5th birthday, Google Assistant!," https://blog.google/products-and-platforms/products/assistant/happy-5th-birthday-google-assistant/, Oct 13, 2021, Google Assistant Team, Google. (*Happy 5th birthday*)

21. "How Google Assistant works with your data, Google Assistant Help," https://support.google.com/assistant/answer/11091015, (*Works with your data*)

22. "WaveNet - Google DeepMind," https://deepmind.google/research/wavenet/, (*WaveNet*)

23. "Evaluation of Speech for the Google Assistant," https://research.google/blog/evaluation-of-speech-for-the-google-assistant/, Dec 21, 2017, (*Evaluation of Speech*)

| '249 Patent Claim Language | Exemplary Google AI Products |
| --- | --- |
| 1.[pr] A computer-implemented method of facilitating natural language system responses using short-term knowledge generated based on one or more prior multi-modal device interactions, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising: | Google AI Products perform a computer-implemented method of facilitating natural language system responses using short-term knowledge generated based on one or more prior multi-modal device interactions, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method.<br><br>For example, Google AI Products include Google Assistant.<br><br>As another example, Google Nest Speakers and Nest Hub display devices are primarily voice-activated. |

2

| '249 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Google Store – Speakers.*<br><br>*Google Store – Displays.*<br><br>"The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look |

| '249 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | up directions, and do more with just your voice." *Get started with the Google Assistant on Pixel*; *Google Store – Pixel phone*. |
|  | And Google Assistant is installed on Pixel tablets. |
|  |  |
|  | *Google Store – Pixel tablet*. |
|  | "On Pixelbook, your Assistant can help you send a quick email, create a new doc or get the details of your next calendar event." *Powering our new family.* |
|  |  |
|  | *Discover Google Assistant*. |
|  | "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation*. |
| [1.a] receiving, by the computer system during a first conversation, a first voice input via a first input device, the first voice input comprising a first natural language utterance; | Google AI Products receive, by the computer system during a first conversation, a first voice input via a first input device, the first voice input comprising a first natural language utterance. |
|  | Google AI Products are configured with input devices that receive a first voice input comprising a first natural language utterance during a first conversation. For example: "Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O*. As another example: "To power the Google Assistant, we rely on the full computing power of |

| '249 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.*<br><br>As another example, first voice input comprising a first natural language utterance are shown in the screenshots below from Google's My Activity webpage.<br><br><br><br>Below are more examples. |

| '249 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br><br>*Google Assistant – Learn.*<br><br><br><br>*Google Assistant – Learn.*<br><br>"Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O*.<br><br>"To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation*.<br><br>"To get started, navigate to Assistant settings on your phone or say 'Hey Google, set up Voice Match' on Assistant-enabled devices like earbuds and smart displays." *3 tips*. |
| [1.b] receiving, by the computer system, a second voice input comprising the first natural | Google AI Products receive, by the computer system, a second voice input comprising the first natural language utterance via a second input device. |

6

| '249 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| language utterance via a second input device; | For example: "If you say 'Hey Google' near two or more devices, such as your Google Nest or Home device and your Pixel Tablet or phone, multiple devices might turn on." *Multiple Devices*. |
| [1.c] comparing, by the computer system, the first voice input with the second voice input; | Google AI Products compare, by the computer system, the first voice input with the second voice input.<br><br>For example: "If you're near your Google Home device and Pixel (Mobile, Watch) device, only one of the devices should respond to 'Hey Google.' Multiple devices might activate, but only one should respond." *Using Google Assistant*. |
| [1.d] filtering, by the computer system, sound from the first voice input and second voice input based on the comparison; | Google AI Products filter, by the computer system, sound from the first voice input and second voice input based on the comparison.<br><br>For example: "Google selects the best device to respond to based on various factors, such as:<br><br>• Proximity of the device<br>• Type of request<br>• Capabilities of the device"<br><br>*Multiple Devices*.<br><br>"If you're hearing an error message on one of your devices while the other device is responding to your request, one possibility is that the device issuing the error message is temporarily disconnected from your wifi network (offline) / experiencing network issues." *Using Google Assistant*. |
| [1.e] obtaining, by the computer system during the first conversation, a user interface state related to one or more non-voice inputs associated with the first voice input, the one or more non-voice inputs comprising at least a first non-voice input; | Google AI Products obtain, by the computer system during the first conversation, a user interface state related to one or more non-voice inputs associated with the first voice input, the one or more non-voice inputs comprising at least a first non-voice input.<br><br>For example: "Google Home devices are generally better suited to respond to your request (better speakers, larger screens etc). Google might choose them over other personal devices for a better experience." *Using Google Assistant*.<br><br>As another example: "Google sends push notifications asking for feedback regularly. If you receive a notification, please provide feedback when Google gets it wrong or right, as both are helpful in improving how the Assistant works in a home." *Using Google Assistant*.<br><br>"When the Nest Hub Max is one of the devices that heard your request, but another device responds, we show this notification to show you which other device in your home responded. If you expected your Nest Hub Max to respond instead, tap on the 'Wrong device' button to give feedback, so Google can learn and improve the Assistant's behavior over time." *Using Google Assistant*. |
| [1.f] generating, by the computer system, the short-term knowledge based on at least the first voice input and the first non-voice input; | Google AI Products, generate, by the computer system, the short-term knowledge based on at least the first voice input and the first non-voice input. |

| '249 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | For example, "Google Assistant uses your previous interactions and understands what's currently being displayed on your smartphone or smart display to respond to any follow-up questions, letting you have a more natural, back-and-forth conversation." *Loud and clear*. |
| | As another example, Google AI Products accumulate short-term shared knowledge about the type of device that receives the utterance (e.g., whether it has a screen). "With the launch of Smart Displays and our new visual experience for phones, we've evolved the Google Assistant to become much more dynamic, spanning voice, screens, tapping and typing." *Five insights*. |
| | As yet another example, "The Assistant also takes contextual cues, like the time of day, into account when you're asking for help, giving you breakfast recipes in the morning and dinner at night." *Bringing you the next-generation*. |
| | Below are more examples. |
| | Google Assistant "allows users to speak in a natural manner when referencing context that was defined in previous queries and answers." *Contextual Rephrasing*. |
| | Google Assistant accumulates context across a conversation with a feature they called "Continued Conversation." "Running on-device, the next generation Assistant can process and understand your requests as you make them, and deliver the answers up to 10 times faster. You can multitask across apps—so creating a calendar invite, finding and sharing a photo with your friends, or dictating an email is faster than ever before. And with Continued Conversation, you can make several requests in a row without having to say 'Hey Google' each time." *Bringing you the next-generation*. |
| | "And since it's the Google Assistant, you can expect great speech recognition, natural language processing and the ability to ask those 'tough' contextual questions ('Where is the Eiffel Tower?' Followed by, 'How tall is it?'). *Coming to new speakers*. |
| | Google "fully rebuilt Assistant's NLU models so it can now more accurately understand context while also improving its 'reference resolution' — meaning it knows exactly what you're trying to do with a command. This upgrade uses machine learning technology powered by state-of-the-art BERT, a technology we invented in 2018 and first brought to Search that makes it possible to process words in relation to all the other words in a sentence, rather than one-by-one in order." *Loud and clear*. |
| | "If you're having a conversation with your Assistant about Miami and you want more information, it will know that when you say 'show me the nicest beaches' you mean beaches in Miami. Assistant can also understand questions that are referring to what you're looking at on your smartphone or tablet screen, like [who built the first one] or queries that look incomplete like [when] or [from its construction]." *Loud and clear*. |

8

| '249 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | <br><br>"Assistant NLU is also able to take context into consideration. For example, if a user asks, 'How is the weather in Mountain View?' after getting a response, the user issues a follow-up query, 'How about New York?' In this case, even though the second query doesn't mention weather, Assistant is able to understand from the context that the user is asking about weather and will be able to respond correctly." 8:20: *Google Assistant's architecture video.* |
| [1.g] determining, by the computer system, based on the short-term knowledge, a first context for the first natural language utterance; | Google AI Products determine, by the computer system, based on the short-term knowledge, a first context for the first natural language utterance.<br><br>For example: "And since it's the Google Assistant, you can expect great speech recognition, natural language processing and the ability to ask those 'tough' contextual questions ('Where is the Eiffel Tower?' Followed by, 'How tall is it?'). *Coming to new speakers.*<br><br>As another example: "We said the Assistant should be helpful, simple to use, available where you need it and that it should understand your context—location, device you're using, etc." *Powering our new family.*<br><br>As yet another example: "The Assistant also takes contextual cues, like the time of day, into account when you're asking for help, giving you breakfast recipes in the morning and dinner at night." *Bringing you the next-generation.*<br><br>As yet another example: "Assistant uses what you say, and info from your linked devices and services, to understand and respond to you. It also uses this info for other purposes stated in Google's Privacy Policy, such as improvements to Google services. (including technologies to help reduce unintended activations for everyone). Examples of information from your linked devices and services include:<br><br>• location (learn more)<br>• device names<br>• tasks, events, and alarms<br>• installed apps, contacts, and playlists"<br><br>*Works with your data.* |

9

| '249 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | As yet another example: "Like in any conversation, context matters and Assistant needs to be flexible enough to understand what you're referring to when you ask for help." *Loud and clear*. |
| | As yet another example: "The assistant is an ambient experience that will work seamlessly across devices and contexts. So you can summon Google's help no matter where you are or what the context." *I/O*. |
| | As yet another example: "We want to help you get things done in your world, across different places, contexts and situations. And that means building the Google Assistant and other amazing software into the hardware that you depend on every day." *Personal Google*. |
| | As yet another example: "Google Assistant brings together all the technology Google has been building for years, from the Knowledge Graph to Natural Language Processing. One of my proudest moments working on the team was when we applied BERT, the revolutionary neural transformer invented by Google in 2018, to Assistant conversations, helping Assistant understand context and longer dialogs, making conversations more natural." *Happy 5th birthday*. |
| | *Google Assistant's architecture video* at 4:34. |
| [1.h] determining, by the computer system, based on the first context, an interpretation of the first natural language utterance; | Google AI Products determine, by the computer system, based on the first context, an interpretation of the first natural language utterance. |
| | For example: "Like in any conversation, context matters and Assistant needs to be flexible enough to understand what you're referring to when you ask for help." *Loud and clear*. |
| | As another example: "The assistant is an ambient experience that will work seamlessly across devices and contexts. So you can summon Google's help no matter where you are or what the context." *I/O*. |
| | A yet another example: "We want to help you get things done in your world, across different places, contexts and situations. And that means building the Google Assistant and other amazing software into the hardware that you depend on every day." *Personal Google*. |

10

| '249 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | *Google Assistant's architecture video* at 4:20: "When a user makes a request such as 'Hey Google book a time with Wal-Mart,' Google breaks out the parameters of the query and then Google's natural language understanding, also known as NLU, plays a key role in matching it to the user's intent, while also factoring in the user's context and devices." *Google Assistant's architecture video.*  A yet another example: "Given the variety of contexts naturally used in human languages, we adopted a hybrid approach that combines linguistic rules, large amounts of historic data through logs, and ML models based on state-of-the-art Transformer approaches. By generating a number of rephrasing candidates for each query and its context, and then scoring and ranking them using a variety of signals, Assistant can rephrase and thus correctly interpret most contextual queries. As Assistant can handle most types of linguistic references, we are empowering users to have more natural conversations. To make such multi-turn conversations even less cumbersome, Assistant users can turn on Continued Conversation mode to enable asking follow-up queries without the need to repeat 'Hey Google' between each query. We are also using this technology in other virtual assistant settings, for instance, interpreting context from something shown on a screen or playing on a speaker." *Contextual rephrasing.* |
| [1.i] generating, by the computer system, based on the interpretation of the first natural language utterance, a first response to the first natural language utterance. | Google AI Products generate, by the computer system, based on the interpretation of the first natural language utterance, a first response to the first natural language utterance.  For example: "If you're near your Google Home device and Pixel (Mobile, Watch) device, only one of the devices should respond to 'Hey Google.' Multiple devices might activate, but only one should respond." *Using Google Assistant.*  As another example: "In order to generate the optimal audio response, we use a combination of explicit linguistic knowledge and deep learning solutions that allow us to keep answers grammatical, fluent and concise." *Evaluation of Speech.*  As yet another example: "WaveNet is a generative model trained on human speech samples. It creates waveforms of speech patterns by predicting which sounds are most likely to follow each other, each built |

11

| '249 Patent Claim Language | Exemplary Google AI Products |
| --- | --- |
| | one sample at a time, with up to 24,000 samples per second of sound. The model incorporates natural-sounding elements, such as lip-smacking and breathing patterns. And includes vital layers of communication like intonation, accents, emotion — delivering a richness and depth to computer-generated voices." *WaveNet*. |

12

# EXHIBIT O-1

**Exhibit O-1 (341 – Google Assistant)**

**U.S. Pat. No. 10,510,341 ("the '341 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '341 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Nest Smart Speakers & Home Audio Systems – Google Store," https://store.google.com/category/nest_speakers?hl=en-US, (*Google Store – Speakers*)

2. "Nest Hub Smart Displays for Your Home – Google Store," https://store.google.com/category/nest_hubs_displays?hl=en-US, (*Google Store – Displays*)

3. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US, (*Google Store – Pixel phone*)

4. "Pixel Tablet. The tablet only Google could make – Google store," https://store.google.com/us/product/pixel_tablet?hl=en-US, (*Google Store – Pixel tablet*)

5. "Discover What the Google Assistant Can Do – Google Assistant," https://assistant.google.com/discover/, (*Discover Google Assistant*)

6. "Bringing you the next-generation Google Assistant," https://blog.google/products-and-platforms/products/assistant/next-generation-google-assistant-io/, May 7, 2019, (*Bringing you the next-generation*)

7. "Get started with the Google Assistant on Pixel - Android - Google Assistant Help," https://support.google.com/assistant/answer/9475056, (*Get Started with the Google Assistant on Pixel*)

8. "Five insights on voice technology," https://blog.google/products-and-platforms/products/assistant/five-insights-voice-technology/, Aug 21, 2018, (*Five insights*)

9. "Loud and clear: AI is improving Assistant conversations," https://blog.google/products-and-platforms/products/assistant/loud-and-clear-ai-improving-assistant-conversations/, Apr 28, 2021, (*Loud and clear*)

10. "How Google Assistant's architecture powers voice features in your apps," https://www.youtube.com/watch?v=LcuouG7Ofpc, Video from the Google Developers YouTube Channel, Rebecca Nathenson Product Management Lead (Google Assistant), Luyan Chi (Software Engineer, Google Assistant), Alec Truitt (Global Product Partnerships, Google Assistant), Georges Nabaa (Partner Engineering Lead, Google Assistant), (*Google Assistant's architecture video*)

11. "The Google Assistant, powering our new family of hardware," https://blog.google/products-and-platforms/products/assistant/google-assistant-powering-our-new-family-hardware/, Oct 4, 2017, (*Powering our new family*)

12. "3 tips to make Google Assistant your own," https://blog.google/products-and-platforms/products/assistant/how-to-personalize-google-assistant/, June 7, 2023, (*3 tips*)

13. "Get Started with Google Assistant," https://assistant.google.com/learn/ (*Google Assistant – Learn*)

14. "How Google Assistant works with your data, Google Assistant Help," https://support.google.com/assistant/answer/11091015, (*Works with your data*)

15. "A personal Google, just for you," https://blog.google/products-and-platforms/products/assistant/personal-google-just-you/, Oct 4, 2016, Sundar Pichai (CEO Google), Google. (*Personal Google*)

16. "Have a conversation with Google Assistant," https://support.google.com/pixelphone/answer/10004407, Google. (*Have a conversation*)

17. "How to turn on and use Google Assistant Continued Conversation," https://www.the-ambient.com/how-to/google-assistant-home-continued-conversation-2352/, February 8, 2023, Paul Lamkin, The Ambient. (*Continued Conversation*)

18. "I/O: Building the next evolution of Google," https://blog.google/products-and-platforms/products/assistant/io-building-next-evolution-of-google/, May 18, 2016, (*I/O*)

19. "Happy 5th birthday, Google Assistant!," https://blog.google/products-and-platforms/products/assistant/happy-5th-birthday-google-assistant/, Oct 13, 2021, Google Assistant Team, Google. (*Happy 5th birthday*)

20. "WaveNet - Google DeepMind," https://deepmind.google/research/wavenet/, (*WaveNet*)

21. "Evaluation of Speech for the Google Assistant," https://research.google/blog/evaluation-of-speech-for-the-google-assistant/, Dec 21, 2017, (*Evaluation of Speech*)

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A computer-implemented method of facilitating natural language system responses utilizing accumulated short-term and long-term knowledge, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising: | Google AI Products perform a computer-implemented method of facilitating natural language system responses utilizing accumulated short-term and long-term knowledge, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method.<br><br>For example, Google AI Products include Google Assistant.<br><br>As another example, Google Nest Speakers and Nest Hub display devices are primarily voice-activated. |

2

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br>*Google Store – Speakers.*<br><br><br>*Google Store – Displays.*<br><br>"The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice." *Get started with the Google Assistant on Pixel*; *Google Store – Pixel phone*.<br><br>And Google Assistant is installed on Pixel tablets.<br><br><br>*Google Store – Pixel tablet.* |

3

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | "On Pixelbook, your Assistant can help you send a quick email, create a new doc or get the details of your next calendar event." *Powering our new family.*<br><br><br><br>*Discover Google Assistant.*<br><br>"To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.* |
| [1.a] accumulating, by the computer system, short-term knowledge based on one or more natural language utterances received during a predetermined time period; | Google AI Products accumulate, by the computer system, short-term knowledge based on one or more natural language utterances received during a predetermined time period.<br><br>For example, Google AI Products accumulated short-term shared knowledge based on one or more natural language utterances received during a predetermined time period, including that the user utterance "Set an alarm" followed by a response by the system of "when's the alarm for" followed by a user utterance "six" related to an alarm at 6 pm on a smart device as shown in the screenshots from Google's My Activity webpage shown below.<br><br><br><br> |

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  As another example, each of the Accused Products, including the Google AI Products, accumulate short-term shared knowledge about the type of device receives the utterance (e.g., whether it has a screen). "With the launch of Smart Displays and our new visual experience for phones, we've evolved the Google Assistant to become much more dynamic, spanning voice, screens, tapping and typing." *Five insights*.<br><br>Below are more examples.<br><br>"Google Assistant uses your previous interactions and understands what's currently being displayed on your smartphone or smart display to respond to any follow-up questions, letting you have a more natural, back-and-forth conversation." *Loud and clear*.<br><br>"If you're having a conversation with your Assistant about Miami and you want more information, it will know that when you say 'show me the nicest beaches' you mean beaches in Miami. Assistant can also understand questions that are referring to what you're looking at on your smartphone or tablet screen, like [who built the first one] or queries that look incomplete like [when] or [from its construction]." *Loud and clear*.<br><br><br>*Google Assistant's architecture video* at 8:46.<br><br>"The Assistant also takes contextual cues, like the time of day, into account when you're asking for help, giving you breakfast recipes in the morning and dinner at night." *Bringing you the next-generation*. |

5

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | "When Continued Conversation is on, Google Assistant listens for follow-up questions for about 10 seconds. It uses voice and sensor signals, like speech, gyroscope, acceleration, and rotation sensors to detect if you're continuing the conversation or not." *Have a conversation*. |
| [1.b] expiring, by the computer system, one or more items of short-term knowledge that are based on one or more natural language utterances received prior to the predetermined time period; | Each of the Accused Products, including the Google AI Products, expire, by the computer system, one or more items of short-term knowledge that are based on one or more natural language utterances received prior to the predetermined time period. For example, when Google AI Products prompted for more information such as the time of an alarm as shown above in relation to element 1.a, and the user said six within the predetermined time period, Google AI Products expired short-term knowledge about the alarm conversation. As another example, Google AI Products expire short-term shared knowledge about an alarm when a user says "Set an alarm" followed by multiple responses by the system, including "when's the alarm for" followed by no response from the user. As yet another example, with the Continued Conversations feature enabled, Google Assistant will listen for follow-ups for the same conversation for up to 10 seconds, shown above in relation to element 1.a. And as explained in The Ambient, "Once you've switched [Continued Conversations] on, it's time to start playing. Test it's working by asking, 'Ok Google, what's the weather like today?' |

6

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | then ask, 'What'll it be like tomorrow?'. Google should retain the context of the conversation and answer the second part no problem. You can even mix it up a bit. After asking for the weather, try saying, 'Remind me to take an umbrella with me tomorrow.' In fact, the different queries don't have to be related at all. But be aware that there's a timeout period: you have eight seconds after making one request to give Assistant a follow-up question. You'll also see the LEDs stay lit up to signify it's still listening. After that time you'll have to start with an 'Ok Google' again." *Continued Conversation.* |
| [1.c] accumulating, by the computer system, long-term knowledge based on one or more natural language utterances received prior to the predetermined time period, wherein the long-term knowledge includes at least one of the one or more expired items of short-term knowledge; | Google AI Products accumulate, by the computer system, long-term knowledge based on one or more natural language utterances received prior to the predetermined time period, wherein the long-term knowledge includes at least one of the one or more expired items of short-term knowledge. For example, Google AI Products accumulated long-term shared knowledge about a user's alarm when a user provides enough information to execute the request to set an alarm as shown in the screenshots from Google's My Activity webpage below. In another example, Google Assistant uses long term shared knowledge about the user that includes past conversations about the user's upcoming flight itinerary. |

7

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  *Discover Google Assistant.* As yet another example, Google added a feature called "Personal References" that utilizes accumulated long-term knowledge that includes past conversations with the user. "For a digital assistant to be helpful, it needs to understand the people, places and events that are important to you. In the coming months, the Assistant will be able to better understand references to all of these through Personal References. For example, after you've told the Assistant which contact is 'mom,' you'll be able to ask for things more naturally like, 'What's the weather like at mom's house this weekend?' or, 'Remind me to order flowers a week before my sister's birthday.' You always have control over your personal information, and can add, edit or remove details from the 'You' tab in Assistant settings at any time." *Bringing you the next-generation.* And in another example, the long-term shared knowledge may include the user's schedule. "We want to make sure drivers are |

8

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | able to do everything they need with just voice, so we've designed a voice-forward dashboard that brings your most relevant activities—like navigation, messaging, calling and media—front and center. It includes suggestions tailored to you, so if you have a dinner reservation on your calendar, you'll see directions to the restaurant." *Bringing you the next-generation.*<br><br>Likewise, "My typical day starts with a 'Hey Google, good morning.' That kicks off a personalized Google Assistant routine that plays my favorite songs, shares local weather updates and reads off my schedule. As I head into the office, I ask Assistant to send a message to my mom, telling her I'll call after work. And at the end of my day, with a quick voice prompt, Assistant calls my parents to check in." *3 tips.* |
| [1.d] receiving, at the computer system, a first natural language utterance via an input device; | Google AI Products receive, at the computer system a first natural language utterance via an input device.<br><br>Google AI Products are configured with input devices that receive utterances. For example: "Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O*. As another example: "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.*<br><br>As another example, Google AI Products received an utterance, e.g. "do I have any alarms" and "cancel that alarm" as shown in the screenshots from Google's My Activity webpage below.<br><br><br><br><br><br>Below are more examples of utterances each of the Accused Products, including the Google AI Products, receive. |

9

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | *Google Assistant – Learn.* |
| | *Discover Google Assistant.* |
| [1.e] determining, by the computer system, based on the short-term knowledge and the long-term knowledge, a first context for the first natural language utterance; | Google AI Products determine, by the computer system, based on the short-term knowledge and the long-term knowledge, a first context for the first natural language utterance. |
| | For example, each of the Accused Products, including the Google AI Products, determine a first context based on the short-term knowledge and the long-term knowledge for the utterances "do I have any alarms" and "cancel that alarm" shown in the screenshots from Google's My Activity webpage shown above in relation to element 1.d. |
| | As another example: "We said the Assistant should be helpful, simple to use, available where you need it and that it should understand your context—location, device you're using, etc." *Powering our new family.* |
| | As yet another example: "The Assistant also takes contextual cues, like the time of day, into account when you're asking for |

10

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | help, giving you breakfast recipes in the morning and dinner at night." *Bringing you the next-generation*.<br><br>As yet another example: "Assistant uses what you say, and info from your linked devices and services, to understand and respond to you. It also uses this info for other purposes stated in Google's Privacy Policy, such as improvements to Google services.  (including technologies to help reduce unintended activations for everyone).  Examples of information from your linked devices and services include:<br><br>• location (learn more)<br><br>• device names<br><br>• tasks, events, and alarms<br><br>• installed apps, contacts, and playlists"<br><br>*Works with your data*.<br><br>As yet another example: "Like in any conversation, context matters and Assistant needs to be flexible enough to understand what you're referring to when you ask for help." *Loud and clear*.<br><br>As yet another example: "The assistant is an ambient experience that will work seamlessly across devices and contexts. So you can summon Google's help no matter where you are or what the context." *I/O*.<br><br>As yet another example: "We want to help you get things done in your world, across different places, contexts and situations. And that means building the Google Assistant and other amazing software into the hardware that you depend on every day." *Personal Google*.<br><br>As yet another example: "Google Assistant brings together all the technology Google has been building for years, from the Knowledge Graph to Natural Language Processing. One of my proudest moments working on the team was when we applied BERT, the revolutionary neural transformer invented by Google in 2018, to Assistant conversations, helping Assistant understand context and longer dialogs, making conversations more natural." *Happy 5th birthday*. |

11

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Google Assistant's architecture video* at 4:20: "When a user makes a request such as 'Hey Google book a time with Wal-Mart,' Google breaks out the parameters of the query and then Google's natural language understanding, also known as NLU, plays a key role in matching it to the user's intent, while also factoring in the user's context and devices" *Google Assistant's architecture video*. |
| [1.f] determining, by the computer system, based on the first context, an interpretation of the first natural language utterance; and | Google AI Products determine, by the computer system, based on the first context, an interpretation of the first natural language utterance.  For example, Google AI Products determined an interpretation of the utterances "do I have any alarms" and "cancel that alarm" shown in the screenshots from Google's My Activity webpage shown above in relation to element 1.d.  Below are more examples.  "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation*.  "Google Assistant uses your previous interactions and understands what's currently being displayed on your smartphone or smart display to respond to any follow-up questions, letting you have a more natural, back-and-forth conversation." *Loud and clear*.  "Assistant uses what you say, and info from your linked devices and services, to understand and respond to you." *Works with your data*. |
| [1.g] generating, by the computer system, a first response to the first natural language utterance based on the interpretation. | Google AI Products generate, by the computer system, a first response to the first natural language utterance based on the interpretation.  For example, Google AI Products generated a response to the utterances "do I have any alarms" and "cancel that alarm" shown in the screenshots from Google's My Activity webpage shown |

12

| '341 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | above in relation to element 1.d confirming that the alarm has been cancelled.<br><br>Below are more examples.<br><br>"WaveNet is a generative model trained on human speech samples. It creates waveforms of speech patterns by predicting which sounds are most likely to follow each other, each built one sample at a time, with up to 24,000 samples per second of sound. The model incorporates natural-sounding elements, such as lip-smacking and breathing patterns. And includes vital layers of communication like intonation, accents, emotion — delivering a richness and depth to computer-generated voices." *WaveNet*.<br><br>"In order to generate the optimal audio response, we use a combination of explicit linguistic knowledge and deep learning solutions that allow us to keep answers grammatical, fluent and concise." *Evaluation of Speech*. |

13

# EXHIBIT P-1

**Exhibit P-1 (699 – Google Assistant)**

**U.S. Pat. No. 10,755,699 ("the '699 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '699 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Nest Smart Speakers & Home Audio Systems – Google Store," https://store.google.com/category/nest_speakers?hl=en-US, (*Google Store – Speakers*)

2. "Nest Hub Smart Displays for Your Home – Google Store," https://store.google.com/category/nest_hubs_displays?hl=en-US, (*Google Store – Displays*)

3. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US, (*Google Store – Pixel phone*)

4. "Pixel Tablet. The tablet only Google could make – Google store," https://store.google.com/us/product/pixel_tablet?hl=en-US, (*Google Store – Pixel tablet*)

5. "Discover What the Google Assistant Can Do – Google Assistant," https://assistant.google.com/discover/, (*Discover Google Assistant*)

6. "Google Assistant - Learn What Your Google Assistant is Capable Of," https://assistant.google.com/learn/, (*Google Assistant – Learn*)

7. "Get started with the Google Assistant on Pixel - Android - Google Assistant Help," https://support.google.com/assistant/answer/9475056, (*Get Started with the Google Assistant on Pixel*)

8. "I/O: Building the next evolution of Google," https://blog.google/products-and-platforms/products/assistant/io-building-next-evolution-of-google/, May 18, 2016, (*I/O*)

9. "Your Google Assistant is coming to new speakers, appliances and more," https://blog.google/products-and-platforms/products/assistant/your-google-assistant-is-coming-to-new-speakers-and-more/, Aug 30, 2017, (*Coming to new speakers*)

10. "Bringing you the next-generation Google Assistant," https://blog.google/products-and-platforms/products/assistant/next-generation-google-assistant-io/, May 7, 2019, (*Bringing you the next-generation*)

11. "Five insights on voice technology," https://blog.google/products-and-platforms/products/assistant/five-insights-voice-technology/, Aug 21, 2018, (*Five insights*)

12. "Loud and clear: AI is improving Assistant conversations," https://blog.google/products-and-platforms/products/assistant/loud-and-clear-ai-improving-assistant-conversations/, Apr 28, 2021, (*Loud and clear*)

13. "How Google Assistant's architecture powers voice features in your apps," https://www.youtube.com/watch?v=LcuouG7Ofpc, Video from the Google Developers YouTube Channel, Rebecca Nathenson Product Management Lead (Google Assistant), Luyan Chi (Software Engineer, Google Assistant), Alec Truitt (Global Product Partnerships, Google Assistant), Georges Nabaa (Partner Engineering Lead, Google Assistant), (*Google Assistant's architecture video*)

14. "3 tips to make Google Assistant your own," https://blog.google/products-and-platforms/products/assistant/how-to-personalize-google-assistant/, June 7, 2023, (*3 tips*)

15. "How Google Assistant works with your data, Google Assistant Help," https://support.google.com/assistant/answer/11091015, (*Works with your data*)

16. "The Google Assistant, powering our new family of hardware," https://blog.google/products-and-platforms/products/assistant/google-assistant-powering-our-new-family-hardware/, Oct 4, 2017, (*Powering our new family*)

17. "A personal Google, just for you," https://blog.google/products-and-platforms/products/assistant/personal-google-just-you/, Oct 4, 2016, Sundar Pichai (CEO Google), Google. (*Personal Google*)

18. "Happy 5th birthday, Google Assistant!," https://blog.google/products-and-platforms/products/assistant/happy-5th-birthday-google-assistant/, Oct 13, 2021, Google Assistant Team, Google. (*Happy 5th birthday*)

19. "WaveNet - Google DeepMind," https://deepmind.google/research/wavenet/, (*WaveNet*)

20. "Evaluation of Speech for the Google Assistant," https://research.google/blog/evaluation-of-speech-for-the-google-assistant/, Dec 21, 2017, (*Evaluation of Speech*)

21. "What you can ask Google Assistant," https://support.google.com/googlenest/answer/7172842, (*What You Can Ask*)

22. "Speech-to-Text API: speech recognition and transcription | Google Cloud," https://cloud.google.com/speech-to-text?hl=en, (*Speech-to-Text*)

23. "Chirp 3 Transcription: Enhanced multilingual accuracy | Cloud Speech-to-Text | Google Cloud Documentation," https://docs.cloud.google.com/speech-to-text/docs/models/chirp-3, (*Chirp 3*)

24. "Have a conversation with Google Assistant," Google. (*Have a conversation*)

25. "How to turn on and use Google Assistant Continued Conversation," February 8, 2023, Paul Lamkin, The Ambient. (*Continued Conversation*)

| '699 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A computer-implemented method of generating natural language system responses adapted based on a user's manner of speaking, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising: | Google AI Products perform a computer-implemented method of generating natural language system responses adapted based on a user's manner of speaking, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method. For example, Google AI Products include Google Assistant. As another example, Google Nest Speakers and Nest Hub display devices are primarily voice-activated. |

2

| '699 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br><br>*Google Store – Speakers.*<br><br><br><br>*Google Store – Displays.*<br><br>"The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice." *Get started with the Google Assistant on Pixel*; *Google Store – Pixel phone*.<br><br>And Google Assistant is installed on Pixel tablets.<br><br><br><br>*Google Store – Pixel tablet.* |

3

| '699 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | "On Pixelbook, your Assistant can help you send a quick email, create a new doc or get the details of your next calendar event." *Powering our new family.* |
|  | |
|  | *Discover Google Assistant.* |
|  | "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.* |
| [1.a] receiving, by the computer system, a user input comprising a natural language utterance; | Google AI Products receive, by the computer system, a user input comprising a natural language utterance. |
|  | For example, Google AI Products received an utterance, e.g. "do I have any alarms" and "cancel that alarm" as shown in the screenshots from Google's My Activity webpage below. |
|  | |
|  | Below are more examples. |

4

| '699 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | Google Assistant – Learn.

Google Assistant – Learn.

"Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O*.

"To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation*.

"To get started, navigate to Assistant settings on your phone or say 'Hey Google, set up Voice Match' on Assistant-enabled devices like earbuds and smart displays." *3 tips*. |
| [1.b] recognizing, by the computer system, one or more words or phrases from the natural language utterance; | Google AI Products recognize, by the computer system, one or more words or phrases from the natural language utterance. |

5

| '699 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | For example: "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.* |
| | As another example: |
| | |
| | *Google Assistant's architecture video* at 5:52: "a key ingredient of Assistant is the capability to transcribe speech into text. That's what we call speech recognition. When a user issues a voice query to Assistant, the targeted device's voice assistant support will open a streaming connection with the backend server, which receives audio data and converts speech to text. We don't simply transcribe one word by another in the middle of a dialogue. Google Assistant biases its results to listen for what is expected, such as a yes or no answer, just as a person might. It also uses information such as the contact names to improve transcriptions. This is called speech biasing… After the speech recognition step the Assistant platform will convert the user's query text into an interpretation, which is a formal description of what the user wants, with the intent and arguments rewritten into structured format… This is called NLU." *Google Assistant's architecture video.* |
| | As yet another example, "Speech-to-Text can utilize Chirp 3, Google Cloud's foundation model for speech trained on millions of hours of audio data and billions of text sentences." *Speech-to-Text.* "Chirp 3 is the latest generation of Google's multilingual Automatic Speech Recognition (ASR)-specific generative models, designed to meet user needs based on feedback and experience." *Chirp 3.* |
| | As yet another example, Google AI Products recognize one or more words or phrases from the natural language utterances shown in the screenshots provided above in relation to claim requirement 1.a. |
| [1.c] identifying, by the computer system, a context for the natural language utterance based on the one or more words or phrases recognized from the natural language utterance; | Google AI Products, identify by the computer system, a context for the natural language utterance based on the one or more words or phrases recognized from the natural language utterance. |
| | For example, Google AI Products identified a context for the natural language utterance based on the one or more words or phrases recognized from the natural language utterance, as shown in the screenshots provided above in relation to claim requirement 1.a. |

6

| '699 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | As another example:<br><br><br><br>*Google Assistant's architecture video* at 6:50: "After the speech recognition step the Assistant platform will convert the user's query text into an interpretation, which is a formal description of what the user wants, with the intent and arguments rewritten into structured format… This is called NLU." *Google Assistant's architecture video.*<br><br>As yet another example: "Assistant uses what you say, and info from your linked devices and services, to understand and respond to you. It also uses this info for other purposes stated in Google's Privacy Policy, such as improvements to Google services.  (including technologies to help reduce unintended activations for everyone).  Examples of information from your linked devices and services include:<br><br>• location (learn more)<br><br>• device names<br><br>• tasks, events, and alarms<br><br>• installed apps, contacts, and playlists"<br><br>*Works with your data.*<br><br>As yet another example: "We said the Assistant should be helpful, simple to use, available where you need it and that it should understand your context—location, device you're using, etc." *Powering our new family.*<br><br>Below are more examples.<br><br>"The assistant is an ambient experience that will work seamlessly across devices and contexts. So you can summon Google's help no matter where you are or what the context." *I/O.*<br><br>"We want to help you get things done in your world, across different places, contexts and situations. And that means building the Google Assistant and other amazing software into the hardware that you depend on every day." *Personal Google.*<br><br>"Google Assistant brings together all the technology Google has been building for years, from the Knowledge Graph to Natural Language Processing. One of my proudest moments working on the team was |

7

| '699 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | when we applied BERT, the revolutionary neural transformer invented by Google in 2018, to Assistant conversations, helping Assistant understand context and longer dialogs, making conversations more natural." *Happy 5th birthday*. *Google Assistant's architecture video* at 4:20: "When a user makes a request such as 'Hey Google book a time with Wal-Mart,' Google breaks out the parameters of the query and then Google's natural language understanding, also known as NLU, plays a key role in matching it to the user's intent, while also factoring in the user's context and devices" *Google Assistant's architecture video*. |
| [1.d] determining, by the computer system, an interpretation of the natural language utterance based on the identified context; | Google AI Products determine, by the computer system, an interpretation of the natural language utterance based on the identified context. For example, Google AI Products determined an interpretation of the natural language utterance based on the identified context as shown in the screenshots provided above in relation to claim requirement 1.a. As another example: "And since it's the Google Assistant, you can expect great speech recognition, natural language processing and the ability to ask those 'tough' contextual questions ('Where is the Eiffel Tower?' Followed by, 'How tall is it?'). *Coming to new speakers*. As yet another example: "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation*. |
| [1.e] accumulating, by the computer system, short-term knowledge based on one or more natural language utterances received during a predetermined time period, wherein the one or more natural language utterances received during the predetermined time period are related to a single conversation between a user and the computer system; | Google AI Products accumulate, by the computer system, short-term knowledge based on one or more natural language utterances received during a predetermined time period, wherein the one or more natural language utterances received during the predetermined time period are related to a single conversation between a user and the computer system. For example, Google AI Products accumulated short-term knowledge based on one or more natural language utterances received during a predetermined time period, wherein the one or more natural language utterances received during the predetermined time period are related to a single conversation between a user and the computer system, including that the user utterances "do I have any alarms" and "cancel that alarm" |

8

| '699 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | related to related to a user's past alarms as shown in the screenshots from Google's My Activity webpage shown above in relation to claim requirement 1.a.<br><br>As another example, each of the Accused Products, including the Google AI Products, accumulate short-term shared knowledge about the type of device receives the utterance (e.g., whether it has a screen). "With the launch of Smart Displays and our new visual experience for phones, we've evolved the Google Assistant to become much more dynamic, spanning voice, screens, tapping and typing." *Five insights*.<br><br>Below are more examples.<br><br>"Google Assistant uses your previous interactions and understands what's currently being displayed on your smartphone or smart display to respond to any follow-up questions, letting you have a more natural, back-and-forth conversation." *Loud and clear*.<br><br>"If you're having a conversation with your Assistant about Miami and you want more information, it will know that when you say 'show me the nicest beaches' you mean beaches in Miami. Assistant can also understand questions that are referring to what you're looking at on your smartphone or tablet screen, like [who built the first one] or queries that look incomplete like [when] or [from its construction]." *Loud and clear*.<br><br><br><br>*Google Assistant's architecture video* at 8:46.<br><br>"The Assistant also takes contextual cues, like the time of day, into account when you're asking for help, giving you breakfast recipes in the morning and dinner at night." *Bringing you the next-generation*.<br><br>"When Continued Conversation is on, Google Assistant listens for follow-up questions for about 10 seconds. It uses voice and sensor signals, like speech, gyroscope, acceleration, and rotation sensors to detect if you're continuing the conversation or not." *Have a conversation*. |
| [1.f] accumulating, by the computer system, long-term knowledge, wherein the long-term knowledge is accumulated based on one or | Google AI Products accumulate, by the computer system, long-term knowledge, wherein the long-term knowledge is accumulated based on one or more natural language utterances received prior to the predetermined time period. |

9

| '699 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| more natural language utterances received prior to the predetermined time period; | For example, Google AI Products accumulated long-term knowledge, based on one or more natural language utterances received prior to the predetermined time period, such as the natural language utterances "Set an alarm" followed by a response by the system of "when's the alarm for" followed by a user utterance "six" related to an alarm at 6 pm on a smart device as shown in the screenshots from Google's My Activity webpage shown below.<br><br>Assistant<br>Said set an alarm<br>3:08 PM · ⊙ · Details<br><br>Assistant<br>Said six<br>3:08 PM · ⊙ · Details<br><br>Assistant<br>Set an alarm<br>Set alarm for 6:00 PM on your smart device<br>3:08 PM · Details<br><br>And as explained in The Ambient, "Once you've switched [Continued Conversations] on, it's time to start playing. Test it's working by asking, 'Ok Google, what's the weather like today?' then ask, 'What'll it be like tomorrow?'. Google should retain the context of the conversation and answer the second part no problem. You can even mix it up a bit. After asking for the weather, try saying, 'Remind me to take an umbrella with me tomorrow.' In fact, the different queries don't have to be related at all. But be aware that there's a timeout period: you have eight seconds after making one request to give Assistant a follow-up question. You'll also see the LEDs stay lit up to signify it's still listening. After that time you'll have to start with an 'Ok Google' again." *Continued Conversation.* |
| [1.g] identifying, by the computer system, a manner in which the natural language utterance was spoken based on the short-term knowledge and the long-term knowledge; and | Google AI Products identify, by the computer system, a manner in which the natural language utterance was spoken based on the short-term knowledge and the long-term knowledge.<br><br>For example, Google AI Products identified a manner in which the natural language utterance was spoken based on the short-term knowledge and the long-term knowledge, as shown in the screenshots provided above in relation to claim element 1.a. For example, Google |

10

| '699 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | AI Products determined that the first utterance "do I have any alarms" was a question while the utterance "cancel that alarm" was a command. <br><br> As another example, Google AI Products allow users to "[a]sk a question or say a command." *What You Can Ask*. |
| [1.h] generating, by the computer system, a response to the natural language utterance based on the interpretation and the identified manner in which the natural language utterance was spoken. | Google AI Products generate, by the computer system, a response to the natural language utterance based on the interpretation and the identified manner in which the natural language utterance was spoken. <br><br> For example, Google AI Products generated a response to the natural language utterance based on the interpretation and the identified manner in which the natural language utterance was spoken as shown in the screenshots provided above in relation to claim element 1.a. <br><br> As another example: "Assistant uses what you say, and info from your linked devices and services, to understand and respond to you. It also uses this info for other purposes stated in Google's Privacy Policy, such as improvements to Google services.  (including technologies to help reduce unintended activations for everyone).  Examples of information from your linked devices and services include: <br><br> • location (learn more) <br><br> • device names <br><br> • tasks, events, and alarms <br><br> • installed apps, contacts, and playlists" <br><br> *Works with your data*. <br><br> As yet another example: "In order to generate the optimal audio response, we use a combination of explicit linguistic knowledge and deep learning solutions that allow us to keep answers grammatical, fluent and concise." *Evaluation of Speech*. <br><br> As yet another example: "WaveNet is a generative model trained on human speech samples. It creates waveforms of speech patterns by predicting which sounds are most likely to follow each other, each built one sample at a time, with up to 24,000 samples per second of sound. The model incorporates natural-sounding elements, such as lip-smacking and breathing patterns. And includes vital layers of communication like intonation, accents, emotion — delivering a richness and depth to computer-generated voices." *WaveNet*. |

11

# EXHIBIT Q-1

**Exhibit Q-1 (176 – Google Assistant)**

**U.S. Pat. No. 7,818,176 ("the '176 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '176 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Nest Smart Speakers & Home Audio Systems – Google Store," https://store.google.com/category/nest_speakers?pli=1&hl=en-US, (*Google Store – Speakers*)

2. "Nest Hub Smart Displays for Your Home – Google Store," https://store.google.com/category/nest_hubs_displays?hl=en-US, (*Google Store – Displays*)

3. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US (*Google Store – Pixel phone*)

4. "Pixel Tablet. The tablet only Google could make – Google store," https://store.google.com/us/product/pixel_tablet?hl=en-US, (*Google Store – Pixel tablet*)

5. "Discover What the Google Assistant Can Do – Google Assistant," https://assistant.google.com/discover/, (*Discover Google Assistant*)

6. "I/O: Building the next evolution of Google," https://blog.google/products-and-platforms/products/assistant/io-building-next-evolution-of-google/, May 18, 2016, (*I/O*)

7. "Bringing you the next-generation Google Assistant," https://blog.google/products-and-platforms/products/assistant/next-generation-google-assistant-io/, May 7, 2019, (*Bringing you the next-generation*)

8. "Speech-to-Text API: speech recognition and transcription | Google Cloud," https://cloud.google.com/speech-to-text?hl=en, (*Speech-to-Text*)

9. "Chirp 3 Transcription: Enhanced multilingual accuracy | Cloud Speech-to-Text | Google Cloud Documentation," https://docs.cloud.google.com/speech-to-text/docs/models/chirp-3, (*Chirp 3*)

10. "New types of answers from your Google Assistant on Android," https://blog.google/products-and-platforms/products/assistant/new-types-of-answers-your-google-assistant-on-android/, Apr 5, 2019, Danielle Buckley (Senior Product Manager), Google. (*New types of answers*)

11. "Google voice search: faster and more accurate," https://research.google/blog/google-voice-search-faster-and-more-accurate/, Sep 24, 2015, Haşim Sak, Andrew Senior, Kanishka Rao, Françoise Beaufays, and Johan Schalkwyk (Google Speech Team). Google Research. (*Faster and More Accurate*)

12. "How Google Assistant works with your data, Google Assistant Help," https://support.google.com/assistant/answer/11091015, (*Works with your data*)

13. "The Google Assistant, powering our new family of hardware," https://blog.google/products-and-platforms/products/assistant/google-assistant-powering-our-new-family-hardware/, Oct 4, 2017, (*Powering our new family*)

1

14. "A personal Google, just for you," https://blog.google/products-and-platforms/products/assistant/personal-google-just-you/, Oct 4, 2016, Sundar Pichai (CEO Google), Google. (*Personal Google*)

15. "Happy 5th birthday, Google Assistant!," https://blog.google/products-and-platforms/products/assistant/happy-5th-birthday-google-assistant/, Oct 13, 2021, Google Assistant Team, Google. (*Happy 5th birthday*)

16. "How Google Assistant's architecture powers voice features in your apps," https://www.youtube.com/watch?v=LcuouG7Ofpc, Video from the Google Developers YouTube Channel, Rebecca Nathenson Product Management Lead (Google Assistant), Luyan Chi (Software Engineer, Google Assistant), Alec Truitt (Global Product Partnerships, Google Assistant), Georges Nabaa (Partner Engineering Lead, Google Assistant), (*Google Assistant's architecture video*)

17. "Improving End-to-End Models For Speech Recognition," https://research.google/blog/improving-end-to-end-models-for-speech-recognition/, Dec 14, 2017, Tara N. Sainath (Research Scientist, Speech Team) and Yonghui Wu (Software Engineer, Google Brain Team), Google Research. (*Improving End-to-End Models*)

18. "Enjoy YouTube Music free on Google Home speakers," https://blog.youtube/news-and-events/enjoy-youtube-music-free-on-google-home/, Apr 18, 2019, (*Enjoy YouTube Music*)

19. "Get started with the Google Assistant on Pixel," https://support.google.com/pixelphone/answer/9475056, March 22, 2026 (*Get started with the Google Assistant on Pixel*)

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method for selecting and presenting advertisements in response to processing natural language utterances, comprising: | Google AI Products perform a method for selecting and presenting advertisements in response to processing natural language utterances. For example, Google AI Products include Google Assistant. As another example, Google Nest speakers and Nest Hub displays are primarily voice-activated. *Google Store – Speakers.* |

2

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Google Store – Displays.* "The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice." *Get started with the Google Assistant on Pixel*; *Google Store – Pixel phone.*  *Google Store – Pixel tablet.* "On Pixelbook, your Assistant can help you send a quick email, create a new doc or get the details of your next calendar event." *Powering our new family.*  *Discover Google Assistant.* |

3

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| [1.a] receiving a natural language utterance containing at least one request at an input device; | Google AI Products receive a natural language utterance containing at least one request at an input device.<br><br>Google AI Products include input devices. For example: "Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O*. As another example: "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation*.<br><br>Furthermore, Google AI Products receive a natural language utterance containing at least one request at an input device.<br><br>For example, Google AI Products receive the utterances shown in the below screenshots from Google's My Activity webpage.<br><br>**Assistant**<br>Said play some music<br>To do that on YouTube Music, you'll need one of the Premium accounts.<br>It looks like you're eligible for a trial subscription.<br>Do you want to get an email with more info?<br>4:15 PM · ⊙ · Details<br><br>**Assistant**<br>Said yes<br>Sure, check out this Music station on YouTube Music.<br>4:16 PM · ⊙ · Details<br><br>**Assistant**<br>Said where can I get paper towels near West Los Angeles California<br>I found a few stores with availability near West Los Angeles.<br>The 1st one is Vons at 3118 South Sepulveda Boulevard, Los Angeles.<br>The 2nd one is Rite Aid at 11321 National Boulevard, Los Angeles.<br>The 3rd one is Target at 3535 South La Cienega Boulevard, Los Angeles.<br>3:37 PM · ⊙ · Details<br><br>As another example, Google AI Products with Google Assistant received the natural language utterances shown below in screenshots from a Pixel smartphone. |

4

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  |

| '176 Patent Claim Language | Exemplary Google AI Products |
| --- | --- |
|  |  |
| [1.b] recognizing one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device, wherein recognizing the words or phrases in the natural language utterance includes: | Google AI Products recognize one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device, wherein recognizing the words or phrases in the natural language utterance includes claim requirements 1.c and 1.d.<br><br>For example: "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation*.<br><br>As another example:<br><br>*Google Assistant's architecture video* at 5:52: "a key ingredient of Assistant is the capability to transcribe speech into text. That's what we call speech recognition. When a user issues a voice query to Assistant, the targeted device's voice assistant support will open a streaming |

6

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | connection with the backend server, which receives audio data and converts speech to text. We don't simply transcribe one word by another in the middle of a dialogue. Google Assistant biases its results to listen for what is expected, such as a yes or no answer, just as a person might. It also uses information such as the contact names to improve transcriptions. This is called speech biasing… After the speech recognition step the Assistant platform will convert the user's query text into an interpretation, which is a formal description of what the user wants, with the intent and arguments rewritten into structured format… This is called NLU." *Google Assistant's architecture video.* |
| | As yet another example, "Speech-to-Text can utilize Chirp 3, Google Cloud's foundation model for speech trained on millions of hours of audio data and billions of text sentences." *Speech-to-Text*. "Chirp 3 is the latest generation of Google's multilingual Automatic Speech Recognition (ASR)-specific generative models, designed to meet user needs based on feedback and experience." *Chirp 3*. |
| | As yet another example, the speech recognition engine recognizes the words and phrases shown in the screenshots provided above in relation to claim requirement 1.a. |
| [1.c] mapping a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar; and | Google AI Products map a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar. |
| | For example, "Traditional automatic speech recognition (ASR) systems, used for a variety of voice search applications at Google, are comprised of an acoustic model (AM), a pronunciation model (PM) and a language model (LM), all of which are independently trained, and often manually designed, on different datasets [1]. AMs take acoustic features and predict a set of subword units, typically context-dependent or context-independent phonemes. Next, a hand-designed lexicon (the PM) maps a sequence of phonemes produced by the acoustic model to words." *Improving End-to-End Models*. |
| | As another example, "Our improved acoustic models rely on Recurrent Neural Networks (RNN). RNNs have feedback loops in their topology, allowing them to model temporal dependencies: when the user speaks /u/ in the previous example, their articulatory apparatus is coming from a /j/ sound and from an /m/ sound before. Try saying it out loud – 'museum' - it flows very naturally in one breath, and RNNs can capture that." *Faster and More Accurate*. |
| | As yet another example, Google's "system builds on the Listen-Attend-Spell (LAS) end-to-end architecture, first presented in [2]. The LAS architecture consists of 3 components. The *listener* encoder component, which is similar to a standard AM, takes the time-frequency representation of the input speech signal, x, and uses a set of neural network layers to map the input to a higher-level feature representation, $h^{enc}$. The output of the encoder is passed to an *attender*, which uses $h^{enc}$ to learn an alignment between input features x and |

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | predicted subword units $\{y_n, \ldots y_0\}$, where each subword is typically a grapheme or wordpiece." *Improving End-to-End Models*.<br><br>"In [4], we introduce a variety of novel structural improvements, including improving the attention vectors passed to the decoder and training with longer subword units (i.e., wordpieces)." *Improving End-to-End Models*.<br><br>"The next step was to train the models to recognize phonemes in an utterance without requiring them to make a prediction for each time instant." *Faster and More Accurate*. |
| [1.d] generating a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases; | Google AI Products generate a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases.<br><br>For example, "[f]inally, the LM assigns probabilities to word sequences." *Improving End-to-End Models*.<br><br>As yet another example, "[f]inally, the output of the attention module is passed to the *speller* (i.e., decoder), similar to an LM, that produces a probability distribution over a set of hypothesized words." *Improving End-to-End Models*.<br><br>As another example, "[t]he recognizer then reconciles all this information to determine the sentence the user is speaking." *Faster and More Accurate*.<br><br>As yet another example, Chirp 3 generates a preliminary interpretation by converting "Speech-to-Text." *Chirp 3*.<br><br>As yet another example, Google AI Products generate the preliminary interpretation shown in the screenshots provided above in relation to claim requirement 1.a. |
| [1.e] interpreting the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance; | Google AI Products interpret the recognized words or phrases, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance.<br><br>For example, Google AI Products interpret the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, including establishing a context for the natural language utterances shown in the screenshots provided above in relation to claim requirement 1.a.<br><br>As another example: "Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O*.<br><br>As yet another example: |

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br><br>*Google Assistant's architecture video* at 5:52: "After the speech recognition step the Assistant platform will convert the user's query text into an interpretation, which is a formal description of what the user wants, with the intent and arguments rewritten into structured format… This is called NLU." 16. *Google Assistant's architecture video.*<br><br>As another example: "Assistant uses what you say, and info from your linked devices and services, to understand and respond to you. It also uses this info for other purposes stated in Google's Privacy Policy, such as improvements to Google services. Examples of information from your linked devices and services include:<br><br>• location (learn more)<br><br>• device names<br><br>• tasks, events, and alarms<br><br>• installed apps, contacts, and playlists"<br><br>*Works with your data.*<br><br>As yet another example: "We said the Assistant should be helpful, simple to use, available where you need it and that it should understand your context—location, device you're using, etc." *Powering our new family.*<br><br>Below are more examples.<br><br>"The assistant is an ambient experience that will work seamlessly across devices and contexts. So you can summon Google's help no matter where you are or what the context." *I/O.*<br><br>"We want to help you get things done in your world, across different places, contexts and situations. And that means building the Google Assistant and other amazing software into the hardware that you depend on every day." *Personal Google.*<br><br>"Google Assistant brings together all the technology Google has been building for years, from the Knowledge Graph to Natural Language Processing. One of my proudest moments working on the team was when we applied BERT, the revolutionary neural transformer invented by Google in 2018, to Assistant conversations, helping Assistant |

9

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | understand context and longer dialogs, making conversations more natural." *Happy 5th birthday*.<br><br><br><br>*Google Assistant's architecture video* at 4:20: "When a user makes a request such as 'Hey Google book a time with Wal-Mart,' Google breaks out the parameters of the query and then Google's natural language understanding, also known as NLU, plays a key role in matching it to the user's intent, while also factoring in the user's context and devices" *Google Assistant's architecture video*. |
| [1.f] selecting an advertisement in the context established for the natural language utterance; and | Google AI Products select an advertisement in the context established for the natural language utterance.<br><br>For example, Google AI Products select advertisements in the contexts established for the natural language utterances shown in the below screenshots from Google's My Activity webpage.<br><br> |

10

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |

As another example, Google AI Products select advertisements in the contexts established for the natural language utterances shown in the below screenshots from a Pixel smartphone.

11

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | As yet another example, "Starting today, YouTube Music is offering a free experience with ads on Google Home speakers (or other Google Assistant-powered speakers." *Enjoy YouTube Music*. <br><br> Below are more examples. <br><br> <br><br> *New types of answers.* |
| [1.g] presenting the selected advertisement via an output device coupled to the conversational language processor. | Google AI Products present the selected advertisement via an output device coupled to the conversational language processor. <br><br> For example, Google AI Products present the selected advertisements via output devices as shown in the screenshots and other information provided above in relation to claim requirement 1.f. <br><br> As yet another example: "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.* |

13

# EXHIBIT Q-2

**Exhibit Q-2 (176 – Google Voice Search)**

**U.S. Pat. No. 7,818,176 ("the '176 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '176 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Use Google Voice Search - Android - Google Search Help," https://support.google.com/websearch/answer/2940021?hl=en&co=GENIE.Platform%3DAndroid, (*Google Voice Search*)

2. "Google," www.google.com, (*Google Home Page*)

3. "Google Shopping - Shop Online, Compare Prices & Where to Buy," https://www.google.com/shopping, (*Google Shopping*)

4. "Speech-to-Text API: speech recognition and transcription | Google Cloud," https://cloud.google.com/speech-to-text?hl=en, (*Speech-to-Text*)

5. "Chirp 3 Transcription: Enhanced multilingual accuracy | Cloud Speech-to-Text | Google Cloud Documentation," https://docs.cloud.google.com/speech-to-text/docs/models/chirp-3, (*Chirp 3*)

6. "Improving End-to-End Models For Speech Recognition," https://research.google/blog/improving-end-to-end-models-for-speech-recognition/, Dec 14, 2017, Tara N. Sainath (Research Scientist, Speech Team) and Yonghui Wu (Software Engineer, Google Brain Team), Google Research. (*Improving End-to-End Models*)

7. "Google voice search: faster and more accurate," https://research.google/blog/google-voice-search-faster-and-more-accurate/, Sep 24, 2015, Haşim Sak, Andrew Senior, Kanishka Rao, Françoise Beaufays, and Johan Schalkwyk (Google Speech Team). Google Research. (*Faster and More Accurate*)

8. "What is semantic search, and how does it work? | Google Cloud," https://cloud.google.com/discover/what-is-semantic-search?hl=en, (*Semantic Search*)

9. "Harnessing the power of generative AI to deliver next-gen search experiences - YouTube," https://www.youtube.com/watch?v=HD_xreaLKb4&t=367s, (*Next-Gen Search*)

10. "How AI powers great search results," https://blog.google/products-and-platforms/products/search/how-ai-powers-great-search-results/, February 3, 2022 (*Great Search Results*)

11. "Improve Gen AI Search with Vertex AI Embeddings and Task Types | Google Cloud Blog," https://cloud.google.com/blog/products/ai-machine-learning/improve-gen-ai-search-with-vertex-ai-embeddings-and-task-types, October 2, 2024 (*Improve Gen AI*)

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method for selecting and presenting advertisements in response to processing natural language utterances, comprising: | Google AI Products perform a method for selecting and presenting advertisements in response to processing natural language utterances. |

1

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | For example, Google AI Products include Google Voice Search.<br><br>Google voice search is available on Google AI Products by "open[ing] the Google app G" and tapping "the Microphone 🎤" *Google Voice Search*.<br><br>Google voice search is also available in a browser by navigating to www.google.com.<br><br><br><br>*Google Home Page*.<br><br>Voice search is also available in Google AI Mode.<br><br><br><br>Voice search is also available in Google Shopping.<br><br><br><br>*Google Shopping*. |
| [1.a] receiving a natural language utterance containing at least one request at an input device; | Google AI Products receive a natural language utterance contains at least one request at an input device. |

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | For example, Google voice search is available on Google AI Products by "open[ing] the Google app [G] " and tapping "the Microphone [🎤] " *Google Voice Search*.<br><br>As another example: "The *listener* encoder component, which is similar to a standard AM, takes the time-frequency representation of the input speech signal, x, and uses a set of neural network layers to map the input to a higher-level feature representation, $h^{enc}$. The output of the encoder is passed to an *attender*, which uses $h^{enc}$ to learn an alignment between input features x and predicted subword units $\{y_n, \dots y_0\}$, where each subword is typically a grapheme or wordpiece." *Improving End-to-End Models*.<br><br>As another example, Google AI Products receive natural language utterances containing at least one request, for example the utterances shown in the below screenshots.<br><br> |
| [1.b] recognizing one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device, wherein recognizing the words or phrases in the natural language utterance includes: | Google AI Products recognize one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device, wherein recognizing the words or phrases in the natural language utterance includes claim requirements 1.c and 1.d.<br><br>For example: "Speech-to-Text can utilize Chirp 3, Google Cloud's foundation model for speech trained on millions of hours of audio data and billions of text sentences." *Speech-to-Text*.<br><br>As another example: "Chirp 3 is the latest generation of Google's multilingual Automatic Speech Recognition (ASR)-specific generative models, designed to meet user needs based on feedback and experience." *Chirp 3*. |

3

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | As yet another example, the speech recognition engine recognizes the words and phrases shown in the screenshots provided above in relation to claim requirement 1.a. |
| [1.c] mapping a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar; and | Google AI Products map a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar. |
| | For example, "Traditional automatic speech recognition (ASR) systems, used for a variety of voice search applications at Google, are comprised of an acoustic model (AM), a pronunciation model (PM) and a language model (LM), all of which are independently trained, and often manually designed, on different datasets [1]. AMs take acoustic features and predict a set of subword units, typically context-dependent or context-independent phonemes. Next, a hand-designed lexicon (the PM) maps a sequence of phonemes produced by the acoustic model to words." *Improving End-to-End Models*. |
| | As another example, "Our improved acoustic models rely on Recurrent Neural Networks (RNN). RNNs have feedback loops in their topology, allowing them to model temporal dependencies: when the user speaks /u/ in the previous example, their articulatory apparatus is coming from a /j/ sound and from an /m/ sound before. Try saying it out loud – 'museum' - it flows very naturally in one breath, and RNNs can capture that." *Faster and More Accurate*. |
| | As yet another example, Google's "system builds on the Listen-Attend-Spell (LAS) end-to-end architecture, first presented in [2]. The LAS architecture consists of 3 components. The *listener* encoder component, which is similar to a standard AM, takes the time-frequency representation of the input speech signal, x, and uses a set of neural network layers to map the input to a higher-level feature representation, $h^{enc}$. The output of the encoder is passed to an *attender*, which uses $h^{enc}$ to learn an alignment between input features x and predicted subword units $\{y_n, \ldots y_0\}$, where each subword is typically a grapheme or wordpiece." *Improving End-to-End Models*. |
| | As yet another example: "In [4], we introduce a variety of novel structural improvements, including improving the attention vectors passed to the decoder and training with longer subword units (i.e., wordpieces)." *Improving End-to-End Models*. |
| | As yet another example: "The next step was to train the models to recognize phonemes in an utterance without requiring them to make a prediction for each time instant." *Faster and More Accurate*. |
| [1.d] generating a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases; | Google AI Products generate a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases. |
| | For example, "[f]inally, the LM assigns probabilities to word sequences." *Improving End-to-End Models*. |
| | As another example, "[f]inally, the output of the attention module is passed to the *speller* (i.e., decoder), similar to an LM, that produces a |

4

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | probability distribution over a set of hypothesized words." *Improving End-to-End Models*.<br><br>As yet another example, "[t]he recognizer then reconciles all this information to determine the sentence the user is speaking." *Faster and More Accurate*.<br><br>As yet another example, Chirp 3 generates a preliminary interpretation by converting "Speech-to-Text." *Chirp 3*.<br><br>As yet another example, Google AI Products generate the preliminary interpretations shown in the screenshot provided above in relation to claim requirement 1.a. |
| [1.e] interpreting the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance; | Google AI Products interpret the recognized words or phrases, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance.<br><br>For example, Google AI Products interpret the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, including establishing a context for the natural language utterances shown in the screenshots provided above in relation to claim requirement 1.a.<br><br>As another example: "Semantic search is a data searching technique that focuses on understanding the contextual meaning and intent behind a user's search query, rather than only matching keywords." *Semantic Search*. "Semantic search engines employ various techniques from natural language processing (NLP), knowledge representation, and machine learning to understand the semantics of search queries and web content." *Semantic Search*.<br><br>"Google Search started incorporating semantic search in 2015, with the introduction of AI search innovations like our deep learning ranking system RankBrain." *Improve Gen AI*.<br><br>"BERT — a model for understanding meaning and context \ Launched in 2019, BERT was a huge step change in natural language understanding, helping us understand how *combinations of words* express different *meanings and intents*. Rather than simply searching for content that matches individual words, BERT comprehends how a combination of words expresses a complex idea." *Great Search Results*. |
| [1.f] selecting an advertisement in the context established for the natural language utterance; and | Google AI Products select an advertisement in the context established for the natural language utterance.<br><br>For example, Google AI Products select advertisements in the context established for the natural language utterance shown in the below screenshots from a Pixel smartphone. |

5

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  As yet another example, embeddings is "how Google Search, YouTube, Play and etc searches and recommends relevant content." *Next-Gen Search* at 8:51.  |
| [1.g] presenting the selected advertisement via an output device coupled to the conversational language processor. | Google AI Products present the selected advertisement via an output device coupled to the conversational language processor. For example, Google AI Products present the selected advertisements via a smart speaker, smart display, smartphone, or other device as |

6

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | shown in the screenshots and other information provided above in relation to claim requirement 1.f. |

# EXHIBIT Q-3

**Exhibit Q-3 (176 – YouTube)**

**U.S. Pat. No. 7,818,176 ("the '176 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '176 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Find videos with voice search," https://support.google.com/youtube/answer/9372650 (*Videos with Voice Search*)

2. "Speech-to-Text API: speech recognition and transcription | Google Cloud," https://cloud.google.com/speech-to-text?hl=en, (*Speech-to-Text*)

3. "Chirp 3 Transcription: Enhanced multilingual accuracy | Cloud Speech-to-Text | Google Cloud Documentation," https://docs.cloud.google.com/speech-to-text/docs/models/chirp-3, (*Chirp 3*)

4. "Improving End-to-End Models For Speech Recognition," https://research.google/blog/improving-end-to-end-models-for-speech-recognition/, Dec 14, 2017, Tara N. Sainath (Research Scientist, Speech Team) and Yonghui Wu (Software Engineer, Google Brain Team), Google Research. (*Improving End-to-End Models*)

5. "Google voice search: faster and more accurate," https://research.google/blog/google-voice-search-faster-and-more-accurate/, Sep 24, 2015, Haşim Sak, Andrew Senior, Kanishka Rao, Françoise Beaufays, and Johan Schalkwyk (Google Speech Team). Google Research. (*Faster and More Accurate*)

6. "How YouTube search works," https://support.google.com/youtube/answer/16090438, (*How YouTube Search Works*)

7. "What is semantic search, and how does it work? | Google Cloud," https://cloud.google.com/discover/what-is-semantic-search?hl=en, (*Semantic Search*)

8. "Control what data Google uses to show you ads," https://support.google.com/My-Ad-Center-Help/answer/12156161, (*Control What Data*)

| '176 Patent Claim Language | Exemplary Google AI Products |
| --- | --- |
| 1.[pr] A method for selecting and presenting advertisements in response to processing natural language utterances, comprising: | Google AI Products perform a method for selecting and presenting advertisements in response to processing natural language utterances. |

1

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | For example, YouTube allows users to "[u]se voice search to find videos." *Videos with Voice Search*.<br><br>As another example, voice search is available in YouTube as shown in the screenshot below from Google's YouTube Android App.<br><br> |
| [1.a] receiving a natural language utterance containing at least one request at an input device; | Google AI Products receive a natural language utterance contains at least one request at an input device.<br><br>For example, YouTube allows users to "[u]se voice search to find videos." *Videos with Voice Search*.<br><br>As another example: "The *listener* encoder component, which is similar to a standard AM, takes the time-frequency representation of the input speech signal, x, and uses a set of neural network layers to map the input to a higher-level feature representation, $h^{enc}$. The output of the encoder is passed to an *attender*, which uses $h^{enc}$ to learn an alignment between input features x and predicted subword units $\{y_n, \ldots y_0\}$, where each subword is typically a grapheme or wordpiece." *Improving End-to-End Models*.<br><br>As yet another example Google AI Products include an input device that receives natural language utterances, for example the utterance shown in the below screenshot. |

2

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | |
| [1.b] recognizing one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device, wherein recognizing the words or phrases in the natural language utterance includes: | Google AI Products recognize one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device, wherein recognizing the words or phrases in the natural language utterance includes claim requirements 1.c and 1.d.<br><br>For example: "Speech-to-Text can utilize Chirp 3, Google Cloud's foundation model for speech trained on millions of hours of audio data and billions of text sentences." *Speech-to-Text*.<br><br>As another example: "Chirp 3 is the latest generation of Google's multilingual Automatic Speech Recognition (ASR)-specific generative models, designed to meet user needs based on feedback and experience." *Chirp 3*.<br><br>As yet another example, the speech recognition engine recognizes the words and phrases shown in the screenshot provided above in relation to claim requirement 1.a. |
| [1.c] mapping a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar; and | Google AI Products map a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar.<br><br>For example, "Traditional automatic speech recognition (ASR) systems, used for a variety of voice search applications at Google, are comprised of an acoustic model (AM), a pronunciation model (PM) and a language model (LM), all of which are independently trained, and often manually designed, on different datasets [1]. AMs take acoustic features and predict a set of subword units, typically context-dependent or context-independent phonemes. Next, a hand-designed lexicon (the PM) maps a sequence of phonemes produced by the acoustic model to words." *Improving End-to-End Models*.<br><br>As another example, "Our improved acoustic models rely on Recurrent Neural Networks (RNN). RNNs have feedback loops in their topology, allowing them to model temporal dependencies: when the user speaks |

3

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | /u/ in the previous example, their articulatory apparatus is coming from a /j/ sound and from an /m/ sound before. Try saying it out loud – 'museum' - it flows very naturally in one breath, and RNNs can capture that." *Faster and More Accurate*. |
|  | As yet another example, Google's "system builds on the Listen-Attend-Spell (LAS) end-to-end architecture, first presented in [2]. The LAS architecture consists of 3 components. The *listener* encoder component, which is similar to a standard AM, takes the time-frequency representation of the input speech signal, x, and uses a set of neural network layers to map the input to a higher-level feature representation, $h^{enc}$. The output of the encoder is passed to an *attender*, which uses $h^{enc}$ to learn an alignment between input features x and predicted subword units $\{y_n, … y_0\}$, where each subword is typically a grapheme or wordpiece." *Improving End-to-End Models*. |
|  | As yet another example: "In [4], we introduce a variety of novel structural improvements, including improving the attention vectors passed to the decoder and training with longer subword units (i.e., wordpieces)." *Improving End-to-End Models*. |
|  | As yet another example: "The next step was to train the models to recognize phonemes in an utterance without requiring them to make a prediction for each time instant." *Faster and More Accurate*. |
| [1.d] generating a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases; | Google AI Products generate a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases. |
|  | For example, "[f]inally, the LM assigns probabilities to word sequences." *Improving End-to-End Models*. |
|  | As yet another example, "[f]inally, the output of the attention module is passed to the *speller* (i.e., decoder), similar to an LM, that produces a probability distribution over a set of hypothesized words." *Improving End-to-End Models*. |
|  | As another example, "[t]he recognizer then reconciles all this information to determine the sentence the user is speaking." *Faster and More Accurate*. |
|  | As yet another example, Chirp 3 generates a preliminary interpretation by converting "Speech-to-Text." *Chirp 3*. |
|  | As yet another example, Google AI Products generate the preliminary interpretation shown in the screenshot provided above in relation to claim requirement 1.a. |
| [1.e] interpreting the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, wherein interpreting the recognized words or phrases | Google AI Products with Google Assistant and YouTube interpret the recognized words or phrases, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance. |
|  | For example, Google AI Products interpret the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, including establishing a context for the natural |

4

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| includes establishing a context for the natural language utterance; | language utterances shown in the screenshot provided above in relation to claim requirement 1.a.<br><br>As another example,<br><br>"YouTube's system prioritizes three key elements for best results. The importance of these elements may vary by search type. The elements are:<br><br>&bull; Relevance<br><br>&bull; Engagement<br><br>&bull; Quality<br><br>"To estimate relevance we look into many factors, such as how well the title, tags, description, and video content match your search query. Engagement signals are a valuable way to determine relevance. We look at overall user engagement, such as the watch time of a particular video for a particular query to determine if the video is considered relevant to the query by other users. Finally, for quality, our system is designed to identify signals that can help determine which channels demonstrate expertise, authoritativeness, and trustworthiness on a given topic." *How YouTube Search Works*.<br><br>As yet another example: "Semantic search is a data searching technique that focuses on understanding the contextual meaning and intent behind a user's search query, rather than only matching keywords." *Semantic Search*. "Semantic search engines employ various techniques from natural language processing (NLP), knowledge representation, and machine learning to understand the semantics of search queries and web content." *Semantic Search*. |
| [1.f] selecting an advertisement in the context established for the natural language utterance; and | Google AI Products select an advertisement in the context established for the natural language utterance.<br><br>For example, Google AI Products select advertisements in the context established for the natural language utterance shown in the below screenshots from a Pixel smartphone. |

5

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  As another example: "In addition to the three key elements, we strive to deliver personally relevant search results. For that reason, our system may also consider your search and watch history; if you have it turned on. That's why your search results might differ from another user's search results for the same query." *How YouTube Search Works*. As yet another example: "Personalized ads use your activity to help show you more relevant and interesting ads on Google services like Search and YouTube. For example, if you search for a video about running on YouTube, on a future visit, you might be shown an ad for running shorts." *Control What Data*. |
| [1.g] presenting the selected advertisement via an output device coupled to the conversational language processor. | Google Assistant Products present the selected advertisement via an output device coupled to the conversational language processor. For example, Google AI Products present the selected advertisements via an output device as shown in the screenshots and other information provided above in relation to claim requirement 1.f. |

6

# EXHIBIT Q-4

**Exhibit Q-4 (176 – Gemini)**

**U.S. Pat. No. 7,818,176 ("the '176 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '176 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Introducing Gemini, your new personal AI assistant," https://gemini.google/assistant/, (*Introducing Gemini*)

2. "What is Gemini and how it works," https://gemini.google/us/overview/?hl=en, (*What is Gemini*)

3. "The Assistant experience on mobile is upgrading to Gemini," https://blog.google/products-and-platforms/products/gemini/google-assistant-gemini-mobile/, (*Upgrading to Gemini*)

4. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US (*Google Store – Pixel phone*)

5. Google Search, Meet AI Mode, https://search.google/ways-to-search/ai-mode/, (*Google AI Mode*)

6. "Google Shopping - Shop Online, Compare Prices & Where to Buy," https://www.google.com/shopping, (*Google Shopping*)

7. "Shopping on Google: AI Mode and virtual try-on updates from I/O 2025," https://blog.google/products-and-platforms/products/shopping/google-shopping-ai-mode-virtual-try-on-update/, May 20, 2025 (*Shopping on Google*)

8. "Google Shopping launches agentic checkout and more AI shopping tools," https://blog.google/products-and-platforms/products/shopping/agentic-checkout-holiday-ai-shopping/ November 13, 2025 (*Agentic Shopping*)

9. "Speech-to-Text API: speech recognition and transcription | Google Cloud," https://cloud.google.com/speech-to-text?hl=en, (*Speech-to-Text*)

10. "Chirp 3 Transcription: Enhanced multilingual accuracy | Cloud Speech-to-Text | Google Cloud Documentation," https://docs.cloud.google.com/speech-to-text/docs/models/chirp-3, (*Chirp 3*)

11. "Improving End-to-End Models For Speech Recognition," https://research.google/blog/improving-end-to-end-models-for-speech-recognition/, Dec 14, 2017, Tara N. Sainath (Research Scientist, Speech Team) and Yonghui Wu (Software Engineer, Google Brain Team), Google Research. (*Improving End-to-End Models*)

12. "Google voice search: faster and more accurate," https://research.google/blog/google-voice-search-faster-and-more-accurate/, Sep 24, 2015, Haşim Sak, Andrew Senior, Kanishka Rao, Françoise Beaufays, and Johan Schalkwyk (Google Speech Team). Google Research. (*Faster and More Accurate*)

13. "Gemini Live API overview | Generative AI on Vertex AI | Google Cloud Documentation," https://docs.cloud.google.com/vertex-ai/generative-ai/docs/live-api, (*Gemini Live*)

14. "Counting_Tokens.ipynb - Colab," https://colab.research.google.com/github/google-gemini/cookbook/blob/main/quickstarts/Counting_Tokens.ipynb, Copyright Google 2025 LLC (*Counting Tokens*)

15. "Start and manage live sessions | Generative AI on Vertex AI | Google Cloud Documentation," https://docs.cloud.google.com/vertex-ai/generative-ai/docs/live-api/start-manage-session, (*Live Sessions*)

16. "Text embeddings API | Generative AI on Vertex AI | Google Cloud Documentation," https://docs.cloud.google.com/vertex-ai/generative-ai/docs/model-reference/text-embeddings-api, (*Text Embeddings*)

17. "New tech and tools for retailers to succeed in an agentic shopping era," https://blog.google/products/ads-commerce/agentic-commerce-ai-tools-protocol-retailers-platforms/, (*New Tech and Tools*)

18. "Get help with your shopping in Gemini Apps," https://support.google.com/gemini/answer/16730149, (*Shopping In Gemini Apps*)

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method for selecting and presenting advertisements in response to processing natural language utterances, comprising: | Google AI Products perform a method for selecting and presenting advertisements in response to processing natural language utterances. |
| | For example: "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini*. |
| | As another example: "Gemini is an interface to a multimodal LLM (handling text, audio, images and more). Gemini is based on Google's cutting-edge research in LLMs, which began with the Word2Vec paper in 2013 that proposed novel model architectures that mapped words as mathematical concepts, followed by the introduction of a neural conversational model in 2015. This framework demonstrated how models could predict the next sentence in a conversation based on the previous sentence or sentences, leading to more natural conversational experiences. This was followed by our breakthrough work on Transformer in 2017 and multi-turn chat capabilities in 2020, which demonstrated even more compelling generative language progress." *What is Gemini*. |
| | Gemini is available as the system assistant in Android devices as shown in the exemplary screenshot below.  |

| '176 Patent Claim Language | Exemplary Google AI Products |
| --- | --- |
| | Gemini is also available as a mobile app as shown in the exemplary screenshot below from an Android device.<br><br><br><br>Gemini is also available as a web app as shown in the exemplary screenshot below from the Chrome web browser.<br><br>Gemini is also available in Chrome and as "AI Mode" in Google Search as shown in the exemplary screenshot below from the Chrome web browser. |

3

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br><br>As yet another example, Google has upgraded or is "upgrading Google Assistant users on mobile to Gemini, offering a new kind of help only possible with the power of AI. . . . Additionally, we'll be upgrading tablets, cars and devices that connect to your phone, such as headphones and watches, to Gemini. We're also bringing a new experience, powered by Gemini, to home devices like speakers, displays and TVs." *Upgrading to Gemini*.<br><br>As yet another example, Google Gemini is replacing Google Assistant as the default.<br><br>*Google Store – Pixel phone*.<br><br>Google Gemini is also available in Google AI Mode. |

4

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  "AI Mode uses Gemini 3's next-generation intelligence, with advanced reasoning, thinking, and multimodal understanding to help with even your toughest questions." *Google AI Mode*.  Google AI Products are also available in Google Shopping.  *Google Shopping*.  Google Gemini powers Google Shopping AI mode. "Our new AI Mode shopping experience brings together Gemini capabilities with our Shopping Graph to help you browse for inspiration, think through considerations and narrow down products." *Shopping on Google*. "You can also now use shopping features right in the Gemini app, helping you go from brainstorming to browsing right within your chat." *Agentic Shopping*. "This feature is powered by our Duplex technology, with a big Gemini model upgrade that helps us identify the best stores to call, suggest helpful questions to ask based on the product you want and summarize the conversations into key takeaways." *Agentic Shopping*. |
| [1.a] receiving a natural language utterance containing at least one request at an input device; | Google AI Products receive a natural language utterance containing at least one request at an input device.  Google AI Products are configured with input devices that receive utterances during conversations with a user. For example, "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen |

5

| '176 Patent Claim Language | Exemplary Google AI Products |
| --- | --- |
| | that people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini.*<br><br>As another example, Google AI Products receive utterances such as "paper towels" as shown in the screenshot below from Gemini's chat feed.<br><br><br><br>As yet another example, Google AI Products receive utterances such as "I'm looking for a cute travel bag" and "I'll be taking it on planes and trains. I'm going to Portland next weekend." *Shopping on Google.* |

6

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Shopping on Google.* As yet another example, Google AI Products receive utterances such as "I'm looking for a nice cutting board for serving apps or charcuterie." *Agentic Shopping.* |

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br>*Agentic Shopping.* |
| [1.b] recognizing one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device, wherein recognizing the words or phrases in the natural language utterance includes: | Google AI Products recognize one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device, wherein recognizing the words or phrases in the natural language utterance includes claim requirements 1.c and 1.d.<br><br>For example: "Speech-to-Text can utilize Chirp 3, Google Cloud's foundation model for speech trained on millions of hours of audio data and billions of text sentences." *Speech-to-Text*.<br><br>As another example: "Chirp 3 is the latest generation of Google's multilingual Automatic Speech Recognition (ASR)-specific generative models, designed to meet user needs based on feedback and experience." *Chirp 3*.<br><br>As yet another example, the speech recognition engine recognizes the words and phrases shown in the screenshots provided above in relation to claim requirement 1.a.<br><br>As yet another example, "Gemini Live API enables low-latency, real-time voice and video interactions with Gemini. It processes continuous streams of audio, video, or text to deliver immediate, human-like spoken responses. This creates a natural conversational experience for your users." *Gemini Live*. |

8

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | |
| [1.c] mapping a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar; and | Google AI Products map a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar. |

Google AI Products map a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar.

For example, "Traditional automatic speech recognition (ASR) systems, used for a variety of voice search applications at Google, are comprised of an acoustic model (AM), a pronunciation model (PM) and a language model (LM), all of which are independently trained, and often manually designed, on different datasets [1]. AMs take acoustic features and predict a set of subword units, typically context-dependent or context-independent phonemes. Next, a hand-designed lexicon (the PM) maps a sequence of phonemes produced by the acoustic model to words." *Improving End-to-End Models*.

As another example, "Our improved acoustic models rely on Recurrent Neural Networks (RNN). RNNs have feedback loops in their topology, allowing them to model temporal dependencies: when the user speaks /u/ in the previous example, their articulatory apparatus is coming from a /j/ sound and from an /m/ sound before. Try saying it out loud – 'museum' - it flows very naturally in one breath, and RNNs can capture that." *Faster and More Accurate*.

As yet another example, Google's "system builds on the Listen-Attend-Spell (LAS) end-to-end architecture, first presented in [2]. The LAS architecture consists of 3 components. The *listener* encoder component, which is similar to a standard AM, takes the time-frequency representation of the input speech signal, x, and uses a set of neural network layers to map the input to a higher-level feature representation, $h^{enc}$. The output of the encoder is passed to an *attender*, which uses $h^{enc}$ to learn an alignment between input features x and predicted subword units $\{y_n, \ldots y_0\}$, where each subword is typically a grapheme or wordpiece." *Improving End-to-End Models*.

As yet another example: "In [4], we introduce a variety of novel structural improvements, including improving the attention vectors passed to the decoder and training with longer subword units (i.e., wordpieces)." *Improving End-to-End Models*.

9

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | As yet another example: "The next step was to train the models to recognize phonemes in an utterance without requiring them to make a prediction for each time instant." *Faster and More Accurate*. |
| | As yet another example: "An understanding of tokens is central to using the Gemini API." *Counting Tokens*. |
| | As yet another example: "LLMs break up their input and produce their output at a granularity that is smaller than a word, but larger than a single character or code-point." *Counting Tokens*. |
| | As yet another example: "Long words may be broken up into several tokens. The set of all tokens used by the model is called the vocabulary, and the process of breaking down text into tokens is called tokenization." *Counting Tokens*. |
| | As yet another example: "The Gemini Live API enables low-latency voice and text interactions by processing continuous streams of audio or text called *sessions* to deliver immediate, human-like spoken responses. Session lifecycle management, from the initial handshake to graceful termination, is controlled by the developer." *Live Sessions*. |
| [1.d] generating a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases; | Google AI Products generate a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases. |
| | For example, "[f]inally, the LM assigns probabilities to word sequences." *Improving End-to-End Models*. |
| | As yet another example, "[f]inally, the output of the attention module is passed to the *speller* (i.e., decoder), similar to an LM, that produces a probability distribution over a set of hypothesized words." *Improving End-to-End Models*. |
| | As another example, "[t]he recognizer then reconciles all this information to determine the sentence the user is speaking." *Faster and More Accurate*. |
| | As yet another example, Chirp 3 generates a preliminary interpretation by converting "Speech-to-Text." *Chirp 3*. |
| | As yet another example, "For Gemini models, a token is equivalent to about 4 characters. 100 tokens are about 60-80 English words." *Counting Tokens*. |
| | As yet another example, Google AI Products generate the preliminary interpretation shown in the screenshots provided above in relation to claim requirement 1.a. |
| [1.e] interpreting the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, wherein interpreting the recognized words or phrases | Each of the Accused Products, including the Google AI Products, interpret the recognized words or phrases, at a conversational language processor coupled to the speech recognition engine, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance. |
| | For example, Google AI Products interpret the recognized words or phrases at a conversational language processor coupled to the speech |

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| includes establishing a context for the natural language utterance; | recognition engine, including establishing a context for the natural language utterances shown in the screenshots provided above in relation to claim requirement 1.a.<br><br>As another example: "The Text embeddings API converts textual data into numerical vectors. These vector representations are designed to capture the semantic meaning and context of the words they represent." *Text Embeddings*. |
| [1.f] selecting an advertisement in the context established for the natural language utterance; and | Google AI Products select an advertisement in the context established for the natural language utterance.<br><br>For example, Google AI Products select advertisements related to paper towels in the context established for the natural language utterance shown in the below screenshot from Google Gemini's chat feed.<br><br> |

11

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | As another example: "We're unwrapping our biggest upgrade to shopping in AI Mode in Search, so you can describe what you're looking for just as you'd say it to a friend and get a thorough response with accurate shopping data you can trust. When you ask AI Mode a shopping question, you'll get an intelligently organized response that brings together rich visuals and all the details you need (like price, reviews and inventory info), helping you quickly and confidently decide what to buy. AI Mode responses are tailored to your specific question and formatted for your needs. For example, if you're looking for visual inspiration, like "cozy sweaters for happy hour in warm autumn colors," you'll see shoppable images. Or, if you're deciding between a few options — like moisturizers suited to your skin type — you'll see a comparison table with a side-by-side view of considerations specific to that product, including insights from reviews (like how a moisturizer feels on skin) to help you quickly understand the differences. And because AI Mode is powered by the Shopping Graph (which includes more than 50 billion product listings, 2 billion of which are updated every hour) you can trust you're seeing fresh information and unmatched selection." *Agentic Shopping*.<br><br>"How Gemini Apps help you discover or compare products<br><br>When you ask Gemini Apps about products, you can get:<br><br>• Visually-rich results: Gemini Apps can show you product cards awith clear images and key information.<br><br>• Grouping by theme: Gemini Apps can organize products into groups to make it easier to explore related items.<br><br>• Product comparisons: Gemini Apps can compare multiple products based on the aspects you select to help you make an informed decision.<br><br>• Product links: Gemini Apps can give direct links to products."<br><br>*Shopping in Gemini Apps*.<br><br>"As shoppers turn to AI for discovery, retailers need smarter ways to deliver value. That's why we're continuing to test ads in AI Mode and we're now introducing Direct Offers. This new Google Ads pilot allows advertisers to present exclusive offers for shoppers who are ready to buy — like a special 20% off discount — directly in AI Mode." *New Tech and Tools*.<br><br>"With Direct Offers, retailers set up relevant offers they want to feature in their campaign settings and Google will use AI to determine when an offer is relevant to display. We are initially focusing on discounts for the pilot and will expand to support the creation of offers with other attributes that help shoppers prioritize value over price alone, such as bundles and free shipping. We're already collaborating with brands like Petco, e.l.f. Cosmetics, Samsonite, Rugs USA and Shopify merchants to shape Direct Offers into a faster, smarter way to help retailers connect with the next generation of shoppers."  *New Tech and Tools*. |

12

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | As yet another example, Google AI Products select advertisements related to travel bags in the context established for the natural language utterances "I'm looking for a cute travel bag" and "I'll be taking it on planes and trains. I'm going to Portland next weekend." *Shopping on Google*.<br><br><br><br><br><br>*Shopping on Google*.<br><br>"Say you tell AI Mode you're looking for a cute travel bag. It understands that you're looking for visual inspiration and so it will show you a beautiful, browsable panel of images and product listings personalized to your tastes. If you want to narrow your options down to bags suitable for a trip to Portland, Oregon in May, AI Mode will start a query fan-out, which means it runs several simultaneous searches to figure out what makes a bag good for rainy weather and long journeys, and then use those criteria to suggest waterproof options with easy |

13

| '176 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | access to pockets. The new righthand panel dynamically updates with relevant products and images as you go, helping you pinpoint exactly what you're looking for and discover new brands." *Shopping on Google*.<br><br>As yet another example, As yet another example, Google AI Products select advertisements related to cutting boards in the context established for the natural language utterance "I'm looking for a nice cutting board for serving apps or charcuterie." *Agentic Shopping*.<br><br><br><br>*Agentic Shopping*.<br><br>"You can also now use shopping features right in the Gemini app, helping you go from brainstorming to browsing right within your chat. Whether you're searching for ideas of what to look for on Black Friday or making a holiday list on a budget, the Gemini app can now move beyond simple text suggestions and offer helpful shopping ideas, powered by Shopping Graph information you can trust. You can find shoppable product listings, comparison tables, prices from across the web and places to buy right in the Gemini app." *Agentic Shopping*. |
| [1.g] presenting the selected advertisement via an output device coupled to the conversational language processor. | Google AI Products present the selected advertisement via an output device coupled to the conversational language processor.<br><br>For example, Google AI Products present the selected advertisements via output devices as shown in the screenshots and other information provided above in relation to claim requirement 1.f. |

14

# EXHIBIT R-1

**Exhibit R-1 (274 – Google Assistant)**

**U.S. Pat. No. 8,527,274 ("the '274 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '274 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Nest Smart Speakers & Home Audio Systems – Google Store," https://store.google.com/category/nest_speakers?hl=en-US, (*Google Store – Speakers*)

2. "Nest Hub Smart Displays for Your Home – Google Store," https://store.google.com/category/nest_hubs_displays?hl=en-US, (*Google Store – Displays*)

3. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US, (*Google Store – Pixel phone*)

4. "Pixel Tablet. The tablet only Google could make – Google store," https://store.google.com/us/product/pixel_tablet?hl=en-US, (*Google Store – Pixel tablet*)

5. "Discover What the Google Assistant Can Do – Google Assistant," https://assistant.google.com/discover/, (*Discover Google Assistant*)

6. "Get started with the Google Assistant on Pixel - Android - Google Assistant Help," https://support.google.com/assistant/answer/9475056, (*Get Started with the Google Assistant on Pixel*)

7. "I/O: Building the next evolution of Google," https://blog.google/products-and-platforms/products/assistant/io-building-next-evolution-of-google/, May 18, 2016, (*I/O*)

8. "Bringing you the next-generation Google Assistant," https://blog.google/products-and-platforms/products/assistant/next-generation-google-assistant-io/  May 7, 2019, (*Bringing you the next-generation*)

9. "The Google Assistant, powering our new family of hardware," https://blog.google/products-and-platforms/products/assistant/google-assistant-powering-our-new-family-hardware/, Oct 4, 2017, (*Powering our new family*)

10. "Google Assistant can help you find, learn about and buy movie tickets," https://medium.com/%40deepak/google-assistant-can-help-you-find-learn-about-and-buy-movie-tickets-7718e2e409e8, May 6, 2018, Deepak Ravlani, Medium. (*Movie tickets*)

11. "Conversation Design | Google for Developers," https://developers.google.com/assistant/conversation-design/questions, (*Conversation Design*)

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method to deliver targeted advertisements and track advertisement interactions in voice recognition contexts, comprising: | Google AI Products, perform a method to deliver targeted advertisements and track advertisement interactions in voice recognition contexts. |

1

For example, Google AI Products include Google Assistant.

As another example, Google Nest Speakers and Nest Hub display devices are primarily voice-activated.



*Google Store – Speakers.*



*Google Store – Displays.*

"The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice." *Get started with the Google Assistant on Pixel*; *Google Store – Pixel phone*.

Google Assistant is installed on every Pixel tablet.

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Google Store – Pixel tablet.* Also, "On Pixelbook, your Assistant can help you send a quick email, create a new doc or get the details of your next calendar event." *Powering our new family.*  *Discover Google Assistant.* |

3

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |
| [1.a] receiving a natural language utterance from a voice-enabled device; | Google AI Products receive a natural language utterance from a voice-enabled device. Google AI Products are configured to receive utterances from voice-enabled devices. For example: "Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O*. As another example: "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation*. As another example, Google AI Products receive the utterance shown below in the screenshot of Google's My Activity webpage.  In another example, a user asks for "showtimes for solo a star wars story nearby" |

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Movie tickets.* |
| [1.b] processing the natural language utterance to identify one or more requests associated with the natural language utterance; | Google AI Products process the natural language utterance to identify one or more requests associated with the natural language utterance<br><br>For example, Google AI Products processed the natural language utterance in the screenshot provided in relation to claim requirement 1.a above to identify one or more requests related to shopping.<br><br>In the alternative example, Google AI Products identify one or more requests associated with the natural language utterance related to purchasing tickets for the film. |
| [1.c] determining that the natural language utterance contains a request that is incomplete or ambiguous; | Google AI Products determine that the natural language utterance contains a request that is incomplete or ambiguous<br><br>For example, Google AI Products determined that the request related to shopping is incomplete or ambiguous because it does not identify the store or the specific product a user is interested in.<br><br>And in the alternative example, Google AI Products determine that the request related to movies is incomplete or ambiguous because it does not identify the theater or a time the user is interested in. |

5

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Movie tickets.*<br><br>As another example: "Language is filled with ambiguity, though most of the time it is resolved through context. When context is not enough, it's okay to ask the user for more information." *Conversation Design*.<br><br>"One of the most effective ways to get the user to continue the conversation (e.g., make a choice) is to ask a question. When the call to action isn't clear, the user won't know when, or how, to respond." *Conversation Design*. |
| [1.d] selecting one or more advertisements associated with the natural language utterance; | Google AI Products, select one or more advertisements associated with the natural language utterance.<br><br>For example, Google AI Products selected one or more advertisements relating to stores that may carry the product type the user is interested in as shown below in the screenshot of Google's My Activity webpage.<br><br>In the alternative example, Google AI Products select one or more advertisements associated with the natural language utterance. |

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Movie tickets.* |
| [1.e] outputting the one or more selected advertisements to the voice-enabled device; | Google AI Products output the one or more selected advertisements to the voice-enabled device<br><br>For example, Google AI Products output the advertisements for paper towels by reading or displaying them to the user as shown in the screenshot provided above in relation to claim requirement 1.d.<br><br>In the alternative example, Google AI Products output one or more selected advertisements for movie tickets to the voice-enabled device by reading or displaying them to the user in relation to claim requirement 1.d. |
| [1.f] monitoring interaction between a user and the one or more selected advertisements; and | Google AI Products monitor interaction between a user and the one or more selected advertisements<br><br>For example, Google AI Products monitored whether the user choses one of the selected advertisements as shown below in the screenshot of Google's My Activity webpage. |

7

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | In the alternative example, Google AI Products monitor the users choice of one of the selected advertisement. In this case, for '7:10 PM` at 'AMC Mercado'. <br><br> *Movie tickets.* |
| [1.g] interpreting the request that is incomplete or ambiguous based on the interaction. | Each of the Accused Products, including the Google AI Products, interpret the request that is incomplete or ambiguous based on the interaction <br><br> For example, Google AI Products interpret the request that is incomplete or ambiguous by determining that a user would like to navigate to a specific store related to one of the selected advertisements, as shown in the screenshot provided above in relation to element 1.f. <br><br> In the second example, Google AI Products interpret the request that is incomplete or ambiguous based on the interaction to indicate that the user has chosen a specific theater and time, but the request remains ambiguous or incomplete and returns to step 1.d to prompt the user for the quantity and types of tickets. |

8

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | *Movie tickets.* |

# EXHIBIT R-2

**Exhibit R-2 (274 – Gemini)**

**U.S. Pat. No. 8,527,274 ("the '274 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '274 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Introducing Gemini, your new personal AI assistant," https://gemini.google/assistant/, (*Introducing Gemini*)

2. "What is Gemini and how it works," https://gemini.google/us/overview/?hl=en, (*What is Gemini*)

3. "The Assistant experience on mobile is upgrading to Gemini," https://blog.google/products-and-platforms/products/gemini/google-assistant-gemini-mobile/, (*Upgrading to Gemini*)

4. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US (*Google Store – Pixel phone*)

5. Google Search, Meet AI Mode, https://search.google/ways-to-search/ai-mode/, (*Google AI Mode*)

6. "Google Shopping - Shop Online, Compare Prices & Where to Buy," https://www.google.com/shopping, ("*Google Shopping*")

7. "Shopping on Google: AI Mode and virtual try-on updates from I/O 2025," https://blog.google/products-and-platforms/products/shopping/google-shopping-ai-mode-virtual-try-on-update/, May 20, 2025 (*Shopping on Google*)

8. "Google Shopping launches agentic checkout and more AI shopping tools," https://blog.google/products-and-platforms/products/shopping/agentic-checkout-holiday-ai-shopping/ November 13, 2025 (*Agentic Shopping*)

9. "Speech-to-Text API: speech recognition and transcription | Google Cloud," https://cloud.google.com/speech-to-text?hl=en, (*Speech-to-Text*)

10. "Chirp 3 Transcription: Enhanced multilingual accuracy | Cloud Speech-to-Text | Google Cloud Documentation," https://docs.cloud.google.com/speech-to-text/docs/models/chirp-3, (*Chirp 3*)

11. "Gemini Live API overview | Generative AI on Vertex AI | Google Cloud Documentation," https://docs.cloud.google.com/vertex-ai/generative-ai/docs/live-api, (*Gemini Live API*)

12. "Text embeddings API | Generative AI on Vertex AI | Google Cloud Documentation," https://docs.cloud.google.com/vertex-ai/generative-ai/docs/model-reference/text-embeddings-api, (*Text Embeddings*)

13. "Gemini gets more personal, proactive and powerful," https://blog.google/products-and-platforms/products/gemini/gemini-app-updates-io-2025/, Josh Woodward, VP, Google Labs & Google Gemini, Google, May 20, 2025. (*Gemini get more personal.*)

14. "Google's Gemini AI is getting a chatty new voice mode," https://www.theverge.com/2024/5/14/24155543/google-gemini-ai-live-voice-chat-vision-digital-assistant, May 14, 2024, Wes Davis, TheVerge. (*Chatty new voice mode.*)

1

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method to deliver targeted advertisements and track advertisement interactions in voice recognition contexts, comprising: | Google AI Products perform a method to deliver targeted advertisements and track advertisement interactions in voice recognition contexts.<br><br>For example: "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini*.<br><br>As another example: "Gemini is an interface to a multimodal LLM (handling text, audio, images and more). Gemini is based on Google's cutting-edge research in LLMs, which began with the Word2Vec paper in 2013 that proposed novel model architectures that mapped words as mathematical concepts, followed by the introduction of a neural conversational model in 2015. This framework demonstrated how models could predict the next sentence in a conversation based on the previous sentence or sentences, leading to more natural conversational experiences. This was followed by our breakthrough work on Transformer in 2017 and multi-turn chat capabilities in 2020, which demonstrated even more compelling generative language progress." *What is Gemini*.<br><br>Gemini is available as the system assistant in Android devices as shown in the exemplary screenshot below.<br><br><br><br>Gemini is also available as a mobile app as shown in the exemplary screenshot below from an Android device. |

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  Gemini is also available as a web app as shown in the exemplary screenshot below from the Chrome web browser. Gemini is also available in Chrome and as "AI Mode" in Google Search as shown in the exemplary screenshot below from the Chrome web browser. |

3

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |
| | As yet another example, Google has upgraded or is "upgrading Google Assistant users on mobile to Gemini, offering a new kind of help only possible with the power of AI. . . . Additionally, we'll be upgrading tablets, cars and devices that connect to your phone, such as headphones and watches, to Gemini. We're also bringing a new experience, powered by Gemini, to home devices like speakers, displays and TVs." *Upgrading to Gemini*. |
| | As yet another example, Google Gemini is replacing Google Assistant as the default. |
| |  |
| | *Google Store – Pixel phone*. |
| | Google Gemini is also available in Google AI Mode. |

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | "AI Mode uses Gemini 3's next-generation intelligence, with advanced reasoning, thinking, and multimodal understanding to help with even your toughest questions." *Google AI Mode*.<br><br>Google AI Products are also available in Google Shopping.<br><br>*Google Shopping*.<br><br>Google Gemini powers Google Shopping AI mode. "Our new AI Mode shopping experience brings together Gemini capabilities with our Shopping Graph to help you browse for inspiration, think through considerations and narrow down products." *Shopping on Google*. "You can also now use shopping features right in the Gemini app, helping you go from brainstorming to browsing right within your chat." *Agentic Shopping*. "This feature is powered by our Duplex technology, with a big Gemini model upgrade that helps us identify the best stores to call, suggest helpful questions to ask based on the product you want and summarize the conversations into key takeaways." *Agentic Shopping*. |
| [1.a] receiving a natural language utterance from a voice-enabled device; | Google AI Products receive a natural language utterance from a voice-enabled device.<br><br>Google AI Products are configured with voice-enabled devices that receive natural language utterances. For example, "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that |

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini.*<br><br>As another example, Google AI Products receive utterances such as "paper towels" as shown in the screenshot below from Gemini's chat feed.<br><br><br><br>As yet another example, Google AI Products receive utterances such as "I'm looking for a cute travel bag" and "I'll be taking it on planes and trains. I'm going to Portland next weekend." *Shopping on Google.* |

6

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | <br><br>*Shopping on Google*.<br><br>As yet another example, Google AI Products receive utterances such as "cozy sweaters for happy hour in warm autumn colors," along with the utterances shown in the images below. *Agentic Shopping*. |

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Agentic Shopping.* *Agentic Shopping.* |

| '274 Patent Claim Language | Exemplary Google AI Products |
| --- | --- |
| | <br><br>*Agentic Shopping*. |
| [1.b] processing the natural language utterance to identify one or more requests associated with the natural language utterance; | Google AI Products process the natural language utterance to identify one or more requests associated with the natural language utterance.<br><br>For example, Google AI Products process the natural language utterances in the screenshots provided above in relation to claim requirement 1.a to identify one or more requests related to shopping.<br><br>As another example: "Speech-to-Text can utilize Chirp 3, Google Cloud's foundation model for speech trained on millions of hours of audio data and billions of text sentences." *Speech-to-Text*.<br><br>As yet another example: "Chirp 3 is the latest generation of Google's multilingual Automatic Speech Recognition (ASR)-specific generative models, designed to meet user needs based on feedback and experience." *Chirp 3*.<br><br>As yet another example, "Gemini Live API enables low-latency, real-time voice and video interactions with Gemini. It processes continuous streams of audio, video, or text to deliver immediate, human-like spoken responses. This creates a natural conversational experience for your users." *Gemini API Live*. |

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br><br>As yet another example: "The Text embeddings API converts textual data into numerical vectors. These vector representations are designed to capture the semantic meaning and context of the words they represent." *Text Embeddings*. |
| [1.c] determining that the natural language utterance contains a request that is incomplete or ambiguous; | Google AI Products determine that the natural language utterance contains a request that is incomplete or ambiguous.<br><br>For example, Google AI Products determine that the requests related to shopping for paper towels, travel bags, and cutting boards shown in relation to claim requirement 1.a are incomplete or ambiguous because they do not identify the specific product a user is interested in or the source of the product.<br><br>As yet another example, "Say you tell AI Mode you're looking for a cute travel bag. It understands that you're looking for visual inspiration and so it will show you a beautiful, browsable panel of images and product listings personalized to your tastes. If you want to narrow your options down to bags suitable for a trip to Portland, Oregon in May, AI Mode will start a query fan-out, which means it runs several simultaneous searches to figure out what makes a bag good for rainy weather and long journeys, and then use those criteria to suggest waterproof options with easy access to pockets. The new righthand panel dynamically updates with relevant products and images as you go, helping you pinpoint exactly what you're looking for and discover new brands." *Shopping on Google*.<br><br>As another example: "We're unwrapping our biggest upgrade to shopping in AI Mode in Search, so you can describe what you're looking for just as you'd say it to a friend and get a thorough response with accurate shopping data you can trust. When you ask AI Mode a shopping question, you'll get an intelligently organized response that brings together rich visuals and all the details you need (like price, reviews and inventory info), helping you quickly and confidently decide what to buy. AI Mode responses are tailored to your specific question and formatted for your needs. For example, if you're looking for visual inspiration, like "cozy sweaters for happy hour in warm autumn colors," you'll see shoppable images. Or, if you're deciding between a few options — like moisturizers suited to your skin type — you'll see a comparison table with a side-by-side view of |

10

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | considerations specific to that product, including insights from reviews (like how a moisturizer feels on skin) to help you quickly understand the differences. And because AI Mode is powered by the Shopping Graph (which includes more than 50 billion product listings, 2 billion of which are updated every hour) you can trust you're seeing fresh information and unmatched selection." *Agentic Shopping*. |
| [1.d] selecting one or more advertisements associated with the natural language utterance; | Google AI Products select one or more advertisements associated with the natural language utterance. For example, Google AI products select one of more advertisements associated with the natural language utterance "paper towels" as shown in the screenshot below from Gemini's chat feed.<br><br><br><br>As another example: "The new righthand panel dynamically updates with relevant products and images as you go, helping you pinpoint exactly what you're looking for and discover new brands." *Shopping on Google*. |

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  *Shopping on Google.* As yet another example: "When you ask AI Mode a shopping question, you'll get an intelligently organized response that brings together rich visuals and all the details you need (like price, reviews and inventory info), helping you quickly and confidently decide what to buy. AI Mode responses are tailored to your specific question and formatted for your needs. For example, if you're looking for visual inspiration, like "cozy sweaters for happy hour in warm autumn colors," you'll see shoppable images. Or, if you're deciding between a few options — like moisturizers suited to your skin type — you'll see a comparison table with a side-by-side view of considerations specific to that product, including insights from reviews (like how a moisturizer feels on skin) to help you quickly understand the differences." *Agentic Shopping.* |

12

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Agentic Shopping.*<br><br>As yet another example: "You can also now use shopping features right in the Gemini app, helping you go from brainstorming to browsing right within your chat. Whether you're searching for ideas of what to look for on Black Friday or making a holiday list on a budget, the Gemini app can now move beyond simple text suggestions and offer helpful shopping ideas, powered by Shopping Graph information you can trust. You can find shoppable product listings, comparison tables, prices from across the web and places to buy right in the Gemini app." *Agentic Shopping.* |

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  *Agentic Shopping.*<br><br>As yet another example, Google AI Products select one or more advertisements associated with the natural language utterance relating to a cutting board as shown below:<br><br>*Agentic Shopping.* |

14

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| [1.e] outputting the one or more selected advertisements to the voice-enabled device; | Google AI Products output the one or more selected advertisements to the voice-enabled device.

For example, Google AI Products output advertisements, as shown in the screenshots and images provided above in relation to claim requirement 1.d.

As another example: "The new righthand panel dynamically updates with relevant products and images as you go, helping you pinpoint exactly what you're looking for and discover new brands." *Shopping on Google*.

As yet another example: "[I]f you're deciding between a few options — like moisturizers suited to your skin type — you'll see a comparison table with a side-by-side view of considerations specific to that product, including insights from reviews (like how a moisturizer feels on skin) to help you quickly understand the differences." *Agentic Shopping*.

As yet another example: "[T]he Gemini app can now move beyond simple text suggestions and offer helpful shopping ideas, powered by Shopping Graph information you can trust. You can find shoppable product listings, comparison tables, prices from across the web and places to buy right in the Gemini app." *Agentic Shopping*. |
| [1.f] monitoring interaction between a user and the one or more selected advertisements; and | Google AI Products monitor interaction between a user and the one or more selected advertisements.

For example, Google AI Products monitored whether the user chooses one of the selected advertisements as shown below in the screenshot of Gemini's chat feed. If the user clicks or taps on the advertisement for Brawny, Google AI Products open a side panel listing websites offering Brawny paper towels for sale. |

15

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br><br>As another example: "If you want to narrow your options down to bags suitable for a trip to Portland, Oregon in May, AI Mode will start a query fan-out, which means it runs several simultaneous searches to figure out what makes a bag good for rainy weather and long journeys, and then use those criteria to suggest waterproof options with easy access to pockets. The new righthand panel dynamically updates with relevant products and images as you go, helping you pinpoint exactly what you're looking for and discover new brands." *Shopping on Google*.<br><br><br><br>As yet another example: "When you've made up your mind, our new agentic checkout will help you easily buy at a price that fits your budget. Just tap 'track price' on any product listing and set the right |

16

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | size, color (or whatever options you prefer) and the amount you want to spend." *Shopping on Google*.<br><br><br><br>As yet another example, the user can interact with one or more ads with a follow-up request as shown below:<br><br><br><br>*Agentic Shopping*.<br><br>As yet another example, the user can interact with one or more ads by scrolling through them and clicking on one as shown below: |

17

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  <br><br>*Agentic Shopping.*<br><br>As yet another example, the user can select an advertisement and click "Track price," as shown in the images below:<br><br><br><br>*Agentic Shopping.* |

18

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| [1.g] interpreting the request that is incomplete or ambiguous based on the interaction. | Google AI Products, interpret the request that is incomplete or ambiguous based on the interaction.<br><br>For example, Google AI Products interpret the request related to paper towels as a request to buy Brawny paper towels from Walmart based on the interaction, as shown in the screenshot below from Gemini's chat feed.<br><br><br><br>As another example: "When you've made up your mind, our new agentic checkout will help you easily buy at a price that fits your budget. Just tap 'track price' on any product listing and set the right size, color (or whatever options you prefer) and the amount you want to spend. Keep an eye out for a price drop notification and, if you're ready to buy, just confirm the purchase details and tap "buy for me". *Shopping on Google*. |

19

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  *Shopping on Google.* As yet another example: "[I]f you're deciding between a few options — like moisturizers suited to your skin type — you'll see a comparison table with a side-by-side view of considerations specific to that product, including insights from reviews (like how a moisturizer feels on skin) to help you quickly understand the differences." *Agentic Shopping.*  |

| '274 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | *Agentic Shopping.*<br><br>As yet another example: "Simply track an item's price using our price-tracking feature (a shopper favorite, especially during the holidays). Tell us what item you want to track — down to the specific size, color and amount you want to spend — and you'll get a notification when the price falls within your budget." *Agentic Shopping.*<br><br><br><br>*Agentic Shopping.* |

21

# EXHIBIT S-1

**Exhibit S-1 (536 – Google Assistant)**

**U.S. Pat. No. 8,886,536 ("the '536 patent")**
**Infringement Chart for Claim 44**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '536 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Nest Smart Speakers & Home Audio Systems – Google Store," https://store.google.com/category/nest_speakers?hl=en-US, (*Google Store – Speakers*)

2. "Nest Hub Smart Displays for Your Home – Google Store," https://store.google.com/category/nest_hubs_displays?hl=en-US, (*Google Store – Displays*)

3. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US, (*Google Store – Pixel phone*)

4. "Pixel Tablet. The tablet only Google could make – Google store," https://store.google.com/us/product/pixel_tablet?hl=en-US, (*Google Store – Pixel tablet*)

5. "Discover What the Google Assistant Can Do – Google Assistant," https://assistant.google.com/discover/, (*Discover Google Assistant*)

6. "Book a ride with the Google Assistant," https://blog.google/products-and-platforms/products/assistant/book-ride-google-assistant/, Oct 4, 2018, (*Book a ride*)

7. "The Google Assistant, powering our new family of hardware," https://blog.google/products-and-platforms/products/assistant/google-assistant-powering-our-new-family-hardware/, Oct 4, 2017, (*Powering our new family*)

8. "Bringing you the next-generation Google Assistant," https://blog.google/products-and-platforms/products/assistant/next-generation-google-assistant-io/, May 7, 2019, (*Bringing you the next-generation*)

9. "Get started with the Google Assistant on Pixel," https://support.google.com/pixelphone/answer/9475056, March 22, 2026 (*Get started with the Google Assistant on Pixel*)

| '536 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 44.[pr] A computer-implemented method of providing promotional content related to one or more natural language utterances and/or responses, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising: | Google AI Products perform a computer-implemented method of providing promotional content related to one or more natural language utterances and/or responses, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method. For example, Google AI Products include Google Assistant. As another example, Google AI Products include one or more physical processors and are primarily voice-activated. |

| '536 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Google Store – Speakers.*<br><br>*Google Store – Displays.*<br><br>"The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice." *Get started with the Google Assistant on Pixel*; *Google Store – Pixel phone.*<br><br> *Google Store – Pixel tablet.* |

2

| '536 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | "On Pixelbook, your Assistant can help you send a quick email, create a new doc or get the details of your next calendar event." *Powering our new family.*<br><br><br><br>*Discover Google Assistant.*<br><br>As another example, Google's data centers powering Google Assistant Products include one or more processors.  "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.* |
| [44.a] receiving, at the one or more physical processors, a first natural language utterance; | Google AI Products receive, at the one or more physical processors, a first natural language utterance.<br><br>For example, Google AI Products received the natural language utterance shown below in the screenshots of Google's My Activity webpage.<br><br><br><br>As another example: "With your Android phone, iPhone, Google Home, or any smart speaker with the Assistant, start by saying, 'Hey Google, book a ride to the Bluebird Café' or 'Hey Google, get me a taxi to Denver International Airport.'" *Book a ride.* |
| [44.b] providing, at the one or more physical processors, a response to the first natural language utterance; | Each of the Accused Products, including the Google AI Products, provide, at the one or more physical processors, a response to the first natural language utterance.<br><br>For example, Google AI Products provide a response to the first utterance as shown below in the screenshots of Google's My Activity webpage. |

3

| '536 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |
| [44.c] receiving, at the one or more physical processors, a second natural language utterance relating to the first natural language utterance; | Google AI Products receive, at the one or more physical processors, a second natural language utterance relating to the first natural language utterance.<br><br>For example, Google AI Products received a second utterance related to the first as shown below in the screenshot of Google's My Activity webpage. |
| [44.d] identifying, at the one or more physical processors, requests associated with the second natural language utterance, wherein the requests include a first request to be processed by a first device associated with a user and a second request to be processed by a second device associated with the user; | Google AI Products identify, at the one or more physical processors, requests associated with the second natural language utterance, wherein the requests include a first request to be processed by a first device associated with a user and a second request to be processed by a second device associated with the user.<br><br>For example, Google AI Products identify a first request to be processed by, e.g., a smart speaker or other smart device that received the second utterance as shown below in the screenshot of Google's My Activity webpage.<br><br>As another Google AI Products identify a second request to be processed by a second device (e.g. smartphone or other smart devices) associated with the user as shown below in the screenshot of an Android notification. |

4

| '536 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |
| [44.e] determining, at the one or more physical processors, promotional content that relates to one or more of the first request or the second request; and | Google AI Products determine, at the one or more physical processors, promotional content that relates to one or more of the first request or the second request. For example, Google AI Products determine promotional content that relates to a request to hire a ride sharing service as shown below in the screenshot of an Android smartphone. Below are other examples. "You will then be given a list of popular ride services to select from, including Uber, Lyft, Ola, Grab, GO-JEK and many more, along with more information on estimated pricing and wait times from each service." *Book a ride*. |

5

| '536 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | *Book a ride.* |
| [44.f] presenting, at the one or more physical processors, the promotional content to the user. | Google AI Products present, at the one or more physical processors, the promotional content to the user. For example, Google AI Products present the promotional content to the user on the screen of a smartphone or other smart device as shown in the screenshot provided above in relation to claim requirement 44.e. |

6

# EXHIBIT T-1

**Exhibit T-1 (097 – Google Assistant)**

**U.S. Pat. No. 9,269,097 ("the '097 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '097 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Nest Smart Speakers & Home Audio Systems – Google Store," https://store.google.com/category/nest_speakers?hl=en-US, (*Google Store – Speakers*)

2. "Nest Hub Smart Displays for Your Home – Google Store," https://store.google.com/category/nest_hubs_displays?hl=en-US, (*Google Store – Displays*)

3. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US, (*Google Store – Pixel phone*)

4. "Pixel Tablet. The tablet only Google could make – Google store," https://store.google.com/us/product/pixel_tablet?hl=en-US, (*Google Store – Pixel tablet*)

5. "Discover What the Google Assistant Can Do – Google Assistant," https://assistant.google.com/discover/, (*Discover Google Assistant*)

6. "The Google Assistant, powering our new family of hardware," https://blog.google/products-and-platforms/products/assistant/google-assistant-powering-our-new-family-hardware/, Oct 4, 2017, (*Powering our new family*)

7. "Bringing you the next-generation Google Assistant," https://blog.google/products-and-platforms/products/assistant/next-generation-google-assistant-io/, May 7, 2019, (*Bringing you the next-generation*)

8. "Get started with the Google Assistant on Pixel," https://support.google.com/pixelphone/answer/9475056, March 22, 2026 (*Get started with the Google Assistant on Pixel*)

9. "Understanding your request | Google Assistant | Google for Developers," https://developers.google.com/assistant/how-assistant-works/understanding-your-request, (*Understanding Your Request*)

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method for providing natural language processing based on advertisements, the method being implemented on a computer system having one or more physical processors executing computer program instructions which, when executed, perform the method, the method comprising: | Google AI Products perform a method for providing natural language processing based on advertisements, the method being implemented on a computer system having one or more physical processors executing computer program instructions which, when executed, perform the method. |

1

For example, Google AI Products include Google Assistant.

As another example, Google AI Products include one or more physical processors and are primarily voice-activated.



*Google Store – Speakers.*



*Google Store – Displays.*

"The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice." *Get started with the Google Assistant on Pixel*; *Google Store – Pixel phone*.



2

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | *Google Store – Pixel tablet.*<br><br>"On Pixelbook, your Assistant can help you send a quick email, create a new doc or get the details of your next calendar event." *Powering our new family.*<br><br><br><br>*Discover Google Assistant.*<br><br>As another example, Google's data centers powering Google Assistant Products include one or more processors.  "To power the Google Assistant, we rely on the full computing power of our data centers to support speech transcription and language understanding models." *Bringing you the next-generation.* |
| [1.a] providing, by the computer system, an advertisement associated with a product or service for presentation to a user; | Google AI Products provide, by the computer system, an advertisement associated with a product or service for presentation to a user.<br><br>For example, Google AI Products provide advertisements associated with paper towels as shown in the screenshot below from an Android phone. |

3

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |
| [1.b] receiving, at the computer system, a natural language utterance of the user; and | Google AI Products receive, at the computer system, a natural language utterance of the user. For example, Google AI products receive the natural language utterance "how much are they" as shown in the screenshot below from an Android phone. |

4

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | |
| [1.c] interpreting, by the computer system, the natural language utterance based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, determining whether the pronoun refers to one or more of the product or service or a provider of the product or service. | Google AI Products interpret, by the computer system, the natural language utterance based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, determining whether the pronoun refers to one or more of the product or service or a provider of the product or service.<br><br>For example, Google AI Products interpret the natural language utterance "how much are they" based on the advertisement and, responsive to the existence of the pronoun "they," determining that the pronoun refers to the paper towel products as shown in the screenshot below from and Android phone. |

5

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  As another example: "If you interact with Assistant by voice, our speech recognition technology converts your request to text. Next, Assistant analyzes the text, in combination with useful information such as recent requests or the type of device you are using, to identify possible interpretations." *Understanding Your Request.* |

6

# EXHIBIT T-2

**Exhibit T-2 (097 – Google Voice Search)**

**U.S. Pat. No. 9,269,097 ("the '097 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '097 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Use Google Voice Search - Android - Google Search Help," https://support.google.com/websearch/answer/2940021?hl=en&co=GENIE.Platform%3DAndroid, (*Google Voice Search*)

2. "Google," www.google.com, (*Google Home Page*)

3. "Google Shopping - Shop Online, Compare Prices & Where to Buy," https://www.google.com/shopping, (*Google Shopping*)

4. "What is semantic search, and how does it work? | Google Cloud," https://cloud.google.com/discover/what-is-semantic-search?hl=en, (*Semantic Search*)

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method for providing natural language processing based on advertisements, the method being implemented on a computer system having one or more physical processors executing computer program instructions which, when executed, perform the method, the method comprising: | Google AI Products perform a method for providing natural language processing based on advertisements, the method being implemented on a computer system having one or more physical processors executing computer program instructions which, when executed, perform the method.<br><br>For example, Google AI Products include Google Voice Search running on a computer system having one or more physical processors.<br><br>Google voice search is available on Google AI Products by "open[ing] the Google app G " and tapping "the Microphone 🎤 " *Google Voice Search*.<br><br>Google voice search is also available in a browser by navigating to www.google.com.<br><br><br><br>*Google Home Page*.<br><br>Voice search is also available in Google AI Mode. |

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | Voice search is also available in Google Shopping.<br><br>*Google Shopping.* |
| [1.a] providing, by the computer system, an advertisement associated with a product or service for presentation to a user; | Google AI Products provide, by the computer system, an advertisement associated with a product or service for presentation to a user.<br><br>For example, Google AI Products provide advertisements associated with paper towels as shown in the screenshot below from an Android phone. |

2

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |
| [1.b] receiving, at the computer system, a natural language utterance of the user; and | Google AI Products receive, at the computer system, a natural language utterance of the user.<br><br>For example, Google AI products receive the natural language utterance "how much are they" as shown in the screenshot below from an Android phone. |
| [1.c] interpreting, by the computer system, the natural language utterance based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, determining whether the pronoun refers to one or more of the product or service or a provider of the product or service. | Google AI Products interpret, by the computer system, the natural language utterance based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, determining whether the pronoun refers to one or more of the product or service or a provider of the product or service.<br><br>For example, Google AI Products interpret the natural language utterance "how much are they" based on the advertisement and, responsive to the existence of the pronoun "they," determining that the pronoun refers to the paper towel products as shown in the screenshot below from and Android phone. |

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br><br>As another example: "Semantic search is a data searching technique that focuses on understanding the contextual meaning and intent behind a user's search query, rather than only matching keywords. Instead of merely looking for literal matches between search queries and indexed content, it aims to deliver more relevant search results by considering various factors, including the relationships between words, the searcher's location, any previous searches, and the context of the search." *Semantic Search*. |

4

# EXHIBIT T-3

**Exhibit T-3 (097 – Gemini)**

**U.S. Pat. No. 9,269,097 ("the '097 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '097 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Introducing Gemini, your new personal AI assistant," https://gemini.google/assistant/, (*Introducing Gemini*)

2. "What is Gemini and how it works," https://gemini.google/us/overview/?hl=en, (*What is Gemini*)

3. "The Assistant experience on mobile is upgrading to Gemini," https://blog.google/products-and-platforms/products/gemini/google-assistant-gemini-mobile/, (*Upgrading to Gemini*)

4. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US (*Google Store – Pixel phone*)

5. Google Search, Meet AI Mode, https://search.google/ways-to-search/ai-mode/, (*Google AI Mode*)

6. "Google Shopping - Shop Online, Compare Prices & Where to Buy," https://www.google.com/shopping, (*Google Shopping*)

7. "Shopping on Google: AI Mode and virtual try-on updates from I/O 2025," https://blog.google/products-and-platforms/products/shopping/google-shopping-ai-mode-virtual-try-on-update/, May 20, 2025 (*Shopping on Google*)

8. "Google Shopping launches agentic checkout and more AI shopping tools," https://blog.google/products-and-platforms/products/shopping/agentic-checkout-holiday-ai-shopping/ November 13, 2025 (*Agentic Shopping*)

9. "Case study: Refine queries and manage context | Natively Adaptive Interfaces | Google for Developers," https://developers.google.com/natively-adaptive-interfaces/video/core-refine-queries, (*Refine Queries*)

10. "Text embeddings API | Generative AI on Vertex AI | Google Cloud Documentation," https://docs.cloud.google.com/vertex-ai/generative-ai/docs/model-reference/text-embeddings-api, (*Text Embeddings*)

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method for providing natural language processing based on advertisements, the method being implemented on a computer system having one or more physical processors executing computer program instructions which, when executed, perform the method, the method comprising: | Google AI Products perform a method for providing natural language processing based on advertisements, the method being implemented on a computer system having one or more physical processors executing computer program instructions which, when executed, perform the method.<br><br>For example, Google AI Products include Gemini running on a computer system having one or more physical processors.<br><br>As another example: "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by- |

1

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini*. |
|  | As yet another example: "Gemini is an interface to a multimodal LLM (handling text, audio, images and more). Gemini is based on Google's cutting-edge research in LLMs, which began with the Word2Vec paper in 2013 that proposed novel model architectures that mapped words as mathematical concepts, followed by the introduction of a neural conversational model in 2015. This framework demonstrated how models could predict the next sentence in a conversation based on the previous sentence or sentences, leading to more natural conversational experiences. This was followed by our breakthrough work on Transformer in 2017 and multi-turn chat capabilities in 2020, which demonstrated even more compelling generative language progress." *What is Gemini*. |
|  | Gemini is available as the system assistant in Android devices as shown in the exemplary screenshot below.<br><br><br><br>Gemini is also available as a mobile app as shown in the exemplary screenshot below from an Android device. |

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | Gemini is also available as a web app as shown in the exemplary screenshot below from the Chrome web browser.<br><br>Gemini is also available in Chrome and as "AI Mode" in Google Search as shown in the exemplary screenshot below from the Chrome web browser. |

3

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |

As yet another example, Google has upgraded or is "upgrading Google Assistant users on mobile to Gemini, offering a new kind of help only possible with the power of AI. . . . Additionally, we'll be upgrading tablets, cars and devices that connect to your phone, such as headphones and watches, to Gemini. We're also bringing a new experience, powered by Gemini, to home devices like speakers, displays and TVs." *Upgrading to Gemini*.

As yet another example, Google Gemini is replacing Google Assistant as the default.

*Google Store – Pixel phone*.

Google Gemini is also available in Google AI Mode.

4

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  "AI Mode uses Gemini 3's next-generation intelligence, with advanced reasoning, thinking, and multimodal understanding to help with even your toughest questions." *Google AI Mode*.<br><br>Google AI Products are also available in Google Shopping.<br><br>*Google Shopping*.<br><br>Google Gemini powers Google Shopping AI mode. "Our new AI Mode shopping experience brings together Gemini capabilities with our Shopping Graph to help you browse for inspiration, think through considerations and narrow down products." *Shopping on Google*. "You can also now use shopping features right in the Gemini app, helping you go from brainstorming to browsing right within your chat." *Agentic Shopping*. "This feature is powered by our Duplex technology, with a big Gemini model upgrade that helps us identify the best stores to call, suggest helpful questions to ask based on the product you want and summarize the conversations into key takeaways." *Agentic Shopping*. |
| [1.a] providing, by the computer system, an advertisement associated with a product or service for presentation to a user; | Google AI Products provide, by the computer system, an advertisement associated with a product or service for presentation to a user.<br><br>For example, Google AI Products provide advertisements associated with paper towels as shown in the screenshot below of Gemini's chat feed. |

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  |
| [1.b] receiving, at the computer system, a natural language utterance of the user; and | Google AI Products receive, at the computer system, a natural language utterance of the user.<br><br>For example, Google AI products receive the natural language utterance "how much are they" as shown in the screenshot below of Gemini's chat feed.<br><br>How much are they |
| [1.c] interpreting, by the computer system, the natural language utterance based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, determining whether the pronoun refers to one or more of the product or service or a provider of the product or service. | Google AI Products interpret, by the computer system, the natural language utterance based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, determining whether the pronoun refers to one or more of the product or service or a provider of the product or service.<br><br>For example, Google AI Products interpret the natural language utterance "how much are they" based on the advertisement and, responsive to the existence of the pronoun "they," determining that the pronoun refers to the paper towel products as shown in the screenshot below of Gemini's chat feed. |

6

| '097 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | As another example: "This core example demonstrates how an LLM like Gemini leverages context. It defines a CONTEXT object for a hypothetical navigation assistant, encompassing location, history, and an accessibility profile. The constructPrompt function then provides detailed instructions for the LLM to use this context, refining queries by correcting errors, resolving ambiguity, and augmenting with relevant details, especially accessibility needs." *Refine Queries*. <br><br> As yet another example: "Example: in the context of the Google Maps navigation assistant, the query 'Okey, what's the best Ruth to get there?' could be improved to 'Okay, what is the best wheelchair accessible route to the Pacific Science Center from my current location, avoiding stairs and preferring curb cuts?' This corrects the typos, resolves the ambiguity of 'there' using conversation history to mean Pacific Science Center, and adds accessibility constraints from the user profile: wheelchair accessible, avoid stairs, prefer curb cuts." *Refine Queries*. <br><br> As yet another example: "The following sections illustrate a hypothetical navigation assistant where conversation history and user accessibility preferences help interpret a flawed request. The examples presented here relate to navigation, but this approach can be expanded to other use cases, as the LLM ultimately transforms the vague query into a precise, personalized, and actionable instruction for the assistant." *Refine Queries*. <br><br> As yet another example: "The Text embeddings API converts textual data into numerical vectors. These vector representations are designed to capture the semantic meaning and context of the words they represent." *Text Embeddings*. |

7

# EXHIBIT U-1

**Exhibit U-1 (456 – Gemini)**

**U.S. Pat. No. 12,236,456 ("the '456 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '456 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Introducing Gemini, your new personal AI assistant," https://gemini.google/assistant/, (*Introducing Gemini*)

2. "What is Gemini and how it works," https://gemini.google/us/overview/?hl=en, (*What is Gemini*)

3. "The Assistant experience on mobile is upgrading to Gemini," https://blog.google/products-and-platforms/products/gemini/google-assistant-gemini-mobile/, (*Upgrading to Gemini*)

4. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US (*Google Store – Pixel phone*)

5. Google Search, Meet AI Mode, https://search.google/ways-to-search/ai-mode/, (*Google AI Mode*)

6. "Google Shopping - Shop Online, Compare Prices & Where to Buy," https://www.google.com/shopping, (*Google Shopping*)

7. "Shopping on Google: AI Mode and virtual try-on updates from I/O 2025," https://blog.google/products-and-platforms/products/shopping/google-shopping-ai-mode-virtual-try-on-update/, May 20, 2025 (*Shopping on Google*)

8. "Google Shopping launches agentic checkout and more AI shopping tools," https://blog.google/products-and-platforms/products/shopping/agentic-checkout-holiday-ai-shopping/ November 13, 2025 (*Agentic Shopping*)

9. "AI Mode can now help you search and explore visually," https://blog.google/products-and-platforms/products/search/search-ai-updates-september-2025/ (*Explore visually*)

10. "Speech-to-Text API: speech recognition and transcription | Google Cloud," https://cloud.google.com/speech-to-text?hl=en, (*Speech-to-Text*)

11. "Chirp 3 Transcription: Enhanced multilingual accuracy | Cloud Speech-to-Text | Google Cloud Documentation," https://docs.cloud.google.com/speech-to-text/docs/models/chirp-3, (*Chirp 3*)

12. "Improving End-to-End Models For Speech Recognition," https://research.google/blog/improving-end-to-end-models-for-speech-recognition/, Dec 14, 2017, Tara N. Sainath (Research Scientist, Speech Team) and Yonghui Wu (Software Engineer, Google Brain Team), Google Research. (*Improving End-to-End Models*)

13. "Google voice search: faster and more accurate," https://research.google/blog/google-voice-search-faster-and-more-accurate/, Sep 24, 2015, Haşim Sak, Andrew Senior, Kanishka Rao, Françoise Beaufays, and Johan Schalkwyk (Google Speech Team). Google Research. (*Faster and More Accurate*)

14. "Gemini Live API overview | Generative AI on Vertex AI | Google Cloud Documentation," https://docs.cloud.google.com/vertex-ai/generative-ai/docs/live-api, (*Gemini Live*)

1

15. "Counting_Tokens.ipynb - Colab," https://colab.research.google.com/github/google-gemini/cookbook/blob/main/quickstarts/Counting_Tokens.ipynb, Copyright Google 2025 LLC (*Counting Tokens*)

16. "Text embeddings API | Generative AI on Vertex AI | Google Cloud Documentation," https://docs.cloud.google.com/vertex-ai/generative-ai/docs/model-reference/text-embeddings-api, (*Text Embeddings*)

| '456 Patent Claim Language | Exemplary Google AI Products |
| --- | --- |
| 1.[pr] A method for processing voice-based natural language utterances that include requests and selecting and presenting purchase opportunities based thereon, the method being implemented by one or more physical processors programmed with computer program instructions, which when executed cause the one or more physical processors to perform the method, the method comprising: | Google AI Products perform a method for processing voice-based natural language utterances that include requests and selecting and presenting purchase opportunities based thereon, the method being implemented by one or more physical processors programmed with computer program instructions, which when executed cause the one or more physical processors to perform the method.<br><br>For example: "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini*.<br><br>As another example: "Gemini is an interface to a multimodal LLM (handling text, audio, images and more). Gemini is based on Google's cutting-edge research in LLMs, which began with the Word2Vec paper in 2013 that proposed novel model architectures that mapped words as mathematical concepts, followed by the introduction of a neural conversational model in 2015. This framework demonstrated how models could predict the next sentence in a conversation based on the previous sentence or sentences, leading to more natural conversational experiences. This was followed by our breakthrough work on Transformer in 2017 and multi-turn chat capabilities in 2020, which demonstrated even more compelling generative language progress." *What is Gemini*.<br><br>Gemini is available as the system assistant in Android devices as shown in the exemplary screenshot below.<br><br> |

| '456 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | Gemini is also available as a mobile app as shown in the exemplary screenshot below from an Android device.<br><br><br><br>Gemini is also available as a web app as shown in the exemplary screenshot below from the Chrome web browser.<br><br>Gemini is also available in Chrome and as "AI Mode" in Google Search as shown in the exemplary screenshot below from the Chrome web browser. |

3

| '456 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  As yet another example, Google has upgraded or is "upgrading Google Assistant users on mobile to Gemini, offering a new kind of help only possible with the power of AI. . . . Additionally, we'll be upgrading tablets, cars and devices that connect to your phone, such as headphones and watches, to Gemini. We're also bringing a new experience, powered by Gemini, to home devices like speakers, displays and TVs." *Upgrading to Gemini*.<br><br>As yet another example, Google Gemini is replacing Google Assistant as the default.<br><br>*Google Store – Pixel phone*.<br><br>Google Gemini is also available in Google AI Mode. |

| '456 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  "AI Mode uses Gemini 3's next-generation intelligence, with advanced reasoning, thinking, and multimodal understanding to help with even your toughest questions." *Google AI Mode*.<br><br>Google AI Products are also available in Google Shopping.<br><br>*Google Shopping*.<br><br>Google Gemini powers Google Shopping AI mode. "Our new AI Mode shopping experience brings together Gemini capabilities with our Shopping Graph to help you browse for inspiration, think through considerations and narrow down products." *Shopping on Google*. "You can also now use shopping features right in the Gemini app, helping you go from brainstorming to browsing right within your chat." *Agentic Shopping*. "This feature is powered by our Duplex technology, with a big Gemini model upgrade that helps us identify the best stores to call, suggest helpful questions to ask based on the product you want and summarize the conversations into key takeaways." *Agentic Shopping*. |
| [1.a] providing, by the one or more processors, a first natural language utterance from a user as an input to a speech recognition engine; | Google AI Products provide, by the one or more processors, a first natural language utterance from a user as an input to a speech recognition engine.<br><br>Google AI Products are configured with voice-enabled devices that receive natural language utterances. For example, "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are |

5

| '456 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini.* <br><br> As another example, Google AI Products receive an utterance such as "I'm looking for a cute travel bag." *Shopping on Google.* <br><br>  |
| [1.b] receiving, by the one or more processors, words and/or phrases recognized from the first natural language utterance, as an output of the speech recognition engine; | Google AI Products receive, by the one or more processors, words and/or phrases recognized from the first natural language utterance, as an output of the speech recognition engine. <br><br> For example: Google AI Products receive words and/or phrases recognized from the natural language utterances shown in the screenshots provided above in relation to claim requirement 1.a. <br><br> As another example: "Speech-to-Text can utilize Chirp 3, Google Cloud's foundation model for speech trained on millions of hours of audio data and billions of text sentences." *Speech-to-Text.* <br><br> As yet another example: "Chirp 3 is the latest generation of Google's multilingual Automatic Speech Recognition (ASR)-specific generative models, designed to meet user needs based on feedback and experience." *Chirp 3.* <br><br> As yet another example, "[f]inally, the LM assigns probabilities to word sequences." *Improving End-to-End Models.* <br><br> As yet another example, "[f]inally, the output of the attention module is passed to the *speller* (i.e., decoder), similar to an LM, that produces a probability distribution over a set of hypothesized words." *Improving End-to-End Models.* <br><br> As another example, "[t]he recognizer then reconciles all this information to determine the sentence the user is speaking." *Faster and More Accurate.* <br><br> As yet another example, Chirp 3 generates a preliminary interpretation by converting "Speech-to-Text." *Chirp 3.* |

6

| '456 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | As yet another example, "For Gemini models, a token is equivalent to about 4 characters. 100 tokens are about 60-80 English words." *Counting Tokens*.<br><br>As yet another example, "Gemini Live API enables low-latency, real-time voice and video interactions with Gemini. It processes continuous streams of audio, video, or text to deliver immediate, human-like spoken responses. This creates a natural conversational experience for your users." *Gemini Live*.<br><br> |
| [1.c] determining, by the one or more processors, a context for the natural language utterance based on at least the recognized words and/or phrases; | Google AI Products determine, by the one or more processors, a context for the natural language utterance based on at least the recognized words and/or phrases.<br><br>For example, Google AI Products determine a context for the natural language utterances provided above in relation to claim requirement 1.a.<br><br>As another example: "The Text embeddings API converts textual data into numerical vectors. These vector representations are designed to capture the semantic meaning and context of the words they represent." *Text Embeddings*. |
| [1.d] selecting, by the one or more processors, a purchase opportunity for the user related to the first natural language utterance based on selection criteria, the selection criteria comprising the determined context; | Google AI Products select, by the one or more processors, a purchase opportunity for the user related to the first natural language utterance based on selection criteria, the selection criteria comprising the determined context.<br><br>For example, Google AI Products select a purchase opportunity for the user related to the first natural language utterance based on selection criteria comprising the determined context, as shown in the image below. |

7

| '456 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | *Shopping on Google.* |
| [1.e] delivering, by the one more physical processors, the selected purchase opportunity to the user via communication to an electronic device of the user; | Google AI Products deliver, by the one more physical processors, the selected purchase opportunity to the user via communication to an electronic device of the user.<br><br>For example, Google AI Products deliver, by the one more physical processors, the selected purchase opportunity to the user via communication to an electronic device of the user, as shown in the screenshots and images provided above in relation to claim requirement 1.d.<br><br>As another example: "[I]f you're deciding between a few options — like moisturizers suited to your skin type — you'll see a comparison table with a side-by-side view of considerations specific to that product, including insights from reviews (like how a moisturizer feels on skin) to help you quickly understand the differences." *Agentic Shopping.*<br><br>As yet another example: "[T]he Gemini app can now move beyond simple text suggestions and offer helpful shopping ideas, powered by Shopping Graph information you can trust. You can find shoppable product listings, comparison tables, prices from across the web and places to buy right in the Gemini app." *Agentic Shopping.* |
| [1.f] tracking over time, by the one or more processors, the user's interaction with the selected purchase opportunity after its delivery to the electronic device, the tracked interaction including input received by the electronic device from the user interacting with, or completing a transaction related to, the purchase opportunity; | Google AI Products track, by the one or more processors, the user's interaction with the selected purchase opportunity after its delivery to the electronic device, the tracked interaction including input received by the electronic device from the user interacting with, or completing a transaction related to, the purchase opportunity.<br><br>For example: "Our new AI Mode shopping experience brings together Gemini capabilities with our Shopping Graph to help you browse for inspiration, think through considerations and narrow down products." *Shopping on Google.*<br><br>As another example: "Starting today, you can ask a question conversationally and get a range of visual results in AI Mode, with the |

8

| '456 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | ability to continuously refine your search in the way that's most natural for you." *Explore visually*. |
| | As yet another example: "When you've made up your mind, our new agentic checkout will help you easily buy at a price that fits your budget. Just tap "track price" on any product listing and set the right size, color (or whatever options you prefer) and the amount you want to spend." |
| [1.g] building or updating, by the one or more processors, a user-specific profile for the user based on the tracked interaction of the user with the selected purchase opportunity; | Google AI Products build or update, by the one or more processors, a user-specific profile for the user based on the tracked interaction of the user with the selected purchase opportunity. As another example: "Starting today, you can ask a question conversationally and get a range of visual results in AI Mode, with the ability to continuously refine your search in the way that's most natural for you." *Explore visually*. As yet another example: "The new righthand panel dynamically updates with relevant products and images as you go, helping you pinpoint exactly what you're looking for and discover new brands." *Shopping on Google*. *Shopping on Google*. |
| [1.h] interpreting, by the one more processors, a subsequent second natural language utterance from the user using at least the build or updated user-specific profile including the tracked interaction of the user with the selected purchase opportunity; and | Google AI Products interpret, by the one more processors, a subsequent second natural language utterance from the user using at least the build or updated user-specific profile including the tracked interaction of the user with the selected purchase opportunity. For example, Google AI Products interpret a subsequent second natural language utterance from the user using at least the build or updated user-specific profile including the tracked interaction of the user with the selected purchase opportunity, as shown in image below. |

| '456 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | <br>*Shopping on Google*. |
| [1.i] selecting, by the one or more processors, a subsequent second purchase opportunity for the user related to the second natural language utterance based on second selection criteria comprising the interpreted content of the second natural language utterance. | Google AI Products select, by the one or more processors, a subsequent second purchase opportunity for the user related to the second natural language utterance based on second selection criteria comprising the interpreted content of the second natural language utterance.<br><br>For example, Google AI Products select a subsequent second purchase opportunity for the user related to the second natural language utterance based on second selection criteria comprising the interpreted content of the second natural language utterance, as shown in the image below.<br><br><br>*Shopping on Google*. |

# EXHIBIT V-1

**Exhibit V-1 (385 – Google Assistant)**

**U.S. Pat. No. 11,087,385 ("the '385 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '385 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Start shopping with the Google Assistant on Google Home," https://blog.google/products-and-platforms/products/home/start-shopping-google-assistant-google-home/, February 16, 2017, David Wang (Product Manager, Google Assistant), Larry Adams (Product Manager, Google Shopping), Google. (*Start Shopping*)

2. "Nest Smart Speakers & Home Audio Systems – Google Store," https://store.google.com/category/nest_speakers?hl=en-US, (*Google Store – Speakers*)

3. "Nest Hub Smart Displays for Your Home – Google Store," https://store.google.com/category/nest_hubs_displays?hl=en-US, (*Google Store – Displays*)

4. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US, (*Google Store – Pixel phone*)

5. "Pixel Tablet. The tablet only Google could make – Google store," https://store.google.com/us/product/pixel_tablet?hl=en-US, (*Google Store – Pixel tablet*)

6. "Get started with the Google Assistant on Pixel - Android - Google Assistant Help," https://support.google.com/assistant/answer/9475056, (*Get Started with the Google Assistant on Pixel*)

7. "Discover What the Google Assistant Can Do – Google Assistant," https://assistant.google.com/discover/, (*Discover Google Assistant*)

8. "I/O: Building the next evolution of Google," https://blog.google/products-and-platforms/products/assistant/io-building-next-evolution-of-google/, May 18, 2016, (*I/O*)

9. "The Google Assistant, powering our new family of hardware," https://blog.google/products-and-platforms/products/assistant/google-assistant-powering-our-new-family-hardware/, Oct 4, 2017, (*Powering our new family*)

10. "How Google Assistant's architecture powers voice features in your apps," https://www.youtube.com/watch?v=LcuouG7Ofpc, Video from the Google Developers YouTube Channel, Rebecca Nathenson Product Management Lead (Google Assistant), Luyan Chi (Software Engineer, Google Assistant), Alec Truitt (Global Product Partnerships, Google Assistant), Georges Nabaa (Partner Engineering Lead, Google Assistant), (*Google Assistant's architecture video*)

11. "Help shoppers take action, wherever and however they choose to shop," https://blog.google/products-and-platforms/products/ads/shopping-actions/, March 19, 2018, Surojit Chatterjee (Vice President, Product Management, Shopping), Google. (*Help shoppers.*)

12. "Shop Target nationwide on Google Express and with your Assistant," https://blog.google/products-and-platforms/products/assistant/shop-target-nationwide-google-express-and-google-assistant/, October 12, 2017, Daniel Alegre (President, Retail, Shopping, and Payments) and Scott Huffman (VP, Engineering, Google Assistant), Google. (*Shop Target.*)

1

13. "Google confirms new voice-confirmation feature for purchases in Assistant," https://www.androidpolice.com/2020/05/25/google-assistant-gets-new-confirm-with-voice-match-setting-for-payments/#1, May 25, 2020, Ryne Hager, Android Police. (*Google confirms new voice-confirmation.*)

14. "Forget Alexa. Here's How to Shop With Google Assistant," https://www.cnet.com/home/smart-home/forget-alexa-heres-how-to-shop-with-google-assistant/, March 25, 2022, AJ Dellinger, CNET. (*Shop with Google Assistant.*)

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method for providing voice commerce, the method being implemented on a computer system having one or more physical processors programmed with computer program instructions which, when executed, perform the method, the method comprising: | Google AI Products perform a method for providing voice commerce, the method being implemented on a computer system having one or more physical processors programmed with computer program instructions which, when executed, perform the method.<br><br>For example, the launch announcement for shopping using Google Assistant indicates: "Starting today, you can shop for your everyday essentials—from paper towels to vitamins. You'll be able to order from participating Google Express retailers, including Costco, Whole Foods Market, Walgreens, PetSmart, Bed Bath & Beyond and more than 50 other national and locally available retailers."<br><br><br><br>*Start Shopping.*<br><br>As another example: "Today's consumers don't just want answers; more and more, they're craving relevant, meaningful, and immediate assistance in completing their day-to-day shopping tasks. We see this in our data: mobile searches for "where to buy" grew over 85% over the past 2 years.1 Moreover, 44% of those who use their voice-activated speaker at least weekly say they use the device to order products they need like groceries and household items at least once a week." *Help shoppers*.<br><br>As yet another example: "By participating in the Shopping Actions program, you'll be able to: Surface your products on new platforms like the Google Assistant with voice shopping. Leverage our deep investments in machine learning, AI and natural language processing to offer your customers a hands-free, voice-driven shopping experience." *Help shoppers*. |

| '385 Patent Claim Language | Exemplary Google AI Products |
| --- | --- |
| | As yet another example: "Over the past year, we've made it possible to shop with your Google Assistant across devices. On Google Home, you can order loads of Halloween candy and paper towels by voice when your hands are full in the kitchen. And for items like Halloween costumes when you need to browse and actually see what you're shopping for, you can now shop with your Assistant on your Android TV, and soon, on your eligible Android phone or iPhone. You'll be instantly connected to over 50 Google Express retailers—so if you're on the go and remember you need a birthday gift for the weekend, you can just say 'Ok Google, buy a kids bomber jacket from Target.'" *Shop Target.*<br><br>Google Nest Speakers are primarily voice-activated.<br><br><br><br>*Google Store – Speakers.*<br><br>Nest Hub display devices are primarily intended as hands-free displays.<br><br><br><br>*Google Store – Displays.*<br><br>As yet another example: "The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice." *Get started with the Google Assistant on Pixel*; *Google Store – Pixel phone*. |
| | Google Assistant is installed on every Pixel tablet. |

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Google Store – Pixel tablet.* As yet another example: "On Pixelbook, your Assistant can help you send a quick email, create a new doc or get the details of your next calendar event." *Powering our new family.*  *Discover Google Assistant.* |

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | |
| [1.a]  receiving, by the computer system, a single first user input comprising a natural language utterance; | Google AI Products receive  by the computer system, a single first user input comprising a natural language utterance<br><br>For example, Google Assistant accepts the voice input from the launch announcement 'Ok Google, order paper towels' shown in the screenshots provided above in relation to 1[pr]. *Start Shopping.* |
| [1.b] providing, by the computer system, the natural language utterance as an input to a speech recognition engine; | Google AI Products provide by the computer system, the natural language utterance as an input to a speech recognition engine.<br><br>For example, Google AI Products with Google Assistant provide the natural language utterance 'OK Google, order paper towels' as an input to a speech recognition engine as shown in the screenshots provided above in relation to 1[pr]. *Start Shopping.*<br><br>As another example: "Google Home is a voice-activated product that brings the Google assistant to any room in your house. It lets you enjoy entertainment, manage everyday tasks, and get answers from Google—all using conversational speech." *I/O.* |
| [1.c] obtaining, by the computer system, one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine; | Google AI Products obtain, by the computer system, one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine.<br><br>For example, Google AI Products obtain one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine. |

5

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | *Google Assistant's architecture video* at 5:52: "a key ingredient of Assistant is the capability to transcribe speech into text. That's what we call speech recognition. When a user issues a voice query to Assistant, the targeted device's voice assistant support will open a streaming connection with the backend server, which receives audio data and converts speech to text. We don't simply transcribe one word by another in the middle of a dialogue. Google Assistant biases its results to listen for what is expected, such as a yes or no answer, just as a person might. It also uses information such as the contact names to improve transcriptions. This is called speech biasing… After the speech recognition step the Assistant platform will convert the user's query text into an interpretation, which is a formal description of what the user wants, with the intent and arguments rewritten into structured format… This is called NLU." *Google Assistant's architecture video.* |
| [1.d] searching, by the computer system, one or more databases of products or services based on the one or more words or phrases; | Google AI Products search, by the computer system, one or more databases of products or services based on the one or more words or phrases. For example, Google AI Products with Google Assistant use the one or more words or phrases in the first example, 'order paper towels' shown in the screenshots provided above in relation to 1[pr]. |
| [1.e] selecting, by the computer system, without further user input other than the single first user input, a product or service from the database to be purchased based on the search; | Google AI Products select, by the computer system, without further user input other than the single first user input, a product or service from the database to be purchased based on the search. Google AI Products with Google Assistant, which is shown in the screenshots provided above in relation to 1[pr], the Google Assistant Products respond, 'Got it, ordering paper towels' in response to the first natural language user input 'order paper towels.' |
| [1.f] receiving, by the computer system, a second user input indicating confirmation by a user to complete a purchase transaction of the selected product or service; and | Google AI Products receive, by the computer system, a second user input indicating confirmation by a user to complete a purchase transaction of the selected product or service. As an example, among the methods that Google Assistant Products employ is 'Voice Match' to confirm purchases. As another example: "Buying a product with Google Assistant is easy once your payment method is set up. All you have to do is say, 'OK Google, buy [item].' Google will find that item at a number of different |

6

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | retailers, such as Target, Walmart, Costco. Once Google Assistant finds the product you're looking for, it will let you know where it's available and how much it costs. For instance, if you say 'OK Google, buy dog food from Costco,' the voice assistant might respond with, 'OK, I found Kirkland Signature Dog Food, Healthy Weight -- 40-pound bag for $37.99. Would you like to order that?' If you respond, 'Yes,' then Google Assistant will place that order and your purchase will be delivered to you. Google Assistant will inform you of how long it will take to deliver." *Shop with Google Assistant*.<br><br>As yet another example: "… using Voice Match to verify your voice purchasing on Google Assistant might be a good idea. Essentially, Google Assistant recognizes your voice and uses it to make sure purchases through your account are actually coming from you." *Shop with Google Assistant*.<br><br>As yet another example: "A new setting to allow Voice Match to confirm purchases made through the Google Assistant has been spotted in the Assistant's Payments and Security settings pane. We've confirmed with Google that the new feature is part of an early but limited pilot that allows you to authorize purchases in a handful of categories with just your voice via the Assistant. Piles of Google's support documents have been recently updated to reference the feature." *Google confirms new voice-confirmation*.<br><br><br><br>*Google confirms new voice-confirmation.* |

7

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| [1.g] completing, by the computer system, without further user input after the receipt of the second user input, a purchase transaction of the selected product or service. | Google AI Products complete, by the computer system, without further user input after the receipt of the second user input, a purchase transaction of the selected product or service.<br><br>For example, according to 1.f, after the receipt of the second user input 'Yes,' Google Assistant will place a dog food order, after receiving the first user input to 'buy dog food from Costco,' and it will be delivered to you. |

8

# EXHIBIT V-2

**Exhibit V-2 (385 – Gemini)**

**U.S. Pat. No. 11,087,385 ("the '385 patent")**
**Infringement Chart for Claim 1**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '385 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Google AI Products," to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Google AI Products, in the following chart is exemplary.

Exemplary information relevant to infringement:

1. "Introducing Gemini, your new personal AI assistant," https://gemini.google/assistant/, (*Introducing Gemini*)

2. "What is Gemini and how it works," https://gemini.google/us/overview/?hl=en, (*What is Gemini*)

3. "The Assistant experience on mobile is upgrading to Gemini," https://blog.google/products-and-platforms/products/gemini/google-assistant-gemini-mobile/, (*Upgrading to Gemini*)

4. "Pixel. The only phone engineered by Google – Google Store," https://store.google.com/us/category/phones?hl=en-US (*Google Store – Pixel phone*)

5. "Google Shopping - Shop Online, Compare Prices & Where to Buy," https://www.google.com/shopping, (*Google Shopping*)

6. "Shopping on Google: AI Mode and virtual try-on updates from I/O 2025," https://blog.google/products-and-platforms/products/shopping/google-shopping-ai-mode-virtual-try-on-update, May 20, 2025 (*Shopping on Google*)

7. "Google Shopping launches agentic checkout and more AI shopping tools," https://blog.google/products-and-platforms/products/shopping/agentic-checkout-holiday-ai-shopping/, November 13, 2025 (*Agentic Shopping*)

8. "Get help with your shopping in Gemini Apps," https://support.google.com/gemini/answer/16730149, (*Shopping In Gemini Apps*)

9. "Source of Shopping Info," https://support.google.com/googleshopping/answer/14336735, (*Shopping Info*)

10. "The AI platform shift and the opportunity ahead for retail," https://blog.google/company-news/inside-google/message-ceo/nrf-2026-remarks/, (*AI Platform Shift*)

11. "Speech-to-Text API: speech recognition and transcription | Google Cloud," https://cloud.google.com/speech-to-text?hl=en, (*Speech-to-Text*)

12. "Chirp 3 Transcription: Enhanced multilingual accuracy | Cloud Speech-to-Text | Google Cloud Documentation," https://docs.cloud.google.com/speech-to-text/docs/models/chirp-3, (*Chirp 3*)

13. "Improving End-to-End Models For Speech Recognition," https://research.google/blog/improving-end-to-end-models-for-speech-recognition/, Dec 14, 2017, Tara N. Sainath (Research Scientist, Speech Team) and Yonghui Wu (Software Engineer, Google Brain Team), Google Research. (*Improving End-to-End Models*)

14. "Google voice search: faster and more accurate," https://research.google/blog/google-voice-search-faster-and-more-accurate/, Sep 24, 2015, Haşim Sak, Andrew Senior, Kanishka Rao, Françoise Beaufays, and Johan Schalkwyk (Google Speech Team). Google Research. (*Faster and More Accurate*)

15. "Counting_Tokens.ipynb - Colab,"
https://colab.research.google.com/github/google-gemini/cookbook/blob/main/quickstarts/Counting_Tokens.ipynb, Copyright Google 2025 LLC (*Counting Tokens*)

16. "Audio understanding | Gemini API | Google AI for Developers,"
https://ai.google.dev/gemini-api/docs/audio, Last updated 2025-12-18 UTC (*Audio Understanding*)

17. "New tech and tools for retailers to succeed in an agentic shopping era,"
https://blog.google/products/ads-commerce/agentic-commerce-ai-tools-protocol-retailers-platforms/, (*New Tech and Tools*)

18. "Google AI Mode - a new way to search, whatever's on your mind," https://search.google/ways-to-search/ai-mode/, (*Google AI Mode*)

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| 1.[pr] A method for providing voice commerce, the method being implemented on a computer system having one or more physical processors programmed with computer program instructions which, when executed, perform the method, the method comprising: | Google AI Products perform a method for providing voice commerce, the method being implemented on a computer system having one or more physical processors programmed with computer program instructions which, when executed, perform the method |
| | For example: "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini*. |
| | As another example: "Gemini is an interface to a multimodal LLM (handling text, audio, images and more). Gemini is based on Google's cutting-edge research in LLMs, which began with the Word2Vec paper in 2013 that proposed novel model architectures that mapped words as mathematical concepts, followed by the introduction of a neural conversational model in 2015. This framework demonstrated how models could predict the next sentence in a conversation based on the previous sentence or sentences, leading to more natural conversational experiences. This was followed by our breakthrough work on Transformer in 2017 and multi-turn chat capabilities in 2020, which demonstrated even more compelling generative language progress." *What is Gemini*. |
| | Gemini is available as the system assistant in Android devices as shown in the exemplary screenshot below. |

2

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  Gemini is also available as a mobile app as shown in the exemplary screenshot below from an Android device.  Gemini is also available as a web app as shown in the exemplary screenshot below from the Chrome web browser. |

3

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  Gemini is also available in Chrome and as "AI Mode" in Google Search as shown in the exemplary screenshot below from the Chrome web browser.  As yet another example, Google has upgraded or is "upgrading Google Assistant users on mobile to Gemini, offering a new kind of help only possible with the power of AI. . . . Additionally, we'll be upgrading tablets, cars and devices that connect to your phone, such as headphones and watches, to Gemini. We're also bringing a new experience, powered by Gemini, to home devices like speakers, displays and TVs." *Upgrading to Gemini*. As yet another example, Google Gemini is replacing Google Assistant as the default. |

4

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  *Google Store – Pixel phone.* Google Gemini is also available in Google AI Mode.  "AI Mode uses Gemini 3's next-generation intelligence, with advanced reasoning, thinking, and multimodal understanding to help with even your toughest questions." *Google AI Mode.* Google AI Products are also available in Google Shopping.  *Google Shopping.* As yet another example: "Today we introduced our new shopping experience in AI Mode with inspiring visuals, smart guidance and reliable product data. We're even giving shoppers a virtual dressing room and a new agentic checkout experience, so you can act quickly to make a purchase when the price is right for you." *Shopping on Google* |

5

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| |  *Shopping on Google*. As yet another example: "Our new AI Mode shopping experience brings together Gemini capabilities with our Shopping Graph to help you browse for inspiration, think through considerations and narrow down products." *Shopping on Google*. "You can also now use shopping features right in the Gemini app, helping you go from brainstorming to browsing right within your chat." *Agentic Shopping*. "This feature is powered by our Duplex technology, with a big Gemini model upgrade that helps us identify the best stores to call, suggest helpful questions to ask based on the product you want and summarize the conversations into key takeaways." *Agentic Shopping*. "You can also now use shopping features right in the Gemini app, helping you go from brainstorming to browsing right within your chat." *Agentic Shopping*. |

6

| '385 Patent Claim Language | Exemplary Google AI Products |
| --- | --- |
| | <br><br>*Agentic Shopping.*<br><br>As yet another example: "You can use Gemini Apps as your personal AI-powered shopping assistant. Gemini uses information from Google's Shopping Graph to help you find products, compare options, and make purchase decisions." *Shopping In Gemini Apps*.<br><br>"And last year, we brought the Shopping Graph to the Gemini app, so it's a lot more helpful for people asking shopping-related questions, too." *AI Platform Shift*.<br><br>"As a next step we are introducing the Universal Commerce Protocol (UCP), designed for the era of agentic commerce. It was built to meet the needs of retailers AND customers, keeping the full customer relationship front and center — from the moments of discovery to decision and beyond. It's open, agnostic, built together with industry leaders Shopify, Etsy, Wayfair, Target and Walmart, and endorsed by 20+ more. Importantly, UCP is compatible with existing industry protocols like, Agent2Agent, the Agent Payments Protocol, and Model Context Protocol. It's also built to work across verticals. And it's available starting today." *AI Platform Shift*.<br><br>"UCP was co-developed with industry leaders including Shopify, Etsy, Wayfair, Target and Walmart, and endorsed by more than 20 others across the ecosystem like Adyen, American Express, Best Buy, Flipkart, |

7

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | Macy's Inc., Mastercard, Stripe, The Home Depot, Visa and Zalando." *New Tech and Tools*. <br><br> "To start, UCP will soon power a new checkout feature on eligible Google product listings in AI Mode in Search and the Gemini app, allowing shoppers to check out from eligible U.S. retailers right as they're researching on Google. The feature is built with security at its core: shoppers can buy confidently with Google Pay using payment methods and shipping info already saved in Google Wallet and soon, will be able to make a purchase with PayPal." *New Tech and Tools*. |
| [1.a] receiving, by the computer system, a single first user input comprising a natural language utterance; | Google AI Products receive, by the computer system, a single first user input comprising a natural language utterance. <br><br> For example, "Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language." *Introducing Gemini.* <br><br> As another example: "We're unwrapping our biggest upgrade to shopping in AI Mode in Search, so you can describe what you're looking for just as you'd say it to a friend and get a thorough response with accurate shopping data you can trust. When you ask AI Mode a shopping question, you'll get an intelligently organized response that brings together rich visuals and all the details you need (like price, reviews and inventory info), helping you quickly and confidently decide what to buy. AI Mode responses are tailored to your specific question and formatted for your needs. For example, if you're looking for visual inspiration, like "cozy sweaters for happy hour in warm autumn colors," you'll see shoppable images. Or, if you're deciding between a few options — like moisturizers suited to your skin type — you'll see a comparison table with a side-by-side view of considerations specific to that product, including insights from reviews (like how a moisturizer feels on skin) to help you quickly understand the differences. And because AI Mode is powered by the Shopping Graph (which includes more than 50 billion product listings, 2 billion of which are updated every hour) you can trust you're seeing fresh information and unmatched selection." *Agentic Shopping*. <br><br> As yet another example, Google Shopping AI Mode accepts the voice input 'I'll be taking it on planes and trains. I'm going to Portland next weekend' shown in the screenshots provided above in relation to 1[pr]. *Shopping on Google* <br><br> As another example, Google Gemini accepts the voice input "I'm looking for a nice cutting board for serving apps or charcuterie." *Agentic Shopping* |
| [1.b] providing, by the computer system, the natural language | Google AI Products provide, by the computer system, the natural language utterance as an input to a speech recognition engine. |

8

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| utterance as an input to a speech recognition engine; | For example: "Speech-to-Text can utilize Chirp 3, Google Cloud's foundation model for speech trained on millions of hours of audio data and billions of text sentences." *Speech-to-Text*. |
| | As another example: "Chirp 3 is the latest generation of Google's multilingual Automatic Speech Recognition (ASR)-specific generative models, designed to meet user needs based on feedback and experience." *Chirp 3*. |
| | As yet another example, Google AI Products provide the natural language utterances shown above in relation to claim requirements 1.a as an input to a speech recognition engine. |
| [1.c] obtaining, by the computer system, one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine; | Google AI Products obtain, by the computer system, one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine. |
| | For example, "[f]inally, the LM assigns probabilities to word sequences." *Improving End-to-End Models*. |
| | As another example, "[f]inally, the output of the attention module is passed to the *speller* (i.e., decoder), similar to an LM, that produces a probability distribution over a set of hypothesized words." *Improving End-to-End Models*. |
| | As yet another example, "[t]he recognizer then reconciles all this information to determine the sentence the user is speaking." *Faster and More Accurate*. |
| | As yet another example, Chirp 3 obtains one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine by converting "Speech-to-Text." *Chirp 3*. |
| | As yet another example, "For Gemini models, a token is equivalent to about 4 characters. 100 tokens are about 60-80 English words." *Counting Tokens*. |
| | As yet another example: "Gemini can analyze and understand audio input and generate text responses to it, enabling use cases like the following: . . Provide a transcription and translation of the audio (speech to text)." *Audio Understanding*. |
| | As yet another example, Google AI Products obtain as an output of the speech recognition engine one or more words or phrases recognized from the natural language utterances shown above in relation to claim requirement 1.a. |
| [1.d] searching, by the computer system, one or more databases of products or services based on the one or more words or phrases; | Google AI Products search, by the computer system, one or more databases of products or services based on the one or more words or phrases. |
| | For example: "Whether you want to make a quick purchase or do in-depth research, Google's Shopping Graph works behind the scenes to help you find the products you need. The Shopping Graph is a dynamic repository of product info that provides an up-to-date view of the products available." *Shopping Info*. |

9

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| | As another example: "Our new AI Mode shopping experience brings together Gemini capabilities with our Shopping Graph to help you browse for inspiration, think through considerations and narrow down products. The Shopping Graph now has more than 50 billion product listings, from global retailers to local mom and pop shops, each with details like reviews, prices, color options and availability." *Shopping on Google*.<br><br>As yet another example: "And because AI Mode is powered by the Shopping Graph (which includes more than 50 billion product listings, 2 billion of which are updated every hour) you can trust you're seeing fresh information and unmatched selection." *Agentic Shopping*.<br><br>As yet another example,  Google AI Products search one or more databases of products or services based on the one or more words or phrases recognized from the natural language utterances shown above in relation to claim requirement 1.a. |
| [1.e] selecting, by the computer system, without further user input other than the single first user input, a product or service from the database to be purchased based on the search; | Google AI Products select, by the computer system, without further user input other than the single first user input, a product or service from the database to be purchased based on the search.<br><br>"For example, info from the Shopping Graph may be used in Search Results, Ads, YouTube, or Generative AI features to:<br><br>&bull; Help you find relevant products.<br><br>&bull; Display product details.<br><br>&bull; Power AI-driven experiences like review summaries, buying guidance, or product recommendations." *Shopping Info*.<br><br>As another example: "Say you tell AI Mode you're looking for a cute travel bag. It understands that you're looking for visual inspiration and so it will show you a beautiful, browsable panel of images and product listings personalized to your tastes. If you want to narrow your options down to bags suitable for a trip to Portland, Oregon in May, AI Mode will start a query fan-out, which means it runs several simultaneous searches to figure out what makes a bag good for rainy weather and long journeys, and then use those criteria to suggest waterproof options with easy access to pockets. The new righthand panel dynamically updates with relevant products and images as you go, helping you pinpoint exactly what you're looking for and discover new brands." *Shopping on Google.*<br><br>As yet another example: "Whether you're searching for ideas of what to look for on Black Friday or making a holiday list on a budget, the Gemini app can now move beyond simple text suggestions and offer helpful shopping ideas, powered by Shopping Graph information you can trust. You can find shoppable product listings, comparison tables, prices from across the web and places to buy right in the Gemini app." *Agentic Shopping*.<br><br>As yet another example, Google AI Products select a product to be purchased as shown in the screenshots provided above in relation to 1[pr]. |

10

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
| [1.f] receiving, by the computer system, a second user input indicating confirmation by a user to complete a purchase transaction of the selected product or service; and | Google AI Products receive, by the computer system, a second user input indicating confirmation by a user to complete a purchase transaction of the selected product or service.<br><br>For example: "There's a lot that UCP will enable, and we are starting with native checkout. Soon you'll see a buy button directly on Google surfaces including AI Mode in Search and Gemini." *AI Platform Shift*.<br><br>As another example: "3. In Gemini's response, click the product you want to buy. There's a 'Buy' button on product listings that are eligible for purchase within the Gemini web app. 4. Click Buy. This opens the checkout process. 5. Review your order details. Your payment method and shipping address is prefilled from Google Pay. 6. Click Pay with GPay. Your payment information is encrypted and kept private as Gemini makes the purchase for you." *Shopping In Gemini Apps*.<br><br>As yet another example: Google agentic AI tracks prices and presents a user interface that allows a confirmation by the user to complete the purchase transaction of the selected product. |

11

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | <br><br>*Shopping on Google* |

12

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  |  *Agentic Shopping* |
| [1.g] completing, by the computer system, without further user input after the receipt of the second user input, a purchase transaction of the selected product or service. | Google AI Products complete, by the computer system, without further user input after the receipt of the second user input, a purchase transaction of the selected product or service. For example: "You can buy products from select merchants directly in your Gemini chat." *Shopping In Gemini Apps*. As another example: "3. In Gemini's response, click the product you want to buy. There's a 'Buy' button on product listings that are eligible for purchase within the Gemini web app. 4. Click Buy. This opens the checkout process. 5. Review your order details. 6. Your payment method and shipping address is prefilled from Google Pay. Click Pay with GPay. Your payment information is encrypted and kept private as Gemini makes the purchase for you." *Shopping In Gemini Apps*. As yet another example, Google's agentic AI completes a purchase transaction of the selected product. |

13

| '385 Patent Claim Language | Exemplary Google AI Products |
|---|---|
|  | \n\n*Shopping on Google*\n\n*Agentic Shopping* |