**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VB ASSETS, LLC,<br><br><br>               Plaintiff,<br>    v.<br><br>GOOGLE LLC; XXVI HOLDINGS INC.;<br>ALPHABET INC.; ANDROID, INC.; AND<br>YOUTUBE, LLC,<br><br>               Defendants. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

### VB ASSETS, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff VB Assets, LLC, by and through the undersigned attorneys, makes the following disclosure:

1. There is no parent corporation and there is no publicly held corporation owning 10% or more of VB Assets, LLC's stock.

2. No publicly held corporation is a member or owner of the LLC.

Dated: April 17, 2026

Of Counsel:

Edward G. Poplawski
Erik J. Carlson
Caleb J. Bean
Madelaine Wieland
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Phone: (213) 576-1000
Fax: (213) 576-1100
Email: edward.poplawski@alston.com
Email: erik.carlson@alston.com
Email: caleb.bean@alston.com
Email: madelaine.wieland@alston.com

Theodore Stevenson, III
**ALSTON & BIRD LLP**

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

1

2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
Email: ted.stevenson@alston.com

Natalie C. Clayton
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
Email: natalie.clayton@alston.com

David Greenbaum
**GREENBAUM LAW LLC**
210 Allison Court
Englewood, NJ 07631
Email: david@greenbaum.law

*Attorneys for Plaintiff VB Assets, LLC*

2